IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-229-Z |
| | § | |
| XAVIER BECERRA in his official capacity | § | |
| as Secretary of the | § | |
| United States Department of Health | § | |
| And Human Services; *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiffs' Motion for Leave to Exceed Page Limit (ECF No. 5). Having considered the procedural history and Plaintiffs' Motion, the Court finds that Plaintiffs' Motion should be and is hereby **GRANTED**. The Court **ORDERS** Plaintiffs to file a brief in support of their Motion for temporary restraining order and preliminary injunction not to exceed 40 pages, excluding the table of contents and table of authorities.

**SO ORDERED.**

November 17, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE