IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-229-Z |
| XAVIER BECERRA in his official capacity as Secretary of the United States Department of Health And Human Services *et al.*, | § § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiffs' ("Texas") Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6) ("Motion") filed on November 16, 2021. The United States Government (the "Government") made an appearance and requested additional time for briefing a response. ECF Nos. 10, 11. The Court **ORDERS** the following:

1. The Government shall file its response to the Motion **on or before November 28, 2021 at 5:00 p.m. CST**.

2. Texas shall file a reply to the Government's response **on or before November 30, 2021**.

3. The Government shall file a copy of the administrative record for the Centers for Medicare & Medicaid Services November 5, 2021 interim final rule titled "Medicare and Medicaid Programs; Omnibus COVID-19 Health Care Staff Vaccination" **on or before November 28, 2021 at 5:00 p.m. CDT**.

4. Counsel for both Texas and the Government shall appear in person for a preliminary injunction hearing in the United States District Court — Amarillo Division **on December 2, 2021 at 10:00 a.m. CST**.

**SO ORDERED.**

November 17, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE