IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-229-Z |
| XAVIER BECERRA in his official capacity As Secretary of the United States Department of Health And Human Services; *et al.*, | § § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Motion for Leave to File Amended Unopposed Amicus Brief filed by Kevin Brady, Michael Burgess, Dan Crenshaw, Jake Ellzey, Pat Fallon, Louie Gohmert, Ronnie L. Jackson, August Pfluger, Chip Roy, Pete Sessions, Beth VanDuyne, Roger Williams, and Jodey Arrington (ECF No. 17) in support of Plaintiffs' Motion for Preliminary Injunction. After considering the motion, the Court **FINDS** that the motion should be and is hereby **GRANTED**. The Amended *Amici Curiae* Brief (ECF No. 19) is deemed filed as of November 23, 2021. The original motion (ECF No. 14) is **DENIED** as moot.

**SO ORDERED**.

November 24, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE