IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____

STATE OF TEXAS, *et al.*,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　)　　Case No. 2:21-CV-00229-Z
　　　　　　　　　　　　　　　　　)
XAVIER BECERRA, *et al.*,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　 )
_____)

## CERTIFICATION AND INDEX

I, Sheli Harris, Deputy Director, Regulations Development Group, Office of Strategic Operations and Regulatory Affairs, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services, certify that, to the best of my knowledge, the materials listed in the accompanying index constitute rulemaking record documents—that is, documents that were directly or indirectly considered in connection with promulgation of the CMS Interim Final Rule with Comment Period entitled "Medicare and Medicaid Programs; Omnibus COVID-19 Health Care Staff Vaccination," 86 Fed. Reg. 61,555 (Nov. 5, 2021), the rule challenged in this litigation—as of November 27, 2021. Privileged documents are not part of this administrative record. *See Ad Hoc Metals Coalition v. Whitman,* 227 F. Supp. 2d 134, 142-43 (D.D.C. 2002); *AMFAC Resorts, L.L.C. v. Dep't of the Interior,* 143 F. Supp. 2d 7, 13 (D.D.C. 2001). The Department will supplement to the extent additional records are discovered.

Executed this 27th day of November 2021, in Baltimore, Maryland.

*Sheli Harris*
Sheli Harris
Deputy Director
Regulations Development Group

Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
United States Department of Health and Human Services

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____

STATE OF TEXAS, *et al.*,              )
                                       )
          Plaintiffs,                  )
                                       )
     v.                                )          Case No. 2:21-CV-00229-Z
                                       )
XAVIER BECERRA, *et al.*,              )
                                       )
          Defendants.                  )
_____)

**ADMINISTRATIVE RECORD INDEX**

Index to the Administrative Record for CMS Interim Final Rule with Comment Period entitled "Medicare and Medicaid Programs; Omnibus COVID-19 Health Care Staff Vaccination," 86 Fed. Reg. 61,555 (Nov. 5, 2021)

| Document Description | Beg Bates |
|---|---|
| Interim Final Rule with comment period, "Medicare and Medicaid Programs; Omnibus COVID-19 Health Care Staff Vaccination," 86 Fed. Reg. 61,555 (Nov. 5, 2021) | AR-00001 |
| 5 Ways COVID-19 Affected ASCs in 2020 (Becker's ASC Review) | AR-00074 |
| A Rapid Evidence Appraisal of Influenza Vaccination in Health Workers (Jenkin et al., Elsevier) | AR-00079 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 1 | AR-00097 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 2 | AR-00106 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 3 | AR-00126 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 4 | AR-00161 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 5 | AR-00203 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 6 | AR-00219 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 7 | AR-00240 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 8 | AR-00254 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 9 | AR-00267 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 10 | AR-00273 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 11 | AR-00298 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 12 | AR-00386 |

| | |
|---|---|
| ACIP Sep 22-23, 2021 Presentation Slidedeck 13 | AR-00405 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 14 | AR-00429 |
| ACIP Sep 22-23, 2021 Presentation Slidedeck 15 | AR-00452 |
| ACIP Sep 22-23, 2021 Presentation Slides Homepage | AR-00472 |
| Aging Services Leader Joins National Call for Long-Term Care Providers to Mandate Covid-19 Vaccines for All Staff and Care Professionals (Lisa Sanders, LeadingAge) | AR-00474 |
| AHCA/NCAL Issues Policy Statement Regarding Covid-19 Vaccinations of Long Term Care Personnel | AR-00477 |
| An Uncertain - Public Encouraging Acceptance of Covid-19 Vaccines (SteelFisher et al., New England Journal of Medicine) | AR-00480 |
| APIC Position Paper:  Improving Health Care Worker Influenza Immunization Rates (Dash et al.) | AR-00485 |
| Association Between Vaccination With BNT162b2 and Incidence of Symptomatic and Asymptomatic SARS-CoV-2 Infections Among Health Care Workers (Angel et al., JAMA) | AR-00488 |
| Associations Between County-level Vaccination Rates and Covid-19 Outcomes Among Medicare Beneficiaries (Samson et al., APSE) | AR-00497 |
| Background and Epidemiology:  Influenza Viruses and Vaccine Composition (CDC Webpage) | AR-00526 |
| Balancing Long Term Services & Supports (CMS Webpage) | AR-00532 |
| Benefits of Getting a COVID-19 Vaccine (CDC Webpage) | AR-00537 |
| BNT162b2 mRNA Covid-19 Vaccine in a Nationwide Mass Vaccination Setting (Dagan et al., New England Journal of Medicine) | AR-00539 |
| BPHC Health Center Program COVID-19 Frequently Asked Questions (HRSA Webpage) | AR-00551 |
| Caregiver Turnover Rate is 65.2 Percent According to 2021 Home Care Benchmarking Study (Home Care Association of America) | AR-00569 |
| CCSQ QSCG Memo QSO-20-38-NH REVISED (Sept. 10, 2021) | AR-00572 |

| | |
|---|---|
| CCSQ QSOG Memo QSO-21-07-Psych Hospital, PRTF & ICF/IID (Dec. 17, 2020) | AR-00584 |
| CCSQ QSOG Memo QSO-21-08-NLTC (Dec. 30, 2020) | AR-00599 |
| Changes in Influenza and Other Respiratory Virus Activity During the COVID-19 Pandemic -- US, 2020-2021 (Olsen et al., CDC) | AR-00611 |
| Characteristics of Office-based Physician Visits, 2018 (Ashman et al., CDC) | AR-00619 |
| ChristianaCare Fires 150 Employees For Not Complying With COVID-19 Vaccine Mandate (Newman, Delaware News Journal) | AR-00627 |
| Coinfection, Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2), and Influenza:  An Evolving Puzzle (Covin et al., Clinical Infectious Diseases) | AR-00629 |
| Comirnaty and Pfizer-BioNTech COVID-19 Vaccine (FDA Webpage) | AR-00631 |
| Vaccine Information Fact Sheet (Comirnaty) | AR-00636 |
| Comparative Evaluation of Clinical Manifestations and Risk of Death in Patients Admitted to Hospital with Covid-19 and Seasonal Influenza (Xie et al., BMJ) | AR-00645 |
| Comparison of the Characteristics, Morbidity, and Mortality of COVID-19 and Seasonal Influenza:  a Nationwide, Population-based Retrospective Cohort Study (Pirath et al., The Lancet) | AR-00657 |
| Control of Influenza A on a Bone Marrow Transplant Unit (Weinstock et. Al, Infection Control and Hospital Epidemiology) | AR-00666 |
| Correlation of Healthcare Worker Vaccination on Inpatient Healthcare-associated COVID-19 (Roberts et al., Infection Control and Hospital Epidemiology) | AR-00669 |
| Correlation of Healthcare Worker Vaccination With Inpatient Healthcare-associated Covid-19 (Research brief) (Roberts et al., Infection Control and Hospital Epidemiology) | AR-00675 |
| County-Level COVID-19 Vaccination Coverage and Social Vulnerability -- US, Dec 14, 2020-Mar 1, 2021 MMWR (Hughes et al., CDC) | AR-00677 |
| Covid News:  Delta Variant Is Overwhelming Alaska, Site of Worst US Outbreak (NYTimes)[1] | AR-00686 |
| COVID-19 and Workers at Risk:  Examining the Long-Term Care Workforce (True et al., KFF) | AR-00715 |

---

[1] The printed version of this document in the record includes other articles from the *New York Times*.

| | |
|---|---|
| Covid-19 Breakthrough Infections in Vaccinated Health Care Workers (Bergwerk et al., New England Journal of Medicine) | AR-00727 |
| Covid-19 Data Tracker (healthcare personnel) (CDC Webpage) | AR-00738 |
| Covid-19 Data Tracker (hospitalizations by vaccination status) (CDC Webpage) | AR-00741 |
| Covid-19 Data Tracker (new Covid-19 related hospitalizations) (CDC Webpage) | AR-00744 |
| Covid-19 Data Tracker (CDC Webpage) | AR-00748 |
| Covid-19 Data Tracker Weekly Review (CDC Webpage) | AR-00771 |
| Covid-19 Healthcare ETS (OSHA Webpage) | AR-00777 |
| Covid-19 Information for Specific Groups of People (CDC Webpage) | AR-00780 |
| Covid-19: Maintaining Essential Rehabilitation Services Across the Care Continuum (Bettger et al., BMJ Global Health) | AR-00782 |
| Covid-19 Nursing Home Data (CMS Webpage) | AR-00789 |
| Covid-19 Outbreak Associated with a SARS-CoV-2 R.1 Lineage Variant in a Skilled Nursing Facility After Vaccination Program -- Kentucky, Mar 2021 MMWR (Cavanaugh et al., CDC) | AR-00797 |
| Covid-19 Outbreak in an Urban Hemodialysis Unit (Yau et al., AJKD) | AR-00803 |
| Covid-19 Overtakes 1918 Spanish Flu as Deadliest Disease in American History (Branswell, STATnews) | AR-00810 |
| Covid-19 Public Health Declarations List 1 of 2 (DHHS Webpage) | AR-00815 |
| Covid-19 Public Health Declarations List 2 of 2 (DHHS Webpage) | AR-00817 |
| Covid-19 Vaccination Coverage and Vaccine Confidence (CDC Webpage) | AR-00825 |
| Covid-19 Vaccination of Health Care Personnel as a Condition of Employment (Talbot, JAMA) | AR-00826 |

| | |
|---|---|
| Covid-19 Vaccination Toolkits (CDC Webpage) | AR-00828 |
| Covid-19 Vaccine Booster Shots (CDC Webpage) | AR-00830 |
| Covid-19 Vaccine Equity for Racial and Ethnic Minority Groups (CDC Webpage) | AR-00834 |
| Covid-19 Vaccines (FDA Webpage) | AR-00838 |
| Covid-19 Vaccines for Moderately to Severely Immunocompromised People (CDC Webpage) | AR-00851 |
| Covid-19 Vaccines for People with Allergies (CDC Webpage) | AR-00854 |
| Covid-19 Vaccines Work (CDC Webpage) | AR-00856 |
| Daily Updates of Totals by Week and State Provisional Death Counts for Covid-19 (CDC Webpage) | AR-00858 |
| Declining Prevalence of Antibody Positivity to SARS-CoV-2 (Ward et al.) | AR-00861 |
| Delay or Avoidance of Medical Care Because of Covid-19 Related Concerns -- US, June 2020 MMWR (Czeisler et al., CDC) | AR-00891 |
| Delayed and Forgone Health Care for Nonelderly Adults During the Covid-19 Pandemic (Gonzalez et al., Urban Institute) | AR-00899 |
| Delta Variant Isn't As Contagious As Chickenpox But Is Still Highly Contagious (Doucleff, NPR) | AR-00915 |
| Delta Variant What We Know About the Science (CDC Webpage) | AR-00920 |
| Despite Protests 98 Percent of Henry Ford Hospital Workers Get Covid-19 Vaccinations (Bridge Michigan) | AR-00923 |
| Developing Covid-19 Vaccines (CDC Webpage) | AR-00931 |
| Dialysis Covid-19 Vaccination Data Dashboard (CDC Webpage) | AR-00934 |
| Dialysis Covid-19 Vaccination Data Dashboard (CDC Webpage) | AR-00937 |

| | |
|---|---|
| Different Covid-19 Vaccines (CDC Webpage) | AR-00940 |
| Direct Care Worker Retention Strategies for Success (Barbarotta, AAHSA) | AR-00942 |
| Disparities in Covid-19 Associated Hospitalizations (CDC Webpage) | AR-01014 |
| Disparities in Covid-19 Vaccination Coverage Among Health Care Personnel Working in Long-Term Care Facilities by Job Category National Healthcare Safety Network -- US, Mar 2021 MMWR (Lee et al., CDC) | AR-01019 |
| Disparities in Covid-19 Vaccination Coverage Between Urban and Rural Counties -- US, Dec 14, 2020-Apr 10, 2021 MMWR (Murthy et al., CDC) | AR-01024 |
| Disparities in Covid-19 Vaccination Rates Across Racial and Ethnic Minority Groups in the US (ASPE Webpage) | AR-01035 |
| Do Covid-19 Vaccines Protect Against the Variants? (Mayo Clinic Staff) | AR-01052 |
| Effect of Influenza Vaccination of Healthcare Personnel on Morbidity and Mortality Among Patients (Ahmed et al., CID) | AR-01055 |
| Effect of Influenza Vaccination of Nursing Home Staff on Mortality of Residents (Lemaitre et al., JAGS) | AR-01063 |
| Effectiveness of Covid-19 Vaccines Against the B.1.617.2 (Delta) Variant (Bernal et al., New England Journal of Medicine | AR-01070 |
| Effectiveness of Covid-19 Vaccines in Preventing SARS-CoV-2 Infection Among Frontline Workers Before and During B.1.617.2 (Delta) Variant -- Eight US Locations, Dec 2020-Aug 2021 MMWR (Fowlkes et al., CDC) | AR-01080 |
| Effectiveness of an Influenza Vaccine Programme for Care Home Staff to Prevent Death Morbidity and Health Service use Among Residents (Hayward et al., BMJ) | AR-01085 |
| Effectiveness of the Pfizer-BioNTech Covid-19 Vaccine Among Residents of Two Skilled Nursing Facilities Experiencing Covid-19 Outbreaks -- Connecticut, Dec 2020-Feb 2021 MMWR (Britton et al., CDC) | AR-01091 |
| Effects of Influenza Vaccination of Health-care Workers on Mortality of Elderly People in Long-term Care (Carman et al., The Lancet) | AR-01101 |
| Emergency Use Authorization (FDA Webpage) | AR-01106 |
| Ensuring Equity in Covid-19 Vaccine Distribution (HRSA Webpage) | AR-01129 |
| Erratum for Volume 70, Number 27 MMWR (CDC) | AR-01131 |

| | |
|---|---|
| Essential Long-term Care Workers Commonly Hold Second Jobs and Double- or Triple-duty Caregiving Roles (Van Houten et al., JAGS) | AR-01132 |
| Estimated Incidence of Covid-19 Illness and Hospitalization -- US, Feb-Sep 2020 (Reese et al., CID) | AR-01136 |
| Estimating Real-world Covid-19 Vaccine Effectiveness in Israel Using Aggregated Counts (Aran) | AR-01144 |
| Expanding Covid-19 Response in Rural Communities through Rural Health Clinics (HRSA Webpage) | AR-01152 |
| Experiences of Home Health Care Workers in New York City During the Covid-19 2019 Pandemic (Sterling et al., JAMA Internal Medicine) | AR-01154 |
| FDA Approves First Covid-19 Vaccine (FDA News Release) | AR-01161 |
| Fear and Avoidance of Healthcare Workers An Important Under-recognized Form of Stigmatization During the Covid-19 Pandemic (Taylor et al., Elsevier) | AR-01165 |
| Flu Season (CDC Webpage) | AR-01171 |
| France Covid: Vaccinations Mandatory for All Health Workers (BBC) | AR-01173 |
| Frequently Asked Questions About Covid-19 Vaccination (CDC Webpage) | AR-01185 |
| Frequently Asked Questions About Therapeutic Biological Products (CDER Small Business and Industry Assistance Webpage) | AR-01192 |
| From Inpatient to Outpatient The Evolution of Healthcare Delivery (Norwich University Online) | AR-01197 |
| Genetic Information Nondiscrimination Act of 2008, PL 110-233 | AR-01206 |
| Greece Orders Covid-19 Vaccinations as Infections Rise (Reuters) | AR-01248 |
| Guidelines for Regulatory Impact Analysis (ASPE Webpage) | AR-01260 |
| Half of Unvaccinated Workers Say They'd Rather Quit Than Get a Shot But Real-world Data Suggest Few Are Following Through (Barry et al., The Conversation) | AR-01354 |
| Having SARS-CoV-2 once confers much greater immunity than a vaccine—but vaccination remains vital (Wadman, ScienceInsider) | AR-01357 |

8

| | |
|---|---|
| Health Economists Urge CMS to Mandate Covid-19 Staff Vaccinations Through Quick Rule-making Process (Marselas, McKnights) | AR-01363 |
| Healthcare Associated Covid-19 in England: a National Data Linkage Study (Bhattacharya et al.) | AR-01371 |
| Healthcare Providers Fact Sheet for Janssen | AR-01401 |
| Healthcare Providers Fact Sheet for Moderna | AR-01432 |
| Healthcare Providers Fact Sheet for Pfizer-BioNTech | AR-01467 |
| Hepatitis B Vaccination Protection Fact Sheet (OSHA) | AR-01520 |
| Hospital Experiences Responding to the COVID-19 Pandemic: Results of a National Pulse Survey March 23-27, 2020 (HHS OIG Report OEI-06-20-00300) | AR-01522 |
| Hospitals Reported that the COVID-19 Pandemic Has Significantly Strained Health Care Delivery (HHS OIG Report OEI-09-21-00140) | AR-01563 |
| High Nursing Staff Turnover In Nursing Homes Offers Important Quality Information (Gandhi et al., Health Affairs) | AR-01625 |
| Hopkins Finds Dialysis Patients at Greater Risk of Covid-19 (Ravi, the Johns Hopkins News-Letter) | AR-01633 |
| Hospital Acquired SARS-CoV-2 Infection: Lessons for Public Health (Richterman et al., JAMA) | AR-01638 |
| Houston Hospital Employees Fired, Resign for Refusing to be Vaccinated (Diamond, Washington Post) | AR-01640 |
| Houston Methodist Requires Covid-19 Vaccine for Credentialed Doctors (Ackerman, Houston Methodist Leading Medicine) | AR-01645 |
| How Long Do Covid-19 Vaccines Provide Immunity? (Reddy, WSJ) | AR-01646 |
| How Surging Delta Variant Is Leading to Rationed Care at Hospitals (Bahl, Healthline) | AR-01651 |
| ICFs-IID Community Residential Living (Florida) | AR-01662 |
| Immunizations Religion and Exemptions Resource 1 (Vanderbilt Faculty & Staff Health and Wellness) | AR-01663 |

| | |
|---|---|
| Immunizations Religion and Exemptions Resource 2 (Institute for Vaccine Safety) | AR-01667 |
| Immunizations Religion and Exemptions Resource 3 (Grabenstein, Elsevier) | AR-01669 |
| Immunizations Religion and Exemptions Resource 4 (Christian Science Press Room) | AR-01682 |
| Immunizations Religion and Exemptions Resource 5 (Reiss) | AR-01685 |
| Immunizations Religion and Exemptions Resource 6 (Sandstrom, Pew Research Center) | AR-01694 |
| Immunizations Religion and Exemptions Resource 7 (Cultural Perspectives) | AR-01700 |
| Immunizations Religion and Exemptions Resource 8 (Ratini, WebMD) | AR-01708 |
| Impact of Covid-19 on Excess Mortality Life Expectancy and Years of Life Lost in the US (Chan et al., Plos One) | AR-01718 |
| Impact of Covid-19 on the Physical Therapy Profession Over One Year (APTA Report) | AR-01730 |
| Incidence of Nosocomial Covid-19 in Patients Hospitalized at a Large US Academic Medical Center (Rhee et al., JAMA) | AR-01756 |
| Influenza Vaccination for Health-care Workers Who Work With Elderly People in Institutions (Thomas et al., The Lancet) | AR-01765 |
| Influenza Vaccination Levels and Influenza-Like Illness in Long-Term-Care Facilities for Elderly People in Niigata, Japan During an Influenza A Epidemic (Oshitani, et al., Infection Control and Hospital Epidemiology) | AR-01772 |
| Influenza Vaccination of Healthcare Workers and Vaccine Allocation for Healthcare Workers During Vaccine Shortages (Talbot et al., Infection Control and Hospital Epidemiology) | AR-01775 |
| Influenza Vaccination of Healthcare Workers in Long-Term-Care Hospitals Reduces the Mortality of Elderly Patients (Potter et al., JID) | AR-01784 |
| In-Home and Residential Long-Term Supports and Services for Persons with Intellectual or Developmental Disabilities Status and Trends, 2017 (Residential Information Systems Project) | AR-01790 |
| Interim Clinical Considerations for Use of Covid-19 Vaccines (last updated 27 Sep 2021) (CDC Webpage) | AR-02047 |
| Interim Clinical Considerations for Use of Covid-19 Vaccines CDC (last updated 31 Aug 2021) (CDC Webpage) | AR-02080 |

10

| | |
|---|---|
| Interim Infection Prevention and Control Recommendations for Healthcare Personnel During the Covid-19 Pandemic (CDC Webpage) | AR-02110 |
| Interim Public Health Recommendations for Fully Vaccinated People (CDC Webpage) | AR-02122 |
| Joint Statement in Support of Covid-19 Vaccine Mandates for All Workers in Health (Press Release) | AR-02127 |
| Justice in Aging Supports Mandatory Covid-19 Vaccinations in Long-Term Care Facilities (Press Release) | AR-02131 |
| KFF Covid-19 Vaccine Monitor: September 2021 | AR-02135 |
| Laboratory-Confirmed Covid-19 Among Adults Hospitalized with Covid-19–Like Illness with Infection-Induced or mRNA Vaccine-Induced SARS-CoV-2 Immunity -- Nine States, Jan-Sep 2021 MMWR (Bozio et al., CDC) | AR-02167 |
| LeadingAge Statement on Vaccine Mandates for Healthcare Workers | AR-02177 |
| Major Health Care Professional Organizations Call for Covid-19 Vaccine Mandates for All Health Workers (AAMC) | AR-02179 |
| Mandating Covid-19 Vaccination for Health Care Workers (Emanuel and Skorton, Annals of Internal Medicine) | AR-02183 |
| Mandatory Influenza Vaccination for Health Care Workers as the New Standard of Care A Matter of Patient Safety and Nonmaleficent Practice (Cortes-Penfield, American Journal of Public Health) | AR-02187 |
| Mandatory Vaccination of Health Care Workers: Whose Rights Come First? (Field, P&T) | AR-02193 |
| Mathematical Modeling to Inform Vaccination Strategies and Testing Approaches for Covid-19 in Nursing Homes (Kahn et al.) | AR-02196 |
| May 2020 National Occupational Employment and Wage Estimates (BLS Webpage) | AR-02221 |
| Medical Care for the Final Years of Life: "When You're 83, It's Not Going to be 20 Years" (Reuben, JAMA) | AR-02247 |
| Medical Costs of Keeping the US Economy Open During Covid-19 (Chen et al.) | AR-02267 |
| Medicare and You (CMS Handbook) | AR-02282 |
| Medicare and You (Webpage) | AR-02410 |

| | |
|---|---|
| MEDPAC Report to Congress: Medical Payment Policy, March 2019 | AR-02413 |
| Merck Says It Has the First Antiviral Pill Found to Be Effective Against Covid (Robbins, NYTimes) | AR-02944 |
| Modeling Effectiveness of Testing Strategies to Prevent Covid-19 in Nursing Homes (See et al.) | AR-02949 |
| Monitoring Incidence of Covid-19 Cases Hospitalizations and Deaths by Vaccination Status -- 13 US Jurisdictions, Apr 4-Jul 17, 2021 MMWR (Scobie et al., CDC) | AR-02968 |
| National Study Shows Home Health Care is in a Fragile State (National Association for Home Care & Hospice) | AR-02977 |
| Nearly One-Third of US Coronavirus Deaths Are Linked to Nursing Homes (NYTimes) | AR-02979 |
| New AARP Analysis Shows Nursing Homes Vaccination Rates Still Well Short of Benchmark as Covid-19 Cases Trend Upwards (AARP Press Release) | AR-03194 |
| New CDC Study: Vaccination Offers Higher Protection than Previous COVID-19 Infection (CDC Media Release) | AR-03198 |
| New Covid-19 Cases and Hospitalizations Among Adults by Vaccination Status -- New York, May 3-Jul 25, 2021 MMWR (Rosenberg et al., CDC) (corrected report) | AR-03199 |
| New Covid-19 Cases and Hospitalizations Among Adults by Vaccination Status -- New York, May 3-Jul 25, 2021 MMWR (Rosenberg et al., CDC) | AR-03207 |
| NHE Fact Sheet (CMS Webpage) | AR-03215 |
| Race, Ethnicity, and Kidney Disease (NIH Webpage) | AR-03219 |
| Nosocomial Transmission and Outbreaks of Covid-19 (Abbas et al., BMC) | AR-03221 |
| Novant Health Update On Mandatory Covid-19 Vaccination Program For Employees (Press Release) | AR-03234 |
| Nursing Home Covid-19 Vaccination Data Dashboard (CDC Webpage) | AR-03236 |
| Nursing Home Data Dashboard (CDC Webpage) | AR-03240 |
| Nursing Home Staff Networks and Covid-19 (Chen et al., PNAS) | AR-03243 |

| | |
|---|---|
| Nursing Home Staff Networks and Covid-19 (Chen et al.) | AR-03250 |
| Nursing Home Staffing Levels Did Not Change Significantly During Covid-19 (Werner and Coe, Health Affairs) | AR-03277 |
| Occupational Covid-19 Exposures and Secondary Cases Among Healthcare Personnel (Ibiebele, et al., Elsevier) | AR-03284 |
| Outcomes Among Patients Referred to Outpatient Rehabilitation Clinics After Covid-19 Diagnosis -- US, Jan 2020-Mar 2021 MMWR (Rogers-Brown et al., CDC) | AR-03288 |
| Outcomes of Patients on Maintenance Dialysis Hospitalized with Covid-19 (Chan et al., American Society of Nephrology) | AR-03293 |
| Performance of an Antigen-Based Test for Asymptomatic and Symptomatic SARS-CoV-2 Testing at Two University Campuses -- Wisconsin, Sep-Oct 2020 MMWR (Pray et al., CDC) | AR-03307 |
| PHE for Covid-19 Determination Renewals (15 Oct 2021) DHHS | AR-03316 |
| PHE for Covid-19 Initial Determination (31 Jan 2020) DHHS | AR-03317 |
| Population Based Estimates of Chronic Conditions Affecting Risk for Complications from Covid-19 -- US, Volume 26 Number 8, Aug 2020 (Adams et al., CDC) | AR-03318 |
| Possible Side Effects After Getting a Covid-19 Vaccine (CDC Webpage) | AR-03323 |
| Postvaccination SARS-CoV-2 Infections Among Skilled Nursing Facility Residents and Staff Members -- Chicago, Illinois, Dec 2020-Mar 2021 MMWR (Teran et al., CDC) | AR-03327 |
| Predicting the Impact of Low Influenza Activity in 2020 on Population Immunity and Future Influenza Season in the US (Lee et al.) | AR-03337 |
| Presidential Proclamation on Declaring a National Emergency Concerning The Novel Coronavirus Disease (Covid-19) Outbreak | AR-03353 |
| Prevalence of Underlying Medical Conditions Among Selected Essential Critical Infrastructure Workers -- Behavioral Risk Factor Surveillance System 31 States 2017-2018 MMWR (Silver et al., CDC) | AR-03357 |
| Preventing Nosocomial Influenza by Improving the Vaccine Acceptance Rate of Clinicians (Salgado et al., Infection Control and Hospital Epidemiology) | AR-03367 |
| Prevention Strategies for Seasonal Influenza in Healthcare Settings (CDC Webpage) | AR-03373 |
| Protecting Healthcare Personnel in Outpatient Settings: The Influence of Mandatory Versus Nonmandatory Influenza Vaccination Policies on Workplace | AR-03381 |

13

| | |
|---|---|
| Absenteeism During Multiple Respiratory Virus Seasons (Frederick et al., Infection Control and Hospital Epidemiology) | |
| Provider Supplier Count 09012021 DC (from QCOR website) | AR-03392 |
| Public Perspectives on Decisions About Emergency Care Seeking for Care Unrelated to Covid-19 During the Covid-19 Pandemic (Gale et al., JAMA) | AR-03393 |
| Racial Diversity within Covid-19 Vaccine Clinical Trials: Key Questions and Answers (Artiga et al., KFF) | AR-03410 |
| Reduced Risk of Reinfection with SARS-CoV-2 After Covid-19 Vaccination -- Kentucky, May-Jun 2021 MMWR (Cavanaugh et al., CDC) | AR-03415 |
| Reductions in 2020 US Life Expectancy Due to Covid-19 and the Disproportionate Impact on the Black and Latino Populations (Andrasfay and Goldman, PNAS) | AR-03421 |
| Reflections on the Influenza Vaccination of Healthcare Workers (McLennan and Wicker, Elsevier) | AR-03427 |
| Report of Nationally Representative Values for the Noninstitutionalized US Adult Population for 7 Health-Related Quality-of-Life Scores (Hanmer et al., Medical Decision Making) | AR-03431 |
| Request for a Religious Exception (Template) | AR-03442 |
| Requiring Influenza Vaccination for Health Care Workers: Seven Truths We Must Accept (Poland et al., Elsevier) | AR-03444 |
| Results of a National Survey of Infectious Disease Specialists Regarding Influenza Vaccine Programs for Health Care Workers (Polgreen et al., Infection Control and Hospital Epidemiology) | AR-03449 |
| Revised SHEA Position Paper: Influenza Vaccination of Healthcare Personnel (Talbot et al., Infection Control and Hospital Epidemiology) | AR-03453 |
| Risk Factors Associated with SARS-Cov-2 Seropositivity Among US Health Care Personnel (Jacob et al., JAMA) | AR-03462 |
| Risk for Covid-19 Infection, Hospitalization, and Death By Age Group (CDC Webpage) | AR-03475 |
| Risk of Severe Illness or Death from Covid-19 (CDC Webpage) | AR-03476 |
| S&C QCOR Home Page | AR-03482 |
| Safe Care, Safe Workplace—We Are Vaccinated (Nevin, ChristianaCare News) | AR-03483 |

| | |
|---|---|
| Safety of Covid-19 Vaccines (CDC Webpage) | AR-03486 |
| SARS-CoV-2 Cases in Healthcare Workers May Not Regularly Originate From Patient Care: Lessons from a University Hospital on the Underestimated Risk of Healthcare Worker to Healthcare Worker Transmission (Schneider, et al., BMC) | AR-03489 |
| Science Brief: Covid-19 Vaccines and Vaccination (CDC Webpage) | AR-03496 |
| Science Brief: Evidence Used to Update the List of Underlying Medical Conditions Associated with Higher Risk for Severe Covid-19 (CDC Webpage) | AR-03516 |
| Section 12: Religious Discrimination (EEOC Guidance) | AR-03530 |
| Selected Adverse Events Reported after Covid-19 Vaccination (CDC Webpage) | AR-03694 |
| Serologic Surveillance and Phylogenetic Analysis of SARS-CoV-2 Infection Among Hospital Health Care Workers (Sikkers et al., JAMA) | AR-03696 |
| Several Hundred Virginia Health-care Workers Have Been Suspended or Fired Over Coronavirus Vaccine Mandates (Portnoy, Washington Post) | AR-03709 |
| Short-term and Long-term Rates of Postacute Sequelae of SARS-Cov-2 Infection: A Systematic Review (Groff et al., JAMA) | AR-03713 |
| Signs and Symptoms to Determine if a Patient Presenting in Primary Care or Hospital Outpatient Settings Has Covid-19 (Review) (Struyf et al., Cochrane Database of Systematic Reviews) | AR-03730 |
| Spectrum Health workers can use natural immunity as vaccine mandate exemption (LeBlanc, The Detroit News) | AR-03937 |
| State Covid-19 Data and Policy Actions (KFF Webpage) | AR-03939 |
| State of the Long Term Care Industry: Survey of Nursing Home and Assisted Living Providers Show Industry Facing Significant Workforce Crisis (AHCA & NCAL) | AR-03944 |
| State-wide Genomic Epidemiology Investigations of COVID-19 Infections in Healthcare Workers – Insights for Future Pandemic Preparedness (Watt et al.) | AR-03951 |
| Summary Document for Interim Considerations for Use of Covid-19 Vaccines (CDC) | AR-03971 |
| Sustained Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against Covid-19 Associated Hospitalizations Among Adults -- US, Mar-Jul 2021 MMWR (Tenforde et al., CDC) | AR-03974 |
| The Case for Mandating Covid-19 Vaccines for Health Care Workers (Klompas et al., Annals of Internal Medicine) | AR-03984 |

| | |
|---|---|
| The Cost of Frontline Turnover in Long-Term Care (IFAS) | AR-03988 |
| The Delta Variant is Putting America's Hospitals Back in Crisis Mode (Sellers et al., Washington Post) | AR-04021 |
| The Devastating Impact of Covid-19 on Individuals with Intellectual Disabilities in the United States (Gleason et al., NEJM Catalyst) | AR-04026 |
| The Effects of Influenza Vaccination of Health Care Workers in Nursing Homes: Insights from a Mathematical Model (van den Dool et al., Plos Medicine) | AR-04046 |
| The Epidemiology and Clinical Characteristics of Coinfection of SARS-CoV-2 and Influenza Viruses in Patients During Covid-19 Outbreak (Yue et al., Journal of Medical Virology) | AR-04054 |
| The Federal Retail Pharmacy Program for Covid-19 Vaccination (CDC Webpage) | AR-04058 |
| The Possibility of Covid-19 After Vaccination Breakthrough Infections (CDC Webpage) | AR-04060 |
| The Potential Public Health and Economic Value of a Hypothetical Covid-19 Vaccine in the US (Kohli et al., Elsevier) | AR-04063 |
| The Unrecognized Death Toll of Covid-19 in the United States (Moghadas and Galvani, Elsevier) | AR-04072 |
| Transmission of Community- and Hospital-acquired SARS-CoV-2 in Hospital Settings in the UK: A Cohort Study (Mo et al., Plos Medicine) | AR-04075 |
| Transmission of SARS-CoV-2 From Asymptomatic and Presymptomatic Individuals in Healthcare Settings Despite Medical Masks and Eye Protection (Klompas et al.) | AR-04095 |
| Transmission of SARS-CoV-2 in Inpatient and Outpatient Settings in a Veterans Affairs Health Care System (Jinadatha et al., OFID) | AR-04106 |
| Underlying Medical Conditions Associated with Higher Risk for Severe Covid-19: Information for Healthcare Providers (CDC Webpage) | AR-04113 |
| Unintended Consequences of Covid-19 Mitigation Strategies (CDC Webpage) | AR-04120 |
| Update Characteristics of Health Care Personnel with Covid-19 -- US, Feb 12-Jul 16, 2020 MMWR (Hughes et al., CDC) | AR-04124 |
| VA Expands Mandate for Covid-19 Vaccines Among VHA Employees (News Release) | AR-04132 |
| Vaccinating Dialysis Patients and Healthcare Personnel (CDC Webpage) | AR-04134 |

| | |
|---|---|
| Vaccinating Health Care Workers Against Influenza The Ethical and Legal Rationale for a Mandate (Othenberg et al., American Journal of Public Health) | AR-04136 |
| Vaccination Laws (CDC Webpage) | AR-04141 |
| Vaccination of Health Care Workers Against Pertussis: Meeting the Need for Safety Within Hospitals (Heininger, Elsevier) | AR-04143 |
| Vaccination of Health Care Workers to Protect Patients at Increased Risk for Acute Respiratory Disease (Dolan et al., Emerging Infectious Diseases) | AR-04147 |
| Vaccination of Healthcare Workers Against Influenza: Our Obligation to Protect Patients (Maltezou and Tsakris, Influenza and Other Respiratory Viruses) | AR-04157 |
| Vaccination to Prevent Covid-19 Outbreaks with Current and Emergent Variants -- US, 2021 (CDC Webpage) | AR-04164 |
| Vaccine Adverse Event Reporting System (VAERS) | AR-04168 |
| Thousands of N.Y. Health Care Workers Get Vaccinated Ahead of Deadline (Otterman and Goldstein, NYTimes) | AR-04173 |
| Valuing Covid-19 Mortality and Morbidity Risk Reductions in US DHHS Regulatory Impact Analyses | AR-04179 |
| Valuing Reductions in Fatal Illness Risks: Implications of Recent Research (Robinson and Hammitt, Health Economics) | AR-04250 |
| Viral Sequencing Reveals US Healthcare Personnel Rarely Become Infected with SARS-CoV-2 Through Patient Contact (Braun et al.) | AR-04264 |
| Virological Characteristics of SARS-CoV-2 Vaccine Breakthrough Infections in Health Care Workers (Shamier et al.) | AR-04290 |
| V-safe After Vaccination Health Checker (CDC Webpage) | AR-04305 |
| Waning Immune Humoral Response to BNT162b2 Covid-19 Vaccine Over 6 Months (Levin et al., New England Journal of Medicine) | AR-04308 |
| Weekly HCP Covid-19 Vaccination HPS NHSN (CDC Webpage) | AR-04319 |
| Weekly US Influenza Surveillance Report (CDC Webpage) | AR-04321 |
| What to Do if You Had an Allergic Reaction After Getting a Covid-19 Vaccine CDC | AR-04334 |

| | |
|---|---|
| What You Should Know About Covid-19 and the ADA, the Rehabilitation Act, and Other EEO Laws (EEOC Guidance) | AR-04337 |
| When You've Been Fully Vaccinated (CDC Webpage) (updated 15 Oct 2021) | AR-04390 |
| When You've Been Fully Vaccinated (CDC Webpage) (updated 16 Sep 2021) | AR-04393 |
| Whether Section 564 of the FDC Act Prohibits Entities From Requiring the Use of a Vaccine Subject to an EUA (OLC Opinion) | AR-04396 |
| WHO Considerations For Evaluation of Covid-19 Vaccines | AR-04414 |
| WHO Covid-19 and Mandatory Vaccination: Ethical Considerations and Caveats | AR-04443 |
| WHO Covid-19 Vaccine Status 29 Sept 2021 | AR-04448 |
| WHO Covid-19 Vaccines | AR-04451 |
| With Hospitals Crowded from Covid, 1 in 5 American Families Delays Health Care (Dawson, NPR) | AR-04470 |
| "Worst Surge We've Seen": Some Hospitals in Delta Hot Spots Close to Breaking Point (Balch, AAMC) | AR-04478 |
| Science Brief: SARS-CoV-2 Infection-induced and Vaccine-induced Immunity (CDC Webpage) | AR-04481 |
| Nursing Home COVID-19 Vaccination Data Dashboard (CDC Webpage) | AR-04500 |
| Dialysis COVID-19 Vaccination Data Dashboard (CDC Webpage) | AR-04504 |
| Covid-19 Data from the National Center for Health Statistics (CDC Webpage) | AR-04507 |
| Covid-19 Data Tracker (CDC Webpage) | AR-04510 |
| HHS Protect Public Data Hub (HHS Webpage) | AR-04533 |
| Covid-19 Vaccination Coverage and Vaccine Confidence (CDC Webpage) | AR-04539 |

| | |
|---|---|
| Reduced Access to Care (CDC Webpage) | AR-04540 |
| American Hospital Association Letter | AR-04546 |
| America's Essential Hospitals Letter | AR-04553 |
| The Jewish Federations of North America Letter | AR-04558 |
| LeadingAge Letter | AR-04562 |
| Florida Hospital Association Letter | AR-04565 |
| Service Employees International Union Letter | AR-04567 |
| Nonprofit Kidney Care Alliance Letter | AR-04572 |
| Ascension Letter | AR-04574 |
| American Health Care Association / National Center for Assisted Living Letter | AR-04578 |
| The First Church of Christ, Scientist Letter | AR-04579 |
| Federation of American Hospitals Letter | AR-04585 |
| Native Production of Internet Databases | AR-04591 |
| Reports of Forgone Medical Care Among US Adults During the Initial Phase of the COVID-19 Pandemic (Anderson et al., JAMA) | AR-04598 |
| The evidence is building: Vaccine mandates work—and well (Blake, Washington Post) | AR-04609 |
| New York hospital to "pause" delivering babies after resignations over vaccine mandate (Reyes, Axios) | AR-04613 |