OPEN ⊘ ACCESS Freely available online

PLoS MEDICINE

# The Effects of Influenza Vaccination of Health Care Workers in Nursing Homes: Insights from a Mathematical Model

Carline van den Dool[1]*, Marc J. M. Bonten[1,2], Eelko Hak[1], Janneke C. M. Heijne[3], Jacco Wallinga[1,3]

1 Julius Center for Health Sciences and Primary Care, University Medical Center Utrecht, Utrecht, The Netherlands, 2 Department of Medical Microbiology, University Medical Center Utrecht, Utrecht, The Netherlands, 3 Center for Infectious Disease Control, National Institute for Public Health and the Environment, Bilthoven, The Netherlands

**Funding:** The study was funded by a grant from the Netherlands Health Care Organization (ZonMw, number 6120.0015). MJMB is supported by the Netherlands Organization for Scientific Research (VICI NWO Grant 918.76.611). The funders had no role in the study design, data collection and analysis, nor in the decision to publish or in the preparation of the manuscript.

**Competing Interests:** The authors have declared that no competing interests exist.

**Academic Editor:** Steven Riley, Hong Kong University, Hong Kong

**Citation:** van den Dool C, Bonten MJM, Hak E, Heijne JCM, Wallinga J (2008) The effects of influenza vaccination of health care workers in nursing homes: Insights from a mathematical model. PLoS Med 5(10): e200. doi:10.1371/journal. pmed.0050200

**Received:** March 10, 2008
**Accepted:** August 28, 2008
**Published:** October 28, 2008

**Copyright:** © 2008 van den Dool et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Abbreviations:** HCW, health care worker; ILI, influenza-like illness

* To whom correspondence should be addressed. E-mail: c.vandendool@umcutrecht.nl

## ABSTRACT

### Background

Annual influenza vaccination of institutional health care workers (HCWs) is advised in most Western countries, but adherence to this recommendation is generally low. Although protective effects of this intervention for nursing home patients have been demonstrated in some clinical trials, the exact relationship between increased vaccine uptake among HCWs and protection of patients remains unknown owing to variations between study designs, settings, intensity of influenza seasons, and failure to control all effect modifiers. Therefore, we use a mathematical model to estimate the effects of HCW vaccination in different scenarios and to identify a herd immunity threshold in a nursing home department.

### Methods and Findings

We use a stochastic individual-based model with discrete time intervals to simulate influenza virus transmission in a 30-bed long-term care nursing home department. We simulate different levels of HCW vaccine uptake and study the effect on influenza virus attack rates among patients for different institutional and seasonal scenarios. Our model reveals a robust linear relationship between the number of HCWs vaccinated and the expected number of influenza virus infections among patients. In a realistic scenario, approximately 60% of influenza virus infections among patients can be prevented when the HCW vaccination rate increases from 0 to 1. A threshold for herd immunity is not detected. Due to stochastic variations, the differences in patient attack rates between departments are high and large outbreaks can occur for every level of HCW vaccine uptake.

### Conclusions

The absence of herd immunity in nursing homes implies that vaccination of every additional HCW protects an additional fraction of patients. Because of large stochastic variations, results of small-sized clinical trials on the effects of HCW vaccination should be interpreted with great care. Moreover, the large variations in attack rates should be taken into account when designing future studies.

*The Editors' Summary of this article follows the references.*



AR-04046

## Introduction

Annual influenza vaccination of institutional health care workers (HCWs) is advised in most Western countries to reduce transmission of influenza to vulnerable patients [1]. A few clinical trials have indeed demonstrated protective effects of this intervention for patients in nursing homes at relatively low HCW vaccine uptake rates [2–5]. However adherence to the recommendation is generally low [6–9] and it is uncertain what the effect of a further increase of vaccine uptake among HCWs is and whether herd immunity can be attained in health care institutions [10]. Empirical data from previous trials did not reveal a clear association between the number of HCWs vaccinated and the number of prevented influenza virus infections in patients. This absence of a clear association might be due to substantial variation between the studies in the endpoints measured, the departments (of varying size) involved, and vaccine coverage among patients. Furthermore, the effect of HCW vaccination is highly dependent on annual factors such as influenza virus activity and the match between the circulating influenza virus strain and the current vaccine. To control for all uncertainties potentially modifying the effects of HCW vaccination an exceptionally large clinical trial would be needed.

We, therefore, propose to disentangle the impact of effect modifiers with a mathematical model that can simulate the occurrence of influenza virus infections in a nursing home department under various vaccination and institutional scenarios. With the model we aim to elucidate the relationship between HCW vaccination and patient attack rates for a given department size, vaccine uptake among patients, and vaccine efficacy. Furthermore, we explore whether herd immunity can be expected to occur in a nursing home at higher levels of HCW vaccine uptake.

## Methods

### Population and Model

We simulate the occurrence of influenza virus outbreaks in a typical Dutch long-term care nursing home department with 30 beds (in 15 two-bed rooms) and a team of 30 HCWs. We assume the 30 HCWs work in shifts of 8 h according to a weekly schedule, with five HCWs working during the day shift, three during the evening, and one during the night. As we are simulating a small population where chance events can have major effects we use a stochastic transmission model. Below we describe the essential structure of this model; a detailed description is presented in the Text S1.

### Infection Cycle

According to a standard model for infectious disease transmission, individuals can be in one of several stages of influenza virus infection: susceptible, infected but not yet infectious (exposed), infectious, or recovered/immune (S, E, I, or R) [11,12]. Susceptible individuals can be infected and become exposed through contact with infectious individuals from either inside or outside the department. After a latent period the exposed individuals become infectious and can infect others until they recover and become immune. Individuals acquire immunity either by recovery after infection or by vaccination prior to the influenza season, and immune individuals do not return to the susceptible pool for the remaining season.

### Influenza Vaccination

Both patients and HCWs can receive influenza vaccine prior to the influenza season. We assume vaccination leads to perfect immunity against infection in a fraction $ve_1$ of vaccinated patients and $ve_2$ of vaccinated HCWs, where $ve_1$ and $ve_2$ are the vaccine efficacies in the corresponding populations. In the remaining $(1 − ve_i)$ vaccinated individuals the vaccine has no effect. In Text S1 (Figure IX) we show that an alternative assumption (vaccination reduces the probability of becoming infected for all vaccinated individuals, but does not lead to complete immunity) leads to qualitatively similar results.

### Contacts

As described above, susceptible individuals can become infected through contacts with infectious individuals. Therefore, an individual's risk of being infected depends on the frequency of contacts that are made, and the likelihood that the contacted persons are infectious. The number of potential contacts of patients and HCWs varies per shift (day, evening, night). Patients can have contact with other patients, HCWs, and visitors during day and evening shifts. During night shifts, patients can only contact their roommate and HCWs. HCWs can have contacts with other HCWs working in the same shift and with all patients. We distinguish between casual and close contacts. Individuals have a casual contact when they have a conversation, and a close contact when physical contact is present. We parameterize the contact rates such that the expected numbers of contacts, specified by type of individuals and kind of contact, matches the number of contacts that we observed in two nursing home departments in the Netherlands (Text S1 [Tables III–V]).

### Transmission

The occurrence of transmission between contacts is modeled by sampling from a Bernoulli distribution with mean set equal to the transmission probability. For every pair of individuals with a casual or close contact, there is a probability $p_1$ or $p_2$, respectively, that the virus is transmitted if the individuals involved in the contact are infectious and susceptible. We take $p_2$ always larger than $p_1$ to reflect that transmission is more likely for close contacts than for casual contacts.

### Influenza in the Community

The rate at which influenza virus is introduced into the nursing home by HCWs, visitors, and patients depends on the prevalence of the virus in the community. We simulate an influenza epidemic in a large population (the community) with a deterministic SIR model (see Text S1 [Figure I]), and use the associated daily incidence and prevalence rates in our nursing home model. HCWs are assumed to have many contacts in the community and the hazard rate of becoming infected outside the nursing home is equal to the hazard rate of infection in the community. Visitors and new patients are chosen at random from the community and the probability that they are infected when they enter the nursing home is equal to the community prevalence.

### Parameters and Uncertainty Analyses

In the model we use three different parameter types (Table 1): (1) fixed parameters that have the same value in all simulations; (2) uncertain parameters that we vary in an

AR-04047

**Table 1.** Parameter Values

| Parameter Type | Description | Value | Unity | Reference |
|---|---|---|---|---|
| Fixed | Number of beds ($n$) | 30 | — | — |
| | Number of HCWs | 30 | — | — |
| | Time step (=shift) | 8 | h | — |
| | Minimum duration of simulation | 80 | d | — |
| | Discharge/mortality rate | 1/425 | $d^{-1}$ | [13,14] |
| | Rate of becoming infectious after infection | 1/1.4 | $d^{-1}$ | [15,16] |
| | Infection recovery rate | 1/1.4 | $d^{-1}$ | [15,16] |
| | Fraction of HCWs immune due to through cross-protection | 0.3 | — | [17,18] |
| | Vaccine uptake patients | 0.75 | — | [4] |
| | Probability of contact between patient–patient | 0.07 | $shift^{-1}$ | — |
| | Probability of contact between HCW–patient | 0.52 | $shift^{-1}$ | — |
| | Probability of contact between HCW–HCW | 0.91 | $shift^{-1}$ | — |
| | Probability of close contact between patient–patient | 0.06 | $contact^{-1}$ | — |
| | Probability of close contact between HCW–patient | 0.69 | $contact^{-1}$ | — |
| | Probability of close contact between HCW–HCW | 0.32 | $contact^{-1}$ | — |
| | Close/casual transmission probability ratio ($p_1/p_2$) | 2 | — | — |
| Uncertain | Vaccine efficacy (against infection) for patients ($ve_1$) | 0.25 (0–0.5) | — | [27] |
| | Vaccine efficacy (against infection) for HCWs ($ve_2$) | 0.73 (0.5–0.9) | — | [26] |
| | Transmission probability casual contact ($p_1$) | 0.13 (0.1–0.16) | $contact^{-1}$ | — |
| | Average number of visitors | 0.7 (0.4–1.0) | $patient^{-1}\ d^{-1}$ | [30] |
| Control | Vaccine uptake HCWs | 0–1.0 | — | — |

doi:10.1371/journal.pmed.0050200.t001

uncertainty analysis; and (3) control parameters that we vary to study different scenarios.

**Fixed parameters.** We simulate a period of at least 80 d to cover the length of a typical national influenza epidemic. If there are still infected individuals in the department after 80 d, the simulation is continued until no infected individuals are left. We take time steps of 8 h, equal to the length of a HCW's shift. The patients' average length of stay in the department is 14 mo [13,14]. The durations of the latent and infectious periods are exponentially distributed with means of 1.4 d such that the resulting generation time equals 2.8 d, which is in agreement with observations of generation times during influenza epidemics [15,16]. At the start of the influenza season, 30% of the adult population is assumed to be immune to infection due to cross protection from earlier infections (see also Text S1) [17,18]. The elderly however have a weakened immune system [19,20] and thus we assume absence of immunological memory of previous infections. In correspondence with a recently published HCW vaccination trial, on average 75% of the nursing home patients have been vaccinated [4].

The contact rates between HCWs and patients are based on observations of contact behavior in nursing homes. We determine the probability of contact between two individuals given their type (HCW or patient) as well as the probability that this contact is a close contact (involving physical contact) (Text S1 [Tables III–V]). During their working shift, the probability that a specific HCW contacts a specific patient is 0.52; the probability that such a contact is a close contact is 0.69. The probability that a specific HCW at work contacts another HCW on the same shift is 0.91, and the probability that this contact is close is 0.31. HCWs do not contact visitors in the department. The probability that a specific patient contacts a specific HCW at work is consistent with the contact behavior of HCWs as described above. The probability that a

specific patient contacts another specific patient is 0.13 during the day and evening shifts, and these contacts are close with a probability of 0.06. During the night shift, patients contact their room mate, which is assumed to be a casual contact. During the day and evening shifts, patients can also contact visitors. All contacts with visitors are close.

**Uncertain parameters.** Uncertainty in parameters is handled by Latin hypercube sampling as was first introduced by McKay et al. [21] and subsequently used for disease transmission models by Blower et al. [22–25]. For the parameters patient vaccine efficacy, HCW vaccine efficacy, transmission probability, and visitor frequency, we choose a likely range for the parameter values (see Table 1) and draw actual values from a uniform distribution over this range. For every scenario under study we make 50 different parameter sets such that the whole range of possible values for each of the four parameters is represented equally.

Vaccine efficacy for healthy adults was estimated as 73% (95% confidence interval (CI) 53%–84%), and therefore we use a range of values between 50% and 90% [26]. For elderly nursing home patients the observed vaccine efficacy against influenza virus infection was not significantly different from zero [27]. However, as other evidence shows that the vaccine protects against influenza illness and complications [27,28] we assume patient efficacy to be between 0% and 50%.

Since no data are available on the probability of transmission for a given contact, we varied the transmission probability parameter and determined the resulting infection attack rates. We choose the transmission probability to be between 0.1 and 0.15 for a casual contact (per shift), such that the expected infection attack rate among patients in the absence of HCW vaccination is 23%, corresponding to observed influenza-like-illness attack rates in a moderate influenza season [4,29]. The probability of transmission for close contacts is twice as large as for casual contacts. Varying

AR-04048

this value from 1.5 to 2.5 gives qualitatively similar results, see Text S1 (Figure X). The expected number of visitors was estimated from a Dutch study on nursing home patients and visitors to be between 0.4 and 1.0 patient$^{-1}$ day$^{-1}$ [30].

To assess the variation in outcome due to stochasticity in the transmission process, we perform simulations with a single, default, parameter set (vaccine efficacy HCWs 73%, vaccine efficacy patients 25%, transmission probability 0.13, and the expected number of visitors 0.7, see Text S1) and compare the resulting variance with the one from the baseline simulation that uses the whole described parameter space.

**Control parameters.** Simulations are performed for rates of HCW vaccine uptake of 0, 0.25, 0.5, 0.75, and 1. In addition to a baseline scenario with a nursing home where patients can contact other patients, HCWs, and visitors, as described above (parameters as in Table 1), we study three different scenarios; (1) extreme scenarios of either a closed department, where patients cannot receive visitors and thus only contact other patients and HCWs, or an open department, where patients are assumed to have many contacts (also outside the nursing home) and, therefore, have the same possibility of being infected as people in the community; (2) variations in HCW/patient ratios from 1 in the baseline scenario, consistent with our nursing home observations, to 1.5, and 0.67. In these simulations the number of HCWs is varied while the number of patients remains the same; (3) seasons with high and low influenza virus activity simulated with community epidemic curves with total attack rates of 5% and 15%, respectively, as compared to 10% in the baseline scenario.

In addition to the most plausible scenarios described here, we show simulations for some other scenarios in Text S1: a 60-bed nursing home department (Text S1 [Figure VI]); higher levels of immunity due to cross protection among HCWs (Text S1 [Figure VII]); a pandemic strain (Text S1 [Figure VIII]); an alternative mechanism of vaccine protection (Text S1 [Figure IX]); other infectiousness ratio between casual and close contacts (Text S1 [Figure X]); and a high vaccine efficacy for patients and HCWs (Text S1 [Figure XI]).

## Outcome

We study the relationship between the HCW vaccination rate and the fraction of patients that gets an influenza virus infection during the influenza season. The patient attack rate is defined as the total number of infections among patients divided by the total number of patients in the department during the study period. For every level of HCW vaccine uptake we perform 5,000 simulations (100 simulations × 50 parameter sets) of one nursing home department during one influenza season. We compute the arithmetic mean and median of infection attack rates among patients, the standard error of the mean, the range between 2.5-percentile and 97.5-percentile, and the proportion of infection attack rates of 0.3 or larger that we use as a proxy for the probability of a large outbreak. In addition to patient attack rates, we calculate the mean HCW attack rate, the mean number of introductions of influenza virus into the nursing home patient population (introduction rate), and the mean number of infections among patients following an introduction (patient attack rate per introduction). Finally, we calculate the absolute and relative risk differences of acquiring influenza virus infection for patients in departments where none or all of the HCWs are vaccinated.

## Herd Immunity

The concept of herd immunity has not been defined for a small population. In contrast to large populations, multiple introductions (with no or little transmission) in the nursing home can already affect a considerable fraction of the population, albeit still few patients. The distinction between these small outbreaks and larger outbreaks caused by substantial virus transmission is not always clear. In this study we use the absence (probability < 0.05) of large outbreaks (infection attack rate > 0.3) as a proxy for herd immunity.

## Power Analysis

To determine the number of departments needed for a trial to detect a difference between average HCW vaccination rates of 0 and 0.5, we use the power calculation for cluster randomized trials introduced by Kerry et al. [4,31] that is based on conventional power calculations [32]. We checked the accuracy of this equation using a simulation approach, see Text S1. When we use a significance level ($\alpha$) of 5% and a power ($1 - \beta$) of 90% the number of departments required for each group is: $n = 21(s_c^2 + \bar{p}(1 - \bar{p})/m)/d^2$, where $s_c^2$ is the between department variance and $\bar{p}(1 - \bar{p})/m$ the within department variance, $\bar{p}$ the fraction of individuals in the department with the outcome, $m$ the number of individuals per department, and $d$ the expected difference between the two groups.

## Results

### Baseline Scenario

An increase in HCW vaccine uptake decreases the expected influenza virus attack rate among nursing home patients (Figure 1). The relationship between the fraction of HCWs vaccinated and the mean patient attack rate appears linear. In the baseline scenario, with the parameter values as in Table 1, increasing HCW vaccination rate from 0 to 1 decreases the patient attack rate from 0.25 to 0.10, a risk difference of 0.15 (Figure 1A). Thus, approximately 60% of the patients that would have been infected without HCW vaccination are protected when all HCWs are vaccinated (relative risk 0.41), and seven HCWs have to be vaccinated to protect one patient from influenza virus infection. This NNT (number needed to treat) does not change with increasing vaccine uptake by HCWs, and no herd immunity is reached. The fraction of departments without infections among patients increases from 0.30 to 0.48, whereas the fraction of departments with a large epidemic (attack rates of more than 0.3) decreases from 0.41 to 0.14. Thus there is no evidence of herd immunity.

In the absence of HCW vaccination, the distribution of patient attack rates is bimodal, with peaks around attack rates of 0 and 0.6 (Figure 1B). With higher HCW vaccine coverage, mean and median patient attack rates decrease (Figure 1A), and the second peak disappears (Figure 1C and 1D). Due to stochastic variations the differences between patient attack rates are high and major outbreaks can occur at all levels of HCW vaccine uptake. The small standard error of the mean (< 0.0013 for all levels of HCW vaccine uptake) shows that we perform a sufficient number of simulations to obtain precise estimates of the mean, hence the observed variation is not due to sampling error. Additional simulations show that most



**Figure 1.** Influenza Virus Attack Rates among Patients for Increasing Health Care Worker Vaccination Rates

(A) Increased vaccination of HCWs decreases the expected influenza virus attack rate among patients. Squares indicate the mean attack rates, dashed lines the median attack rates, and light blue boxes the 2.5th to 97.5th percentiles.

(B–D) The distribution of the influenza virus attack rates among patients shifts to the left when vaccine uptake among HCWs is increased from 0, to 0.5, and 1 for (B), (C), and (D), respectively. Each distribution is based on 5,000 simulations.

doi:10.1371/journal.pmed.0050200.g001

of the variation is inherent to the chance events in the transmission process rather than parameter uncertainty (Text S1 [Figure II]; therefore these additional simulations justify the use of the mean and percentiles from the Latin hypercube parameter samples to illustrate the effect of HCW vaccine uptake on attack rate among patients in Figure 1). In a parameter uncertainty analysis the visitor frequency appears to have less impact on the attack rates among patients than the vaccine efficacies and the transmission probability (Text S1 [Figures IV and V]).

The effect of increased HCW vaccination on patient influenza virus attack rate can be attributed to a decrease in the number of introductions of influenza virus into the patient population as well as a decrease in the number of infections among patients following such an introduction (Figure 2). Both reductions are caused by a decreased number of influenza virus infections among HCWs (Figure 2).

## Scenario Analyses

In the scenarios with an open and closed department the absolute change in the expected patient attack rate is similar to that in the baseline scenario (Figure 3A). The relative change caused by an increase in HCW vaccination rate from 0 to 1 is highest for the closed department (73%). Also in scenarios with higher and lower influenza virus activity, the decrease in patient attack rate upon increased vaccination of HCW is approximately linear (Figure 3B). The absolute decrease in patient attack rate is highest in the season with high influenza activity (0.19), but the relative decrease is lower than that in the baseline scenario (50%). In scenarios with other HCW/patient ratios (1.5 and 0.67, respectively), the fraction of HCWs that has to be vaccinated to protect one patient is similar to what we observed in the baseline scenario (Figure 3C). The absolute number of HCWs to be vaccinated is however different (11 and five, respectively). Simulations for a 60-bed department, alternative vaccine efficacy mechanism, and some more parameter variations also give qualitatively similar results (Text S1 [Figure VI]). In case of

pandemic influenza, with full absence of immunity in the population, we analyze a best case scenario in which we assume that a vaccine is available with equal efficacy as the vaccines for seasonal strains. Without vaccination of HCWs, in this scenario, major outbreaks occur in all departments with an average patient attack rate of 0.59. When the HCW vaccination rate is increased to 1, the patient attack rate decreases to 0.37, but large outbreaks still prevail (Text S1 [Figure VIII]).

## Power Analyses

A power calculation for cluster randomized trials using the effect estimates and variances of the simulations with the default parameter set (see Text S1) reveals the need of 184 departments per arm to allow detection of a statistically significant difference ($\alpha = 5\%$) in patient attack rates between departments with HCW vaccination rates of 0 and 0.5 with a 90% power (Text S1 [Figure III]). With a simulation approach we find a need of 169 departments to detect such a difference at the 5% level with 90% power. In both power calculations we do not take into account variation due to differences between departments (e.g., size, HCW/patient ratios, health state of patients), influenza seasons, and vaccine matching, which would further increase the number of departments required.

## Discussion

Our model reveals a linear relationship between the number of HCWs vaccinated and the expected number of influenza virus infections among patients in a nursing home department. No threshold for herd immunity can be detected and even when HCW vaccine uptake is maximal, due to stochastic effects that are inherent to the transmission process, the variation in patient attack rates is high and large outbreaks can occur. In fact, the value of small-sized clinical trials in estimating the protective effect of HCW vaccination on patient outcome seems questionable due to

AR-04050



**Figure 2.** Effects of Increased Health Care Worker Vaccination on Influenza Virus Attack and Introduction Rates
Increased vaccination of health care workers (HCWs) reduces the influenza virus attack rate among HCWs. It also reduces the rate of introduction of influenza virus into the patient population and the attack rate among patients following an introduction. As a consequence it reduces the total attack rate among patients. All relationships appear linear.
doi:10.1371/journal.pmed.0050200.g002

the large impact of chance effects within the small environment of nursing home departments.

In order to appreciate the results of our modeling study some possible limitations need to be addressed. First, we assume that all individuals in the model, whether patient, HCW, or visitor are equally infectious or susceptible. In addition, all individuals from the same group are assumed to have similar contact probabilities. Both assumptions decrease the heterogeneity in the system, which might have slightly increased the probability of a major outbreak [12]. Second, we model the nursing home department as an independent institute and neglect its potential connections with other departments. In fact, within a nursing home some of the introductions of influenza virus in a department may come from another department. Vaccination of HCWs in all departments reduces the transmission risk in each of them, and, thus, provides indirect protection. Therefore, the protective effect of HCW vaccination per given vaccine will be higher on the level of an entire nursing home, which might have led to an underestimation of the impact of HCW influenza vaccination. Third, we only consider departments of 30 beds. However, simulations of larger nursing home departments (see Text S1 [Figure VI]) reveal that department size has little impact on the qualitative results. Fourth, the

simulated infection attack rates only give an approximate indication of the corresponding influenza-like illness (ILI) attack rates. To convert infection attack rates to ILI attack rates, we use two empirical findings: influenza virus infection leads to illness in approximately 50% of the cases [33]; approximately 50% of observed ILIs is caused by influenza virus infection [34,35]. Taken together, the influenza virus attack rate roughly approximates the observed ILI attack rate.

To our knowledge our model is the first to explore the effect of HCW vaccination on the occurrence of influenza virus infections in nursing home patients. The major advantage of our model over previously performed experimental and observational studies [3–5,36,37] is the possibility to simulate various levels of HCW vaccine uptake and perform multiple simulations to minimize the influence of chance effects. Therefore, it can be used to reinterpret the outcome of small-scale clinical trials. We find very wide distributions of patient attack rates that agree with reported differences in outbreak sizes and attack rates between departments and seasons [29]. Also due to the diversity in outcomes, all available data on attack rates in nursing homes are in line with our simulation results. Our model suggests that for plausible regions in the parameter space there is no herd immunity threshold above which all patients are



**Figure 3.** Effects of Increased Health Care Worker Vaccination on Patient Attack Rates in Different Scenarios
For all scenarios under study, the influenza virus attack rate among patient decreases in an approximately linear way when the health care worker vaccination rate is increased.
(A) The expected attack rates for the open and closed departments, where patients have many or no contacts with individuals from the community, respectively.
(B) The attack rates for seasons with high (15% community attack rate) and low (5% community attack rate) influenza virus activity.
(C) The attack rates for departments with high and low HCW/patient ratios.
doi:10.1371/journal.pmed.0050200.g003

AR-04051

protected as was hypothesized before [10,38]. To the contrary, every additional HCW vaccination protects an additional fraction of patients and therefore increasing HCW vaccination rate from 0.8 to 0.9 is as important as increasing it from 0.1 to 0.2. Consequently, if HCW vaccination is adopted as a policy, benefits are to be expected for every additional vaccination as long as 100% coverage is not achieved. The unexpected absence of herd immunity for nursing home populations can be explained by two facts. First, due to the low efficacy of the influenza vaccine, especially among the elderly, the fraction of susceptible individuals remains substantial even with high vaccination rates. Second, the nursing home department is not a large closed population, for which the concept of herd immunity has been established. Instead it is a small population with many links, through HCWs and visitors, to a larger community where an influenza epidemic is ongoing.

Our study further demonstrates the large impact of stochastic events on patient attack rates, which is of immediate concern for both the interpretation of previously performed HCW vaccination trials and the design of future experimental studies. A power calculation for cluster randomized trials ($\alpha = 0.05$, $\beta = 0.10$) [31] in which we use the variances and effect estimates obtained from 5,000 simulations with one parameter set, reveals the need of 184 departments per arm to detect a significant difference in patient attack rates between departments with HCW vaccination rates of 0 and 0.5. This suggests that the previously performed trials on HCW vaccination, with six to 23 departments per arm [3–5], were underpowered and cannot be assumed to give a precise effect estimate of HCW vaccination. The difference between the small confidence intervals around the effect estimates in these studies and the large variance predicted by our model, might be explained by a difference between the measured sample variance and the true population variance. With small sample sizes, the sample variance can deviate substantially from the population variance [39]. Moreover, the performed trials were based on secondary endpoints such as ILI, influenza-related hospital admissions, or (all cause) mortality rather than influenza infection, which further reduces their power, since these endpoints occur less often than influenza infection and the difference between control and intervention groups is expected to be smaller. These findings should be taken into account when designing future studies to demonstrate the generally presumed benefit of HCW vaccination.

## Supporting Information

**Text S1.** Detailed Description of Mathematical Model
Found at doi:10.1371/journal.pmed.0050200.sd001 (1.2 MB DOC).

## Acknowledgments

We thank Carolien de Jager for her help with the data collection.

**Author contributions.** CvdD, MJMB, EH, and JW designed the study. CvdD, JCMH, and JW collected and analyzed the data. CvdD, MJMB, EH, JCMH, and JW contributed to writing the paper.

### References

1. Fiore AE, Shay DK, Haber P, Iskander JK, Uyeki TM, et al. (2007) Prevention and Control of Influenza: recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recomm Rep 56: 1–54.
2. Burls A, Jordan R, Barton P, Olowokure B, Wake B, et al. (2006) Vaccinating healthcare workers against influenza to protect the vulnerable–is it a good use of healthcare resources? A systematic review of the evidence and an economic evaluation. Vaccine 24: 4212–4221.
3. Carman WF, Elder AG, Wallace LA, McAulay K, Walker A, et al. (2000) Effects of influenza vaccination of health-care workers on mortality of elderly people in long-term care: a randomised controlled trial. Lancet 355: 93–97.
4. Hayward AC, Harling R, Wetten S, Johnson AM, Munro S, et al. (2006) Effectiveness of an influenza vaccine programme for care home staff to prevent death, morbidity, and health service use among residents: cluster randomised controlled trial. BMJ 333: 1241.
5. Potter J, Stott DJ, Roberts MA, Elder AG, O'Donnell B, et al. (1997) Influenza vaccination of health care workers in long-term-care hospitals reduces the mortality of elderly patients. J Infect Dis 175: 1–6.
6. Kimura AC, Nguyen CN, Higa JI, Hurwitz EL, Vugia DJ (2007) The effectiveness of vaccine day and educational interventions on influenza vaccine coverage among health care workers at long-term care facilities. Am J Public Health 97: 684–690.
7. Song JY, Park CW, Jeong HW, Cheong HJ, Kim WJ, et al. (2006) Effect of a hospital campaign for influenza vaccination of healthcare workers. Infect Control Hosp Epidemiol 27: 612–617.
8. Polgreen PM, Chen Y, Beekmann S, Srinivasan A, Neill MA, et al. (2008) Elements of influenza vaccination programs that predict higher vaccination rates: results of an emerging infections network survey. Clin Infect Dis 46: 14–19.
9. McLennan S, Gillett G, Celi LA (2008) Healer, heal thyself: health care workers and the influenza vaccination. Am J Infect Control 36: 1–4.
10. Verweij M, van Den HM (2002) Influenza vaccination rates and informed consent in Dutch nursing homes: survey of nursing home physicians. BMJ 324: 328.
11. Anderson R, May RM (1991) Infectious diseases of humans: dynamics and control. New York: Oxford University Press.
12. Diekmann O, Heesterbeek JAP (2000) Mathematical epidemiology of infectious diseases: model building, analysis and interpretation. Chichester: John Wiley & Sons Ltd.
13. [Anonymous] (2006) Doelmatigheid verpleeghuizen in relatie tot verantwoorde zorg onderzocht. Utrecht: College Tarieven Gezondheidszorg/Zorgautoriteit i.o. Available: http://www.nza.nl/nza/28632/29963/. Accessed 23 September 2008.
14. [Anonymous] (2006) Arcares jaarverslag 2005. Utrecht: Dutch National Association for Nursing and Care.
15. Hirotsu N, Ikematsu H, Iwaki N, Kawai N, Shigematsu T, et al. (2004) Effects of antiviral drugs on viral detection in influenza patients and on the sequential infection to their family members–serial examination by rapid diagnosis (Capilia) and virus culture. International Congress Series 1263: 105–108.
16. Wallinga J, Lipsitch M (2007) How generation intervals shape the relationship between growth rates and reproductive numbers. Proc Biol Sci 274: 599–604.
17. Rvachev A, Longini IM (1985) A mathematical model for the global spread of influenza. Mathematical Biosciences 75: 3–22.
18. Cauchemez S, Valleron AJ, Boelle PY, Flahault A, Ferguson NM (2008) Estimating the impact of school closure on influenza transmission from Sentinel data. Nature 452: 750–754.
19. Webster RG (2000) Immunity to influenza in the elderly. Vaccine 18: 1686–1689.
20. Targonski PV, Jacobson RM, Poland GA (2007) Immunosenescence: role and measurement in influenza vaccine response among the elderly. Vaccine 25: 3066–3069.
21. McKay MD, Conover WJ, Beckman RJ (1979) A comparison of three methods for selecting values of input variables in the analysis of output from a computer code. Technometrics 21: 239–246.
22. Blower SM, Hartel D, Dowlatabadi H, Anderson RM, May RM (1991) Drugs, sex and HIV: a mathematical model for New York City. Philos Trans R Soc Lond B Biol Sci 331: 171–187.
23. Blower SM, McLean AR, Porco TC, Small PM, Hopewell PC, et al. (1995) The intrinsic transmission dynamics of tuberculosis epidemics. Nat Med 1: 815–821.
24. Blower SM, Dowlatabadi H (1994) Sensitivity and uncertainty analysis of complex-models of disease transmission - an Hiv model, as an example. Int Stat Rev 62: 229–243.
25. Sanchez MA, Blower SM (1997) Uncertainty and sensitivity analysis of the basic reproductive rate—Tuberculosis as an example. Am J Epidemiol 145: 1127–1137.
26. Jefferson T, Rivetti D, Di Pietrantonj C, Rivetti A, Demicheli V (2007) Vaccines for preventing influenza in healthy adults. Cochrane Database Syst Rev CD001269.
27. Jefferson T, Rivetti D, Rivetti A, Rudin M, Di Pietrantonj C, et al. (2005) Efficacy and effectiveness of influenza vaccines in elderly people: a systematic review. Lancet 366: 1165–1174.
28. Nichol KL, Nordin JD, Nelson DB, Mullooly JP, Hak E (2007) Effectiveness of influenza vaccine in the community-dwelling elderly. N Engl J Med 357: 1373–1381.
29. Kingston BJ, Wright CV Jr. (2002) Influenza in the nursing home. Am Fam Physician 65: –5–8, 72.
30. de Klerk M (2005) Ouderen in Instellingen. The Hague: SCP. pp. 26–29.



AR-04052

31. Kerry SM, Bland JM (1998) Trials which randomize practices II: sample size. Fam Pract 15: 84–87.

32. Florey CD (1993) Sample size for beginners. BMJ 306: 1181–1184.

33. Halloran ME, Hayden FG, Yang Y, Longini IM Jr., Monto AS (2007) Antiviral effects on influenza viral transmission and pathogenicity: observations from household-based trials. Am J Epidemiol 165: 212–221.

34. van Elden LJ, van Essen GA, Boucher CA, van Loon AM, Nijhuis M, et al. (2001) Clinical diagnosis of influenza virus infection: evaluation of diagnostic tools in general practice. Br J Gen Pract 51: 630–634.

35. Monto AS, Gravenstein S, Elliott M, Colopy M, Schweinle J (2000) Clinical signs and symptoms predicting influenza infection. Arch Intern Med 160: 3243–3247.

36. Oshitani H, Saito R, Seki N, Tanabe N, Yamazaki O, et al. (2000) Influenza vaccination levels and influenza-like illness in long-term-care facilities for elderly people in Niigata, Japan, during an influenza A (H3N2) epidemic. Infect Control Hosp Epidemiol 21: 728–730.

37. Thomas RE, Jefferson TO, Demicheli V, Rivetti D (2006) Influenza vaccination for health-care workers who work with elderly people in institutions: a systematic review. Lancet Infect Dis 6: 273–279.

38. Drinka PJ, Gravenstein S, Krause P, Schilling M, Miller BA, et al. (1997) Outbreaks of influenza A and B in a highly immunized nursing home population. J Fam Pract 45: 509–514.

39. Lakatos E (1998) Sample size determination for clinical trials. In Armitage P, Colton T, editors. Encyclopedia of biostatistics. Chichester: Wiley. pp. 3903.

## Editors' Summary

**Background.** Every winter, millions of people catch influenza, a contagious viral disease of the nose, throat, and airways. Most people recover completely from influenza within a week or two but some develop life-threatening complications such as bacterial pneumonia. As a result, influenza outbreaks kill about half a million people—mainly infants, elderly people, and chronically ill individuals—each year. To minimize influenza-related deaths, the World Health Organization recommends that vulnerable people be vaccinated against influenza every autumn. Annual vaccination is necessary because flu viruses continually make small changes to the viral proteins (antigens) that the immune system recognizes. This means that an immune response produced one year provides only partial protection against influenza the next year. To provide maximum protection against influenza, each year's vaccine contains disabled versions of the major circulating strains of influenza viruses.

**Why Was This Study Done?** Most Western countries also recommend annual flu vaccination for health care workers (HCWs) in hospitals and other institutions to reduce the transmission of influenza to vulnerable patients. However, many HCWs don't get a regular flu shot, so should efforts be made to increase their rate of vaccine uptake? To answer this question, public-health experts need to know more about the relationship between vaccine uptake among HCWs and patient protection. In particular, they need to know whether a high rate of vaccine uptake by HCWs will provide "herd immunity." Herd immunity occurs because, when a sufficient fraction of a population is immune to a disease that passes from person to person, infected people rarely come into contact with susceptible people, which means that both vaccinated and unvaccinated people are protected from the disease. In this study, the researchers develop a mathematical model to investigate the relationship between vaccine uptake among HCWs and patient protection in a nursing home department.

**What Did the Researchers Do and Find?** To predict influenza virus attack rates (the number of patient infections divided by the number of patients in a nursing home department during an influenza season) at different levels of HCW vaccine uptake, the researchers develop a stochastic transmission model to simulate epidemics on a computer. This model predicts that as the HCW vaccination rate increases from 0 (no HCWs vaccinated) to 1 (all the HCWs vaccinated), the expected average influenza virus attack rate decreases at a constant rate. In the researchers' baseline scenario—a nursing home department with 30 beds where patients come into contact with other patients, HCWs, and visitors—the model predicts that about 60% of the patients who would have been infected if no HCWs had been vaccinated are protected when all the HCWs are vaccinated, and that seven HCWs would have to be vaccinated

to protect one patient. This last figure does not change with increasing vaccine uptake, which indicates that there is no level of HCW vaccination that completely stops the spread of influenza among the patients; that is, there is no herd immunity. Finally, the researchers show that large influenza outbreaks can happen by chance at every level of HCW vaccine uptake.

**What Do These Findings Mean?** As with all mathematical models, the accuracy of these predictions may depend on the specific assumptions built into the model. Therefore the researchers verified that their findings hold for a wide range of plausible assumptions. These findings have two important practical implications. First, the direct relationship between HCW vaccination and patient protection and the lack of any herd immunity suggest that any increase in HCW vaccine uptake will be beneficial to patients in nursing homes. That is, increasing the HCW vaccination rate from 80% to 90% is likely to be as important as increasing it from 10% to 20%. Second, even 100% HCW vaccination cannot guarantee that influenza outbreaks will not occasionally occur in nursing homes. Because of the large variation in attack rates, the results of small clinical trials on the effects of HCW vaccination may be inaccurate and future studies will need to be very large if they are to provide reliable estimates of the amount of protection that HCW vaccination provides to vulnerable patients.

**Additional Information.** Please access these Web sites via the online version of this summary at http://dx.doi.org/10.1371/journal.pmed.0050200.

- Read the related *PLoS Medicine* Perspective by Cécile Viboud and Mark Miller
- A related *PLoS Medicine* Research Article by Jeffrey Kwong and colleagues is also available
- The World Health Organization provides information on influenza and on influenza vaccines (in several languages)
- The US Centers for Disease Control and Prevention provide information for patients and professionals on all aspects of influenza (in English and Spanish)
- The UK Health Protection Agency also provides information on influenza
- MedlinePlus provides a list of links to other information about influenza (in English and Spanish)
- The UK National Health Service provides information about herd immunity, including a simple explanatory animation
- The European Centre for Disease Prevention and Control provides an overview on the types of influenza

AR-04053

Received: 8 June 2020 | Revised: 18 June 2020 | Accepted: 22 June 2020

DOI: 10.1002/jmv.26163

10960071, 2020, 92, Downloaded from https://onlinelibrary.wiley.com. By National Institutes Of Health- on [15/11/2021]. Re-use and distribution is strictly not permitted, except for Open Access articles

SHORT COMMUNICATION

JOURNAL OF
MEDICAL VIROLOGY WILEY

# The epidemiology and clinical characteristics of co-infection of SARS-CoV-2 and influenza viruses in patients during COVID-19 outbreak

Huihui Yue MD[1] | Ming Zhang MD[2] | Lihua Xing MD[3] | Ke Wang MD[1] | Xiaoling Rao MD[1] | Hong Liu MD[4] | Jianbo Tian PhD[5] | Peng Zhou PhD[6] | Yan Deng PhD[1] | Jin Shang PhD[1]

[1]NHC Key Laboratory of Respiratory Disease, Department of Respiratory and Critical Care Medicine, Tongji Hospital, Wuhan, China

[2]Key Laboratory for Environment and Health, Department of Epidemiology and Biostatistics, School of Public Health, Tongji Medical College, Huazhong University of Science and Technology, Wuhan, China

[3]Department of Respiratory and Critical Care Medicine, The First Affiliated Hospital of Zhengzhou University, Zhengzhou, Henan, China

[4]Office of Academic Research, Tongji Hospital, Tongji Medical College, Huazhong University of Science and Technology, Jie Fang Rd, Han Kou, Wuhan, China

[5]Department of Epidemiology and Biostatistics, Key Laboratory for Environment and Health, School of Public Health, Tongji Medical College, Huazhong University of Science and Technology, Wuhan

[6]CAS Key Laboratory of Special Pathogens and Biosafety, Wuhan Institute of Virology, Chinese Academy of Sciences, Wuhan, China

**Correspondence**
Xiaoling Rao, MD, Department of Respiratory and Critical Care Medicine, NHC Key Laboratory of Respiratory Disease, Tongji Hospital, Wuhan, 430030 Hubei, China.
Email: nkrxl@163.com

Hong Liu, MD, Office of Academic Research, Tongji Hospital, Tongji Medical College, Huazhong University of Science and Technology, Jie Fang Rd, Han Kou, Wuhan, 430030 Hubei, China.
Email: 419641721@qq.com

Jianbo Tian, PhD, Department of Epidemiology and Biostatistics, Key Laboratory for Environment and Health, School of Public Health, Tongji Medical College, Huazhong University of Science and Technology, Wuhan, 430030 Hubei, China.
Email: tianjianbo1992@126.com

Peng Zhou, PhD, CAS Key Laboratory of Special Pathogens, Wuhan Institute of Virology, Center for Biosafety Mega-Science, Chinese Academy of Sciences, Wuhan, 430030 Hubei, China.
Email: peng.zhou@wh.iov.cn

Jin Shang and Yan Deng PhD, Department of Respiratory and Critical Care Medicine, NHC Key Laboratory of Respiratory Disease, Tongji Hospital, Wuhan, 430030 Hubei, China.
Email: 15972949829@163.com (J. S.) and dy102398@163.com (Y. D.)

**Funding information**
SARS-CoV-2 Pneumonia Emergency Technology Public Relations Project, Grant/Award Numbers:

**Abstract**
In this study, we performed a single-centered study of 307 severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infected patients. It was found that co-infection of SARS-CoV-2 and influenza virus was common during COVID-19 outbreak. And patients coinfected with SARS-CoV-2 and influenza B virus have a higher risk of developing poor outcomes so a detection of both viruses was recommended during COVID-19 outbreak.

**KEYWORDS**
co-infection, influenza A virus, influenza B virus, SARS-CoV-2 infection

Huihui Yue, Xiaoling Rao, Hong Liu, Jianbo Tian, Peng Zhou, Yan Deng, and Jin Shang contributed equally to this work.

AR-04054

YHE ET AL.

JOURNAL OF
MEDICAL VIROLOGY | 2871

10969071, 2020, 92, Downloaded from https://onlinelibrary.wiley.com. By National Institutes Of Health- on [15/11/2021]. Reuse and distribution is strictly not permitted, except for Open Access articles

2020FCA026, 2020FCA009; National Natural
Science Foundation of China,
Grant/Award Number: 81974456

# 1 | INTRODUCTION

Novel coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) is becoming a serious global public health crisis.[1] Thus far, more than 5 000 000 people have been diagnosed with COVID-19 worldwide with over 330 000 deaths.[2] Coincidently, influenza viral infection were also prevalent during this period. In previous studies, co-infection of influenza virus has been reported in a small number of patients with Middle East respiratory syndrome coronavirus, while the risk of increased or decreased severity of diseases in these co-infectious patients was still controversial.[3] Moreover, it has been found that influenza A virus positive will increase diagnostic difficulties in SARS-CoV-2 infected patients.[4] And influenza viral positive patients were normally ruled out for testing for SARS-CoV-2 in China, who may become SARS-CoV-2 shedder if the co-infection did occur. Therefore, it is crucial to investigate the clinical features and impact of co-infection on COVID-19 patients.

# 2 | METHODS

## 2.1 | Study population

A single-centered retrospective study was performed in Tongji hospital (Wuhan, China) between 12 January and 21 February 2020 during the COVID-19 outbreak. SARS-CoV-2 infection was confirmed by viral nucleotide positive in quantitative reverse transcription-polymerase chain reaction and influenza virus infection was diagnosed by influenza virus immunoglobulin M antibody positive in serum. According to test results, patients were grouped into three group, including SARS-CoV-2 single positive, co-infection with influenza A virus or co-infection with influenza B virus.

## 2.2 | Statistical analyses

Continuous variables were compared using analysis of variance or the Kruskal-Wallis test, as appropriate. Categorical variables were assessed using Pearson's $\chi^2$ test or Fisher's exact test, as appropriate. All significance tests were two-tailed, and $P \le .05$ were considered statistically significant different. The results were analyzed using SPSS for Windows, version 26.0 (IBM Corp, Armonk, NY).

# 3 | RESULTS

A total of 307 patients were diagnosed as SARS-CoV-2 positive during the outbreak (Figure 1A). Unexpectedly, there were only 42.7% (131) of SARS-CoV-2 single positive patients (Figure 1B). Most of the SARS-CoV-2 infected patients were also positive for influenza viruses, including influenza A (49.8%) and influenza B (7.5%), taking up 57.3% (176/307) in total (Figure 1A,B). Notably, early patients with COVID-19 were almost all coinfected with influenza B virus while influenza A virus infection has become prominent in the co-infection patients since 28 January onwards (Figure 1A), which indicated that the two types of influenza viruses appeared a competing relationship.

To uncovered the clinical risk of this co-infection, clinical features, laboratory findings and patient outcomes among different groups were analyzed. In general, there was no difference in age, gender or severity of illness at the time of admission. Also, there were no significant differences in heart, liver,kidney function and coagulation function, and inflammatory mediators among three groups (Figure 1C and Table S1). Most patients had typical COVID-19 symptoms including fever and cough regardless co-infection or not, which were also similar to influenza symptoms. However, patients coinfected with SARS-CoV-2 and influenza B virus are more likely to have fatigue (13%), abnormalities on chest computed tomography (CT) (100%) or decreased lymphocytes (0.84, 0.68-1.27) and eosinophil (0.00, 0.00-0.01), indicating a more severe disease. In contrast, patients coinfected with SARS-CoV-2 and influenza A virus tended to develop lighter signs of disease, as evidenced by a lower frequency of abnormalities on chest CT (94.8%) or higher levels of lymphocytes (1.06, 0.73-1.41) and eosinophil (0.01, 0.00-0.06) (Figure 1C). Remarkably, although all patients were administrated with similar treatment during hospitalization, patients who were coinfected with influenza B virus have a higher rate of presenting poor prognosis (30.4%) compared with SARS-CoV-2 single positive patients (7.6%) or influenza A virus coinfected patients (5.9%) (Figure 1D).

# 4 | DISCUSSION

Our study indicated that co-infection of SARS-CoV-2 and influenza viruses is highly prevalent (Influenza A: 49.8% and Influenza B: 7.5%) during the early time of COVID-19 outbreak in Wuhan (12 January-21 February 2020), which is significantly different co-infection rates with Influenza A (0.9%) and Influenza B (0%) during a different time period (3-25th March) in the recently published study in JAMA[5] and the data (Influenza infection: 0.5%, 10 March-10 May 2020) from Ozaras et.al[6] published in Journal of Medicine Virology. The difference might be caused by some underlying factors. On one hand, circulation of respiratory viruses differs by geographical region and this may change as COVID-19 epidemic continues as we exit out of the classical influenza season. Moreover, we have seen a dramatic decline on the circulating respiratory viruses, likely due to the impact

Case 2:21-cv-00229-Z Document 30-7 Filed 11/28/21 Page 11 of 275 PageID 4597

1096-9071, 2020, 92, Downloaded from https://onlinelibrary.wiley.com, By National Institutes Of Health- on [15/11/2021]. Re-use and distribution is strictly not permitted, except for Open Access articles



**FIGURE 1** Co-infection of SARS-CoV-2 and influenza viruses among patients. A, Records of daily new cases in a single-centered study at Tongji hospital (Wuhan, China) from 12 January to 21 February 2020. Flu A: influenza type A virus; Flu B: influenza type B virus. Patients were grouped into SARS-CoV-2 single positive (green color), co-infection with influenza A virus (yellow color) or co-infection with influenza B virus (red color). B, Number of cases and percentage of each group. C, Character, clinical symptoms and laboratory comparison of patients among these three groups. Continuous variables were described as median and interquartile range (IQR) or mean and standard deviation (SD) and differences were assessed using analysis of variance (ANOVA) or the Kruskal-Wallis test. Categorical variables were expressed as number (%) and differences between groups were assessed using Pearson's $\chi^2$ test or Fisher's exact test. A, ANOVA; B, the Kruskal-Wallis test; C, Pearson's $\chi^2$ test; D, Fisher's exact test. $P < .05$ was bold. n = 131, 153 or 23 individually unless indicated. D, Disease outcomes for patients among three groups. Favorable means disease alleviated or recovered; poor means disease aggravated with certain deaths. The differences between groups were assessed using Pearson's $\chi^2$ test or Fisher's exact test. Hs-CRP, hypersensitive C-reactive protein

| Indicators | Influenza-, SARS-CoV-2+ | Influenza A+, SARS-CoV-2+ | Influenza B+, SARS-CoV-2+ | P value |
|---|---|---|---|---|
| **Character** | n = 131 | n = 153 | n = 23 | |
| Age (years) | 64 (50.5-70) | 61 (46-68) | 56 (43-66.5) | 0.158 [b] |
| Male | 69 (52.7%) | 64 (41.8%) | 11 (47.8%) | 0.188 [c] |
| Female | 62 (47.3%) | 89 (58.2%) | 12 (52.2%) | |
| **Symptoms** | | | | |
| Fever | 104 (79.4%) | 132 (86.3%) | 16 (69.6%) | 0.080 [d] |
| Cough | 40 (30.5%) | 38 (24.8%) | 6 (26.1%) | 0.556 [c] |
| Fatigue | 13 (9.9%) | 5 (3.3%) | 3 (13.0%) | **0.026 [d]** |
| diarrhea | 11 (8.4%) | 6 (3.9%) | 0 (0.0%) | 0.161 [d] |
| Difficulty breathing | 9 (6.9%) | 11 (7.2%) | 2 (8.7%) | 0.886 [d] |
| Abnormalities on chest CT | 122 (97.6%), n=125 | 127 (94.8%), n=134 | 23 (100%) | **0.401 [d]** |
| **laboratory findings (median, IQR)** | | | | |
| Lymphocytes (×10⁹/L) | 0.92 (0.68-1.19) | 1.06 (0.73-1.41) | 0.84 (0.68-1.27) | 0.109 [b] |
| Eosinophils (×10⁹/L) | 0.01 (0.00-0.03) | 0.01 (0.00-0.06) | 0.00 (0.00-0.01) | **0.02 [b]** |
| Eosinophils (×10⁹/L), mean (SD) | 0.021±0.035 | 0.046±0.095 | 0.023±0.05 | **0.049 [a]** |
| IL-6 (pg/mL) | 10.13 (3.03-25.94), n=104 | 9.95 (2.62-27.72), n=131 | 10.95 (4.69-24.15), n=20 | 0.981 [b] |
| IL-8 (pg/L) | 12.70 (7.25-21.73), n=102 | 9.95 (5.2-20.23), n=128 | 11.80 (7.70-18.50), n=21 | 0.186 [b] |
| hs-CRP (mg/L) | 36.10 (11.00-82.70), n=129 | 26.00 (6.20-76.45), n=152 | 33.50 (14.30-64.65). n=23 | 0.098 [b] |

of social distancing measures on respiratory virus transmission.[7] Additionally, consistent with the results from Hashemi, et.al and Ozaras et.al,[6,8] the clinical manifestations in patients coinfected SARS-CoV-2 with influenza present similar symptoms with single SARS-CoV-2 infection, which further indicates that timely influenza virus detection in patients with COVID-19 is necessary so as to distinguish other respiratory pathogen infection and take appropriate treatment measures earlier. Notably, it was found that patients coinfected with SARS-CoV-2 and influenza B virus were more likely to develop into severe-type illness compared with those coinfected with influenza A virus and single SARS-CoV-2 infection. More importantly, our study revealed that the type of influenza virus is associated with different clinical outcomes, implying antiflu drug may be used together to these coinfected patients with COVID-19 and further verifying the fact that COVID-19 has a lower mortality rate in areas with high flu vaccination rates.[9] However,

we should be cautious to interpret the results because influenza virus B was dominant in the early time instead of influenza virus A, which may result in a longer duration of illness in patients coinfected with SARS-CoV-2 and influenza B virus. The limitation of our study is that when analyzing the factors associated with prognosis in patients with COVID-19, we fail to adjust confounding factors, such as age, comorbidities and severity of illness considering that there was no statistical difference in the basic characteristics among these three groups. Second, the sample size of this study still needs to be further enlarged to make the results more convincing. In conclusion, our study provided important information on co-infection of SARS-CoV-2 and influenza viruses and a detection of other respiratory pathogen was strongly recommended, which may have profound impact on the diagnosis and therapeutics for patients with COVID-19.

AR-04056

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 12 of 275   PageID 4598

## ACKNOWLEDGMENTS

The authors thank all the medical staff members involved in treating patients with COVID-19 on the front line. This study was supported by SARS-CoV-2 Pneumonia Emergency Technology Public Relations Project [grants 2020FCA009 and 2020FCA026]; National Natural Science Foundation of China (grants 81974456).

## CONFLICT OF INTERESTS

The authors declare that there are no conflict of interests.

## AUTHOR CONTRIBUTIONS

HY, XR, and MZ collected the epidemiological and clinical data. JT, JS, and MZ contributed to the statistical analysis. HY, YD, and JS drafted the origin manuscript. PZ, LX, HL, JS, YD, and XR revised the final manuscript. All authors contributed to data acquisition, data analysis, or data interpretation, and reviewed and approved the final version.

## ORCID

*Huihui Yue* http://orcid.org/0000-0002-6719-2268

## REFERENCES

1. Zhou P, Yang XL, Wang XG, et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin. *Nature.* 2020;579: 270-273.
2. https://coronavirus.jhu.edu/map.html
3. Alfaraj SH, Al-Tawfiq JA, Alzahrani NA, Altwaijri TA, Memish ZA. The impact of co-infection of influenza A virus on the severity of Middle East respiratory syndrome coronavirus. *J Infect.* 2017;74: 521-523.
4. Wu XJ, Cai Y, Huang X, et al. Co-infection with SARS-CoV-2 and influenza A virus in patient with pneumonia, China. *Emerg Infect Dis.* 2020;26(6):1324-1326.
5. Kim D, Quinn J, Pinsky B, Shah NH, Brown I. Rates of co-infection between SARS-CoV-2 and other respiratory pathogens. *JAMA.* 2020: e206266. https://doi.org/10.1001/jama.2020.6266
6. Ozaras R, Cirpin R, Duran A, et al. Influenza and COVID-19 co-infection: report of 6 cases and review of the literature. *J Med Virol.* 2020. https://doi.org/10.1002/jmv.26125
7. Sakamoto H, Ishikane M, Ueda P. Seasonal influenza activity during the SARS-CoV-2 outbreak in Japan. *JAMA.* 2020:e206173. https://doi.org/10.1001/jama.2020.6173
8. Hashemi SA, Safamanesh S, Ghafouri M, et al. Co-infection with COVID-19 and influenza A virus in two died patients with acute respiratory syndrome, Bojnurd, Iran. *J Med Virol.* 2020. https://doi.org/10.1002/jmv.26014
9. Marín-Hernández D, Schwartz RE, Nixon DF. Epidemiological evidence for association between higher influenza vaccine uptake in the elderly and lower COVID-19 deaths in Italy. *J Med Virol.* 2020. https://doi.org/10.1002/jmv.26120

## SUPPORTING INFORMATION

Additional supporting information may be found online in the Supporting Information section.

**How to cite this article:** Yue H, Zhang M, Xing L, et al. The epidemiology and clinical characteristics of co-infection of SARS-CoV-2 and influenza viruses in patients during COVID-19 outbreak. *J Med Virol.* 2020;92:2870–2873. https://doi.org/10.1002/jmv.26163

10969071, 2020, 92, Downloaded from https://onlinelibrary.wiley.com, By National Institutes Of Health- on [15/11/2021]. Re-use and distribution is strictly not permitted, except for Open Access articles

AR-04057

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 13 of 275    PageID 4599

# The Federal Retail Pharmacy Program for COVID-19 Vaccination

A Collaboration Between the Federal Government, States and Territories, and 21 National Pharmacy Partners and Independent Pharmacy Networks Nationwide



## Federal Retail Pharmacy Program Highlights

- As of Oct. 27, more than 152.7 million doses have been administered and reported by retail pharmacies across programs in the US, which includes 8 million doses administered onsite to long-term care facilities in the early days of the vaccination program.

- A total of 21 retail pharmacy partners are participating in the program, with more than 41,000 locations online and administering doses nationwide. This includes long-term care pharmacies.

The Federal Retail Pharmacy Program (FRPP) for COVID-19 Vaccination is one part of the federal government's strategy to expand access to COVID-19 vaccines for the American public. Pharmacies are readily accessible in communities – with most Americans living within five miles of a pharmacy. Recognizing this, the federal government made them a key part of its COVID-19 vaccination strategy.

Increasing the number of places where people can get vaccinated will help ensure more people are protected, ultimately helping us end this pandemic. This partnership involves 21 national pharmacy partners and independent pharmacy networks, representing over 41,000 retail and long-term care pharmacy locations nationwide. In addition, COVID-19 vaccine is free of charge for everyone.

Participating pharmacies will bill private and public insurance for the vaccine administration fee. For uninsured patients, this fee will be reimbursed through the Health Resources and Services Administration's Provider Relief Fund ⬀ .

## How the Federal Retail Pharmacy Program Works

The FRPP is designed to use the strength and expertise of pharmacy partners to help rapidly vaccinate the American public. Through the program, certain retail pharmacies nationwide are receiving COVID-19 vaccine supply directly from the federal government.

As the supply of vaccine has increased, so has the number of retail locations providing COVID-19 vaccination. Pharmacy partners use this supply to vaccinate eligible individuals at no cost. The program relies on a collaboration with public health (CDC and state, local, and territorial health departments) to encourage individuals to go to pharmacies and get vaccinated.

Community outreach remains critical to educating people about the importance of vaccination and where vaccines are available nearby. For more information, see 12 COVID-19 Vaccination Strategies for Your Community.

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 14 of 275   PageID 4600



Participating Retail
Pharmacies by State



Connecting Long-term Care
Settings with Federal
Pharmacy Partners



Retail Stories from the Field

## COVID-19 Vaccine Eligibility and Availability

- Everyone 5 years of age and older is now eligible to get a COVID-19 vaccination.

- You can visit Vaccines.gov; text your zip code to 438829 (GETVAX); call 1-800-232-0233; or check your state health department website. Visit How Do I Get a COVID-19 Vaccine to learn more.

- Individuals interested in getting vaccinated at their local pharmacy should check the pharmacy's website to find out if COVID-19 vaccine is available. Most pharmacy locations are now offering walk-in vaccination appointments as supply allows.

› Get answers to commonly asked clinical questions that apply to all authorized COVID-19 vaccines: COVID-19 Vaccine FAQs for Healthcare Professionals.

› Learn more about who is eligible for a COVID-19 vaccine booster shot: COVID-19 Vaccine Booster Eligibility.

### Additional Resources

| | |
|---|---|
| Pediatric COVID-19 Operational Planning Guide | CDC COVID Data Tracker |
| COVID-19 Vaccines for Children and Teens | Health Resources and Services Administration's Provider Relief Fund |
| COVID-19 Vaccines Are Free to the Public | |

Page last reviewed: November 3, 2021

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 15 of 275    PageID 4601



**CDC** Centers for Disease
Control and Prevention

<div style="background:#1a6b75;color:white">

COVID-19

</div>

# The Possibility of COVID-19 after Vaccination: Breakthrough Infections

Updated Nov. 9, 2021

COVID-19 vaccines are effective at preventing infection, serious illness, and death. Most people who get COVID-19 are unvaccinated. However, since vaccines are not 100% effective at preventing infection, some people who are fully vaccinated will still get COVID-19.

An infection of a fully vaccinated person is referred to as a "vaccine breakthrough infection."

Bottom Line: COVID-19 vaccines protect everyone ages 5 years and older against severe illness, including disease caused by the Delta variant and other variants circulating in the United States.



## Key Points

- COVID-19 vaccines protect everyone ages 5 years and older from getting infected and severely ill, and significantly reduce the likelihood of hospitalization and death.

- Getting vaccinated is the best way to slow the spread of COVID-19 and to prevent infection by Delta or other variants.

- A vaccine breakthrough infection happens when a fully vaccinated person gets infected with COVID-19. People with vaccine breakthrough infections may spread COVID-19 to others.

- Even if you are fully vaccinated, if you live in an area with substantial or high transmission of COVID-19, you – as well as your family and community – will be better protected if you wear a mask when you are in indoor public places.

- People who are immunocompromised may not always build adequate levels of protection after an initial 2-dose primary mRNA COVID-19 vaccine series. They should continue to take all precautions recommended for unvaccinated people, until advised otherwise by their healthcare professional. Further, CDC recommends that moderately to severely immunocompromised people receive an additional primary dose of vaccine.

## What We Know about Vaccine Breakthrough Infections

- Vaccine breakthrough infections are expected. COVID-19 vaccines are effective at preventing most infections. However, like other vaccines, they are not 100% effective.

- Fully vaccinated people with a vaccine breakthrough infection are less likely to develop serious illness than those who are unvaccinated and get COVID-19.

- Even when fully vaccinated people develop symptoms, they tend to be less severe symptoms than in unvaccinated people. This means they are much less likely to be hospitalized or die than people who are not vaccinated.

- People who get vaccine breakthrough infections can be contagious.

CDC is collecting data on vaccine breakthrough infections and is closely monitoring the safety and effectiveness of all Food and Drug Administration (FDA) approved and authorized COVID-19 vaccines.

AR-04060

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 16 of 275   PageID 4602

Because vaccines are not 100% effective, as the number of people who are fully vaccinated goes up, the number of vaccine breakthrough infections will also increase. However, the risk of infection remains much higher for unvaccinated than vaccinated people.

The latest data on rates of COVID-19 cases, hospitalizations and deaths by vaccination status are available from the CDC COVID Data Tracker.



## Vaccine Breakthroughs and Variants

CDC continues to actively monitor vaccine safety and effectiveness against new and emerging variants for all FDA-authorized COVID-19 vaccines. Research shows that the FDA-authorized vaccines offer protection against severe disease, hospitalization, and death against currently circulating variants in the United States. However, some people who are fully vaccinated will get COVID-19.

**The Delta variant is more contagious than previous variants of the virus that causes COVID-19. However, studies so far indicate that the vaccines used in the United States work well against the Delta variant, particularly in preventing severe disease and hospitalization.**

Overall, if there are more COVID-19 infections there will be more vaccine breakthrough infections. However, the risk of infection, hospitalization, and death are all much lower in vaccinated compared to unvaccinated people. Therefore, everyone ages 5 years and older should get vaccinated to protect themselves and those around them, including family members who are not able to be vaccinated from severe disease and death.

> › Effectiveness of COVID-19 Vaccines
>
> › What We Know about How Well COVID-19 Vaccines Are Working

## How CDC Monitors Breakthrough Infections

CDC has multiple surveillance systems and ongoing research studies to monitor the performance of vaccines in preventing infection, disease, hospitalization, and death. CDC also collects data on vaccine breakthrough infections through outbreak investigations.

### About COVID-NET

One important system that CDC uses to track vaccine breakthrough infections is COVID-NET (the Coronavirus Disease 2019 [COVID-19]-Associated Hospitalization Surveillance Network). This system provides the most complete data on vaccine breakthrough in the general population. COVID-NET is a population-based surveillance system that collects reports of lab-confirmed COVID-19-related hospitalizations in 99 counties in 14 states.

**COVID-NET covers approximately 10% of the U.S. population.** One recent COVID-NET publication assessed the effectiveness of COVID-19 vaccines in preventing hospitalization among adults ≥ 65 years. This system provides complete data on vaccine breakthrough hospitalizations in the general population.

## Examples of CDC's Systems for Monitoring:

| Outcome monitored | Population monitored | Monitoring system |
|---|---|---|
| Infection | Long-term care facility residents | NHSN |
| Infection and symptomatic illness | Healthcare providers and frontline workers | HEROES/RECOVER |
| Hospitalization and deaths | Hospitalized adults | IVY |
| Hospitalization and deaths | Hospitalized people (all ages) | COVID-NET |
| Urgent care, emergency care, hospitalization and deaths | Urgent care, emergency departments, and hospitalized people (all ages) | VISION |

# Voluntary Reporting by State Health Departments

When the United States began widespread COVID-19 vaccination, CDC put in place a system where state health departments could report COVID-19 vaccine breakthrough infections to CDC.

On May 1, 2021, after collecting data on thousands of vaccine breakthrough infections, CDC changed the focus of how it uses data from this reporting system.

- One of the strengths of this system is collecting data on severe cases of vaccine breakthrough COVID-19 since it is likely that most of these types of vaccine breakthrough cases seek medical care and are diagnosed and reported as a COVID-19 case.
- Persons with asymptomatic or mild cases of vaccine breakthrough infections may not seek testing or medical care and thus these types of vaccine breakthrough cases may be underrepresented in this system. For this reason, CDC relies on a variety of additional surveillance approaches to ensure that it is collecting information on all types of vaccine breakthrough cases.
- CDC continues to monitor data on all cases reported by state health departments as vaccine breakthrough cases. Currently, 49 states have reported at least one vaccine breakthrough infection to this system.

CDC monitors reported data on hospitalized and fatal vaccine breakthrough cases to understand:

- Patterns by age and sex.
- The specific types or brands of vaccine involved.
- Underlying health conditions in these persons.
- Which COVID-19 variants are observed in persons who are hospitalized or who die.

Last Updated Nov. 9, 2021



**ELSEVIER**

Since January 2020 Elsevier has created a COVID-19 resource centre with free information in English and Mandarin on the novel coronavirus COVID-19. The COVID-19 resource centre is hosted on Elsevier Connect, the company's public news and information website.

Elsevier hereby grants permission to make all its COVID-19-related research that is available on the COVID-19 resource centre - including this research content - immediately available in PubMed Central and other publicly funded repositories, such as the WHO COVID database with rights for unrestricted research re-use and analyses in any form or by any means with acknowledgement of the original source. These permissions are granted for free by Elsevier for as long as the COVID-19 resource centre remains active.

Vaccine 39 (2021) 1157–1164



Contents lists available at ScienceDirect

# Vaccine

journal homepage: www.elsevier.com/locate/vaccine



---

# The potential public health and economic value of a hypothetical COVID-19 vaccine in the United States: Use of cost-effectiveness modeling to inform vaccination prioritization



Michele Kohli [a,*], Michael Maschio [a], Debbie Becker [a], Milton C. Weinstein [b]

[a] Quadrant Health Economics Inc, 92 Cottonwood Crescent, Cambridge, Ontario, Canada
[b] Harvard T.H. Chan School of Public Health, 718 Huntington Avenue, Boston, MA, USA

## ARTICLE INFO

*Article history:*
Received 18 September 2020
Received in revised form 7 December 2020
Accepted 29 December 2020
Available online 6 January 2021

*Keywords:*
Coronavirus
COVID-19
Cost-effectiveness analysis
Economic analysis
SARS-CoV-2
Vaccine

## ABSTRACT

*Background:* Researchers are working at unprecedented speed to develop a SARS-CoV-2 vaccine. We aimed to assess the value of a hypothetical vaccine and its potential public health impact when prioritization is required due to supply constraints.
*Methods:* A Markov cohort model was used to estimate COVID-19 related direct medical costs and deaths in the United States (US), with and without implementation of a 60% efficacious vaccine. To prioritize the vaccine under constrained supply, the population was divided into tiers based on age; risk and age; and occupation and age; and outcomes were compared across one year under various supply assumptions. The incremental cost per quality-adjusted life-year (QALY) gained versus no vaccine was calculated for the entire adult population and for each tier in the three prioritization schemes.
*Results:* The incremental cost per QALY gained for the US adult population was $8,200 versus no vaccination. For the tiers at highest risk of complications from COVID-19, such as those ages 65 years and older, vaccination was cost-saving compared to no vaccination. The cost per QALY gained increased to over $94,000 for those with a low risk of hospitalization and death following infection. Results were most sensitive to infection incidence, vaccine price, the cost of treating COVID-19, and vaccine efficacy. Under the most optimistic supply scenario, the hypothetical vaccine may prevent 31% of expected deaths. As supply becomes more constrained, only 23% of deaths may be prevented. In lower supply scenarios, prioritization becomes more important to maximize the number of deaths prevented.
*Conclusions:* A COVID-19 vaccine is predicted to be good value for money (cost per QALY gained < $50,000). The speed at which an effective vaccine can be made available will determine how much morbidity and mortality may be prevented in the US.

© 2021 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

The novel coronavirus (SARS-CoV-2) was first identified in humans in late 2019. As of November 30, 2020 there were over 63 million cases of novel coronavirus disease 2019 (COVID-19) confirmed worldwide, with approximately 20% of these cases reported in the United States (US) [1]. The health and economic consequences of COVID-19 have been staggering. As of November 30, 2020, there were over 269,000 related deaths reported in the US [1], and a recent estimate has predicted that if 20% of the US population were to get infected, direct medical costs incurred, just

during the course of the infection, could be as high as $163.4 billion [2]. This estimate does not include medical costs related to post-infection care or worsening of unrelated diseases due to postponement of preventive care and diagnosis, non-medical costs such as productivity losses due to absenteeism and premature mortality, or declines in economic activity.

In response to this global health emergency, researchers are working at unprecedented speed to find an effective vaccine and there are at least twenty potential candidates being tested in human clinical trials [3]. As of November 30, 2020, five of the candidates selected by the US government's Operation Warp Speed are in Phase 3 trials, with two (Moderna's mRNA-1273 and Pfizer/BioNTech's BNT162) having applied for emergency use authorization. While clinical trials will determine whether the vaccine candidates are safe and efficacious against SARS-CoV-2 infection, important questions concerning the value of such vaccines remain:

---

* Corresponding author.
*E-mail addresses:* michele.kohli@quadrantHE.com (M. Kohli), michael.maschio@quadrantHE.com (M. Maschio), debbie.becker@quadrantHE.com (D. Becker), mcw@hsph.harvard.edu (M.C. Weinstein).

https://doi.org/10.1016/j.vaccine.2020.12.078
0264-410X/© 2021 The Authors. Published by Elsevier Ltd.
This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

M. Kohli, M. Maschio, D. Becker et al.

Vaccine 39 (2021) 1157–1164

what role could a successful vaccine have in reducing the substantial burden of COVID-19 and, in a world where vaccine supply may initially be much lower than demand, which target groups should be prioritized for vaccination?

In the event of limited vaccine supply in the US, a strategy to target priority groups will likely be developed to guide the roll-out of vaccination programs. Groups may be prioritized based on a variety of criteria, including health benefit to the vaccinated individual and to others who may be protected indirectly, cost-effectiveness (i.e., where can we achieve the most health benefit per dose or per dollar spent?), and social and ethical considerations such as occupational priorities and attention to vulnerable populations [4–6].

To help address these important questions, we developed a mathematical model to assess the public health and economic impacts in the US of a hypothetical vaccine for SARS-CoV-2. Our focus was on estimating its potential value (based on cost-effectiveness) for vaccinated individuals, when distributed according to three different tier-based vaccination prioritization schemes. These include a simple age-based strategy, a risk-group-based strategy, and a strategy based on a combination of occupational groups and age. Outcomes predicted by our analysis, including estimates of clinical outcomes and vaccine cost-effectiveness by vaccination tier, should be helpful in guiding priority-setting decisions given constraints on vaccine availability as successful companies ramp up their production before and following regulatory approvals.

## 2. Methods

### 2.1. Study design

We used a Markov model with five health states (Fig. 1) to follow the US population for 1 year after vaccine supply is first available for use. The model compares various prioritization schemes for a hypothetical COVID-19 vaccine for adults aged 18 years and above to a no vaccine scenario.

### 2.2. Model structure

Individuals enter the model (Fig. 1, panel A) as either susceptible to SARS-CoV-2 infection ("Susceptible"), previously infected with SARS-CoV-2 that was never detected ("Undetected Infection"), or recovered following a detected SARS-CoV-2 infection ("Recovered"). At the end of each weekly cycle, individuals can transition to other health states (e.g., become infected, recover, or die) or remain in their current health state, as indicated by the arrows in Fig. 1. Patients in the "Detected Infection" health state remain there for only one cycle, during which they enter a probability tree which allocates patients through various levels of COVID-19 treatment (with or without hospitalization, +/- intensive care unit (ICU), +/- mechanical ventilation) to their ultimate resolution (recovered or dead) (Fig. 1, panel B). Individuals in the "Undetected Infection" and "Recovered" states remain in these states until they die or the end of the time horizon, as we assume that no reinfection occurs in the 1-year period. Each week, individuals in the "Susceptible", "Undetected Infection" or "Recovered" health states may also die from non-COVID-19 causes.

We assumed that individuals in the "Recovered" state are not eligible for vaccination because they have all been diagnosed with a SARS-CoV-2 infection. However, individuals in the "Susceptible" and "Undetected Infection" states can receive vaccine, even though the latter group is assumed to have developed natural immunity that persists until at least the end of the 1-year time horizon. Vaccine efficacy was modeled as reducing the probabilities of transitioning from the "Susceptible" state to the "Undetected Infection" or "Detected Infection" states.

### 2.3. Model parameters

Additional details on model parameters are found in the Appendix.

#### 2.3.1. Population characteristics and vaccination prioritization schemes

Every adult (18 years and older) in the US is eligible to receive the vaccine, but a tier-based approach was used to create three prioritization schemes to allocate the supply of vaccine as it becomes available over the 1-year time horizon. Within a prioritization scheme, target groups were created based on characteristics such as age and risk of COVID-19 complications. Each target group is then assigned to a priority tier (tier 1 is the highest priority to receive vaccination). When individuals fall within more than one defined target group, they are assumed to be vaccinated according to their highest priority tier. For the age-based prioritization scheme, adults are divided into three tiers and vaccinated sequentially from oldest (tier 1) to youngest (tier 3) [5]. For the risk-based prioritization scheme, priority is given to high-risk groups defined by residency in nursing homes (without consideration of age), presence of medical conditions that increase the risk of COVID-19 complications, and older age. For the occupational prioritization scheme, those considered to have a priority occupation in the Centers for Disease Control and Prevention's (CDC's) 2018 influenza pandemic plan [4] are placed in tier 1. The remaining adult population is placed into tiers based on age. The number of eligible individuals in each tier for each prioritization scheme is shown in Table 2.

Within each prioritization scheme, tier groups were assumed to be vaccinated, starting with tier 1, on a weekly and uniform basis according to the weekly vaccine supply. Once the population in



**A**

**B**

**Fig. 1.** Structure of the model of SARS-CoV-2 infection and COVID-19 progression. (A) Markov health states showing allowed transitions. (B) Probability tree linking transitions from the "Detected Infection" state in the Markov model. Arrows represent the movements between the health states. Death from "Detected infection" is due to COVID-19 while death from all other health states is due to other causes. ICU, intensive care unit.

AR-04065

M. Kohli, M. Maschio, D. Becker et al.

Vaccine 39 (2021) 1157–1164

each tier has been vaccinated, individuals in the next tier become eligible for vaccination. Given that most of the vaccines expected to be first-to-market will involve a two-dose schedule [7], a two-dose vaccine with the second dose given at least four weeks after administration of the first dose was assumed. In all scenarios, second doses are prioritized ahead of vaccinating new individuals in a lower priority tier. This step-wise vaccination process continues until all tiers are vaccinated according to their predicted coverage rate or until the end of the analysis time horizon, whichever occurs first. Coverage rates by age, based on 2018–19 general population influenza coverage data [8], were applied to the first dose, and the ratio of second-dose coverage to first-dose coverage was based on data for childhood vaccinations [9] (Table 1).

### 2.3.2. Vaccine supply

A hypothetical vaccine supply over time was estimated based on the scale and timing of four manufacturers' public disclosures [10–13]. Funding from programs such as Operation Warp Speed has allowed these companies to begin manufacturing doses at industrial scale before Phase 3 trials are complete, so that there is a stockpile of doses available when the vaccine receives regulatory approval. Exponential regression models were fit to each manufacturer's disclosed estimates of US cumulative stock availability starting at launch to estimate weekly supply forecasts in the first year. For the "high supply" scenario, four vaccines are successfully launched and supply is fulfilled as estimated in these disclosures. For a "medium supply" scenario, manufacturers' estimated final supply is delayed by one quarter, while for the "low supply" scenario, final supply is delayed by two quarters. The resultant curves, shown in the Appendix (Fig. A1), predict that a varying number of doses will be available at launch within the US, with a total of 529.2, 413.3, and 413.3 million doses available respectively after one year (i.e., sufficient to vaccinate 264.6, 206.7, and 206.7 million persons). In addition, a hypothetical "immediate supply" scenario wherein sufficient doses are available to vaccinate all individuals in the first week following launch was created in order to compare strategies without regard for delayed access.

### 2.3.3. Transition probabilities

COVID-19-related transition probabilities were estimated using a two-stage calibration process. First, the age-specific risks of COVID-19-related hospitalization, admission to ICU with or without ventilation, and death from any location for individuals in a "Detected Infection" state were estimated separately for those with serious medical conditions versus those without, using data from the CDC case surveillance from January to May 2020 [14], the COVID-NET hospital surveillance system [15], and US studies of the outcomes of hospitalized COVID-19 patients [16,17]. Second, the SARS-CoV-2 attack rates were estimated by calibrating to mortality targets generated using forecasts from the Institute for Health Metrics and Evaluation (IHME) model available on July 22, 2020 [18]. The base case scenario was based on the IHME's reference scenario, while their best case (95% mask usage in public locations) and worst case (mandates easing) were used in sensitivity analyses. By November 2020, the incidence rates had increased beyond IHME's worst case scenario so an additional sensitivity analysis where base case incidence rates where doubled were been added. Based on the IHME's estimates of total and detected infections, the attack rate for undetected infections was assumed to be 1.05 times that for detected infections (i.e., 2.05 true infections per detected infection). The IHME's projections were also used to estimate the proportion of people in the "Recovered" and "Undetected Infection" health states at the start of the model (Table 1). Finally, all-cause mortality from the "Susceptible", "Recovered" or "Undetected Infection" states was applied [19].

### 2.3.4. Vaccine efficacy

Vaccine efficacy was modeled as the proportional reduction in the probability of SARS-CoV-2 infection (both detected and undetected). The World Health Organization (WHO) and the Food and Drug Administration (FDA) require a minimum efficacy of 50% for a COVID-19 vaccine, but the WHO prefers an efficacy of 70% [20,21]. Therefore, two-dose efficacy was assumed to be 60% in the base case and varied between 50% and 70% in sensitivity analyses. A third sensitivity analysis of 90% efficacy was also conducted to reflect public disclosures of preliminary results from Phase 3 trials [22,23]. Single-dose efficacy was assumed to be 40% and 25% of two-dose efficacy for those aged 18–54 years and 55 years and above, respectively, based on preliminary immunogenicity data [24] (Table 1). It was assumed that vaccine efficacy does not wane during the 1-year time horizon of the analysis.

### 2.3.5. Resource use, costs and health state utilities

A US health care system perspective was used and all costs are reported in 2020 US dollars [USD]. The base case cost of the hypothetical vaccine was assumed to be \$35 per dose (\$70 per course) [25], while the cost per administration was \$14.44 [26]. A single cost was applied to each patient with a new detected infection, dependent on their highest level of care, based on the potential estimated Medicare costs as shown in Table 1 [27]. Disutility tolls (i.e., reductions in quality-of-life calculated using disutility weights and health event durations), reflecting impaired health-related quality-of-life during infection, were applied for those experiencing morbidity due to COVID-19 (Table 1). The expected quality-adjusted life-years (QALYs) lost due to death attributable to COVID-19 include both years of life lost and disutility owing to morbidity over a lifetime horizon (see the Technical Appendix for details) and were discounted at an annual rate of 3%. In assigning QALY-tolls for early death, we used average age-specific expected utility values and did not adjust the values for those with conditions and those without. Those with chronic conditions may gain fewer lifetime QALYs, but given the range of conditions that increase risk of COVID-19 complications, it was not possible to estimate what the difference may be. Therefore, we increased and decreased baseline age-specific utility values that affect this calculation by 10% overall to determine the potential effect of over- or under-estimating the gains in quality-adjusted life expectancy in various sub-populations.

### 2.4. Analyses

For estimation of the base case cost-effectiveness results, the "immediate supply" vaccination scenario was modeled to allow for a full year of benefits to be captured for all vaccinated individuals, regardless of when, in reality, they would have received their vaccination throughout the year. Given the uncertainty in estimating the model, a series of deterministic sensitivity analyses were conducted to explore the impact of alternative inputs and assumptions, including alternative sets of attack rates consistent with available data, and treatment costs for commercial payers versus Medicare (see Appendix). A second set of analyses was conducted to compare the deaths, hospitalizations, infections and costs across one year in the US population under the age-based, risk-based, and occupational prioritization schemes compared to no prioritization under the various vaccine-supply conditions.

## 3. Results

In the base case analysis, the incremental cost per QALY gained associated with vaccinating the US adult population is \$8,200. The results of the cost-effectiveness analyses for each of the individual

AR-04066

M. Kohli, M. Maschio, D. Becker et al.

Vaccine 39 (2021) 1157–1164

**Table 1**
Model parameters.

| Parameter | Base case value | Source |
|---|---|---|
| **Vaccine coverage rates** | | |
| First dose | | |
| 18 to 49 years | 34.9% | [8] |
| 50 to 64 years | 47.3% | [8] |
| 65+ years | 68.1% | [8] |
| Second dose (all ages) | 87.5% of proportion receiving first dose | [9] |
| **Population distribution at baseline** | | |
| Susceptible | 92.7% | |
| Undetected Infection | 5.2% | Estimated from IHME data [18] |
| Recovered | 2.1% | Estimated from IHME data [18] |
| **SARS-CoV-2 incidence** | | |
| Detected infection | Appendix Table A3 | Described in Appendix |
| Undetected infection | 1.05 times detected infection rates | Described in Appendix |
| **Decision tree transition probabilities** | Appendix Table A1 | Described in Appendix |
| Non-COVID-19 mortality rates | Appendix Table A1 | [19] |
| **Vaccine efficacy (against detected and undetected SARS-CoV-2 infection)** | | |
| First dose, age 18–49 years | 24.0% | Assumption |
| First dose, age 50–59 years | 19.5% | Assumption |
| First dose, age 60 + years | 15.0% | Assumption |
| Second dose, all ages | 60.0% | Assumption |
| **Costs** | | |
| Vaccine (per dose) | $35.00 | Assumption |
| Vaccine administration (per dose) | $14.44 | Code CPT90471 [26] |
| COVID-19 treatment: ambulatory care only (per event) | $228.98 | Physician visit ($112) + ED visit ($582 × 20.1% with visit*) [27] |
| COVID-19 treatment: hospitalization without ICU or ventilator (per event) | $16,924.00 | Physician visit ($112) + hospitalization ($16,812) [27] |
| COVID-19 treatment: hospitalization with ICU as highest level of care (per event) | $37,429.00 | Physician visit ($112) + midpoint of hospitalization and hospitalization with ventilator ($37,317) [27] |
| COVID-19 treatment: hospitalization with ICU + ventilator as highest level of care (per event) | $57,934.00 | Physician visit ($112) + hospitalization with ventilator ($57,822) [27] |
| **Health state utility parameters** | | |
| Detected infection symptoms disutility weight | 0.19 | Described in Appendix |
| Detected infection hospitalization as highest setting disutility weight | 0.30 | Described in Appendix |
| Detected infection hospitalization with ICU as highest setting disutility weight | 0.50 | Described in Appendix |
| Detected infection hospitalization with ICU + ventilator as highest setting disutility weight | 0.60 | Described in Appendix |
| **Event durations** | | |
| COVID-19 symptoms among all confirmed infections | 14 days | Described in Appendix |
| Hospitalization among detected infections not requiring ICU or ventilator | 6 days | Described in Appendix |
| Hospitalization among detected infections with ICU as highest level of care | 15 days | Described in Appendix |
| Hospitalization among detected infections with ventilator as highest level of care | 15 days | Described in Appendix |

ED, emergency department; ICU, intensive care unit; IHME, Institute for Health Metrics and Evaluation.
* Proportion of patients who have an ED visit is assumed to be equal to 20.1% which is the average rate of hospitalization observed in our model, consistent with the approach utilized by Fiedler and Song, 2020.[27]

tiers in the three prioritization schemes are shown in Table 2. For the age-based and risk-based prioritization schemes, vaccination is less costly and more effective than no vaccination for the highest risk individuals in Tier 1. For both schemes, the incremental cost per QALY gained increases for Tiers that included individuals with lower risk of hospitalization and death due to COVID-19. For the occupation-based scheme, the incremental cost per QALY gained for Tier 1 (priority and critical occupations) is $20,000, while vaccination is cost-saving for Tier 2 (age 65 years and above). Cost savings are not seen in Tier 1 because the overall risks of hospitalization and deaths are lower in the younger age groups that comprise these occupations. In addition, the attack rate for the priority occupations (i.e., health care workers) was assumed to be the same as the general population. In the base case, the incremental cost per QALY gained when vaccinating individuals ages 18 to 49 years is high ($94,000), and even higher when con-

sidering only those in this age group who have no comorbid illness that increases risk of hospitalization and death ($340,000).

The incremental cost per QALY gained is most sensitive to changes in the attack rate, the vaccine price, and the costs of hospitalizations, but changes in the amount of disutility experienced by patients due to the morbidity associated with COVID-19 have minimal effect (Fig. 2). Varying the expected age-specific baseline utility has more impact on this outcome as this affects the QALY loss assigned to deaths from COVID-19. Under base case assumptions, a vaccine targeted at the entire population would have to be priced at over $150 per dose ($300 per course) in order to exceed an incremental cost per QALY of over $50,000 (Appendix, Table A7). The detailed results of the sensitivity analyses conducted for the schemes, stratified by tiers, are shown in the Appendix (Table A6). The incremental cost per QALY for the lowest risk individuals decreases as incidence of disease or vaccine efficacy

AR-04067

M. Kohli, M. Maschio, D. Becker et al.

*Vaccine 39 (2021) 1157–1164*

**Table 2**
Base case cost-effectiveness analysis results for the various tiers in each of the prioritization schemes.

| | Vaccination Tier | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| **Age-based prioritization scheme** | | | | |
| Description* | 65+ yrs | 50–64 yrs | 18–49 yrs | n/a |
| # eligible for vaccination | 56,051,566 | 63,292,950 | 139,327,967 | – |
| Base case ICER** | **Vaccination Dominates†** | **$8,000** | **$94,000** | **n/a** |
| **Risk-based prioritization scheme** | | | | |
| Description* | • Nursing homes<br>• 65 + yrs with or without serious medical condition | • Serious medical condition, 18–64 years<br>• No serious medical condition, 50–64 yrs | • No serious medical condition, 18–49 yrs | n/a |
| # eligible ICER for vaccination | 56,282,700 | 92,599,345 | 109,790,438 | – |
| Base case** | **Vaccination Dominates†** | **$10,000** | **$340,000** | **n/a** |
| **Occupational-based prioritization scheme** | | | | |
| Description* | Priority‡ and other critical occupations§ | 65+ yrs | 50–64 yrs | 18–49 yrs |
| # eligible for vaccination | 21,700,000 | 54,706,166 | 57,390,550 | 124,875,767 |
| Base case ICER** | **$20,000** | **Vaccination Dominates†** | **$8,000** | **$94,000** |

ICER, incremental cost-effectiveness ratio; n/a, not applicable; QALY, quality-adjusted life-year; yrs, years.
  * For each prioritization scheme, individuals are assigned to one tier only; those qualifying for more than one tier are assigned to their highest priority tier. While those aged < 18 years are included in the model, they are not targeted for vaccination as current clinical trials target only those 18+ years.
  † Vaccination dominates: vaccination is less costly and more effective than no vaccination.
  ‡ Includes: public health personnel; inpatient health care providers; outpatient and home health providers; health care providers in long-term care facilities; pharmacists and pharmacy technicians; community support and emergency management; and mortuary services personnel [4].
  § Includes: other health care personnel; emergency services and public safety sector personnel; manufacturers of pandemic vaccine and antiviral drugs; communications/information technology, electricity, nuclear, oil and gas, water sector personnel, and financial clearing and settlement personnel; critical government personnel; and other critical government personnel.
  ** ICER= incremental cost per QALY gained. Base case vaccine price is $35 per dose ($70 per course).



**Fig. 2.** Tornado diagram showing the impact of the sensitivity analyses on the incremental cost per quality-adjusted life-year gained of vaccination compared to no vaccination (target population: all adults). BC, base case. *Vaccination dominates no vaccination (it is less costly and more effective) when the base case incidence of infection is doubled or the estimates of commercial costs are used as inputs. †Alternative values were used for the calibrated probabilities of hospitalization and death following detected infection as described in the Appendix. ‡For the base case, single dose efficacy was assumed to be 40% and 25% of full efficacy for those under 55 years and those 55+ years, respectively. This was increased to 40% of full efficacy for everyone in the sensitivity analysis. §Undetected infection incidence was assumed to be 1.05 times the incidence of detected infection in the base case. This was increased to 1.5 for the sensitivity analysis.

decreases. For example, it is $25,000 for those aged 18 to 49 years and $110,000 for those aged 18 to 49 years with no comorbid conditions if the incidence pattern shifts and a higher number of deaths are seen in those under 50 years.

The numbers of infections, hospitalizations and deaths as well as costs, for scenarios without the vaccine and with a vaccine, and under different vaccine supply and prioritization schemes, are shown in Table 3. With no vaccine, 264,600 deaths are

expected in one year in the base case analysis. The number of deaths prevented ranges from 53,900 to 60,300 with the low vaccine supply scenario, 66,400 to 70,500 with the medium supply scenario, and 82,500 to 83,200 with the high supply scenario, depending on the prioritization schemes. The difference between the prioritization schemes narrows as the vaccine supply increases. While a scenario where there is no prioritization of the vaccine is not likely, it is included as a hypothetical anchor in the results

AR-04068

M. Kohli, M. Maschio, D. Becker et al.

Vaccine 39 (2021) 1157–1164

**Table 3**
Base case population-level outcomes under various vaccine supply scenarios.

| Vaccine supply scenario | Vaccination strategy | Deaths | | Hospitalizations | | Detected infections | | Costs (millions ) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Annual number | Difference from no vaccine | Annual number | Difference from no vaccine | Annual number | Difference from no vaccine | Hospitalizations | Vaccination | Total |
| **No vaccine** | **n/a** | **264,602** | | **726,115** | | **3,601,719** | | **$20,628** | **$0** | **$20,628** |
| Low | No priority | 221,785 | −16% | 621,556 | −14% | 3,171,221 | −12% | $17,653 | $10,823 | $28,476 |
| Low | Occupational/age-based | 210,668 | −20% | 604,383 | −17% | 3,156,372 | −12% | $17,161 | $10,823 | $27,984 |
| Low | Age-based | 204,253 | −23% | 595,040 | −18% | 3,149,627 | −13% | $16,895 | $10,823 | $27,718 |
| Low | Risk-group-based | 204,298 | −23% | 594,838 | −18% | 3,153,147 | −12% | $16,895 | $10,823 | $27,718 |
| Medium | No priority | 207,305 | −22% | 586,539 | −19% | 3,028,438 | −16% | $16,657 | $10,823 | $27,480 |
| Medium | Occupational/age-based | 198,237 | −25% | 572,768 | −21% | 3,017,299 | −16% | $16,263 | $10,823 | $27,086 |
| Medium | Age-based | 194,092 | −27% | 566,570 | −22% | 3,011,973 | −16% | $16,085 | $10,823 | $26,908 |
| Medium | Risk-group-based | 194,131 | −27% | 566,463 | −22% | 3,014,785 | −16% | $16,087 | $10,823 | $26,910 |
| High | No priority | 187,591 | −29% | 539,108 | −26% | 2,835,583 | −21% | $15,307 | $10,823 | $26,130 |
| High | Occupational/age-based | 182,097 | −31% | 529,569 | −27% | 2,821,455 | −22% | $15,030 | $10,823 | $25,854 |
| High | Age-based | 181,526 | −31% | 528,585 | −27% | 2,819,933 | −22% | $15,002 | $10,823 | $25,825 |
| High | Risk-group-based | 181,412 | −31% | 527,716 | −27% | 2,821,040 | −22% | $14,983 | $10,823 | $25,806 |
| Immediate | No priority | 179,775 | −32% | 520,452 | −28% | 2,760,399 | −23% | $14,776 | $10,823 | $25,599 |
| Immediate | Occupational/age-based | 179,775 | −32% | 520,452 | −28% | 2,760,399 | −23% | $14,776 | $10,823 | $25,599 |
| Immediate | Age-based | 179,775 | −32% | 520,452 | −28% | 2,760,399 | −23% | $14,776 | $10,823 | $25,599 |
| Immediate | Risk-group-based | 179,775 | −32% | 520,452 | −28% | 2,760,399 | −23% | $14,776 | $10,823 | $25,599 |

n/a, not applicable.

table. For the low vaccine supply, the number of deaths prevented with no prioritization is 42,800, which increases to 60,300 deaths prevented under the age-based and risk-based prioritization schemes. For high supply, the difference narrows so that 77,000 deaths are prevented with no prioritization while up to 83,200 are prevented with the high-risk prioritization scheme. In all vaccine supply scenarios, the occupational prioritization scheme is expected to prevent fewer COVID-19-related outcomes than the age-based or risk-based scheme because of the younger ages reflected in the Tier 1 critical occupations target group in the model. The hypothetical "immediate" supply scenario, where there are no constraints in vaccine delivery, is included in Table 3 to serve as an anchor point. It illustrates the maximum expected effect of a vaccine under base case efficacy and coverage assumptions in a perfect world without logistical and supply constraints.

## 4. Discussion

Our analysis, based on available data, suggests that a COVID-19 vaccine that meets the target product profile of the WHO and the FDA has the potential to be good value for money. This conclusion holds even though the model considers only the benefits to vaccinated individuals (and not secondary benefits due to reduced transmission) and direct health care system costs (and not the value of economic productivity). Vaccination of persons over age 65 appears to be cost-saving because of the high cost and higher incidence of ICU care and ventilation. Except in the lowest-priority tier of each strategy, the incremental cost-effectiveness ratios (ICERs) are well under standard willingness-to-pay thresholds cited in the US, which range from $50,000 to $150,000 per QALY gained [28]. The results are consistent with an analysis that found vaccination ($100 per course; 90% efficacy) to be cost-saving overall considering societal costs [29].

One of the largest influencers of value is the attack rate for the year following the launch of the vaccine. Current models predict mortality only several months into the future, as changes in policy and individual behaviour may affect the course of the disease such that longer-term estimates are highly uncertain. In all three incidence scenarios considered in this analysis, the overall ICER for the hypothetical vaccine falls below $50,000 per QALY.

The ICERs for the different tiers in the prioritization schemes are primarily driven by the risk of hospitalization (which increases costs) and the risk of death (which leads to substantial loss of QALYs due to early death). For this reason, the value associated with the vaccination of priority occupations is lower than other tiers in our analysis. The WHO [5] and the CDC [6] are discussing ethical principles that will not be reflected in the ICER but should be considered when allocating vaccines during a pandemic, including the idea that those putting themselves at risk to serve others during the pandemic may be considered as high priority. Furthermore, our model does not estimate the impact of vaccination on the transmission of infection between individuals. As individuals in priority occupations are frequently in contact with COVID-19-infected persons and others at work, they may be at increased risk of infection or of spreading the disease if infected. Therefore, the value associated with vaccinating these individuals may be underestimated.

Our analysis predicts that the value associated with vaccinating individuals in the lower risk groups, primarily those under 50 years of age, is much lower than the value of vaccinating the older age groups. If a greater portion of the deaths occur in this age group due to shifting incidence patterns, then the cost per QALY of vaccinating these age groups will be lower. Furthermore, while these younger age groups are at low risk of developing more severe complications from COVID-19, they have been shown to be responsible for spreading the disease within the community [30]. The value of vaccinating these individuals is likely underestimated if

AR-04069

M. Kohli, M. Maschio, D. Becker et al.                                                                                   Vaccine 39 (2021) 1157–1164

vaccination prevents transmission; an analysis with a transmission model that includes the impact of herd immunity is required to understand the value of vaccinating younger persons to prevent community spread. In addition, this age group may be most impacted by many of the societal costs associated with this pandemic, which were not included in the analysis.

As data on COVID-19 are still emerging, assumptions were made to combine the sources of evolving data to create this model. The data on the risk of hospitalization and mortality used in this model were based on early experience with the pandemic. As many of the cases reported to the CDC were missing data on death and hospitalization status, Stokes [14] suggests there may be under-reporting of symptoms. On the other hand, as testing capabilities increase and the proportion of detected asymptomatic cases increases, the proportion of severe disease in detected cases will correspondingly decrease. We attempted to control for this by calibrating predictions of mortality rather than to predictions of the number of detected infections when estimating the future SARS-CoV-2 attack rate. Furthermore, as the pandemic progresses, emerging therapeutics may decrease the mortality and morbidity of COVID-19. As the use and effectiveness of future therapies is uncertain, we conducted sensitivity analyses on incidence, mortality and cost of hospitalization rather than explicitly incorporating these therapies into the model.

Hospitalization for COVID-19 is another important driver of the value of the vaccine as the cost of ICU care and ventilation is expected to be high. These estimates were based on the current billing rules for COVID-19 patients [27], but the true cost of COVID-19 treatment will not be known until empirical health economic studies are conducted. We did not include the cost associated with diagnostic testing, as we assumed that testing behaviours will not change with vaccination but will continue until it is clear that the epidemic is controlled. When estimating the amount of QALYs lost due to death from COVID-19, we assigned a toll-based on average expected QALYs and did not adjust for presence or absence of comorbid conditions. To be conservative, we did not include the health system costs that may be unrelated to SARS-CoV-2 itself, such as mental illness, or of conditions that are exacerbated because care is delayed due to the pandemic. Our analysis does not consider the broader societal costs such as the productivity costs and patient out-of-pocket costs associated with the pandemic. Nor does it include the less tangible costs such as the value of reducing fear of contagion, the value of protecting against future productivity loss due to illness (insurance value), and improving equity, all of which have been proposed as part of future frameworks for cost-effectiveness analyses [31].

We have estimated hypothetical vaccine supply scenarios by assuming that vaccine will not get to market as quickly as currently predicted by manufacturers. Other challenges, including failure of products during clinical trials, may arise to reduce or delay the vaccine supply. During the H1N1 pandemic, supply was not sufficient to meet the demand from the identified priority groups [32]. Decisions were then made at the local level to prioritize vaccines further and the range of recommendations led to public confusion as to who was eligible for vaccination. In any prioritization system, there may be challenges in identifying and targeting high priority individuals; we have not considered those costs and challenges in our analysis and made simplifying assumptions to model allocation of vaccination by tiers.

Given the lack of data, we did not consider the long-term sequalae that may occur following COVID-19 [33–35]. For an infectious disease, it is typical that symptoms for acute infections have a small impact on cost-effectiveness because of their short durations, while any long-term consequences have a more significant impact. Finally, we examined the impact of vaccination only in a 1-year

time horizon. If the vaccine provides protection for a longer time frame, its benefits will increase.

Despite the uncertainties, our analyses demonstrate that a hypothetical COVID-19 vaccine would be a cost-effective health care intervention compared to no vaccine. Under the base case conditions, the vaccine would have to be priced as high as $150 per dose to exceed an ICER of $50,000 per QALY gained when targeted to the entire adult population.

## Contributors

MK, MM, and MCW designed the study. MM programmed the model with quality assurance and validation conducted by MK, DB, and MCW. Data collection and parameterization were completed by MK, MM, and DB. MM and MK conducted the analysis. DB and MK wrote the initial draft of the manuscript, and all remaining co-authors critically revised the manuscript and approved the final version.

## Declaration of Competing Interest

MK and DB are shareholders in Quadrant Health Economics Inc. Quadrant Health Economics Inc. was contracted by Moderna, Inc. to conduct this study. MM and MCW are consultants at Quadrant Health Economics Inc.

## Acknowledgements

This research was funded by Moderna, Inc. The authors would like to thank Amy Lee, PhD and Shannon Cartier, MSc, both from Quadrant Health Economics Inc., for their assistance with data collection and model programming quality assurance, respectively. The authors would also like to acknowledge Zach Piccioli from Moderna, Inc. who conceived of the study and provided references to inform several model inputs. IHME COVID-19 projections were use to estimate mortality over a 1-year period (Data used with permission. All rights reserved.)

## Role of the sponsor

The study sponsor conceived of the study, provided references for data inputs and commented on the report. The funder was not involved in study design, data analysis, or data interpretation. The corresponding author had full access to all the data used in the study and had final responsibility for the decision to submit for publication.

## Appendix A. Supplementary material

Supplementary data to this article can be found online at https://doi.org/10.1016/j.vaccine.2020.12.078.

## References

[1] Johns Hopkins Coronavirus Resource Center. COVID-19 Map. Coronavirus COVID-19 global cases by the center for systems science and engineering; 2020. https://coronavirus.jhu.edu/ [accessed November 30, 2020].
[2] Bartsch SM, Ferguson MC, McKinnell JA, et al. The potential health care costs and resource use associated with COVID-19 in the United States. Health Affairs (Project Hope) 2020;39(6):927–35.
[3] J. Corum, D. Grady, S. Wee, C. Zimmer. The New York Times: coronavirus vaccine tracker. https://www.nytimes.com/interactive/2020/science/coronavirus-vaccine-tracker.html [accessed August 10, 2020]
[4] Centers for Disease Control and Prevention. Interim updated planning guidance on allocating and targeting pandemic influenza vaccine during an influenza pandemic; 2018. https://www.cdc.gov/flu/pandemic-resources/pdf/2018-Influenza-Guidance.pdf [accessed June 25, 2020].
[5] World Health Organization (WHO). Ethics and COVID-19: resource allocation and priority-setting (WHO/RFH/20.2). https://www.who.int/ethics/publications/

AR-04070

M. Kohli, M. Maschio, D. Becker et al.

Vaccine 39 (2021) 1157–1164

ethics-and-covid-19-resource-allocation-and-priority-setting/en/ [accessed July 9, 2020].

[6] S. Mbaeyi S. Considerations for COVID-19 vaccine prioritization. Presentation of the ACIP COVID-19 vaccines work group to the advisory committee on immunisation practices. https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2020-06/COVID-08-Mbaey-508.pdf [accessed June 24, 2020].

[7] Lurie N, Saville M, Hatchett R, Halton J. Developing Covid-19 vaccines at pandemic speed. N Engl J Med 2020;382(21):1969–73.

[8] Centers for Disease Control and Prevention (CDC). Flu vaccination coverage, United States, 2018–19 influenza season (FluVaxView, general population vaccination coverage). https://www.cdc.gov/flu/fluvaxview/coverage-1819estimates.htm [accessed July 11, 2020].

[9] Hill HA, Singleton JA, Yankey D, Elam-Evans LD, Pingali SC, Kang Y. Vaccination coverage by age 24 months among children born in 2015 and 2016 – national immunization survey-child, United States, 2016–2018. Morbidity Mortal Weekly Rep (MMWR) 2019;68(41):913–8.

[10] Pfizer. Pfizer and BioNTech announce an agreement with the US government for up to 600 million doses of mRNA-based vaccine candiate against SARS-CoV-2. Press release July 22, 2020. https://investors.pfizer.com/investor-news/press-release-details/2020/Pfizer-and-BioNTech-Announce-an-Agreement-with-U.S.-Government-for-up-to-600-Million-Doses-of-mRNA-based-Vaccine-Candidate-Against-SARS-CoV-2/default.aspx [accessed July 24, 2020].

[11] Moderna. Moderna and Catalent announce collaboration for fill-finish manufacturing of Moderna's COVID-19 vaccine candidate. Press release June 25, 2020. https://investors.modernatx.com/news-releases/news-release-details/moderna-and-catalent-announce-collaboration-fill-finish [accessed July 24, 2020].

[12] US Department of Health and Human Services. Trump administration's operation warp speed accelerates AstraZeneca COVID-19 vaccine to be available beginning in October. Press release May 21, 2020. https://www.hhs.gov/about/news/2020/05/21/trump-administration-accelerates-astrazeneca-covid-19-vaccine-to-be-available-beginning-in-october.html [accessed July 24, 2020].

[13] US Department of Health and Human Services. HHS, DOD Collaborate with Novavax to Produce Millions of COVID-19 Investigational Vaccine Doses in Commercial-Scale Manufacturing Demonstration Projects; July 7, 2020. https://www.hhs.gov/about/news/2020/07/07/hhs-dod-collaborate-novavax-produce-millions-covid-19-investigational-vaccine-doses-commercial-scale-manufacturing-demonstration-projects.html [accessed July 24, 2020].

[14] Stokes EK, Zambrano LD, Anderson KN, et al. Coronavirus disease 2019 case surveillance — United States, January 22–May 30, 2020. Morbidity Mortal Weekly Rep (MMWR) 2020;69:759–65.

[15] Centers for Disease Control and Prevention (CDC) COVID-NET. Laboratory-confirmed COVID-19-associated Hospitalizations. Preliminary cumulative rates as of June 6, 2020. https://gis.cdc.gov/grasp/COVIDNet/COVID19_3.html [accessed June 12, 2020].

[16] C.M. Petrilli, S.A. Jones, J. Yang, et al. Factors associated with hospitalization and critical illness among 4,103 patients with COVID-19 disease in New York City. medRxiv; 2020. http://medrxiv.org/content/early/2020/04/11/2020.04.08.20057794.abstract [accessed July 22, 2020].

[17] Auld SC, Caridi-Scheible M, Blum JM, et al. ICU and ventilator mortality among critically ill adults with coronavirus disease 2019. Crit Care Med 2020.

[18] Institute for Health Metrics Evaluation (IMHE). COVID-19 projections. United States of America. Used with permission. All rights reserved. https://covid19.healthdata.org/united-states-of-america [accessed July 22, 2020].

[19] Centers for Disease Control and Prevention (CDC). National Center for Health Statistics. National vital statistics system – life expectancy; 2017. https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/68_07/ [accessed June 24, 2020].

[20] World Health Organization (WHO). WHO target product profiles for COVID-19 vaccines. https://www.who.int/publications/m/item/who-target-product-profiles-for-covid-19-vaccines [accessed April 29, 2020].

[21] US Department of Health and Human Services. Food and Drug Administration. Center for Biologics Evaluation and Research. Development and Licensure of Vaccines to Prevent COVID-19. Guidance for Industry; June 2020. https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-takes-action-help-facilitate-timely-development-safe-effective-covid [accessed July 2, 2020].

[22] Moderna. Moderna announce primary efficacy analysis in Phase 3 COVE study for its COVID-19 vaccine candidate and filing today with U.S. FDA for Emergency Use Authorization; November 30, 2020. https://investors.modernatx.com/news-releases/news-release-details/moderna-announces-primary-efficacy-analysis-phase-3-cove-study [accessed November 30, 2020].

[23] Pfizer. Pfizer and BioNTech conclude Phase 3 study of COVID-19 vaccine candidate, meeting all primary efficacy endpoints; November 18, 2020. https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-conclude-phase-3-study-covid-19-vaccine [accessed November 30, 2020].

[24] Jackson LA, Anderson EJ, Rouphael NG, et al. An mRNA vaccine against SARS-CoV-2 – preliminary report. N Engl J Med 2020 [accessed July 14, 2020] https://www.ncbi.nlm.nih.gov/pubmed/32663912.

[25] Moderna. Business updates and second quarter 2020 financial results; August 5, 2020. https://investors.modernatx.com/ [accessed August 5, 2020].

[26] Centers for Medicare and Medicaid Services. Physician fee schedule; 2020. https://www.cms.gov/apps/physician-fee-schedule/search/search-criteria.aspx [accessed July 22, 2020].

[27] M. Fiedler, Z. Song. Brookings report: estimating potential spending on COVID-19 care; 2020. https://www.brookings.edu/research/estimating-potential-spending-on-covid-19-care/ [accessed July 22, 2020].

[28] Neumann PJ, Cohen JT, Weinstein MC. Updating cost-effectiveness–the curious resilience of the $50,000-per-QALY threshold. N Engl J Med 2014;371 (9):796–7.

[29] W.V. Padula, S.M. Malaviya, N.M. Reid, J. Tierce, G.C Alexander. U.S. cost-effectiveness and budget impact analysis Preprints with THE LANCET; 2020; https://ssrn.com/abstract=3586694.

[30] Furuse Y, Sando E, Tsuchiya N, et al. Clusters of coronavirus disease in communities, Japan, January-April 2020. Emerg Infect Dis 2020 [accessed June 10, 2020] https://www.ncbi.nlm.nih.gov/pubmed/32521222.

[31] Lakdawalla DN, Doshi JA, Garrison Jr LP, Phelps CE, Basu A, Danzon PM. Defining elements of value in health care-A health economics approach: an ISPOR special task force report [3]. Value Health 2018;21(2):131–9.

[32] Rambhia KJ, Watson M, Sell TK, Waldhorn R, Toner E. Mass vaccination for the 2009 H1N1 pandemic: approaches, challenges, and recommendations. Biosecur Bioterror 2010;8(4):321–30.

[33] V.O. Puntmann, M.L. Carerj, I. Wieters, et al. Outcomes of cardiovascular magnetic resonance imaging in patients recently recovered from coronavirus disease 2019 (COVID-19). JAMA Cardiol; 2020. https://www.ncbi.nlm.nih.gov/pubmed/32730619 [accessed July 27, 2020].

[34] Wang Y, Dong C, Hu Y, et al. Temporal changes of CT findings in 90 Patients with COVID-19 Pneumonia: a longitudinal study. Radiology 2020;296(2):E55–64.

[35] A. Varatharaj, N. Thomas, M.A. Ellul, et al. Neurological and neuropsychiatric complications of COVID-19 in 153 patients: a UK-wide surveillance study. Lancet Psychiatry; 2020. https://www.ncbi.nlm.nih.gov/pubmed/32593341 [accessed June 25, 2020].

AR-04071



**ELSEVIER**

Since January 2020 Elsevier has created a COVID-19 resource centre with free information in English and Mandarin on the novel coronavirus COVID-19. The COVID-19 resource centre is hosted on Elsevier Connect, the company's public news and information website.

Elsevier hereby grants permission to make all its COVID-19-related research that is available on the COVID-19 resource centre - including this research content - immediately available in PubMed Central and other publicly funded repositories, such as the WHO COVID database with rights for unrestricted research re-use and analyses in any form or by any means with acknowledgement of the original source. These permissions are granted for free by Elsevier for as long as the COVID-19 resource centre remains active.

The Lancet Regional Health - Americas 1 (2021) 100033

Contents lists available at ScienceDirect

# The Lancet Regional Health - Americas

journal homepage: www.elsevier.com/locate/lana



Commentary

# The Unrecognized Death Toll of COVID-19 in the United States



Seyed M. Moghadas[1], Alison P. Galvani[2,*]

[1] Agent-Based Modelling Laboratory, York University, Toronto, Ontario, Canada M3J 1P3
[2] Center for Infectious Disease Modeling and Analysis (CIDMA), Yale School of Public Health, New Haven, Connecticut 06520, USA

A R T I C L E   I N F O

Article history:
Received 15 July 2021
Accepted 21 July 2021
Available online 10 August 2021

Since the identification of SARS-CoV-2 in December 2019, the virus has exacted a devastating toll on global health. In the United States (US), the COVID-19 pandemic has caused more than 33 million confirmed infections and over 600,000 reported deaths as of July 1, 2021. However, recent estimates of undiagnosed infections [1] and under-reported deaths [2–4] demonstrate that the true burden of COVID-19 in the US, and likely in other countries, has not been fully captured.

In *The Lancet Regional Health – Americas*, Iuliano et al [4] used an excess-mortality Poisson regression model to estimate the number of deaths attributable to COVID-19 in the US from March 2020 to May 2021. By adjusting all-cause death counts for incomplete reporting, Iuliano et al [4] fitted their age-stratified model to each American state. All-cause excess mortality includes deaths both from the virus itself and those that arise from the externalities of the pandemic. The excess deaths metric thereby includes deaths for which COVID-19 was not necessarily the proximate cause, but where an overtaxed healthcare system led to failures in addressing other causes of mortality.

Nationally, Iuliano et al [4] estimated a 24% rate in under-reporting, meaning that over 180,000 additional deaths were either directly or indirectly attributable to COVID-19 beyond the 582,135 that were reported on death certificates by May 2021. The majority of unrecognized deaths were estimated to have occurred during the early months of pandemic spread when the healthcare system was overwhelmed and testing inadequate.

Implementation of testing in the US was considerably slower than in other countries. A week following confirmation of the first hundred COVID-19 cases, the US had conducted a total of 0.035 tests per 1000 capita. [5] At this same milestone, countries in the European Union ranged between 0.17 and 17.69 tests per 1000 capita. [5] Initial tests distributed by the US Centers for Disease

Control and Prevention (CDC) were faulty. [6] While testing gradually expanded, it was nonetheless outpaced by the rapid growth of the outbreak during the first pandemic wave in the US. The mismatch between diagnostic capacity and incidence may have suppressed reporting rates even as the number of tests produced increased, particularly during local surges in cases.

As a result of the delay in testing availability, there was a prolonged period during which many US COVID-19 deaths and cases were not identified. Furthermore, a COVID-19 death had been retrospectively confirmed on February 6, 2020, much earlier than the first death contemporaneously reported in Seattle on February 29. [7] In addition, the presence of SARS-CoV-2 antibodies from blood samples drawn during the week of February 23, 2020 in New York City suggests that the virus was circulating there much earlier than March 1, the date that the first COVID-19 case was reported in the city. [8] Collectively, this evidence suggests that the lag between COVID-19 spread and scale-up of testing was even longer than indicated by confirmed cases alone.

Without testing, COVID-19 deaths are not included in the confirmed counts. To take into account the impact of such under-reporting, the model by Iuliano et al [4] incorporates a state-specific covariate that represents the weekly positivity rate of the total SARS-CoV-2 tests administered. As more tests are administered relative to the number of cases, the positivity rate falls. Consequently, this rate may be considered as an inverse indicator for completeness in reporting.

The lack of universal healthcare coverage in the US poses challenges during a pandemic unique among high-income countries. Prior to emergency federal appropriations, concern about medical bills likely deterred people from seeking diagnosis and treatment, simultaneously exacerbating both mortality and under-ascertainment. [9] In addition, when healthcare systems are overwhelmed and nosocomial COVID-19 transmission is rampant, people may be hesitant to seek medical attention. Such barriers to healthcare during the pandemic contribute to excess mortality be-

---

* Corresponding author.
  *E-mail address:* alison.galvani@yale.edu (A.P. Galvani).

https://doi.org/10.1016/j.lana.2021.100033
2667-193X/© 2021 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/)

S.M. Moghadas and A.P. Galvani

*The Lancet Regional Health - Americas 1 (2021) 100033*

yond COVID-19 case fatalities for myriad conditions that can be life-threatening if care is not sought promptly.

The misattribution of COVID-19 mortality to other causes compounded discrepancies between reported and actual COVID-19 death counts. For example, COVID-19 can trigger cardiac arrest even in the absence of other symptoms. [10] Misattribution would have been particularly widespread early in the pandemic when our understanding of the clinical manifestations of COVID-19 was nascent.

Soberingly, the results of Iuliano et al [4] indicate that the COVID-19 outbreak in the US has been even more devastating to public health than is indicated by official reports. Accurate estimates of mortality burdens attributable to a disease are fundamental to decision-making regarding mitigation strategies and optimal resource allocation. Under-estimation of the COVID-19 death also impacts the willingness of the public to adhere to public health recommendations, including vaccination and non-pharmaceutical interventions, that are instrumental to controlling the pandemic.

## Contributors

Both the authors contributed equally to the article.

## Declaration of Competing Interests

None.

## References

[1] Kalish H, Klumpp-Thomas C, Hunsberger S, et al. Undiagnosed SARS-CoV-2 seropositivity during the first 6 months of the COVID-19 pandemic in the United States. Sci Transl Med 2021;13:eabh3826. doi:10.1126/scitranslmed.abh3826.

[2] Weinberger DM, Chen J, Cohen T, et al. Estimation of Excess Deaths Associated With the COVID-19 Pandemic in the United States, March to May 2020. JAMA Intern Med 2020;180:1336. doi:10.1001/jamainternmed.2020.3391.

[3] Woolf SH, Chapman DA, Sabo RT, Weinberger DM, Hill L. Excess Deaths From COVID-19 and Other Causes, March-April 2020. JAMA 2020;324:510. doi:10.1001/jama.2020.11787.

[4] Iuliano AD, Chang HH, Patel NN, et al. Estimating Under-recognized COVID-19 Deaths, United States, March 2020-May 2021 using an Excess Mortality Modelling Approach. The Lancet Regional Health – Americas 2021 https://doi.org/. doi:10.1016/j.lana. 2021.100019.

[5] Our World in Data. Tests per thousand since the 100th confirmed case of COVID-19. https://ourworldindata.org/grapher/total-tests-per-thousand-since-100th-case.

[6] Cohen J. The United States badly bungled coronavirus testing—but things may soon improve. Science 2020 published online Feb 28. doi:10.1126/science.abb5152.

[7] First death due to novel coronavirus (COVID-19) in a resident of King County. https://www.kingcounty.gov/depts/health/news/2020/February/29-covid19.aspx).

[8] Stadlbauer D, Tan J, Jiang K, et al. Seroconversion of a city: Longitudinal monitoring of SARS-CoV-2 seroprevalence in New York City. Epidemiology 2020 DOI:10.1101/2020.06.28.20142190.

[9] Galvani AP, Parpia AS, Pandey A, Zimmer C, Kahn JG, Fitzpatrick MC. The imperative for universal healthcare to curtail the COVID-19 outbreak in the USA. EClinicalMedicine 2020;23:100380. doi:10.1016/j.eclinm.2020.100380.

[10] Subbaraman N. Why daily death tolls have become unusually important in understanding the coronavirus pandemic. Nature 2020. doi:10.1038/d41586-020-01008-1.

AR-04074



PLOS MEDICINE

RESEARCH ARTICLE

# Transmission of community- and hospital-acquired SARS-CoV-2 in hospital settings in the UK: A cohort study



Yin Mo[1,2,3,4]*, David W. Eyre[5,6,7,8], Sheila F. Lumley[6], Timothy M. Walker[1,6,10], Robert H. Shaw[6], Denise O'Donnell[6], Lisa Butcher[6], Katie Jeffery[6,9], Christl A. Donnelly[11,12], Oxford COVID infection review team¶, Ben S. Cooper[1,2]

1 Oxford Centre for Global Health Research, Nuffield Department of Medicine, University of Oxford, Oxford, United Kingdom, 2 Mahidol-Oxford Tropical Medicine Research Unit, Faculty of Tropical Medicine, Mahidol University, Bangkok, Thailand, 3 Division of Infectious Disease, Department of Medicine, National University Hospital, Singapore, 4 Department of Medicine, National University of Singapore, Singapore, 5 Big Data Institute, Nuffield Department of Population Health, University of Oxford, Oxford, United Kingdom, 6 Oxford University Hospitals, NHS Foundation Trust, Oxford, United Kingdom, 7 NIHR Oxford Biomedical Research Centre, University of Oxford, Oxford, United Kingdom, 8 NIHR Health Protection Research Unit in Healthcare Associated Infections and Antimicrobial Resistance at University of Oxford in partnership with Public Health England, Oxford, United Kingdom, 9 Radcliffe Department of Medicine, University of Oxford, Oxford, United Kingdom, 10 Oxford University Clinical Research Unit, Ho Chi Minh City, Vietnam, 11 Department of Statistics, University of Oxford, Oxford, United Kingdom, 12 MRC Centre for Global Infectious Disease Analysis, Department of Infectious Disease Epidemiology, Imperial College London, London, United Kingdom

¶ Membership of Oxford COVID infection review team is provided in the Acknowledgements and in S5 Text.
* moyin@tropmedres.ac

## Abstract

### Background

Nosocomial spread of Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) has been widely reported, but the transmission pathways among patients and healthcare workers (HCWs) are unclear. Identifying the risk factors and drivers for these nosocomial transmissions is critical for infection prevention and control interventions. The main aim of our study was to quantify the relative importance of different transmission pathways of SARS-CoV-2 in the hospital setting.

### Methods and findings

This is an observational cohort study using data from 4 teaching hospitals in Oxfordshire, United Kingdom, from January to October 2020. Associations between infectious SARS-CoV-2 individuals and infection risk were quantified using logistic, generalised additive and linear mixed models. Cases were classified as community- or hospital-acquired using likely incubation periods of 3 to 7 days. Of 66,184 patients who were hospitalised during the study period, 920 had a positive SARS-CoV-2 PCR test within the same period (1.4%). The mean age was 67.9 (±20.7) years, 49.2% were females, and 68.5% were from the white ethnic group. Out of these, 571 patients had their first positive PCR tests while hospitalised (62.1%), and 97 of these occurred at least 7 days after admission (10.5%). Among the 5,596 HCWs, 615 (11.0%) tested positive during the study period using PCR or serological

OPEN ACCESS

Citation: Mo Y, Eyre DW, Lumley SF, Walker TM, Shaw RH, O'Donnell D, et al. (2021) Transmission of community- and hospital-acquired SARS-CoV-2 in hospital settings in the UK: A cohort study. PLoS Med 18(10): e1003816. https://doi.org/10.1371/journal.pmed.1003816

Academic Editor: Mirjam E. E. Kretzschmar, Universitair Medisch Centrum Utrecht, NETHERLANDS

Received: May 7, 2021

Accepted: September 14, 2021

Published: October 12, 2021

Peer Review History: PLOS recognizes the benefits of transparency in the peer review process; therefore, we enable the publication of all of the content of peer review and author responses alongside final, published articles. The editorial history of this article is available here: https://doi.org/10.1371/journal.pmed.1003816

Copyright: © 2021 Mo et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Data Availability Statement: The datasets analysed during the current study are not publicly available as they contain personal data but are

AR-04075

available from the Infections in Oxfordshire Research Database (https://oxfordbrc.nihr.ac.uk/research-themes-overview/antimicrobial-resistance-and-modernising-microbiology/infections-in-oxfordshire-research-database-iord/), subject to an application and research proposal meeting the ethical and governance requirements of the Database. All analysis codes are available at https://github.com/moyinNUHS/covid_HospTransmissionDynamics.

Funding: YM is supported by the Singapore National Medical Research Council Research Fellowship (NMRC/Fellowship/0051/2017). BSC acknowledges support from the Medical Research Council (MRC) (MR/V028456/1). TMW is a Wellcome Trust Clinical Career Development Fellow (214560/Z/18/Z). CAD acknowledges funding from the MRC Centre for Global Infectious Disease Analysis (MR/R015600/1), jointly funded by the UK MRC and the UK Foreign, Commonwealth & Development Office (FCDO), under the MRC/FCDO Concordat agreement and is also part of the EDCTP2 programme supported by the European Union, Vaccine Efficacy Evaluation for Priority Emerging Diseases (VEEPED) grant (NIHR: PR-OD-1017–20002) from the NIHR. This work was also supported by the NIHR HPRU in Healthcare Associated Infections and Antimicrobial Resistance at Oxford University in partnership with PHE (NIHR200915), the NIHR Biomedical Research Centre, Oxford, and the NIHR HPRU in Emerging and Zoonotic Infections at University of Liverpool in partnership with PHE, in collaboration with Liverpool School of Tropical Medicine and the University of Oxford (NIHR200907). The Mahidol-Oxford Tropical Medicine Research Unit received funding from the Wellcome Trust [220211]. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

Competing interests: I have read the journal's policy and the authors of this manuscript have the following competing interests: DWE declares personal fees from Gilead outside the submitted work.

Abbreviations: aOR, adjusted odds ratio; COVID-19, Coronavirus Disease 2019; CrI, credible interval; HCW, healthcare worker; PPE, personal protective equipment; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2; WAIC, Widely Applicable Information Criterion.

tests. The mean age was 39.5 (±11.1) years, 78.9% were females, and 49.8% were nurses. For susceptible patients, 1 day in the same ward with another patient with hospital-acquired SARS-CoV-2 was associated with an additional 7.5 infections per 1,000 susceptible patients (95% credible interval (CrI) 5.5 to 9.5/1,000 susceptible patients/day) per day. Exposure to an infectious patient with community-acquired Coronavirus Disease 2019 (COVID-19) or to an infectious HCW was associated with substantially lower infection risks (2.0/1,000 susceptible patients/day, 95% CrI 1.6 to 2.2). As for HCW infections, exposure to an infectious patient with hospital-acquired SARS-CoV-2 or to an infectious HCW were both associated with an additional 0.8 infection per 1,000 susceptible HCWs per day (95% CrI 0.3 to 1.6 and 0.6 to 1.0, respectively). Exposure to an infectious patient with community-acquired SARS-CoV-2 was associated with less than half this risk (0.2/1,000 susceptible HCWs/day, 95% CrI 0.2 to 0.2). These assumptions were tested in sensitivity analysis, which showed broadly similar results. The main limitations were that the symptom onset dates and HCW absence days were not available.

## Conclusions

In this study, we observed that exposure to patients with hospital-acquired SARS-CoV-2 is associated with a substantial infection risk to both HCWs and other hospitalised patients. Infection control measures to limit nosocomial transmission must be optimised to protect both staff and patients from SARS-CoV-2 infection.

## Author summary

### Why was this study done?

- Transmission of Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) in the hospital setting has been widely reported, but little is known about the incidence and pathways of transmission.

- Hospitalised patients are especially vulnerable to Coronavirus Disease 2019 (COVID-19)-associated complications, and infected patients may contribute to the further spread of SARS-CoV-2 in the community and nursing homes upon discharge.

- Healthcare workers (HCWs) are disproportionately infected with SARS-CoV-2, and a reduced staff workforce due to SARS-CoV-2 infection may compromise the clinical management of patients and infection prevention and control measures.

- Improved understanding of the drivers of hospital-acquired SARS-CoV2 infection is important to prevent and control the spread of SARS-CoV-2 in hospitals.

### What did the researchers do and find?

- We collected data from 4 teaching hospitals in Oxfordshire, United Kingdom, from January to October 2020.

AR-04076

- The data were analysed to find the associations between infectious SARS-CoV-2 individuals (classified as community- or hospital-acquired) and infection risk posed to the susceptible individuals using statistical models.

- For susceptible patients, 1 day in the same ward with another patient with hospital-acquired SARS-CoV-2 was associated with an additional 8 infections per 1,000 susceptible patients, while exposure to an infectious patient with community-acquired COVID-19 or to an infectious HCW was associated with substantially lower infection risks of 2 per 1,000 susceptible patients.

- As for HCW infections, exposure to an infectious patient with hospital-acquired SARS-CoV-2 or to an infectious HCW were both associated with an additional 1 infection per 1,000 susceptible HCWs per day, while exposure to an infectious patient with community-acquired SARS-CoV-2 was associated with less than half this risk.

### What do these findings mean?

- Our data provide strong evidence that newly infected COVID-19 patients are associated with a high risk of onward transmission to patients and HCWs in hospital.

- Our findings support enhanced strategies to prevent and identify early hospital-onset SARS-CoV-2 infection among hospitalised patients, for example, regular screening and prompt testing to identify these patients.

- Measures to ensure infected staff are not at work, including regular staff screening and adequate sick pay arrangements, are vital.

- The relatively low risk of transmission associated with patients with suspected community-acquired COVID-19 suggests that for these patients, the peak of their infectivity may have passed such that existing infection prevention and control policies including universal use of personal protective equipment, prompt testing, and isolation of suspected or known cases are sufficient to mitigate most of the remaining infectiousness.

- The main limitations were that the symptom onset dates and HCW absence days were not available, which may affect the estimation of the transmission pathways.

## Introduction

Nosocomial transmission and outbreaks of Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) have been frequently reported in various healthcare settings since the beginning of the pandemic [1–6]. Reported proportions of hospitalised Coronavirus Disease 2019 (COVID-19) patients suspected to have acquired SARS-CoV-2 in the hospitals vary widely, ranging from <1% to 20% [7–10], and a national data linkage study in England estimated that 15% of laboratory-confirmed cases among hospital patients were healthcare-associated [11].

Nosocomial transmission of SARS-CoV-2 is of considerable concern. Hospitalised patients are especially vulnerable to COVID-19-associated complications and mortality [2]. Infected patients who are asymptomatic or become symptomatic after discharge from the hospital may

AR-04077

contribute to the further spread of SARSCoV-2 in the community and nursing homes. Health-care workers (HCWs) are disproportionately infected with SARS-CoV-2 [12–15]. They may be a key source of viral transmission to patients and fellow colleagues. Reduced staff workforce due to SARS-CoV-2 infection may compromise the clinical management of patients and infection prevention and control measures. These threats remain relevant despite the introduction of vaccines as novel variants can reduce the protection afforded, and their efficacy preventing onward transmissions may only be partial.

Analysis of detailed individual-level data including information on patients at risk of becoming infected has been lacking, and the relative importance of different transmission pathways (e.g., patient to HCW, HCW to patient, HCW to HCW, and patient to patient) has not, to our knowledge, previously been quantified [16]. Improved understanding of the drivers of nosocomial SARS-CoV2 infection is of potential value for improving targeting of infection prevention and control activities in hospitals.

The objectives of this analysis are to use high-resolution individual-level data to quantify associations between patient characteristics and risks for acquiring nosocomial SARS-CoV-2 infection after adjusting for exposures, describe how risk of acquisition changes both with calendar time and over a patient's hospital stay, and provide evidence about the relative importance of different transmission pathways for both patients and HCWs.

## Methods

### Study cohort

Data were obtained from Oxford University Hospitals, a group of 4 teaching hospitals (denoted hospital A to D) in Oxfordshire, United Kingdom, from 12 January 2020 to 2 October 2020. Of the 4 hospital sites, 2 (hospitals A and C) have an emergency department and admitted symptomatic SARS-CoV-2 patients directly from the community. Patient data included patient demographics, location in the hospital on every day of stay, total length of stay, and SARS-CoV-2 PCR test results (S4 Text).

SARS-CoV-2 infections in hospital HCWs were identified using PCR results from symptomatic and asymptomatic testing at the hospital. Symptomatic testing was offered to staff from 27 March 2020 onwards, and staff could participate in a voluntary asymptomatic screening programme from 23 April 2020 onwards, offering testing up to once every 2 weeks. Additionally, probable infections prior to widespread availability of testing were identified in staff without a positive PCR result, but who were either anti-nucleocapsid or anti-spike IgG antibody positive and recalled a date of onset of symptoms consistent with COVID-19. These symptoms were the presence of fever and new persistent cough, or anosmia or loss of taste [17,18].

Data were analysed taking individual infection outcomes for each person day at risk of infection as the outcome data. Thus, the dependent variable was the binary outcome coded as 1 if the individual at risk became infected on that day and coded as 0 otherwise. Independent variables were classified as time-fixed and time-varying variables. Time-fixed variables included age at admission, sex, and ethnicity routinely collected in hospital records. Time-varying variables included patients' ward and hospital location, and number of other patients and HCWs known to be infected (and likely infectious) present on the same ward while a patient was at risk of becoming infected with SARS-CoV-2. Hospital HCWs and patients who were on the same wards on the same day were included in the analysis.

Deidentified patient data and data from HCW testing were obtained from electronic health-care records using the Infections in Oxfordshire Research Database (IORD), which has generic Research Ethics Committee, Health Research Authority and Confidentiality Advisory Group approvals (19/SC/0403, 19/CAG/0144). The study did not have a prospective protocol or

analysis plan, and the analyses were data driven. This study is reported as per the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) guideline (S1 Checklist).

### Definitions and assumptions

**Incubation period.** We assumed that each individual could only be infected once, and hence, patients and HCWs were no longer at risk for acquiring SARS-CoV-2 after their first positive PCR test. The day each patient with a potential nosocomial infection became infected is unknown, but based on knowledge of the incubation period distribution, we expect it to be 1 to 20 days prior to the date of symptom onset, with 83% falling between 3 and 7 days [19]. For a given incubation period, $d$, we assume that each patient with a nosocomial infection became infected $d$ days before the date of symptom onset.

Among 245 inpatients testing positive after developing SARS-CoV-2 symptoms during hospitalisation, the mean interval between symptom onset and their swab for PCR testing was 1 day (interquartile range 1 to 3). Consequently, we assumed that swabs for SARS-CoV-2 PCR tests after hospital admission were taken in response to COVID-19-like symptom onset 1 day earlier or, in asymptomatic cases, the swabs were assumed to have been taken 1 day after $d + 1$ days after the day of infection. The date of each patient's first positive PCR test refers to the date the swab was obtained, rather than tested if this differed (Fig 1).

**Definitions of nosocomial SARS-CoV-2 infections.** Nosocomial SARS-CoV-2 infections have previously been defined as "probable" when symptoms onset is on day 8 to 14 after admission and "definite" when symptoms onset is on day >14 after admission [20]. These increasing thresholds correspond to higher certainties that a case is hospital acquired (S2 Fig) [20]. In this study, however, we used incubation periods that are the most likely to identify the exposure risk factors, i.e., the locations and infectious individuals the susceptible individuals were exposed to, which could have resulted in an observed infection event. Our baseline



**Fig 1. Illustration of assumed incubation periods and the data analysed for 6 example patients.** We assumed that PCR tests were performed 1 day after developing symptoms, which were consistent with COVID-19. In this schematic, an incubation period of 5 days was used. Each hospitalised patient day from admission until (and including) the day of the assumed infection event (i.e., 6 incubation period plus 1 days prior to the swab leading to the patient's first positive PCR test) or 6 days prior to the day of discharge or death (whichever occurred first) was considered an observation where the patient was at risk of becoming infected. Each observation, unique to a specific patient on a specific day, therefore corresponds to an outcome 6 days later when the patient could potentially have a swab taken for a SARS-CoV-2 PCR test. An observation had a positive outcome (value of 1) if the patient had a positive PCR test for the first time resulting from a swab taken in the hospital 6 days later, and a negative outcome (value of 0) if the patient did not have a swab taken or had a swab taken resulting in a negative PCR test 6 days later. The risk factors, e.g., ward, number of infectious patients, or HCWs in the same ward, for each observation were taken from the day of the observation itself when the corresponding patient was at risk of becoming infected. COVID-19, Coronavirus Disease 2019; HCW, healthcare worker; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.

https://doi.org/10.1371/journal.pmed.1003816.g001

AR-04079

assumption was that the incubation period was 5 days (which is reported to be the median value) [20], and we therefore define hospital-acquired infections to be any PCR-confirmed SARS-CoV-2 infection where the patient was a hospital inpatient 6 days prior to the first positive PCR test. We also report results for sensitivity analyses assuming incubation periods of 3 and 7 days. Community-acquired infections are defined to be any PCR-confirmed infections in patients who were not hospitalised in the 20 days prior to their first positive PCR tests.

**Accounting for varying infectiousness.** We assumed that patients were infectious for a period of 10 days starting a day after the day of presumed infection, consistent with estimates that 99.7% of onward infection takes place within the first 10 days after the presumed infection event [21]. HCWs were assumed to be infectious from a day after the day of assumed infection to the day of symptom onset or 1 day prior to having a positive PCR test (i.e., staff were assumed to be absent from work after reporting symptoms consistent with SARS-CoV-2 infection or having a positive PCR test).

In the main analyses presented in the Results section, we considered infectiousness to be binary. To account for time-varying infectiousness in relation to the time of the presumed infection event, we repeated the analysis after scaling the numbers of infectious patients and HCWs in a ward on a particular day by their relative infectiousness, using the generation time distribution derived by Ferretti and colleagues [21] such that the sum of daily terms for a single infected patient or HCW who was present in the ward throughout their entire infectious period would equal one.

**Infection prevention and control measures.** The hospitals consist of a mix of side rooms and multioccupancy bays of 2 to 4 individuals. Ventilation in these wards was largely via natural ventilation with windows. Known SARS-CoV-2–infected patients were cohorted into standard rooms. There were no airborne isolation rooms. The hospitals' infection prevention and control strategies were implemented following the UK national guidelines [22]. Since the first cases of COVID-19, HCWs showing compatible symptoms were required to immediately isolate and obtain a PCR test. Patients were encouraged to wear masks at all times, especially if leaving their immediate bed area for an investigation. Visitors were generally not permitted during the pandemic period.

There were 2 major changes made to infection prevention and control measures during the study period. Prior to 1 April 2020 (phase 1), use of "level-1" personal protective equipment (PPE; apron, gloves, a surgical face mask, and optional eye protection) was recommended for contact with patients known or suspected to have COVID-19 with use of "level-2" PPE (gown, gloves, eye protection, and FFP3/N99 mask) for aerosol generating procedures. From 1 April 2020 (phase 2), in addition to the above, universal level-1 PPE was used for all patients regardless of test results or clinical suspicion of COVID-19. From 25 April 2020 (phase 3), additionally, all patients were tested for SARS-CoV-2 by PCR on admission and at weekly intervals irrespective of symptoms. Further measures were implemented subsequently from June onwards, which included universal masking and social distancing among staff, contact tracing and isolation of exposed patients and HCWs, establishment of COVID-19 dedicated areas, improved triage, and recognition of atypical symptoms in elderly patients.

## Statistical models

We first performed exploratory analyses using univariable and multivariable logistic regression models to determine associations between risk factors and SARS-CoV-2 infection for given incubation periods (Code block A in S3 Text). Independent variables in these regressions were chosen to describe the demographics of the individuals, the type of hospital wards, and infection pressures from patients and HCWs. The same set of variables were used in both

AR-04080

univariable and multivariable logistic regression models. In the model where the at-risk population was admitted patients, we used infectious patients with community-acquired SARS--CoV-2, infectious patients with presumed hospital-acquired SARS-CoV-2, and infectious staff on the same ward and same day as infection pressures. In the model where the susceptible population was HCWs, we also included community cases as an additional infection pressure (S3 Fig). To circumvent testing bias due to the large increase in community testing capacity during the study period, the numbers of community cases on each day were identified using the number of community-acquired SARS-CoV-2 infections admitted to the hospital in the following week [23].

To assess how well these individual demographic factors and infection pressures from infectious patients and HCWs on the same wards accounted for the nosocomial SARS-CoV-2 infections over calendar time, we used generalised additive models, which allowed for the risk of infection to depend in a nonlinear manner on the predictors (Code block B in S3 Text). The generalised additive models were implemented using the R package *mgcv* [24].

We then modelled the patients' and HCWs' daily risk of acquiring SARS-CoV-2 in the hospital using a generalised linear mixed model with an identity link (Code block C in S3 Text). This model allowed the daily probability of infection to scale linearly with infection pressure from HCWs and patients and for their effects to be additive. Because the ward setups such as number of beds, isolation facilities, staff-to-patient ratio, and infection prevention and control measures vary, we allowed the daily probability of infection (intercepts and slopes in the models) to vary by ward. The final estimates presented subsequently are the mean and 95% credible intervals (CrIs) of the mean estimates obtained for each ward. These models were implemented with JAGS (version 4 to 10), which uses Markov chain Monte Carlo to generate a sequence of dependent samples from the posterior distribution of the parameters [25].

Two versions of the models, one with interaction terms between the phases and forces of infection from patients and HCWs and one without the interaction terms, were performed. Model comparison was done using the Widely Applicable Information Criterion (WAIC) where lower values indicate improved model fit. [26]

All analysis was performed in R version 4.0.2 [27]. The corresponding analysis code for the above models can be found in S3 Text.

### Role of the funding source

The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript. The views expressed in this publication are those of the authors and not necessarily those of the UK National Health Service, the National Institute for Health Research, the Department of Health or Public Health England, the Department of Health and Social Care, and other funders.

## Results

### Patient characteristics

There were 66,184 patients admitted to the 4 hospitals from 12 January to 2 October 2020, a time period that covered only the first "wave" of infection in the UK. Among these patients, 920 (920/66,184, 1.4%) had a positive SARS-CoV-2 PCR test. Out of these, 571 patients had their first positive PCR tests while hospitalised (62.1%), and 97 were continuously admitted for at least 7 days (10.5%). The patient characteristics are shown in Table 1. The patients who likely acquired SARS-CoV-2 while in hospital (assuming incubation periods of 3, 5, or 7 days) were older, had longer lengths of stays, and more readmissions compared to patients with no positive SARS-CoV-2 PCR tests.

AR-04081

**Table 1. Characteristics of the patients included in the analysis.**

| | | Patients testing positive for SARS-CoV-2# (n = 920) | | | | Patients did not test positive for SARS-CoV-2# (n = 65,264) |
|---|---|---|---|---|---|---|
| | | All patients tested positive (n = 920) | Hospital-acquired infection (assuming an incubation period of 3 days) (n = 133) | Hospital-acquired infection (assuming an incubation period of 5 days) (n = 130) | Hospital-acquired infection (assuming an incubation period of 7 days) (n = 120) | |
| Age (mean age in years, sd) | | 67.9 (20.7) | 75.8 (17.3) | 76.9 (16.4) | 76.6 (16.6) | 49.1 (27.3) |
| Sex (n, %) | Female | 453 (49.2%) | 70 (52.6%) | 66 (50.8%) | 65 (54.2%) | 34,887 (53.5%) |
| | Male | 467 (50.8%) | 63 (47.4%) | 64 (49.2%) | 55 (45.9%) | 30,350 (46.5%) |
| Ethnic groups (n, %) | White | 630 (68.5%) | 107 (80.5%) | 105 (80.8%) | 100 (83.3%) | 46,942 (71.9%) |
| | Non-white | 111 (12.1%) | 0 (0%) | 2 (1.5%) | 2 (1.7%) | 5,122 (7.8%) |
| | Unknown | 179 (19.5%) | 26 (19.5%) | 23 (17.7%) | 18 (15.0%) | 13,163 (20.2%) |
| Total hospitalisation days from Jan to Oct 2020 (mean, SD) | | 17.8 (22.2) | 38.6 (32.2) | 41.3 (32.5) | 42.1 (33.0) | 5.8 (11.8) |
| Total number of admissions from January to October 2020 (mean, SD) | | 1.7 (1.2) | 1.9 (1.5) | 2.0 (1.5) | 2 (1.5) | 1.4 (1.2) |
| Admission days to each hospital from January to October 2020 (n, %) | Hospital A | 855 (5.2%) | 248 (4.8%) | 279 (5.2%) | 284 (5.6%) | 57,868 (15.3%) |
| | Hospital B | 2,846 (17.4%) | 959 (18.7%) | 1,121 (20.9%) | 1,076 (21.3%) | 37,358 (9.9%) |
| | Hospital C | 11,417 (69.6%) | 3,287 (64.1%) | 3,238 (60.3%) | 3,041 (60.2%) | 260,247 (68.7%) |
| | Hospital D | 1,279 (7.8%) | 634 (12.4%) | 731 (13.6%) | 653 (12.9%) | 23,226 (6.1%) |
| Number of SARS-CoV-2 PCR tests per patient (mean, SD) | | 2.7 (2.7) | 3.5 (3.2) | 3.8 (3.4) | 3.8 (3.4) | 0.9 (1.7) |
| Admission days to each ward type during infectious period$ | General ward | 3,283 (87.5%) | 1,234 (96.7%) | 1,121 (96.9%) | 946 (96.5%) | — |
| | ICU/HDU* | 471 (12.5%) | 42 (3.3%) | 36 (3.1%) | 34 (3.5%) | — |
| Admission days to each ward type during at-risk period+ | General ward | 4,737 (96.4%) | 1,924 (95.1%) | 2,254 (94.7%) | 2,252 (94.9%) | 134,001 (91.8%) |
| | ICU/HDU* | 178 (3.6%) | 100 (4.9%) | 125 (5.3%) | 122 (5.1%) | 11,968 (8.2%) |
| At-risk days per patient (mean, SD) | | 5.3 (11.5) | 15.2 (17.3) | 18.3 (18.1) | 19.8 (17.8) | 2.2 (10.3) |

#All patients included in the table had at least 1 day of inpatient stay during the observation period between 12 January and 2 October 2020.

*ICU/HDU, intensive care unit/high-dependency unit.

$Infectious period: Patients were considered infectious from the day after infection to 10 days after infection [21].

+At-risk period: Patients were considered to be at risk of being infected with SARS-CoV-2 from admission to either discharge/death or 4, 6, or 8 days before their first positive PCR tests, i.e., day of presumed infection.

https://doi.org/10.1371/journal.pmed.1003816.t001

Testing capacity increased substantially after the beginning of March 2020 (Fig 2A). The weekly incidence of newly detected SARS-CoV-2 infections in the 4 hospitals, including both community-acquired and nosocomial cases, peaked between March and May 2020.



**Fig 2.** Weekly sums of SARS-CoV-2 PCR tests performed during March to October 2020 (Panel A). The stacked green bars indicate the number of negative tests. The stacked orange bars indicate the number of positive tests. Percentage of first positive SARS-CoV-2 PCR tests classified by different types of acquisition (Panel B). The colours represent patients who were inpatients on the eighth (red), sixth (orange), and fourth day (yellow) prior to their first positive tests, and who were not hospitalised in the 20 days prior to their first positive tests (blue). These classifications are not mutually exclusive, e.g., a patient who was admitted for 10 days continuously prior to the first positive PCR test would contribute to all first 3 groups. SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.

https://doi.org/10.1371/journal.pmed.1003816.g002

A total of 271 patients had at least 1 day of hospitalisation in the 20 days prior to being tested positive for SARS-CoV-2. Out of these patients, 130 (47.9%) were inpatients on their day of infection, based on an assumed incubation period of 5 days. Out of the 130 patients, 102 had at least 1 negative PCR test during day 1 to 5 of their hospitalisation (78.5%). The median length of stay for the admissions during which the patients were infected with SARS-CoV-2 was 21 days (interquartile range 13 to 35 days). The median day of hospitalisation when these patients were assumed to have been infected was day 8 (interquartile range 3 to 18 days).

### Healthcare worker characteristics

Out of a total of 13,514 HCWs in the 4 hospitals participating in HCW testing at some time, 5,596 worked on a single ward only such that their SARS-CoV-2 status could be considered with patients admitted to the same wards in the analysis (Table 2). During the study period, 11% (615/5,596) were positive for SARS-CoV-2. Among those who were positive, 57.4% (353/615) had a positive PCR test, while the rest were diagnosed based on serology.

The timelines of the numbers of susceptible patients and infectious patients and HCWs on each ward showed that most of the peaks in the number of potential transmission events occurred between March and June 2020 (S1 Fig). On most wards, there was a considerable overlap between the time series for infectious HCWs and patients and the time series of transmission events.

### Transmission risk to patients

We first used multivariable logistic regression to identify the factors associated with nosocomial transmission of SARS-CoV-2 to susceptible patients (Table 3). Infection risk reduced with the introduction of more stringent infection prevention and control measures in phase 3 (adjusted odds ratio (aOR) 0.25, 95% CI 0.14, 0.42) compared to phase 1. Presence of patients with hospital-acquired SARS-CoV-2 was associated with the highest risk of acquisition in

AR-04083

**Table 2. Characteristics of the HCWs included in the analysis.**

| | | Positive for SARS-CoV-2 $n$ = 615 | Negative for SARS-CoV-2 $n$ = 4,981 |
|---|---|---|---|
| Age (mean age in years, SD) | | 39.5 (11.1) | 39.6 (11.7) |
| Sex (n, %) | Female | 485 (78.9%) | 3,902 (78.3%) |
| | Male | 130 (21.1%) | 1,079 (21.7%) |
| Roles (n, %) | Doctor | 98 (15.9%) | 955 (19.2%) |
| | Nurses | 306 (49.8%) | 1,984 (39.8%) |
| | Allied health | 136 (22.1%) | 1,274 (25.6%) |
| | Nonclinical staff | 75 (12.2%) | 768 (15.4%) |
| Hospital worked in during the observation period (n, %) | Hospital A | 97 (15.8%) | 972 (19.5%) |
| | Hospital B | 91 (14.8%) | 454 (9.1%) |
| | Hospital C | 379 (61.6%) | 3,276 (65.8%) |
| | Hospital D | 48 (7.8%) | 279 (5.6%) |
| Ward type worked in during the observation period (n, %) | General ward | 569 (92.5%) | 4,384 (88.0%) |
| | ICU/HDU[*] | 46 (7.5%) | 597 (12.0%) |

[*]ICU/HDU, intensive care unit/high-dependency unit.

HCW, healthcare worker; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.

https://doi.org/10.1371/journal.pmed.1003816.t002

susceptible patients (aOR, 1.76, 95% CI 1.51, 2.04), followed by the presence of infected HCWs (aOR 1.45, 95% CI 1.22, 1.71). The evidence that patients with community-onset COVID-19 were associated with increased transmission was weaker (aOR 1.12, 95% CI 0.96, 1.26).

To further investigate if the demographic variables and transmissions from infectious patients and HCWs adequately accounted for patient acquisition of SARS-CoV-2, we used these variables in a generalised additive model (Code block B in S3 Text). After adjusting for these variables, the results showed that the variation in the risk of nosocomial infection over the study period remained though at a reduced level, suggesting that transmission risks were incompletely accounted for (Fig 3A). We further used the above generalised additive model to explore how risk of nosocomial SARS-CoV-2 infection varied with day of hospitalisation (Fig A in S1 Text). This risk remained largely constant throughout a patient's hospital stay once the numbers of infectious patients and HCWs in the same ward were accounted for.

A feature of the logistic regression model is that it assumed the effect of each additional infectious patient or HCW as multiplicative. To improve interpretability and applicability of the estimates in a clinical setting, we used a statistical model that allows each extra infectious individual to increase the probability of infection in an additive way (a generalised mixed model with an identity link). Infectious patients on the same ward who were assumed to have hospital-acquired SARS-CoV-2 showed the strongest association with acquisition of nosocomial COVID-19 in susceptible patients (Fig 4). Using an assumed incubation period of 5 days, the absolute risk of acquiring SARS-CoV-2 per day of exposure to a patient with hospital-acquired SARS-CoV-2 infection was 0.75% (95% CrI 0.55% to 0.95%). The risks of acquiring SARS-CoV-2 per day of exposure to an infectious patient who acquired SARS-CoV-2 in the community or to an infectious HCW were smaller. One day of exposure to an infected HCW or patient with community-acquired COVID19 was associated with absolute risks of 0.20% (95% CrI 0.16% to 0.22%) and 0.17% (95% CrI 0.13% to 0.22%), respectively, for susceptible patients.

## Transmission risk to healthcare workers

We performed similar analyses to quantify the risk of transmission to HCWs. The multivariable logistic regression results showed that nurses were at the highest risk of being

AR-04084

**Table 3. Predictors of SARS-CoV-2 infection in admitted patients during their hospital stay from multivariable logistic regression results.**

| Characteristics | Incubation period | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 5 days | | | 3 days | | | 7 days | | |
| | aOR[1] | 95% CI[1] | *p*-value[1] | aOR[1] | 95% CI[1] | *p*-value[1] | aOR[1] | 95% CI[1] | *p*-value[1] |
| Age | 1.03 | 1.01, 1.04 | <0.001 | 1.02 | 1.01, 1.04 | <0.001 | 1.02 | 1.01, 1.04 | <0.001 |
| **Sex** | | | | | | | | | |
| Female | 1[2] | — | | 1 | — | | 1 | — | |
| Male | 1.03 | 0.69, 1.52 | 0.90 | 0.97 | 0.64, 1.44 | 0.90 | 1.02 | 0.68, 1.54 | 0.91 |
| **Ethnic group** | | | | | | | | | |
| White | 1 | — | | 1 | — | | 1 | — | |
| Non-white | 0.49 | 0.08, 1.61 | 0.30 | 0.00 | 0.00, 0.29 | 0.97 | 0.52 | 0.08, 1.71 | 0.40 |
| Infectious patients with community-acquired SARS-CoV-2 on the same ward | 1.12 | 0.96, 1.26 | 0.10 | 1.04 | 0.89, 1.18 | 0.60 | 1.27 | 1.08, 1.44 | <0.001 |
| Infectious patients with hospital-acquired SARS-CoV-2 on the same ward | 1.76 | 1.51, 2.04 | <0.001 | 1.94 | 1.64, 2.28 | <0.001 | 1.62 | 1.35, 1.91 | <0.001 |
| Infectious staff on the same ward | 1.45 | 1.22, 1.71 | <0.001 | 1.55 | 1.21, 1.94 | <0.001 | 1.46 | 1.27, 1.67 | <0.001 |
| **Hospital** | | | | | | | | | |
| Hospital A | 1 | — | | 1 | — | | 1 | — | |
| Hospital B | 2.06 | 0.87, 5.70 | 0.13 | 2.58 | 1.02, 7.87 | 0.06 | 3.22 | 1.22, 11.1 | 0.03 |
| Hospital C | 1.65 | 0.75, 4.33 | 0.30 | 2.01 | 0.87, 5.85 | 0.14 | 2.37 | 0.95, 7.92 | 0.10 |
| Hospital D | 3.06 | 1.26, 8.58 | 0.02 | 3.94 | 1.54, 12.1 | 0.01 | 3.96 | 1.39, 14.1 | 0.01 |
| **Type of ward** | | | | | | | | | |
| General ward | 1 | — | | 1 | — | | 1 | — | |
| ICU/HDU[3] | 0.62 | 0.15, 1.68 | 0.40 | 0.45 | 0.07, 1.44 | 0.30 | 0.20 | 0.01, 0.90 | 0.11 |
| Day of stay | 1.00 | 0.99, 1.01 | 0.70 | 1.00 | 0.99, 1.01 | 0.98 | 0.99 | 0.98, 1.00 | 0.10 |
| **Phases[4]** | | | | | | | | | |
| 1 | 1 | — | | 1 | — | | 1 | — | |
| 2 | 2.06 | 1.15, 3.62 | 0.013 | 2.80 | 1.55, 4.98 | 0.001 | 1.30 | 0.69, 2.38 | 0.40 |
| 3 | 0.25 | 0.14, 0.42 | <0.001 | 0.27 | 0.16, 0.46 | 0.002 | 0.30 | 0.18, 0.50 | <0.001 |

All independent variables used in the multivariable regression model are listed in the table. The corresponding univariable analysis is presented in Table A in S1 Text.

[1]aOR, adjusted odds ratio; CI, confidence interval. *p*-Values were calculated with the Wald test.

[2]Value of 1 for aOR represents the comparison group for categorical variables.

[3]ICU/HDU, intensive care unit/high-dependency unit.

[4]In addition to phases, calendar days was included as a nonlinear independent variable in the logistic regression, fitted with a linear spline function with 2 knots.

https://doi.org/10.1371/journal.pmed.1003816.t003

infected with SARS-CoV-2 (aOR 1.54, 95% CI 1.17, 2.04) compared with doctors. Working in the intensive care or high-dependency units was protective against transmission (aOR 0.55, 95% CI 0.39, 0.76) compared to the general ward. Transmission risk reduced in phases 2 and 3 (aOR 0.32, 95% CI 0.21, 0.37, and 0.63 and 95% CI 0.49, 0.81, respectively) compared to phase 1. The number of infectious HCWs and patients who had



**Fig 3.** Daily transmission risk to susceptible patients (Panel A) and HCWs (Panel B) using a generalised additive model with a logit link. The smooth, nonlinear partial effects of calendar day, infectious patients, and HCWs on the daily risk of nosocomial SARS-CoV-2 infection are presented as coloured lines. These partial effects are the isolated effects of each group of infectious individuals on the binary outcome of assumed acquisition (yes/no) on each day as the dependent variable. Infectious patients and HCWs were both associated with increased risk of nosocomial infection. The presence of more infectious patients or HCWs in a ward on a given day was associated with higher transmission risk. COVID-19, Coronavirus Disease 2019; HCW, healthcare worker; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.

https://doi.org/10.1371/journal.pmed.1003816.g003

hospital-acquired SARS-CoV-2 on the same ward had the strongest associations with transmission to HCWs (aOR 1.33, 95% CI 1.21, 1.45 and aOR 1.45, 95% CI 1.34, 1.55, respectively) (Table 4).

Using the additive statistical model (Fig 5), the strongest association was with other infectious staff and patients with hospital-acquired SARSCoV-2. However, the additional risks posed by exposures to these infectious HCWs and patients to the susceptible HCWs were less compared to that for susceptible patients. A single day of exposure to infected HCWs and patients with hospital-acquired SARS-CoV-2 patients on the same ward was associated with an increased absolute daily risk of 0.08% (95% CrI 0.03% to 0.16% and 0.06% to 0.10%, respectively). The corresponding increase in absolute daily risk from a day of exposure to an infected patient with community-acquired SARS-CoV-2 was 0.02% (95% CrI 0.02% to 0.02%).

The background transmission risks to HCWs including that from community sources and undetected cases among both HCWS and patients were slightly less than those observed in the patients. The contribution of these undetected cases to the daily risk of SARS-CoV-2 acquisition was about 0.03% (95% CrI 0.02% to 0.03%) and 0.01% (95% CrI 0.01% to 0.01%) for the susceptible patients and HCWs, respectively. Findings from sensitivity analyses, which excluded data from phase 3 and using different prior distributions, gave similar results as the main analyses (Tables A and B in S2 Text).

AR-04086



**Fig 4.** Additional risk of suspected nosocomial acquisition of SARS-CoV-2 experienced by a single susceptible patient contributed by (i) infectious patients who acquired SARS-CoV-2 in the community (second row); (ii) infectious patients who acquired SARS-CoV-2 in the hospital (third row); and (iii) infectious HCWs (last row). A generalised mixed model with an identity link was used, with assumed nosocomial acquisition (yes/no) on each day as the dependent variable. Both the intercepts and slopes were allowed to vary by ward. The top row shows the variation of the intercepts of the model, which represent the background infection risk posed by infectious patients and HCWs who are undetected. Each horizontal bar represents the 95% CrI of the estimate. The black crosses in the centre of each bar represent the median of the estimates. CrI, credible interval; HCW, healthcare worker; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.

https://doi.org/10.1371/journal.pmed.1003816.g004

## Discussion

The consistent finding in the above analysis is that the patients who acquired SARS-CoV-2 in the hospital and, to a lesser degree, infectious HCWs likely working prior to the onset of symptoms were the most strongly associated with increased risk of SARS-CoV-2 transmission in the hospital setting. In contrast, exposure to patients who had acquired SARS-CoV-2 in the community appeared to be associated with more modest increases in the daily risk of infection for both healthcare staff and the other patients. We found evidence of a dose–response effect: Exposure to more infectious patients and healthcare staff were both associated with increasing daily risk of acquiring SARS-CoV-2.

These findings can parsimoniously be explained by newly infected individuals having high transmission potential to patients and staff. Multiple lines of evidence indicate that a substantial proportion of transmission precedes symptom onset and point to rapidly declining infectiousness with time since symptom onset [21,28]. Secondly, patients who acquired SARS-CoV-2 in the community are more likely to first present with symptoms compatible with COVID-19 upon admission and be rapidly segregated from the susceptible population with careful implementation of infection prevention and control guidelines.

To our knowledge, our study is the first analysis of a large dataset consisting of both hospitalised patients and HCWs at individual level for the quantification of transmission pathways of SARS-CoV-2 in the hospital setting. We searched the PubMed database using the search terms ("COVID-19" OR "SARS-CoV-2") AND ("nosocomial" OR "hospital") AND ("transmission") in either the abstracts or titles, for English-language articles published up to 31 March 2021. This returned 748 results, out of which 10 reported transmission events in the hospital setting quantitatively. These publications can be broadly categorised to epidemiological descriptions of isolated outbreaks (5) or contact tracing of patients exposed to infected

AR-04087

**Table 4. Predictors of SARS-CoV-2 infection in HCWs from multivariable logistic regression.**

| Characteristics | 5 days aOR[1] | 5 days 95% CI[1] | 5 days p-value[1] | 3 days aOR[1] | 3 days 95% CI[1] | 3 days p-value[1] | 7 days aOR[1] | 7 days 95% CI[1] | 7 days p-value[1] |
|---|---|---|---|---|---|---|---|---|---|
| Age[2] | 1.00 | 0.99, 1.01 | 0.9 | 1.00 | 0.99, 1.01 | 0.9 | 1.00 | 0.99, 1.01 | 0.92 |
| Sex | | | | | | | | | |
| Female | 1[3] | — | | 1 | | | 1 | — | |
| Male | 1.23 | 0.97, 1.55 | 0.09 | 1.19 | 0.93, 1.50 | 0.2 | 1.18 | 0.93, 1.49 | 0.2 |
| Role | | | | | | | | | |
| Doctor | 1 | — | | 1 | — | | 1 | — | |
| Nurse | 1.54 | 1.17, 2.04 | 0.002 | 1.63 | 1.24, 2.18 | <0.001 | 1.48 | 1.13, 1.95 | 0.005 |
| Allied health | 1.02 | 0.75, 1.39 | 0.9 | 1.05 | 0.77, 1.44 | 0.7 | 0.92 | 0.68, 1.24 | 0.6 |
| Nonclinical staff | 1.02 | 0.71, 1.44 | 0.9 | 1.08 | 0.76, 1.54 | 0.7 | 0.93 | 0.65, 1.31 | 0.7 |
| Infectious cases in the community | 1.28 | 1.23, 1.33 | <0.001 | 1.36 | 1.30, 1.42 | <0.001 | 1.23 | 1.18, 1.28 | <0.001 |
| Infectious patients with community-acquired SARS-CoV-2 on the same ward | 0.99 | 0.92, 1.05 | 0.7 | 1.01 | 0.96, 1.05 | 0.8 | 0.95 | 0.85, 1.04 | 0.3 |
| Infectious patients with hospital-acquired SARS-CoV-2 on the same ward | 1.33 | 1.21, 1.45 | <0.001 | 1.46 | 1.33, 1.59 | <0.001 | 1.32 | 1.20, 1.44 | <0.001 |
| Infectious staff on the same ward | 1.45 | 1.34, 1.55 | <0.001 | 1.49 | 1.34, 1.66 | <0.001 | 1.40 | 1.32, 1.48 | <0.001 |
| Hospital | | | | | | | | | |
| Hospital A | 1 | — | | 1 | — | | 1 | — | |
| Hospital B | 1.65 | 1.19, 2.28 | 0.002 | 1.74 | 1.26, 2.38 | <0.001 | 1.66 | 1.20, 2.28 | 0.002 |
| Hospital C | 1.22 | 0.96, 1.56 | 0.11 | 1.13 | 0.89, 1.46 | 0.3 | 1.20 | 0.95, 1.54 | 0.13 |
| Hospital D | 1.40 | 0.92, 2.09 | 0.10 | 1.46 | 0.97, 2.16 | 0.061 | 1.30 | 0.85, 1.95 | 0.2 |
| Type of ward | | | | | | | | | |
| General ward | 1 | — | | 1 | — | | 1 | — | |
| ICU/HDU[4] | 0.55 | 0.39, 0.76 | <0.001 | 0.57 | 0.41, 0.79 | <0.001 | 0.55 | 0.39, 0.75 | <0.001 |
| Phase[5] | | | | | | | | | |
| 1 | 1 | — | | 1 | 1 | | 1 | — | |
| 2 | 0.32 | 0.21, 0.47 | <0.001 | 0.22 | 0.14, 0.33 | <0.001 | 0.32 | 0.22, 0.46 | <0.001 |
| 3 | 0.63 | 0.49, 0.81 | <0.001 | 0.74 | 0.57, 0.96 | <0.001 | 0.53 | 0.42, 0.67 | <0.001 |

All independent variables used in the multivariable regression model are listed in the table. The corresponding univariable analysis is presented in Table B in S1 Text.

[1] aOR, adjusted odds ratio; CI, confidence interval. p-Values were calculated with the Wald test.

[2] Age measured in years.

[3] Value of 1 for aOR represents the comparison group for categorical variables.

[4] ICU/HDU, intensive care unit/high-dependency unit.

[5] In addition to phases, calendar days was included as a nonlinear independent variable in the logistic regression, fitted with a linear spline function with 2 knots.

https://doi.org/10.1371/journal.pmed.1003816.t004

AR-04088



**Fig 5.** Additional risk of suspected nosocomial acquisition of SARS-CoV-2 experienced by a single susceptible HCW contributed by (i) infectious patients who acquired SARS-CoV-2 in the community (second row); (ii) infectious patients who acquired SARS-CoV-2 in the hospital (third row); and (iii) infectious HCWs (last row). A generalised mixed model with an identity link was used, with assumed nosocomial acquisition (yes/no) on each day as the dependent variable. Both the intercepts and slopes were allowed to vary by ward. The top row shows the variation of the intercepts of the model, which represent the background infection risk posed by infectious patients and HCWs who are undetected. Each horizontal bar represents the 95% CrI of the estimate. The black crosses in the centre of each bar represent the median of the estimates. CrI, credible interval; HCW, healthcare worker; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.

https://doi.org/10.1371/journal.pmed.1003816.g005

HCWs (1), retrospective cohort studies involving a particular group of patients, e.g., patients who underwent operations (2), and using genomic sequencing to identify transmission clusters (2). None of the studies reported the comparative transmission rates among patients and staff.

There are several limitations in our analysis. Firstly, the dates on which the infected patients and HCWs first developed symptoms were not available. Hence, we needed to assume that the PCR test swabs were taken on the symptom onset dates. While this assumption is reasonable based on the analysis of a subset of data early in the pandemic, it is not true from phase 3 onwards when weekly screening of patients regardless of symptoms was implemented. In HCW infections identified with serology, self-reported symptom onset dates may potentially suffer from recall bias. We addressed this by performing sensitivity analysis comparing model outputs when using data collected during phases 1 and 2 versus phase 3 (Tables A and B in S2 Text). Secondly, we assumed that HCWs were absent from work after the dates on which their first positive PCR test swabs were taken or COVID-19 symptoms were first self-reported. However, where HCWs experienced minimal or no symptoms they may have continued to work. These issues could be further explored using HCW absentee data in subsequent analysis. Lastly, we did not consider the genomic sequences of the SARS-CoV-2 viruses to confirm the transmission pathways. A proportion of these infections in the HCWs could potentially be introduced from the community. We attempted to address this by using admission rate of community-acquired cases to extrapolate community infection pressure, which overcomes the issue of low community testing in the initial phase of the pandemic.

A key challenge in this analysis is that the times of infection are unknown. This has led to the adoption of various arbitrary cutoffs on length of stay prior to infection to define nosocomial infection. Further analysis using data augmentation methods, incorporating the PCR

AR-04089

cycle threshold values, may potentially overcome this to produce estimates that better account for different sources of uncertainty. Other drivers of SARS-CoV-2 transmissions in the hospital setting not fully explained by infection pressures, which we did not capture in the analysis, may include variation in ward occupancy, community-acquired cases who did not develop symptoms until after hospitalisation, change in nature or frequency of SARS-CoV-2 exposures throughout hospitalisation, or could reflect frailties, i.e., those patients who have stayed 20 days and not been infected may be at lower risk of infection. However, recent work using detailed epidemiological and genomic data to infer transmission networks echoed our main finding that patients are more likely to be infected by other patients than by HCWs [29,30].

Our findings support enhanced infection prevention and control efforts to prevent and identify early hospital-onset SARS-CoV-2 infection. Where either community or local ward prevalence is sufficiently high and resources permit, regular screening and prompt testing and identification of such patients are important. Similarly, measures to ensure symptomatic staff are not at work, including adequate sick pay arrangements, are vital. Regular staff screening is also likely to reduce transmission. Staff acquisition and transient asymptomatic carriage, contamination of equipment, and the general environment or the air are possible mediators of transmission events assigned in the analysis as patient-to-patient and need further investigation. The relatively low risk of transmission associated with patients with suspected community-acquired COVID-19 suggests that for these patients, the peak of their infectivity may have passed such that existing infection prevention and control policies including universal PPE, prompt testing, and isolation of suspected or known cases [16] are sufficient to mitigate most of the remaining infectiousness. Our analysis shows that despite these measures, patients and staff are at risk from newly infected individuals. Due to the difficulties in disentangling the effect of infection prevention and control measures and surges in SARS-CoV-2 in the community setting, we cannot provide conclusive evidence on how interventions around hospital-onset cases could be enhanced. However, others have suggested that enhanced PPE for HCWs and ventilation may play a role [4,31–33].

In conclusion, our data provide strong evidence that newly infected patients are associated with a high risk of onward transmission to patients and HCWs in hospital. Further investigation is needed into how best to enhance infection control and prevention efforts around these patients.

## Transparency statement

The corresponding author affirms that the manuscript is an honest, accurate, and transparent account of the study being reported; that no important aspects of the study have been omitted; and that any discrepancies from the study as originally planned (and, if relevant, registered) have been explained.

## Contributor and guarantor information

DWE and BSC conceptualized this work. YM, DWE and BSC performed the statistical analysis. YM drafted the first version of the manuscript. DWE, YM and KJ verified the underlying data. All authors reviewed and edited subsequent versions of the manuscript. The corresponding author attests that all listed authors meet authorship criteria and that no others meeting the criteria have been omitted. The corresponding author accepts full responsibility for the work and/or the conduct of the study, had access to the data, and controlled the decision to publish.

AR-04090

## Patient and public involvement

Patients and the public were not involved in the design, analysis, and reporting of this study. The study results will be disseminated to the public communities through publication.

## Copyright/licence for publication

The Corresponding Author has the right to grant on behalf of all authors and does grant on behalf of all authors, a worldwide licence to the Publishers and its licensees in perpetuity, in all forms, formats and media (whether known now or created in the future), to (i) publish, reproduce, distribute, display, and store the Contribution; (ii) translate the Contribution into other languages, create adaptations, reprints, include within collections, and create summaries, extracts, and/or abstracts of the Contribution; (iii) create any other derivative work(s) based on the Contribution; (iv) to exploit all subsidiary rights in the Contribution; (v) the inclusion of electronic links from the Contribution to third party material wherever it may be located; and (vi) licence any third party to do any or all of the above.

For the purpose of Open Access, the author has applied a CC BY public copyright licence to any Author Accepted Manuscript version arising from this submission.

## Supporting information

**S1 Checklist. STROBE checklist.**
(PDF)

**S1 Fig. The timelines of potential nosocomial transmission events and the numbers of infectious patients and HCWs.** HCW, healthcare worker; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.
(DOCX)

**S2 Fig. Distributions of incubation period and generation time used in the analysis.**
(DOCX)

**S3 Fig. Infection pressure from the community was extrapolated from the number of patients with community-acquired SARS-CoV-2 infection admitted to the hospitals.** COVID-19, Coronavirus Disease 2019; SARS-CoV-2, Severe Acute Respiratory Syndrome Coronavirus 2.
(DOCX)

**S1 Text. Logistic regression (Model 1) results, generalised additive model (Model 2) results, and generalised linear model with identity link (Model 3) model assessment and comparisons.**
(DOCX)

**S2 Text. Generalised linear model with identity link (Model 3) model sensitivity analysis.**
(DOCX)

**S3 Text. Model R codes.**
(DOCX)

**S4 Text. Details of real-time polymerase chain reaction (RT-PCR) performed with combined nasal and oropharyngeal swabs.**
(DOCX)

**S5 Text. Members of the Oxford COVID infection review team.**
(DOCX)

AR-04091

## Acknowledgments

The authors acknowledge valuable contributions from Omar Risk, Hannah Chase, Ishta Sharma, Sarah Peters, Tamsin Cargill, Grace Barnes, Josh Hamblin, Jenny Tempest-Mitchell, Archie Lodge, Sai Arathi Parepalli, Raghav Sudarshan, Hannah Callaghan, Imogen Vorley, Ashley Elder, Danica Fernandes, Gurleen Kaur, Bara'a Elhag, Edward David, Rumbi Mutenga, Dylan Riley, Emel Yildirim, Maria Tsakok, and Naomi Hudson from Oxford University Hospitals NHS Foundation Trust and University of Oxford Medical School for data collection.

The views expressed in this publication are those of the authors and not necessarily those of the UK National Health Service, the National Institute for Health Research, the Department of Health or Public Health England, and other funders. All authors confirm that we had full access to all the data in the study and accept responsibility to submit for publication.

## Author Contributions

**Conceptualization:** Yin Mo, David W. Eyre, Ben S. Cooper.

**Data curation:** David W. Eyre.

**Formal analysis:** Yin Mo, David W. Eyre, Ben S. Cooper.

**Funding acquisition:** David W. Eyre, Timothy M. Walker, Katie Jeffery.

**Investigation:** Yin Mo, David W. Eyre, Sheila F. Lumley, Timothy M. Walker, Robert H. Shaw, Denise O'Donnell, Lisa Butcher, Katie Jeffery, Ben S. Cooper.

**Methodology:** Yin Mo, David W. Eyre, Christl A. Donnelly, Ben S. Cooper.

**Project administration:** David W. Eyre, Sheila F. Lumley, Timothy M. Walker, Katie Jeffery.

**Supervision:** David W. Eyre, Ben S. Cooper.

**Validation:** Yin Mo, David W. Eyre, Ben S. Cooper.

**Visualization:** Yin Mo, David W. Eyre, Ben S. Cooper.

**Writing – original draft:** Yin Mo.

**Writing – review & editing:** Yin Mo, David W. Eyre, Sheila F. Lumley, Timothy M. Walker, Robert H. Shaw, Denise O'Donnell, Lisa Butcher, Katie Jeffery, Christl A. Donnelly, Ben S. Cooper.

## References

1. Rickman HM, Rampling T, Shaw K, Martinez-Garcia G, Hail L, Coen P, et al. Nosocomial transmission of Coronavirus Disease 2019: A retrospective study of 66 hospital-acquired cases in a London teaching hospital. Clin Infect Dis. 2021; 72:690–3. https://doi.org/10.1093/cid/ciaa816 PMID: 32562422

2. Wang X, Zhou Q, He Y, Liu L, Ma X, Wei X, et al. Nosocomial outbreak of COVID-19 pneumonia in Wuhan. China Eur Respir J. 2020; 55. https://doi.org/10.1183/13993003.00544–2020

3. Zhou F, Yu T, Du R, Fan G, Liu Y, Liu Z, et al. Clinical course and risk factors for mortality of adult inpatients with COVID-19 in Wuhan, China: a retrospective cohort study. Lancet. 2020; 395:1054–62. https://doi.org/10.1016/S0140-6736(20)30566-3 PMID: 32171076

4. Liu M, Cheng SZ, Xu KW, Yang Y, Zhu QT, Zhang H, et al. Use of personal protective equipment against coronavirus disease 2019 by healthcare professionals in Wuhan, China: Cross sectional study. BMJ. 2020; 369. https://doi.org/10.1136/bmj.m2195 PMID: 32522737

5. Arons MM, Hatfield KM, Reddy SC, Kimball A, James A, Jacobs JR, et al. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med. 2020; 382:2081–90. https://doi.org/10.1056/NEJMoa2008457 PMID: 32329971

6. Lessells R, Moosa Y, de Oliveira T. Report into a nosocomial outbreak of coronavirus disease 2019 (COVID-19) at Netcare St. Augustine's Hospital. KwaZulu-Natal Research Innovation and Sequencing

AR-04092

Platform (KRISP). KwaZulu-Natal Res Innov Seq Platf. 2020 [cited 2021 Apr 28]. Available from: https://www.cebm.net/study/covid-19-hospital-outbreak-of-covid-in-south-africa/

7.  Iacobucci G. Covid-19: Doctors sound alarm over hospital transmissions. BMJ. 2020; 369:m2013. https://doi.org/10.1136/bmj.m2013 PMID: 32430304

8.  Rhee C, Baker M, Vaidya V, Tucker R, Resnick A, Morris CA, et al. Incidence of nosocomial COVID-19 in patients hospitalized at a large US academic medical center. JAMA Netw Open. 2020; 3. https://doi.org/10.1001/jamanetworkopen.2020.20498 PMID: 32902653

9.  Carter B, Collins JT, Barlow-Pay F, Rickard F, Bruce E, Verduri A, et al. Nosocomial COVID-19 infection: examining the risk of mortality. The COPE-Nosocomial Study (COVID in Older PEople). J Hosp Infect. 2020; 106:376–84. https://doi.org/10.1016/j.jhin.2020.07.013 PMID: 32702463

10. Bhattacharya A, Collin SM, Stimson J, Thelwall S, Nsonwu O, Gerver S, et al. Healthcare-associated COVID-19 in England: a national data linkage study. medRxiv. 2021. https://doi.org/10.1016/j.jinf.2021.08.039 PMID: 34474055

11. Nguyen LH, Drew DA, Graham MS, Joshi AD, Guo CG, Ma W, et al. Risk of COVID-19 among front-line health-care workers and the general community: a prospective cohort study. Lancet Public Health. 2020; 5:e475–83. https://doi.org/10.1016/S2468-2667(20)30164-X PMID: 32745512

12. Pouwels KB, House T, Pritchard E, Robotham JV, Birrell PJ, Gelman A, et al. Community prevalence of SARS-CoV-2 in England from April to November, 2020: results from the ONS Coronavirus Infection Survey. Lancet Public Health. 2021; 6:e30–8. https://doi.org/10.1016/S2468-2667(20)30282-6 PMID: 33308423

13. Pollán M, Pérez-Gómez B, Pastor-Barriuso R, Oteo J, Hernán MA, Pérez-Olmeda M, et al. Prevalence of SARS-CoV-2 in Spain (ENE-COVID): a nationwide, population-based seroepidemiological study. Lancet. 2020; 396:535–44. https://doi.org/10.1016/S0140-6736(20)31483-5 PMID: 32645347

14. Quigley AL, Stone H, Nguyen PY, Chughtai AA, MacIntyre CR. Estimating the burden of COVID-19 on the Australian healthcare workers and health system during the first six months of the pandemic. Int J Nurs Stud. 2021; 114. https://doi.org/10.1016/j.ijnurstu.2020.103811 PMID: 33352440

15. Oliver D. David Oliver: Could we do better on hospital acquired covid-19 in a future wave? BMJ. 2021; 372:n70. https://doi.org/10.1136/bmj.n70 PMID: 33441317

16. Evans S, Agnew E, Vynnycky E, Robotham J. The impact of testing and infection prevention and control strategies on within-hospital transmission dynamics of COVID-19 in English hospitals. medRxiv. 2020. https://doi.org/10.1101/2020.05.12.20095562

17. Eyre DW, Lumley SF, O'donnell D, Campbell M, Sims E, Lawson E, et al. Differential occupational risks to healthcare workers from SARS-CoV-2 observed during a prospective observational study. elife. 2020; 9:1–37. https://doi.org/10.7554/eLife.60675 PMID: 32820721

18. Lumley SF, O'Donnell D, Stoesser NE, Matthews PC, Howarth A, Hatch SB, et al. Antibody status and incidence of SARS-CoV-2 infection in health care workers. N Engl J Med. 2021; 384:533–40. https://doi.org/10.1056/NEJMoa2034545 PMID: 33369366

19. Lauer SA, Grantz KH, Bi Q, Jones FK, Zheng Q, Meredith HR, et al. The incubation period of coronavirus disease 2019 (CoVID-19) from publicly reported confirmed cases: Estimation and application. Ann Intern Med. 2020; 172:577–82. https://doi.org/10.7326/M20-0504 PMID: 32150748

20. Surveillance definitions for COVID-19. [cited 2021 Apr 28]. Available from: https://www.ecdc.europa.eu/en/covid-19/surveillance/surveillance-definitions

21. Ferretti L, Wymant C, Kendall M, Zhao L, Nurtay A, Abeler-Dörner L, et al. Quantifying SARS-CoV-2 transmission suggests epidemic control with digital contact tracing. Science. 2020; 368. https://doi.org/10.1126/science.abb6936 PMID: 32234805

22. Health EP. COVID-19: Guidance for maintaining services within health and care settings Infection prevention and control recommendations Version 1.2. 2021.

23. Alaa A, Qian Z, Rashbass J, Benger J, Van Der Schaar M. Retrospective cohort study of admission timing and mortality following COVID-19 infection in England. [cited 2021 Jul 27]. https://doi.org/10.1136/bmjopen-2020-042712 PMID: 33234660

24. Wood S. Generalized Additive Models: An Introduction with R. 2nd ed. Chapman and Hall/CRC; 2017.

25. Hornik K, Leisch F, Zeileis A, Plummer M. JAGS: A Program for Analysis of Bayesian Graphical Models Using Gibbs Sampling. Available from: http://www.ci.tuwien.ac.at/Conferences/DSC-2003/

26. Watanabe S. Asymptotic Equivalence of Bayes Cross Validation and Widely Applicable Information Criterion in Singular Learning Theory. J Mach Learn Res. 2010; 11:3571–94.

27. Core R Team. A language and environment for statistical computing. Vienna, Austria: R Foundation for Statistical Computing. 2017.

AR-04093

28. He X, Lau EHY, Wu P, Deng X, Wang J, Hao X, et al. Temporal dynamics in viral shedding and transmissibility of COVID-19. Nat Med. 2020; 26:672–5. https://doi.org/10.1038/s41591-020-0869-5 PMID: 32296168

29. Illingworth CJ, Hamilton WL, Warne B, Routledge M, Popay A, Jackson C, et al. Superspreaders drive the largest outbreaks of hospital onset COVID-19 infections. elife. 2021; 10. https://doi.org/10.7554/eLife.67308 PMID: 34425938

30. Lindsey BB, Villabona-Arenas CJ, Campbell F, Keeley AJ, Parker MD, Shah DR, et al. Characterising within-hospital SARS-CoV-2 transmission events: a retrospective analysis integrating epidemiological and viral genomic data from a UK tertiary care setting across two pandemic waves. medRxiv. 2021. https://doi.org/10.1101/2021.07.15.21260537

31. Nissen K, Krambrich J, Akaberi D, Hoffman T, Ling J, Lundkvist Å, et al. Long-distance airborne dispersal of SARS-CoV-2 in COVID-19 wards. Sci Rep. 2020; 10:1–9. https://doi.org/10.1038/s41598-019-56847-4 PMID: 31913322

32. Birgand G, Peiffer-Smadja N, Fournier S, Kerneis S, Lescure FX, Lucet JC. Assessment of air contamination by SARS-CoV-2 in hospital settings. JAMA Netw Open. 2020; 3:e2033232–2. https://doi.org/10.1001/jamanetworkopen.2020.33232 PMID: 33355679

33. Richterman A, Meyerowitz EA, Cevik M. Hospital-acquired SARS-CoV-2 infection: lessons for public health. JAMA. American Medical Association; 2020:2155–2156. https://doi.org/10.1001/jama.2020.21399 PMID: 33185657

AR-04094

# Transmission of SARS-CoV-2 from asymptomatic and presymptomatic individuals in healthcare settings despite medical masks and eye protection

Michael Klompas MD, MPH[1,2], Meghan A. Baker MD, ScD[1,2], Diane Griesbach NP[2], Robert Tucker MPH, CIC[2], Glen R. Gallagher PhD[3], Andrew S. Lang PhD[3], Timelia Fink MPH[3], Melissa Cumming MS, CIC, Sandra Smole PhD[3], Lawrence C. Madoff MD[3], and Chanu Rhee MD, MPH[1,2] for the CDC Prevention Epicenters Program

[1] Department of Population Medicine, Harvard Medical School and Harvard Pilgrim Health Care Institute, Boston, MA 02215

[2] Brigham and Women's Hospital, Boston, MA 02115

[3] Massachusetts Department of Public Health, Boston, MA

Corresponding Author:  Michael Klompas MD, MPH

Department of Population Medicine

401 Park Drive, Suite 401 East

Boston, MA 02215

mklompas@bwh.harvard.edu

617-867-4991

© The Author(s) 2021. Published by Oxford University Press for the Infectious Diseases Society of America. All rights reserved. For permissions, e-mail: journals.permissions@oup.com.

AR-04095

**Abstract:**   We describe 3 instances of SARS-CoV-2 transmission despite medical masks and eye protection, including transmission despite the source person being masked, transmission despite the exposed person being masked, and transmission despite both parties being masked.  Whole genome sequencing confirmed perfect homology between source and exposed persons' viruses in all cases.

**Key Words:**  SARS-CoV-2, viral transmission, masking, infection control



2

AR-04096

Public health agencies recommend that asymptomatic healthcare workers and patients wear medical masks during all clinical encounters in order to prevent SARS-CoV-2 transmission lest either party has asymptomatic or pre-symptomatic Covid-19. Abundant laboratory, case report, and population data support these policies but the emerging evidence that SARS-CoV-2 is transmitted by respiratory aerosols begs the question of whether there is residual risk of infection when wearing medical masks alone.[1, 2]  Respiratory aerosols can bypass medical masks via gaps between the wearer's face and the mask, allowing potentially infectious aerosols to escape from the infected source and enter the respiratory tract of another despite both parties being masked.[3-5] There are very little data, however, on whether these theoretical concerns lead to demonstrable infections. We describe 3 cases of SARS-CoV-2 transmission with homologous whole genome sequencing that occurred despite the use of medical masks and eye protection.

**Methods**

All patients and employees newly diagnosed with SARS-CoV-2 at Brigham and Women's Hospital in Boston are reviewed daily to identify possible exposures and transmissions.  Cases in which transmission may have occurred despite one or both parties being masked were flagged and specimens were sent to the Massachusetts Department of Public Health for whole genome sequencing (Table 1).  Tiled, whole-genome amplicon sequencing was performed using an ARTIC V3 SARS-CoV-2 protocol adapted by state public health laboratories and the CDC.[6-9]  Samples were amplified using multiplex PCR primer reactions and sequenced on the Illumina MiSeq sequencer. Genomes with ≥95% coverage were aligned and single nucleotide polymorphism differences were calculated.  The study was approved by the Massachusetts Department of Public Health's Institutional Review Board (genome sequencing) and the Mass General Brigham Institutional Review Board (epidemiologic analysis). The hospital's standard-issue mask for all patients and most

3

employees is an ASTM level 1 mask with ear loops.  These encounters occurred between mid-November 2020 and mid-January 2021.

**Results**

*Case 1. Transmission from an asymptomatic unmasked patient to two patient care assistants wearing masks and face shields*

An 82-year-old woman was admitted to hospital with anorexia, weakness, and urinary retention.  A nasopharyngeal PCR specimen was negative for SARS-CoV-2 on the day of admission.  The patient was diagnosed with depression, managed on standard precautions, and referred to a chronic care institution.  She was retested for SARS-CoV-2 on hospital day 6 prior to discharge per the policy of the receiving institution and found to be positive (cycle threshold 15).  She did not have any symptoms suggestive of Covid-19 throughout her hospital course.  Two patient care assistants who served as 1:1 observers for the patient in the days before she was diagnosed with SARS-CoV-2 infection developed respiratory viral syndromes 4 days and 5 days after the patient's diagnosis and tested positive for SARS-CoV-2.  One patient care assistant had spent 4 hours with the patient on hospital day 3 and the other spent 8 hours with the patient on hospital day 4.  Both reported wearing masks and face shields at all times.  They spent most of their time sitting with the patient in her room to prevent her from harming herself.  The patient was inconsistent in her mask use but did not undergo any aerosol-generating procedures. There were 6 air changes per hour in the patient's room. Whole genome sequencing confirmed 0 single nucleotide polymorphism differences between the patient's isolate and the two patient care assistants' viruses.

4

AR-04098

*Case 2.  Transmission from a presymptomatic, masked nurse to an unmasked patient*

A 56-year-old man with esophageal cancer was admitted with esophageal perforation and empyema.  He underwent esophageal stent placement and pleural washout.  The nurse assigned to the patient on hospital days 11-13 developed symptoms of Covid-19 on hospital day 13 following a community contact, left work, and tested positive for SARS-CoV-2 two days later (cycle threshold 17).  The patient was retested on hospital day 19 on account of his exposure to the nurse and was positive (cycle threshold 13).  The nurse reported wearing a mask and goggles at all times but noted that the patient did not wear a mask.  There were 6 air changes per hour in the patient's room.  Whole genome sequencing confirmed 0 single nucleotide polymorphism differences between the nurse and patient's isolates.

*Case 3.  Transmission from a presymptomatic masked patient to an ambulatory provider wearing a mask and goggles.*

An internist saw a new patient in ambulatory clinic.  The patient had no fever, respiratory symptoms, taste or smell alteration, or systemic complaints. The encounter lasted approximately 45 minutes, most of which consisted of face-to-face discussion at a distance of approximately 3 feet.  The patient was not tested for SARS-CoV-2 before the encounter.  The patient wore a hospital-issued medical mask throughout the visit except when asked to briefly lower her mask so that the provider could examine her oropharynx.  The provider wore a medical mask and goggles, and washed her hands before, during, and after the encounter.  The examination room had 9 air changes per hour.  Two days later the patient developed symptoms of Covid-19 and tested positive for SARS-CoV-2 (cycle threshold 19).  The physician developed symptoms of Covid-19 four days after the encounter and also tested positive for SARS-CoV-2 (cycle threshold 17).  Whole genome sequencing confirmed 0 single nucleotide polymorphism differences between the patient and physician's specimens.

5

The strains associated with these 3 transmission events were different from one another (≥30 SNP differences) and were not consistent with any of the current variants of concern from the United Kingdom (B.1.1.7), South Africa (B.1.351), or Brazil (P.1).[10]

**Discussion**

These 3 case studies demonstrate the possibility that providers can both transmit and be infected by SARS-CoV-2 despite wearing medical masks and eye protection.  The theoretical basis for transmission despite medical masks and eye protection is clear:  SARS-CoV-2 is primarily transmitted via respiratory particles, some of which are small enough and mobile enough to pass through the gaps between medical masks and patients' and providers' faces.[2-5] The risk is highest with prolonged encounters at short range with patients early in the course of their infection when their viral loads are highest, particularly if one of the parties is unmasked, since respiratory emissions and viral burden are highest immediately adjacent to the respiratory tracts of source individuals and rapidly dissipate with distance.[11, 12]

What is unclear from these 3 case studies is how often transmission takes place despite one or both parties wearing medical masks and eye protection.  Multiple studies report that cloth masks and medical masks are associated with fewer infections; it is therefore likely that masks lower infectious inoculum and the probability of infection but do not eliminate it.[1] Infection risk occurs along a continuum where risk is moderated by multiple factors including viral burden in the source, quantity and density of respiratory emissions, mask filtration and fit, eye protection, distance between the source and exposed individual, duration of exposure, quality of ventilation, vaccination status, and

6

AR-04100

host immunity.[11] No one factor is perfectly protective (and its absence does not guarantee infection) but each component is likely additive.

These cases raise the question of whether additional measures are needed to enhance respiratory protection and source control in healthcare.  Options include improving the fit of medical masks by using ties rather than ear loops, adding mask fitters, or using respirators more widely.  N95 respirators are optimized for fit and filtration but require fit testing, can be uncomfortable to wear for long periods, and are sometimes in short supply.  The need for respirators should therefore be calibrated to degree of risk.  They likely add the most value when caring for patients with known or suspected Covid-19 or for sustained encounters at close quarters with untested individuals and/or unmasked individuals in communities with high incidence of disease.  The marginal value of respirators outside of these circumstances may be less but dedicated studies are needed.

This study highlights the value of whole genome sequencing to explore transmission events.  Whole genome sequencing can help clarify whether potentially related infections were indeed related or coincidental, a valuable tool when trying to investigate possible transmissions that may have occurred despite adherence to public health recommendations.  Sequencing does not provide definitive evidence of transmission but does provide supportive evidence within a suggestive epidemiologic context. Sequencing can also help detect variants with increased transmission potential.[10]

Limitations of our study include the lack of population level data quantifying the frequency of transmissions despite medical masks, the possibility that transmission may have taken place via fomites or self-contamination rather than via mask failure, and the chance that transmission may

7

have taken place via unidentified intermediaries under different circumstances from the ones we describe.  In each case, however, the interactions and time sequences we described are plausible and whole genome sequencing demonstrated perfect homology between source and exposed parties.

In sum, we demonstrate SARS-CoV-2 transmissions between parties wearing medical masks, including cases in which just the source was masked, just the exposed was masked, and in which both parties were masked.  These findings teach the importance of not relying upon medical masks and eye protection alone to prevent SARS-CoV-2 transmission and beg the question whether respirators should be used more widely when caring for high-risk patients under high-risk conditions in high incidence communities.

**Acknowledgements:**   This work was supported in part by the CDC Prevention Epicenters Program (6U54CK000484-04-02).

**Potential conflicts of interest:**  M.K. and C.R. have received royalties from UpToDate, Inc. for writings on unrelated topics.  None of the other authors have any conflicts to declare.

8

**References**

1. Czypionka T, Greenhalgh T, Bassler D, Bryant MB. Masks and Face Coverings for the Lay Public : A Narrative Update. Ann Intern Med **2020**.

2. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Aerosol emission and superemission during human speech increase with voice loudness. Sci Rep **2019**; 9(1): 2348.

3. Ueki H, Furusawa Y, Iwatsuki-Horimoto K, et al. Effectiveness of Face Masks in Preventing Airborne Transmission of SARS-CoV-2. mSphere **2020**; 5(5).

4. Clapp PW, Sickbert-Bennett EE, Samet JM, et al. Evaluation of Cloth Masks and Modified Procedure Masks as Personal Protective Equipment for the Public During the COVID-19 Pandemic. JAMA Intern Med **2020**.

5. Sickbert-Bennett EE, Samet JM, Clapp PW, et al. Filtration Efficiency of Hospital Face Mask Alternatives Available for Use During the COVID-19 Pandemic. JAMA Intern Med **2020**.

6. ARCTIC Network. SARS-CoV-2. Available at: https://artic.network/ncov-2019 Accessed January 14, 2021.

7. Sevinsky J, Nassiri A, Blankenship H. SARS-CoV-2 sequencing on Illumina MiSeq using ARTIC protocol: part 2 – Illumina DNA Flex protocol V.1. Available at: www.protocols.io/view/sars-cov-2-sequencing-on-illumina-miseq-using-arti-bffyjjpw. Accessed January 14, 2021.

8. Sevinsky J, Nassiri A, Young E. SARS-CoV-2 sequencing on Illumina MiSeq using ARTIC protocol: part 1 – tiling PCR V.1. Available at: www.protocols.io/view/sars-cov-2-sequencing-on-illumina-miseq-using-arti-bfefjjbn.

9. Centers for Disease Control and Prevention. SARS-CoV-2_Sequencing. Available at: https://github.com/CDCgov/SARS-CoV-2_Sequencing. Accessed January 14, 2021.

AR-04103

10. Volz E, Mishra S, Chand M, et al. Transmission of SARS-CoV-2 Lineage B.1.1.7 in England: Insights from linking epidemiological and genetic data. medRxiv **2021**: 2020.12.30.20249034.

11. Klompas M, Baker M, Rhee C. What Is an Aerosol-Generating Procedure? JAMA Surg **2020**.

12. Hu M, Lin H, Wang J, et al. The risk of COVID-19 transmission in train passengers: an epidemiological and modelling study. Clin Infect Dis **2020**.

Accepted Manuscript

10

AR-04104

**Table 1. Summary of cases with whole genome sequencing-confirmed SARS-CoV-2 transmission despite use of masks and eye protection**

| Case | Transmission Direction | Exposure Duration and Circumstance | Patient consistently masked? | Healthcare Worker Personal Protective Equipment |
|------|------------------------|-----------------------------------|------------------------------|------------------------------------------------|
| 1 | Asymptomatic hospitalized patient to 2 patient care associates | 4-hour and 8-hour sitter shifts | No | Masks and eye protection |
| 2 | Presymptomatic nurse to hospitalized patient | 8-hour nursing shifts (non-ICU) | No | Mask and eye protection |
| 3 | Presymptomatic patient to physician | 45-minute outpatient visit | Yes, except for brief oral exam | Mask and eye protection |

11

*Open Forum Infectious Diseases*

**MAJOR ARTICLE**

IDSA Infectious Diseases Society of America   hivma hiv medicine association   OXFORD

# Transmission of SARS-CoV-2 in Inpatient and Outpatient Settings in a Veterans Affairs Health Care System

Chetan Jinadatha,[1,2,a,] Lucas D. Jones,[3,a] Hosoon Choi,[4] Piyali Chatterjee,[4] Munok Hwang,[4] Sarah N. Redmond,[5] Maria E. Navas,[6] Trina F. Zabarsky,[7] Davinder Bhullar,[6] Jennifer L. Cadnum,[9] and Curtis J. Donskey[5,10]

[1]Medical Service, Central Texas Veterans Healthcare System, Temple, Texas, USA, [2]College of Medicine, Texas A&M University, Bryan, Texas, USA, [3]Department of Molecular Biology and Microbiology, Case Western Reserve University School of Medicine, Cleveland, Ohio, USA, [4]Research Service, Central Texas Veterans Healthcare System, Temple, Texas, USA, [5]Case Western Reserve University School of Medicine, Cleveland, Ohio, USA, [6]Pathology and Laboratory Medicine Service, Louis Stokes Cleveland VA Medical Center, Cleveland, Ohio, USA, [7]Infection Control Department, Louis Stokes Cleveland VA Medical Center, Cleveland, Ohio, USA, [8]Personnel Health Department, Louis Stokes Cleveland VA Medical Center, Cleveland, Ohio, USA, [9]Research Service, Louis Stokes Cleveland VA Medical Center, Cleveland, Ohio, USA, and [10]Geriatric Research, Education, and Clinical Center, Louis Stokes Cleveland VA Medical Center, Cleveland, Ohio, USA

***Background.*** Health care personnel and patients are at risk to acquire severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in health care settings, including in outpatient clinics and ancillary care areas.

***Methods.*** Between May 1, 2020, and January 31, 2021, we identified clusters of 3 or more coronavirus disease 2019 (COVID-19) cases in which nosocomial transmission was suspected in a Veterans Affairs health care system. Asymptomatic employees and patients were tested for SARS-CoV-2 if they were identified as being at risk through contact tracing investigations; for 7 clusters, all personnel and/or patients in a shared work area were tested regardless of exposure history. Whole-genome sequencing was performed to determine the relatedness of SARS-CoV-2 samples from the clusters and from control employees and patients.

***Results.*** Of 14 clusters investigated, 7 occurred in community-based outpatient clinics, 1 in the emergency department, 3 in ancillary care areas, and 3 on hospital medical/surgical wards that did not provide care for patients with known COVID-19 infection. Eighty-one of 82 (99%) symptomatic COVID-19 cases and 31 of 35 (89%) asymptomatic cases occurred in health care personnel. Sequencing analysis provided support for several transmission events between coworkers and in 2 cases supported transmission from health care personnel to patients. There were no documented transmissions from patients to personnel.

***Conclusions.*** Clusters of COVID-19 with nosocomial transmission predominantly involved health care personnel and often occurred in outpatient clinics and ancillary care areas. There is a need for improved measures to prevent transmission of SARS-CoV-2 by health care personnel in inpatient and outpatient settings.

**Keywords.** health care personnel; outpatients; SARS-CoV-2; transmission.

Patients and health care personnel are at risk to acquire severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) in health care settings [1]. In hospitals, infection control measures including universal masking, use of appropriate personal protective equipment during patient care, and pre-admission and preprocedure screening are commonly used to minimize the risk for acquisition of SARS-CoV-2 [1–4]. Recent evidence suggests that these measures are effective in reducing, but not eliminating, the risk for SARS-CoV-2 transmission [4–12]. For example, transmission has been reported when COVID-19 cases are not recognized because admission screening results are negative or when personnel in the presymptomatic stage of COVID-19 provide patient care [7–8]. Infected personnel

can also transmit SARS-CoV-2 to coworkers despite universal masking [4–12]. Exposures to infected coworkers may occur in areas such as breakrooms or in clinical areas where personnel work without adequate physical distancing [1,3–5,12].

Although nosocomial transmission of SARS-CoV-2 is often suspected, the actual source of acquisition is frequently unclear, particularly in the setting of widespread community transmission. In the VA Northeast Ohio Healthcare System, a majority of personnel with COVID-19 denied higher-risk exposures to SARS-CoV-2 at work or in the community but often worked in the same area as infected coworkers or patients with the potential for repeated brief interactions [4,12]. In addition to clusters of COVID-19 on hospital wards, our infection control program investigated multiple clusters of cases in outpatient clinics and ancillary care areas. Such areas could potentially present a relatively high risk for transmission because acutely infected patients are often evaluated in these areas, asymptomatic patients are not routinely screened before visits, and personnel often share workspaces. In the current study, we performed whole-genome sequencing to investigate several clusters of suspected nosocomial transmission of SARS-CoV-2 in outpatient and inpatient settings in the VA Northeast Ohio Healthcare System.

Received 7 May 2021; editorial decision 16 June 2021; accepted 18 June 2021.
[a]Equal contribution
Correspondence: Curtis J. Donskey, MD, Infectious Diseases Section 1110W, Louis Stokes Cleveland VA Medical Center, 10701 East Boulevard, Cleveland, OH 44106 (curtis.donskey@va.gov).

**Open Forum Infectious Diseases®2021**
Published by Oxford University Press on behalf of Infectious Diseases Society of America 2021. This work is written by (a) US Government employee(s) and is in the public domain in the US.
https://doi.org/10.1093/ofid/ofab328

AR-04106

## METHODS

### Study Setting

The VA Northeast Ohio Healthcare System includes a 215-bed acute care hospital, an adjacent long-term care facility, and 13 community-based outpatient clinics. Of 5630 total system employees during the study, 793 (14.1%) worked in the community-based outpatient clinics, 4597 (81.7%) worked in the hospital, and 240 (4.3%) worked in the long-term care facility. During the study period, the hospital had a dedicated 22-bed COVID-19 ward, and 8 beds in the intensive care unit were dedicated to COVID-19 patients. All hospital admissions as well as patients undergoing selected surgical and medical procedures were screened for COVID-19 symptoms and tested for SARS-CoV-2 by nasopharyngeal swab reverse transcriptase polymerase chain reaction (RT-PCR).

Personnel providing care for patients with suspected or known COVID-19 wore gloves, a gown, a respirator, and face shield; medical procedure facemasks and eye protection were worn during care of other patients and during interactions with coworkers. Personnel were required to wear facemasks unless in a workspace behind closed doors. It was recommended that personnel eat meals alone at their desks and not sit together during break periods. All personnel were screened for COVID-19 symptoms on entry to the health care facility. Compliance of personnel with control measures including physical distancing and personal protective equipment use was monitored by infection control staff, and feedback was provided to individuals and supervisors. Patients were required to wear cloth facemasks when out of their room or when personnel entered. No visitors were allowed in the hospital, and family members were not allowed to attend outpatient clinic visits. Testing for COVID-19 was performed using commercial RT-PCR assays. For personnel with symptoms concerning for COVID-19 infection, including mild symptoms such as sore throat and nasal congestion, testing was available in the hospital and outpatient clinics and was recommended.

### Patient Consent

The study protocol was approved by the Cleveland VA Medical Center's Institutional Review Board with a waiver of informed consent.

### Contact Tracing Investigations

The Infection Control Department conducted contact tracing in accordance with Centers for Disease Control and Prevention (CDC) recommendations [1,13]. Higher-risk exposures were defined as 15 minutes or more of continuous or cumulative contact within 6 feet without wearing both a facemask and eye protection occurring within 2 days before symptom onset through the time when the source individual met criteria for discontinuation of transmission-based precautions [13]. Contacts that included contact within 6 feet but for less than 15 minutes or while wearing both a facemask and eye protection were classified as lower-risk exposures. Personnel were questioned regarding contacts with coworkers both at work and in the community. Asymptomatic employees or patients were offered testing if they were identified as being at risk through contact tracing investigations. In clusters with large numbers of cases, surveillance nasopharyngeal swab testing was recommended for all personnel on a ward or in an outpatient clinic regardless of exposure history.

For the purposes of the study, we identified clusters of 3 or more COVID-19 cases between May 1, 2020, and January 31, 2021, in which nosocomial transmission was suspected. The study was initiated on May 1, 2020, when testing availability increased, allowing testing of contacts. Clusters in the long-term care facility were excluded. Clusters in which 3 or more nasopharyngeal swab specimens were available were included in the sequencing analysis. For comparison, we sequenced specimens from 10 employees with COVID-19 with no known exposures related to the clusters as well as 17 patients with COVID-19 after community exposures.

### Sequencing

RNA was extracted from positive nasopharyngeal swab specimens with the QIAamp Viral RNA Mini Kit (Qiagen) according to the manufacturer's instructions. Using AmpliSeq cDNA synthesis (Illumina, San Diego, CA, USA), isolated RNA samples were reverse-transcribed to make cDNA libraries for sequencing. Libraries for SARS-CoV-2 genomic sequencing were prepared using the AmpliSe Library PLUS kit (Illumina) with the SARS-CoV-2 community panel (Illumina). This panel consists of 237 SARS-CoV-2-specific primer pairs and 10 human gene expression control primer pairs. The resulting amplicons cover >99% of the viral genome, with amplicons ranging from 125 to 275 bp. The NextSeq Mid Output reagent kit, version 2 (Illumina, San Diego, CA, USA), was used for sequencing with a read length of $2 \times 150$ bp on an Illumina NextSeq550 (Illumina, San Diego, CA, USA).

### Data Analysis

The raw sequencing data FASTQ file was uploaded to the BaseSpace sequence hub, and a consensus FASTA file was generated with SARS-CoV-2 reference sequence (NC_045512.2 SARS-CoV-2 Wuhan-Hu-1, complete genome) using the DRAGEN COVID lineage App (Illumina, San Diego, CA, USA) with default parameter. Stringent filtering criteria were used including only specimens with a minimum coverage of ≥95% and 100× median coverage depth in the final analysis. The clades were determined using Nextclade[beta] (version 0.14.2; https://clades.nextstrain.org/).

The consensus FASTA files were downloaded and processed through Bionumerics 7.6 (Applied Maths, Austin, TX, USA) for cluster and single nucleotide polymorphism (SNP)

AR-04107

analysis. The SARS-CoV-2 plugin tool was used to analyze the SARS-CoV-2 genomic sequences. Sequences were analyzed for SNP differences relative to the NCBI reference sequence for SARS-CoV-2 (NC_045512). Sequences with <2 SNP differences were considered related if they belonged to the same clade. Sequences with 3 to 4 SNP differences were deemed to be possibly related if contact tracing indicated a plausible transmission event and the sequences were of the same clade designation. Using the advanced clustering tools, a similarity matrix was calculated based on the similarity coefficient between the isolates. The results of the similarity matrix were then used as input data in the Complete linkage clustering algorithm to generate dendrograms and calculate SNP differences. Only samples that met our strict filtering criteria were used to generate the dendrograms.

## RESULTS

### Contact Tracing Investigations

During the 8-month study period, 1388 patients and 584 employees were diagnosed with COVID-19 (Figure 1). The employees included 402 (68.8%) hospital employees and 182 (31.2%) employees based in outpatient clinics. The patients with COVID-19 included 1236 (89.0%) outpatients and 152 (11.0%) hospitalized patients. The peak in cases in November–December 2020 coincided with the peak in COVID-19 cases occurring in the community in Northeast Ohio. Only 4 of the 152 (2.6%) hospitalized patients with COVID-19 were suspected to have a health care–associated infection based on history of exposure to personnel with COVID-19 and duration of hospitalization >5 days.

During the study, the Infection Control Department investigated 14 clusters of COVID-19 infections where nosocomial transmission was suspected. Table 1 shows the location of the clusters and the numbers of personnel and patients involved including the initial cases and the number of asymptomatic individuals screened. In each of the clusters, the initial cases were employees diagnosed with COVID-19 after known or suspected community exposures, followed by suspected transmission to coworkers. Of the clusters investigated, 3 were in inpatient wards, 7 were in community-based outpatient clinics, 1 was in the emergency department, and 3 were in ancillary care areas including radiology, sleep lab, and vascular lab. In multiple areas, it was noted that computer workstations were separated by <6 feet, and efforts were made to increase spacing between employees. No clusters were linked to contacts during shared meals or to exposures in break rooms. No clusters of infections occurred among personnel working on the COVID-19 ward or intensive care unit.

Of 82 total symptomatic COVID-19 cases included in the 14 clusters, 81 (99%) occurred in personnel working with infected coworkers and 1 (1%) occurred in a patient receiving care from infected personnel (cluster A). In 6 of the clusters (C, E, F, G, H, I), screening of all personnel and/or patients was performed regardless of documented exposure to a case. Of 802 total asymptomatic individuals screened, 35 (4.4%) tested positive, including 31 of 720 (4.3%) employees and 4 of 82 (4.9%) patients. Asymptomatic individuals were more likely to test positive if they had a higher-risk exposure than if they worked in the same area but did not report a higher-risk exposure (18 of 201, 6.0%, vs 19 of 601, 3.8%; $P = 0.048$). Of the 112 total employees testing positive in the cluster investigations, 70 (62.5%) were nurses, 38 (33.9%) were ancillary staff, and 4 (3.6%) were physicians.



**Figure 1.** Number of COVID-19 cases diagnosed in outpatients, inpatients, hospital employees, and employees based in community outpatient clinics. Abbreviation: COVID-19, coronavirus disease 2019.

AR-04108

**Table 1.  COVID-19 Clusters in a Health Care System With Suspected Nosocomial Transmission Based on Contact Tracing**

| Cluster | Setting: Initial Cases and Contacts | Dates Initial to Final Case | No. Symptomatic COVID-19 Cases | No. Asymptomatic Cases/No. Screened (%) |
|---|---|---|---|---|
| A | Medical ward: 2 nurses with multiple coworker and patient contacts | 6/19/20–7/1/20 | 13 employees 1 patient | 1/36 (2.8) employees 1/31 (3.2) patients |
| B | Outpatient clinic: optometrist with multiple patient contacts | 10/26/20–10/28/20 | 1 employee 0 patients | 2/10 (20) patients |
| C | Medical ward: nursing assistant with multiple co-worker contacts | 11/2/20–11/5/20 | 4 employees 0 patients | 2/87 (2.3) employees |
| D | Outpatient clinic: 4 nurses in shared workspace | 10/21/20–10/28/20 | 4 employees 0 patients | N/A |
| E | Outpatient clinic: 6 employees working in different areas infected | 10/29/20–11/10/20 | 6 employees 0 patients | 9/114 (7.9) employees |
| F | Outpatient clinic: physical therapist with patient and coworker contacts | 11/3/20–12/1/20 | 13 employees 0 patients | 3/85 (3.5) employees 1/15 (6.7) patients |
| G | Spinal cord injury unit: nurse with coworker and pa-tient contacts | 10/15/20–11/10/20 | 2 employees 0 patients | 5/85 (5.9) employees 0/26 (0) patients |
| H | Emergency department: 6 coworkers in shared work-space infected | 7/8/20–7/25/20 | 6 employees 0 patients | 3/96 (3.1) employees |
| I | Outpatient clinic: nurse with coworker contacts | 11/5/20–11/30/20 | 9 employees 0 patients | 6/109 (3.7) employees |
| J | Sleep lab: nursing assistant with coworker exposures | 11/6/20–11/10/20 | 3 employees 0 patients | 0/22 (0) employees |
| K | Outpatient clinic: 2 medical technologists with co-worker contacts | 12/24/20–1/5/20 | 5 employees 0 patients | 3/26 (11.5) employees |
| L | Radiology: 4 staff cases with coworker contacts | 11/27/20–12/1/20 | 4 employees 0 patients | 0/16 (0) employees |
| M | Vascular lab: lab technician with coworker contacts | 12/10/20–12/31/20 | 7 employees 0 patients | 0/12 (0) employees |
| N | Outpatient clinic: 3 nurses in shared workspace with coworker contacts | 12/9/20–12/29/20 | 4 employees 0 patients | 1/32 (3.1) employees |

Abbreviation: COVID-19, coronavirus disease 2019.

**Sequencing Analysis**

Of 90 samples submitted for sequencing, 53 (59%) had minimum coverage of 95% and 100× median coverage depth and were included in the analysis. Of the 14 clusters, 8 had >2 sequencing results available for analysis; 1 cluster was reported previously [10], and therefore 7 were included in this investigation. In 5 of the 7 clusters, the sequencing analysis provided evidence of SARS-CoV-2 transmission. Figure 2 provides a dendrogram displaying the SNP differences between the viral sequences that were related or possibly related in the 5 clusters with evidence of transmission; 3 control hospital employee sequences that were related to the cluster A sequences are also shown.

Cluster A involved 2 medical wards with shared personnel. In cluster A, there were 2 distinct transmission clusters based on the sequencing results. In the first cluster, an employee (#4), a patient (#5) cared for by the employee and by other infected staff members, and 2 employee controls (#28 and #35) with symptomatic COVID-19 were infected by a related 20.B clade virus. In the second cluster, an employee (#7) and employee control (#34) with symptomatic COVID-19 were infected by a related virus, and 2 additional employees (#2 and #8) were infected by possibly related viruses (3–4 SNP differences). Based on chart review and interviews, there were no direct contacts between the employee controls and the cluster A employees with related

viruses. Two cluster A sequences were unrelated to the other sequences in cluster A.

In cluster B, an optometrist (#10) wearing a facemask evaluated multiple patients 1–2 days before onset of COVID-19 symptoms, and 1 patient (#11) was subsequently infected with a possibly related clade 20.C virus (3 SNP difference). In cluster D, 2 nurses working in proximity in an outpatient clinic had related SARS-CoV-2 viruses (#15 and #18), and a third nurse (#16) had a possibly related virus with 3 SNP differences; a fourth nurse was infected with an unrelated virus. In cluster F, a physical therapist implicated as a possible source of transmission had a SARS-CoV-2 virus that was distinct from 2 subsequently infected coworkers, but the coworkers (#22 and #23) had possibly related viruses (4 SNP differences). In cluster G, a nurse index case (#24) on a spinal cord injury unit was infected with a virus related to a second employee (#26) with a high-risk exposure; 2 employees (#3 and #25) later diagnosed on the same unit were infected with possibly related (4 SNP difference) viruses that were distinct from the index case virus. For 2 of the suspected clusters (cluster C and cluster E), there was no evidence of transmission based on sequence analysis.

Figure 3 provides a dendrogram displaying the SNP differences between all the viral sequences, including 17 patient control samples with COVID-19 after community exposures and



**Figure 2.** Dendrogram displaying the SNP differences between SARS-CoV-2 viral sequences that were related (<2 SNP differences) or possibly related (3–5 SNP differences) in the 5 transmission clusters and in 3 employee controls with COVID-19 infection. Clades were determined based on the Nextstrain classification system. The Wuhan-Hu-1 reference genome is shown for comparison. Dates indicate the date of specimen collection. Abbreviations: COVID-19, coronavirus disease 2019; Emp, employee; Pat, patient; SARS-CoV-2, severe acute respiratory syndrome coronavirus 2; SNP, single nucleotide polymorphism.

10 employee controls. One of the patient control samples (#42) was related to 2 cluster A samples (#4 and #5) and 2 of the employee controls (#28 and #35). None of the other patient control samples were related to the other samples from the clusters or from the employee controls.

## DISCUSSION

During the study, the infection control program in our health care system investigated multiple clusters of COVID-19 with suspected transmission based on contact tracing. Nearly all the symptomatic and asymptomatic cases in the clusters occurred in health care personnel (81 of 82 symptomatic cases and 31 of 35 asymptomatic cases). Contact tracing investigations suggested that initial cases in employees were acquired in the community, with subsequent transmission to coworkers. Sequencing analysis provided support for several transmission events between coworkers and in 2 cases supported transmission from health care personnel to patients. However, sequencing also demonstrated that some individuals linked to the clusters based on contact tracing were infected with unrelated viruses. There

were no documented transmissions from patients to personnel. Our findings are consistent with recent evidence that health care personnel are more likely to acquire SARS-CoV-2 from infected coworkers than from infected patients in settings with good infection control measures in place and that nosocomial acquisition by patients is uncommon [4,10,14–15].

One notable finding from our study was that only 3 of the 14 clusters with suspected transmission occurred on hospital wards. Seven of the clusters occurred in community-based outpatient clinics, 1 in the emergency department, and 3 in ancillary care areas. Based on contact tracing investigations, the outpatient clinics and ancillary care areas were considered relatively high risk for transmission among coworkers because personnel often shared work areas and break areas and had computer stations separated by <6 feet. Similar concerns regarding inadequate physical distancing of work and break areas were reported in a recent observational study on a general medical ward [16]. In response to the clusters, the infection control program made efforts to reinforce compliance with masking and eye protection and to increase spacing in work and break



**Figure 3.** Dendrogram displaying the single nucleotide polymorphism differences between SARS-CoV-2 viral sequences of individuals implicated in suspected transmission clusters based on contact tracing and in 17 patients with COVID-19 after community exposures and 10 employee controls. Clades were determined based on the Nextstrain classification system. The Wuhan-Hu-1 reference genome is shown for comparison. Abbreviations: COVID-19, coronavirus disease 2019; Emp, employee; Pat, patient; SARS-CoV-2, severe acute respiratory syndrome coronavirus 2; SNP, single nucleotide polymorphism.

areas. For example, in areas where computer workstations were separated by <6 feet, new workstations were created to provide better spacing between employees.

The outpatient clinic and ancillary care settings could also present a relatively high risk for acquisition of SARS-CoV-2 from patients. In these areas, acutely infected patients with relatively high viral burden are often seen by providers and asymptomatic outpatients are not routinely screened for SARS-CoV-2. However, the contact tracing investigations and the sequencing analysis suggested that transmission from patients was uncommon.

Based on the sequencing analysis, 3 control employees with symptomatic COVID-19 were infected with viruses related to cluster A employees in the absence of known exposures. It is possible that the SARS-CoV-2 variant associated with cluster A was widely circulating with community acquisition by multiple personnel rather than nosocomial transmission. Alternatively, there may have been interactions between the control and cluster A employees that were not recollected. Because employees were not routinely screened for SARS-CoV-2, it is also plausible that

employees with asymptomatic shedding of the viruses may have served as intermediate sources of transmission linking the control and cluster A employees. Previous studies with other pathogens have demonstrated that many transmissions in hospitals that are identified using highly discriminatory typing methods occur in the absence of shared ward exposure [17–18]. For example, Eyre et al. [17] reported that 9% of *Clostridioides difficile* transmissions based on whole-genome sequencing occurred in patients who shared time in the hospital but were never on the same ward.

The estimated mutation rate of SARS-CoV-2 is 2.5 nucleotides per month [11]. Based on this mutation rate, genetic relatedness has typically been defined as 0 to 1 or 0 to 2 SNP differences in cases with plausible epidemiological links [5,8–11]. In the current analysis, we identified several instances where there were plausible epidemiological links between cases with 3 to 4 SNP differences. We deemed these cases to be possibly related. However, further studies will be needed to clarify whether a cutoff of 2 SNP differences is required to define transmission events.

AR-04111

Our study has several limitations. We did not sequence all viruses from the clusters because some samples were not available or did not meet the stringent requirements for quality of sequencing. In addition, we only sequenced a small sample of control employee and patient samples. Thus, we cannot be certain that some of the transmission events did not represent concurrent acquisition of related viruses widely circulating in the community. Finally, it is possible that we underestimated the sequence relatedness because we used strict filtering criteria and both the Nextclade and Bionumerics 7.6 phylogenetic tree methodologies for concurrence.

In conclusion, we found that clusters of COVID-19 with suspected transmission predominantly involved health care personnel and often occurred in outpatient clinics. Sequencing results provided evidence supporting multiple transmission events between coworkers and in 2 cases from health care personnel to patients. The findings contributed to development of improved infection control measures to limit nosocomial transmission of SARS-CoV-2, including efforts to increase spacing between coworkers.

### Acknowledgments

*Financial support.* This work was supported by a Merit Review grant (CX001848) from the Department of Veterans Affairs to C.J.D.

*Potential conflicts of interest.* C.J.D. has received research funding from Clorox, PDI, and Pfizer. All other authors report no potential conflicts. All authors have submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest. Conflicts that the editors consider relevant to the content of the manuscript have been disclosed.

### References

1. Centers for Disease Control and Prevention. Interim infection prevention and control recommendations for healthcare personnel during the coronavirus disease 2019 (COVID-19) pandemic. Available at: https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html. Accessed 22 April 2021.
2. Seidelman JL, Lewis SS, Advani SD, et al. Universal masking is an effective strategy to flatten the severe acute respiratory coronavirus 2 (SARS-CoV-2)
healthcare worker epidemiologic curve. Infect Control Hosp Epidemiol **2020**; 41:1466–7.
3. Richterman A, Meyerowitz EA, Cevik M. Hospital-acquired SARS-CoV-2 infection: lessons for public health. JAMA **2020**; 324:2155–6.
4. Zabarsky TF, Bhullar D, Silva SY. What are the sources of exposure in healthcare personnel with coronavirus disease 2019 infection? Am J Infect Control **2021**; 49:392–95.
5. Paltansing S, Sikkema RS, Man SJ, et al. Transmission of SARS-CoV-2 among healthcare workers and patients in a teaching hospital in the Netherlands confirmed by whole genome sequencing. J Hosp Infect **2021**; 110:178–83.
6. Sikkema RS, Pas SD, Nieuwenhuijse DF, et al. COVID-19 in health-care workers in three hospitals in the south of the Netherlands: a cross-sectional study. Lancet Infect Dis **2020**; 20:1273–80.
7. Klompas M, Baker MA, Rhee C, et al. A SARS-CoV-2 cluster in an acute care hospital. Ann Intern Med **2021**; 174:794–802.
8. Klompas M, Baker MA, Griesbach D, et al. Transmission of SARS-CoV-2 from asymptomatic and presymptomatic individuals in healthcare settings despite medical masks and eye protection. Clin Infect Dis **2021**; ciab218.
9. Maltezou HC, Dedoukou X, Tseroni M, et al. SARS-CoV-2 infection in healthcare personnel with high-risk occupational exposure: evaluation of 7-day exclusion from work policy. Clin Infect Dis **2020**; 71:3182–7.
10. Braun KM, Moreno GK, Buys A, et al. Viral sequencing reveals US healthcare personnel rarely become infected with SARS-CoV-2 through patient contact. Clin Infect Dis **2021**; ciab281.
11. Meredith LW, Hamilton WL, Warne B, et al. Rapid implementation of SARS-CoV-2 sequencing to investigate cases of health-care associated COVID-19: a prospective genomic surveillance study. Lancet Infect Dis **2020**; 20:1263–71.
12. Chan ER, Jones LD, Redmond SN, et al. Use of whole genome sequencing to investigate a cluster of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infections in emergency department personnel. Infect Control Hosp Epidemiol **2021**; 1–3. doi:10.1017/ice.2021.208
13. Centers for Disease Control and Prevention. Interim U.S. guidance for risk assessment and work restrictions for healthcare personnel with potential exposure to SARS-CoV-2. Available at: https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html. Accessed 27 April 2021.
14. Baker MA, Fiumara K, Rhee C, et al. Low risk of COVID-19 among patients exposed to infected healthcare workers. Clin Infect Dis **2020**; ciaa1269.
15. Rhee C, Baker M, Vaidya V, et al; CDC Prevention Epicenters Program. Incidence of nosocomial COVID-19 in patients hospitalized at a large US academic medical center. JAMA Netw Open **2020**; 3:e2020498.
16. Keller SC, Pau S, Salinas AB, et al. Barriers to physical distancing among healthcare workers on an academic hospital unit during the coronavirus disease 2019 (COVID-19) pandemic. Infect Control Hosp Epidemiol **2021**; 1–7. doi:10.1017/ice.2021.154
17. Eyre DW, Cule ML, Wilson DJ, et al. Diverse sources of *C. difficile* infection identified on whole-genome sequencing. N Engl J Med **2013**; 369:1195–205.
18. Donskey CJ, Sunkesula VCK, Stone ND, et al. Transmission of *Clostridium difficile* from asymptomatically colonized or infected long-term care facility residents. Infect Control Hosp Epidemiol **2018**; 39:909–16.

AR-04112

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 68 of 275    PageID 4654



**CDC** Centers for Disease
Control and Prevention

## COVID-19

# Underlying Medical Conditions Associated with Higher Risk for Severe COVID-19: Information for Healthcare Providers

Updated Oct. 14, 2021     Print

For the general public, see People with Certain Medical Conditions for an overview of medical conditions and resources. For information on the evidence used to update the list of underlying medical conditions, see the Science Brief.

## Purpose

An updated list of high-risk underlying conditions, based on what has been reported in the literature as of August 31, 2021 is provided below. The conditions are grouped by the level of evidence, with the highest level at the top. The list of underlying medical conditions is not exhaustive and will be updated as the science evolves. CDC is currently reviewing additional underlying conditions, and some of these might have sufficient evidence to be added to the list. This list should not be used to exclude people with underlying conditions from recommended preventive measures such as booster doses of vaccines or needed therapies. The process and evidence used to update the list is found in the brief of Scientific Evidence for Conditions that Increase Risk of Severe Illness.

This webpage provides an **evidence-based resource for healthcare providers** caring for patients with underlying medical conditions who are at higher risk of developing severe outcomes of COVID-19. Severe outcomes are defined as hospitalization, admission to the intensive care unit (ICU), intubation or mechanical ventilation, or death.

This page summarizes data from published reports, scientific articles in press, unreviewed pre-prints, and internal data that were included in a literature review conducted by subject matter experts as of August 31, 2021. The information reflects current evidence regarding underlying medical conditions and is intended to help healthcare providers make informed decisions about patient care and increasing the awareness of risk among their patients.

## Background

We continue to learn more about the risk factors for severe COVID-19 outcomes. Age is the strongest risk factor for severe COVID-19 outcomes. Approximately 54.1 million people aged 65 years or older reside in the United States; in 2020 this age group accounted for 81% of U.S. COVID-19 related deaths, and as of September 2021 the mortality rate in this group was more than 80 times the rate of those aged 18-29.[1, 2] In 2020, residents of long-term care facilities made up less than 1% of the U.S. population but accounted for more than 35% of all COVID-19 deaths.[3-7] Additionally, adults of any age with certain underlying medical conditions are at increased risk for severe illness from COVID-19.[8]

Studies have shown that COVID-19 does not affect all population groups equally. The risk of severe COVID-19 increases as the number of underlying medical conditions increases in a person.[9-11] People with disabilities are more likely than people without disabilities to have chronic health conditions, live in congregate settings, and face more barriers to healthcare.[12-14] Studies have shown that some people with certain disabilities are more likely to get COVID-19 and have worse outcomes.[15-17] Some chronic medical conditions occur more frequently or at a younger age in certain racial or ethnic minority populations. Moreover, data has also shown that compared to non-Hispanic White people, members of certain racial and ethnic minority groups are dying from COVID-19 at younger ages.[18] Based on mortality data from CDC's National Vital Statistics System

AR-04113

11/15/21, 8:40 AM                    Underlying Medical Conditions Associated with Higher Risk for Severe COVID-19: Information for Healthcare Providers

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 69 of 275   PageID 4655

(NVSS), from February 1, 2020 to September 30, 2021, there have been an estimated 700,000 excess deaths in the United States. The largest percentage increases in mortality occurred among adults aged 25–44 years and among Hispanic or Latino people.[19]

Additionally, we are still learning about how conditions that affect the environments where people live, learn, and work can influence the risk for infection and severe COVID-19 outcomes. These social determinants of health include neighborhood and physical environment, housing, occupation, education, food security, access to healthcare, and economic stability.

# Summary of Conditions with Evidence

1. Comorbidities that are supported by at least one **meta-analysis or systematic review** or by review method defined in Scientific Evidence brief.

- Cancer
- Cerebrovascular disease
- Chronic kidney disease*
- Chronic lung diseases limited to:
  - Interstitial lung disease
  - Pulmonary embolism
  - Pulmonary hypertension
  - Bronchopulmonary dysplasia
  - Bronchiectasis
  - COPD (chronic obstructive pulmonary disease)
- Chronic liver diseases limited to:
  - Cirrhosis
  - Non-alcoholic fatty liver disease
  - Alcoholic liver disease
  - Autoimmune hepatitis
- Diabetes mellitus, type 1 and type 2*
- Heart conditions (such as heart failure, coronary artery disease, or cardiomyopathies)
- Mental health disorders limited to:
  - Mood disorders, including depression
  - Schizophrenia spectrum disorders
- Obesity (BMI ≥30 kg/m2)*
- Pregnancy and recent pregnancy
- Smoking, current and former
- Tuberculosis

2. Comorbidities that are supported by at least one **observational study** (e.g., cohort, case-control, or cross-sectional):

These studies might include systematic review or meta-analysis that represents one condition in a larger group of conditions (for example, kidney transplant under the category of solid organ or blood stem cell transplantation).

- Children with certain underlying conditions
- Down syndrome
- HIV (human immunodeficiency virus)
- Neurologic conditions, including dementia
- Overweight (BMI ≥25 kg/m2, but <30 kg/m2)
- Sickle cell disease
- Solid organ or blood stem cell transplantation

11/15/21, 8:40 AM                    Underlying Medical Conditions Associated with Higher Risk for Severe COVID-19: Information for Healthcare Providers

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 70 of 275    PageID 4656

- Substance use disorders
- Use of corticosteroids or other immunosuppressive medications

3. Comorbidities that are supported by mostly **case series, case reports, or, if other study design, the sample size is small** (and no systematic review or meta-analysis available was available to review):

> Defined as having an association in one or more case series studies. If there are cohort or case-control studies, the sample size was small. Conditions included might be less common.

- Cystic fibrosis
- Thalassemia

4. Comorbidities that are supported by **mixed evidence**:

> Defined as having an association in at least one meta-analysis or systematic review and additional studies or reviews that reached different conclusions about risk associated with a medical condition.

- Asthma
- Hypertension, possibly*
- Immune deficiencies (except people with moderate to severe immune compromise due to a medical condition or receipt of immunosuppressive medications or treatments)

Footnote:

* indicates underlying conditions for which there is evidence for pregnant and non-pregnant people

# Actions Providers Can Take

- Approved and authorized COVID-19 vaccines (initial doses and boosters) are safe and effective and should be administered to people at higher risk including people with some underlying medical conditions. Reassure patients that clinical trials demonstrated similar safety and efficacy profiles in people with some underlying medical conditions, including those that place them at higher risk for severe COVID-19 symptoms, compared to people without underlying medical conditions.
- Check out additional information for your patients, including a link to your state or territorial health department's website on eligibility for and locations for COVID-19 vaccination.
- Encourage patients to keep appointments for routine care and adhere to treatment regimens.
- Consider use of telehealth in coordination with community-based organizations, family members, or other providers, when appropriate, although some patients may not have knowledge of or access to appropriate technology or internet service.
- Encourage patients with underlying medical conditions to continue practicing preventive measures, such as wearing a mask and physical distancing, to avoid infection with the virus that causes COVID-19. This becomes even more important with increasing age and number and severity of underlying conditions.
- Carefully consider potential additional risks of COVID-19 illness for patients who are members of certain racial and ethnic minority groups, and how to facilitate access to culturally and linguistically appropriate resources. These patients are often younger when they develop chronic medical conditions, might be at higher risk of having more than one underlying medical condition, and at higher risk for acquisition of COVID-19. Studies have shown that people in certain ethnic and racial minority groups are dying from COVID-19 at younger ages.

# Key Findings from One Large Cross–Sectional Study

11/15/21, 8:40 AM    Underlying Medical Conditions Associated with Higher Risk for Severe COVID-19: Information for Healthcare Providers

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 71 of 275    PageID 4657

Underlying Medical Conditions and Severe Illness Among 540,667 Adults Hospitalized With COVID-19, March 2020–March 2021

This study used data from the Premier Healthcare Database, which represents approximately 20% of all inpatient admissions in the United States since 2000. This cross-sectional study of 540,667 adults hospitalized with COVID-19 included both inpatients and hospital-based outpatients with laboratory-diagnosed COVID-19 from March 1, 2020, through March 31, 2021. The database included reports from 592 acute care hospitals in the United States. The study was designed to examine risk factors associated with severe outcomes of COVID-19 including admission to an ICU or stepdown unit, invasive mechanical ventilation (IMV), and death.

## Main Findings

- Certain underlying medical conditions increased risk for severe COVID-19 illness in adults.
- Having multiple conditions also increased risk.
- Obesity, diabetes with complications, and anxiety and fear-related disorders had the strongest association with death.
- The risk associated with a condition increased with age.

**Reference:** Kompaniyets L, Pennington AF, Goodman AB, Rosenblum HG, Belay B, Ko JY, et al. Underlying Medical Conditions and Severe Illness Among 540,667 Adults Hospitalized With COVID-19, March 2020–March 2021. *Prev Chronic Dis* 2021;18:210123. DOI: http://dx.doi.org/10.5888/pcd18.210123 [↗] .



**COVID-19 Death Risk Ratio (RR) for Select Age Groups and Comorbid Conditions**

Ref (1.00)

**Age Groups**

| | |
|---|---|
| 18-39 Years | 1.0 |
| 40-49 Years | 2.2 |
| 50-64 Years | 4.3 |
| 65-74 Years | 6.7 |
| 74-84 Years | 8.5 |
| 85+ Years | 10.6 |

**Comorbidities**

| | |
|---|---|
| Obesity | 1.3 |
| Diabetes with Complication | 1.3 |
| Chronic Kidney Disease | 1.2 |
| Chronic Obstructive Pulmonary Disease and Bronchiectasis | 1.2 |
| Neurocognitive Disorders | 1.2 |
| Coronary Atherosclerosis and Other Heart Disease | 1.1 |

⚹ View Larger

11/15/21, 8:40 AM                    Underlying Medical Conditions Associated with Higher Risk for Severe COVID-19: Information for Healthcare Providers

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 72 of 275    PageID 4658

Source: Kompaniyets L, Pennington AF, Goodman AB, Rosenblum HG, Belay B, Ko JY, et al. Underlying Medical Conditions and Severe Illness Among 540,667 Adults Hospitalized With COVID-19, March 2020–March 2021. To learn more, visit the *Preventing Chronic Disease* article: https://www.cdc.gov/pcd/issues/2021/21_0123.htm



Source: Kompaniyets L, Pennington AF, Goodman AB, Rosenblum HG, Belay B, Ko JY, et al. Underlying Medical Conditions and Severe Illness Among 540,667 Adults Hospitalized With COVID-19, March 2020–March 2021. To learn more, visit the *Preventing Chronic Disease* article: https://www.cdc.gov/pcd/issues/2021/21_0123.htm

## More Information

CDC strongly encourages healthcare providers, patients and their advocates, and health system administrators to regularly consult the COVID-19 Treatment Guidelines [↗] by the National Institutes of Health (NIH).

Information about enrolling in clinical trials related specifically to COVID-19 can be found at CombatCovid.hhs.gov [↗] , and includes opportunities for people with and without COVID-19.

Visit CDC's COVID Data Tracker for current data.

Visit CDC's COVID-19 Vaccination for vaccine information and resources.

Visit CDC's Demographic Trends of COVID-19 Cases and Deaths in the US or COVID-19 hospitalization and death data by race/ethnicity.

Visit CDC's Health Equity page for health equity considerations for racial and ethnic minority groups.

Please contact your state, tribal, local, or territorial health department for more information on COVID-19 vaccination in your area.

# References

## See All References ⌄

1. Ahmad FB, Cisewski JA, Miniño A, Anderson RN. Provisional Mortality Data – United States, 2020 [published correction appears in MMWR Morb Mortal Wkly Rep. 2021 Jun 18;70(24):900]. MMWR Morb Mortal Wkly Rep. 2021;70(14):519-522. Published 2021 Apr 9. doi:10.15585/mmwr.mm7014e1 ↗

2. COVID Data Tracker. Centers for Disease Control and Prevention. https://covid.cdc.gov/covid-data-tracker/#datatracker-home

3. Abrams HR, Loomer L, Gandhi A, Grabowski DC. Characteristics of US Nursing Homes with COVID-19 Cases. *Journal of the American Geriatrics Society* **2020**; 68(8): 1653-1656. doi: /10.1111/jgs.16661 ↗

4. Grabowski DC, Mor V. Nursing Home Care in Crisis in the Wake of COVID-19. *Journal of the American Medical Association* **2020**. doi:10.1001/jama.2020.8524 ↗

5. Brown KA, Jones A, Daneman N, et al. Association between nursing home crowding and COVID-19 infection and mortality in Ontario, Canada. *Journal of the American Medical Association, Internal Medicine* **2020**. doi:10.1001/jamainternmed.2020.6466 ↗

6. Sarah HY, See I, Kent AG, et al. Characterization of COVID-19 in assisted living facilities—39 states, October 2020. *MMWR Morb Mortal Wkly Rep* **2020**; 69(46): 1730. doi: 10.15585/mmwr.mm6946a3 ↗

7. Fisman DN, Bogoch I, Lapointe-Shaw L, McCready J, Tuite AR. Risk factors associated with mortality among residents with coronavirus disease 2019 (COVID-19) in long-term care facilities in Ontario, Canada. *Journal of the American Medical Association* **2020**; 3(7): e2015957-e. doi:10.1001/jamanetworkopen.2020.15957 ↗

8. Harrison, S. L., Fazio-Eynullayeva, E., Lane, D. A., Underhill, P., & Lip, G. (2020). Comorbidities associated with mortality in 31,461 adults with COVID-19 in the United States: A federated electronic medical record analysis. *PLoS medicine*, *17*(9), e1003321. doi: 10.1371/journal.pmed.1003321 ↗

9. De Giorgi, F. Fabbian, S. Greco, et al. Prediction of in-hospital mortality of patients with SARS-CoV-2 infection by comorbidity indexes: an Italian internal medicine single center study *Eur Rev Med Pharmacol Sci*. 2020, 24(19), 10258-10266. doi: 10.26355/eurrev_202010_23250  ↗

10. Lenin Dominguez-Ramirez, Francisco Rodriguez-Perez, Francisca Sosa-Jurado, Gerardo Santos-Lopez, Paulina Cortes-Hernandez The role of metabolic comorbidity in COVID-19 mortality of middle-aged adults. The case of Mexico *medRxiv* 2020.12.15.20244160; doi: 10.1101/2020.12.15.20244160 ↗

11. Rosenthal, N et al. Risk Factors Associated With In-Hospital Mortality in a US National Sample of Patients With COVID-19. *JAMA Network Open*.2020;3(12):e2029058. doi:10.1001/jamanetworkopen.2020.29058 ↗

12. Dixon-Ibarra A, Horner-Johnson W. Disability status as an antecedent to chronic conditions: National Health Interview Survey, 2006-2012. *Prev Chronic Dis*. 2014 Jan 30;11:130251. doi: 10.5888/pcd11.130251 ↗

13. Landes SD, Turk MA, Formica MK, McDonald KE, Stevens JD. COVID-19 outcomes among people with intellectual and developmental disability living in residential group homes in New York State. *Disabil Health J*. 2020 Oct;13(4):100969. doi: 10.1016/j.dhjo.2020.100969 ↗

14. Okoro CA, Hollis ND, Cyrus AC, Griffin-Blake S. Prevalence of Disabilities and Health Care Access by Disability Status and Type Among Adults — United States, 2016. *MMWR Morb Mortal Wkly Rep* 2018;67:882–887. doi: 10.15585/mmwr.mm6732a3 ↗

15. Gleason J, Ross W, Fossi A, Blonsky H, Tobias J, Stephens M. The devastating impact of Covid-19 on individuals with intellectual disabilities in the United States. *NEJM Catalyst Innovations in Care Delivery*. 2021 Mar 5;2(2). ↗

11/15/21, 8:40 AM                    Underlying Medical Conditions Associated with Higher Risk for Severe COVID-19: Information for Healthcare Providers

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 74 of 275   PageID 4660

16. Turk MA, Landes SD, Formica MK, Goss KD. Intellectual and developmental disability and COVID-19 case-fatality trends: TriNetX analysis. Disability and Health Journal. 2020 Jul 1;13(3):100942. ⬚

17. Makary M, West Health Institute. Risk Factors for COVID-19 Mortality among Privately Insured Patients: A Claims Data Analysis. *FAIR Health White Paper*. November 2020. 📕 ⬚

18. 19.18. Health Disparities: Race and Hispanic Origin. Provisional Death Counts for Coronavirus Disease 2019. Centers for Disease Control and Prevention. Updated September 20, 2021. (COVID-19) https://www.cdc.gov/coronavirus/2019-ncov/community/health-equity/index.html

19. Rossen LM, Branum AM, Ahmad FB, Sutton P, Anderson RN. Excess Deaths Associated with COVID-19, by Age and Race and Ethnicity — United States, January 26–October 3, 2020. *MMWR Morb Mortal Wkly Rep* 2020;69:1522–1527.

20. Excess Deaths Associated with COVID-19. Centers for Disease Control and Prevention. Updated September 29, 2021. https://www.cdc.gov/nchs/nvss/vsrr/covid19/excess_deaths.htm

Last Updated Oct. 14, 2021

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 75 of 275    PageID 4661

**CDC** Centers for Disease
Control and Prevention

## COVID-19

# Unintended Consequences of COVID-19 Mitigation Strategies

Racial and Ethnic Health Disparities

Updated Dec. 10, 2020      Print

---

### Why are some racial and ethnic minority groups disproportionately affected by COVID-19?                    ⌄

1. Introduction
2. Risk of Exposure to COVID-19
3. Risk of Severe Illness or Death from COVID-19
4. Disparities in COVID-19 Illness
5. Disparities in COVID-19-Associated Hospitalizations

6. Disparities in COVID-19 Deaths
7. **Unintended Consequences of COVID-19 Mitigation Strategies**
8. What We Can Do to Move Towards Health Equity

---

COVID-19 mitigation activities are actions that people and communities can take to slow the spread of the virus. These mitigation activities include personal prevention practices and actions to safely maintain operations and healthy environments in facilities and workplaces. Some examples of personal prevention practices include handwashing, staying home when sick, practicing social distancing, and wearing a face mask. COVID-19 mitigation activities have also included restrictions on travel and gatherings, academic and business closures, and stay-home orders. The goal of these mitigation activities is to minimize COVID-19 cases and deaths, but they can also have economic, social, and secondary health consequences.

Many of the inequities in social determinants of health drive poor health outcomes, such as neighborhood and physical environment, health and healthcare, occupation, economic stability, and education. These inequities may become worse during the COVID-19 response, disproportionately affecting racial and ethnic minority groups. Unintended consequences of these inequities may include lost wages, unemployment, and loss of health insurance as a result of business closures; stress and social isolation because of restrictions on social gatherings; and the stigma of having or being suspected of having the virus if wearing a mask. These unintended consequences may cause exceptional difficulties in communities with limited resources and communities in which mitigation strategies are more strictly enforced.

Discrimination exists in systems meant to protect well-being and health. Examples of such systems that are associated with increased risk for exposure to COVID-19 include housing, education, criminal justice, and finance. Discrimination, which includes racism, shapes social and economic factors that can put racial and ethnic minority groups at higher risk for COVID-19 infection. [1, 2, 3, 4, 5] These same factors, in turn, contribute to worse economic, social, and secondary health consequences of mitigation strategies.

## Disproportionate impacts of mitigation strategies

Data and information are limited about unintended consequences of COVID-19 mitigation strategies for different racial and ethnic minority groups. Some studies that have identified disproportionate impacts of COVID-19 mitigation strategies for racial and ethnic minority groups are described below.

- **Unemployment and loss of health insurance:** Racial and ethnic minority groups experienced higher job losses



Fewer childhood

Case 2:21-cv-00229-Z    Document 30-7     Filed 11/28/21     Page 76 of 275     PageID 4662

during the COVID-19 pandemic causing increased financial instability and may result in loss of health insurance, reduced access to healthcare, and food and housing insecurity. [6]



- **Food insecurity**: The COVID-19 pandemic may increase food insecurity for some people because of loss of jobs and children not getting school lunches. Food insecurity occurs when people do not have stable access to food or do not eat consistently because of lack of money and other resources. [7] In 2016, 15.6 million U.S. households were food insecure at some time during the year. [8] Racial and ethnic disparities related to food insecurity existed prior to the COVID-19 pandemic. In 2016, non-Hispanic Black households were nearly 2 times as likely to be food insecure than the national average (22.5% versus 12.3%, respectively) and 18.5% of Hispanic or Latino households reported food insecurity. [8]

From a March 2020 survey, we know that 44% of adults were food insecure in the past 30 days among households with incomes that were less than 250% of the federal poverty level. There were higher percentages of food insecurity among non-Hispanic Black adults, Hispanic or Latino adults, and people of other race or ethnicity compared with non-Hispanic White or Asian adults. Lastly, more severe food insecurity was correlated with challenges meeting basic needs such as access to healthcare, ability to pay rent or mortgage, and issues with employment. [9] Food insecurity is associated with poor health, which could further worsen health disparities by race and ethnicity.[10, 11]

- **Housing instability:** Higher unemployment rates for some racial and ethnic minority groups during the COVID-19 pandemic increase financial instability and may lead to greater risk of eviction and homelessness or relying on family or friends for housing. During April–July 2020, a higher percent of adults in racial and ethnic minority groups compared with non-Hispanic White people reported that they were not able to pay rent on time. The percent of adults who reported not being able to pay rent on time increased from April to July for all racial and ethnic groups, with the largest increase reported among Hispanic or Latino adults. [12]

- **Preventive healthcare services**: The COVID-19 pandemic has further strained the U.S. healthcare system. There have been disruptions in providing routine preventive and other nonemergency care, such as routine well-child care, preventive dental care, and immunizations. People may be afraid they could be exposed to COVID-19 if they go to the doctor. Based on a recent survey, an estimated 41% of U.S. adults avoided medical care during the pandemic because of concerns about COVID-19. Avoiding urgent or emergency care was more common among people with underlying medical conditions compared to people without those conditions, non-Hispanic Black and Hispanic or Latino adults compared to non-Hispanic White adults, and people with disabilities compared to people without disabilities. Avoiding or delaying care could increase the risk of severe illness or death from other medical conditions or COVID-19. [13] Substantial reductions in orders for vaccines during the week after the national emergency declaration on March 13, 2020. The decline in orders for children aged 24 months or younger was smaller compared with vaccination orders for older children and have since started to increase. [14] However, the ongoing COVID-19 pandemic is a reminder of the importance of vaccination, particularly for non-Hispanic Black, Hispanic or Latino, and non-Hispanic Asian people who had lower vaccination coverage for some vaccines before the pandemic. [15, 16, 17]

# Mental health and bereavement

The disproportionate burden of COVID-19 experienced by racial and ethnic minority groups, combined with the unintended consequences of COVID-19 mitigation strategies, including increased social isolation, may also affect mental health and bereavement.

- **Mental health**: The COVID-19 pandemic has been stressful for many people. Fear and anxiety about a new disease and what could happen can be overwhelming and cause strong emotions in adults and children. Some groups may be more affected than others. Studies about mental health found inconsistent effects of the COVID-19 pandemic on different racial and ethnic groups. One study found elevated depressive symptoms, and fear of COVID-19 among racial and ethnic

AR-04121

minority populations (combined) compared with non-Hispanic White people.[18] Another study found symptoms of adverse mental or behavioral health conditions were more common among Hispanic and non-Hispanic Black people compared with non-Hispanic White people.[19] However, another study found that compared with White young adults (aged 18-30 years), Asian American young adults were less likely to report high levels of poor mental health symptoms, including depression, and both Asian American and Hispanic or Latino young adults were less likely to report high levels of anxiety.[20] The effect of the COVID-19 pandemic on mental health may be influenced by the intersection of age, income, employment, and other social factors, in addition to race and ethnicity.

- **Bereavement**: Many people are experiencing grief during the COVID-19 pandemic. Grief is a normal response to loss during or after a disaster or other traumatic event. Grief can happen in response to loss of life, as well as to drastic changes in daily routines and ways of life that usually bring us comfort and a feeling of stability. Some groups may be more likely to experience loss of a loved one due to COVID-19. Non-Hispanic Black people were found to be more likely to have a close relative who died from COVID-19.[21]

Inequities in the social determinants of health increase the negative effects of the COVID-19 pandemic for some racial and ethnic minority groups. We need to work together to reduce the negative effects that COVID-19 community mitigation strategies have had on individuals and communities, including working to address inequities in the social determinants of health. Learn more about what we can do to move towards health equity.

## Related Pages

› Homelessness and COVID-19 Frequently Asked Questions

› Stress and Coping

## References

1. Price-Haygood EG, Burton J, et al. Hospitalization and Mortality among Black Patients and White Patients with Covid-19. N Engl J Med. 2020. DOI: https://doi.org/10.1056/NEJMsa2011686 ↗

2. Millet GA, Jones AT, Benkeser D, et al. Assessing Differential Impacts of COVID-19 on Black Communities. Ann Epidemiol. 2020;47:37-44. DOI: https://doi.org/10.1016/j.annepidem.2020.05.003 ↗

3. Paradies Y. A Systematic Review of Empirical Research on Self-reported Racism and Health. Int J Epidemiol. 2006; 35(4):888–901. DOI: https://doi.org/10.1093/ije/dyl056 ↗

4. Simons RL, Lei MK, Beach SRH, et al. Discrimination, Segregation, and Chronic Inflammation: Testing the Weathering Explanation for the Poor Health of Black Americans. Dev Psychol. 2018;54(10):1993-2006. DOI: https://doi.org/10.1037/dev0000511 ↗

5. Cordes J, Castro MC. Spatial Analysis of COVID-19 Clusters and Contextual Factors in New York City. Spat Spatiotemporal Epidemiol. 2020;34:100355. DOI: https://dx.doi.org/10.1016%2Fj.sste.2020.100355 ↗

6. Economic Policy Institute. Black Workers Face Two of the Most Lethal Preexisting Conditions for Coronavirus—Racism and Economic Inequality [online]. 2020 [cited 2020 Jun 28]. Available from URL: https://www.epi.org/publication/black-workers-covid/ ↗

7. Nord M, Andrews M, Carlson S. Household Food Security in the United States, 2005 [Internet]. Washington: USDA Economic Research Service; 2006 [cited 2020 Aug 27]. Report No.: ERR-29. Available from URL: https://www.ers.usda.gov/webdocs/publications/45655/29206_err29_002.pdf?v=41334 📕 [PDF – 880 KB] ↗

8. Coleman-Jensen A, Rabbitt MP, Gregory CA, Singh A. Household Food Insecurity in the United States in 2016. USDA-ERS Economic Research Report No. (ERR-237). 2017.

9. Wolfson JA, Leung CW. Food Insecurity and COVID-19: Disparities in Early Effects for US Adults. Nutrients. 2020;12:1648. https://doi.org/10.3390/nu12061648 ↗

10. Drennan CR, Coleman SM, de Cuba SE, et al. Food Insecurity, Health, and Development in Children Under Age Four Years. Pediatrics. 2019;144(4):e20190824. DOI: https://doi.org/10.1542/peds.2019-0824 ⧉

11. South AM, Palakshappa D, Brown CL. Relationship Between Food Insecurity and High Blood Pressure in a National Sample of Children and Adolescents. Pediatr Nephrol. 2019;34(9):1583-1590. DOI: https://doi.org/10.1007/s00467-019-04253-3 ⧉

12. United States Census Bureau. Household Pulse Survey Data Tables [Week 12 Household Pulse Survey: July 16 – July 21 and Week 1 Household Pulse Survey: April 23 – May 5]. 2020 [cited 2020 Aug 27]. Available from URL: https://www.census.gov/data/tables/2020/demo/hhp/hhp1.html#techdoc ⧉ .

13. Czeisler MÉ, Marynak K, Clarke KE, et al. Delay or Avoidance of Medical Care Because of COVID-19–Related Concerns — United States, June 2020. MMWR Morb Mortal Wkly Rep 2020;69:1250–1257. DOI: http://dx.doi.org/10.15585/mmwr.mm6936a4 ⧉ .

14. Santoli JM, Lindley MC, DeSilva MB, et al. Effects of the COVID-19 Pandemic on Routine Pediatric Vaccine Ordering and Administration – United States, 2020. MMWR Morb Mortal Wkly Rep 2020;69:591-593. DOI: http://dx.doi.org/10.15585/mmwr.mm6919e2 ⧉ .

15. Peng-jun L, O'Halloran A, Williams WW, et al. Racial and Ethnic Disparities in Vaccination Coverage among Adult Populations. Am J Prev Med. 2020; 49(6 Suppl 4):S412-S415.DOI: https://doi.org/10.1016/j.amepre.2015.03.005 ⧉

16. Walker AT, Smith PJ, Kolasa M. Reduction of Racial/Ethnic Disparities in Vaccination Coverage, 1995-2011. MMWR Morb Mortal Wkly Rep Supplements. 2014;63(01):7-12. Available from URL: https://www.cdc.gov/mmwr/preview/mmwrhtml/su6301a3.htm.

17. Anandappa M, Boakye EA, Zeng W, Rebmann R, Chang JJ. Racial disparities in vaccination for seasonal influenza in early childhood. Public Health Reports. 2018;158:1-8. DOI: https://doi.org/10.1016/j.puhe.2018.01.030 ⧉

18. Fitzpatrick KM, Harris C, Drawve G. Living in the Midst of Fear: Depressive Symptomatology among US Adults During the COVID-19 Pandemic. Depression and Anxiety. 2020;1-8. DOI: https://doi.org/10.1002/da.23080 ⧉ .

19. Czeisler ME, Lane RI, Petrosky E, et al. Mental Health, Substance Use, and Suicidal Ideation During the COVID-19 Pandemic – United States, June 24-30, 2020. MMWR Morb Mortal Wkly Rep. 2020;69:1049-1057. DOI: http://dx.doi.org/10.15585/mmwr.mm6932a1 ⧉ .

20. Liu CH, Zhang E, Wong GTF, et al. Factors Associated with Depression, Anxiety, and PTSD Symptomatology during the COVID-19 Pandemic: Clinical Implications for U.S. Young Adult Mental Health. Psychiatry Research. 2020;290. DOI: https://doi.org/10.1016/j.psychres.2020.113172 ⧉

21. Verdery AM, Smith-Greenaway E, Margolis R, Daw J. Tracking the Reach of COVID-19 Kin Loss with a Bereavement Multiplier Applied to the United States. Proceedings of the National Academy of Sciences of the United States of America. 2020;10:10. DOI: https://doi.org/10.1073/pnas.2007476117 ⧉ .

Last Updated Dec. 10, 2020

10/16/21, 11:44 AM          Update: Characteristics of Health Care Personnel with COVID-19 — United States, February 12–July 16, 2020 | MMWR

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 79 of 275    PageID 4665

CDC Centers for Disease Control and Prevention

*Weekly* / September 25, 2020 / 69(38);1364–1368

Michelle M. Hughes, PhD[1]; Matthew R. Groenewold, PhD[1]; Sarah E. Lessem, PhD[1]; Kerui Xu, PhD[1]; Emily N. Ussery, PhD[1]; Ryan E. Wiegand, MS[1]; Xiaoting Qin, PhD[1]; Tuyen Do[1]; Deepam Thomas, MPH[2]; Stella Tsai, PhD[2]; Alexander Davidson, MPH[3]; Julia Latash, MPH[3]; Seth Eckel, MPH[4]; Jim Collins, MPH[4]; Mojisola Ojo, MPH[2]; Lisa McHugh, PhD[2]; Wenhui Li, PhD[3]; Judy Chen[3]; Jonathan Chan[3]; Jonathan M. Wortham, MD[1]; Sarah Reagan-Steiner, MD[1]; James T. Lee, MD[1]; Sujan C. Reddy, MD[1]; David T. Kuhar, MD[1]; Sherry L. Burrer, DVM[1]; Matthew J. Stuckey, PhD[1] (View author affiliations)

View suggested citation

## Summary

**What is already known about this topic?**

Health care personnel (HCP) are essential workers at risk for COVID-19.

**What is added by this report?**

HCP with COVID-19 who died tended to be older, male, Asian, Black, and have an underlying medical condition when compared with HCP who did not die. Nursing and residential care facilities were the most commonly reported job setting and nursing the most common single occupation type of HCP with COVID-19 in six jurisdictions.

**What are the implications for public health practice?**

Continued surveillance is vital to understand the impact of COVID-19 on essential workers. Ensuring access to personal protective equipment and training, and practices such as universal use of face masks at work, wearing masks in the community, and observing social distancing remain critical strategies to protect HCP and those they serve.

As of September 21, 2020, the coronavirus disease 2019 (COVID-19) pandemic had resulted in 6,786,352 cases and 199,024 deaths in the United States.* Health care personnel (HCP) are essential workers at risk for exposure to patients or infectious materials (*1*). The impact of COVID-19 on U.S. HCP was first described using national case surveillance data in April 2020 (*2*). Since then, the number of reported HCP with COVID-19 has increased tenfold. This update describes demographic characteristics, underlying medical conditions, hospitalizations, and intensive care unit (ICU) admissions, stratified by vital status, among 100,570 HCP with COVID-19 reported to CDC during February 12–July 16, 2020. HCP occupation type and job setting are newly reported. HCP status was available for 571,708 (22%) of 2,633,585 cases reported to CDC. Most HCP with COVID-19 were female (79%), aged 16–44 years (57%), not hospitalized (92%), and lacked all 10 underlying medical conditions specified on the case report form[†] (56%). Of HCP with COVID-19, 641 died. Compared with nonfatal COVID-19 cases, a higher percentage of fatal cases occurred in males (38% versus 22%), persons aged ≥65 years (44% versus 4%), non-Hispanic Asians (Asians) (20% versus 9%), non-Hispanic Blacks (Blacks) (32% versus 25%), and persons with any of the 10 underlying medical conditions specified on the case report form (92% versus 41%). From a subset of jurisdictions reporting occupation type or job setting for HCP with COVID-19, nurses were the most frequently identified single occupation type (30%), and nursing and residential care facilities were the most common job setting (67%). Ensuring access to personal protective equipment (PPE) and training, and practices such as universal use of face masks at work, wearing masks in the community, and observing social distancing remain critical strategies to protect HCP and those they serve.

Data from laboratory-confirmed and probable COVID-19 cases, voluntarily reported to CDC from state, local, and territorial health departments during February 12–July 16, 2020, were analyzed. COVID-19 cases are reported using a standardized case report form, which collects information on demographic characteristics, whether the case occurred in a U.S. health care worker (HCP status), symptom onset date, underlying medical conditions, hospitalization, ICU admission, and death. HCP occupation type and job setting were added to the case report form in May, enabling prospective and retrospective entry of these elements. Case surveillance data were enriched with additional cases from a COVID-19 mortality-focused supplementary surveillance effort in three jurisdictions[§] (*3*).

**Article Metrics**

Altmetric:

601

- News (63)
- Blogs (3)
- Policy documents (1)
- Twitter (118)
- Facebook (2)
- Video (1)
- Mendeley (216)

Citations: 37

Views: 11,534
*Views equals page views plus PDF downloads*

Metric Details

**Tables**

Table 1

Table 2

**References**

**Related Materials**

PDF [105K]

Descriptive analyses were restricted to jurisdictions with data on specific variables among a subset of jurisdictions with at least five HCP cases for each variable. Analyses were conducted using Stata (version 15.1; StataCorp) and SAS (version 9.4; SAS Institute).

Among 2,633,585 U.S. COVID-19 cases reported individually to CDC during February 12–July 16, HCP status was available for 571,708 (22%) persons, among whom 100,481 (18%) were identified as HCP. Data completeness for HCP status varied by jurisdiction; among jurisdictions that included HCP status on ≥70% of cases and reported at least one HCP case (11), HCP accounted for 14% (14,938 of 109,293) of cases with HCP status available and 11% (14,938 of 132,340) of all reported cases. Case report form data were enriched with 89 additional HCP cases using supplementary mortality data; thus, the final HCP case total for analysis was 100,570 (Table 1).

Among HCP with COVID-19 overall, the median age was 41 years (interquartile range = 30–53 years); 79% of cases were in females. Among 69,678 (69%) HCP cases with data on race and ethnicity, 47% were in non-Hispanic Whites (Whites), 26% were in Blacks, 12% were in Hispanics or Latinos of any race (Hispanics), and 9% were in Asians. Of persons with known hospitalization or ICU admission status, 8% (6,832 of 83,202) were hospitalized and 5% (1,684 of 33,694) were treated in an ICU. Vital status was known for 67% (67,746) of HCP with COVID-19; among those, 641 (1%) died. Deaths among HCP with COVID-19 were reported in 22 jurisdictions. Compared with those who survived, decedents tended to be older (median age = 62 versus 40 years), male (38% versus 22%), Asian (20% versus 9%), or Black (32% versus 25%).

Among HCP cases with data on one or more of 10 underlying medical conditions specified on the case report form, 17,838 (44%) persons had at least one condition. The most common were cardiovascular disease (18%), chronic lung disease (16%), and diabetes mellitus (13%). The vast majority (92%) of fatal HCP cases were among HCP with an underlying medical condition. More than one half had cardiovascular disease (61%) or diabetes mellitus (52%), conditions known to increase the risk for severe COVID-19[¶]; 32% were reported to have both conditions (Table 1).

Six jurisdictions reported the occupation type** or job setting[††] for at least five HCP with COVID-19 (Table 2). Among HCP with COVID-19 in these jurisdictions, occupation type was available for 59% (5,913 of 9,984) and job setting for 41% (6,955 of 17,052). Health care support workers accounted for the largest overall group of occupation types (32%), and nurses constituted the largest single occupation type (30%) (Table 2). Within this subset of HCP cases, two thirds (67%) were in persons reported to work in nursing and residential care facilities.

Top

# Discussion

State, local, and territorial health departments voluntarily submit COVID-19 case notification data to CDC, and these critical data help provide a national picture of cases. The first report on HCP with COVID-19 using national case surveillance data in April 2020 (2) described characteristics of 9,282 HCP cases and 27 deaths among approximately 315,000 total cases. As of July 16, 2020, among approximately 2.5 million reported U.S. COVID-19 cases, 100,570 cases in HCP and 641 deaths among HCP with COVID-19 have been reported to CDC. Continued national surveillance is vital to evaluate the effect of the pandemic on HCP, and this update emphasizes the ongoing impact on this essential working population.

Among reported HCP with COVID-19, age and sex distributions remain comparable to those of the overall U.S. HCP workforce[§§]; however, compared with nonfatal COVID-19 cases in HCP, fatal HCP cases were more common among older persons and males. Similar to findings described in the overall population (4,5), HCP with underlying medical conditions who developed COVID-19 were at increased risk for death. Almost all reported HCP with COVID-19 who died had at least one of 10 underlying conditions listed on the case report form, compared with fewer than one half of those who survived. Asian and Black HCP were also more prevalent among fatal cases; disproportionate mortality of persons from some racial and ethnic groups among cases has also been described in the general population (3). Long-standing inequities in social determinants of health can result in some groups being at increased risk for illness and death from COVID-19, and these factors must also be recognized and addressed when protecting essential workers in the workplace, at home, and in the community. Ensuring adequate allocation of PPE to all HCP in the workplace is one important approach to mitigating systemic inequalities in COVID-19 risk (6). As the COVID-19 pandemic continues in the United States, HCP are faced with increasing fatigue, demands, and stressors. HCP who are at higher risk for severe illness and death from COVID-19 should maintain ongoing communication with their personal health care providers and occupational health services to manage their risks at work and in the community.

In this update, most HCP with COVID-19 were reported to work in nursing and residential care facilities. Large COVID-19 outbreaks in long-term care facilities suggest that transmission occurs among residents and staff members (7,8). During the COVID-19 pandemic, multiple challenges in long-term care settings have been identified, including inadequate staffing and PPE, and insufficient training in infection prevention and control. As the pandemic continues, it is essential to meet the health and safety needs of HCP serving populations requiring long-term care. Importantly, HCP cases were also identified from a variety of other health care settings. Therefore, increased access to resources, appropriate training, and ongoing support are needed across the health care spectrum to protect all HCP and their patients.

Case 2:21-cv-00229-Z   Document 36-7   Filed 11/26/21   Page 81 of 275   PageID 4667

HCP who provide direct patient care, such as physicians and nurses, represent approximately 30% of HCP based on broad occupation type, but account for only approximately 15% of the total U.S. health care and social assistance workforce.[¶¶] Nurses and health care support workers often have frequent, close contact with patients and work in settings that might increase their risk for acquiring SARS-CoV-2, the virus that causes COVID-19. HCP who do not provide direct patient care, such as administrative staff members and environmental service workers, were also reported to have COVID-19. Risk to HCP can occur through pathways other than direct patient care, such as exposure to coworkers, household members, or persons in the community. HCP who acquire SARS-CoV-2 can similarly introduce the virus to patients, coworkers, or persons outside the workplace. Thus, practices such as universal use of face masks at work, wearing masks in the community, observing social distancing, and practicing good hand hygiene remain critical strategies to protect HCP and the populations they serve. Screening HCP for illness before workplace entry and providing nonpunitive sick leave options remain critical practices.

The findings in this report are subject to at least five limitations. First, although reporting completeness increased from 16% in April to 22% in July (2), HCP status remains missing for most cases reported to CDC. HCP might be prioritized for testing, but the actual number of cases in this population is most certainly underreported and underdetected, especially in asymptomatic persons (9,10). Second, the amount of missing data varied across demographic groups, underlying medical conditions, and health outcomes; persons with known HCP status and other information might differ systematically from those for whom this information is not available. Third, details of HCP occupation type and job setting were not included on the CDC case report form until May 2020, and only six jurisdictions reported these data. Fourth, testing strategies and availability can vary by jurisdiction and health care setting, influencing the numbers and types of HCP cases detected. Finally, this report does not include information on whether exposure to SARS-CoV-2 among HCP cases occurred in the workplace or in other settings, such as the household or community.

As of July 16, 2020, 100,570 COVID-19 cases in HCP and 641 deaths among HCP with COVID-19 were reported in the United States. Information on COVID-19 among essential workers, including HCP, can inform strategies needed to protect these populations and those they serve, including decisions related to COVID-19 vaccination, when available. Factors such as demographics, including race and ethnicity, underlying health conditions, occupation type, and job setting can contribute to the risk of HCP acquiring COVID-19 and experiencing severe outcomes, including death. Given the evidence of ongoing COVID-19 infections among HCP and the critical role these persons play in caring for others, continued protection of this population at work, at home, and in the community remains a national priority.***

## Acknowledgments

Top

State, local, and territorial health department personnel; U.S. clinical, public health, and emergency response staff members; Achuyt Bhattarai; Marie de Perio; Preeta Kutty; Sara Luckhaupt; Matthew Lozier; Talia Pindyck; Isaac See; Maroya Walters; Sandy Althomsons; Laura Zambrano; CDC COVID-19 Case-based Surveillance Section; CDC COVID-19 Health Systems and Worker Safety Task Force.

Top

Corresponding author: Michelle M. Hughes for the CDC COVID-19 Response Team, eocevent294@cdc.gov.

Top

---

[1]CDC COVID-19 Response Team; [2]New Jersey Department of Health; [3]New York City Department of Health and Mental Hygiene; [4]Michigan Department of Health and Human Services.

Top

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

Top

* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html; https://www.cdc.gov/coronavirus/2019-ncov/covid-data/faq-surveillance.html; https://www.cdc.gov/coronavirus/2019-ncov/php/reporting-pui.html.

[†] Underlying medical condition status was classified as "known" if any of these 10 conditions, specified on the standard case report form, were reported as present or absent: diabetes mellitus; cardiovascular disease (includes hypertension); severe obesity (body mass index ≥40 $kg/m^2$); chronic renal disease; chronic liver disease; chronic lung disease; immunosuppressive condition; autoimmune condition; neurologic condition (including neurodevelopmental, intellectual, physical, visual, or health impairment); and psychologic/psychiatric condition.

[§] The supplementary mortality surveillance effort, which included persons with laboratory-confirmed COVID-19 who died during February 12–April 24, 2020, identified 89 additional HCP and two additional deaths among known HCP from three jurisdictions: Michigan, New Jersey, and New York City.

[¶] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html.


AR-04126

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21    Page 82 of 275    PageID 4668

** ... cvu-00229 Z ... 30 7 ... care provider or aide); nurse; administrative staff member; environmental services worker; physician; medical technician; behavioral health worker; first responder; dietary services worker; dental worker; laboratorian; occupational, physical, or speech therapist; pharmacy worker; respiratory therapist; phlebotomist; physician assistant; and other; data were reported in five jurisdictions (Alaska, Kansas, Minnesota, North Carolina, and Utah).

†† Three HCP job setting categories: nursing and residential care facility (includes long-term care facility [nursing home/assisted living facility], rehabilitation facility, and group home); hospital; ambulatory health care service (includes outpatient care center, home health care service, and dental facility); data were reported in five jurisdictions (Alaska, Kansas, Michigan, Minnesota, and Utah).

§§ https://www.bls.gov/cps/tables.htm#charemp 🔗 .

¶¶ https://data.bls.gov/projections/nationalMatrix?queryParams=620000&ioType=i 🔗 .

*** https://www.cdc.gov/coronavirus/2019-nCoV/hcp/index.html.

Top

# References

1. US Department of Homeland Security. Advisory memorandum on identification of essential critical infrastructure workers during COVID-19 response. Washington, DC: US Department of Homeland Security; 2020. https://www.cisa.gov/sites/default/files/publications/Version_3.1_CISA_Guidance_on_Essential_Critical_Infrastructure_Workers.pdf 📄 🔗

2. CDC COVID-19 Response Team. COVID-19 Response Team. Characteristics of health care personnel with COVID-19—United States, February 12–April 9, 2020. MMWR Morb Mortal Wkly Rep 2020;69:477–81. CrossRef 🔗 PubMed 🔗

3. Wortham JM, Lee JT, Althomsons S, et al. Characteristics of persons who died with COVID-19—United States, February 12–May 18, 2020. MMWR Morb Mortal Wkly Rep 2020;69:923–9. CrossRef 🔗 PubMed 🔗

4. Stokes EK, Zambrano LD, Anderson KN, et al. Coronavirus disease 2019 case surveillance—United States, January 22–May 30, 2020. MMWR Morb Mortal Wkly Rep 2020;69:759–65. CrossRef 🔗 PubMed 🔗

5. Garg S, Kim L, Whitaker M, et al. Hospitalization rates and characteristics of patients hospitalized with laboratory-confirmed coronavirus disease 2019—COVID-NET, 14 states, March 1–30, 2020. MMWR Morb Mortal Wkly Rep 2020;69:458–64. CrossRef 🔗 PubMed 🔗

6. Nguyen LH, Drew DA, Graham MS, et al.; Coronavirus Pandemic Epidemiology Consortium. Risk of COVID-19 among front-line health-care workers and the general community: a prospective cohort study. Lancet Public Health 2020;5:e475–83. CrossRef 🔗 PubMed 🔗

7. Arons MM, Hatfield KM, Reddy SC, et al.; Public Health – Seattle and King County; CDC COVID-19 Investigation Team. Presymptomatic SARS-CoV-2 infections and transmission in a skilled nursing facility. N Engl J Med 2020;382:2081–90. CrossRef 🔗 PubMed 🔗

8. Dora AV, Winnett A, Jatt LP, et al. Universal and serial laboratory testing for SARS-CoV-2 at a long-term care skilled nursing facility for veterans—Los Angeles, California, 2020. MMWR Morb Mortal Wkly Rep 2020;69:651–5. CrossRef 🔗 PubMed 🔗

9. Vahidy FS, Bernard DW, Boom ML, et al. Prevalence of SARS-CoV-2 infection among asymptomatic health care workers in the greater Houston, Texas, area. JAMA Netw Open 2020;3:e2016451. CrossRef 🔗 PubMed 🔗

10. Mughal MS, Kaur IP, Patton CD, Mikhail NH, Vareechon C, Granet KM. The prevalence of severe acute respiratory coronavirus virus 2 (SARS-CoV-2) IgG antibodies in intensive care unit (ICU) healthcare personnel (HCP) and its implications-a single-center, prospective, pilot study. Infect Control Hosp Epidemiol 2020;1–2. CrossRef 🔗 PubMed 🔗

Top

**TABLE 1. Demographics, underlying medical conditions, hospitalization status, and intensive care unit (ICU) status among health care personnel (HCP) with COVID-19, by vital status — United States, February 12–July 16, 2020**

Return ↻

| Characteristic* | No. (%) | | | | Case fatality ratio,§ no./total no. |
|---|---|---|---|---|---|
| | Total | Alive | Deceased† | Unknown | |
| Total | 100,570 | 67,105 | 641 | 32,824 | 0.95 (641/67,746) |
| Age group (yrs) | N = 100,432 | N = 67,023 | N = 641 | N = 32,768 | — |

10/16/21, 11:44 AM    Update: Characteristics of Health Care Personnel with COVID-19 — United States, February 12–July 16, 2020 | MMWR

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21    Page 83 of 275   PageID 4669

| Characteristic* | No. (%) Total | Alive | Deceased[†] | Unknown | Case fatality ratio,[§] no./total no. |
|---|---|---|---|---|---|
| 16–44 | 57,742 (57) | 39,018 (58) | 57 (9) | 18,667 (57) | 0.15 (57/39,075) |
| 45–54 | 20,981 (21) | 13,836 (21) | 99 (15) | 7,046 (22) | 0.71 (99/13,935) |
| 55–64 | 17,052 (17) | 11,264 (17) | 205 (32) | 5,583 (17) | 1.79 (205/11,469) |
| ≥65 | 4,657 (5) | 2,905 (4) | 280 (44) | 1,472 (4) | 8.79 (280/3,185) |
| **Sex** | N = 99,741 | N = 66,796 | N = 639 | N = 32,306 | — |
| Female | 78,328 (79) | 52,366 (78) | 395 (62) | 25,567 (79) | 0.75 (395/52,761) |
| Male | 21,413 (21) | 14,430 (22) | 244 (38) | 6,739 (21) | 1.66 (244/14,674) |
| **Race/Ethnicity** | N = 69,678 | N = 45,104 | N = 552 | N = 24,022 | — |
| American Indian/Alaska Native, non-Hispanic | 253 (0) | 186 (0) | 0 (0) | 67 (0) | — |
| Asian, non-Hispanic | 6,010 (9) | 4,083 (9) | 111 (20) | 1,816 (8) | 2.65 (111/4,194) |
| Black, non-Hispanic | 18,117 (26) | 11,172 (25) | 177 (32) | 6,768 (28) | 1.56 (177/11,349) |
| Hispanic/Latino[¶] | 8,030 (12) | 4,262 (9) | 49 (9) | 3,719 (15) | 1.14 (49/4,311) |
| Multiple/Other, non-Hispanic | 4,195 (6) | 2,662 (6) | 13 (2) | 1,520 (6) | 0.49 (13/2,675) |
| Native Hawaiian/Other Pacific Islander, non-Hispanic | 422 (1) | 314 (1) | 4 (1) | 104 (0) | 1.26 (4/318) |
| White, non-Hispanic | 32,651 (47) | 22,425 (50) | 198 (36) | 10,028 (42) | 0.88 (198/22,623) |
| **Underlying medical conditions**\*\* | N = 40,582 | N = 26,868 | N = 378 | N = 13,336 | — |
| Any underlying medical condition | 17,838 (44) | 11,012 (41) | 348 (92) | 6,478 (49) | 3.06 (348/11,360) |
| Any chronic lung disease | 6,422 (16) | 4,064 (15) | 89 (24) | 2,269 (17) | 2.14 (89/4,153) |
| Any cardiovascular disease | 7,348 (18) | 4,331 (16) | 229 (61) | 2,788 (21) | 5.02 (229/4,560) |
| Diabetes mellitus | 5,466 (13) | 3,314 (12) | 198 (52) | 1,954 (15) | 5.64 (198/3,512) |
| Immunosuppressing condition | 1,504 (4) | 1,070 (4) | 24 (6) | 410 (3) | 2.19 (24/1,094) |

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 84 of 275   PageID 4670

| Characteristic* | No. (%) | | | | Case fatality ratio,§ no./total no. |
|---|---|---|---|---|---|
| | Total | Alive | Deceased† | Unknown | |
| Severe obesity | 1,101 (3) | 453 (2) | 27 (7) | 621 (5) | 5.63 (27/480) |
| Chronic renal disease | 503 (1) | 279 (1) | 45 (12) | 179 (1) | 13.89 (45/324) |
| Neurologic/Neurodevelopmental disability | 528 (1) | 333 (1) | 34 (9) | 161 (1) | 9.26 (34/367) |
| Chronic liver disease | 242 (1) | 148 (1) | 10 (3) | 84 (1) | 6.33 (10/158) |
| Autoimmune condition | 479 (1) | 262 (1) | 3 (1) | 214 (2) | 1.13 (3/265) |
| Psychologic/psychiatric condition | 353 (1) | 191 (1) | 4 (1) | 158 (1) | 2.05 (4/195) |
| **Admission to hospital** | **N = 83,202** | **N = 55,415** | **N = 591** | **N = 27,196** | — |
| Yes | 6,832 (8) | 4,207 (8) | 518 (88) | 2,107 (8) | 10.96 (518/4,725) |
| **Admission to ICU** | **N = 33,694** | **N = 22,545** | **N = 377** | **N = 10,772** | — |
| Yes | 1,684 (5) | 662 (3) | 295 (78) | 727 (7) | 30.83 (295/957) |

**Abbreviation:** COVID-19 = coronavirus disease 2019.

* Variable completeness varied by case characteristic: age (>99%), sex (99%), race and ethnicity (69%), hospitalization status (83%), ICU admission status (34%); characteristic-specific sample size for cases with available information are presented for each grouping. N = number with available information.

† Death outcomes were known for 67,746 (67%) HCP cases; of these, 91 additional new fatal cases were included based on data from the supplementary mortality project (89 newly identified as HCP and two newly identified deaths among known HCP). Additional available data for these 91 cases were incorporated if missing in the national case surveillance data.

§ Deaths per 100 HCP cases with known death status.

¶ Cases reported as Hispanic were categorized as "Hispanic or Latino persons of any race" regardless of availability of race data.

** Underlying medical condition status was classified as "known" if any of these 10 conditions, specified on the standard case report form, were reported as present or absent: diabetes mellitus, cardiovascular disease (includes hypertension), severe obesity (body mass index ≥40 kg/m$^2$), chronic renal disease, chronic liver disease, chronic lung disease, immunosuppressing condition, autoimmune condition, neurologic condition (including neurodevelopmental, intellectual, physical, visual, or health impairment), or psychologic/psychiatric condition. Status for these conditions was "known" for 40,582 persons. Responses include data from standardized fields supplemented with data from the free text field for "other chronic disease/underlying condition" for the 10 specific medical conditions, if not originally specified.

Top

**TABLE 2. Occupation type and job setting of health care personnel (HCP) with COVID-19 — six jurisdictions,\* February 12–July 16, 2020**	Return

| Characteristic (no. with available information)† | No. (%) |
|---|---|
| Occupation type (5,913)§ | |
| Health care support worker¶ | 1,895 (32.1) |
| Nurse** | 1,742 (29.5) |
| Administrative staff member | 581 (9.8) |
| Environmental services worker | 330 (5.6) |

Case 2:21-cv-00229-Z    Document 30-7    Filed 11/28/21     Page 85 of 275    PageID 4671

| Characteristic (no. with available information) | No. (%) |
|---|---|
| Physician | 190 (3.2) |
| Medical technician | 135 (2.3) |
| Behavioral health worker | 128 (2.2) |
| First responder | 113 (1.9) |
| Dietary services worker | 113 (1.9) |
| Dental worker | 98 (1.7) |
| Laboratorian | 68 (1.2) |
| Occupational, physical, or speech therapist | 65 (1.1) |
| Pharmacy worker | 62 (1.1) |
| Respiratory therapist | 44 (0.7) |
| Phlebotomist | 25 (0.4) |
| Physician assistant | 13 (0.2) |
| Other | 311 (5.3) |
| **Job setting (6,955)[§]** | |
| Nursing and residential care facility[††,§§] | 4,649 (66.8) |
| Hospital | 1,231 (17.7) |
| Ambulatory health care service[¶¶] | 804 (11.6) |
| Other | 271 (3.9) |

**Abbreviation:** COVID-19 = coronavirus disease 2019.

* Alaska, Kansas, Michigan, Minnesota, North Carolina, and Utah.

[†] Occupation type data are included for five jurisdictions (Alaska, Kansas, Minnesota, North Carolina, and Utah) that reported occupation type for at least five HCP COVID-19 cases; occupation type data were known for 59% (5,913 of 9,984) of HCP cases in those jurisdictions. Job setting data are included for five jurisdictions (Alaska, Kansas, Michigan, Minnesota, and Utah) that reported job setting for at least five HCP COVID-19 cases; job setting data were known for 41% (6,955 of 17,052) of HCP cases in those jurisdictions.

[§] Occupation type and job setting categories were determined either by inclusion on the CDC case report form or by manual review and categorization of free-text entries within "other, specify" fields. Free-text data were used to supplement existing categories for occupation (nurse, environmental services worker, physician, respiratory therapist) and setting (long-term care facility [including nursing home/assisted living facility], hospital, rehabilitation facility) and create new categories.

[¶] Includes nursing assistant (1,444), medical assistant (123), and other care provider or aide (328); free-text fields were used to create new categories.

[**] Includes data from standardized fields (1,724) supplemented with data from free-text fields (18); types of nurses or nursing specialties are not specified.

[††] Includes long-term care facility (including nursing home/assisted living facility) (4,424), rehabilitation facility (131), and group home (94).

[§§] Michigan provides job setting data only for cases identified from long-term care facilities (2,800).

[¶¶] Includes outpatient care center (422), home health care service (317), and dental facility (65); free-text fields were used to create new categories.

Top

**Suggested citation for this article:** Hughes MM, Groenewold MR, Lessem SE, et al. Update: Characteristics of Health Care

AR-04730

http://dx.doi.org/10.15585/mmwr.mm6938a3 ⧉ .

*MMWR* and *Morbidity and Mortality Weekly Report* are service marks of the U.S. Department of Health and Human Services.

Use of trade names and commercial sources is for identification only and does not imply endorsement by the U.S. Department of Health and Human Services. References to non-CDC sites on the Internet are provided as a service to *MMWR* readers and do not constitute or imply endorsement of these organizations or their programs by CDC or the U.S. Department of Health and Human Services. CDC is not responsible for the content of pages found at these sites. URL addresses listed in *MMWR* were current as of the date of publication.

All HTML versions of *MMWR* articles are generated from final proofs through an automated process. This conversion might result in character translation or format errors in the HTML version. Users are referred to the electronic PDF version (https://www.cdc.gov/mmwr) and/or the original *MMWR* paper copy for printable versions of official text, figures, and tables.

Questions or messages regarding errors in formatting should be addressed to mmwrq@cdc.gov.

Page last reviewed: September 24, 2020

AR-04131

VA (http://www.va.gov/) » Office of Public and Intergovernmental Affairs (/opa/index.asp) » News Releases (/opa/pressrel/index.cfm)

# Office of Public and Intergovernmental Affairs

## VA expands mandate for COVID-19 vaccines among VHA employees

Aug. 12, 2021, 09:15:00 AM

Printable Version (./includes/viewPDF.cfm?id=5703)
**Need Viewer Software? (http://www.va.gov/viewer.htm)**

### VA expands mandate for COVID-19 vaccines among VHA employees

**WASHINGTON** — Department of Veterans Affairs Secretary Denis McDonough will expand his previous COVID-19 vaccine mandate Friday, Aug. 13, to apply to most Veterans Health Administration employees and volunteers and contractors who work in VHA facilities, visit VHA facilities or otherwise come into contact with VA patients and healthcare workers as part of their duties.

Under the expanded mandate, employees who will need to be vaccinated include Hybrid Title 38 and Title 5 VA health care personnel — such as psychologists, pharmacists, social workers, nursing assistants, physical therapists, respiratory therapists, peer specialists, medical support assistants, engineers, housekeepers and other clinical, administrative and infrastructure support employees who come into contact with VA patients and healthcare workers.

"We're now including most VHA employees and volunteers and contractors in the vaccine mandate because it remains the best way to keep Veterans safe, especially as the Delta variant spreads across the country," Secretary McDonough said. "This pandemic is not over and VA must do everything in our power to protect Veterans from COVID-19. With this expanded mandate, we can once again make — and keep — that fundamental promise."

The department's decision is supported by numerous medical organizations, including the American Hospital Association (https://www.aha.org/public-comments/2021-07-21-aha-policy-statement-mandatory-covid-19-vaccination-health-care), America's Essential Hospitals (https://essentialhospitals.org/general/americas-essential-hospitals-urges-members-require-employee-vaccination/) and a Multisociety group of the leading Infectious Disease Societies. (https://www.cambridge.org/core/journals/infection-control-and-hospital-epidemiology/article/multisociety-statement-on-covid19-vaccination-as-a-condition-of-employment-for-healthcare-personnel/690D1804B72FFF89C5FC0AED0043AD62) The American Medical Association, American Nurses Association, American College of Physicians, American Academy of Pediatrics, Association of American Medical Colleges, and National Association for Home Care and Hospice also endorsed mandating COVID-19 vaccination for health care workers (https://www.hematology.org/newsroom/press-releases/2021/joint-statement-in-support-of-covid-19-vaccine-mandates-for-all-workers-in-health).

As with the previous mandate, directive affected employees will have eight weeks to provide proof of vaccination to their local VHA Occupational Health Office.

All VA employees are eligible to be vaccinated at no personal expense at any of our facilities (https://www.va.gov/find-locations/?facilityType=health&serviceType=Covid19Vaccine) and would also receive four hours of paid administrative leave after demonstrating they have been vaccinated.

To learn more about the vaccine, its safety and effectiveness visit the VA COVID-19 information page (https://www.va.gov/initiatives/have-questions-before-you-get-your-covid-19-vaccine/).

<div align="center">###</div>

## Disclaimer of Hyperlinks

The appearance of external hyperlinks does not constitute endorsement by the Department of Veterans Affairs of the linked web sites, or the information, products or services contained therein. For other than authorized VA activities, the Department does not exercise any editorial control over the information you may find at these locations. All links are provided with the intent of meeting the mission of the Department and the VA website. Please let us know about existing external links which you believe are inappropriate and about specific additional external links which you believe ought to be included by emailing newmedia@va.gov (mailto:newmedia@va.gov).

People wishing to receive e-mail from VA with the latest news releases and updated fact sheets can subscribe to the VA Office of Public Affairs Distribution List (/opa/pressrel/opa_listserv.asp).

Back to News Releases Index (index.cfm)

## Search VA News Releases

**Search for (Required):**

**Search in:**

Select One

**Sort by:**

Select One

**Begin Date (Required):**

(mm/dd/yyyy)

**End Date:**

(mm/dd/yyyy)

Search

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 89 of 275   PageID 4675

Centers for Disease
Control and Prevention

# Vaccinating Dialysis Patients and Healthcare Personnel





### Federal Vaccine Allocation
Get more information about a federal partnership with dialysis organizations.

## Take action to protect patients at high-risk in your jurisdiction

COVID-19 vaccines are effective at protecting people from getting sick. By allocating vaccines for outpatient dialysis patients and the healthcare personnel who care for them in your jurisdiction, you can protect patients who are at high risk, disproportionately affected by COVID-19, or might suffer severe consequences if infected.

## How can jurisdictions support COVID-19 vaccination efforts for dialysis patients and healthcare personnel?

- Make sure you are aware of the dialysis clinics located in your jurisdiction.
- Reach out to dialysis clinics where you do not have an established contact. Some of your local dialysis centers might be operated by corporate chains. For these centers, jurisdictions can opt to coordinate with national or regional corporate leaders to reach their respective clinic sites.
- Work collaboratively with dialysis clinics to understand their needs, priorities, and barriers to vaccination among patients and healthcare personnel.
- Make sure each dialysis clinic in your jurisdiction is enrolled as a COVID-19 vaccination provider.
- Work with dialysis clinic leaders to establish the number of doses needed to vaccinate patients and healthcare personnel and determine a timeline for allocating these doses.

## Why is it important to vaccinate dialysis patients?

- The median age of patients on dialysis is 62 years. Due to age and health status, dialysis patients are at high risk for serious illness and death related to COVID-19; people on dialysis who get COVID-19 have a 50% hospitalization rate and a 20%–30% mortality rate.
- Vaccinating this population addresses a health equity issue. Chronic kidney disease disproportionately affects racial and ethnic minorities; 34% of patients on dialysis are Black and 19% are Hispanic. Many dialysis clinics deliver care to patients in communities that have been hit hardest by this pandemic.
- Dialysis is a lifesaving, essential treatment that must be done 3 times per week for most patients. Because these services are nonelective and cannot be delayed, dialysis clinics serve patients whether they have COVID-19 or not. This creates a

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 90 of 275   PageID 4676

are noninfective and cannot be delayed, dialysis clinics serve patients whether they have COVID-19 or not. This creates a high-risk environment for other dialysis patients and healthcare personnel and underscores the importance of vaccination to protect everyone in these clinics.

# Why vaccinate patients while they are at the dialysis clinic?

- Dialysis patients can be easily reached for COVID-19 vaccination at dialysis clinics, which have extensive operational, logistical, and IT infrastructure to serve as capable vaccine providers.

- Many dialysis patients are accustomed to receiving routine vaccinations at the dialysis clinic. By offering COVID-19 vaccines in a setting where patients are comfortable with trusted and trained vaccinators, it might be possible to increase vaccination rates for this high-risk population and ensure patients receive a complete vaccination series.

- Patients on dialysis are often medically frail, and it might be challenging and impractical for them to seek out venues separate from the dialysis clinic to receive COVID-19 vaccines.

- Currently, dialysis providers are reporting low COVID-19 vaccination coverage among their patients because of challenges with getting vaccines.

# Why is it important to vaccinate dialysis healthcare personnel?

- Dialysis healthcare personnel are considered a priority population for vaccination by the Advisory Committee on Immunization Practices (ACIP).

- Dialysis providers are currently reporting low COVID-19 vaccination coverage among their healthcare personnel because of challenges with obtaining vaccines.

- Healthcare personnel working at outpatient dialysis clinics might have difficulty accessing vaccine because most dialysis clinics are not affiliated with hospitals. The convenience of having vaccine offered at their workplace might improve vaccination coverage.

- Dialysis healthcare personnel might have high-risk, work-related exposures to SARS-CoV-2, the virus that causes COVID-19, because their work involves being in close proximity (<6 feet) to their patients for extended periods of time.

- Ensuring healthcare personnel have access to COVID-19 vaccination is critical to protect both them and their medically fragile patients.

Page last reviewed: August 24, 2021

| COMMENTARY |

# Vaccinating Health Care Workers Against Influenza: The Ethical and Legal Rationale for a Mandate

Abigail L. Ottenberg, MA, Joel T. Wu, JD, MA, MPH, Gregory A. Poland, MD, Robert M. Jacobson, MD, Barbara A. Koenig, PhD, and Jon C. Tilburt, MD, MPH

Despite improvements in clinician education, symptom awareness, and respiratory precautions, influenza vaccination rates for health care workers have remained unacceptably low for more than three decades, adversely affecting patient safety.

When public health is jeopardized, and a safe, low-cost, and effective method to achieve patient safety exists, health care organizations and public health authorities have a responsibility to take action and change the status quo. Mandatory influenza vaccination for health care workers is supported not only by scientific data but also by ethical principles and legal precedent.

The recent influenza pandemic provides an opportunity for policymakers to reconsider the benefits of mandating influenza vaccination for health care workers, including building public trust, enhancing patient safety, and strengthening the health care workforce. (*Am J Public Health*. 2011;101:212–216. doi:10.2105/AJPH.2009.190751)

ON AUGUST 13, 2009, THE state of New York issued a seasonal and pandemic influenza vaccination mandate for health care workers.[1] The mandate required health care organizations to vaccinate personnel who had direct contact with patients.[2] The instructions were clear: influenza vaccination must be established annually as a precondition of employment (personnel with medical contraindications were considered exempt).[2] In response, several groups filed suit against New York State, claiming that the mandate deprived them of liberty without due process and violated their right to free exercise of religion, rights guaranteed by the Fourteenth and First Amendments.[3,4] In the end, unanticipated vaccine shortages in October 2009 caused Governor David Paterson to halt the mandate, temporarily relieving health care workers of the influenza vaccination requirement.[5] New York State plans to reinstate the mandate for the 2010 to 2011 influenza season. Notwithstanding these legal challenges, overwhelming scientific, ethical, and legal justifications support mandating health care worker vaccination.

## SCIENTIFIC EVIDENCE SUPPORTING VACCINE EFFICACY

The annual morbidity and mortality caused by influenza is a serious public health issue. Each year in the United States, seasonal influenza causes on average more than 200 000 hospitalizations and 36 000 deaths.[6] Influenza is the sixth leading cause of death among US adults and is related to 1 in 20 deaths in persons older than 65 years.[7,8]

On June 11, 2009, the World Health Organization officially recognized the influenza A (H1N1) virus pandemic, and on October 24, 2009, President Obama declared a national public health emergency.[9,10] Recent Centers for Disease Control and Prevention (CDC) estimates indicate that H1N1 has resulted in an estimated 42 to 86 million cases and 8520 to 17 620 deaths.[11] Note that the CDC has recommended vaccination of health care workers against influenza since 1981.

Health care organizations have enacted a variety of vaccination policies and interventions to guard against the known hazards of nosocomial influenza transmission, including longer patient stays, absenteeism, interruptions in health care delivery, and inpatient death.[12–20] Two randomized controlled studies evaluating the effect of health care worker vaccination on nursing home residents found that health care worker influenza vaccination was associated with a 44% decrease in resident mortality.[17] Furthermore, an algorithm evaluating the effect of health care worker influenza vaccination on patient outcomes predicted that if all health care workers in a facility were vaccinated, then approximately 60% of patient influenza infections could be prevented.[16]

In the United States, professional infectious disease societies (Infectious Diseases Society of America and National Foundation for Infectious Diseases), professional infection control associations (Society for Healthcare Epidemiology of America and Association for Professionals in Infection Control), and professional clinician societies (American College of Physicians and American Academy of Pediatrics) have all independently called for requiring influenza vaccination of health care workers.[21,22] Recently, the National Patient Safety Foundation issued a press release expressing strong support for mandatory influenza vaccination, calling the issue "a matter of patient safety."[23] In recent weeks, the American Medical Association's (AMA's) Council on Ethical and Judicial Affairs in conjunction with its Council on Science and Public Health reaffirmed its commitment to this issue. In its report the AMA concluded, "physicians have an obligation to: (a) Accept immunization absent a recognized medical, religious, or philosophical reason to not be immunized," and (b) "Accept a decision of the medical staff leadership of health care institution, or other appropriate authority to adjust practice activities if not immunized." [24]

The best available evidence suggests that even when health care organizations implement aggressive, labor-intensive voluntary influenza vaccination programs for their employees, they are rarely able to achieve vaccination

| COMMENTARY |

rates higher than 70%.[25] By contrast, mandatory health care worker vaccination programs result in exceptionally high vaccination rates, as has been seen in mandates for measles-mumps-rubella, varicella, and hepatitis B vaccines.[7,26] We believe that similar results can be achieved by mandatory health care worker influenza vaccination programs. In fact, a recent mandatory health care worker influenza vaccination program implemented at the National Institutes of Health Clinical Center achieved 100% participation (either successful vaccination or justified refusal).[27] Existing mandatory influenza vaccination programs that include exemption provisions sustain very high rates of vaccination—on average, 95% to 99%.[28,29] One survey conducted with inpatient nurses found that vaccination (and if necessary, mandatory vaccination) was the most popular strategy. Of nurses surveyed, 83% (513) cited vaccination as the preferred method of prevention against influenza, and 59% (512) indicated they would support a policy requiring annual influenza vaccination of health care workers with declination.[30] Furthermore, emerging data, available scientific evidence from observational research, and basic principles of infectious disease support the concept that vaccinating health care workers against influenza protects patients and promotes public health.[31–33]

Various approaches to mandatory vaccination of health care workers have been successfully used throughout the United States. Currently, 15 states mandate health care worker vaccination for at least one disease, and of those, eight allow for an exemption.[34,35] Multiple health care organizations have mandated health care worker vaccination against influenza,

including Barnes-Jewish Hospital, Virginia Mason Medical Center, Johns Hopkins HealthCare, University of Iowa Hospitals, and Nashville-based Hospital Corporation of America.[23,36,37] A comprehensive list of organizations that have employed mandates in health care settings is available at http://www.immunize.org. These organizations' experiences with the benefits of mandatory vaccination of health care workers against influenza complement ethical and legal principles that also justify such policies.

## ETHICAL RATIONALE FOR HEALTH CARE WORKER VACCINATION

We have elaborated elsewhere the ethical arguments underlying mandatory vaccination.[38] Health care institutions should enforce vaccination for two primary reasons: (1) in support of the professional obligations of health care workers to benefit individual patients and to do no harm and (2) to meet the shared obligations of health care institutions and professionals to protect the public health in the face of preventable infectious disease. The important questions are as follows: "What are the responsibilities of health care workers to their patients?" and "Is it fair for patients and the public to expect health care workers to be vaccinated against influenza?"

As professionals in occupations that are freely chosen, clinicians are granted special privileges and powers by society; as a result, health care workers assume special obligations and responsibilities. Health care professionals have obligations to do no harm, to do good, to respect patient autonomy, and to treat all patients fairly.[39,40] Health care workers should be vaccinated because

doing so prevents harm by reducing the transmission of preventable diseases in the context of clinical care.[26,33] Health care worker vaccination against influenza is also consistent with a collective professional obligation to treat all patients fairly and to take basic precautions against preventable harms. Similar justifications have been offered by other bioethics analysts. Wynia concluded, "Given . . . our professional obligation to do no harm, flu vaccination should be mandatory for health care workers."[41] Caplan agreed, "It's time to . . . make getting a flu shot a part of the responsibility of being a healer."[42] The obligations of health care workers to be vaccinated are greater than those of the general population, and mandatory vaccination helps them meet those obligations.

Public health ethics focuses on interests of the community and the maintenance of an environment that supports and promotes good health.[43] From this perspective, health care workers should be vaccinated because doing so significantly promotes conditions necessary for maintaining a healthy community. Higher health care worker immunization rates reduce the spread of influenza and help maintain a sustainable and effective health care workforce.

Laws and regulations that restrict individual liberties are frequently needed to ensure community health and safety. Even staunch libertarians acknowledge this need. In his classic 1859 treatise, *On Liberty*, John Stuart Mill writes, "the only purpose for which power can be rightfully exercised over any member of a civilized community, against his will, is to prevent harm to others."[44] Communities, therefore, routinely and justifiably promulgate laws to create a safe place to

live (e.g., traffic laws and sanitation policies). In our view, laws or regulations mandating influenza vaccination of health care workers are similarly legitimate and necessary exercises of state power.

## LEGAL FOUNDATIONS FOR HEALTH CARE WORKER VACCINE MANDATE

Mandatory influenza vaccination of health care workers fits within the framework of constitutional powers that the government possesses to promote the public's welfare. Government has both the responsibility and the power to restrict individual activities that threaten liberties of others and the common good. Under the US Constitution, the power to restrict individual liberties for public health purposes is primarily reserved for individual states through police power. The police power of the state is "the inherent authority of the state to enact laws and promulgate regulations to protect, preserve and promote the health, safety, morals, and general welfare of the people."[45] For the purposes of public health, the federal government's authority is generally limited to regulating interstate commerce, taxing, and spending.

## STATE POWER JUSTIFICATION

Laws and regulations that restrict individual liberties are routinely enacted to protect and promote public health and welfare. These laws and regulations pervade our society, including sanitation laws, traffic laws, occupational health and safety laws, and environmental regulation. Historically, the judiciary has affirmed mandatory vaccination as a proper exercise of state police power. In *Jacobson v Massachusetts* (197 US

AR-04137

11, 25 SCt 358, 49 L. Ed. 643 [1905]), the US Supreme Court articulated a series of standards in affirming a Massachusetts law requiring smallpox vaccination: public health necessity, reasonable means, proportionality, and harm avoidance.[45] In *Wong Wai v Williamson, et al.* (103 F 1, 3 [CCD 1900]), the US Supreme Court had previously established a fairness standard in response to racially discriminatory vaccination practices in California.[45]

Although the principles articulated in the cases of *Jacobson* and *Wong Wai* continue to inform analysis of public health actions, the standards for the constitutionality of state action have evolved significantly since 1905. Today, the US Supreme Court evaluates the constitutionality of laws burdening individual liberties by applying a hierarchy of rights and corresponding standards of review. Public health regulation usually involves liberties that trigger rational basis review, the lowest standard. The rational basis standard requires that state action must be justified by a legitimate state interest and that the action be rationally related to the state's interest.

Therefore, to be constitutional, mandatory health care worker immunization laws first must show a legitimate state interest. The state's interest is clear: reducing morbidity and mortality resulting from nosocomial spread of influenza and maintenance of a viable health care workforce. Second, states must show that mandating influenza vaccination is rationally related to reducing the influenza burden. Courts do not require large-scale, randomized trials to support constitutionality of state action; rather, to meet the rational basis standard, a state must establish only a plausible scientific relation between the proposed

action and the state's interest. Considerable scientific evidence supports the conclusion that vaccination reduces both the transmission and the incidence of influenza.[17,18,46,47] As such, we believe that courts will very likely find that state laws and regulations mandating vaccination of health care workers, like the New York State statute, are constitutional exercises of state power.[4]

## FEDERAL POWER JUSTIFICATION

Article I of the US Constitution gives Congress the power to tax, spend, and regulate interstate commerce. These powers have been interpreted expansively by courts, resulting in far-reaching power to regulate and promote public health and safety. Thus, the federal government also holds broad influence to encourage or potentially mandate health care worker influenza vaccination.

The commerce clause enables the federal government to regulate virtually any activity that affects interstate commerce, including elements of the health care industry that relate to infectious disease management and containment. For example, the Public Health Service Act[48] gives authority to the federal government to make and enforce rules to prevent the spread of infectious disease from other countries into the United States or from one state to another, including the power to establish vaccine clinics and to isolate and quarantine infectious individuals.[33,49] Under the Public Health Service Act,[48] the US Department of Health and Human Services has created a National Vaccine Plan, the National Vaccine Advisory Committee, and the National Vaccine Injury Compensation Program. Through these

mechanisms, the commerce clause grants significant power to the federal government to regulate, encourage, or potentially mandate the vaccination of health care workers against influenza and ensure fair processes to adjudicate complaints related to vaccination.

The federal government also may regulate public health through the power to spend. The federal government may require states to meet federal standards in public health as a prerequisite to receiving federal funds. The federal government exerts influence on state and local authorities to comply with federally established standards through the use of conditional appropriations. Most states and local authorities comply because they can rarely afford to lose federal funding. For example, extensive federal standards are attached to receipt of payments through Medicare and Medicaid. Although the federal government may not have clear authority to mandate directly, the federal government has a broad range of powers to indirectly induce state, local, and institutional authorities to mandate vaccination.

## CONCLUSIONS: TIME FOR CHANGE

The example of the 2009 H1N1 public health emergency compels health care organizations and policymakers to rethink current practices, asking whether minimally effective, expensive, voluntary health care worker influenza vaccination programs are adequate to protect patient safety for both seasonal and pandemic influenza. The available evidence suggests that voluntary vaccination programs enacted in various forms over three decades have failed to achieve acceptable rates of health care worker influenza

vaccination. Despite decades of influenza vaccine safety and efficacy data and the known risks to vulnerable patients, influenza vaccination coverage among US health care workers remains near 50%.[50] Therefore, vaccination of health care workers against influenza should be mandated and enforced not only by health care organizations but also by states and, if necessary, by federal agencies.

In mandating health care worker vaccination, health care organizations must ensure that vaccination is an informed process—health care workers should be clearly told the benefits and risks associated with influenza vaccination—and that vaccines are offered conveniently and free of charge. Special consideration may need to be in place for medical, religious, and perhaps philosophical exemptions, although no data are available on how exemptions affect rates of health care worker vaccination.

The implementation of mandatory vaccination also must address the unfounded fears and misconceptions about vaccine safety. Rates of serious adverse events following vaccination, such as Guillain-Barré syndrome, are vanishingly low (no higher than 1 in 1 000 000).[51] These facts must be clearly conveyed. The National Vaccine Injury Compensation Program added influenza to its list of covered vaccines in 2004 to address rare instances of adverse events that can be reasonably linked to the influenza vaccine.[45] In the end, rumors and fears must not be a barrier to promoting patient safety and public health; it is time to move on. Over time, successful control of seasonal and pandemic influenza with repeated safe vaccine administration to health care workers will

| COMMENTARY |

allay fears and promote public trust.

Mandatory health care worker vaccination programs help health care workers carry out their professional duty to provide care to all patients without the threat of undue harm caused by nosocomial influenza transmission and ensure that the public's trust in health care organizations is well placed. The public has a right to expect that health care workers and the institutions in which they work will take all necessary and reasonable precautions to keep them safe and minimize harm. This lays the burden on health care organizations and the government to ensure that health care workers fulfill their obligations. Low voluntary vaccination rates leave only one viable option to protect the public: legally mandated health care worker vaccination against influenza. ∎

### About the Authors

*Abigale L. Ottenberg and Joel T. Wu are with the Bioethics Research Program, Mayo Clinic, Rochester, MN. Gregory A. Poland is with the Mayo Clinic Vaccine Research Group, Department of Medicine, and the Division of General Internal Medicine, Mayo Clinic, Rochester. Robert M. Jacobson is with Pediatric and Adolescent Medicine, Mayo Clinic, Rochester. Barbara A. Koenig is with the Bioethics Research Program, the Division of General Internal Medicine, and the Department of Health Sciences Research, Mayo Clinic, Rochester. Jon C. Tilburt is with the Bioethics Research Program and the Division of General Internal Medicine, Mayo Clinic, Rochester.*

*Correspondence should be sent to Abigale L. Ottenberg, MA, Mayo Clinic, 200 1st St SW, Rochester, MN 55905 (e-mail: ottenberg.abigale@mayo.edu). Reprints can be ordered at http://www.ajph.org by clicking the "Reprints/Eprints" link.*

*This commentary was accepted May 3, 2010.*

### Contributors

A.L. Ottenberg drafted and revised the article. J.T. Wu assisted with the drafting of the article and provided legal analysis. G.A. Poland and R.M. Jacobson provided scientific expertise, clinical input, and article review. B.A. Koenig provided ethical analysis. J.C. Tilburt assisted with the drafting of the article, provided ethical analysis, and performed a detailed critique. All authors approved the final article.

### Acknowledgments

Abigale L. Ottenberg, Joel T. Wu, Barbara A. Koenig, and Jon C. Tilburt have no disclosures. Gregory A. Poland has offered consultative advice on novel influenza vaccine development to Merck & Co., Inc., Avianax, Theraclone Sciences (formally Spaltudaq Corporation), MedImmune LLC, Liquidia Technologies, Inc., Novavax, Sanofi Pasteur, and PAXVAX, Inc. Robert M. Jacobson serves as the Principal Investigator on a Pfizer-funded study examining PCV 13 in adults, which involves, in part, adult receipt of the influenza vaccine.

### References

1.  Daines RF. Mandatory flu vaccine for health care workers: commissioner tells health care workers: mandatory flu vaccine is in the best interest of patients and workers. September 24, 2009. Available at: http://www.health.state.ny.us/press/releases/2009/2009-09-24_health_care_worker_vaccine_daines_oped.htm. Accessed October 19, 2009.

2.  Health care facility personnel: influenza vaccination requirements. Official Compilation of Codes, Rules and Regulations of the State of New York, Title 10 (Health), Subpart 66–3 (2009).

3.  Chan S, Hartocollis A. Judge halts mandatory flu vaccines for health care workers. *New York Times.* October 16, 2009. Available at: http://cityroom.blogs.nytimes.com/2009/10/16/judge-halts-mandatory-flu-vaccines-for-health-care-workers. Accessed October 20, 2009.

4.  Stewart AM. Mandatory vaccination of health care workers. *N Engl J Med.* 2009;361:2015–2017.

5.  Governor David A. Patterson announces suspension of flu shot mandate for health care employees due to shortage of vaccine [press release]. October 22, 2009. Available at: http://www.state.ny.us/governor/press/press_1022094.html. Accessed October 26, 2009.

6.  Key facts about seasonal influenza (flu). 2007. Available at: http://www.cdc.gov/flu/keyfacts.htm. Accessed November 13, 2009.

7.  Poland GA, Tosh P, Jacobson RM. Requiring influenza vaccination for health care workers: seven truths we must accept. *Vaccine.* 2005;23:2251–2255.

8.  Thompson WW, Shay DK, Weintraub E, et al. Mortality associated with influenza and respiratory syncytial virus in the United States. *JAMA.* 2003; 289:179–186.

9.  Chan M. World now at the start of 2009 influenza pandemic [press release]. June 11, 2009. Available at: http://www.who.int/mediacentre/news/statements/2009/h1n1_pandemic_phase6_20090611/en/index.html. Accessed November 12, 2009.

10.  President Obama signs emergency declaration for H1N1 flu. October 24, 2009. Available at: http://www.flu.gov/professional/federal/h1n1emergency10242009.html. Accessed October 26, 2009.

11.  CDC estimates of 2009 H1N1 influenza cases, hospitalizations and deaths in the United States, April 2009–February 13, 2010. March 12, 2010. Available at: http://www.cdc.gov/h1n1flu/estimates_2009_h1n1.htm. Accessed March 12, 2010.

12.  Akazawa M, Sindelar JL, Paltiel AD. Economic costs of influenza-related work absenteeism. *Value Health.* 2003;6:107–115.

13.  Nichol KL. The efficacy, effectiveness and cost-effectiveness of inactivated influenza virus vaccines. *Vaccine.* 2003; 21:1769–1775.

14.  Sartor C, Zandotti C, Romain F, et al. Disruption of services in an internal medicine unit due to a nosocomial influenza outbreak. *Infect Control Hosp Epidemiol.* 2002;23:615–619.

15.  Steckel CM. Mandatory influenza immunization for health care workers—an ethical discussion. *AAOHN J.* 2007;55: 34–39.

16.  Sullivan SJ, Jacobson R, Poland GA. Mandating influenza vaccination for healthcare workers. *Expert Rev Vaccines.* 2009;8:1469–1474.

17.  Pearson ML, Bridges CB, Harper SA. Influenza vaccination of health-care personnel: recommendations of the Healthcare Infection Control Practices Advisory Committee (HICPAC) and the Advisory Committee on Immunization Practices (ACIP) [published erratum appears in *MMWR Recomm Rep.* 2006;55(9):252]. *MMWR Recomm Rep.* 2006;55(RR-2): 1–16.

18.  Centers for Disease Control and Prevention (CDC). Interventions to increase influenza vaccination of health-care workers—California and Minnesota. *MMWR Morb Mortal Wkly Rep.* 2005; 54:196–199.

19.  Talbot TR, Bradley SE, Cosgrove SE, Ruef C, Siegel JD, Weber DJ. Influenza vaccination of healthcare workers and vaccine allocation for healthcare workers during vaccine shortages. *Infect Control Hosp Epidemiol.* 2005;26:882–890.

20.  Hoffmann CJ, Perl TM. The next battleground for patient safety: influenza immunization of healthcare workers. *Infect Control Hosp Epidemiol.* 2005;26: 850–851.

21.  Information for healthcare professionals [Prevent Influenza Now! Web site]. Available at: http://www.preventinfluenza.org/profs_workers.asp. Accessed November 13, 2009.

22.  Kuehn BM. Mandatory vaccination urged for clinicians, other health workers. *JAMA.* 2010;304:1545.

23.  National Patient Safety Foundation supports mandatory flu vaccination for healthcare workers [press release]. November 18, 2009. Available at: http://www.npsf.org/pr/pressrel/2009-11-18.php. Accessed November 18, 2009.

24.  American Medical Association. Routine Universal Immunization of Physicians for Vaccine-Preventative Disease. CEJA Report 5-I-10. Available at http://www.ama-assn.org/ama1/pub/upload/mm/369/ceja-5i10.pdf. Accessed December 9, 2010.

25.  Tosh P, Poland G. Healthcare worker influenza immunization. In: *Medscape Infectious Diseases.* 2007. Available at: http://cme.medscape.com/viewarticle/567336. Accessed November 12, 2008.

26.  Poland GA, Jacobson RM. Protecting patients from harm: legislating vaccinations for healthcare workers. *Am J Prev Med.* 2007;32:544–546.

27.  Palmore TN, Vandersluis JP, Morris J, et al. A successful mandatory influenza vaccination campaign using an innovative electronic tracking system. *Infect Control Hosp Epidemiol.* 2009;30:1137–1142.

28.  2007 National Influenza Vaccine Summit Immunization Excellence Awards: Virginia Mason Medical Center's Mandatory Vaccination Campaign. 2007. Presentation at: Flu Summit; April 20, 2007; Atlanta, GA. Available at: http://www.preventinfluenza.org/summits/2007/Session_Four/Hagar_2007.pdf. Accessed October 19, 2009.

29.  Mandatory flu vaccination program achieved almost total compliance. March 23, 2009. Available at: http://www.pediatricsupersite.com/view.aspx?rid = 38084. Accessed October 26, 2009.

30.  Poland GA, Ofstead CL, Tucker SJ, Beebe TJ. Receptivity to mandatory influenza vaccination policies for healthcare workers among registered nurses working on inpatient units. *Infect Control Hosp Epidemiol.* 2008;29:170–173.

31.  Tosh PK, Jacobson RM, Poland-Gregory A. Mandatory influenza vaccination for health care workers—a timely step forward. *Md Med.* 2006;7:21–23.

AR-04139

32. Poland GA. Valuing influenza vaccine: medical, economic, and social benefits. *Clin Infect Dis.* 2009;48:299–301.

33. Tucker SJ, Poland GA, Jacobson RM. Requiring influenza vaccination for health care workers. *Am J Nurs.* 2008;108: 32–34.

34. Lindley MC, Horlick GA, Shefer AM, Shaw FE, Gorji M. Assessing state immunization requirements for healthcare workers and patients. *Am J Prev Med.* 2007;32:459–465.

35. Stewart AM, Cox M, Rosenbaum S. *The Epidemiology of US Immunization Law: Immunization Requirements for Staff and Residents of Long-Term Care Facilities Under State Laws/Regulations.* Washington, DC: George Washington University School of Public Health and Health Services; 2005.

36. Immunization Action Coalition. Honor roll for patient safety: mandatory influenza vaccination policies for healthcare workers. Available at: http://www. immunize.org/laws/influenzahcw.asp. Accessed October 8, 2009.

37. Young A. Flu shots for workers hit sticking point. *USA Today.* November 5, 2009. Available at: http://www.usatoday. com/news/health/2009-11-05-swine-flu-workers_N.htm. Accessed November 12, 2009.

38. Tilburt JC, Mueller PS, Ottenberg AL, Poland GA, Koenig BA. Facing the challenges of influenza in healthcare settings: the ethical rationale for mandatory seasonal influenza vaccination and its implications for future pandemics. *Vaccine.* 2008;26(suppl 4):D27–D30.

39. Beuchamp T, Childress J. *Principles of Biomedical Ethics.* 5th ed. Oxford, UK: Oxford University Press; 2001.

40. Orr P. Influenza vaccination for health care workers: a duty of care. *Can J Infect Dis.* 2000;11:225–226.

41. Wynia MK. Mandating vaccination: what counts as a "mandate" in public health and when should they be used? *Am J Bioeth.* 2007;7(12):2–6.

42. Caplan A. Health workers must get flu shot or quit. October 8, 2009. Available at: http://www.msnbc.msn.com/id/ 33210502/ns/health-health_care/. Accessed October 13, 2009.

43. Kass NE. An ethics framework for public health and avian influenza pandemic preparedness. *Yale J Biol Med.* 2005;78:239–254.

44. Mill JS. Introductory. In: *On Liberty.* 1859. Available at: http://www. utilitarianism.com/ol/one.html. Accessed November 11, 2009.

45. Gostin LO. *Public Health Law: Power, Duty Restraint.* 2nd ed. Berkeley: University of California Press; 2008.

46. Wilde JA, McMillan JA, Serwint J, Butta J, O'Riordan MA, Steinhoff MC. Effectiveness of influenza vaccine in health care professionals: a randomized trial. *JAMA.* 1999;281:908–913.

47. Stott DJ, Kerr G, Carman WF. Nosocomial transmission of influenza. *Occup Med (Lond).* 2002;52:249–253.

48. The Public Health Service Act, 42 USC §264 (2001).

49. US Dept of Health and Human Services. Control of Communicable Diseases (Proposed Rule), 42 CFR Parts 70 and 71 (November 2005).

50. Centers for Disease Control and Prevention. Influenza vaccination coverage levels. 2009. Available at: http:// www.cdc.gov/Flu/professionals/acip/ coveragelevels.htm. Accessed November 21, 2009.

51. Centers for Disease Control and Prevention. Seasonal flu and Guillain-Barré syndrome (GBS). December 10, 2003. Available at: http://www.cdc.gov/ flu/about/qa/gbs.htm. Accessed February 2, 2010.

CDC **Centers for Disease Control and Prevention**

# Vaccination Laws

Vaccine-preventable disease levels are at or near record lows. CDC works closely with public health agencies and private partners to improve and sustain immunization coverage and to monitor the safety of vaccines. One tool used to maintain low rates of vaccine preventable disease is vaccination law. State vaccination laws include vaccination requirements for children in public and private schools and daycare settings, college/university students, and healthcare workers and patients in certain facilities. State laws also affect access to vaccination services by determining whether providing vaccinations to patients is within the scope of practice of certain healthcare professionals. The Public Health Law Program provides selected resources for public health practitioners and their legal counsel on state vaccination laws.

## State Healthcare Worker and Patient Vaccination Laws

Healthcare facilities across the country are increasingly requiring healthcare workers to be vaccinated for certain diseases in an effort to reduce outbreaks of vaccine-preventable diseases. In some instances, facilities are establishing these requirements due to mandates in state statutes and regulations. These PHLP menus examine state healthcare facility vaccination laws for the following vaccine-preventable diseases:

- Hepatitis B
  - Menu of State Healthcare Facility Hepatitis B Vaccination Laws
- Influenza
  - Menu of State Ambulatory Care Facility Influenza Vaccination Laws
  - Menu of State Hospital  Influenza Vaccination Laws 🔴 [PDF – 758 KB]
  - Menu of State Long-Term Care Facility Influenza Vaccination Laws
- Measles, Mumps, Rubella (MMR)
  - Menu of State Healthcare Facility Measles, Mumps and Rubella (MMR) Vaccination Laws
- Pertussis
  - Menu of State Healthcare Facility Pertussis Vaccination Laws 🔴 [PDF – 368 KB]
- Pneumococcal disease
  - Menu of State Ambulatory Care Facility Pneumococcal Vaccination Laws
  - Menu of State Hospital Pneumococcal Vaccination Laws 🔴 [PDF – 308 KB]
  - Menu of State Long-Term Care Facility Pneumococcal Vaccination Laws
- Varicella
  - Menu of State Healthcare Facility Varicella Vaccination Laws 🔴 [PDF – 390 KB]

## State School and Childcare Vaccination Laws

All states require children to be vaccinated against certain communicable diseases as a condition for school attendance. In most instances, state school vaccination laws expressly apply to both public schools and private schools with identical immunization and exemption provisions. All states also establish vaccination requirements for children as a condition for child care attendance. These requirements often mirror the requirements for public school children and are often located in the same school vaccination provisions. The Public Health Law Program provides selected resources for public health practitioners and their legal counsel on state school vaccination laws.

## Webinar

**The Intersection of Public Health and Healthcare: Exploring Trends in Healthcare Quality and the Law, Part II—Ensuring Safety: Healthcare Worker Vaccinations and the Law** ⧉

Healthcare facilities across the country are increasingly requiring healthcare workers to be vaccinated for certain vaccine-preventable diseases to reduce the risk of disease outbreaks or transmission. In some instances, facilities establish these requirements under mandates set forth by state statutes or regulations. This webinar describes how healthcare worker

AR-04141

requirements under mandates set forth by state statutes or regulations. This webinar describes how healthcare worker vaccinations can be a legal tool for reducing healthcare-associated infections and outlines statutory and regulatory strategies states have used to improve healthcare worker vaccination rates. This webinar also discusses barriers for healthcare worker vaccination requirements and considerations for legal counsel. (Sept. 6, 2016)

Page last reviewed: February 28, 2018

Vaccine 32 (2014) 4840–4843



Contents lists available at ScienceDirect

# Vaccine

journal homepage: www.elsevier.com/locate/vaccine



# Vaccination of health care workers against pertussis: Meeting the need for safety within hospitals



U. Heininger [a,b,*]

[a] Pediatric Infectious Diseases and Vaccines, University Children's Hospital (UKBB), PO Box, CH-4031 Basel, Switzerland
[b] University of Basel, Basel, Switzerland

## ARTICLE INFO

*Article history:*
Available online 30 October 2013

*Keywords:*
Health care workers
Pertussis
Immunisation

## ABSTRACT

Pertussis outbreaks in hospitals are reason for substantial concern as they do cause significant morbidity amongst patients and physical and emotional stress and absence from work amongst affected staff. Further, there is a substantial financial burden for the concerned institution. For these reasons, health care institutions should implement prophylactic measures, i.e. pertussis immunisation for their staff. Diphtheria–tetanus–acellular pertussis component combination vaccines with reduced antigen content ("Tdap") have a proven acceptable tolerability with reactogenicity and safety profiles not substantially different from Td vaccines without the pertussis component. Further, excellent immunogenicity after a single dose with an estimated duration of protection for 10 years has been shown in adults.

In high risk situations, e.g. in pregnant health care workers and those in contact with infants <6 months of age, antibiotic prophylaxis should also be recommended to previously immunised, pertussis exposed health care workers. Local programmes based on education, conviction and common sense should be implemented for health care workers rather than mandatory pertussis immunisation. In addition, health care workers need to be informed and regularly reminded about the impact of exposure to pertussis.

© 2013 Elsevier Ltd. All rights reserved.

## 1. Introduction

Pertussis is a frequent disease and it is caused primarily by *Bordetella pertussis* infection; pertussis affects humans at any age [1–3]. Due to variability in clinical presentation, heterogenous diagnostic approaches and different surveillance systems the true incidence of pertussis is poorly defined. Prospective clinical studies suggest that it is probably in the range of 400–1000 cases per 100,000 population per year [4,5]. Depending on national recommendations, infants should receive 2 ("2 + 1" schedule) or 3 ("3 + 1" schedule) doses of pertussis containing combination vaccines and coverage with these is high in most countries. However, vaccine induced immunity wanes within few years after the 3rd ("2 + 1" schedule) or 4th dose ("3 + 1" schedule) in the 2nd year of life and again after the 5th dose (frequently recommended before school entry) [6,7]. The recently observed epidemiological shift towards an increase of pertussis disease in school-age children, adolescents and adults [8] is in accordance with waning immunity and has been counteracted with the introduction of further booster doses in several countries [2,3]. As many studies have shown, pertussis may occur in hospitals and other health care settings sporadically but may also be the cause of outbreaks of variable magnitude [9–13]. These outbreaks are reason for substantial concern as they do cause significant morbidity amongst patients, physical and emotional stress and absence from work amongst affected staff, and financial burden for the concerned institution [14,15]. For these reasons, health care institutions are well advised to implement prophylactic measures, i.e. pertussis immunisation for their staff, to ensure safety of patients and personnel [16,17]. The purpose of this manuscript is to reflect the role of health care workers in the occurrence of pertussis in their professional environments and to discuss preventive measures.

## 2. Methods

A PubMED search in order to identify reports about pertussis outbreaks in hospitals was performed comprising the years 1980 until May 2013, limited to publications in English and German language. The following keywords were used: "pertussis" OR "*Bordetella pertussis*" AND "outbreak". The search was filtered for Title/Abstract and revealed 229 references. These were screened for relevance regarding the topic of this review and those found most useful for the purpose of this brief review are listed in the references. Further, relevant information regarding pertussis immunisation in health care workers was retrieved from the

* Correspondence to: Division of Infectious Diseases and Vaccines, University Children's Hospital (UKBB), PO Box, 4031 Basel, Switzerland. Tel.: +41 61 7042909; fax: +41 61 7041213.

*E-mail address:* Ulrich.Heininger@ukbb.ch

0264-410X/$ – see front matter © 2013 Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.vaccine.2013.10.062

U. Heininger / Vaccine 32 (2014) 4840–4843

4841

author's literature collection and specific Internet websites (Centers for Disease Control and Prevention, USA; Robert Koch-Institute, Germany; Health Protection Agency, United Kingdom, and others).

## 3. Results

### 3.1. The role of health care workers in the transmission of B. pertussis

It has long been known that health care workers can acquire *B. pertussis* infections within or outside of their professional environment and transmit it to their private or professional contacts, i.e. household members and colleagues or patients, respectively. Apparently, the risk appears to be highest for transmission from patients to health care workers in the paediatric setting [18], especially when pertussis or any other transmissible disease is not considered in the patient and no isolation precautions are made. Vice versa, transmission of *B. pertussis* from health care workers to patients is equally if not more troublesome, especially if neonates, young infants, or other high risk patients are involved [9,11,12,19].

### 3.2. Impact of pertussis in hospitals

Each single case of pertussis acquired in a health care setting, whether it affects a patient (nosocomial infection) or a health care worker, causes suffering and carries the risk of rapid local spread [9–13]. Not surprising, pertussis outbreaks in health care settings are resource intensive and frequently disruptive as affected health care workers have to be excluded from work for at least 5 days and infection control staff will be occupied [13–15]. Further, costly diagnostic testing and prophylactic antibiotics will be required [13,15].

With this background, preventive active pertussis immunisation for all health care workers not only appears logical from a medical and ethical (reducing the risk for nosocomial infections!) point of view but also beneficial from an economic perspective with a benefit-cost ratio of approximately 2.4 in one study [15]. It should be noted, however, that calculations of benefit-cost ratios will vary between different institutions as benefits in terms of prevention of pertussis are largely driven by the base-case incidence of pertussis in HCW whereas the costs of the vaccine are relatively similar in most countries.

### 3.3. Pertussis vaccination in health care workers

No monovalent pertussis vaccines are currently available. However, two diphtheria–tetanus–acellular pertussis component combination vaccines with reduced antigen content ("Tdap") compared to conventional high antigen content vaccines ("DTaP") for infants and young children are available in most countries for use from 4 years of age onwards without an upper age limit (at least in Europe). These vaccines have proven to be of acceptable tolerability and their safety profiles are not substantially different from tetanus–diphtheria toxoid ("Td") vaccines without the pertussis component and excellent immunogenicity [20–22]. Detailed characteristics of these vaccines have been published elsewhere [23,24]. The monovalent pertussis component of one of these two vaccines has been tested in the only pertussis vaccine efficacy trial in adults to date and was shown to be 92% efficacious [5]. However, as with many other vaccines, efficacy under real life conditions apparently is significantly lower than in efficacy trials and of limited duration [25]. In Australian high school students, pertussis vaccine efficacy was assessed after mass immunisation and found to be 78.0% (95% CI: 60.7–87.6%) for all reported pertussis cases ($n = 167$) and 85.4% (95% CI: 83.0–87.5%) for laboratory-confirmed cases [26]. Similarly, as assessed during a pertussis outbreak amongst US students, receipt of an adolescent Tdap booster dose had an effectiveness of 65.6% (95% CI: −35.8% to 91.3%) against confirmed and probable cases and 70.6% (95% CI: −110.3% to 95.9%) against laboratory confirmed cases [27]. Not unexpectedly, attack rates were highest in higher grade students (6–12) in whom the last vaccine dose (if given at all) was longer ago compared to lower grade students (1–5).

In accordance with respective national recommendations, not only health care workers themselves should be encouraged be immunized against pertussis but they should also ensure their private close contacts (especially household members) receive pertussis immunisations in a complete and timely fashion. This will provide indirect protection in addition to direct protection (= own immunisations) and thereby has the potential to reduce the likelihood of acquisition of *B. pertussis* and spread within the hospital.

### 3.4. Procedures in health care workers after exposure to pertussis in hospitals

Before the availability of pertussis component vaccines for adults, antibiotic prophylaxis was the only effective option for health care workers when exposed to pertussis in their private or professional environments. Exposure may be defined as close contact with someone with pertussis (index case) between onset of symptoms (catarrhal stage of pertussis) and the first 21 days of disease (considered the period of contagiousness) or until 5 days of effective antibiotic treatment in the index case [28], whatever comes first.

No vaccine is 100% efficacious and in the case of pertussis the most optimistic estimate is 92% [5]. Therefore, the question whether Tdap immunised health care workers should still receive additional antibiotic post-exposure prophylaxis is a valid one and controversial at the same time. There is only one published study which attempted to answer the question. In this study from the USA, 86 Tdap immunised health care workers were exposed to pertussis during a 30 month observation period and they were randomized to either receive antibiotic post-exposure prophylaxis with daily symptom monitoring for 21 days or symptom monitoring alone [29]. *B. pertussis* infection (!) occurred in 1 (2.4%) of 42 health care workers with antibiotics compared to 6 (13.6%) of 44 health care workers without antibiotic prophylaxis. Five infections were based on serological criteria only whereas 2 were diagnosed by a positive PCR. However, none of the 7 supposedly infected health care workers developed cough and the authors themselves raise doubts about the validity of their findings as asymptomatic *infections* do not have the same implications as pertussis *disease* would have.

Therefore, data regarding the optimal procedures in exposed and previously vaccinated health care workers are still inconclusive and recommendations in different countries vary. Swiss recommendations restrict antibiotic prophylaxis to exposed health care workers considered to be "susceptible" [30]. Susceptibility here is defined as the lack of microbiological proven *B. pertussis* infection and no pertussis vaccination in the previous 10 years. The obvious advantage of such a liberal recommendation is the incentive for immunised HCW to avoid a course of antibiotics and other restrictions that may go along with exposure in unimmunised individuals (e.g., exclusion from work) and this advantage may influence the willingness of health care workers to get immunised against pertussis before concrete exposure. It must be emphasized, however, that such a strategy must be accompanied by explicit education of these "non-susceptible", exposed individuals to immediately report any onset of respiratory symptoms suggestive of pertussis (rhinitis and or cough) during the potential incubation period which is up to 21 days after the last contact with the contagious index case. Onset of symptoms will prompt diagnostic tests (preferentially PCR for *B. pertussis* from a nasopharyngeal specimen), antibiotic treatment (e.g., azithromycin $1 \times 500$ mg on day 1, 250 mg once daily on days

4842                                    U. Heininger / Vaccine 32 (2014) 4840–4843

2–5), and exclusion from work until and including day 5 of antibiotic treatment or if tests for pertussis come back negative (and the further clinical course is not suggestive of pertussis). Agreeably, in high risk situations – pregnant health care workers in the 3rd trimenon, contact to infants <6 months of age in the household (where contact may be considered to be closer than in most health care settings), and individual considerations in the professional environment (e.g., intensity of contact to the index patient) – antibiotic prophylaxis should also be recommended to previously immunised exposed health care workers.

Similarly to the Swiss recommendation, the US Advisory Committee on Immunisation Practices (ACIP) recommends post-exposure antibiotic prophylaxis "for all HCP [=health care professionals] who have unprotected exposure to pertussis and are likely to expose a patient at risk for severe pertussis (e.g., hospitalized neonates and pregnant women)." For all other exposed health care workers the Committee gives the choice of daily monitoring with or without antibiotic prophylaxis [31]. In the United Kingdom, health care workers who were in contact with a case of pertussis and who have not received a booster dose of pertussis-containing vaccine more than 1 week and less than 5 years ago should be offered chemoprophylaxis and those who have not received a booster dose of pertussis-containing vaccine less than 5 years ago should also be offered a dose of pertussis vaccine [32]. There is some evidence that such a policy of post-exposure prophylaxis by active immunisation may have an effect for outbreak control as the antibody response is brisk with a response rate of 46–80% and 88–94% (depending on vaccine antigen) within 1 and 2 weeks of immunisation, respectively [33].

In general, health care workers who have been exposed to pertussis outside the hospital should report this to their occupational health officer and be monitored for the development of respiratory symptoms, in case of which laboratory confirmation of B. pertussis infection should be attempted and appropriate measures as outlined above be initiated. As soon as possible after exposure, those who have not received a dose of pertussis-containing vaccine in the preceding 5 years (or 10 years, depending on institutional or national recommendations) should be considered to receive a dose of pertussis vaccine on this occasion and still be monitored for the occurrence of pertussis thereafter. Health care workers should be informed and regularly reminded about the impact of exposure to pertussis.

## 4. Discussion

The prominent role of adults in the epidemiologic cycle of B. pertussis infections has been well characterized and consequently several countries have moved towards universal pertussis immunisation recommendation for adults in recent years [2–4]. In these countries, specific recommendations for health care workers may seem to be superfluous. However, for example, in Germany pertussis vaccination (Tdap) for adults in the general population is recommended on the occasion of the next scheduled diphtheria–tetanus (dT) combination vaccine which is to be administered every 10 years [34]. In contrast, for high risk individuals such as health care workers, Tdap is recommended after a minimal interval of 4 weeks after the last dose of a tetanus toxoid containing vaccine. This means that implementation of pertussis immunisation in the general adult population in Germany is spread over a period of 10 years whereas the great majority of individuals at increased risk for pertussis, such as health care workers, should be immunised immediately and only those few who just had a tetanus (or tetanus–diphtheria) vaccine for whatever reason should observe the 4 week interval. Of note, this recommended interval of 4 weeks between

last Td and Tdap is more or less arbitrary as there is no evidence that 2 injections of tetanus or diphtheria toxoid containing vaccines within a short period of time would lead to an increased risk for local or any other reactions [20]. Consequently, Tdap is recommended in US health care workers regardless of interval of the last Td containing vaccine [31].

Given the impact of the occurrence of pertussis within hospitals, it is a smart and rewarding goal for any health care institution to plan ahead and implement pertussis immunisation for their staff (primarily, but not necessarily restricted to those in regular contact with patients) as the most effective and practical measure to prevent circulation of B. pertussis in their facilities and thereby reduce the likelihood for pertussis outbreaks [16,17].

In a recent review on vaccination policies in health care workers by Maltezou and colleagues, only 9 (Austria, Belgium, Finland, France, Germany, Luxembourg, Norway, The Netherlands, and the United Kingdom) of 30 European countries including all 27 European Union member states at that time were found to have a national policy for pertussis immunisation for all or specifically defined health care personnel [16]. In the meantime, Greece, Poland, Spain and Switzerland have joined these nations with such recommendations and others are hoped to follow in the next few years.

Mandatory immunisation for health care workers has been introduced in some countries, mainly due to low compliance with recommended influenza vaccine, and this rigorous measure generally had immediate positive effects on coverage [35]. With regards to mandatory pertussis immunisation, experience is sparse, although the argument could be made that health care workers are a frequent source of transmission of B. pertussis [9–11]. Prospective studies would be required to assess the actual incidence of nosocomial pertussis in various health care settings and the proportion of patients infected by HCW, but the complexity of such studies is considerable.

Further, similar to influenza, acceptance of pertussis vaccine among health care workers is suboptimal. For example, Tdap vaccination coverage among health care workers in the US was 17.0% in 2009 compared to 6.6% in the total adult US population [36].

In most countries, however, besides ethical issues employers would face legal difficulties with the introduction of mandatory immunisation programmes. Therefore, local programmes based on education, conviction and common sense rather than mandatory pertussis immunisation should be the way to go in my view.

It is currently unknown, if and how frequently pertussis immunisation should be repeated in adults after a single vaccine dose. From antibody kinetic studies, a booster interval of 10 years appears to be appropriate [37,38] but clinical duration of protection may be significantly shorter [25]. Further long-term observational studies on the duration of protection after a single dose of pertussis immunization in adults will be needed.

## 5. Conclusions

As neither pertussis vaccines nor antibiotic prophylaxis are 100% effective, the highest possible compliance with prophylactic pertussis immunisation should be attempted in each hospital. In addition, permanent alertness for the occurrence of cases of pertussis within the hospital is mandatory to react timely and appropriately with the ultimate goal to limit spread of B. pertussis. With these measures, the risk for the occurrence of pertussis outbreaks which are endangering safety, are disruptive, and labour intensive can be reduced. Although far from perfect, currently available acellular pertussis vaccines are a cornerstone of health care workers' safety and also of patient safety by reducing their risk of

AR-04145

*U. Heininger / Vaccine 32 (2014) 4840–4843*

4843

exposure by HCW. Further studies to evaluate the effectiveness of pertussis immunization in HCW are welcome.

### Acknowledgment

*Conflict of interest*: U.H. has been a member of the Global Pertussis Initiative (funded by Sanofi Pasteur, USA) since 2001 and has received lecture fees from the following vaccine manufacturers: Baxter, GSK, Novartis, Pfizer, and Sanofi Pasteur MSD.

### References

[1] Cherry JD, Grimprel E, Guiso N, Heininger U, Mertsola J. Defining pertussis epidemiology: clinical, microbiologic and serologic perspectives. Pediatr Infect Dis J 2005;24:S25–34.

[2] Heininger U, Cherry JD. Pertussis immunisation in adolescents and adults – *Bordetella pertussis* epidemiology should guide vaccination recommendations. Expert Opin Biol Ther 2006;6:685–97.

[3] Zepp F, Heininger U, Mertsola J, Bernatowska E, Guiso N, Roord J, et al. Rationale for pertussis booster vaccination throughout life in Europe. Lancet Infect Dis 2011;11:557–70.

[4] Rothstein E, Edwards K. Health burden of pertussis in adolescents and adults. Pediatr Infect Dis J 2005;24:S44–7.

[5] Ward JI, Cherry JD, Chang SJ, Partridge S, Lee H, Treanor J, et al. Efficacy of an acellular pertussis vaccine among adolescents and adults. N Engl J Med 2005;353:1555–63.

[6] Lugauer S, Heininger U, Cherry JD, Stehr K. Long-term clinical effectiveness of an acellular pertussis component vaccine and a whole cell pertussis component vaccine. Eur J Pediatr 2002;161:142–6.

[7] Witt MA, Katz PH, Witt DJ. Unexpectedly limited durability of immunity following acellular pertussis vaccination in preadolescents in a North American outbreak. Clin Infect Dis 2012;54:1730–5.

[8] Wymann MN, Richard JL, Vidondo B, Heininger U. Prospective pertussis surveillance in Switzerland, 1991–2006. Vaccine 2011;29:2058–65.

[9] Alexander EM, Travis S, Booms C, Kaiser A, Fry NK, Harrison TG, et al. Pertussis outbreak on a neonatal unit: identification of a healthcare worker as the likely source. J Hosp Infect 2008;69:131–4.

[10] Bassinet L, Matrat M, Njamkepo E, Aberrane S, Housset B, Guiso N. Nosocomial pertussis outbreak among adult patients and healthcare workers. Infect Control Hosp Epidemiol 2004;25:995–7.

[11] Boulay BR, Murray CJ, Ptak J, Kirkland KB, Montero J, Talbot EA. An outbreak of pertussis in a hematology–oncology care unit: implications for adult vaccination policy. Infect Control Hosp Epidemiol 2006;27:92–5.

[12] Bryant KA, Humbaugh K, Brothers K, Wright J, Pascual FB, Moran J, et al. Measures to control an outbreak of pertussis in a neonatal intermediate care nursery after exposure to a healthcare worker. Infect Control Hosp Epidemiol 2006;27:541–5.

[13] Crameri S, Heininger U. Successful control of a pertussis outbreak in a university children's hospital. Int J Infect Dis 2008;12:e85–7.

[14] Ward A, Caro J, Bassinet L, Housset B, O'Brien JA, Guiso N. Health and economic consequences of an outbreak of pertussis among healthcare workers in a hospital in France. Infect Control Hosp Epidemiol 2005;26:288–92.

[15] Calugar A, Ortega-Sanchez IR, Tiwari T, Oakes L, Jahre JA, Murphy TV. Nosocomial pertussis: costs of an outbreak and benefits of vaccinating health care workers. Clin Infect Dis 2006;42:981–8.

[16] Maltezou HC, Wicker S, Borg M, Heininger U, Puro V, Theodoridou M, et al. Vaccination policies for health-care workers in acute health-care facilities in Europe. Vaccine 2011;29:9557–62.

[17] Eberhardt K, Burckhardt MA, Erb T, Heininger U. Implementation of pertussis immunization (dTap) for health-care workers in a University Children's Hospital in Switzerland. In: Abstract; 31st European Society for Paediatric Infectious Diseases (ESPID) Annual Meeting. 2013.

[18] Linnemann CC, Ramundo N, Perlstein PH, Minton SD, Englender GS, McCormick JB, et al. Use of pertussis vaccine in an epidemic involving hospital staff. Lancet 1975;1:540–4.

[19] Baugh V, McCarthy N. Outbreak of Bordetella pertussis among oncology nurse specialists. Occup Med (Lond) 2010;60:401–5.

[20] Beytout J, Launay O, Guiso N, Fiquet A, Baudin M, Richard P, et al. Safety of Tdap-IPV given 1 month after Td-IPV booster in healthy young adults: a placebo-controlled trial. Hum Vaccin 2009;5:315–21.

[21] Talbot EA, Brown KH, Kirkland KB, Baughman AL, Halperin SA, Broder KP. The safety of immunizing with tetanus-diphtheria-acellular pertussis vaccine (Tdap) less than 2 years following previous tetanus vaccination: experience during a mass vaccination campaign of healthcare personnel during a respiratory illness outbreak. Vaccine 2010;28:8001–7.

[22] Yih WK, Nordin JD, Kulldorff M, Lewis E, Lieu TA, Shi P, et al. An assessment of the safety of adolescent and adult tetanus–diphtheria–acellular pertussis (Tdap) vaccine, using active surveillance for adverse events in the Vaccine Safety Datalink. Vaccine 2009;27:4257–62.

[23] Frampton JE, Keating GM. Reduced-antigen, combined diphtheria, tetanus, and acellular pertussis vaccine (Boostrix): a review of its use as a single-dose booster immunization. BioDrugs 2006;20:371–89.

[24] Scott LJ. Tdap5 vaccine (Covaxis): a review of its use as a single-booster immunization for the prevention of tetanus, diphtheria, and pertussis in children (aged 4 years), adolescents, and adults. Bio Drugs 2010;24: 387–406.

[25] Baxter R, Bartlett J, Rowhani-Rahbar A, Fireman B, Klein NP. Effectiveness of pertussis vaccines for adolescents and adults: case–control study. BMJ 2013;347:f4249, http://dx.doi.org/10.1136/bmj.f4249.

[26] Rank C, Quinn HE, McIntyre PB. Pertussis vaccine effectiveness after mass immunization of high school students in Australia. Pediatr Infect Dis J 2009;28:152–3.

[27] Wei SC, Tatti K, Cushing K, Rosen J, Brown K, Cassiday P, et al. Effectiveness of adolescent and adult tetanus, reduced-dose diphtheria, and acellular pertussis vaccine against pertussis. Clin Infect Dis 2010;51:315–21.

[28] Hoppe JE. Comparison of erythromycin estolate and erythromycin ethylsuccinate for treatment of pertussis. The Erythromycin Study Group. Pediatr Infect Dis J 1992;11:189–93.

[29] Goins WP, Edwards KM, Vnencak-Jones CL, Rock MT, Swift M, Thayer V, et al. A comparison of 2 strategies to prevent infection following pertussis exposure in vaccinated healthcare personnel. Clin Infect Dis 2012;54: 938–45.

[30] Bundesamt für Gesundheit. Massnahmen zur Verhinderung und Bekämpfung von Pertussis-Ausbrüchen in Gesundheits- und Kinderbetreuungseinrichtungen zum Schutz von Säuglingen jünger als 6 Monate. BAG Bulletin 13/2011 http://www.bag.admin.ch/dokumentation/publikationen/01435/13591/index.html?lang=de [accessed 27.05.13].

[31] Advisory Committee on Immunization Practices; Centers for Disease Control and Prevention (CDC). Immunization of health-care personnel: recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recomm Rep 2011;60(RR-7):1–45.

[32] Health Protection Agency. Public Health Management of Pertussis. HPA Guidelines for the Public Health Management of Pertussis Incidents in Healthcare Settings; 2012. http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1317136713302 [accessed 27.05.13].

[33] Kirkland KB, Talbot EA, Decker MD, Edwards KM. Kinetics of pertussis immune responses to tetanus–diphtheria–acellular pertussis vaccine in health care personnel: implications for outbreak control. Clin Infect Dis 2009;49:584–7.

[34] The German Standing Committee on Vaccination Recommendations (STIKO); 2013. http://www.rki.de/EN/Content/Prevention/Vaccination/Vaccination.node.html [accessed 27.05.13].

[35] Babcock HM, Gemeinhart N, Jones M, Dunagan WC, Woeltje KF. Mandatory influenza vaccination of health care workers: translating policy to practice. Clin Infect Dis 2010;50:459–64.

[36] Centers for Disease Control and Prevention. Updated Tdap Vaccination Coverage Rates. 2009 Adult vaccination coverage, National Interview Survey; 2013. Available at http://www.cdc.gov/vaccines/stats-surv/nhis/downloads/tdap-tables-mmwr-NHIS-2009.xlsx [accessed 27.05.13].

[37] Bailleux F, Coudeville L, Kolenc-Saban A, Bevilacqua J, Barreto L, André P. Predicted long-term persistence of pertussis antibodies in adolescents after an adolescent and adult formulation combined tetanus, diphtheria, and 5-component acellular pertussis vaccine, based on mathematical modeling and 5-year observed data. Vaccine 2008;26:3903–8.

[38] Mertsola J, Van Der Meeren O, He Q, Linko-Parvinen A, Ramakrishnan G, Mannermaa L, et al. Decennial administration of a reduced antigen content diphtheria and tetanus toxoids and acellular pertussis vaccine in young adults. Clin Infect Dis 2010;51:656–62.

AR-04146

# Vaccination of Health Care Workers to Protect Patients at Increased Risk for Acute Respiratory Disease

Gayle P. Dolan, Rebecca C. Harris, Mandy Clarkson, Rachel Sokal, Gemma Morgan, Mitsuru Mukaigawara, Hiroshi Horiuchi, Rachel Hale, Laura Stormont, Laura Béchard-Evans, Yi-Sheng Chao, Sergey Eremin, Sara Martins, John S. Tam, Javier Peñalver, Arina Zanuzadana, and Jonathan S. Nguyen-Van-Tam

## *Medscape* EDUCATION **ACTIVITY**

Medscape, LLC is pleased to provide online continuing medical education (CME) for this journal article, allowing clinicians the opportunity to earn CME credit.

This activity has been planned and implemented in accordance with the Essential Areas and policies of the Accreditation Council for Continuing Medical Education through the joint sponsorship of Medscape, LLC and Emerging Infectious Diseases. Medscape, LLC is accredited by the ACCME to provide continuing medical education for physicians.

Medscape, LLC designates this Journal-based CME activity for a maximum of 1 *AMA PRA Category 1 Credit(s)*[TM]. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

All other clinicians completing this activity will be issued a certificate of participation. To participate in this journal CME activity: (1) review the learning objectives and author disclosures; (2) study the education content; (3) take the post-test with a 70% minimum passing score and complete the evaluation at **www.medscape.org/journal/eid**; (4) view/print certificate.

**Release date: July 9, 2012; Expiration date: July 9, 2013**

**Learning Objectives**

Upon completion of this activity, participants will be able to:

- Assess the impact of influenza infection among health care workers
- Analyze the methodology of research into vaccination of health care workers
- Evaluate the effects of health care worker vaccination on rates of influenza infection among patients
- Distinguish other patient-related outcomes of health care worker vaccination programs

**CME Editor**
**Karen L. Foster,** Technical Writer/Editor, *Emerging Infectious Diseases. Disclosure: Karen L. Foster has disclosed no relevant financial relationships.*

**CME Author**
**Charles P. Vega, MD,** Health Sciences Clinical Professor; Residency Director, Department of Family Medicine, University of California, Irvine. *Disclosure: Charles P. Vega, MD, has disclosed no relevant financial relationships.*

**Authors**
*Disclosures:* **Gayle P. Dolan, MBChB; Mandy Clarkson; Rachel Sokal; Gemma Morgan; Mitsuru Mukaigawara; Hiroshi Horiuchi, DDS, PhD; Rachel Hale; Laura Stormont; Laura Béchard-Evans; Sergey Eremin, MD, PhD; Sara Martins; John S. Tam; Javier Peñalver, MD;** *and* **Arina Zanuzadana** *have disclosed no relevant financial relationships.* **Rebecca C. Harris, MD,** *has disclosed the following relevant financial relationships: served as an advisor or consultant for GlaxoSmithKline Biologicals, which began after major contributions to manuscript.* **Yi-Sheng Chao** *has disclosed the following relevant financial relationships: served as a consultant for Gere Biotechnology Ltd., Co., to review biomedical studies.* **Jonathan S. Nguyen-Van-Tam, MD, PhD,** *has disclosed the following relevant financial relationships: served as an advisor or consultant for F. Hoffman-LaRoche, Baxter AG, GlaxoSmithKline, and AstraZeneca, for which out of pocket travel expenses were reimbursed; currently in receipt of research funding from F. Hoffmann-La Roche, GlaxoSmithKline, and AstraZeneca.*

Author affiliations: University of Nottingham, Nottingham, UK (G.P. Dolan, R. Hale, J.S. Nguyen-Van-Tam); World Health Organization, Geneva, Switzerland (R.C. Harris, M. Mukaigawara, L. Stormont, L. Béchard-Evans, Y.-S. Chao, S. Eremin, S. Martins, J.S. Tam, J. Peñalver); National Health Service Derbyshire County, Chesterfield, UK (M. Clarkson, R. Sokal); Health Protection Agency South West, Gloucester, UK (G. Morgan); Tokyo Medical Dental University, Tokyo, Japan (H. Horiuchi); and University of Bielefeld, Bielefeld, Germany (A. Zanuzadana)

DOI: http://dx.doi.org/10.3201/eid1808.111355

AR-04147

SYNOPSIS

Health care workers (HCWs) may transmit respiratory infection to patients. We assessed evidence for the effectiveness of vaccinating HCWs to provide indirect protection for patients at risk for severe or complicated disease after acute respiratory infection. We searched electronic health care databases and sources of gray literature by using a predefined strategy. Risk for bias was assessed by using validated tools, and results were synthesized by using a narrative approach. Seventeen of the 12,352 identified citations met the full inclusion criteria, and 3 additional articles were identified from reference or citation tracking. All considered influenza vaccination of HCWs, and most were conducted in long-term residential care settings. Consistency in the direction of effect was observed across several different outcome measures, suggesting a likely protective effect for patients in residential care settings. However, evidence was insufficient for us to confidently extrapolate this to other at-risk patient groups.

Respiratory disease is a leading cause of deaths worldwide, and influenza and pneumococcal infections are major contributors. Certain groups, such as persons ≥65 years of age or with chronic underlying health problems (1) are particularly vulnerable to severe respiratory disease and have poorer outcomes after infection than does the general population. These persons are likely to be frequent users of health care facilities, and outbreaks have been described in a range of high-risk environments, including acute care (2,3), pulmonary (4), and infectious diseases wards (5); organ transplant departments (6); children's wards (7,8); neonatal intensive care units (9); and nursing homes (10,11). Severe respiratory infections often occur despite high vaccine coverage rates among patients, suggesting that seroconversion is suboptimal (10). Although the origin of infection often is difficult to establish, evidence from some outbreaks (5,7,10–14) suggests that transmission from HCWs to patients is likely.

It is estimated from previous influenza seasons that ≈20% of HCWs have evidence of infection (15), although not necessarily acquired in the workplace. Young healthy adults often have asymptomatic infection, and ≈28%–59% might experience subclinical infection (15). Many persons with mild or subclinical illness continue to work while infectious, and even when illness is recognized, virus might be shed before symptom onset. In a randomized controlled trial among health care professionals, Wilde et al. demonstrated that influenza vaccine was 88% efficacious for reducing serologically confirmed influenza A infection and 89% efficacious for reducing serologically confirmed influenza B infection (16). Therefore, vaccination of HCWs has been widely recommended to provide direct protection for themselves and indirect protection for their patients (1,17).

Despite efforts to encourage influenza vaccination of HCWs, coverage has been historically poor. Recently, ethical arguments for mandatory influenza vaccination have been raised that focus not only on the direct and indirect benefits to staff and patient health but also on the economic consequences. Burls et al. (18) suggested that at a cost of £51–£405 (US$85–$675) per life-year saved, mandatory vaccination is likely to be cost-effective. However, evidence for the effectiveness of vaccinating HCWs for protecting vulnerable patients is limited.

Two recent systematic reviews considered the evidence for indirect protection of vulnerable patient groups after staff influenza vaccination (18,19). They suggest that vaccination of HCWs might be effective for reducing death and influenza-like illness (ILI) among elderly residents, but we are unaware of comparable data related to other at-risk groups. We aimed to identify and assess further evidence for the effect of vaccinating HCWs on patient groups most vulnerable to severe or complicated respiratory illness.

## Methods

The full study protocol is registered with the UK National Institute for Health Research International Prospective Register of Systematic Reviews (www.crd.york.ac.uk/PROSPERO [registration no. CRD420111092]). We searched several electronic health care databases, sources of evidence-based reviews, guidelines, and gray literature in accordance with the specifications of each database (Figure). In addition, we contacted domain experts and vaccine manufacturers to identify unpublished data and undertook citation and reference tracking for all included papers. Thesaurus-indexed and free text terms were defined for the population, intervention, and outcome parameters; peer reviewed; and adapted as necessary for each search engine.

Eligibility criteria were defined a priori as follows:

- Types of study: any experiment, observational study, or systematic review reporting on the effectiveness of vaccination (including influenza or pneumococcal vaccines) of HCWs for protecting patients at higher risk for severe or complicated respiratory infection.

- Types of participants: persons at higher risk for severe or complicated illness as a result of acute respiratory infection (as defined in World Health Organization [1] and Advisory Committee on Immunization Practices guidance [17]), who have received or are receiving care from an HCW.

- Types of intervention: influenza or pneumococcal vaccination of any worker providing medical, nursing, social, or personal health care (because no uniformly accepted definition of an HCW exists, it

AR-04148

was defined by the peer-reviewed terms specified in the search strategy).

- Types of outcome measure: cases or consultations, death or hospitalization for acute respiratory disease, influenza, ILI, or pneumococcal disease.

Published and unpublished reports from any year that were written in Chinese, English, French, Japanese, Portuguese, Russian, or Spanish were considered. A 3-stage process was used to assess eligibility in inclusion screening first by title, then abstract, and then full text. Two reviewers undertook this in parallel for stages 1 and 2 and independently for stage 3. Consensus was reached by discussion; when reviewers disagreed, a third reviewer was consulted for a final decision. Where multiple reports were identified for the same piece of original research, the most recent peer-reviewed source was selected.

Two reviewers independently extracted data from each included, by using a predefined, piloted template. The risk for bias was assessed by using the Cochrane Collaboration tool (*20*) for experimental and prospective cohort studies, the Downs and Black tool (*21*) for other observational studies, and the US Agency for Healthcare Research and Quality (*22*) domain and element-based evaluation instrument for systematic reviews. Again, consensus was reached by discussion, with engagement of a third reviewer as necessary. No additional information was sought from corresponding authors. Data were synthesized qualitatively by using a narrative approach in accordance with the framework described by the Economic and Social Research Council and recommended by the University of York Centre for Reviews and Dissemination (*23*).

## Results

### Study Selection

We identified 12,352 citations (Figure): 10,713 from health care databases and the remainder from additional sources. Seventeen studies met the inclusion criteria at the full text stage; 3 others were identified from citation or reference tracking. Of these, 14 were primary research articles; 4 were cluster randomized controlled trials (RCTs), and 10 were observational studies. Four of the remaining 6 articles were different versions of a report relating to 1 systematic review, and the other 2 were different versions of a report relating to a second systematic review. One of these systematic reviews (*18*) provided a qualitative analysis of 2 of the earliest cluster RCTs (*24,25*), and the other (*19*) provided a quantitative meta-analysis of all 4 cluster RCTs (*24–27*) and 1 additional observational study (*28*). We used the most recent and detailed version of each review published in a peer-reviewed source in this study.

All of the primary studies considered influenza vaccination of HCWs (online Appendix Table 1, wwwnc.cdc.gov/EID/article/18/8/11-1355-TA1.htm); therefore, we



Figure. Study selection for a review of the vaccination of health care workers to protect patients at risk for acute respiratory disease.

AR-04149

SYNOPSIS



Table 1. Risk for bias assessed by using the Cochrane Collaboration tool in a review of the vaccination of health care workers to protect patients at risk for acute respiratory disease*

*Black shading, low risk of bias; light gray shading, uncertain risk of bias; dark gray shading, high risk of bias; blank cells, no secondary outcome measure reported.

discarded our planned subanalysis relating to pneumococcal vaccination. Only 4 studies (24–26,29) defined HCW, even though this definition is likely to affect the probability of transmission and therefore the magnitude of observed effects. Where reported, vaccination among staff ranged from ≈35% to 70% in the intervention arm and from none to 32% in the control arm of experimental studies and from 12% to 90% in observational studies. Eleven of the primary research studies were conducted in long-term care facilities; the remainder were conducted in renal dialysis facilities (30), a pediatric hospital (31), and an adult oncology hospital (32) (1 study each). Where reported, vaccination coverage among patient populations ranged from 0% to ≈90%, and few studies considered additional infection control practices, such as hand washing, duration of contact, or use of face masks, which vary and again influence the propensity for transmission.

### Risk for Bias

#### Cochrane Collaboration Tool

Concerns arose largely from the lack of blinding of participants or study personnel (Table 1). Although the effect was likely to be minimal with regard to the primary outcome for all 4 RCTs (all-cause mortality), it might have resulted in underestimation or overestimation of additional, more subjective, outcome measures, such as incidence of ILI.

All studies, except for that by Lemaitre et al. (26), were judged to be at some further risk for bias. This included

selection bias (inadequate description of selection criteria [24,25,33] or sequence allocation [25,28,33]), performance bias (lack of detail about allocation concealment [25,26]), and measurement bias (no clearly defined outcome measure [28]).

#### Downs and Black Tool

The Downs and Black tool (Table 2) considers 5 assessment domains, but because most observational studies identified were primarily descriptive, we excluded the power domain in this review. Scores ranged from 3/27 (34) to 10/27 (29,30,35), with higher scores representing lower risk for bias. None of the studies provided sufficient detail about the patient population, and only 1 (29) described principal confounders. Other concerns about reporting related to lack of detail of study objectives (29,32,34), a priori definition of outcome measures (32,34–37) or those lost to follow up (35), failure to provide sufficient detail of statistical analysis (29,30,34–37), lack of randomization or blinding, and failure to adjust outcome measures.

#### Agency for Healthcare Research and Quality Tool

We assessed the 2 identified systematic reviews (18,19) by using the Agency for Healthcare Research and Quality tool (22). Both appeared to be at a comparatively low risk for bias, providing a clearly defined research question, search strategy, inclusion and exclusion criteria, and description of outcomes. However, details were lacking about blinding of reviewers to authorship and measurement

Table 2. Risk for bias by using the Downs and Black tool in a review of the vaccination of health care workers to protect patients at risk for acute respiratory disease

| Study | Reporting (11) | Type of score (maximum score)* | | | Total (27) |
|---|---|---|---|---|---|
| | | External validity (3) | Internal validity, bias (7) | Internal validity, confounding (6) | |
| Ando et al. (30) | 5 | 2 | 2 | 1 | 10 |
| Shugarman et al. (35) | 6 | 0 | 1 | 3 | 10 |
| Kanaoka et al. (29) | 5 | 1 | 3 | 1 | 10 |
| Monto et al. (36) | 5 | 0 | 2 | 2 | 9 |
| Weinstock et al. (32) | 4 | 0 | 4 | 1 | 9 |
| Stevenson et al. (37) | 4 | 1 | 2 | 1 | 8 |
| Munford et al. (34) | 2 | 0 | 0 | 1 | 3 |

*Maximum score indicates lowest risk of bias for each domain.

AR-04150

Table 3. Cases of and consultations for acute respiratory disease in a review of the vaccination of health care workers to protect patients at risk for acute respiratory disease*

| Outcome measure (study) | Study design | Method of assessment | Measure of effect in patient population | Effect estimate (95% CI) |
|---|---|---|---|---|
| Clinically defined episodes of viral illness (Potter et al. [25]) | Cluster RCT | Not defined. No. episodes recorded by study nurses. | OR, nonvaccinated and vaccinated patients | **0.64 (0.48–0.87)** |
| | | | OR, vaccinated patients | **0.40 (0.26–0.62)** |
| | | | OR, nonvaccinated patients | 0.98 (0.65–1.48) |
| Lower respiratory tract infection | | | | |
| Potter et al. (25) | Cluster RCT | Defined as 1) pulmonary crackles, wheeze, or tachypnea plus temperature >37.0°C or leukocyte count >10 × 10⁹/L or 2) a positive sputum culture. No. episodes recorded by study nurses. | OR, nonvaccinated and vaccinated patients | 0.69 (0.40–1.19) |
| | | | OR, vaccinated patients | 0.59 (0.25–1.38) |
| | | | OR, nonvaccinated patients | 0.77 (0.38–1.57) |
| Thomas et al. (19) | Pooled data | | OR, adjusted for clustering | 0.71 (0.29–1.71)† |

*RCT, randomized controlled trial; OR, odds ratio. **Boldface** indicates statistical significance.
†p = 0.44. p value not reported for other categories.

of agreement in extracting data, which might have resulted in measurement bias.

**Synthesis of Results**

### Cases or Consultations for Acute Respiratory Disease

One RCT reported data (*25*) for 2 measures of consultation for respiratory disease; episodes of lower respiratory tract infection and suspected viral illness (Table 3). In addition, the estimate for lower respiratory tract infection was adjusted for clustering by Thomas et al. (*19*). Both measures demonstrated reduced odds, and results were significant for suspected viral illness when vaccinated and nonvaccinated patients were considered together.

The study by Potter et al. (*25*) was considered to be at a higher risk for bias than the other RCTs identified; thus, the strength of evidence for these outcomes is questionable. In addition, the measures considered are nonspecific, and the observed effects cannot necessarily be attributed to reduced influenza infection. Nasopharyngeal samples were taken

from a subset of patients within 48 hours after symptoms developed; no samples were positive for influenza on immunofluorescence assay.

### Cases or Consultations for Influenza or ILI

Data were reported in 13 studies for 5 outcome measures of influenza/ILI (online Appendix Table 2, wwwnc.cdc.gov/EID/article/18/8/11-1355-TA2.htm; Table 4).

Three RCTs (*25–27*) measured cases of ILI, and these data were pooled by Thomas et al. (*19*) to demonstrate a statistically significant reduction in odds. Two observational studies (*28,33*) also measured cases of clinically defined ILI, demonstrating statistically significant reductions in risk, although the threshold of staff vaccination coverage used to categorize facilities in these studies varied (Oshitani [*28*] considering facilities where more or fewer than 10 staff were vaccinated, and Saito [*33*] comparing facilities with ≤40%, 40%–59%, and ≥60% coverage among staff). A third observational study (*29*) reported no correlation between

Table 4. Clinically defined outbreaks and clusters of ILI in a review of the vaccination of health care workers to protect patients at risk for acute respiratory disease*

| Study | Study design | Method of assessment | Measure of effect in patient population | Effect estimate (95% CI) |
|---|---|---|---|---|
| Oshitani et al. (28) | Prospective cohort | Defined as ILI >10% of total resident population. Mandatory reporting by survey. | OR, unadjusted facilities with ≥10 staff members vaccinated vs. those with <10 staff members vaccinated | 0.30 (0.09–0.69)† |
| Stevenson et al. (37) | Cross-sectional | No definition provided. Reporting by survey. | $\chi^2$ test for trend; logistic regression | $\chi^2$ p = 0.03; logistic regression p = 0.08 |
| Shugarman et al. (35) | Cross-sectional | Defined as ≥3 residents within a 72-h period with influenza-like symptoms, sudden onset of fever, or "feverishness" and ≥1 of the following respiratory symptoms; sore throat, runny nose, cough, or nasal congestion. Reporting by survey. | OR, facilities with staff vaccination coverage >55% and patient vaccination coverage >89%, vs. those with lower coverage | **0.39 (0.17–0.87)†** |

*ILI, influenza-like illness; OR, odds ratio. **Boldface** indicates statistical significance.
†p value not reported.

staff vaccination coverage and cases of influenza in patients, although the relative change in vaccination coverage (79%–91%) was small and thus any difference in the number of cases was probably difficult to detect. The magnitude of reported effects varied, most notably by influenza season in the study of Hayward et al. (*27*), and with patient vaccination status in the study of Potter et al. (*25*).

One study measured general practitioners consultations for ILI (*27*). An inconsistent effect was demonstrated across different periods of influenza activity, but pooled data suggested an overall statistically significant reduction in the odds of consultation after vaccination of HCWs.

Three observational studies (*28,35,37*) demonstrated a statistically significant protective effect of staff vaccination against clinically defined outbreaks of ILI in patients (Table 4). The thresholds used to categorize facilities on the basis of staff vaccination coverage again varied among studies, and these data were considered to be at relatively high risk for bias.

Measures of laboratory-confirmed infection (online Appendix Table 3, wwwnc.cdc.gov/EID/article/18/8/11-1355-TA3.htm) were less frequently reported and generally based on small samples of data at high risk for bias. Five studies measured laboratory-diagnosed influenza (*24,25,31,32,36*), although 1 reported no statistical analysis (*25*). Different methods of defining laboratory confirmation

were used (online Appendix Table 3). Thomas et al. (*19*) pooled data from the 2 RCTs (*24,25*) to demonstrate a small nonsignificant protective effect. This result is supported by evidence from 2 additional observational studies (*31,32*), which indicated a statistically significant reduction in the proportion of laboratory-confirmed cases of nosocomial influenza among inpatient pediatric and oncology patients after implementation of vaccination campaigns. In addition, Monto et al. (*36*) measured outbreaks of laboratory-diagnosed influenza, and this study was the only study not to demonstrate a protective effect of vaccinating HCWs. The authors reported a higher, but nonsignificant, median vaccination coverage among staff in homes experiencing outbreaks.

### Deaths from Respiratory Infection, ILI, or Acute or Respiratory Disease or Its Complications

Evidence for 5 measures of death was identified (Table 5). All 4 RCTs (*24–27*) considered all-cause death as their primary objective, providing the strongest evidence on the basis of study design. Although not defined a priori as an outcome of interest for this review, data were therefore extracted. These were pooled by Thomas et al. (*19*) to demonstrate a statistically significant protective effect.

Although at higher risk for bias, supporting data were provided for 4 more-specific measures. Thomas et al. (*19*) pooled data from 2 RCTs, 1 measuring deaths after

Table 5. Measures of death in a review of the vaccination of health care workers to protect patients at risk for acute respiratory disease*

| Outcome measure and study | Study design | Method of assessment | Measure of effect in patient population | Effect estimate (95% CI), p value |
|---|---|---|---|---|
| **All-cause mortality** | | | | |
| Potter et al. (*25*) | Cluster RCT | Death certificate | OR, vaccinated and nonvaccinated patients | **0.56 (0.40–0.80)†** |
| | | | OR, vaccinated patients | **0.57 (0.35–0.91)†** |
| | | | OR, nonvaccinated patients | **0.56 (0.34–0.94)†** |
| Carman et al. (*24*) | Cluster RCT | Not stated | OR | 0.62 (0.36–1.04), p = 0.092 |
| Hayward et al. (*27*) | Cluster RCT | Reporting by lead nurse | Rate difference, epidemic period 1 | **−0.05 (−0.07 to −0.02)**, p = 0.002 |
| | | | Rate difference, epidemic period 2 | −0.01 (−0.04 to 0.02), p = 0.49 |
| | | | Rate difference, nonepidemic period 1 | 0.00 (−0.03 to 0.03), p = 0.93 |
| | | | Rate difference, nonepidemic period 2 | 0.01 (−0.03 to 0.04), p = 0.70 |
| Lemaitre et al. (*26*) | Cluster RCT | Not stated | OR | 0.86 (0.72–1.02), p = 0.08 |
| Thomas et al. (*19*) | Pooled data | | OR, adjusted for clustering | **0.68 (0.55–0.84)**, p<0.001 |
| Respiratory deaths: Lemaitre et al. (*26*) | Cluster RCT | Reporting by study nurses | OR | 1.55 (0.59–4.10), p = 0.38 |
| **Pneumonia-associated deaths** | | | | |
| Potter et al. (*25*) | Cluster RCT | Reporting by lead nurse | OR, vaccinated and nonvaccinated patients | **0.60 (0.37–0.97)†** |
| | | | OR, vaccinated patients | 0.56 (0.28–1.13)† |
| | | | OR, nonvaccinated patients | 0.64 (0.33–1.23)† |
| Thomas et al. (*19*) | Pooled data | | Risk ratio, adjusted for clustering | 0.87 (0.47–1.64), p = 0.67 |
| **Death with influenza-like illness** | | | | |
| Hayward et al. (*27*) | Cluster RCT | Reporting by lead nurse | Rate difference, epidemic period 1 | −0.01 (−0.02 to 0.01), p = 0.24 |
| | | | Rate difference, epidemic period 2 | −0.01 (−0.03 to 0.00), p = 0.08 |
| | | | Rate difference, nonepidemic period 1 | −0.01 (−0.04 to 0.02), p = 0.59 |
| | | | Rate difference, nonepidemic period 2 | 0.01 (−0.01 to 0.02), p = 0.35 |
| Thomas et al. (*19*) | Pooled data | | OR, adjusted for clustering | 0.72 (0.31–1.70), p = 0.45 |
| Laboratory-diagnosed influenza at death: Carman et al. (*24*) | Cluster RCT | Nasal swab within 12 h before death | Difference in proportions, influenza positive at death | 20%, p = 0.055 |

*RCT, randomized controlled trial; OR, odds ratio. **Boldface** indicates statistical significance. Shaded fields represent pooled data.
†p value not reported.

AR-04152

Table 6. Measures of hospitalization in a review of the vaccination of health care workers to protect patients at risk for acute respiratory disease*

| Outcome measure and study | Study design | Method of assessment | Measure of effect in patient population | Effect estimate (95% CI) |
|---|---|---|---|---|
| Hospitalization | | | | |
| Hayward et al. (27) | Cluster RCT | Reporting by lead nurse | Rate difference, epidemic period 1 | −0.02 (−0.05 to 0.02), p = 0.35 |
| | | | Rate difference, epidemic period 2 | 0.00 (−0.03 to 0.04), p = 0.84 |
| | | | Rate difference, nonepidemic period 1 | 0.00 (−0.04 to 0.03), p = 0.80 |
| | | | Rate difference, nonepidemic period 2 | 0.00 (−0.03 to 0.03), p = 0.86 |
| Lemaitre et al. (26) | Cluster RCT | Not stated | OR | 1.03 (0.76−1.40), p = 0.85 |
| Thomas et al. (19) | Pooled data | | OR, adjusted for clustering | 0.90 (0.66 to 1.21), p = 0.47 |
| Hospitalization for respiratory causes: | Cluster RCT | Not stated | OR | 1.01 (0.43−2.34), p = 0.98 |
| Lemaitre et al. (26) | | | | |
| Admissions to hospital with influenza-like illness: | Cluster RCT | Reporting by lead nurse | Rate difference, epidemic period 1 | −0.02 (−0.03 to 0.00), p = 0.009 |
| Hayward et al. (27) | | | Rate difference, epidemic period 2 | 0.00 (−0.02 to 0.02), p = 0.99 |
| | | | Rate difference, nonepidemic period 1 | −0.01 (−0.02 to 0.01), p = 0.32 |
| | | | Rate difference, nonepidemic period 2 | 0.01 (0.00−0.02), p = 0.31 |

*RCT, randomized controlled trial; OR, odds ratio. **Boldface** indicates statistical significance. Shading indicates pooled data.

pneumonia (25), the other measuring respiratory deaths (26), and demonstrated a small nonsignificant protective effect. However, the validity of this pooled analysis was questionable because how these outcomes were defined was not clear. Nonsignificant reductions in risk also were observed for laboratory-diagnosed influenza at death (24) and death after ILI (27). Again, the direction of the observed effects was largely consistent with other measures, providing further support for a hypothesis of indirect protection.

**Admission to a Health Care Facility or Any Other Suggestion of Impact**

Hospitalization was measured in 2 RCTs (26,27), pooled data suggesting a small, nonsignificant effect (Table 6). One RCT also measured hospitalization for respiratory causes (26) and 1 admission to hospital with ILI (27), although neither demonstrated any apparent effect. This result is particularly noteworthy given the observed decrease in deaths and might reflect health-seeking behaviors.

**Discussion**

Evidence is limited for the effectiveness of vaccination of HCWs for protecting patients at higher risk for severe or complicated respiratory illness. Despite the broad question posed, extensive searching, and large number of resultant hits, our search resulted in a low yield of studies, all of which focused on influenza with no consideration for pneumococcal infection. This finding is perhaps not surprising because pneumococcal vaccination is not routinely recommended for HCWs and little, if any, evidence exists of nosocomial spread. A consistent direction of effect was observed across multiple outcome measures, with virtually all studies noting a trend toward a protective effect of vaccinating HCWs. This consistency adds to the degree of confidence in interpreting our

overall findings. Given that most studies were carried out in long-term care facilities, we conclude that vaccination of HCWs against influenza is likely to offer protection for this patient group. However, future reviews that specifically examine the effect of vaccinating other outpatient providers, such as home HCWs and hospital staff in acute care, short-stay settings, would clearly be of value. These findings are more difficult to extrapolate to other at-risk groups, although some, albeit limited, evidence was identified from other settings to suggest a similar effect.

The results of all 4 RCTs (24–27) and 1 of the observational studies identified (28) previously had been pooled in a quantitative meta-analysis (19). The authors of this analysis concluded that evidence is lacking that vaccinating HCWs prevents influenza infection in elderly patients because the apparent benefits were confined to nonspecific outcome measures. We considered additional observational data that demonstrate consistency in the direction of the observed effects across specific and nonspecific outcome measures. Although the strength of evidence for more-specific measures is generally much weaker, these findings add greater weight to the hypothesis of a potential protective effect.

The recent position statement by the Society for Healthcare Epidemiology of America (38) suggests that further studies are not needed because the biological rationale for vaccination does not vary by practice setting. However, effect size might vary considerably because of patient characteristics and care patterns (staff deployment and duration of inpatient stay), and further evidence is needed among the most at-risk groups where benefits are probably greatest, to enable prioritization of resources, particularly where vaccine shortages or resource limitations might exist.

Previous authors have suggested that vaccination of HCWs might enable development of herd immunity.

AR-04153

SYNOPSIS

Realistically, herd immunity is difficult to achieve in health care settings, especially acute care short-stay settings, because of patient admissions and discharges, visitors, and staff turnover. That said, herd immunity might not be necessary to benefit patients; modeling studies (*39*) suggest a direct association between coverage and attack rates. Such studies (*39*) also suggest variation in the potential for transmission of infection by different staff groups, which should be explored in further detail.

This field of research has some inherent problems. These difficulties result in part from the difficulty of isolating the effect of HCW vaccination, disentangling it from other factors that might influence patient outcomes, such as patient vaccination (as demonstrated by Potter et al. [*25*]) and background influenza activity (as demonstrated by Hayward et al. [*27*]). Staff vaccination itself might be linked to additional confounding variables, such as organizational culture and professional beliefs. In fact, such confounding might explain the difference in findings between the work of Monto (*36*) and the other authors. Prospective collection of information relating to relevant transmission factors and infection control measures that were largely overlooked by the studies in this review should be used to enable appropriate adjustment in future studies. Furthermore, the most appropriate outcome measures are difficult to define because not all persons with laboratory-confirmed infection have symptoms of illness and vice versa. Future studies thus need to demonstrate consistent effects for a range of clearly defined outcomes by using valid measures across several different influenza seasons, with sufficient power to detect true underlying effects.

The findings of our review are subject to several limitations. Because 11 of the 14 primary research articles considered outcomes in long-term care facilities, generalizability to other at-risk groups is limited. In addition, we did not attempt to contact authors of original studies, and the conclusions drawn are limited by the reported detail. Although the number of reviewers was limited as far as possible, some inconsistency might have occurred in the selection, extraction, and assessment of data introducing potential bias, particularly where the opportunity for subjective judgment existed. We attempted to minimize inconsistency by using several standard assessment tools, but their use was limited by lack of information where components were not conducted because of the nature of the study design. Meta-analysis of the 4 RCTs identified had already been conducted, and although we identified additional observational data, the observed heterogeneity limited any further quantitative analysis.

Some wider possible effects of HCW vaccination, such as reduction in absenteeism because of illness, are beyond the scope of this review. Ethically, autonomy needs to be balanced with nonmaleficence, and this need must be addressed when policy decisions about vaccination are considered. Anikeeva et al. (*40*) reported that in a review of 15 studies focusing on the reasons staff accept influenza vaccine, self-protection was the most important. However, patient protection also was perceived as important, particularly among HCWs in settings with higher risk patients (*40*). Nevertheless, HCWs would be justified in claiming that the current evidence base is not especially strong and heavily weighted toward the benefits to patients receiving care in long-term care facilities, although limited evidence would not necessarily legitimize nonacceptance.

The existing evidence base is sufficient to sustain current recommendations for vaccinating HCWs on the grounds that some protection of high-risk patients against influenza seems likely. However, vaccination should be considered 1 element of a broad package of infection prevention and control measures, such as good hand and respiratory hygiene, environmental cleaning, protection against respiratory droplets, and cohorted care during outbreaks. Well-designed studies that strengthen the evidence base might increase compliance with guidelines, resulting in improved coverage.

### Acknowledgments

We thank Charles Penn, John Conly, Charles Beck, Bruce McKenzie, Andrew Hayward, John Watson, Arnold Monto, Guy Boivin, Scott Halperin, and Herjo Kok for their support and advice throughout the project. We thank European Vaccine Manufacturers, GlaxoSmithKline [GSK], Novartis, and Sanofi-Pasteur MSD for responding to our request for literature potentially relevant to this systematic review.

G.D. and J.S.N.-V.-T., the primary and senior authors, respectively, take responsibility for the work and act as guarantors of the data. G.D., R.C.H., R.H., and J.S.N.-V.-T. designed the study protocol. G.D., R.C.H., M.M., H.H., L.B., Y.C., S.E., S.M., J.T., J.P., A.Z., and R.H. executed the search strategy and screening. G.D, R.C.H., M.C., R.S., G.M., M.M., H.H., and L.S. analyzed the risk for bias and acquired the data. G.D., and J.S.N.-V.-T. analyzed and interpreted the data. G.D., R.C.H., and J.S.N.-V.-T. prepared the manuscript.

The University of Nottingham Health Protection Research Group receives research funds from GSK. The group has recently accepted an unrestricted educational grant for influenza research from F. Hoffmann-La Roche. Research on influenza funded by an unrestricted educational grant from Astra-Zeneca is also under way. J.S.N.-V.-T. has given a talk on a related topic for which expenses were paid by the European Society for Clinical Microbiology and Infectious Diseases; he has received speaker honoraria from Sanofi-Pasteur MSD, F. Hoffmann-La Roche, and GSK; and he has received remuneration for consultancy work from Baxter AG, GSK, F. Hoffmann-La Roche, Novartis,

AR-04154

and Solvay. All such paid consultancy and speaker engagements ceased in September 2010. J.S.N.-V.-T. is a former employee of SmithKline Beecham, F. Hoffmann-La Roche, and Sanofi-Pasteur MSD, all before 2005. R.H. currently works on a project funded by Astra-Zeneca, which considers attitudes to the use of intranasal influenza vaccine.

This research was commissioned and funded by the World Health Organization Global Influenza Programme.

Dr Dolan is a specialty registrar in public health and is currently seconded to the University of Nottingham's Health Protection Research Group. Her academic interests include health protection.

## References

1. World Health Organization. WHO guidelines for pharmacological management of influenza. Revised February 2010. Part 1: recommendations [cited 2010 Dec 10]. http://www.who.int/csr/resources/publications/swineflu/h1n1_guidelines_pharmaceutical_mngt.pdf

2. Weingarten S, Friedlander M, Rascon D, Ault M, Morgan M, Meyer RD. Influenza surveillance in an acute-care hospital. Arch Intern Med. 1988;148:113–6. http://dx.doi.org/10.1001/archinte.1988.00380010117011

3. Jacomo V, Sartor C, Zandotti C, Atlan-Gepner C, Drancourt M. Nosocomial influenza outbreak in an intensive-care unit. Med Mal Infect. 2001;31:563–8. http://dx.doi.org/10.1016/S0399-077X(01)00275-X

4. Rivera M, Gonzalez N. An influenza outbreak in a hospital. Am J Nurs. 1982;82:1836–8.

5. Horcajada JP, Pumarola T, Martinez JA, Tapias G, Bayas JM, de la Prada M, et al. A nosocomial outbreak of influenza during a period without influenza epidemic activity. Eur Respir J. 2003;21:303–7. http://dx.doi.org/10.1183/09031936.03.00040503

6. Malavaud S. Nosocomial outbreak of influenza virus A (H3N2) infection in a solid organ transplant department. Transplantation. 2001;72:535–7. http://dx.doi.org/10.1097/00007890-200108150-00032

7. Hall CB, Douglas RG. Nosocomial influenza infection as a cause of intercurrent fevers in infants. Pediatrics. 1975;55:673–7.

8. Lester-Smith D, Zurynski YA, Booy R, Festa MS, Kesson AM, Elliott EJ. The burden of childhood influenza in a tertiary paediatric setting. Commun Dis Intell. 2009;33:209–15.

9. Meibalane R. Outbreak of influenza in a neonatal intensive care unit. J Pediatr. 1977;91:974–6. http://dx.doi.org/10.1016/S0022-3476(77)80907-4

10. Strausbaugh LJ, Sukumar SR, Joseph CL. Infectious disease outbreaks in nursing homes: an unappreciated hazard for frail elderly persons. Clin Infect Dis. 2003;36:870–6. http://dx.doi.org/10.1086/368197

11. Nuorti JP, Butler JC, Crutcher JM, Guevara R, Welch D, Holder P, et al. An outbreak of multi-drug resistant pneumococcal pneumonia and bacteremia among unvaccinated nursing home residents. N Engl J Med. 1998;338:1861–8. http://dx.doi.org/10.1056/NEJM199806253382601

12. Yassi A, McGill M, Holton D, Nicolle L. Morbidity, cost and role of healthcare worker transmission in an influenza outbreak in a tertiary care hospital. Can J Infect Dis Med Microbiol. 1993;4:52–6.

13. Pachucki CT. Influenza A among hospital personnel and patients: implications for recognition, prevention and control. Arch Intern Med. 1989;149:77–80. http://dx.doi.org/10.1001/archinte.1989.00390010091010

14. Catalyud L. Six C, Duponchel J, Sillam F, Charlet F, Leussier J, et al. Épisodes de grippe dans deux établissements d'hébergement pour personnes âgées dans les Bouches-du-Rhône, mars-avril 2008. Bulletin épidémiologique hebdomadaire. 2009;18–19:189–192.

15. Elder AG, O'Donnell B, McCruden EAB, Symington IS, Carman WF. Incidence and recall of influenza in a cohort of Glasgow healthcare workers during the 1993–4 epidemic: results of serum testing and questionnaire. BMJ. 1996;313:1241–2. http://dx.doi.org/10.1136/bmj.313.7067.1241

16. Wilde JA, McMillan JA, Serwint J, Butta J, O'Riordan MA, Steinhoff MC. Effectiveness of influenza vaccine in health care professionals. JAMA. 1999;281:908–13. http://dx.doi.org/10.1001/jama.281.10.908

17. Centers for Disease Control and Prevention. Prevention and control of influenza with vaccines: recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Morb Mortal Wkly Rep. 2010;59:1–5.

18. Burls A, Jordan R, Barton P, Olowokure B, Wake B, Albon E, et al. Vaccinating healthcare workers against influenza to protect the vulnerable—is it a good use of healthcare resources? A systematic review of the evidence and an economic evaluation. Vaccine. 2006;24:4212–21. http://dx.doi.org/10.1016/j.vaccine.2005.12.043

19. Thomas RE, Jefferson T, Lasserson TJ. Influenza vaccination for healthcare workers who work with the elderly. Cochrane Database Syst Rev. 2010;(2):CD005187.

20. Higgins JPT, Sally Green S. Cochrane handbook for systematic reviews of interventions. Version 5.1.0 [cited 2010 Dec 10]. http://www.mrc-bsu.cam.ac.uk/cochrane/handbook/

21. Downs SH, Black N. The feasibility of creating a checklist for the assessment of the methodological quality both of randomised and non-randomised studies of healthcare interventions. J Epidemiol Community Health. 1998;52:377–84. http://dx.doi.org/10.1136/jech.52.6.377

22. West S, King V, Carey T, Lohr K, McKoy N, Sutton S, et al. Systems to rate the strength of scientific evidence. Evidence report/technology appraisal number 47. Rockville (MD): Agency for Healthcare Research and Quality; 2002 [cited 2012 May 30]. http://www.thecre.com/pdf/ahrq-system-strength.pdf

23. Centre for Reviews and Dissemination. Systematic reviews. CRD's guidance for undertaking reviews in healthcare. York (UK): The Centre, University of York; 2008.

24. Carman WF, Elder AG, Wallace LA, McAulay K, Walker A, Murray GD, et al. Effects of influenza vaccination of health-care workers on mortality of elderly people in long-term care: a randomised controlled trial. Lancet. 2000;355:93–7. http://dx.doi.org/10.1016/S0140-6736(99)05190-9

25. Potter J, Stott DJ, Roberts MA, Elder AG, O'Donnell B, Knight PV, et al. Influenza vaccination of healthcare workers in long-term-care hospitals reduces the mortality of elderly patients. J Infect Dis. 1997;175:1–6. http://dx.doi.org/10.1093/infdis/175.1.1

26. Lemaitre M, Meret T, Rothan-Tondeur M, Belmin J, Lejonc J, Luquel L, et al. Effect of influenza vaccination of nursing home staff on mortality of residents: a cluster-randomized trial. J Am Geriatr Soc. 2009;57:1580–6. http://dx.doi.org/10.1111/j.1532-5415.2009.02402.x

27. Hayward AC, Harling R, Wetten S, Johnson AM, Munro S, Smedley J, et al. Effectiveness of an influenza vaccine programme for care home staff to prevent death, morbidity, and health service use among residents: cluster randomised controlled trial. BMJ. 2006;333:1241–2. http://dx.doi.org/10.1136/bmj.39010.581354.55

28. Oshitani H, Saito R, Seki N, Tanabe N, Yamazaki O, Hayashi S, et al. Influenza vaccination levels and influenza like illness in long term care facilities for elderly people during an Influenza A (H3N2) epidemic. Infect Control Hosp Epidemiol. 2000;21:728–30. http://dx.doi.org/10.1086/501725

AR-04155

SYNOPSIS

29. Kanaoka S. Inpatient and personnel vaccination influence on influenza outbreaks in long-term medical and care hospital [in Japanese]. Kansenshogaku Zasshi. 2010;84:14–8.

30. Ando R, Kaname S, Yoshida M, Murakami A, Kurimoto Y, Higaki M, et al. Survey of novel influenza A (H1N1) infection and vaccination in dialysis facilities in the Tokyo Tama area [in Japanese]. Nihon Toseki Igakki Zasshi. 2010;43:891–7.

31. Engels O, Goldman N, Doyen M, Duyse M, Van Beers D, Vergison A. Reduction of the nosocomial influenza A burden in a paediatric hospital by immunisation of the healthcare workers. Abstract no. 1133_242. Presentation at the 15th European Congress of Clinical Microbiology and Infectious Diseases; 2005 April 2–5; Copenhagen, Denmark.

32. Weinstock DM, Eagan J, Malak SA, Rogers M, Wallace H, Kiehn TE, et al. Control of influenza A on a bone marrow transplant unit. Infect Control Hosp Epidemiol. 2000;21:730–2. http://dx.doi.org/10.1086/501726

33. Saito R, Suzuki H, Oshitani H, Sakai T, Seki N, Tanabe N. The effectiveness of influenza vaccine against influenza a (H3N2) virus infections in nursing homes in Niigata, Japan, during the 1998–1999 and 1999–2000 seasons. Infect Control Hosp Epidemiol. 2002;23:82–6. http://dx.doi.org/10.1086/502011

34. Munford C, Finnigan S. Influenza campaign 2006 and 2007: a residential care success story. Can J Infect Control. 2008;23:222–5, 227.

35. Shugarman LR, Hales C, Setodji CM, Bardenheier B, Lynn J. The influence of staff and resident immunization rates on influenza-like illness outbreaks in nursing homes. J Am Med Dir Assoc. 2006;7:562–7. http://dx.doi.org/10.1016/j.jamda.2006.06.002

36. Monto AS, Rotthoff J, Teich E, Herlocher ML, Truscon R, Yen H, et al. Detection and control of influenza outbreaks in well-vaccinated nursing home populations. Clin Infect Dis. 2004;39:459–64. http://dx.doi.org/10.1086/422646

37. Stevenson CG, McArthur MA, Naus M, Abraham E, McGeer AJ. Prevention of influenza and pneumococcal pneumonia in Canadian long-term care facilities: how are we doing? CMAJ. 2001;164:1413–9.

38. Talbot TR, Babcock H, Caplan AL, Cotton D, Maragakis LL, Poland GA, et al. Revised SHEA position paper: influenza vaccination of healthcare personnel. Infect Control Hosp Epidemiol. 2010;31:987–95. http://dx.doi.org/10.1086/656558

39. van den Dool C, Bonten MJ, Hak E, Wallinga J. Modeling the effects of influenza vaccination of health care workers in hospital departments. Vaccine. 2009;27:6261–7. http://dx.doi.org/10.1016/j.vaccine.2009.07.104

40. Anikeeva O, Braunack-Mayer A, Rogers W. Requiring influenza vaccination for healthcare workers. Am J Public Health. 2009;99:24–9. http://dx.doi.org/10.2105/AJPH.2008.136440

Address for correspondence: Gayle P. Dolan, Health Protection Agency–North East, Floor 2, Citygate, Gallowgate, Newcastle Upon Tyne, NE1 4WH, UK; email: gayle.dolan@hpa.org.uk

All material published in Emerging Infectious Diseases is in the public domain and may be used and reprinted without special permission; proper citation, however, is required.


## CDC FOUNDATION
Helping CDC Do More, Faster

**Helping CDC Do More, Faster**

Established by Congress as an independent, nonprofit organization, the CDC Foundation connects the Centers for Disease Control and Prevention (CDC) with private-sector organizations and individuals to build public health programs that support CDC's work 24/7 to save lives and protect people from health, safety and security threats.

Since 1995, the CDC Foundation has provided more than $300 million to support CDC's work, launched more than 500 programs around the world and built a network of individuals and organizations committed to supporting CDC and public health.

Each CDC Foundation program involves a talented team of experts at CDC and at least one outside funding partner. Sometimes, a program begins with a CDC scientist who has a great idea and wants to collaborate with an outside partner to make it happen. At other times, organizations in the private sector recognize that they can better accomplish their own public health goals by working with CDC through the CDC Foundation.

JOIN US www.cdcfoundation.org

Photos: © David Snyder / CDC Foundation








AR-04156

DOI:10.1111/j.1750-2659.2011.00240.x
www.influenzajournal.com

**Review Article**

# Vaccination of health-care workers against influenza: our obligation to protect patients

Helena C. Maltezou,[a] Athanassios Tsakris[b]

[a]Department for Interventions in Health-Care Facilities, Hellenic Centre for Diseases Control and Prevention, Athens, Greece. [b]Department of Microbiology, Medical School, University of Athens, Athens, Greece.
*Correspondence:* Helena C. Maltezou, Department for Interventions in Health-Care Facilities, Hellenic Centre for Disease Control and Prevention, 3-5 Agrafon Street, Athens 15123, Greece. E-mail: helen-maltezou@ath.forthnet.gr

*Accepted 17 February 2011. Published Online 21 March 2011.*

Nosocomial influenza poses a threat for specific groups of patients and is associated not only with the disruption of health-care services but also excess costs. Although vaccination of health-care workers (HCWs) has been recommended for almost three decades and constitutes the most convenient and effective means to prevent nosocomial transmission, vaccine uptake within this group remains unacceptably low worldwide. In regard to the pandemic influenza A H1N1, HCWs constitute a priority group for immunization. Nevertheless, low vaccination rates have been documented regarding the influenza pandemic and associated with the onset of nosocomial cases and outbreaks. HCWs, health-care institutions, and public health bodies have the moral obligation to protect vulnerable patients and therefore weigh the benefits of mandatory vaccination. Key effective interventions, such as the education of HCWs concerning the benefits and safety of influenza vaccination, the reinforcement of on-site, free of charge vaccinations, and the use of mobile vaccination teams in conjunction with incentives, should be widely implemented.

**Keywords** Health-care workers, influenza, nosocomial, outbreak, pandemic, patients, safety, vaccination.

*Please cite this paper as:* Maltezou and Tsakris. (2011) Vaccination of health-care workers against influenza: our obligation to protect patients. Influenza and Other Respiratory Viruses 5(6), 382–388.

*Ωφελεῖν ἤ μή βλάπτειν*
First, do not harm
Hippocrates, Greek physician (460–377 BC)

## Introduction

It has been less than four decades that several fearful infectious diseases of the past have virtually disappeared or have come to be largely under control in developed countries, as a result of the broad implementation of vaccination programs.[1] Nowadays seasonal influenza is the most common vaccine-preventable illness in developed countries. In the United States alone, an average of 226 000 hospitalizations and 36 000 deaths occur each year in association with influenza epidemics.[2] Seasonal influenza is also associated with an estimated $10·4 billion direct medical costs and $87·1 billion total costs annually in the same country.[3]

Nosocomial seasonal influenza constitutes a serious risk among patients with underlying illnesses, the elderly, and neonates. Outbreaks have occurred in various health-care settings, with documented attack rates up to 54·8%,[4] fatality rates up to 25%,[5] closure rates up to 38·5%,[6] and notable excess costs.[7] Despite long-standing recommendations by public health authorities and the fact that the immuni-

zation of health-care workers (HCWs) has proven to be an effective and very convenient measure of preventing nosocomial influenza, vaccine coverage rarely exceeds 40% worldwide.[2,5,8–16] The sharp increase in amantadine resistance and the emergence of oseltamivir-resistant strains over the past few years[17] indicate that our means for interrupting influenza spread within health-care settings are limited. This is very important for the safety of both patients and employees and for the preservation of health-care infrastructure during the influenza seasons.

Apart from the seasonal influenza, a novel influenza A H1N1 virus emerged in North America in early 2009 and thereafter spread globally rapidly,[18] leading to the declaration of an influenza pandemic by the World Health Organization (WHO) in 11 June 2009.[19] As of 1 August 2010, more than 214 countries have reported laboratory-confirmed cases to World Health Organization, which included at least 18 449 deaths.[20] In accordance with the WHO, the United States Centers for Disease Control and Prevention (CDC), and the European Union Health Security Committee recommendations, HCWs were considered a priority group for vaccination against the pandemic influenza H1N1.[21,22] Preliminary data, however, indicated low acceptance rates among HCWs,[23–25] with safety issues being

AR-04157

raised at the center of the debate against vaccination. As of mid-January 2010, estimated vaccination coverage among HCWs in the United States was 37·1% for the 2009 pandemic influenza A H1N1 and 61·9% for the seasonal influenza, while only 34·7% of HCWs reported having both vaccinations.[26] It is not yet known how this criticism and non-compliance to vaccination recommendations from HCWs globally affected the attitude of the general population toward the pandemic vaccines and thus possibly the course of the pandemic itself. This article reviews vaccination of HCWs against influenza.

## Nosocomial influenza

Nosocomial influenza is associated with considerable morbidity and mortality among specific groups of patients. Vivid examples of such patients for whom influenza infection poses a serious risk include a low-birthweight neonate in a neonatal intensive care unit (NICU),[5] an allogeneic bone marrow transplant recipient,[27,28] and a 68-year-old hospitalized patient with chronic obstructive pulmonary disease.[8] Nosocomial influenza can constitute a serious health threat for unvaccinated HCWs as well, as in the case of grossly obese or pregnant HCWs, who were working during the influenza A H1N1 pandemic.[29,30] Outbreaks with high attack rates among patients and HCWs have been documented in various health-care departments.[5,31,32] The influenza virus can spread in an extremely rapid rate within a closed setting and trigger outbreaks with an abrupt onset. Crowded wards, prolonged hospitalization, and staff shortage facilitate transmission.[5] The pandemic influenza A H1N1 virus has higher transmissibility, and outbreaks in health-care settings have been reported.[33–37] Such outbreaks caused by the novel A H1N1 influenza with severe morbidity and fatalities did occur and involved both HCWs and hospitalized patients with underlying diseases who should have been vaccinated. In such an outbreak in a Haematology Clinic in late December 2009, eight unvaccinated patients developed pandemic influenza H1N1, three of which succumbed to their infection. Unvaccinated HCWs with asymptomatic or mild infection might have introduced and transmitted the virus within the department. This event highlights the importance of vaccination of HCWs caring for such high-risk patients.[38]

Nosocomial influenza is commonly under-diagnosed, because many cases may remain largely unnoticed or may be attributed to the exacerbation of coexisting underlying conditions or to other respiratory viruses with overlapping seasonality.[8] A recent case–control study showed that the CDC's definition of an influenza-like illness was associated with poor (21%) sensitivity and a 50% positive predictive value among asthmatic hospitalized patients with influenza infection.[39] Influenza infection may not be suspected early

upon the admission of new patients, and furthermore, visitors may also have subclinical infections, thus constituting an obscure pool for the transmission of the infection to those hospitalized.[8] Adults with chronic diseases and young children may transmit the influenza virus for more than 1 week and immunocompromised patients for several weeks or even months.[5,40,41] Such patients may act concurrently as a substrate for the emergence of resistant strains and as a source of nosocomial transmission. Nevertheless, unvaccinated HCWs are indeed the main source of nosocomial influenza. In a review of six outbreaks in NICUs, it was the HCWs in all cases who were identified as the source of infection (Table 1).[5] HCWs may be infected either in the community setting or at their workplace and may continue working while contagious.[9,42]

Nosocomial influenza has a substantial impact on health-care costs because of additional diagnostic tests that are necessary, the administration of further treatment for the infection, and the extension of the patient's hospital stay.[5] In an outbreak that occurred in a large pediatric hospital over a 1-year period from 1989 to 1990, hospitalization was prolonged for a mean of 8 days with an excess cost of US$ 7545 per case.[7] In a recent review, it was found that outbreaks caused by influenza or parainfluenza were associated with a 38·5% closure rate of wards, while influenza accounted for three of 10 closures of entire healthcare facilities because of outbreaks.[6] Furthermore, excess absenteeism and disruption of health-care services are common during seasonal influenza epidemics. A survey in 221 health-care institutions in the United States revealed that 35% of hospitals face staff shortages, 28% bed shortages, and 43% ICU bed shortages during the peak of the influenza season.[15] An influenza pandemic simulation model

**Table 1.** Published influenza outbreaks in neonatal intensive care units and infant wards*

| Year/influenza type | Number of patients (% with underlying disease) | Attack rate (%) | Source of infection | Case fatality rate (%) |
|---|---|---|---|---|
| 1997/A | 4 (100) | 27 | ND | 25 |
| 1976/A | 8 (100) | ND | Parents/HCWs | 0 |
| 1972/A | 3 (100) | ND | HCWs | 0 |
| 1999/A | 30 (ND) | 31·5 | Parents/HCW | 0 |
| 1998/A | 19 (ND) | 35 | ND | 5 |
| 1974/A + B | 12 (91·5) | 41 | Patient/HCWs | 0 |

ND, no data; HCW, health-care worker.
*Adapted from: Maltezou HC, Drancourt M. Nosocomial influenza in children. J Hosp Infect 2003;55:83–91.

revealed that the secondary attack rate among unprotected HCWs was approximately 60% higher than that of non-HCW adults (54·3% versus 34·1%, respectively), which would result in substantial absenteeism and additional infection risks concerning their families.[43]

## Vaccination of HCWs against influenza

Annual vaccination of HCWs is an important preventive measure for nosocomial influenza and is consistently recommended by public health bodies worldwide.[2,44,45] The rational behind this recommendation is to protect vulnerable patients from contracting influenza within a health-care setting. This is important, given the fact that persons at high-risk for influenza-related complications and even death (e.g. persons with underlying diseases, the elderly) tend to use health-care services more frequently than the general population and their vaccinations may often be ineffective. As influenza vaccination is recommended after the age of 6 months, hospitalized neonates and young infants cannot receive the vaccine. The same concept of herd immunity applies in this case as in other diseases. A recent Cochrane review on the effectiveness of neuraminidase inhibitors in preventing influenza complications in healthy adults states that current data do not provide any clear evidence of benefit from their administration.[46] This fact constitutes an additional reason necessitating vaccination of HCWs. Furthermore, given the emergence and predominance of influenza strains resistant to antiviral agents, vaccination emerges as the core preventive measure against influenza within health-care facilities.[17] Vaccination of HCWs is important not only in order to protect HCWs and their families from occupationally acquired influenza infections but also for the preservation of the essential health-care infrastructure during the winter months.

It is recommended that the employees of such health-care facilities who may come in contact with patients get vaccinated. This group includes all permanent, casual, and contract staff, trainees, volunteers, and students, who in fact constitute a group of people likely to transmit influenza to the hospitalized patients.[2,8] In seasons of vaccine shortage, the first to receive the vaccine should be HCWs working in the ICUs, NICUs, oncology, transplantation, pulmonary, cardiology, and geriatric departments, as well as the staff in the ERs because their work places them in the front line and in wards where the potential impact of nosocomial influenza is large. A recently published article showed that physicians and medical personnel had a higher infection rate than other employees, with those working in emergency departments exhibiting the highest infection rate.[47] For the 2010–2011 influenza season, it is also recommended that the personnel of the obstetric departments be vaccinated against pandemic influenza H1N1 virus. The vaccine has been found to be 70–90% effective in healthy adults under 65 years, a category into which almost all HCWs fall into, and has a long-term safety profile.[2,8] Similar seroconversion rates, tolerance, and rates of adverse effects were found with pandemic (influenza H1N1) vaccines tested on healthy young or middle-aged adults.[48,49] The implementation of vaccination programs for HCWs has been associated with less cases of seasonal influenza, less cumulative days of influenza-like illness and absence from work,[8,50–52] and a reduction in the total number of nosocomial influenza cases.[32,53] On the other hand, outbreaks have occurred in the context of low coverage.[33] Vaccination in long-term care facilities reduces all-cause mortality, influenza-like illness, and hospitalizations among residents.[10,54,55] Carman et al.[56] found that with vaccination rates of even only 50·9% of HCWs, a substantial decrease that ranged from 22·4% to 13·6% was noted in the mortality rates of residents in long-term care facilities. In contrast to long-term facilities, the rapid turnover of patients in acute care facilities makes it difficult to estimate the exact impact of vaccination of HCWs in such a health-care setting.

Despite long-standing recommendations and the negligible time required to get vaccinated, thus acquiring protection for the entire influenza season, vaccination rates among HCWs remain low worldwide, ranging from 2% to 44%.[2,5,10–16] After more than a decade of efforts to increase vaccine uptake in the United States, vaccinations rates were shown to be consistently low with data for the years 2005–2006 and 2006–2007 exhibiting 42% and 44% compliance rates, respectively.[2] Low vaccination rates (22·8% and 30·2%) were also reported in the only two existing studies that were conducted in primary health-care settings.[57,58] Optimal vaccination rates for HCWs, which aim to provide adequate patient protection against infection within the health-care setting, have been estimated at 90%.[2] Several studies have investigated the reasons behind non-compliance to vaccination recommendations in general. Misconceptions concerning vaccine effectiveness and safety, the belief that HCWs are not at risk of contacting influenza, fear of injections, a lack of leadership support, and unawareness regarding the recommendations for annual influenza vaccination appear as significant reasons (Table 2).[4,35,59–66] Similar barriers exist concerning the H1N1 pandemic vaccine. A strong association between the uptake of the seasonal influenza vaccine and the pandemic vaccine has been reported.[24,67] Overall, preliminary data indicate low acceptance rates of the pandemic vaccines among both HCWs and the general population.[23–25,67,68] Safety concerns, with Guillain-Barré syndrome (GBS) being noted as the most important reason for refusing vaccination, were the major barriers for vaccine acceptance during the 2009 H1N1 pandemic.[25,67,69] The association between

© 2011 Blackwell Publishing Ltd, *Influenza and Other Respiratory Viruses*, **5**, 382–388

AR-04159

**Table 2.** Barriers to increase influenza vaccine uptake among health-care workers

Insufficient knowledge about nosocomial influenza
Misconceptions that they are not at risk for contacting influenza
Misconceptions about vaccine effectiveness
Misconceptions about vaccine safety
Misconception that the vaccine can cause influenza
Unawareness of the recommendations for annual influenza vaccination
Unavailable vaccine
Fear of injections
Lack of leadership support
Reliance on homeopathic agents

**Table 3.** Strategies associated with increased influenza vaccine uptake in health-care workers

On-site vaccination
Vaccination free of charge
Lectures about influenza and influenza vaccine
Organization of campaigns
Mobile vaccination teams
Use of declination forms
Implementation of a mandatory vaccination policy
Use of reminding systems
Incentive programs
Leadership support

the 1976 swine influenza vaccine and GBS has been well documented, with an attributable risk ranging from 4·9 to 11·7 cases per 1 million vaccinated adults in the United States.[70] Nevertheless, the estimated risk for vaccine-associated GBS is only one additional case per 1 million persons vaccinated against the seasonal influenza, compared with the annual incidence of GBS, which is 10–20 cases per 1 million adults.[2] It should be noted that, according to a recent study, the risk for GBS onset following a serologically confirmed influenza infection is 4–7 times higher.[71] Strategies that have been found to deliver increased influenza vaccination rates include on-site and free of charge administration, lectures concerning benefits and safety, the use of mobile teams, incentives and declination forms, and of course the implementation of mandatory vaccination programs (Table 3).[1–3,53,60,63–66,72,73] Unfortunately, efforts based solely on staff education have failed to achieve high and sustainable coverage rates. Higher vaccination rates have been recorded in small rural hospitals with a limited number of beds and employees,[9,12] thus underlying the difficulty in organizing vaccination campaigns in large tertiary-care hospitals. Their own protection is among the strongest motivations for HCWs influenza vaccination, while a history of influenza vaccination in the past is highly associated with increased rates of vaccination.[8,59,65,66]

### Is it time to rethink our policy about influenza vaccination among HCWs?

The evidence is clear: the majority of HCWs do not comply to the existing recommendations concerning influenza immunization. Voluntary vaccination programs have failed to achieve and sustain high coverage rates. This is almost universal and remains unchanged throughout the years. There is a need to rethink our policies toward vaccination of HCWs against influenza. Starting in 2005, the CDC recommended the use of signed declination forms for HCWs who refuse vaccination and also the use of HCWs' coverage

rates as a quality index for patient safety.[51] The use of declination forms improved vaccination rates, but failed to yield high compliance rates.[9,74–76] A mandatory vaccination policy is yet another option. The implementation of such a mandatory vaccination program in a large multi-hospital, health-care organization with approximately 26 000 employees during 2008–2009 was associated with a 98·4% coverage, which represents a raise by 43·4% and 26·5% in comparison with rates achieved in 2006 and 2007, respectively; the only exemptions made were reviewed by the occupational health services and were because of pre-determined medical contraindications and religious reasons.[77] In this study, high levels of acceptance of this type of approach to the vaccination issue were also recorded.[77] In the United States, the following professional organizations have called for mandatory influenza vaccination of HCWs: Association for Professionals in Infection Control and Epidemiology, Infectious Diseases Society of America, National Foundation for Infectious Diseases, Society for Healthcare Epidemiology of America, American Academy of Pediatrics, American College of Physicians, American Medical Association.

Acceptance of such a mandatory policy by HCWs is another issue. A recent survey among nurses in a health-care institution in the United States revealed that although 83% believed that influenza vaccination was in fact the preferred preventive method during influenza outbreaks compared with wearing a mask (3·7%) or taking antivirals (1%), only 56% were willing to accept a mandatory influenza vaccination policy.[78] It is interesting that mandatory vaccination of HCWs was supported by 24·3% of nursing home administrators in the Netherlands,[79] indicating that different attitudes toward a mandatory vaccination policy may exist across nations and communities, and within profession groups.

There is a need to consistently communicate to HCWs the benefits of influenza vaccination. The message that by taking five minutes to get vaccinated provides HCWs the most convenient and effective measure against nosocomial

AR-04160

influenza for the entire influenza season. The only option remaining for those who refuse vaccination should be the consistent use of masks during clinical practice for the duration of the influenza season. Public health bodies, health-care institutions, and HCWs themselves have the moral obligation to ensure a safe environment for both patients and employees. This obligation has been at the core of health-care since antiquity. HCWs refusing immunization could argue that the implementation of a mandatory vaccination scheme is in conflict with the ethical principle of personal autonomy, because the right to freely choose not to get vaccinated is suspended.[80] Nevertheless, we should take into account two other ethical principles that are equally important: non-maleficence (the moral obligation to not to harm others) and beneficence (the moral obligation to act for the benefit of others). In light of this aspect, one would argue that HCWs have the obligation to take all appropriate measures in order to protect their vulnerable patients and thus should get vaccinated. Such a measure ensures that HCWs are not the cause of significant morbidity and mortality.[80] Health-care institutions motivated by the fundamental principles of beneficence and non-maleficence are expected to implement policies that promote all reasonable measures to avoid transmitting communicable pathogens to their patients, including influenza.[64,81] The ethical justification for the immunization of HCWs against relatively rare diseases such as rubella, measles, mumps, varicella, and hepatitis B has already been recognized.[75] Mandatory influenza vaccination for HCWs is in the interest of public health and although such policies may appear to be in conflict with the principles of liberty, autonomy, and self-determination in the long run, the safety of the patient is and should remain an absolute priority for the health-care-providing community.

## Conclusion

The moral obligation to protect patients and ensure that they are treated in a safe environment has always been strong and constituted the core of clinical practice since the era of Hippocrates. Despite the fact that over the past few years enormous efforts have been made to reinforce infection control capacity and to improve employee and patient safety, nosocomial influenza remains a serious risk for specific groups of patients. Although vaccination of HCWs is the most easily applied and effective means for the prevention of nosocomial influenza, vaccine uptake rates remain suboptimal worldwide. Therefore, it is high time public health bodies and health-care institutions weight the benefits of mandatory vaccination and make it a part of everyday clinical practice. Communication and training of HCWs regarding safety issues, dismissal of com-

mon misconceptions concerning influenza and influenza vaccines, and well-studied strategies are imperative.

## Authors' declaration

The findings and opinions in this article are those of the authors and do not necessarily represent those of the Hellenic Centre for Diseases Control and Prevention.

## References

1 Plotkin S. Vaccine, vaccination, and vaccinology. J Infect Dis 2003; 187:1349–1359.

2 Fiore AE, Shay DK, Broder K et al. Prevention and control of seasonal influenza with vaccines: recommendations of the Advisory Committee on Immunization Practices (ACIP), 2009. MMWR Recomm Rep 2009; 58:1–52.

3 Molinari NAM, Ortega-Sanchez IR, Messonnier ML et al. The annual impact of seasonal influenza in the US: measuring disease burden and costs. Vaccine 2007; 25:5086–5096.

4 Meara MO, Brien AO, Feely E, Conlon M. Influenza A outbreak in a community hospital. Ir Med J 2006; 99:175–177.

5 Maltezou HC, Drancourt M. Nosocomial influenza in children. J Hosp Infect 2003; 55:83–91.

6 Hansen S, Stamm-Balderjahn S, Zuschneid I et al. Closure of medical departments during nosocomial outbreaks: data from a systemic analysis of the literature. J Hosp Infect 2007; 65:348–353.

7 Serwint JR, Miller RM. Why diagnose influenza infections in hospitalized pediatric patients? Pediatr Infect Dis J 1993; 12:200–204.

8 Maltezou HC. Nosocomial influenza: new concepts and practice. Curr Opin Infect Dis 2008; 21:337–343.

9 Ajenjo MC, Woeltje KF, Babcock HM, Gemeinhart N, Jones M, Fraser VJ. Influenza vaccination among healthcare workers: ten-year experience of a large healthcare organization. Infect Control Hosp Epidemiol 2010; 31:233–240.

10 Hayward AC, Harling R, Wetten S et al. Effectiveness of an influenza vaccine programme for care home staff to prevent death, morbidity, and health care use among residents: cluster randomized controlled trial. Br Med J 2006; 333:1241.

11 Walker FJ, Singleton JA, Lu P, Wooten KG, Strikas RA. Influenza vaccination of healthcare workers in the United States, 1989–2002. Infect Control Hosp Epidemiol 2006; 27:257–265.

12 Maltezou HC, Maragos A, Halharapi T et al. Factors influencing influenza vaccination rates among healthcare workers in Greek hospitals. J Hosp Infect 2007; 66:156–159.

13 Sartor C, Tissot-Dupont H, Zandotti C, Martin F, Roques P, Drancourt M. Use of a mobile cart influenza program for vaccination of hospital employees. Infect Control Hosp Epidemiol 2004; 25:918–922.

14 Burls A, Jordan R, Barton P et al. Vaccinating healthcare workers against influenza to protect the vulnerable – is it a good use of healthcare services? A systemic review of the evidence and an economic evaluation. Vaccine 2006; 24:4212–4221.

15 Poland GA, Tosh P, Jacobson RM. Requiring influenza vaccination for health care workers: seven truths we must accept. Vaccine 2005; 23:2251–2255.

16 The Macroepidemiology of Influenza Vaccination (MIV) Study Group. The macroepidemiology of influenza vaccination in 56 countries, 1997–2003. Vaccine 2005; 23:5133–5143.

© 2011 Blackwell Publishing Ltd, *Influenza and Other Respiratory Viruses*, **5**, 382–388

AR-04161

17 Maltezou HC, Tsiodras S. Antiviral agents for influenza: molecular targets, concerns of resistance, and new treatment options. Curr Drug Targets 2009; 10:1041–1048.

18 Novel Swine-Origin influenza A (H1N1) Virus Investigation Team. Emergence of a novel swine-origin influenza A (H1N1) virus in humans. N Engl J Med 2009; 361:102.

19 World Health Organization. Transcript of statement by Margaret Chan, Director-General of the World Health Organization. 11 June 2009. Available at http://www.who.int/mediacentre/influenzaAH1N1_presstranscript_20090611.pdf (Accessed June 16 2010).

20 World Health Organization. Pandemic (H1N1) 2009 – Update 112. Available at http://www.who.int/csr/don/2010_08_06/en/ (Accessed October 22 2010).

21 National Center for Immunization and Respiratory Diseases, CDC. Use of influenza A(H1N1) 2009 monovalent vaccine. Recommendations of the advisory committee on immunization practices (ACIP), 2009. MMWR Recomm Rep 2009; 58:1–8.

22 Johansen K, Nicoll A, Ciancio BC, Kramarz P. Pandemic influenza A(H1N1) 2009 vaccines in the European Union. Euro Surveill 2009; 14:pii: 19361.

23 La Torre G, Di Thiene D, Cadeddu C, Ricciardi W, Boccia A. Behaviours regarding preventive measures against pandemic H1N1 influenza among Italian healthcare workers, October 2009. Euro Surveill 2009; 14:pii: 19432.

24 Chor JS, Ngai KL, Goggins WB et al. Willingness of Hong Kong healthcare workers to accept pre-pandemic influenza vaccination at different WHO alert levels: two questionnaire surveys. Br Med J 2009; 339:b3391.

25 Lau JTF, Yeung NCY, Choi KC, Cheng MYM, Tsui HY, Griffiths S. Acceptability of A/H1N1 vaccination during pandemic phase of influenza A/H1N1 in Hong Kong: population based cross sectional survey. Br Med J 2009; 338:b4164.

26 Centers for Disease Control and Prevention. Interim results: influenza A (H1N1) 2009 monovalent and seasonal influenza vaccination coverage among health-care personnel – United States, August 2009–January 2010. MMWR Morb Mortal Wkly Rep 2010; 59:357–362.

27 Whimbey E, Elting LS, Couch RB et al. Influenza A virus infections among hospitalized adult bone marrow transplant recipients. Bone Marrow Transplant 1994; 13:437–440.

28 Rozovski U, Herishanu Y, Gipstein L, Naparstek E. Fatal H1N1 influenza infection in an allo-SCT. Bone Marrow Transplant 2010; 45:1572–1573.

29 Lapinsky SE. H1N1 novel influenza in pregnant and immunocompromised patients. Crit Care Med 2010; 38(4 Suppl.):e52–57.

30 Webb SAR, Pettila V, Seppelt I et al. Critical care services and 2009 H1N1 influenza in Australia and New Zealand. N Engl J Med 2009; 361:1925–1934.

31 Outbreak Database. Available at http://www.outbreak-database.com (Accessed 16 June 2010).

32 Weinstock DM, Eagan J, Malak SA et al. Control of influenza A on a bone marrow transplant unit. Infect Control Hosp Epidemiol 2000; 21:730–732.

33 Bamberg W, Finkner H, Guppy D et al. Outbreaks of 2009 pandemic influenza A (H1N1) among long-term-care facility residents – three States, 2009. MMWR Morb Mortal Wkly Rep 2010; 59:74–75.

34 Perez-Padilla R, de la Rosa-Zamboni D, de Leon SP et al. Pneumonia and respiratory failure from swine-origin influenza A (H1N1) in Mexico. N Engl J Med 2009; 361:680–689.

35 Macias AE, de la Torre A, Moreno-Espinosa S, Leal PE, Bourlon MT, Ruiz-Palacios GM. Controlling the novel A (H1N1) influenza virus: don't touch your face! J Hosp Infect 2009; 73:280–291.

36 Harriman K, Rosenberg J, Robinson S et al. Novel influenza A (H1N1) virus infections among health-care personnel. United States, April–May 2009. MMWR Morb Mortal Wkly Rep 2009; 58:641–645.

37 Wicker S, Rabenau HF, Bickel M et al. Novel influenza A (H1N1): virus transmission among health care worker. Dtsch Med Wochenschr 2009; 134:2443–2446.

38 Lalayanni C, Sirigou A, Iskas M, Smias C, Sakellari I, Anagnostopoulos A. Outbreak of novle influenza A (H1N1) in an adult haematology department and haematopoietic cell transplantation unit: presentation and outcome. J Infect 2010; 61:270–272.

39 Babcock HM, Merz LR, Dubberke ER, Fraser VJ. Case-control study of clinical features of influenza in hospitalized patients. Infect Control Hosp Epidemiol 2008; 29:921–926.

40 Leekha S, Zitterkopf NL, Espy MJ et al. Duration of influenza A virus shedding in hospitalized patients and implications for infection control. Infect Control Hosp Epidemiol 2007; 28:1071–1076.

41 Englund J, Zerr D, Heath J et al. Oseltamivir-resistant novel influenza A (H1N1) virus infection in two immunosuppressed patients – Seattle, Washington, 2009. MMWR Morb Mortal Wkly Rep 2009; 58:893–896.

42 Weingarten S, Riedinger M, Bolton LB, Miles P, Ault M. Barriers to influenza vaccine acceptance. A survey of physicians and nurses. Am J Infect Control 1989; 17:202–207.

43 Cooley P, Lee BY, Brown S et al. Protecting health care workers: a pandemic simulation based on Allegheny County. Influenza Other Respi Viruses 2010; 4:61–72.

44 Vaccine European New Integrated Collaboration Effort (VENICE). National seasonal influenza vaccination survey in Europe, 2007. Final Report. Available at http://venice.cineca.org/Influenza_Study_Report_v1.0.pdf (Accessed 16 June 2010).

45 Institut de Veille Sanitaire. Calendrier vaccinal 2008 – Avis du Haut Conseil de la Sante Publique. Available at http://www.invs.sante.fr/BEh/2008/16_17/beh_16_17_2008.pdf (Accessed 16 June 2010).

46 Jefferson T, Jones M, Doshi P, Del Mar C. Neuraminidase inhibitors for preventing and treating influenza in healthy adults: systemic review and meta-analysis. Br Med J 2009; 339:b5105.

47 Santos CD, Bristow RB, Vorenkamp JV. Which health care workers were most affected during the spring 2009 H1N1 pandemic? Disaster Med Public Health Prep 2010; 4:47–54.

48 Greenberg ME, Lau MH, Hartel GF et al. Response to a monovalent 2009 influenza A (H1N1) vaccine. N Engl J Med 2009; 361:2405–2413.

49 Clark TW, Pareek M, Hoschler K et al. Trial of influenza A (H1N1) 2009 monovalent MF59-adjuvanted vaccine – preliminary report. N Engl J Med 2009; 361:2424–2435.

50 Dunais B, Saccomano C, Mousnier A, Roure MC, Dellamonica P, Roger PM. Influenza vaccination: impact of an intervention campaign targeting hospital staff. Infect Control Hosp Epidemiol 2006; 27:529–531.

51 Pearson ML, Bridges CB, Harper SA. Influenza vaccination of health-care personnel. Recommendations of the Healthcare Infection Control Practices Advisory Committee (HICPAC) and the Advisory Committee on Immunization Practices (ACIP). MMWR Recomm Rep 2006; 55:1–16.

52 Wilde JA, McMillan JA, Serwint J et al. Effectiveness of influenza vaccine in healthcare professionals. JAMA 1999; 281:908–913.

53 Salgado CD, Giannetta ET, Hayden FG, Farr BM. Preventing nosocomial influenza by improving the vaccine acceptance rate of clinicians. Infect Control Hosp Epidemiol 2004; 25:923–928.

54 Potter J, Stott DJ, Roberts MA et al. Influenza vaccination of health-care workers in long-term-care hospitals reduces the mortality of elderly patients. J Infect Dis 1997; 175:1–6.

AR-04162

**55** Lemaitre M, Meret T, Rothan-Tondeur M *et al.* Effect of influenza vaccination of nursing home staff on mortality of residents: a cluster-randomized trial. J Am Geriatr Soc 2009; 57:1580–1586.

**56** Carman WF, Elder AG, Wallace LA *et al.* Effects of influenza vaccination of health-care workers on mortality of elderly people in long-term care: a randomised controlled trial. Lancet 2000; 355:93–97.

**57** Dedoukou X, Nikolopoulos G, Maragos A, Giannoulidou S, Maltezou HC. Attitudes towards vaccination against seasonal influenza of health-care workers in primary health-care settings in Greece. Vaccine 2010; 28:5931–5933.

**58** Abramson ZH, Levi O. Influenza vaccination among primary health-care workers. Vaccine 2008; 26:2482–2489.

**59** Maltezou HC, Maragos A, Katerelos P *et al.* Influenza vaccination acceptance among health-care workers: a nationwide survey. Vaccine 2008; 26:1408–1410.

**60** Cowan AE, Winston CA, Davis MA, Wortley PM, Clark SJ. Influenza vaccination status and influenza-related perspectives and practices among US physicians. Am J Infect Control 2006; 34:164–169.

**61** Esposito S, Tremolati E, Bellasio M *et al.* Attitudes and knowledge regarding influenza vaccination among hospital health workers caring for women and children. Vaccine 2007; 25:5283–5289.

**62** Trivalle C, Okenge E, Hamon B, Taillandier J, Falissard B *et al.* Factors that influence influenza vaccination among healthcare workers in a French geriatric hospital. Infect Control Hosp Epidemiol 2006; 27:1278–1280.

**63** Piccirillo B, Gaeta T. Survey on use and attitudes toward influenza vaccination among emergency department staff in a New York metropolitan hospital. Infect Control Hosp Epidemiol 2006; 27:618–622.

**64** Anikeeva O, Braunack Mayer A, Rogers W. Requiring influenza vaccination for health care workers. Am J Public Health 2009; 99:24–29.

**65** Hollmeyer HG, Hayden F, Poland G, Buchholz U. Influenza vaccination of health care workers in hospitals – a review of studies on attitudes and predictors. Vaccine 2009; 27:3935–3944.

**66** Hofmann F, Ferracin C, Marsh G, Dumas R. Influenza vaccination of healthcare workers: review of attitudes and beliefs. Infection 2006; 34:142–147.

**67** Maltezou HC, Dedoukou X, Patrinos S *et al.* Determinants of intention to get vaccinated against novel (pandemic) influenza A H1N1 among health care workers in a nationwide survey. J Infect 2010; 61:252–258.

**68** Maurer J, Harris KM, Parker A, Lurie N. Does receipt of seasonal influenza vaccine predict intention to receive novel H1N1 vaccine: evidence from a nationally representative survey of U.S. adults. Vaccine 2009; 27:5732–5734.

**69** Shetty P. H1N1 vaccination struggles against resistance and supply. Lancet 2010; 10:9.

**70** Evans D, Cauchemez S, Hayden FG. Prepandemic immunization for novel influenza viruses, ''swine flu'' vaccine, Guillain-Barre syndrome, and the detection of rare severe adverse events. J Infect Dis 2009; 200:321–328.

**71** Haber P, DeStefano F, Angulo FJ *et al.* Guillain-Barré syndrome following influenza vaccination. JAMA 2004; 292:2478–2481.

**72** Bautista D, Vila B, Uso R, Tellez M, Zanon V. Predisposing, reinforcing, and enabling factors influencing influenza vaccination acceptance among healthcare workers. Infect Control Hosp Epidemiol 2006; 27:73–77.

**73** Maltezou HC, Maragos A, Raftopoulos V *et al.* Strategies to increase influenza vaccine uptake among health-care workers in Greece. Scand J Infect Dis 2008; 40:266–268.

**74** Borlaug G, Newman A, Pfister J, Davis JP. Factors that influenced rates of influenza vaccination among employees of Wisconsin acute care hospitals and nursing homes during the 2005–2006 influenza season. Infect Control Hosp Epidemiol 2007; 28:1398–1400.

**75** Polgreen PM, Septimus EJ, Parry MF *et al.* Relationship of influenza vaccination declination statements and influenza vaccination rates for healthcare workers in 22 US hospitals. Infect Control Hosp Epidemiol 2008; 29:675–677.

**76** Ribner BS, Hall C, Steinberg JP *et al.* Use of a mandatory declination form in a program for influenza vaccination of healthcare workers. Infect Control Hosp Epidemiol 2008; 29:302–308.

**77** Babcock HM, Gemeinhart N, Jones M, Dunagan WC, Woeltje KF. Mandatory influenza vaccination of health care workers: translating policy to practice. Clin Infect Dis 2010; 50:459–464.

**78** Poland GA, Ofstead CL, Tucker SJ, Beebe TJ. Receptivity to mandatory influenza vaccination policies for healthcare workers among registered nurses working on inpatient units. Infect Control Hosp Epidemiol 2008; 29:170–173.

**79** Looijmans-van den Akker I, Marsaoui B, Hak E, van Delden JJ. Beliefs on mandatory influenza vaccination of health care workers in nursing homes: a questionnaire study from the Netherlands. J Am Geriatr Soc 2009; 57:2253–2256.

**80** McLennan S, Gillett G, Celi LA. Healer, heal thyself: health care workers and the influenza vaccination. Am J Infect Control 2008; 36:104.

**81** Tilburt JC, Mueller PS, Ottenberg AL, Poland GA, Koenig BA. Facing the challenges of influenza in healthcare settings: the ethical rationale for mandatory seasonal influenza vaccination and its implications for future pandemics. Vaccine 2008; 26(Suppl. 4):D27–30.

© 2011 Blackwell Publishing Ltd, *Influenza and Other Respiratory Viruses*, **5**, 382–388

AR-04163

CDC — Centers for Disease Control and Prevention

# Vaccination to Prevent COVID-19 Outbreaks with Current and Emergent Variants — United States, 2021





Distributed via the CDC Health Alert Network
July 27, 2021, 4:00 PM ET
CDCHAN-00447

## Summary

The Centers for Disease Control and Prevention (CDC) is issuing this Health Alert Network Health Advisory to notify public health practitioners and clinicians about the urgent need to increase COVID-19 vaccination coverage (i.e., the percentage of the population fully vaccinated) across the United States to prevent surges in new infections that could increase COVID-19 related morbidity and mortality, overwhelm healthcare capacity, and widen existing COVID-19-related health disparities. Increasing vaccination coverage is especially urgent in areas where current coverage is low. Unvaccinated persons account for the majority of new COVID-19 infections, hospitalizations, and deaths. Currently circulating SARS-CoV-2 variants of concern, especially the highly infectious Delta variant (B.1.617.2), are accelerating spread of infection. Unvaccinated and partially vaccinated people need to practice all recommended prevention measures until fully vaccinated. In areas with substantial and high transmission, CDC recommends that fully vaccinated individuals wear a mask in public indoor settings to help prevent the spread of Delta and protect others.

## Background

**COVID-19 case rates are rising again after a period of decline**: COVID-19 cases have increased over 300% nationally from June 19 to July 23, 2021, along with parallel increases in hospitalizations and deaths driven by the highly transmissible B.1.617.2 (Delta) variant. While significant progress has been made to make COVID-19 vaccine widely available, disparities in vaccination coverage persist across population groups and geographic areas. As of July 23, 2021, 1,856 (63.0%) of the 2,945 counties with available vaccination data have particularly low vaccination coverage, defined here as <40% of the population being fully vaccinated. As of July 23, 2021, among the counties with vaccine coverage <40%, 36.0% (N = 668) have COVID-19 incidence rates in the high burden level (≥100 cases/100,000 over the last seven days) (see figure below, and further data at COVID Tracker).

## Counties by Percentage of the Population Fully Vaccinated and 7-Day Case Rate



Among U.S. counties that reported information on completed vaccination series (n=2,945): 22.7% (668/2,945) have <40% of the population fully vaccinated and have 7-day case rates ≥100/100,000. Estimates for 50 states, D.C., and Puerto Rico. Time period: Fri Jul 23, 2021. Data source: COVID Data Tracker. Hawaii and Texas are excluded because county-level vaccination information is unavailable. California counties with <20k population, Virginia counties (independent cities) that did not report data, and the Valdez-Cordova Census Area in Alaska also are excluded. County data for Puerto Rico are not displayed. Excluded counties are shaded in gray.

Overall, the majority (81.4%) of counties with high COVID-19 incidence rates are found in communities with low vaccination coverage. As COVID-19 case counts continue to rise nationally, areas with lower vaccination coverage are at especially high risk for a surge in cases.

**Most cases of COVID-19 and hospitalizations are in unvaccinated individuals:** While COVID-19 vaccines authorized in the United States remain effective against SARS-CoV-2 infection and severe disease, some infections among vaccinated persons (i.e., breakthrough infections) are anticipated and have been reported. However, the majority of COVID-19 cases and hospitalizations are occurring among individuals who are not fully vaccinated. From January through May 2021, of the more than 32,000 laboratory-confirmed COVID-19-associated hospitalizations in adults ≥18 years of age for whom vaccination status is known, <3% of hospitalizations occurred in fully vaccinated persons.

**The COVID-19 Delta variant is widely prevalent and more infectious than prior strains**: The COVID-19 Delta variant currently accounts for more than 80% of all COVID-19 cases in the United States. This variant is significantly more infectious than prior SARS-CoV-2 variants and has led to a rapid rise in COVID-19 cases in other countries, including the United Kingdom and Israel. Emerging evidence suggests that fully vaccinated people who do become infected with the Delta variant are at risk for transmitting it to others.

**COVID-19 vaccination is our most effective strategy to prevent infection and severe disease:** Vaccination is a priority national strategy to interrupt SARS-CoV-2 transmission, protect personal and public health, and preserve healthcare system capacity. COVID-19 vaccines are safe and recommended for all persons aged 12 years of age and older, even for those with prior SARS-CoV-2 infection. Immunologic data support the role of Food and Drug Administration (FDA)-authorized COVID-19 vaccines in offering protection against the known currently circulating variants. By limiting viral spread, vaccination also minimizes opportunities for the introduction of more infectious variants through random mutation. Mutations could produce future variants that are more virulent and capable of evading diagnostic and therapeutic tools or overcoming vaccine-induced immunity.

**COVID-19 vaccination coverage at skilled nursing facilities (SNF) helps prevent infection**: Nursing home residents have been severely impacted by COVID-19 and are disproportionately represented in overall burden of COVID-19-related morbidity and mortality in the United States. While there has been significant progress in vaccinating SNF residents, vaccination coverage of staff at many facilities remains low. Preliminary data from CDC's National Healthcare Safety Network (NHSN) indicate residents of SNFs in which vaccination coverage of staff is 75% or lower experience higher crude rates of preventable COVID infection.

### COVID-19 in Residents of CMS-Certified Skilled Nursing Facilities
Crude Rate per 1,000 Resident Weeks, Stratified by Vaccination Coverage of Staff

**Data from the two weeks ending 11 July 2021**

| Quartile of Staff Vaccination Coverage (percentile) | Staff Vaccination Coverage | Crude Rate of COVID in Residents per 1,000 Resident-weeks, for the two weeks ending 11 July |
|---|---|---|
| 1 (0th-25th) | 0-44% | 0.77 |
| 2 (26th-50th) | 45-59% | 0.54 |
| 3 (51st-75th) | 60-74% | 0.26 |
| 4 (76th-100th) | 75+% | 0.31 |
| Overall, national | | 0.4 |

Highly significant reductions in incidence between these strata, *P*<0.0001

Reduction between these strata not significant

- There was a 29% significant reduction in the case rate from Q1 to Q2 of staff vaccination coverage
- There was a 52% significant reduction in the case rate from Q2 to Q3 of staff vaccination coverage



*Data limited to facilities reporting vaccination coverage.*



**CDC recommends urgent action by all:** CDC recommends continued efforts to accelerate primary vaccination efforts, especially in areas with lower vaccination coverage. Individuals who are not fully vaccinated need to maintain all recommended prevention measures. People who are immunocompromised should be counseled about the potential for reduced immune responses to COVID-19 vaccines and to follow current prevention measures to protect themselves against COVID-19 until advised otherwise by their healthcare provider.  CDC recommends ensuring tailored, culturally responsive, and linguistically appropriate communication of vaccination benefits (see vaccine equity resources below).

### Recommendations for Public Health Jurisdictions

- Continue and increase efforts to reach and partner with communities to encourage and offer vaccination. Co-lead the conversation by participating in community education and outreach events.
- Leverage resources to promote vaccine equity.
- Encourage clinicians to offer and recommend COVID-19 vaccination to their patients and community members.
- Work with community partners to make vaccination easily accessible for unvaccinated populations.
- Implement additional prevention strategies when transmission is high and vaccination coverage is low (*MMWR*).
- Continue to monitor community transmission levels, variant, and vaccination coverage levels, and focus vaccine efforts on populations with low coverage.
- Communicate vaccination coverage, variant, and transmission levels to key partners, including the key information on risk associated with the B.1.617.2 (Delta) variant.

### Recommendations for Clinicians

- If you are a clinical provider and are not fully vaccinated, get vaccinated as soon as possible to protect yourself, your family, and your patients.
- Increase patient outreach efforts to encourage, recommend, and offer COVID-19 vaccination.
- Remind patients that vaccination is recommended for all persons aged 12 years of age and older, even for those with prior SARS-CoV-2 infection. Follow trusted sources carefully for any new recommendations and changes in vaccine guidance.
- Support efforts to ensure people receiving a first dose of a COVID-19 mRNA vaccine (i.e., Pfizer-BioNTech or Moderna) return for their second dose to complete the series.
- Communicate with unvaccinated staff, patients, and other individuals to increase confidence in vaccination. CDC has many resources for providers to help increase vaccine confidence .
- Recommend that fully vaccinated patients who are immunocompromised continue to practice all recommended prevention measures for unvaccinated persons.

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 122 of 275   PageID 4708

Recommendations for Healthcare Facilities and Systems, Nursing Homes, and Businesses

- Recommend and offer COVID-19 vaccine to your staff and employees and establish policies to encourage uptake such as time off to receive the vaccine.
- Consider offering COVID-19 vaccine at your workplace (Workplace COVID-19 Vaccine Toolkit).
- Evaluate whether your facility can implement vaccine requirements or vaccine incentives.

**For More Information**

- CDC Weekly *Morbidity and Mortality Weekly Report* (*MMWR*) Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission Levels and Vaccination Coverage
- Interim Public Health Recommendations for Fully Vaccinated People
- COVID Data Tracker

---

*The Centers for Disease Control and Prevention (CDC) protects people's health and safety by preventing and controlling diseases and injuries; enhances health decisions by providing credible information on critical health issues; and promotes healthy living through strong partnerships with local, national and international organizations.*

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

---

## HAN Message Types

- **Health Alert:** Conveys the highest level of importance; warrants immediate action or attention.
- **Health Advisory:** Provides important information for a specific incident or situation; may not require immediate action.
- **Health Update:** Provides updated information regarding an incident or situation; unlikely to require immediate action.
- **Info Service:** Provides general information that is not necessarily considered to be of an emergent nature.

###

This message was distributed to state and local health officers, state and local epidemiologists, state and local laboratory directors, public information officers, HAN coordinators, and clinician organizations.

###

Top of Page

---

## Additional Resources

- HAN Archive By Year
- HAN Types
- Sign Up for HAN Email Updates
- HAN Jurisdictions

Page last reviewed: June 10, 2021

en Español (indexSpanish.html)



# Vaccine Adverse Event Reporting System
www.vaers.hhs.gov

(index.html)

### Have you had a reaction following a vaccination?

1. Contact your healthcare provider.
2. Report an Adverse Event (reportevent.html) using the VAERS online form or the downloadable PDF. *New!*

**Important:** If you are experiencing a medical emergency, seek immediate assistance from a healthcare provider or call 9-1-1. CDC and FDA do not provide individual medical treatment, advice, or diagnosis. If you need individual medical or health care advice, consult a qualified healthcare provider.

Reporting requirements for healthcare providers administering COVID-19 vaccines (faq.html)



REPORT AN ADVERSE EVENT (REPORTEVENT.HTML)

Review reporting requirements and submit reports. (reportevent.html)



11/28/2021, 3:42 PM

AR04168

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 124 of 275   PageID 4710



SEARCH VAERS DATA (DATA.HTML)

Download VAERS Data and search the CDC WONDER database. (data.html)



REVIEW RESOURCES (RESOURCES.HTML)

Find materials, publications, learning tools, and other resources. (resources.html)



AR04169



SUBMIT FOLLOW-UP INFORMATION (AUTOUPLOAD.HTML)

Upload additional information related to VAERS reports. (autoupload.html)

HELPFUL LINKS

 Fact Sheet for General Public and Healthcare Providers (pdf - 415KB) (https://urldefense.us/v3/__http://www.cdc.gov/vaccinesafety/pdf/vaers_factsheet1.pdf__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrkKvNKNI$)

 Summary of 2016-2017 Influenza Vaccine information (resources/fluupdates.html)

 VAERS Publications (https://urldefense.us/v3/__http://www.cdc.gov/vaccinesafety/ensuringsafety/monitoring/vaers/publications.html__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4VgK7eSQCRmZr4eMVLJ4$)

 Print and Web Material (https://urldefense.us/v3/__http://www.cdc.gov/vaccinesafety/ensuringsafety/monitoring/vaers/print-material.html__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrRVCAP-c$)

LEARNING TOOLS

AR04170



VAERS: An Overview and Demonstration (https://urldefense.us/v3/__https://www.youtube.com/watch?v=sbCWhcQADFE__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK



VAERS: Online Reporting Demonstration (https://urldefense.us/v3/__https://www.youtube.com/watch?v=9lVCzQFOhew__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7



Searching the VAERS WONDER Database (https://urldefense.us/v3/__https://www.youtube.com/watch?v=cOH7cFWS7o4__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK

## Watch specific sections of the video

**Section 1:** Introduction to VAERS (https://urldefense.us/v3/__https://www.youtube.com/watch?v=cOH7cFWS7o4&feature=youtu.be&
t=44s__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrh4Cpo8c$)

**Section 2:** How to Search VAERS Public Data (https://urldefense.us/v3/__https://www.youtube.com/watch?v=cOH7cFWS7o4&feature=youtu.be&
t=2m28s__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrdSkT84$)

**Section 3:** Strengths and Limitations of VAERS Data (https://urldefense.us/v3/__https://www.youtube.com/watch?v=cOH7cFWS7o4&feature=youtu.be&
t=10m37s__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZr9QrLzio$)

**Section 4:** Where to Get More Information (https://urldefense.us/v3/__https://www.youtube.com/watch?v=cOH7cFWS7o4&feature=youtube&
t=12m13s__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZr8LuegSg$)

## VACCINE SAFETY INFORMATION



**Ensuring Vaccine Safety** (https://urldefense.us/v3/__http://www.cdc.gov/vaccinesafety/ensuringsafety/index.html__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7

Learn how CDC works to ensure the safety of vaccines

AR04171



**Safety monitoring in VAERS (https://urldefense.us/v3/__https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4<br>/__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRm2**

Post-licensure vaccine safety monitoring using VAERS



**Information For Healthcare Providers (resources/infoproviders.html)**

Specific information for healthcare providers

Note: To view PDF files, download the free Adobe Acrobat Reader (https://urldefense.us/v3/__https://get-adobe.com/reader<br>/__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eS@CRmZrmSoOed8$).

FAQs (faq.html)    Contact Us (contact.html)    Privacy (privacy.html)    info@vaers.org (mailto:info@vaers.org)

USA.gov (https://urldefense.us/v3/__http://www.usa.gov__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrkk6r3Gs$)

Centers for Disease Control and Prevention (https://urldefense.us/v3/__https://www.cdc.gov<br>/__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhp_zHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrVkivwNU$)

Food and Drug Administration (https://urldefense.us/v3/__http://www.fda.gov<br>/__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrQqhaxnU$)

U.S Department of Health & Human Services (https://urldefense.us/v3/__https://www.hhs.gov<br>/__;!!JRQnnSFuzw7wjAKq6ti6!izpgQbAdpVXAMMkvhptzHFWy3_gnvOCu8oK9SbkJyXy4YgK7eSQCRmZrnm9V4bM$)

VAERS is co-sponsored by the Centers for Disease Control and Prevention (CDC), and the Food and Drug Administration (FDA), agencies of the U.S.<br>Department of Health and Human Services (HHS).

AR04172

**The New York Times**

https://www.nytimes.com/2021/09/28/nyregion/vaccine-health-care-workers-mandate.html

# Thousands of N.Y. Health Care Workers Get Vaccinated Ahead of Deadline

Though many hospital and nursing home employees remain unvaccinated, officials say worst-case staffing shortages seem less likely.

 

By **Sharon Otterman** and **Joseph Goldstein**
Published Sept. 28, 2021   Updated Oct. 20, 2021

New York State's pioneering effort to force health care workers to receive coronavirus vaccines appears to have pressured thousands of holdouts to receive last-minute shots, though hospitals and nursing homes continue to brace for potential staffing shortages should the mandate fall short, according to state and industry officials.

As the vaccination mandate went into full effect on Monday, 92 percent of the state's more than 650,000 hospital and nursing home workers had received at least one vaccine dose, state officials said. That was a significant increase from a week ago, when 82 percent of the state's nursing home workers and at least 84 percent of hospital workers had received at least one dose.

The jump in vaccinations in the days before the deadline gave New York one of the highest rates of vaccination among health care workers nationally. It was also a positive sign that President Biden's planned federal vaccination mandate for most health care workers might buoy rates nationwide.

At the same time, at least eight lawsuits and several angry protests against mandates in New York served as a reminder that thousands of health care workers would likely resign or choose to be fired rather than get vaccinated.

Many hospitals and nursing homes faced staffing shortages before the mandate, for reasons including pandemic-related burnout and the high pay being offered to traveling nurses. That means even minor staff losses because of vaccine resistance could put some patients at risk.

AR-04173

As a result, many health care facilities have braced themselves by activating emergency staffing plans, calling in volunteers and moving personnel to cover shifts.

Implementing the mandate has become a major test for Gov. Kathy Hochul, who took office in August and has made fighting Covid a top priority.

The governor declared a state of emergency late Monday night that will allow her to use the National Guard to fill staffing shortages at hospital and nursing homes if needed. She has also opened a crisis operations center for health care facilities to request help and waived licensing requirements to allow nurses and other health care workers from outside New York to assist.

"I'm using the full power of the state of New York to ensure that we do everything to protect people," Ms. Hochul said on Monday. "This is simple, common sense."

New York is a bellwether for vaccine mandates, as a number of states have imposed similar requirements that take effect soon, including California, where health care workers must be fully vaccinated by Sept. 30 unless they receive a medical or religious exemption. New York's mandate is among the strictest, providing no option to test weekly rather than get vaccinated. It also allows no religious exemptions, though that is the subject of litigation.

In the New York City public hospital system, more than 8,000 workers were unvaccinated a week ago. By Monday morning, that number had dropped to about 5,000 — or just over 10 percent of the work force.

Dr. Mitchell Katz, the president of the system, said Tuesday that about 500 unvaccinated nurses were among the employees placed on unpaid leave on Tuesday, but that the system had brought in 500 new nurses and had enough staff to continue functioning safely.

In Rochester, officials at Strong Memorial Hospital placed a two-week pause on scheduling elective procedures and warned patients to expect longer wait times for routine appointments as the deadline loomed last week. But on Monday, they announced that they had been able to bring their staff vaccination rate to 95.5 percent, up from 92 percent last week.

After staff members with exemptions are accounted for, fewer than 300 employees out of 16,000 will be fired if they don't relent, said Kathleen Parrinello, the chief operating officer of the hospital.

"Some are still very scared," she said. "So they need hand-holding and reassurance." Other employees, she said, told her they weren't convinced they should get vaccinated but didn't want to lose their jobs.

In the courts, some of the lawsuits filed by opponents of the mandate are based on First Amendment grounds. Others argue that the state should recognize immunity from prior infection, though most scientists say that does not provide sufficient protection and insist that vaccination is superior.

Because of one federal lawsuit filed in Utica, N.Y., workers statewide who have applied for religious exemptions — likely thousands of people — are currently permitted to continue working until Oct. 12, easing the immediate blow to staffing.

Separately the U.S. Court of Appeals for the Second Circuit in Manhattan is scheduled to hear arguments Wednesday on whether the vaccine mandate violates the religious freedom of two Long Island nurses and a health care worker in Syracuse.

---

**The Coronavirus Pandemic: Latest Updates ›**

Updated

- Disney Cruise Line will require all passengers ages 5 and older to be fully vaccinated.

- The White House estimates nearly 10 percent of younger children have gotten a first shot.

- A standoff over vaccines has intensified between Oklahoma's governor and the Pentagon.

---

Those plaintiffs, like others around the state, say they do not want to get a coronavirus vaccine because cell lines derived from fetuses aborted decades ago were used in the development or production or testing of the vaccines.

Organized protests against the mandate have also continued in New York City and elsewhere, including at Strong Memorial.

AR-04175

Demonstrators at a rally against New York's vaccine mandate marched from Foley Square in Lower Manhattan to Times Square on Monday.  Dave Sanders for The New York Times

Carmen De León, the president of Local 768, which represents respiratory therapists, social workers and many other workers in New York City's public hospital system, noted that some of those who were opposed to getting vaccinated would likely be able to find higher-paying jobs in other states through medical staffing agencies.

"You had people working through the whole pandemic and they did not get sick, and now you're telling them they have to get vaccinated and they don't know what the outcome is going to be," she said.

Public officials touted the success of the mandate in raising vaccination rates. When it was first announced by then-Gov. Andrew M. Cuomo on Aug. 16, only 70 percent of nursing home staff had received at least one vaccine dose and 77 percent of hospital staff were fully vaccinated.

In a shift, the governor's office on Tuesday estimated the total number of hospital workers affected by the mandate at 519,000 statewide, up from its estimate of 450,000 when the mandate was announced.

"People who are on the fence benefit from these mandates, bluntly, as a way to make this decision," said Mayor Bill de Blasio, who has also required that everyone working in New York City public schools have at least one vaccine dose by next Monday.

While the rates were high among health care workers as a whole, however, low vaccination totals at some facilities sent a warning signal. As of Sunday, fewer than 65 percent of staff members had received at least one vaccine dose at several nursing homes, including The Plaza Rehab and Nursing Center in the Bronx, and Hopkins Center for Rehabilitation and Healthcare in Brooklyn, state data showed.

**The State of Vaccine Mandates in the U.S.**

A growing number of employers, universities and businesses are now issuing some form of a vaccine requirement. Here's a closer look.

- **Private Sector:** The Biden administration set Jan. 4 as the deadline for large companies to mandate vaccinations or start weekly testing of their workers, but a federal appeals court has blocked the rule.



At the Erie County Medical Center in Buffalo, 20 percent of staff at its affiliated nursing home, Terrace View, were placed on unpaid leave on Monday for refusing to get vaccinated, a spokesman said. The hospital said it was doing its best to make up for the reduction by transferring staff in from other facilities, reducing beds at the nursing home and suspending some elective surgeries at the hospital.

The medical center had been predicting 400 staff departures, but in the end, only 276 unvaccinated workers were placed on leave. Still, the facility remained in crisis mode, because in the weeks before the mandate came into effect, the hospital already had 400 job vacancies and a record number of patients.

The hospital was having trouble, said Tom Quatroche, its president, because it could not discharge patients to nursing homes and rehab centers that were experiencing their own staff shortages.

In Albany, the Albany Medical Center said that about 200 employees of 11,000 had failed to get their first shot or seek an exemption. They were suspended without pay, and will be fired after seven days if they don't change course.

Across the nation, hospital officials are making similar bets that mandates will push staff members to get vaccinated.

At Methodist Hospital in Houston, one of the first hospitals to impose a vaccine requirement, 153 out of 25,000 employees were fired or resigned, and about 600 more received medical or religious exemptions. Henry Ford Health System in Detroit got its vaccination rate up to 98 percent after implementing a mandate, according to senior leaders at the organization.

"We're seeing in a lot of places that this is working, it's effective," said Jen Psaki, the White House press secretary, as she expressed Mr. Biden's support for New York's mandate at a press briefing on Monday.

Gov. Kathy Hochul spoke on Monday at the Bay Eden Senior Center, which offered coronavirus vaccines.  Dave Sanders for The New York Times

In the Bronx, Dr. Eric Appelbaum, the chief medical officer at St. Barnabas Hospital, said that some unvaccinated employees who had been anxious about getting the shot had simply put the matter out of their minds — until the mandate made it impossible to ignore any longer.

As recently as last Wednesday, more than 20 percent of the hospital's roughly 3,000 staff members had yet to get their first dose. By Tuesday, just 3 percent remained unvaccinated, hospital officials said.

The last-minute rush largely took place out of view, Dr. Appelbaum said. Though some employees went to a hospital-run clinic to get their vaccines, many of the holdouts got them at chain pharmacies.

Of the 88 employees at St. Barnabas who remained unvaccinated, 23 had medical exemptions or pending requests for religious exemptions, a hospital spokesman, Steven Clark, said.

Those without exemptions had been removed from the work schedule and had until 6 a.m. on Monday to get vaccinated, Dr. Appelbaum said, before being "put into a category of having voluntarily resigned."

"I did not think it would be this good," he said of the hospital's vaccination rate, which he had worried wouldn't reach 90 percent.

Still he marveled that some employees who had worked through the height of New York's epidemic — when a refrigerated trailer serving as a makeshift morgue was parked outside the hospital — would forgo the vaccine.

"The human brain has a real ability to shut that stuff out," he said.

Daniel E. Slotnik contributed reporting.

# Valuing COVID-19 Mortality and Morbidity Risk Reductions

## in U.S. Department of Health and Human Services Regulatory Impact Analyses

July 2021

**Prepared for:**
Aaron Kearsley and Scott Douglas
Office of Science and Data Policy
Office of the Assistant Secretary for Planning and Evaluation
U.S. Department of Health and Human Services

**Prepared by:**
Lisa A. Robinson, Harvard T.H. Chan School of Public Health, Center for Health Decision Science and Center for Risk Analysis
Michael R. Eber, Harvard T.H. Chan School of Public Health, Center for Health Decision Science
James K. Hammitt, Harvard T.H. Chan School of Public Health, Center for Health Decision Science and Center for Risk Analysis; Toulouse School of Economics, Université de Toulouse Capitole

**Under subcontract to:**
Industrial Economics, Incorporated
Jennifer R. Baxter, Principal

## ACKNOWLEDGEMENTS

This report develops an approach for valuing COVID-19 mortality and morbidity risk reductions based on the U.S. Department of Health and Human Services (HHS) *Guidelines for Regulatory Impact Analysis.* It illustrates the approach using data available at the time the report was drafted. Recognizing that new information on COVID-19 impacts continues to emerge and that the effects of individual regulations will vary, we expect this approach will be updated and tailored as needed.

The underlying research was conducted in two phases. Amber Jessup of the HHS Office of the Assistant Secretary for Planning and Evaluation (ASPE) commissioned and guided the initial work; the final report for the first phase was completed in September 2020. Aaron Kearsley and Scott Douglas of ASPE commissioned and guided the second phase, which involved updating that report to reflect research conducted through March 2021 as well as additional review by HHS staff. Lisa A. Robinson, Michael R. Eber, and James K. Hammitt (Harvard T.H. Chan School of Public Health) conducted the research and drafted the report under subcontract to Industrial Economics, Incorporated (IEc). Jennifer R. Baxter was the IEc project director and Mathematica Policy Research was the prime contractor.

For their helpful advice and comments on previous drafts, we thank Trinidad Beleche, Scott Douglas, Amber Jessup, and Aaron Kearsley (ASPE); Brian Maskery and Jamison Pike (U.S. Centers for Disease Control and Prevention), and Kathryn Dotzel, Ioana (Julia) Marasteanu, Cristina McLaughlin, Maria Kuecken, Janet Peckham, and Kevin Wood (U.S. Food and Drug Administration).

AR-04180

## CONTENTS

ACKNOWLEDGEMENTS ............................................................................................................... 2

EXECUTIVE SUMMARY ............................................................................................................... 4

CHAPTER 1: INTRODUCTION ..................................................................................................... 11

1.1 HHS Valuation Approach ................................................................................................... 11

1.2 Overview of Following Chapters ........................................................................................ 14

CHAPTER 2: VALUING COVID-19 MORTALITY RISK REDUCTIONS ............................................. 15

2.1 Characteristics of COVID-19 Mortality Risks .................................................................... 15

2.2 Valuing COVID-19 Mortality Risks .................................................................................... 17

2.2.1 Individual Characteristics ........................................................................................... 18

2.2.2 Risk Characteristics .................................................................................................... 24

2.2.3 Other-Regarding Preferences ..................................................................................... 28

2.3 Summary and Conclusions ................................................................................................ 30

CHAPTER 3: VALUING COVID-19 MORBIDITY RISK REDUCTIONS ............................................. 32

3.1 Characteristics of COVID-19 Morbidity Risks ................................................................... 32

3.1.1 Individual Characteristics ........................................................................................... 33

3.1.2 Risk Characteristics .................................................................................................... 34

3.1.3 Similar Diseases Used as Proxies ............................................................................... 37

3.2 Willingness to Pay Estimates ............................................................................................ 39

3.3 Monetized QALY Estimates .............................................................................................. 42

3.3.1 HRQL Estimates from COVID-19 Studies .................................................................... 45

3.3.2 HRQL Estimates from Studies of Similar Conditions ................................................. 47

3.3.3 Values per Nonfatal Statistical Case ......................................................................... 55

3.4 Summary and Conclusions ................................................................................................ 59

REFERENCES ............................................................................................................................. 60

AR-04181

## EXECUTIVE SUMMARY

In 2016, the U.S. Department of Health and Human Services (HHS) finalized its *Guidelines for Regulatory Impact Analysis* (hereafter *Guidelines*) under the leadership of its Assistant Secretary for Planning and Evaluation (ASPE) and Analytics Team. In Chapter 3, "Assess Benefits," the *Guidelines* discuss the approach used to value mortality and morbidity risk reductions, commonly referred to as the value per statistical life (VSL) and the value per statistical case (VSC) respectively.

Valuing risk reductions associated with regulations or other policies that address the novel coronavirus disease 2019 (COVID-19) presents major challenges, however. This paper addresses these challenges. We summarize the impacts of COVID-19 on health and longevity, describe the conceptual framework for valuation, investigate the available valuation research, and discuss the implications. We recognize that the impact of the virus is rapidly evolving and that new data are continually emerging. Our focus is on developing and illustrating an approach for estimating the value per expected death or nonfatal case averted, that can be adapted to changing circumstances as needed.

### Background

In benefit-cost analysis, the value of an improvement, such as a decrease in mortality or morbidity risk , is typically based on individual willingness to pay (WTP). In other words, the value is derived from how much money affected individuals would exchange for a risk reduction they expect to experience, given their budget constraints and preferences for spending on other goods and services. Generally, changes in mortality risks are valued separately from changes in morbidity risks, due in part to limitations in the available empirical work.

These WTP estimates are described as estimates of the value per statistical life (VSL) when valuing expected changes in mortality risk. The VSL terminology is frequently misinterpreted, however. VSL is not the value that the analyst, the researcher, or the government places on saving an individual from certain death. Rather it reflects research on the extent to which individuals are willing to exchange money for small changes in their own risks within a defined time period. The benefit of a reduction in mortality risk can be calculated by multiplying VSL by the expected number of deaths averted by a regulation or other policy.

The 2016 *Guidelines* recommend low, central, and high population-average VSL estimates for use in HHS regulatory impact analyses (hereafter referred to as HHS's VSL estimates). These estimates are derived from a criteria-driven review of the empirical literature (Robinson and Hammitt 2016). The *Guidelines* also suggest that analysts conduct sensitivity analysis when the regulation or other policy largely affects mortality risks among the very old or very young. This sensitivity analysis is based on constant value per quality-adjusted life year (QALY) estimates derived from HHS's VSL estimates. The value per QALY that results is then multiplied by the expected change in QALYs attributable to the regulation, leading to higher values per expected death averted for younger individuals and lower values for older individuals. The derivation of the value per QALY involves dividing the estimated VSL by the discounted expected QALYs for a person of average age, and therefore depends on the discount rate. Government-wide

guidance indicates that regulatory analyses should be conducted using both 3 percent and 7 percent rates. The resulting estimates are provided in Table ES.1, updated to reflect 2020 dollars and income levels.

**Table ES.1 HHS VSL and Value per QALY Estimates (2020 dollars and income levels)**

|  | VSL Estimate | Value per QALY 3 percent discount rate | Value per QALY 7 percent discount rate |
|---|---|---|---|
| Low | $5.3 million | $270,000 | $450,000 |
| Central | $11.4 million | $580,000 | $970,000 |
| High | $17.4 million | $880,000 | $1,470,000 |

Conceptually, the approach for valuing nonfatal risk reductions is similar; WTP estimates are converted into the value per statistical case (VSC). HHS policies affect a wide range of nonfatal health conditions that vary in severity, duration, and other characteristics. Given this diversity, the *Guidelines* provide a framework for estimating these values rather than recommending specific values. Analysts should first review the literature to determine whether suitable WTP estimates of reasonable quality are available for the nonfatal risk reductions of concern. If not, the *Guidelines* recommend that analysts use monetized QALYs as a proxy. The constant value per QALY (see Table ES.1 above) is multiplied by the expected change in QALYs to estimate the value per nonfatal case. Regardless of whether WTP or monetized QALY estimates are used for valuation, costs that are not included in these estimates can be added to reflect the total impact of the health condition on social welfare, as discussed in more detail in Chapter 3 of the *Guidelines*.

### Valuing COVID-19 Mortality Risk Reductions

The VSL estimates recommended in the HHS *Guidelines* reflect population-average values. Those whose COVID-19 mortality risks are likely to be most affected by HHS regulations or other policies may differ from the general population in numerous respects, including their age, underlying health status, and other characteristics. Similar to deaths from all causes, COVID-19 deaths have been concentrated among the elderly. While the population aged 65 and over comprises a minority of the United States population (16.3 percent), this group accounted for most (81.0 percent) of the deaths for which COVID-19 was listed among the causes as of January 2021. COVID-19 deaths also appear to be largely among individuals whose health is otherwise impaired; the available data suggest that 96 percent of those who have died with COVID-19 have one or more underlying health conditions.

In addition, deaths associated with COVID-19 appear to have occurred disproportionately among individuals with certain demographic and socioeconomic characteristics. This variation likely results from differences in exposure as well as health status and other factors. Deaths have occurred disproportionately among males, and lower-income populations may be more vulnerable. Researchers have also identified disproportionately high rates of COVID-19 mortality in certain communities and disparities by race, ethnicity, and other factors.

AR-04183

The characteristics of COVID-19 mortality risks also differ from the characteristics of the more common and familiar risks frequently considered in the valuation studies that underlie HHS's VSL estimates. These studies largely address accidental deaths, particularly those associated with job-related injuries. COVID-19 deaths may be preceded by severe symptoms, including fever, shortness of breath, high respiratory rate, and cough. Patients are often admitted to an intensive care unit (ICU) and put on mechanical ventilation, which requires that they be placed in a medically induced coma. The median duration of illness between symptom onset and death in the United States appears to have been between 13 and 17 days.

The novelty of COVID-19 also has implications for how these risks are perceived. COVID-19 risks may be more dreaded as well as more unfamiliar and uncertain than more common risks. Patients may need to be isolated from family members during treatment due to infectiousness. The values placed on risks of the same magnitude may vary depending on their causes and other characteristics due to these types of psychological or emotional responses. Thus individuals may value reducing their risk of dying from COVID-19 differently than they value reducing the risk of dying from another cause, even if the risk reduction is 1-in-10,000 in both cases.

Research on the value of reducing COVID-19 mortality risks is ongoing and there is no consensus on how to best estimate these values. Thus, we follow the benefit transfer framework discussed in Chapter 3 of the HHS *Guidelines* and explore the effects of differences between COVID-19 mortality risks and the more common and familiar risks that underlie HHS's VSL estimates.

The research that provides the basis for the recommended HHS VSL estimates includes six revealed preference studies and one meta-analysis that address the tradeoff between occupational risks and wages, and three stated preference studies that elicit WTP for risks from food-related illnesses, motor vehicle accidents, and other causes. All ten of these studies include the general adult U.S. population, although the wage-risk studies are limited to those who are employed.

In contrast, as indicated by the above discussion, COVID-19 affects individuals with characteristics that differ from those of the average member of the population, including age, health status, and income. The characteristics of COVID-19 risks also differ from the risks included in these studies, including morbidity prior to death, qualitative risk attributes, and the magnitude of the risk change.

Both theory and empirical research suggest that the extent to which the recommended HHS VSL estimates should be adjusted to reflect these differences is highly uncertain. In Table ES.2, we summarize the effects of differences between the COVID-19 context and the contexts considered in developing the HHS population-average VSL estimates. As indicated by the table, these effects may be counterbalancing to an unknown extent.

AR-04184

**Table ES.2 Potential Direction of Effect**

| Differences between COVID-19 and Risks Commonly Studied[a] | Effect on HHS VSL Estimates[b] |
|---|---|
| **Individual characteristics** | |
| 1. Disproportionately affects the elderly | May *decrease* VSL |
| 2. Disproportionately affects those in impaired health | May *increase or decrease* VSL |
| 3. Reduces income below pre-pandemic levels | May *decrease* VSL |
| **Risk characteristics** | |
| 1. Involves more substantial morbidity prior to death | May *increase* VSL |
| 2. Viewed as more dreaded and uncertain | May *increase* VSL |
| 3. May involve a larger risk change | May *decrease* VSL |

a. Assumes COVID-19 mortality risk reductions attributable to the regulation or other policy will follow the same patterns as incurred cases to-date.

b. Compared to HHS population-average VSL estimates. Because the magnitude of these effects is uncertain, it is unclear whether in combination the net effect will be an increase or decrease.

Many of these differences may be best addressed through qualitative discussion, given gaps and inconsistencies in the available empirical VSL research. Where quantitative adjustment is possible, it should be included in sensitivity analysis rather than featured in the primary results to highlight associated uncertainties. In particular, as discussed earlier, if the mortality risks disproportionately affect the very old or the very young, analysts should include the standard sensitivity analysis recommended in Chapter 3 of the HHS *Guidelines*, applying a constant value per QALY to adjust for age.

Analysts will also need to consider the extent to which the attributes explored here are relevant to a specific analysis. Different policies may affect mortality among different population subgroups and may vary in the disease characteristics they affect. The availability of vaccines and the emergence of new variants may also affect the incidence and characteristics of COVID-19 deaths.

One question that arises in the COVID-19 and other contexts is whether and how to include preferences for mortality risk reductions that accrue to others, such as those related to the risk of infecting family members or members of the broader community. Presumably, all risk reductions would be included in the risk assessment and valued using the VSL estimates discussed above, including both the risk change accrued by those initially infected and those whom they subsequently infect. The question is whether the VSL estimates should be adjusted to reflect concerns about infecting other people.

The review that underlies the HHS VSL estimates (Robinson and Hammitt 2016) includes only studies that provide estimates of individual WTP for reductions in their own risks, excluding studies that address individual WTP for risk reductions that accrue to others. This approach is consistent with the overall benefit-cost analysis framework, which assumes that the individual is the best or most legitimate judge of his or her own welfare. The appropriate treatment of altruism and other types of other-regarding preferences raises difficult conceptual and empirical issues that have not been resolved. Hence concerns about the risks potentially imposed on others are generally addressed qualitatively.

In sum, for policies that address COVID-19 mortality, we suggest that analysts:

AR-04185

- Apply the central, high, and VSL estimates recommended in the HHS *Guidelines*;
- Conduct sensitivity analysis when policies disproportionately affect the very young or very old, by applying the value per QALY estimates recommended in the HHS *Guidelines*.
- Discuss individual and risk attributes that may affect these values qualitatively or explore them in sensitivity analysis, based on the information provided in this report and elsewhere.

This approach is necessitated in part due to limitations in the existing VSL literature and in part due to the lack of valuation research that explicitly addresses COVID-19 mortality risk reductions. We are hopeful that such research will begin to emerge soon, in which case the review and recommendations in this report can be updated. Regardless, it is unlikely that a "one-size-fits-all" VSL for COVID-19 policies will result, given that different policies will have differing effects.

### Valuing COVID-19 Morbidity Risk Reductions

The substantial variation in symptoms across nonfatal COVID-19 cases is increasingly apparent, and additional information on these symptoms is continuing to emerge. Because WTP studies have not yet been completed for nonfatal cases of COVID-19, we develop a categorization scheme that can be used to compare COVID-19 symptoms to those of other illnesses. We recognize that the approach to categorization will need to be refined as more data become available. In addition, the incidence and characteristics of COVID-19 morbidity may change as new variants emerge and as a larger proportion of the population is vaccinated. The approach may also require adjustment to reflect the impacts of a specific regulation or other policy.

The true number of U.S. COVID-19 cases is not known and is underreported for various reasons, including the lack of universal testing. Individuals with asymptomatic or mild infections are less likely to be tested or receive medical care and thus are less likely to be included in COVID-19 reporting systems. Conversely, individuals with more severe disease are much more likely to seek care and to be tested and identified as infected.

The distribution of reported nonfatal cases by age appears to differ from the distribution of reported fatalities, based on data available as of January 2021. While reported fatalities occurred disproportionately among the elderly, reported nonfatal cases occurred more frequently among adults age 18 to 64. However, this result may in part reflect patterns in exposure and in reporting, which are likely to change over time.

As is the case for COVID-19 deaths, those who experience more severe symptomatic nonfatal illness appear to often have underlying health impairments, such as diabetes, heart disease including hypertension, and chronic lung disease. Nonfatal cases also appear to be more common among individuals with certain socioeconomic characteristics, which again may reflect differences in exposure as well as other factors.

Some individuals infected with SARS-CoV-2 (the pathogen that causes COVID-19) may not experience any symptoms. Symptomatic COVID-19 cases can be categorized as mild, severe, and critical, with most

8

AR-04186

identified cases fitting into the mild category. The symptoms within each category are generally similar across age groups. However, most cases documented among younger populations are less severe than those among older populations.

As a starting point for valuation, in Table ES.3 we provide a categorization scheme for symptomatic nonfatal cases based on the data available as of January 2021. We recognize that this approach reflects an oversimplification and that explicit assessment of associated uncertainties is essential. We describe each acute and post-acute phase of the disease for mild, severe, and critical cases, note similar diseases that we use as proxies for valuation, and provide estimates of typical duration, based on review of the available literature. While we do not include asymptomatic cases at this time, some evidence is now emerging that suggests that cases that are initially asymptomatic or mildly symptomatic may ultimately lead to impaired health over the longer run. Continued review of the emerging research is needed to determine whether and how to refine this approach.

**Table ES.3 COVID-19 Phases, Similar Diseases, and Durations for Symptomatic Cases**

| Severity Category | COVID-19 Phase | Similar Proxy Disease | Typical Duration |
|---|---|---|---|
| Mild case | • Mild acute phase<br>• Mild post-acute phase | • Influenza<br>• Chronic obstructive pulmonary disease | • 10 days<br>• 15 days |
| Severe case | • Mild acute phase<br>• Severe acute phase<br>• Severe post-acute phase | • Influenza<br>• Influenza with respiratory complications<br>• Chronic obstructive pulmonary disease | • 7 days<br>• 6 days<br>• 50 days |
| Critical case | • Mild acute phase<br>• Critical acute phase<br><br>• Critical post-acute phase | • Influenza<br>• Sepsis, conditions requiring involving acute respiratory failure, prolonged mechanical ventilation.<br>• Chronic health states associated with sepsis, conditions involving acute respiratory failure, conditions requiring prolonged mechanical ventilation. | • 7 days<br>• 12 days<br><br>• Remaining lifetime |

Note: The information in this table is provided as a starting point for the valuation research discussed in this paper and is used to illustrate the results. It will require refinement as more data on COVID-19 morbidity become available.

The conceptual framework for valuing morbidity risk reductions is similar to the framework for valuing mortality risk reductions described above. In this case, however, we are interested in an individual's willingness to exchange income (or wealth) for changes in his or her own risk of nonfatal illnesses. We expect these values to vary depending on the characteristics of the individuals and of the risks, including the characteristics discussed in the VSL context previously.

A major challenge in this case, however, is that base values are not available for the nonfatal risks of concern. Hence, we conduct a criteria-driven review to develop estimates for nonfatal COVID-19 cases. We first review the WTP literature for nonfatal illnesses with symptoms similar to those of COVID-19, focusing on the proxy diseases listed above in Table ES-3: influenza, chronic obstructive pulmonary disease (COPD), sepsis, conditions involving acute respiratory failure, and conditions requiring prolonged

AR-04187

mechanical ventilation. We find very few WTP studies that address these conditions, providing only limited insight into the value of reducing these risks.

We next review the QALY literature for the same conditions, focusing on health-related quality of life (HRQL) estimates for nonfatal cases. While this literature is also limited, it is substantially more extensive than the WTP literature and provides more insight into these values. We develop illustrative, population-average estimates for individuals at different ages based on HRQL and duration estimates from the literature and HHS's estimates of the value per QALY (reported above in Table ES.1). We find that the value of averting a nonfatal statistical case of COVID-19 for an individual age 40 may be about $8,000 for mild cases, $18,000 for severe cases, and $1.8 million for critical cases. These estimates provide indicators of the likely magnitude of the values, but rest on several simplifying assumptions.

Given these uncertainties, these estimates should be used only to illustrate the potential magnitude of the benefits associated with averting nonfatal cases. They should be accompanied by both qualitative discussion and quantitative analysis of uncertainty based on the information provided in this paper and in other sources, following the general approaches for assessing uncertainty described in Chapter 6 of the HHS *Guidelines*. The quantitative assessment should include investigation of uncertainty in both the HRQL and the duration estimates as well as in the monetary value per QALY. In addition, these values should be updated to reflect new information on the characteristics of nonfatal COVID-19 cases and tailored to the effects of the specific regulation or other policy under consideration.

AR-04188

## CHAPTER 1: INTRODUCTION

In 2016, the U.S. Department of Health and Human Services (HHS) finalized its *Guidelines for Regulatory Impact Analysis* (hereafter *Guidelines*) under the leadership of its Assistant Secretary for Planning and Evaluation (ASPE) and Analytics Team. The *Guidelines* discuss how to value mortality and morbidity risk reductions when assessing the impacts of HHS regulations and other policies, relying on estimates of the value per statistical life (VSL) for expected changes in fatalities and the value per statistical case (VSC) for expected changes in nonfatal illnesses.

Valuing risk reductions associated with regulations or other policies that address the novel coronavirus disease 2019 (COVID-19) presents major challenges, however. Some of these challenges reflect uncertainties related to the impacts of the disease, including the characteristics of the individuals most likely to be affected and its symptoms and duration. Other challenges relate to gaps and inconsistencies in the available valuation research.

In this paper, we explore these issues, building on the HHS *Guidelines*. We summarize the data currently available on the effects of COVID-19, describe the conceptual framework for valuation, investigate the available empirical research, and discuss the implications. We recognize that the impact of the virus is rapidly evolving and that new data are continually emerging, and focus on developing and illustrating an approach that can be adapted to changing circumstances as needed.

This chapter summarizes the approaches for valuing mortality and morbidity risk reductions discussed in the HHS *Guidelines* then provides an overview of the remainder of the paper. Throughout, we assume that readers are familiar with the *Guidelines* and focus on highlighting key issues that arise when addressing COVID-19 regulations and policies.

### 1.1 HHS Valuation Approach

The *Guidelines* address the analysis of major HHS regulations, as required by Executive Order 12866 (Clinton 1993) and Executive Order 13563 (Obama 2011), and by implementing guidance from the U.S. Office of Management and Budget (OMB 2003). In Chapter 3, "Assess Benefits," the *Guidelines* discuss the approach for valuing mortality and morbidity risk reductions. In addition to summarizing this approach below, we report updated values expressed in 2020 dollars (at 2020 income levels).[1]

In benefit-cost analysis, the value of an improvement, such as a decrease in the risk of dying or becoming ill, is typically based on individual willingness to pay (WTP). In other words, the value is derived from the maximum amount of money affected individuals would exchange for the risk reduction they would experience, given their budget constraints and preferences for spending on other goods and services.

---

[1] Appendix D to the HHS *Guidelines* (HHS 2021) describes the process for adjusting these values in detail and provides updated estimates.

AR-04189

By convention, these WTP estimates are converted to VSL estimates when valuing expected changes in the number of deaths. The VSL terminology is frequently misinterpreted, however. VSL is not the value that the analyst, the researcher, or the government places on saving an individual from certain death. Rather it reflects estimates of the amount of money individuals are willing to exchange for small changes in their own risks within a defined time period. People make many such decisions in their day-to-day lives, for example when choosing how to balance job-related risks and wages or whether to pay more for a safer car.

If on average a member of the U.S. population is willing to pay $1,000 for a 1 in 10,000 reduction in their own mortality risk in a given year, the equivalent VSL can be calculated by dividing individual WTP by the risk change:

$$\$1,000 \text{ WTP} \div 1/10,000 \text{ risk change}$$
$$= \$10.0 \text{ million VSL}$$

In other words, a population-average VSL of $10 million indicates that the typical individual is willing to pay $1,000 to decrease his or her chance of dying in a given year by 1 in 10,000.

The value to a population is calculated by summing individual WTP across those affected. If an intervention would reduce mortality risk by 1 in 10,000 to each of 10,000 individuals, and if each is willing to pay $1,000 for a 1 in 10,000 change in his or her own risk, the total value is $10 million (10,000 x $1,000) and one fewer person would be expected to die that year (10,000 x 1/10,000).

The *Guidelines* recommend low, central, and high VSL estimates for use in HHS regulatory impact analyses, based on a criteria-driven review reported in Robinson and Hammitt (2016). That review follows the benefit transfer framework (at times referred to as "value" transfer) discussed in Chapter 3 of the HHS *Guidelines*. The authors identify six revealed preference studies and one meta-analysis that meet the criteria, all of which consider the tradeoff between occupational risks and wages. They also identify three stated preference studies that meet the criteria, which elicit WTP for reducing mortality risks associated with food-related illnesses, motor vehicle accidents, and other causes.[2] In combination, these studies lead to VSL estimates ranging from $4.2 million to $13.7 million with a mid-point of $9.0 million, in 2013 dollars at 2013 income levels. HHS uses these values as the basis of its population-average low, high, and central VSL estimates respectively.

As discussed in more detail in the HHS *Guidelines*, these estimates must be updated annually to reflect the effects of inflation in previous years as well as historic and predicted future changes in real income. Table 1.1 reports the values in 2020 dollars at 2020 income levels.

---

[2] The revealed preference studies include Viscusi (2004); Kniesner and Viscusi (2005); Hersch and Viscusi (2010); Lee and Taylor (2013); Scotton (2013); and Viscusi (2013). The meta-analysis is Viscusi (2015). The stated preference studies include Corso, Hammitt, and Graham (2001); Hammitt and Haninger (2010); and Cameron and DeShazo (2013).

AR-04190

**Table 1.1 HHS Population-Average VSL Estimates**

|  | 2013 dollars and income levels | 2020 dollars and income levels |
|---|---|---|
| Low | $4.2 million | $5.3 million |
| Central | $9.0 million | $11.4 million |
| High | $13.7 million | $17.4 million |

Source: HHS *Guidelines* Appendix D (HHS 2021)

The HHS *Guidelines* also suggest that analysts conduct sensitivity analysis when the regulatory or other policy disproportionately affects mortality risks among those who are much older or younger than the average member of the population. This sensitivity analysis is based on values per quality-adjusted life year (QALY) derived from the VSL estimates. The derivation of these values assumes that the population-average VSL reflects the present value of expected future life years for the average individual included in the underlying studies (assumed to be age 40), adjusted for expected health-related quality of life (HQRL) at each age. The resulting constant value per QALY is then multiplied by the present value of the change in expected future QALYs for those individuals affected by the policy.

The HHS value per QALY estimates for 2020 are provided in Table 1.2, based on the 2020 VSL estimates in Table 1.1. These estimates vary depending on the discount rate used when calculating present values; the HHS *Guidelines* as well as OMB (2003) require that regulatory analyses be conducted using both 3 percent and 7 percent rates.

**Table 1.2 HHS Value per QALY Estimates (2020 dollars and income levels)**

|  | VSL Estimate | Value per QALY 3 percent discount rate | Value per QALY 7 percent discount rate |
|---|---|---|---|
| Low | $5.3 million | $270,000 | $450,000 |
| Central | $11.4 million | $580,000 | $970,000 |
| High | $17.4 million | $880,000 | $1,470,000 |

Source: HHS *Guidelines* Appendix D (HHS 2021)

Due to inconsistencies and gaps in the underlying research, this approach relies on several simplifying assumptions related to the effects of age and life expectancy on VSL, as discussed in more detail later in this paper.

Conceptually, the approach is similar when valuing nonfatal cases of illness. Estimates of individual WTP are converted to value per statistical case (VSC) estimates. However, for nonfatal illnesses, the *Guidelines* do not recommend specific values. HHS policies potentially affect a wide range of nonfatal health conditions that vary in severity, duration, and other characteristics. The *Guidelines* instead provide a framework for estimating these values.

Analysts should first review the literature to determine whether suitable WTP estimates of reasonable quality are available for the nonfatal risk reductions of concern. If not, the *Guidelines* recommend that analysts use monetized QALYs as a proxy. In this case, a constant value per QALY is multiplied by the

AR-04191

expected change in QALYs to estimate the value per statistical case averted. The expected change in QALYs in this context is derived by multiplying the change in HRQL associated with the change in risk by its duration.

Regardless of whether WTP or monetized QALY estimates are used for valuation, costs that are not included in these estimates can be added to reflect the total impact of the health condition on social welfare. These costs typically include those incurred by third parties rather than by the affected individual, such as medical costs covered by insurance and caregiving provided by friends and family. See *Guidelines* Chapter 3 for more discussion.

## 1.2 Overview of Following Chapters

The remainder of this paper discusses the application of these *Guidelines* to reductions in COVID-19 mortality risk (in Chapter 2) and morbidity risk (in Chapter 3), considering possible adjustments and approaches for addressing uncertainty. In each chapter, we first discuss the characteristics of COVID-19 risks based on the data available as of January 2021, including the characteristics of those most likely to be affected and of the disease itself. We then address valuation of these risks, including theoretical expectations and empirical research findings.

We are writing this paper at a time when the context for these analyses is evolving rapidly, due to emerging scientific research, changes in the virus itself, and the availability of vaccines. The COVID-19 data that we provide at the beginning of each chapter is historical and provided largely for context.

The impacts of a specific regulation or other policy will vary from what is seen in these data for several reasons. First, analysts will have access to updated data on COVID-19 incidence and impacts. Second, as discussed in Chapter 2 of the HHS *Guidelines*, regulatory analyses focus on realistic incremental changes. They predict conditions with and without implementation of a specific policy, rather than comparing hypothetical scenarios such as conditions with and without any COVID-19 incidence. Third, an individual regulation or alternative policy may focus on risks among certain population subgroups or on specific disease attributes rather than addressing all cases nationally. For example, some policies may address COVID-19 risks among young children or the elderly, focusing on practices in childcare centers or nursing homes. Others may affect a subset of disease characteristics, for example by encouraging treatments or other interventions that reduce disease severity or mortality rates without affecting overall incidence.

Most importantly, the availability of vaccines is profoundly altering the disease trajectory, including the baseline conditions to which a policy is compared and the likely impacts of a policy over time. For example, in the near-term (i.e., in the Spring of 2021) deaths will likely decrease more rapidly among the elderly and others for whom vaccination is a high priority; while over the longer run deaths among all age groups are expected to decrease.

AR-04192

## CHAPTER 2: VALUING COVID-19 MORTALITY RISK REDUCTIONS

In this chapter, we provide data on COVID-19 mortality risks, including the characteristics of the individuals affected and the risks themselves. We then discuss how these characteristics may influence the values placed on reductions in these risks.

### 2.1 Characteristics of COVID-19 Mortality Risks

According to the Centers for Disease Control and Prevention (CDC), as of January 21, 2021 there had been 404,689 U.S. deaths involving COVID-19 (CDC 2021a). COVID-19 was a leading cause of death in 2020, ranking behind only heart disease and cancer according to initial estimates (Woolf et al. 2021; Koh et al. 2021).

Similar to deaths from all causes, these deaths have been concentrated among the elderly, as summarized in Table 2.1.[3] While the population aged 65 and over comprises a minority of the United States population (16.3 percent), this group accounts for most (81.0 percent) of the deaths for which COVID-19 was listed among the causes. Similarly, most (73.2 percent) deaths not involving COVID-19 are among this age group. Researchers using alternative estimation methods also find that excess deaths due to COVID-19 are concentrated among the elderly (National Center for Health Statistics 2021).

**Table 2.1 Distribution of U.S. Population and Deaths by Age Group**

| Age Group | U.S. Population[a] | Deaths by Cause Involving COVID-19[b] | Deaths by Cause Not involving COVID-19[b] |
|---|---|---|---|
| 0–14 | 18.7% | <0.1% | 0.9% |
| 15–24 | 13.0% | 0.2% | 2.4% |
| 25–34 | 13.9% | 0.7% | 3.3% |
| 35–44 | 12.7% | 1.7% | 4.5% |
| 45–54 | 12.6% | 4.7% | 10.3% |
| 55–64 | 12.9% | 11.7% | 12.0% |
| 65–74 | 9.7% | 21.3% | 11.3% |
| 75–84 | 4.8% | 27.6% | 29.0% |
| 85+ | 1.8% | 32.1% | 32.9% |
| Total | 100.0% | 100.0%[c] | 100.0%[c] |

Detail may not add to total due to rounding.
a. 2019 data from "Age and Sex Composition in the United States: 2019," U.S. Census Bureau, as viewed June 21, 2020. https://www.census.gov/data/tables/2019/demo/age-and-sex/2019-age-sex-composition.html. The total estimated population was 324,356,000.
b. January 1, 2020 through January 16, 2021 data from "Provisional COVID-19 Death Counts by Sex, Age, and State," National Center on Health Statistics, U.S. Centers for Disease Control and Prevention, as viewed January 21, 2021. https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Sex-Age-and-S/9bhg-hcku. Deaths involving COVID-19 totaled 347,131 and deaths not involving COVID-19 totaled 2,982,776 over this time period.

---

[3] The preceding paragraph provides a more recent and hence higher count than the table (as of January 21 rather than January 16); the lag results because detailed data reported in Table 2.1 take longer to process.

AR-04193

COVID-19 deaths appear to have been largely among individuals with underlying health conditions. Only about half of all deaths involving COVID-19 reported to CDC included data on underlying health status. However, these data show that the vast majority of individuals (96 percent) who died with COVID-19 have one or more underlying health conditions (Stokes et al. 2020).[4] In the absence of COVID-19, the life expectancy of individuals who have characteristics similar to those who have died with COVID-19 may be lower than the life expectancy of others at the same age due to the presence of underlying health conditions (Briggs et al. 2020). European data suggest that their life expectancy  may be approximately 20 percent lower on average(Hanlon et al. 2021).

Deaths associated with COVID-19 also appear to occur disproportionately among individuals with certain demographic and socioeconomic characteristics. This variation likely results from differences in exposure as well as health status and other factors. Deaths occur disproportionately among males (Stokes et al. 2020). Lower-income populations may be more vulnerable. For example, Raifman and Raifman (2020) find that individuals with household income less than $25,000 were more likely to be at higher risk of severe illness from COVID-19.

The impacts also vary across race and ethnic groups. For example, McLaren (2020) finds that county COVID-19 mortality rates are positively correlated with the share of the population identified as Black or African-American, Hispanic or Latino, Asian, and American Indian and Alaska Native in the U.S. Census. Similarly, Benitez et al. (2020) find that COVID-19 cases per capita are significantly correlated with the proportions of Black and Hispanic residents and that these differences explain much of the racial disparities in COVID-19 deaths. In a large retrospective cohort study of a Louisiana health system, Price-Haywood et al. (2020) report that about 77 percent of hospitalized cases and about 71 percent of fatal cases were Black patients, although Black people represent only 31 percent of the total population. Gold et al. (2020) find that non-Hispanic Black patients were overrepresented in eight Georgia hospitals. Azar et al. (2020) similarly find that non-Hispanic Black patients were significantly more likely to become hospitalized than non-Hispanic white patients, even when controlling for other important factors.

COVID-19 deaths may be preceded by extended periods of severe symptoms, including fever, shortness of breath, high respiratory rate, and cough (Bhatraju et al. 2020; Stokes et al. 2020). In the United States, as of January 2021, approximately 20 percent of hospitalized patients over the age of 50 with COVID-19 have been put on mechanical ventilation, which requires that individuals be placed in a medically induced coma (CDC 2021b). In addition to experiencing these symptoms, patients are generally isolated, dying without being surrounded by their loved ones.

CDC (2021b) estimates that the median duration of illness between symptom onset and death in the United States is between 13 and 17 days. Duration is highly dependent upon care received. Less time will elapse among patients with do-not-resuscitate orders (Bhatraju et al. 2020) and those who do not receive intensive treatments due to low perceived chance of survival (Vincent and Taccone 2020).

---

[4] Data on underlying conditions for all cases (both fatal and nonfatal) indicates that the most common are diabetes (30 percent of individuals with reported health status), heart disease including hypertension (32 percent), and chronic lung disease (18 percent).

16

Estimates of deaths by cause are always uncertain due to difficulties in determining the cause and inconsistencies in reporting. Estimates of COVID-19 deaths are no exception. For example, most states and jurisdictions report confirmed and probable cases and deaths, while others report cases and deaths based on confirmatory laboratory evidence (CDC 2021c). At times, this discrepancy in reporting was magnified by limited testing capacity and accuracy (CDC 2021c).

Even in the absence of widespread vaccination or changes in the virus itself, the distribution and characteristics of COVID-19 deaths would likely shift over time due to changes in exposure, treatment, and other factors as well as changes in reporting practices and in the models used for estimation. As noted earlier, the above data are provided as context for the discussion that follows. For any particular regulatory analysis, analysts will need to explore the data and other evidence available at the time of the analysis to estimate the expected incidence of deaths under baseline conditions and with the policy.

## 2.2 Valuing COVID-19 Mortality Risks

In this section, we explore differences between the COVID-19 mortality risks described above and the risks addressed by the studies that underlie HHS's population-average VSL estimates, discussing the implications for valuation. We first address key differences between the individuals included in the VSL studies and the individuals most likely to be affected by COVID-19 regulations and policies. These include age, health status, and income. We next consider key differences between the risks addressed in the VSL studies and COVID-19 risks. These include morbidity prior to death, qualitative risk attributes, and the magnitude of the risk change. We conclude by exploring concerns related to incorporating other-regarding preferences (such as altruism) in the infectious disease context. As noted earlier, whether these differences are relevant to a specific analysis will depend on the characteristics of the regulation or policy under consideration, as well as on the extent to which baseline conditions change as a result of vaccinations and other developments.

For each individual and risk attribute, we first discuss conceptual issues and theoretical expectations then summarize related empirical work, focusing on peer-reviewed research that addresses the U.S. population. While this discussion provides insight into the possible direction of the effects, the available data are insufficient to support quantitative adjustment in most cases for several reasons. First, empirical research on the implications of many factors is limited and often inconsistent, and the quality of the studies and their applicability to HHS regulations and policies varies. Second, this research does not directly address COVID-19. While research on other conditions provides useful information, it suggests that the factors we explore are likely to have counterbalancing effects in the COVID-19 context. Third, the available research focuses on diverse scenarios and populations and uses varying methods. It is unclear whether similar findings would emerge if the studies were more consistent with the approaches used in the studies that underlie the HHS estimates. Finally, as noted earlier, the extent to which each of these factors is relevant to a particular analysis will vary, depending on the population and risks addressed.

17

We expect new valuation research that specifically addresses COVID-19 mortality risks will be published in the future that will aid in addressing these issues.[5] This section provides information that can be used in HHS regulatory analyses in the interim, without the benefit of this research. Because any individual study will have advantages and limitations, as new research becomes available it should be considered in combination with the studies discussed below and other research when assessing the implications for HHS regulatory analysis. More information on the factors to consider in reviewing this literature is provided in Chapter 3 of the HHS *Guidelines*.

At minimum, the review that follows can be used to support qualitative discussion of associated uncertainties, using the approaches described in Chapter 6 of the HHS *Guidelines*. This review also may be useful to those conducting new valuation studies, identifying issues in need of further exploration.

### 2.2.1 Individual Characteristics

As introduced in Chapter 1, VSL estimates are generally derived from estimates of individual WTP for small risk changes within a defined time period. Conceptually, VSL measures the rate at which an individual would pay to increase his or her chance of surviving the current period, forgoing other consumption to reduce the chance of death (see Hammitt 2020). This means that VSL depends on both the benefits of survival and the opportunity cost of spending, which in turn depend on the individual's characteristics and circumstances as well as his or her preferences. Larger benefits of survival increase VSL while a higher opportunity cost of spending decreases VSL.

The benefit of surviving the current year depends on what the future promises. For example, conditional on surviving, the individual may expect a long or short life, good or poor health, or high or low income. By increasing the chance of surviving the year, the individual increases his or her chance of experiencing this uncertain future. The chances of experiencing specific future conditions differ between individuals and depend on factors such as age, gender, chronic health conditions, employment, and education.

The opportunity cost of spending to reduce exposure to risk also depends on individual characteristics and circumstances over time. This opportunity cost is the utility forgone by reducing consumption of other goods and services, where utility is defined as the level of well-being. This opportunity cost is reasonably assumed to be smaller when wealth or income are larger.

Below, we discuss three key differences between the individuals addressed by the studies that underlie the HHS VSL estimates and those who may be affected by COVID-19 regulations and policies given pre-vaccine trends. These include age and the associated life expectancy, baseline health status, and income or wealth. As noted earlier, COVID-19 risks may also vary across genders and across race and ethnic

---

[5] A search of EconLit on February 12, 2021, did not identify any peer reviewed, published journal articles that report the results of primary research conducted in the U.S. that explicitly addresses COVID-19. The search focused on research published between March 1, 2020 and the search date, using the keywords "VSL" or "mortality risk" and "COVID."

AR-04196

groups. We reference the HHS *Guidelines* on adjusting for age and life expectancy as well as changes in income, while noting that the effect of baseline health status is uncertain.

### 2.2.1.1 Age and Life Expectancy

The studies that underlie the HHS VSL estimates address the values held by working age adults. Some studies include older teens and many exclude those over age 62 or 65 (see Robinson and Hammitt 2016). The VSL estimates highlighted by the study authors and used to develop the estimates featured in the HHS *Guidelines* are generally averages based on the full sample. Not all studies report the average age of those studied, but it appears to be around age 40. As discussed in section 2.1, those dying from COVID-19 have been substantially older, generally over 65.

Conceptually, we expect VSL to vary with age over the lifecycle (see Hammitt 2020). One reason is that remaining life expectancy typically decreases with age. Because a younger person typically has more expected life years remaining if he or she survives the current year than does an older person, the benefit of surviving the current year can be smaller for the older person. This effect tends to cause VSL to fall with age.

But life expectancy can also affect the opportunity cost of spending. A longer life expectancy can increase the risk of outliving one's resources. If an individual will have no future income and must support herself or himself from existing wealth, the opportunity cost of spending increases with life expectancy. Any money that such an individual spends on reducing their mortality risk decreases the amount they have to spend on other goods and services, potentially affecting their quality of life adversely. If the effect of a short life expectancy on decreasing the opportunity cost of spending exceeds its effect on decreasing the benefit of surviving the current period, a shorter life expectancy can increase VSL. Alternatively, if the individual expects to have future income from employment, a pension, an annuity, or other sources, then the effect of life expectancy on the opportunity cost of spending is smaller or even reversed. In this case, the opportunity cost of spending can decrease with life expectancy. In combination with the effect of life expectancy on the benefit of surviving the current year, VSL should increase with life expectancy and hence decrease with age.

Theoretical models tend to show that VSL rises in early adulthood, peaks in middle age, and then declines (e.g., Shepard and Zeckhauser 1984; Murphy and Topel 2006). Much of the empirical work that considers the trade-off between wages and risks across all workers also yields such an inverted-U pattern, although the rate of increase and decrease and the age at which VSL peaks varies (see Kniesner, Viscusi, and Ziliak 2006; Aldy and Viscusi 2007; Viscusi and Aldy 2007; Aldy and Viscusi 2008; Aldy 2019). A study of the types of automobiles that individuals own, which includes older individuals, finds a similar pattern (O'Brien 2018). In contrast, a series of wage-risk studies focused on older workers (age 51 and above and their spouses) finds that the VSL remains constant or increases with age (summarized in Evans and Smith 2006).

Stated-preference research can address the relationships between age and VSL among individuals older or younger than working age or outside of the workforce for other reasons. A recent review (Robinson

19

AR-04197

et al. 2019) found that values for children generally exceed values for adults by a factor of 1.5 or more.[6] While some studies suggest that the divergence between child and adult values decreases as the child ages, this finding is not universal. For older adults, the stated-preference evidence is inconsistent. Some studies do not find statistically significant relationships with age, while others find that the VSL decreases among older individuals in varying patterns and amounts (Krupnick 2007). One study (Cameron, DeShazo, and Stiffler 2010) finds an inverted-U relationship, similar to many of the wage-risk studies.

Robinson, Sullivan, and Shogren (2021) explore the effects of uncertainties in the age-VSL relationship in the COVID-19 context, comparing the effects of three approaches: (1) a population-average VSL; (2) a constant value per statistical life-year (VSLY); and (3) a VSL that follows an inverted-U pattern, peaking in middle age. Their first approach applies the 2019 HHS central population-average estimate ($10.6 million) to all age groups. In the second approach, they divide that VSL by the expected present value of future life years at age 40 to derive a constant VSLY, using a 3 percent discount rate, then multiply that constant by the expected present value of future life years for each age group.[7] In the third approach, they apply the inverted-U from the Aldy and Viscusi (2008) cohort-adjusted model, assuming that VSL at age 40 is the same as the HHS central population-average estimate. The Aldy and Viscusi study includes only working adults ages 18 to 62. Robinson, Sullivan, and Shogren assume the value is constant for ages 18 and younger and 62 and older, reflecting uncertainty about the values outside the ages included in that study. Applied to the U.S. age distribution of COVID-19 deaths as of May 2020, Robinson, Sullivan, and Shogren find that these approaches result in average VSL estimates of $10.6 million, $4.5 million, and $8.3 million respectively.

This illustrative comparison highlights the implications of uncertainties in the relationship between VSL and age, indicating that the findings of any analysis will depend on both the age distribution of those affected and the details of the approach used to adjust VSL for age. The use of a constant VSLY or value per QALY may better approximate the findings of the research on values for children, because it yields higher values at younger ages than does the application of a constant VSL or an inverted-U function. For older individuals, the use of either a constant VSLY or value per QALY, or an inverted-U, leads to lower values in comparison to the values for those in middle-age. While lower values among the elderly are consistent with some but not all of the empirical literature, the extent to which the values decrease is highly uncertain.

Thus both theory and empirical research suggest the relationship between the population-average VSL and the VSL for older individuals affected by changes in COVID-19 mortality risks is uncertain. The sensitivity analysis recommended in the HHS *Guidelines* provides a useful illustration of the potential

---

[6] Because children are generally not treated as autonomous economic agents and have little or no wealth, the VSL for children is estimated as their parent's WTP to decrease the child's mortality risk. This is consistent with the fact that parents are authorized to make many decisions that shape the child's wellbeing.

[7] This approach is similar to the constant value per QALY approach recommended in the HHS *Guidelines*. However, because quality of life generally declines with age, expected QALYs at each year of age are smaller than expected life years. As a result, dividing VSL by expected life years rather than expected QALYs leads to a smaller constant.

AR-04198

impacts, yielding values that decrease with age.[8] That sensitivity analysis follows the intuition that lower VSL estimates may be applicable to older individuals because they have fewer expected life years remaining in comparison to the average member of the population. It provides only a rough approximation of the effects of age on VSL, however. More empirical research is needed to better understand the relationship between VSL and age or life-expectancy.

### 2.2.1.2 Baseline Health Status

As described earlier, the research that provides the basis for the HHS VSL estimates generally addresses the adult U.S. population, regardless of health status, although the wage-risk studies are limited to those healthy enough to work. In contrast, deaths from COVID-19 appear to occur disproportionately among those with underlying health conditions. However, the extent to which those dying are less healthy than others of the same age is uncertain.

The impact of underlying health conditions on VSL depends on the relationship between the benefits of survival and the opportunity costs of decreasing spending on other goods or services. While the benefit of surviving is larger if future health is likely to be better, the opportunity cost of spending may vary with expected future health. If the utility gained by consuming goods and services increases with health, then better future health increases the opportunity cost of spending. If this effect is large enough, it may more than offset the higher benefit of survival, causing VSL to decrease with expected future health.

For most goods and services, it seems reasonable to assume that the contribution of consumption to utility is larger, or at least not smaller, when health is better. Consistent with this assumption, Viscusi and Evans (1990), Sloan et al. (1998), and Finkelstein et al. (2013) find that the marginal utility of income is larger when health is better. The effect may be small or negligible over a wide range of health levels, but extremely poor health (e.g., being bed-ridden) precludes one's ability to benefit from consuming many goods and services without increasing the benefit of consuming others. One important exception is that bad health increases the utility gain from consuming appropriate medical goods and services. If these expenses are not fully covered by insurance, poor health can increase the opportunity cost of spending, leading to a decrease in VSL.

Current health has little or no effect on VSL, except through its implications for future health. In the extreme case of a current health state that is worse than dead, perhaps because of excruciating pain, increasing the chance of survival is still beneficial if future health is expected to be better than being dead and to persist long enough to make enduring the current condition worthwhile.

As illustrated by the examples in this discussion, the effect of baseline health on VSL depends on the nature of any impairment. The data on the relationship between specific impairments and the likelihood of death from COVID-19 is evolving and involves a potentially large number of conditions with varying

---

[8] This sensitivity analysis should also be applied if the policy disproportionately reduces risks among children. Such sensitivity analysis is not needed if impacts follow the same age distribution as the overall population (with an average age around 40), because the results of applying a constant value per QALY will be the same as using the population-average VSL.

AR-04199

effects. This leads to difficulties in estimating the effects on the VSL, given that these effects will differ across health conditions.

Regardless, the empirical research on the effect of health impairments on the VSL is limited and inconclusive, with mixed results. As noted above, the results depend on factors such as the nature and severity of the health condition (e.g., Alberini et al. 2004; DeShazo and Cameron 2005; Evans and Smith 2008). Another complication is that health status is correlated with age, declining as one ages (e.g., Hanmer et al. 2006; Fryback et al. 2007). This correlation has made it difficult to separate the effects of age and health status in empirical work. Thus whether and how to adjust a population-average VSL to reflect differences in the health status of those affected by COVID-19 risk reductions is highly uncertain.

### 2.2.1.3 Income

As introduced in Chapter 1, the HHS *Guidelines* recommend updating VSL to reflect changes in population-average real income, reflecting the change in resources individuals have available to spend on risk reductions and other things. A key input into this adjustment is an estimate of the VSL income elasticity, which measures the extent to which WTP per unit of risk reduction is expected to change in response to an income change. It is typically expressed as the percentage change in the VSL associated with a one percent change in real income.[9] The *Guidelines* recommend applying an elasticity of 1.0, using the change in real earnings to estimate income.[10]

Income is important in the COVID-19 context because the COVID-19 epidemic and responses to it are reducing population-average earnings, taking into account the effects of unemployment and reduced labor force participation as well as shifts between fulltime and parttime work. Whether employment and earnings will continue to decrease, and whether and when they will return to pre-epidemic levels, is uncertain at this time. In addition, as noted previously, lower-income individuals may be disproportionately affected by COVID-19 risks, widening the gap between low- and high-income individuals. Those with limited incomes may be more vulnerable due to their underlying health status and access to health care services, and may find it more difficult to undertake protective measures. For example, they may live in more crowded conditions and may have a stronger need to continue working regardless of the safety of their commute and work environment.

In the discussion that follows, we focus on the effects of COVID-19 on population-average earnings. HHS generally does not adjust the VSL to reflect income differences within the population, applying the same VSL to all groups. However, concern about the impacts on population subgroups emphasizes the need to consider the distribution of the impacts across those who are advantaged and disadvantaged as well as

---

[9] As discussed in more detail in *Guidelines* Chapter 3, the formula is $VSL_{(year\ y)} = VSL_{(year\ x)} * (1+real\ income\ growth\ rate)^{elasticity*(y-x)}$.

[10] The *Guidelines* also note that analysts may wish to experiment with different values if the estimates of net benefits are significantly affected by the elasticity estimate. Under normal conditions (in the absence of COVID-19), it seems unlikely that changes in the elasticity would substantially affect the analytic conclusions, however. In recent years, U.S. real earnings typically grew around 1 or 2 percent per year, leading to relatively small year-to-year changes in VSL. See HHS *Guidelines* Appendix D for more information on this adjustment (HHS 2021).

AR-04200

the total net benefits, as required by OMB guidance (OMB 2003) and discussed in Chapter 7 of the HHS *Guidelines*.

Ideally, the VSL income adjustment would be based on lifetime wealth rather than earnings and would consider all income sources. Conceptually, in the simplest case, imagine an individual who has no current or future income but must support herself or himself from existing wealth. The benefit of survival is larger if wealth is higher, because she or he can consume more and higher-quality goods and services. The opportunity cost of spending is smaller if wealth is higher. Combining these effects implies that VSL is larger when wealth is higher.

VSL studies generally focus on earnings rather than wealth or total income, however, because earnings are more easily measured. VSL increases with expected future income as well as with wealth. When future income is higher, it increases the benefit of survival, because the individual can consume more. It also decreases the opportunity cost of spending because the individual need not save as much to spend in future periods (or can borrow more to spend in the current period). As for wealth, future income increases the benefit of survival and reduces the opportunity cost of spending, and so increases VSL.

The sensitivity of VSL to a reduction in current income depends on the individual's wealth and ability to borrow against future income. If she or he is cash-constrained (has little liquid wealth or ability to borrow), the opportunity cost of spending is higher, which decreases VSL. If the individual is not cash constrained, VSL should not be very sensitive to a temporary drop in current income. However, if current income falls because of unemployment, economic recession, onset of disability, or another factor that decreases expected future income, then VSL will decrease. This effect is largely due to the effect of expected future income on VSL.

As summarized in Chapter 3 of the *Guidelines* and elsewhere, some research suggests that a one percent change in U.S. income leads to less than a one percent change in the VSL and other research suggests it leads to more than a one percent change, although the U.S. estimates appear to be coalescing around an elasticity of about 1.0. Some studies completed after the *Guidelines* were finalized find smaller elasticities. In a meta-analysis of global wage-risk studies, Viscusi and Masterman (2017) estimate U.S. VSL income elasticity as between 0.5 and 0.7. In a meta-analysis of global stated preference studies, Masterman and Viscusi (2018) estimate income elasticity as 0.55 to 0.85 for VSLs above $2 million. Other research that uses different methods suggests higher elasticities. For example, in a wage-risk study that relies on U.S. panel data, Kniesner, Viscusi and Ziliak (2010) find VSL income elasticities ranging from 1.23 to 2.24 across income quantiles, with a midpoint value of 1.76. Given the range of values found in the literature, it appears that the 1.0 elasticity recommended in the HHS *Guidelines* is a reasonable default.

When adjusting for income, key questions include how to best estimate the effect of the pandemic on population income and whether the effect is likely to be short-lived or persistent. Predictions of economic impacts are highly uncertain at present, although the outlook is improving with the introduction of vaccines. VSL is also likely to be more sensitive to long-run changes than to transient

AR-04201

effects. Thus although COVID-19 appears to have decreased population-average earnings and employment in the near-term, the extent to which VSL in turn decreased is uncertain and may be proportionately less than would be associated with a longer-term income change.

### 2.2.2 Risk Characteristics

U.S. regulatory agencies rely primarily on VSL studies that examine the trade-off between deaths from on-the-job injuries and wages, regardless of whether the agency's policies primarily affect deaths from injuries or from illnesses. This approach results largely from limitations in the available research. The review that underlies the HHS VSL estimates (Robinson and Hammitt 2016) explicitly addresses this issue. The authors find that few U.S. studies of illness-related risks meet criteria for quality and applicability, and those that do yield similar values to studies of injury-related risks. More precisely, as noted earlier, the HHS values are based on six revealed preference studies and one meta-analysis that address the tradeoff between occupational risks and wages, and three stated preference studies that elicit WTP for risks from food-related illnesses, motor vehicle accidents, and other causes. Thus these estimates do not reflect the characteristics of diseases similar to COVID-19.

In the discussion that follows, we consider three differences between the risks considered in these studies and the risks associated with COVID-19. These include morbidity prior to death, qualitative risk attributes, and the magnitude of the risk change. While the available research provides insights into whether these attributes may increase or decrease individual WTP for changes in mortality risk and hence the VSL, it generally does not support specific quantitative adjustments. Thus we suggest that analysts describe these effects qualitatively or explore them in sensitivity analysis, based on the discussion that follows.

#### *2.2.2.1 Morbidity Prior to Death*

The studies that underlie the HHS VSL estimates focus largely on occupational risks that lead to relatively immediate death from injury. For example, Gentry and Viscusi (2016) estimate that 82 percent of all occupational deaths occur within a day of injury; the average number of days between injury and death is 4.2. In contrast, as noted in section 2.1, COVID-19 deaths are generally preceded by about two weeks of symptoms, including fever, shortness of breath, high respiratory rate, and cough. They may also involve being placed on mechanical ventilation in a medically induced coma.

Conceptually, VSL is expected to vary depending on the cause of death. A death that includes significant pain and suffering is worse than a painless death, holding all else constant. Much of the literature on variation in VSL related to the cause of death focuses on fatal cancers, which include morbidity prior to death and may also be dreaded for other reasons (see next section for more discussion of the effects of dread). In a white paper prepared for consideration by its Science Advisory Board, U.S. Environmental Protection Agency (EPA) staff reviewed the related literature (EPA 2016). They identified three studies that meet their selection criteria and address fatal cancers (Hammitt and Haninger 2010; Chestnut, Rowe, and Breffle 2012; and Viscusi, Huber, and Bell 2014). Only the first two compare WTP for fatal cancer risks with those due to other causes; neither finds evidence of a cancer differential. In its review

AR-04202

of that 2016 white paper, EPA's Science Advisory Board (2017) concluded that there is not sufficient evidence to justify an adjustment, recommending that EPA continue its current practice of using the same VSL to value mortality risks from cancer and from other causes.

This finding may have little relevance for the valuation of COVID-19 risk reductions, however, given the many differences between COVID-19 morbidity and the morbidity associated with cancers. The severity and duration of cancer-related morbidity varies significantly across types of cancers and depends in part on the treatments pursued. Some cancers may lead to more significant morbidity than COVID-19; others may not. In addition, many of the studies of fatal cancers consider incremental differences between cancers and other causes that differ from the causes that underlie the HHS VSL estimates. The magnitude of this increment is likely to also vary depending on the population surveyed and other characteristics of the approach.

An alternative to relying on the VSL literature is to add the morbidity values for nonfatal cases discussed in the next chapter to the VSL for fatal cases in sensitivity analysis. This approach may lead to some double counting because the HHS VSL estimates likely reflect some morbidity prior to death, as illustrated by Gentry and Viscusi (2016). However, adding the values for nonfatal cases to VSL allows analysts to explore the sensitivity of the results to COVID-19 morbidity prior to death and to determine whether the incremental difference is significant enough to affect the analytic conclusions; e.g., whether it noticeably affects the extent to which the benefits of the policy exceed the costs.

### 2.2.2.2 Qualitative Risk Attributes

Conceptually, VSL for a particular risk depends on the individual's perceptions of that risk and his or her preferences. The VSL studies that underlie the HHS estimates address relatively common and familiar risks associated with occupation, food, and traffic safety. In contrast, COVID-19 is relatively new and unknown, and the magnitude of the risks is uncertain especially as new variants emerge.

Two seminal papers are relevant in this context. First, Slovic (1987) categorizes risks according to the extent to which they are dreaded and unknown. Dread risks include those involving "perceived lack of control, dread, catastrophic potential, fatal consequences, and the inequitable distribution of risks and benefits;" unknown risks include those "judged to be unobservable, unknown, new, and delayed in their manifestation of harm." Many of these characteristics apply to COVID-19 risks and are likely to affect valuation. Second, individuals are often averse to ambiguity, disliking risks more when the probabilities are more uncertain. Ellsberg (1961) notes that ambiguity depends on the amount, type, reliability, and unanimity of information on probabilities and the resulting degree of confidence one has in the data.

Unlike morbidity prior to death, which has a physical manifestation, these perceptions are primarily psychological and subjective. Such perceptions may lead individuals to rank risks of the same expected magnitude (e.g., 1 in 10,000) and same outcome (e.g., immediate death) differently when they stem from different causes. A risk that is more dreaded and unknown, and more ambiguous, is likely to be associated with a larger WTP for the risk reduction.

AR-04203

Standard theory provides no guidance about how large such an effect can be compared with the difference in utility between surviving the current period and dying. In a 2010 review, Robinson, Hammitt, Aldy, Krupnick, and Baxter explored these issues in the context of terrorism risks. Although concerns about terrorism differ from concerns about COVID-19 in many respects, they also share some similarities. In both cases, the risks may be viewed as less controllable, voluntary, and familiar, and more feared, than the risks typically addressed in VSL studies. Just as terrorism studies disagree on the likelihood of attack, the data on the likelihood of COVID-19 infection and death are evolving and uncertain.

Robinson et al. (2010) identified 15 relevant studies, all of which use stated preference methods and were conducted in the U.S. or other high-income countries.[11,12] Eight consider trade-offs between risks of different types without eliciting WTP; the remaining seven provide monetary values. The causes of death considered were diverse, including several types of cancer; exposures to pesticides, air, or water pollution, or hazardous or nuclear wastes; transportation accidents, including air, motor vehicle, rail, and pedestrian crashes; and homicides, terrorist attacks, drownings, or fires.

In the studies that address differences across risks, the estimates featured by the authors suggest no difference in the values in many cases, with most studies suggesting that values differ by a factor less than two. The quality of the studies varies however, and the extent to which the results are applicable to COVID-19 risk reductions in the U.S. is uncertain. In addition to addressing different populations and scenarios, these studies use methods that differ from the methods used in studies that underlie the HHS VSL estimates. A study that valued reductions in risks with different attributes but using similar methods and populations as those underlying the HHS VSL estimates could lead to differentials that vary from those found in these diverse studies.

The 2010 review includes three studies that address how aversion to ambiguity affects the values individuals place on mortality risk reductions (Viscusi et al. 1991; Shogren 2005; Riddel and Shaw 2006). These studies suggest that ambiguity may increase values by a factor of two or less, implying that the VSL could be somewhat higher for more ambiguous risks. More recently, Treich (2010) explored the effects of ambiguity on VSL in a theoretical model and found the impact was relatively modest. However, this result applies to cases where the baseline risk is ambiguous but the risk reduction is not; ambiguity aversion need not increase WTP for a protective action when its efficacy is ambiguous (Treich 2010; Bleichrodt et al. 2019). At least in the near term, while information on the effectiveness of different protective measures is evolving, it appears that both baseline risks and the size of the risk

---

[11] The 15 studies include: Viscusi et al. (1991); Jones-Lee and Loomes (1995); Magat et al. (1996); Subramanian and Cropper (2000); Chilton et al. (2002); Hammitt and Liu (2004); Carlsson et al. (2004); Shogren (2005); Chilton et al. (2006); Itaoka et al. (2006); Riddel and Shaw (2006); Van Houtven et al. (2008); Adamowicz et al. (2009); Viscusi (2009); Hammitt and Haninger (2010).

[12] In a more recent paper, Pike et al. (2020) explore perceptions of pandemic risks in the Ebola context and find that individuals are relatively unconcerned, placing a higher value on avoiding environmental disasters and terrorist attacks.

AR-04204

reduction are likely to be ambiguous in the case of COVID-19. The advent of extensively tested vaccines may change this perception.

One study worth highlighting is Liu et al. (2005). While this study does not address the U.S. population, it does address an illness more similar to COVID-19: the severe acute respiratory syndrome (SARS) outbreak in Taiwan. The authors found values that were substantially greater than values previously estimated for Taiwan, by factors ranging from roughly 1.5 to 6 times larger than those for fatal lung disease or cancer from air pollution.

Note that the risk perception literature suggests that catastrophic risks are more feared than less catastrophic risks (Hammitt and Treich 2007, Rheinberger and Treich 2017, Hammitt 2020). Holding constant the expected number of deaths, there are two ways in which a risk can be more catastrophic, as discussed in these articles. One is when individuals' risks are positively correlated, for example, when the number of deaths from COVID-19 depends on how effectively the spread of infection is controlled. Another way is when the risks are more equal: if individual risks are concentrated on a small share of the population (such as, in the case of COVID-19, the elderly), the number of deaths is unlikely to be large relative to the population because most people face a very small risk. The effect of these concerns on WTP is uncertain, however, and they may increase or decrease the VSL.

In sum, although the effects of qualitative risk perceptions on the VSL for COVID-19 risk reductions are complex, varying, and perhaps somewhat counterbalancing, it appears that the VSL for such risks may be larger than for the risks more commonly studied. One question in need of further investigation is the extent to which these perceptions reflect thoughtful and well-informed judgments or exaggerated reactions and perhaps momentary panic. It is possible that individuals' perceptions about COVID-19 risk and the appropriate VSL have evolved as experience and knowledge about the risk have increased.

As discussed in the HHS *Guidelines*, the goal of benefit-cost analysis is to identify policies that increase net social welfare, reflecting individual preferences. However, as Robinson and Hammitt (2011) note, if emotional reactions lead individuals to make choices that do not correspond with their own definition of their welfare, benefit-cost analysis that relies on these choices for valuation may fail to meet this goal. Ideally, benefit-cost analysis should be based on well-informed, thoughtful preferences.

Increased fear and anxiety may be important societal consequences of the COVID-19 pandemic. However, since interventions that reduce mortality and morbidity risks are unlikely to yield a proportional reduction in fear and anxiety, we do not recommend adjusting the VSL to account for these concerns, or for discrepancies between individual perceptions and observed mortality risks for COVID-19. Instead, we recommend that a discussion of fear and anxiety be addressed separately in the analysis, allowing the analyst and policymakers to understand these important outcomes outside the context of reductions in mortality and morbidity.

AR-04205

### 2.2.2.3 Magnitude of Risk Change

Most of the studies that underlie the HHS VSL estimates address WTP for an annual risk reduction and consider relatively small risk changes, generally with magnitudes around 1 in 10,000. The duration of the change in risk associated with COVID-19 regulations or other policies may be similar. Assuming that COVID-19 is eventually controlled through vaccination, the need for protective policies may be relatively short-lived.

However, the size of the risk change will likely vary depending on the policy. Some early COVID-19 benefit-cost analyses addressed relatively large risk changes; for example comparing stringent and fully effective social distancing policies to a baseline of no intervention. Regulatory analyses typically address smaller, more incremental, changes. For example, analysts might be interested in comparing COVID-19 risks under current policies to COVID-19 risks with a change in the required protective measures.

The amount an individual would pay for a small reduction in the chance of dying in the current period is approximately equal to his or her VSL times the risk reduction. For example, if an individual's VSL is $10 million, that individual would be willing to pay approximately $100 to decrease his or her current mortality risk by 1 in 100,000. Clearly, however, most individuals would not be willing to pay $100,000 to decrease current mortality risk by 1 in 100; such a large payment would be infeasible. This implies that the average rate at which an individual is willing to pay for risk reduction (WTP divided by the risk reduction) decreases as the risk reduction increases.

Under the standard theoretical model underlying VSL, the rate does not fall very sharply until the individual's willingness to pay rises to 10 percent or more of his or her ability to pay (Hammitt 2020). (As noted earlier, ability to pay is often assumed to be equivalent to income.) While the relationship between WTP and the size of the risk reduction depends on the assumptions used in the calculations (especially the income elasticity of VSL), the rate is not likely to decrease substantially until the risk change exceeds about 1 in 1,000; for larger risk reductions, the ratio of WTP to risk reduction will be much smaller than VSL. Since most analyses conducted by HHS are likely to yield mortality risk changes smaller than 1 in 1,000, no adjustment in the VSL for the size of the risk reduction will be needed. In the rare case that a policy leads to a larger risk change, analysts may wish to follow the approach in Hammitt (2020) to adjust VSL in sensitivity analysis.

## 2.2.3 Other-Regarding Preferences

One issue that arises in the COVID-19 and other contexts is whether and how to include preferences for risk reductions that accrue to others. Presumably, the risk assessment will count all cases associated with the regulation or other policy, including those prevented directly and those prevented indirectly by decreasing the number of infected people in the population. For example, in estimating the risk reductions associated with a policy that increases protective measures at daycare centers or nursing homes, analysts would consider both the change in infections that accrue to those who work at, live in, or visit these locations, and to those whom they may subsequently infect. Each expected case prevented would be valued using the per case estimates discussed in this paper.

AR-04206

The question is whether these per case estimates should be adjusted to address effects on others' well-being. An individual's WTP to reduce his or her own risk may be affected by the desire to also reduce the risk of infecting family, friends, and members of the larger community. The Robinson and Hammitt (2016) review that underlies the HHS VSL estimates explicitly includes only those studies that provide estimates of individual WTP for reductions in the individual's own risks, excluding studies that address individual WTP for risk reductions that accrue to others. This approach is consistent with the overall benefit-cost analysis framework, which assumes that the individual is the best or most legitimate judge of his or her own welfare.

In the COVID-19 context, concern about risk reductions that accrue to others may take many forms and may change as vaccines and more effective treatments become available. For example, individuals may have a stronger than usual desire to limit risks to their loved ones, if those who die are likely to be isolated rather than surrounded by friends and family. In addition, the infection rate among the community affects both one's own risk of infection and the likelihood of restrictions that will affect one's ability to shop, socialize, and earn income.

Conceptually, a pure altruist would care about how those affected weigh both the benefits and costs they accrue, which is likely to lead to the same conclusions about whether the net benefits of a policy are positive as would an analysis that considers only self-regarding preferences (Jones-Lee 1991; Bergstrom 2006). A paternalistic altruist may instead weight some impacts, such as improved health or increased longevity, differently than do the individuals affected, which could affect the conclusion about net benefits. Separating these types of altruism in empirical research is challenging, however.

In addition, other regarding preferences are not always altruistic. As discussed in Robinson and Hammitt (2011), such preferences may take many forms, including a social welfare perspective that aims to increase overall welfare by helping others, particularly those less-well off; difference aversion, which focuses on reducing differences between oneself and others; reciprocity, which aims to reward or penalize others depending on the perceived fairness of their actions; and relative position, where preferences are defined relative to others.

Estimating WTP for risk reductions that accrue to others also raises practical challenges. While some studies address risk reductions to the community at-large rather than only to oneself, they at times find counterintuitive results. For example, some find that WTP for a private risk reduction is higher than WTP for a public program that also benefits others (e.g., Svensson and Johansson 2010; Lindhjem et al. 2011). This result suggests that respondents may not fully accept the scenario presented in the survey; for instance, they may not believe that a public program will be effective. Thus for both conceptual and practical reasons, other-regarding preferences may be best handled in qualitative discussion rather than through quantitative adjustment.

AR-04207

## 2.3 Summary and Conclusions

The discussion above suggests that the extent to which the recommended HHS VSL estimates should be adjusted for application to COVID-19 risks is highly uncertain. Most differences between the contexts considered in these studies and the COVID-19 context may be best addressed through qualitative discussion at this time, given gaps and inconsistencies in the available empirical research. The one exception is adjustments for age if a regulation would disproportionately affect the very young or very old. In such cases analysts should follow the recommendations for sensitivity analysis in the HHS *Guidelines*. If analysts wish to explore other quantitative adjustments, the results should be included in sensitivity analysis rather than featured in the primary results to highlight associated uncertainties. More generally, analysts will need to explore the extent to which the attributes explored in this chapter are relevant to a specific analysis. Different policies may affect different population subgroups and may vary in the disease characteristics they effect.

In Table 2.2, we summarize the effects of the characteristics we consider; i.e., potential adjustments to the HHS population-average VSL estimates to address the specific population and risks affected by a COVID-19 regulation or other policy. These include three key differences in the individuals affected: age, health status, and income. They also include three key differences in the risks addressed: morbidity prior to death, qualitative risk attributes, and the magnitude of the risk change. We also explore concerns related to incorporating other-regarding preferences (such as altruism) in the infectious disease context, but do not include them in Table 2.2 because of concerns about how to best incorporate these concerns within the benefit-cost analysis framework.

**Table 2.2 Potential Direction of Effect**

| Differences between COVID-19 and Risks Commonly Studied[a] | Effect on HHS VSL Estimates[b] |
|---|---|
| **Individual characteristics** | |
| 1. Disproportionately affects the elderly | May *decrease* VSL |
| 2. Disproportionately affects those in impaired health | May *increase or decrease* VSL |
| 3. Reduces income below pre-pandemic levels | May *decrease* VSL |
| **Risk characteristics** | |
| 1. Involves more substantial morbidity prior to death | May *increase* VSL |
| 2. Viewed as more dreaded and uncertain | May *increase* VSL |
| 3. May involve a larger risk change | May *decrease* VSL |

a. Assumes COVID-19 risk reductions attributable to the regulation or other policy will follow the same patterns as incurred cases to-date.

b. Compared to HHS population-average estimates. Because the magnitude of these effects is uncertain, it is unclear whether the net effect will be an increase or decrease.

The attribute-by-attribute approach we undertake in this chapter is necessitated by the lack of valuation research that explicitly addresses COVID-19 mortality risk reductions and has several limitations as noted earlier. In addition, in recent years there has been relatively little new research estimating VSL in the U.S. Most recent work has involved reviews or meta-analyses of previously completed studies or additional analysis of data sets that have been previously explored, including extensive use of the Census of Fatal Occupational Injuries to estimate the value of changes in job-related risks. However, the

AR-04208

VSL plays an important role in informing COVID-19 policy decisions and has received substantial attention in the media and in scholarly work. We expect this interest will motivate new VSL research and ultimately provide improved information on these values. As such new research emerges, analysts should review that literature to determine the implications, if any, for the approach discussed in this chapter, following the benefit transfer framework described in Chapter 3 of the HHS *Guidelines*. Regardless, it is unlikely that a "one-size-fits-all" VSL for COVID-19 policies will result, given that different policies will have differing effects.

AR-04209

**CHAPTER 3: VALUING COVID-19 MORBIDITY RISK REDUCTIONS**

As discussed in Chapter 1, the HHS *Guidelines* do not recommend specific values for changes in nonfatal illness risks. The *Guidelines* instead provide a framework for estimating these values, recommending that analysts first review the literature to determine whether suitable WTP estimates of reasonable quality are available for the risk reductions of concern. If not, the *Guidelines* recommend that analysts use monetized QALYs as a proxy, estimating the value per QALY using a constant derived from HHS's VSL estimates. As discussed in more detail in the HHS *Guidelines*, averted costs that would otherwise be incurred by third parties, such as medical costs covered by insurance or caregiving provided by family or friends, should be added to these values, taking care to avoid double-counting.

The conceptual framework for valuing morbidity risk reductions is the same as the framework for valuing mortality risk reductions. Thus, per case values are derived from  individual's willingness to exchange income (or wealth) for changes in his or her own risk of nonfatal illnesses. These values will reflect the trade-off between the utility associated with improved health and the opportunity cost of spending on the risk reduction. We expect these values to vary depending on the characteristics of the individuals and of the risks, including the characteristics discussed in the VSL context previously.

A major difference between this chapter and the preceding one is that here we focus on developing new estimates rather than on adjusting existing estimates. For mortality risk reductions, HHS's base VSL estimates are derived from a recent criteria-driven review of the literature. Thus, in Chapter 2 our goal was to determine the extent to which other studies provide insight into adjusting the resulting values to better match the COVID-19 context. For morbidity risk reductions, no similar literature review is available. After summarizing the characteristics of COVID-related morbidity, we review the limited relevant WTP literature available then turn to developing estimates of monetized QALYs as a proxy.

As was true for mortality risk reductions, analysts will need to review more recent data to determine whether the characteristics of COVID-19 risks have changed significantly from what is described here, and also explore the impacts of the specific regulation or policy on these risks. As always, analysts should also assess the implications of related uncertainties, as discussed in Chapter 6 of the HHS *Guidelines*.

## 3.1 Characteristics of COVID-19 Morbidity Risks

Information on nonfatal cases of COVID-19 is evolving rapidly, as the substantial variation in symptoms across those infected becomes increasingly apparent. Our goal in this section is to provide a starting point for valuation by identifying the major features of the individuals affected and the symptoms they experience. We categorize cases by severity, focusing on common, widespread symptoms found in the available data to provide approximations that serve as representative cases. Our goal is not to exhaustively catalog potential impacts; we recognize symptoms vary across individuals and may not always conform to this categorization. Because little valuation research has been completed that explicitly addresses nonfatal COVID-19 cases, we also discuss the similarities between these categories

AR-04210

and more familiar and prevalent illnesses. We then use these comparisons to develop the valuation approach in the sections that follow.

### 3.1.1 Individual Characteristics

According to the CDC, as of January 21, 2021 there had been 24,323,846 reported COVID-19 cases (CDC 2021a) in the United States. The true number of infections is not known and exceeds reported cases for several reasons, and the degree of underreporting varies over time. Asymptomatic infections and mild cases, which are less likely to involve testing or medical care, are more likely to be underreported than more severe cases.

With these caveats in mind, Table 3.1 shows the distribution of reported COVID-19 cases by age. In contrast to the distribution of deaths involving COVID-19 reported in Table 2.1 in the previous chapter, only a minority of reported cases occurred among the population aged 65 or older. Underreporting may be greater among younger age groups if children are less frequently tested and if cases among younger age groups are more likely to be asymptomatic or mild.

**Table 3.1 Distribution of U.S. Population and Reported COVID-19 Cases by Age Group**

| Age Group | U.S. Population[a] | Reported COVID-19 Cases[b] |
|---|---|---|
| 0–17 | 22.8% | 11.0% |
| 18–49 | 41.8% | 54.0% |
| 50–64 | 19.1% | 20.6% |
| 65–74 | 9.7% | 7.7% |
| 75–84 | 4.8% | 4.1% |
| 85+ | 1.8% | 2.5% |
| Total | 100.0% | 100.0% |

a. 2019 data from "Age and Sex Composition in the United States: 2019," U.S. Census Bureau, as viewed June 21, 2020. https://www.census.gov/data/tables/2019/demo/age-and-sex/2019-age-sex-composition.html. The total estimated population was 324,356,000.
b. January 22, 2020 – January 21, 2021 data from "Demographic Trends of COVID-19 cases and deaths in the US reported to CDC," U.S. Centers for Disease Control and Prevention, as viewed January 21, 2021. https://www.cdc.gov/covid-data-tracker/#demographics. The total number of reported COVID-19 cases as of January 21, 2021 was 24,323,846.

Individuals with diagnosed cases of COVID-19 appear more likely to have underlying health impairments than the general population. Only about one-fifth of all cases (fatal and nonfatal) reported to the CDC include data on baseline health status. Among those for whom data are available, about 70 percent have one or more underlying health conditions (Stokes et al. 2020). Those with such conditions are more likely than those without an identified condition to be hospitalized (45.4 percent vs. 7.6 percent) or admitted to the ICU (8.5 percent vs. 1.5 percent) (Stokes et al. 2020). The most common underlying conditions are diabetes, heart disease including hypertension, and chronic lung disease.

Nonfatal cases appear to be more common among individuals with certain socioeconomic characteristics, which may reflect differences in exposure as well as other factors. In particular, racial and ethnic minority populations have seen disproportionately high rates of infection and severe disease, as discussed in section 2.1. While a greater number of deaths have occurred among males, the majority of cases have been reported among females (Stokes et al. 2020). However, it is unclear whether this

finding reflects differences in the extent to which men and women seek testing and medical care or other factors.

### 3.1.2 Risk Characteristics

As noted earlier, we focus on the most documented and well-established symptoms, recognizing that new data are continually emerging. Long-term effects are particularly uncertain, which is not surprising given that infections only became widespread within the past year. Some individuals infected with SARS-CoV-2, the pathogen that causes COVID-19, may not experience any symptoms, at least in the near-term. Evidence from contained environments with complete or near-complete testing suggests that many cases remain asymptomatic throughout the course of infection (Sakurai et al. 2020; CDC 2021a). Some have argued, however, that true asymptomatic infection is relatively rare; it may often be conflated with very mild infection or pre-symptomatic infection (Wiersinga et al. 2020). In addition, even initially asymptomatic infections and very mild infections may have important long-term effects, which are only beginning to be better understood.

CDC categorizes symptomatic COVID-19 cases as mild-to-moderate (henceforth shortened to "mild"), severe, and critical (CDC 2020a). Most cases identified to-date fit into the mild category (Wu and McGoogan 2020); symptoms may vary substantially across cases within this category. Within each category, the symptoms are generally similar across age groups (CDC 2020a). However, most cases documented among younger populations are less severe than those among older populations (Lu et al. 2020; Dong et al. 2020).[13]

We adapt descriptions of three severity levels of acute symptomatic disease from the published medical literature (Dong et al. 2020; Gandhi et al. 2020; Berlin et al. 2020; Wu and McGoogan 2020; CDC 2020a) in Table 3.2.[14] We focus on common, widespread symptoms; the list is not intended to be exhaustive and symptoms vary substantially across individuals. As noted earlier, our goal is to build towards categories that can be used to estimate values for nonfatal cases, not to provide definitive descriptions to be used for other purposes.

---

[13] There have been numerous reports of multisystem inflammatory syndrome in children (MIS-C) associated with the COVID-19 pandemic (Whittaker et al. 2020; Viner and Whittaker 2020; Dufort et al. 2020; Feldstein et al. 2020). Cases of MIS-C appear to lag behind cases of acute COVID-19 in the surrounding population. Not all cases of MIS-C have tested positive for SARS-CoV-2; the condition may be a delayed response to infection. At this time, MIS-C and its relationship with COVID-19 remain poorly understood; accordingly, we do not include the associated health risks in our valuation discussion, although we recognize that they may be severe.

[14] We start with descriptions from Dong et al. (2020), combining mild and moderate categories. We adapt thresholds for blood oxygen saturation based upon Gandhi et al. (2020) and Berlin et al. (2020). We then add descriptions of categories based upon Wu and McGoogan (2020) and CDC (2020b).

AR-04212

**Table 3.2 Common Symptoms of Nonfatal COVID-19 Cases by Severity Level[a,b]**

| Disease Phase | Description |
|---|---|
| **Mild Case** | |
| Acute phase | Individuals will have symptoms of acute upper respiratory tract infection, which may include fever, fatigue, myalgia (muscle aches), cough, and sore throat. Some cases may have digestive symptoms, such as nausea, abdominal pain, and diarrhea. Loss of taste and smell are common symptoms. Individuals may have mild pneumonia (infection of the lungs), and some may have wheezing or dyspnea (shortness of breath) but blood oxygen saturation remains above 93 percent. |
| Post-acute phase | Individuals may have post-acute symptoms, such as cough, shortness of breath, fatigue, and pain. |
| **Severe Case** | |
| Acute phase | Individuals will have early symptoms similar to those of mild disease, such as fever and cough, which may be accompanied by gastrointestinal symptoms, such as diarrhea. The disease continues to progress for over a week. Dyspnea (shortness of breath), high respiratory rate, and/or blood oxygen saturation of ≤93 percent occur. Individuals typically have pneumonia and require supplementary oxygen. Individuals with severe disease should be hospitalized. |
| Post-acute phase | Individuals may have post-acute symptoms, such as cough, shortness of breath, fatigue, and pain. |
| **Critical Case** | |
| Acute phase | Individuals will have early symptoms similar to those of mild and severe disease. Individuals may quickly progress to respiratory failure and may also have septic shock, encephalopathy (brain disease), heart disease or failure, coagulation dysfunction (inability of blood to clot normally), and acute kidney injury. Organ dysfunction can be life-threatening. Individuals with critical disease often receive prolonged mechanical ventilation. |
| Post-acute phase | Individuals are likely to have long-term physical and cognitive impairment similar to other critical illnesses. |

a. As discussed in the text, these descriptions are intended to aid in understanding major symptoms for valuation purposes, based on the data now available. They are not intended to be definitive or to be used for other purposes.
b. Adapted from: Dong et al. (2020); Gandhi et al. (2020); Berlin et al. (2020); Wu and McGoogan (2020); CDC (2020b).

To provide a starting point for estimating per case values, we assume that all symptomatic individuals begin by experiencing symptoms characteristic of mild disease. This assumption is consistent with the typical trajectory of COVID-19 for more severe cases (Berlin et al. 2020). We furthermore assume that individuals who experience only mild symptoms are not likely to be hospitalized, although some may be hospitalized for monitoring (Gandhi et al. 2020).

While many individuals will begin to recover after experiencing mild symptoms, others will progress to more severe stages. Those with severe disease are typically hospitalized and may be treated aggressively to avoid the need to implement emergency procedures if sudden respiratory arrest occurs (Berlin et al. 2020). Individuals with critical disease are likely to be treated in the ICU and require mechanical ventilation.

Across all severity levels, individuals often experience persistent symptoms rather than returning quickly to their pre-disease health status. While the long-term effects of COVID-19 are not yet fully known, survey evidence indicates that many individuals experience persistent fatigue, cough, shortness of breath, and pain months after symptom onset (Carfi et al. 2020; Tenforde et al. 2020; Patient-Led

AR-04213

Research for COVID-19 2020; Longfonds 2020). A number of studies have also noted that severe post-acute symptoms are not restricted to individuals with severe and critical disease; some non-hospitalized individuals with initially mild disease may experience severe, persistent post-acute symptoms (Meys et al. 2020; Praschan et al. 2021; Moreno-Perez et al. 2021). Individuals with critical disease are likely to experience the most severe long-term effects on average, which may resemble physical and cognitive impairment seen among survivors of similar illnesses such as sepsis (Wiersinga et al. 2020).

In addition to information on severity, including symptoms and the effects of treatment, we require estimates of duration for valuation. In Table 3.3 we provide working assumptions based on the data available to-date, which we use to illustrate the valuation approach later in this chapter. As is the case for the information presented previously, these estimates are uncertain, and analysts should revisit them to determine whether updates are needed as well as explore the effects of varying these assumptions.

**Table 3.3 Potential Duration of Nonfatal COVID-19 Cases by Severity Level[a]**

| Severity Category | Duration of Symptoms (working assumptions) |
|---|---|
| Mild case | 10 days with mild symptoms plus |
| | 15 days with post-acute mild disease symptoms |
| Severe case | 7 days with mild symptoms plus |
| | 6 days with severe symptoms plus |
| | 50 days post-acute severe disease symptoms |
| Critical case | 7 days with mild symptoms plus |
| | 12 days with critical symptoms plus |
| | Remainder of lifetime post-acute critical disease symptoms |

a. Estimates are used for illustrative purposes only. See text for data sources and discussion.

As indicated by Table 3.3, we use 10 days as our working assumption for the typical duration of acute symptoms among mild cases. This assumption is based upon evidence indicating that the typical duration may range between one and two weeks (CDC 2020b; World Health Organization 2020; Gandhi et al. 2020; Lee et al. 2020). We use seven days as our working assumption for the length of mild symptoms among severe and critical cases based upon evidence indicating that severe and critical symptoms develop after approximately seven days from initial symptom onset (Berlin et al. 2020; Wiersinga et al. 2020; Dong et al. 2020). We use six days as the length of severe symptoms; the typical length of hospital stay among nonfatal COVID-19 cases that do not involve admission to the ICU ranges from three days to over nine days (CDC 2021a; Lewnard et al. 2020; CDC 2020a). We use 12 days as our working assumption for the length of critical symptoms; among individuals admitted to the ICU, length of hospitalization typically ranges from 11 to 14 days (CDC 2021b).

As noted earlier, health impairments may continue after the acute phase of the illness. Our working assumptions for the duration of post-acute illness are based upon weaker evidence than those for the duration of acute illness. Limited long-term data are currently available, making it difficult to calculate the durations of post-acute symptoms. As indicated in Table 3.3 above, for mild cases we use 15 days as the illustrative length of post-acute symptoms, for a total of 25 days of symptoms. The available

AR-04214

evidence suggests that symptoms may persist longer or shorter than this assumed duration.[15] Notably, approximately one in 10 COVID-19 patients experiences symptoms lasting longer than four weeks, which has been termed "long COVID" (Sivan and Taylor 2020). Data on these longer-term symptoms and their duration is evolving. For severe cases, we use 50 days as the illustrative length of chronic symptoms, for a total of 63 days with symptoms. Evidence from hospitalized individuals with COVID-19 indicates that post-acute symptoms may persist for shorter or longer time periods.[16] For critical cases, we draw on evidence suggesting that disability may be long-term among survivors of similar critical diseases, such as sepsis (Wiersinga et al. 2020). We follow others in assuming that a degree of disability for critical cases will be permanent (Khazeni et al. 2009).[17]

### 3.1.3 Similar Diseases Used as Proxies

As discussed previously, we are writing this paper at a time when valuation research that explicitly addresses nonfatal cases of COVID-19 is not available. Hence, we use the benefit transfer framework discussed in Chapter 3 of the HHS *Guidelines* to develop values based on similar conditions. Table 3.4 summarizes the categorization of symptoms of nonfatal cases by severity level and compares each set of symptoms with a disease involving similar symptoms.

---

[15] In one study, approximately 35 percent of symptomatic U.S. COVID-19 patients with a positive test result in an outpatient setting experienced continued symptoms when surveyed at a median of 16 days from the date of testing, which may have occurred after symptom onset (Tenforde et al. 2020). In a prospective cohort study, outpatients with COVID-19 returned to their normal health a median of 20 days after symptom onset (Blair et al. 2021). Data from the United Kingdom indicate that the median length of symptoms following infection is approximately 39.5 days (Office for National Statistics, 2020).

[16] At a mean of 60 days after the onset of initial COVID-19 symptoms, approximately 13 percent of individuals who were hospitalized reported no persistent symptoms, 32 percent reported one or two symptoms, and 55 percent reported three or more symptoms (Carfi et al. 2020).

[17] COVID-19 affects multiple organ systems, which may lead to long-term effects beyond those we have described. For example, COVID-19 has been reported to result in new-onset diabetes and severe complications of existing diabetes (Rubino et al. 2020). COVID-19 may result in persistent cardiovascular impacts (Puntmann et al. 2020). Neurological effects of COVID-19 may also be significant; among hospitalized COVID-19 patients, a variety of neurological syndromes have been observed (Helms et al. 2020; Paterson et al. 2020). Given the current lack of evidence on the frequency and duration of associated symptoms, we do not explicitly account for these health effects in developing the basis for valuation.

AR-04215

**Table 3.4 Examples of Diseases Similar to Nonfatal COVID-19 Cases by Severity Level[a]**

| Severity Category | Examples of Similar (Proxy) Diseases |
|---|---|
| Mild case | • Symptoms of initial acute, mild disease are similar to those of **influenza**.<br>• Post-acute symptoms are similar to those of **chronic obstructive pulmonary disease (COPD)**. |
| Severe case | • Symptoms of initial acute, mild disease are similar to those of **influenza**.<br>• Subsequent acute, severe symptoms are similar to those of serious respiratory complications of **influenza**.<br>• Post-acute symptoms are similar to those of **COPD.** |
| Critical case | • Symptoms of initial acute, mild disease are similar to those of **influenza**.<br>• Subsequent acute, critical disease may resemble **sepsis**, a life-threatening complication of influenza and other infections, as well as **conditions involving acute respiratory failure and conditions requiring prolonged mechanical ventilation**.<br>• Post-acute symptoms may resemble chronic health states associated with **sepsis**, **conditions involving acute respiratory failure**, and **conditions requiring prolonged mechanical ventilation**. |

a. The effects of these diseases are not identical to the effects of COVID-19; rather they are similar diseases that have been well-studied and provide a starting point for the valuation discussion that follows.

The comparisons in Table 3.4 are based upon descriptions of acute disease symptoms by severity level provided previously in Table 3.3 and descriptions of post-acute disease symptoms provided in the text. Mild symptoms, which correspond to the first stage of symptoms for individuals with all disease severity levels based on our illustrative framework, are similar to symptoms of influenza (CDC 2020e).[18] Severe symptoms, experienced only by patients with severe disease, are similar to symptoms of influenza with severe respiratory complications (CDC 2020b). Critical symptoms may be similar to symptoms of sepsis (Wiersinga et al. 2020) and conditions involving acute respiratory failure, including conditions frequently requiring prolonged mechanical ventilation.

As for post-acute symptoms, research suggests that individuals with mild and severe disease often experience persistent cough, shortness of breath, and fatigue (Carfì et al. 2020; Tenforde et al. 2020). These symptoms, though they may not fully characterize the post-acute experience of individuals with COVID-19, are similar to those of chronic obstructive pulmonary disease (COPD).[19] Among individuals with critical disease, post-acute COVID-19 symptoms may resemble the post-acute experience of individuals with sepsis (Wiersinga et al. 2020). Survivors of respiratory failure and acute respiratory distress syndrome (ARDS) may experience similar long-lasting physical and psychological disability (Herridge et al. 2003; Herridge et al. 2011; Davidson et al. 1999).

---

[18] According to CDC, influenza symptoms may include "fever or feeling feverish/chills; cough; sore throat; runny or stuffy nose; muscle or body aches; headaches; fatigue (tiredness); some people may have vomiting and diarrhea, though this is more common in children than adults." https://www.cdc.gov/flu/symptoms/symptoms.htm, as viewed August 20, 2020.

[19] COPD includes emphysema and chronic bronchitis and involves breathing difficulties. According to CDC, symptoms include "frequent coughing or wheezing; excess phlegm or sputum; shortness of breath; trouble taking a deep breath." https://www.cdc.gov/copd/features/copd-symptoms-diagnosis-treatment.html, as viewed August 20, 2020.

AR-04216

## 3.2 Willingness to Pay Estimates

In this section, we review the WTP literature for nonfatal illnesses with symptoms similar to those of COVID-19. We focus on influenza, chronic obstructive pulmonary disease (COPD), sepsis, conditions involving acute respiratory failure, and conditions requiring prolonged mechanical ventilation. The following section then reviews the QALY literature for the same conditions. In both sections, we select studies that address symptoms rather than the impacts of treatments. The availability and effectiveness of COVID-19 treatments are continuing to evolve, and are likely to have differing effects from the treatments available for these other conditions.

When reviewing both the WTP and QALY literature, we focus on the following.

1.  Publicly available primary research, written in English, to ensure that those who apply these estimates and review the resulting analyses can access the underlying studies.
2.  Research based on U.S. data collected within the past 20 years, assuming that the scope of most HHS regulatory analysis will cover the national population and that more recent studies are more likely to reflect current conditions and preferences.[20] More recent studies can also take advantage of advances in the available data, analytic methods, and best practices.
3.  Research published in peer-reviewed articles or reports, as an indicator of quality.

As discussed in more detail later, we make some exceptions to these criteria to address limitations in the available research. In addition, because relatively few studies address the health conditions of concern, we do not apply more stringent criteria such as those used in developing HHS's VSL estimates (see Robinson and Hammitt 2016). Instead, we use the research available to inform our estimates and suggest that analysts carefully assess the effects of uncertainty.

To identify potentially applicable WTP research, we began by searching recent reviews that include U.S. studies of respiratory and other illnesses. These reviews vary in purpose and scope and are not necessarily comprehensive, but provide a useful starting point. They include Van Houtven et al. (2006), Gerking and Dickie (2013), Cameron (2014), Hunt et al. (2016), and Robinson et al. (2019).[21] We then searched EconLit for additional studies.[22] We identified five studies that meet the three criteria listed above, and summarize them in Table 3.5. All of these studies address individual WTP for averting the

---

[20] For the WTP studies, the search was conducted in August 2020 and covered studies that rely on data collected from 2000 to the search date. There is typically a significant lag between when data are collected and publication, as indicated by the data collection dates in Table 3.5.

[21] We thank Alistair Hunt (University of Bath) and Neal Fann (U.S. Environmental Protection Agency, Office of Air and Radiation) for useful advice.

[22] EconLit search terms included "WTP" or "willingness to pay," and "respiratory," "influenza," "flu," "COPD," "sepsis," or "ventilation." We limited the searches to peer-reviewed research published in English between 2000 and the search date. We then reviewed the abstracts to confirm that the study included primary valuation research and to identify the date of data collection and the location. We dropped those studies that did not report the results of primary research, did not include data collected in 2000 or later, or were not conducted in the United States. The search was conducted in August 2020.

AR-04217

risks of influenza, COPD, or similar conditions; we did not find any WTP studies that address sepsis, acute respiratory failure, or mechanical ventilation explicitly.[23,24]

**Table 3.5 Willingness to Pay Studies**

| Study | Data Collection Date | Risk Characteristics | Location | Respondent Characteristics |
|---|---|---|---|---|
| Dickie and Messman (2004) | 2000 | 16 profiles of varying duration, including acute episodes of cough with phlegm, shortness of breath with wheezing, chest pain on deep inspiration, and/or fever with muscle pain and fatigue | Hattiesburg, Mississippi | 284 respondents, parents or guardians of children age 3–17 |
| Chestnut et al. (2006) | 2002 | Cardiovascular, acute respiratory, and chronic respiratory conditions requiring future hospitalization | California | 397 respondents, previously hospitalized adult Kaiser Permanente patients |
| Johnston et al. (2010) | 2008 | Influenza, including fever, cough, sore throat, runny nose, and chills, lasting about 7 days | 3 large U.S. employers[a] | 2,006 respondents with at least one child age 17 or younger |
| Prosser et al. (2013) | 2007 | Influenza of varying durations and severity, without and with hospitalization | National | 1,012 adult respondents |
| Hammitt and Haninger (2017) | 2008 | Conditions including influenza, respiratory infection, skin cancer, bronchitis, lung cancer, migraines, hepatitis, heart disease, liver disease, and Parkinson's disease with duration of 1 month, 1 year, or lifetime | National | 2,184 adult respondents |

a. Employers included "a national retail chain, a transportation company, and a durable goods manufacturing company" (Johnston et al. 2010).

Three of these studies (Dickie and Messman 2004; Chestnut et al. 2006; and Johnston et al. 2010), do not include nationally representative samples, both in terms of the locations from which the samples were drawn and the individual characteristics of the respondents. The remaining two studies are

[23] We exclude studies of asthma, given the significant differences between its symptoms and treatment and those associated with COVID-19. We also exclude studies of restricted activity days or school loss days associated with occasional exceedances of air pollution standards. While COVID-19 also restricts activities, the cause of the restrictions, their duration and pervasiveness, and nature of the restrictions, differ substantially from those that occur in the air pollution context.

[24] As discussed in the previous chapter, valuation of risks to others raises difficult, unresolved questions in the context of benefit-cost analysis. Thus, we only include studies that address risks to oneself, excluding studies (and estimates) that consider risk reductions that accrue to the community-at-large. The one exception is that we include studies of adult WTP to avoid risk to a child; typically parents or guardians as indicated under "Respondent Characteristics" in Table 3.5. As discussed in more detail in Robinson et al. (2019), in these cases we assume the adult is essentially acting as a proxy for the child, given the challenges of directly eliciting WTP from children.

AR-04218

national samples of adults; one addresses influenza (Prosser et al. 2013), the other includes influenza and other respiratory conditions along with a several other illnesses (Hammitt and Haninger 2017).

In Table 3.6, we provide per case estimates from each study, focusing on the results featured by the authors in most cases. To the extent possible, we select the estimates that come closest to addressing the symptoms discussed in section 3.1. We update the values to 2020 dollars and income levels using the approach recommended in the HHS *Guidelines*. This approach involves using the Consumer Price Index to adjust for inflation, Current Population Survey earnings data to estimate the change in real income, and an income elasticity of 1.0 to reflect the extent to which the values change as real income changes.

**Table 3.6 Willingness to Pay Per Case**

| Study | Health Outcome | WTP per Case:[a] As reported | WTP per Case: 2020 dollars and income level[b] |
|---|---|---|---|
| Dickie and Messman (2004) | Median WTP, 6-days, all symptoms | Child: $318 Parent: $167 (2000 dollars) | Child: $545 Parent: $287 |
| Chestnut et al. (2006) | Mean WTP, 5-day hospitalization due to cardiac or respiratory illness | $2,400 (2002 dollars) | $3,900 |
| Johnston, et al. (2010) | Mean (median) WTP to prevent influenza lasting about 7 days | Child: $142 ($50) Parent: $72 ($25) (2008 dollars) | Child: $191 ($68) Parent: $97 ($33) |
| Prosser, et al. (2013) | Incremental WTP to avert 1 day of uncomplicated influenza (self) | $62.54, $66.27[c] (2007 dollars) | $88.54, $93.81[c] |
| Prosser, et al. (2013) | Incremental WTP to avert 1 day of influenza with hospitalization (self) | $168.26, $513.06[c] (2007 dollars) | $238.18, $726.26[c] |
| Hammitt and Haninger (2017) | Value per statistical case of respiratory infection, 1 month | $639,000, $716,000[d] (2008 dollars) | $861,000, $965,000 |

a. Estimates highlighted by authors unless otherwise noted. See text for more discussion.
b. Updated to 2020 values based on the following:
- Inflation: Bureau of Labor Statistics, Consumer Price Index – All Urban Consumers, not seasonally adjusted (series CUUR0000SA0), downloaded from https://www.bls.gov/data/#prices, on April 15, 2021.
- Real income growth: Bureau of Labor Statistics, Current Population Survey, Median usual weekly earnings (series LEU0252881600), downloaded from https://www.bls.gov/webapps/legacy/cpswktab2.htm on April 15, 2021.
- Income elasticity: 1.0 based on HHS *Guidelines*.
c. The value listed first is based on traditional elicitation questions; the second is based on discrete choice experiment questions.
d. Value per statistical case for respiratory infection, 1 month duration, calculated using regression in Table 4 (pooled) with alternative values of health-related quality of life (HRQL) loss with respiratory infection (0.043, 0.070) and other parameters fixed as in Table 6. Note that dividing these estimates by 30 to obtain values per 1 day case would require extrapolating outside the sample and would be inconsistent with the authors' results, which find that values vary only weakly with duration.

The Hammitt and Haninger (2017) study is different in significant respects from the other studies identified, including the severity and duration of the effects and the elicitation strategy. The authors elicit WTP for small reductions in the risk of suffering a nonfatal illness described by its HRQL impacts using the EuroQoL-5D (EQ-5D) index and its duration (1 month, 1 year, or lifetime), with disease names

AR-04219

provided to half the respondents.[25] They estimate that WTP is larger for more severe and longer illness but is much less than proportionate to severity and duration. Compared to an approach that multiplies the expected QALY gain by a constant monetary value per QALY, this lack of proportionality yields values per statistical case that are much larger for short and mild illnesses, yet similar for lifetime chronic disease.

Of these studies, Prosser et al. (2013) and Hammitt and Haninger (2017) come closest to meeting our criteria; both are based on nationally representative samples and provide estimates for respiratory conditions. Only the Prosser et al. study explicitly addresses one of the illnesses identified in section 3.1 as a proxy for nonfatal cases of COVID-19. The Prosser et al. values for non-hospitalized influenza cases could be considered a reasonable proxy for COVID-19 acute mild disease, and their values for hospitalized cases could be considered a reasonable proxy for subsequent, more severe acute symptoms. When multiplied by the duration estimates in Table 3.3 in section 3.1 above, these estimates suggest values less than $1,000 per case of mild illness and less than $5,000 per case of severe illness for adults, excluding the post-acute symptoms. These estimates are much lower than the values that result from our alternative approach below. They also do not include treatment and other costs paid by third parties. The Hammitt and Haninger estimates are an imprecise match for our proxy conditions in terms of symptoms and duration. They are much larger than the values for all but critical cases using our alternative approach below, but provide some indication of the possible magnitude.

Without more research, the extent to which these differences result from the methods used for valuation, the populations and health outcomes studied, or other factors is unclear. Given that every study has advantages and limitations, ideally we would like to be able to combine the results across several studies for each endpoint. At present, it appears that the WTP literature provides relatively little information for quantifying the value of reducing the morbidity risks associated with COVID-19.

### 3.3 Monetized QALY Estimates

Given the limitations of the WTP literature, in this section we explore the implications of the QALY literature for valuation. QALYs are nonmonetary measures that combine the amount of time that an individual spends in a health state with a measure of the severity of the health state, as discussed in Chapter 3 and Appendix C of the HHS *Guidelines*. HHS converts QALY estimates into monetary values by multiplying them by a constant value per QALY derived from its VSL estimates; estimates for 2020 are provided in Chapter 1 of this paper.

QALYs are frequently used to integrate the effects of an intervention on both health and longevity. In the discussion that follows, we focus solely on their use to estimate changes in health while alive, given that our goal is to estimate the value of averting nonfatal effects. In developing QALY estimates, HRQL is commonly estimated using a scale anchored to zero (for states judged as bad as dead) and one (corresponding to full health), although HRQL may fall below zero when a state is deemed to be worse

---

[25] The EQ-5D is a generic instrument often used to describe HRQL; more information is available at https://euroqol.org/.

AR-04220

than dead. This HRQL estimate is then multiplied by the duration of the health state to estimate the associated QALYs.

Our goal in this section is to identify HRQL estimates both for COVID-19 and for similar health outcomes (as discussed previously in section 3.1). We then compare these estimates of HRQL with the condition to HRQL without the condition, using estimates of population-average HRQL by age to represent likely health in the absence of COVID-19. We multiply these HRQL increments by duration for COVID-19 cases of differing severities to estimate the QALY gain associated with averting each type of case, and multiply the results by the central estimates of the constant value per QALY reported in Chapter 1.

In reviewing the QALY literature, we begin with the same three criteria as noted in the preceding discussion of the WTP literature, focusing on publicly available primary research, written in English, based on data collected from 2000 to the search date, and published in peer-reviewed articles or reports. While we prioritize U.S. research, we expand our scope to include HRQL data collected in other high-income countries to provide additional insight.[26]

In selecting studies, we apply additional selection criteria applicable to QALYs as recommended Figure 3.4 in the HHS *Guidelines* and replicated below.

1. QALY estimates should be based on research that addresses the risks and populations affected by the regulation.
2. The description of the effects of the health state on quality of life should be based on information from those who have experienced the condition (such as patients).
3. The preference weights placed on the health states should be based on a survey representative of the general U.S. population.
4. The "without new regulation" baseline (with the condition) should be compared to a realistic estimate of "with-regulation" health status, which takes into account factors (such as age and co-morbidities unrelated to the regulated hazard) that may lead those affected to be in less than perfect health once the regulation is implemented.
5. The implications of related uncertainties should be discussed and addressed quantitatively if significant.

We apply criteria 1, 2, and 3 directly as discussed below. To address criterion 4, in our illustrative calculations we assume that the analysis compares individuals with nonfatal cases of COVID-19 (in the absence of the regulation) to similar individuals of the same age without the condition (with the regulation), as discussed in more detail later in this section. Consistent with criterion 5, we also describe the uncertainties associated with this approach.

---

[26] Unlike WTP estimates, QALYs are not monetary values that reflect the opportunity cost of spending and hence may be less sensitive to cross-country economic differences. However, they may be sensitive to other differences such as cultural attitudes, lifestyle factors, and characteristics of the health care system.

AR-04221

In addressing the first criterion, similarity of the risks and populations, we review both studies that characterize COVID-19 morbidity risks directly and studies that characterize the risks of the proxy conditions described in section 3.1, given that studies that explicitly address COVID-19 are limited. We assume that HHS analysts will primarily apply the values to regulations or other policies that affect the U.S. population nationally. Thus, ideally we would restrict attention to studies that collect data from representative samples of the U.S. population as a whole. Given the small number of studies that meet this criterion, we also consider studies that address a subset of the U.S. population; e.g., those in a particular location or health care system. We prioritize studies with data from at least 100 patients as an indicator of the likely representativeness of the sample. However, given the narrow patient inclusion criteria applied in some studies, we report data from smaller samples as supplementary estimates. We also include data from other high-income countries to provide insight when sufficient U.S. data are not available.[27]

To address the second criterion, descriptions of impacts from patients, we prioritize studies in which patients describe the effects of a disease on their quality of life. Commonly, these patients complete structured surveys associated with generic HRQL indices — such as the EQ-5D, Health Utilities Index (HUI), SF-6D, or Quality of Well-Being (QWB) Scale — that capture the impacts of a disease on dimensions of health, such as functional status and pain. When few such studies are available, we also consider studies that instead rely on expert assessment of impacts using a structured survey instrument.[28]

For the third criterion, preference weights, we focus on data from the general population. Structured survey instruments, such as those described above, are typically used to assess preferences for health states using weights derived from the responses of samples of the general public. We prioritize research using the EQ-5D index because weights specific to the U.S. population have been developed.[29] When few studies using this index and weights are available, we consider results using other HRQL indices as supporting evidence.[30]

---

[27] We define high-income as 50 percent or more of U.S. GNI per capita in 2018 using the purchasing power parity (PPP) method as documented by the World Bank (https://data.worldbank.org/indicator/NY.GNP.PCAP.PP.CD, as viewed August 22, 2020). At that time, GNI per capita for the U.S. was $63,780; hence, we include countries with a GNI per capita using the PPP method of $31,890 or higher. As noted in the text, for some outcomes we expanded the search to include all countries regardless of income level, due to the lack of research from higher income countries.

[28] We exclude estimates that are not based on primary research involving original data collection from patients or expert assessment using a structured survey instrument.

[29] When a study uses a single population to report results corresponding to the EQ-5D index as well as other HRQL estimates, we report only the EQ-5D estimates. When HRQL is weighted using estimates from multiple countries, we use weights corresponding to the U.S. or to the country closest to the U.S. in GNI per capita.

[30] We exclude HRQL estimates that use scales not indexed to values of zero and one.

AR-04222

### 3.3.1 HRQL Estimates from COVID-19 Studies

To identify HRQL estimates from the literature for COVID-19, we conducted targeted Google Scholar searches using the criteria listed above.[31] The estimates that we present all use the EQ-5D index but come from high-income countries outside of the U.S., given that no evidence from the U.S. meeting our criteria was available. Table 3.7 presents the "with condition" HRQL estimates obtained from the review.

**Table 3.7 HRQL Studies, COVID-19**

| Study | Location | HRQL Scale | Population | Average Age | Health State | HRQL Score |
|-------|----------|-----------|-----------|-------------|--------------|-----------|
| Garrigues et al. 2020 | France, one hospital | EQ-5D, French weights | 96 patients | 64.1 | COVID-19, hospitalized in ward, post-discharge, mean of 110.9 days after hospital admission[a] | 0.86 |
| Garrigues et al. 2020 | France, one hospital | EQ-5D, French weights | 24 patients | 59.6 | COVID-19, hospitalized in ICU, post-discharge, mean of 110.9 days after hospital admission[a] | 0.82 |
| Meys et al. 2020 | Belgium, members of online support group | EQ-5D, German weights | 622 patients | 45 | COVID-19, non-hospitalized, mean of 79 days after symptom onset | 0.62 |
| Garratt et al. 2021 | Norway, population-based cohort | EQ-5D, U.K. weights | 458 patients | 49.5 | COVID-19, non-hospitalized, mean of 4 months after symptom onset | 0.82 |
| Halpin et al. 2021 | U.K., one hospital | EQ-5D, U.K. weights[b] | 68 patients | 70.5[c] | COVID-19, hospitalized in ward, mean of 48 days after hospital discharge[d] | 0.724 |
| Halpin et al. 2021 | U.K., one hospital | EQ-5D, U.K. weights[b] | 32 patients | 58.5[c] | COVID-19, hospitalized in ICU, mean of 48 days after hospital discharge[d] | 0.693 |
| | | | | | **Range of estimates, primary selection criteria** | **0.62 to 0.86** |
| Supplementary estimates based on small samples and/or expert assessments | | | | | | |
| Taboada et al. 2020 | Spain, one hospital | EQ-5D, weights not specified | 91 patients | 65.5 | COVID-19, critically ill, ARDS, admitted to ICU, 6 months after ICU discharge | 0.7054 |
| | | | | | **Range of estimates, primary and supplemental studies** | **0.62 to 0.86** |

a. Mean time from hospital admission corresponds to the overall sample of 120 patients.
b. The authors do not explicitly report the country weights used but describe a U.K. population.
c. Age estimates correspond to sample medians.
d. Mean time after hospital discharge corresponds to the overall sample of 100 patients. Halpin et al. (2021) report that the median length of stay was 6.5 days for ward patients and 12 days for ICU patients.

---

[31] Search terms included "quality of life," "HRQL," "QOL," "EQ-5D" or "EuroQoL" and "COVID" or "COVID-19." The search was conducted in January 2021.

AR-04223

All of the identified estimates correspond to HRQL of post-acute COVID-19. In these studies, HRQL was measured, at the earliest, an average of 48 days after hospital discharge, and at the latest, six months after ICU discharge. HRQL estimates range from 0.62 to 0.86, with higher values generally but not always corresponding to younger and less severely ill patient populations.

Given the different patient populations and small sample sizes, an important consideration is whether these estimates reflect the causal impact of COVID-19 – as opposed to idiosyncratic characteristics of the populations – and allow for extrapolation to the general U.S. population. Some studies have attempted to measure the change between recalled HRQL before COVID-19 and HRQL after COVID-19 diagnosis as an indicator of the likely causal effect of COVID-19, but these studies may be subject to recall bias. Halpin et al. (2021) asked patients to recall their HRQL prior to the COVID-19 episode and found that most patients reported a decline in HRQL after admission for COVID-19. Similarly, Taboada et al. (2020) found a significant decline in HRQL among ICU patients after the COVID-19 episode compared with their recalled HRQL prior to the episode. Other studies have noticed diminished HRQL among COVID-19 patients relative to general populations (Chen et al. 2020; Arnold et al. 2020; Garratt et al. 2021). However, these studies have not attempted to control for baseline patient characteristics and not all of these studies met the inclusion criteria for our review. Some, but not all, of these studies found a significant decline in HRQL among COVID-19 patients studied relative to the general population.

While post-acute outcomes for patients with mild COVID-19 generally appear good (Garratt et al. 2021), measured HRQL is low for certain populations of patients with initially mild disease. Meys et al (2020) report on a Belgian population consisting of members of an online support group, who reported a mean HRQL score of 0.62. This study is unlikely to be representative of the broader population of patients with initially mild COVID-19 symptoms, but it draws attention to the potential for persistent and poor outcomes that may not align with the severity of the acute episode. One Dutch study noted that a population of COVID-19 patients with initially mild disease who had symptoms persisting for greater than six weeks exhibited lower HRQL in most domains than a population of discharged hospitalized patients (van den Borst et al. 2020). While this population of non-hospitalized patients is unlikely to be representative of the broader population of patients with initially mild disease, these results highlight the heterogeneity in COVID-19 symptoms and suggest the need for careful measurement of the population-level effects of COVID-19.

Researchers have initiated follow-up studies to measure the effects of COVID-19 over a period of one year or longer (Marshall 2020). However, the results of these studies were not available at the time this review was conducted.

Given the limited body of evidence on COVID-19 HRQL – particularly the shortage of evidence on HRQL corresponding to acute disease, the uncertain representativeness of the samples used, and the lack of evidence on long-term HRQL – we rely primarily on HRQL estimates for related conditions to develop values. The following section describes results from review of these studies.

AR-04224

### 3.3.2 HRQL Estimates from Studies of Similar Conditions

To identify HRQL estimates from the literature for conditions related to COVID-19 as described in section 3.1, we start with studies listed in the comprehensive Tufts Medical Center Cost-Effectiveness Analysis (CEA) Registry and compare them to the three criteria listed above.[32] Because that database focuses on cost-effectiveness analyses and excludes studies that provide QALY estimates without comparing them to costs, we reviewed the reference lists from relevant studies and also conducted targeted Google Scholar searches for each condition to identify additional studies.[33] We discuss our findings for each health condition below.

#### *3.3.2.1 Influenza*

As noted earlier, we begin with selection criteria that focus attention on those high-quality studies most applicable to the risks and populations likely to be addressed in HHS regulatory analyses. These include data collected from a sample at least 100 U.S. individuals, patient-reported HRQL estimates, and U.S. EQ-5D preference weights. However, we did not identify any studies of influenza that met these criteria. We then expanded our search to include data from other high-income countries and other HRQL indices, and identified three studies that provide nine estimates of HRQL across various influenza severity categories. When we further relaxed our criteria to include smaller sample sizes and expert assessments, we identified an additional four studies and five estimates of HRQL. We include both confirmed cases of influenza as well as influenza-like illnesses. Because descriptions of severity are not standardized across studies, these estimates may not be fully comparable.

Table 3.8 presents the "with condition" HRQL estimates from these studies, which vary from less than zero to 0.7. Excluding estimates based on small patient samples (less than 100 participants in total) or expert assessment narrows the range to between 0.23 and 0.7. Estimates tend to be higher for influenza cases noted as not involving hospital care (0.50 to 0.70) compared with cases noted as involving hospital care (0.23 to 0.62). Estimates were also higher for influenza-like illness compared with confirmed influenza disease. None of the studies reports using U.S. preference weights, which may lead to different results (Johnson et al. 2005; Galante et al. 2011).

---

[32] We thank Dan Ollendorf and Lauren Do, of Tufts Medical Center's Center for the Evaluation of Value and Risk in Health, for providing an extract from their CEA Registry that includes data from studies addressing respiratory conditions on April 16, 2020. More information on the CEA Registry is available here: https://cevr.tuftsmedicalcenter.org/databases/cea-registry.
[33] Search terms included "quality of life," "QOL," "EQ-5D" or "EuroQoL" and "influenza," "flu," "COPD," "sepsis," "mechanical ventilation," "acute respiratory distress syndrome," "ARDS," "acute respiratory failure," or "ARF." The search was conducted in August 2020.

AR-04225

**Table 3.8 HRQL Studies, Influenza**

| Study | Location | HRQL Scale | Population | Average Age | Health State | HRQL Score |
|-------|----------|-----------|-----------|------------|-------------|-----------|
| Van Hoek et al. 2011 | U.K. (England) | EQ-5D, U.K. weights | 46 patients | Not provided | Influenza-like illness, worst day of illness | 0.34 |
| Van Hoek et al. 2011 | U.K. (England) | EQ-5D, U.K. weights | 114 patients | Not provided | Laboratory-confirmed H1N1 influenza, worst day of illness | 0.29 |
| Hollmann et al. 2013 | Spain, 36 hospitals | EQ-5D, Spanish weights | 563 patients | 39.15 | Laboratory-confirmed H1N1 influenza, outpatient care | 0.50 |
| Hollmann et al. 2013 | Spain, 36 hospitals | EQ-5D, Spanish weights | 432 patients | 43.44 | Laboratory-confirmed H1N1 influenza, inpatient care | 0.23 |
| Bilcke et al. 2014 | Belgium, national sample | SF-6D, U.K. weights | 1,107 patients | Not provided | Influenza-like illness, not seeking ambulatory or hospital care | 0.70 |
| Bilcke et al. 2014 | Belgium, national sample | SF-6D, U.K. weights | 1,116 patients | Not provided | Influenza-like illness, seeking ambulatory care | 0.68 |
| Bilcke et al. 2014 | Belgium, national sample | SF-6D, U.K. weights | 429 patients | Not provided | Physician-diagnosed influenza, seeking ambulatory care | 0.68 |
| Bilcke et al. 2014 | Belgium, national sample | SF-6D, U.K. weights | 24 patients | Not provided | Influenza-like illness, hospitalized | 0.61 |
| Bilcke et al. 2014 | Belgium, national sample | SF-6D, U.K. weights | 6 patients | Not provided | Physician-diagnosed influenza, hospitalized | 0.62 |
| | | | | | **Range of estimates, primary selection criteria** | **0.23 to 0.70** |
| Supplementary estimates based on small samples and/or expert assessments | | | | | | |
| Griffin et al. 2001 | U.K. | EQ-5D, U.K. weights | 21 patients | Not provided | Laboratory-confirmed influenza infection | -0.066[c] |
| Griffin et al. 2001 | U.K. | EQ-5D, U.K. weights | Expert assessment | N/A | Influenza among hypothetical high-risk patient | -0.263[c] |
| Brady et al. 2001 | Canada | HUI Mark 3, weights not reported[a] | 11 adults[b] | Not provided | Influenza | 0.636 |
| Mauskopf et al. 2000 | N/A | QWB, weights not reported[a] | Expert assessment | N/A | Influenza | 0.5579 |
| Muennig and Khan 2001 | N/A | QWB, weights not reported[a] | Expert assessment | N/A | Influenza-like illness | 0.61 |
| | | | | | **Range of estimates, primary and supplemental studies** | **-0.263 to 0.70** |

a. Given the weights available, the HUI most likely reflects Canadian weights and the QWB most likely reflects U.S. weights.
b. Authors do not indicate whether adults were former patients.
c. Authors do not discuss the reasons for these very low HRQL scores.

48

AR-04226

As noted in section 3.1, we use influenza as a proxy condition for the effects of the mild acute phase of COVID-19, and influenza with respiratory complications as a proxy for the severe acute phase. Thus for the mild acute phase, we rely on influenza HRQL estimates for cases not described as receiving hospital care, which range from 0.50 to 0.70. In our illustrative calculations later in this chapter, we use a working assumption of 0.60, the midpoint of this range, for the HRQL of acute, mild COVID-19. Similar estimates have been used in cost-effectiveness analyses to value HRQL of influenza without hospitalization (Lee et al. 2015).

In the severe acute phase, COVID-19 cases are typically hospitalized. We exclude the HRQL scores less than zero (worse than dead), because they come from a small study that does not explain the reason for these exceedingly low values. Accordingly, we focus on HRQL estimates for influenza cases identified as receiving hospital care which range from 0.23 to 0.62. In our illustrative examples, we use a working assumption of 0.43, the approximate midpoint of this range, for the HRQL of acute, severe COVID-19.

### 3.3.2.2 Chronic obstructive pulmonary disease (COPD)

Next, we review estimates of COPD as a proxy for post-acute severe COVID-19. Given the relatively large number of studies that address COPD, we are able to focus on those that meet our preferred selection criteria. These include data collected from a sample of at least 100 U.S. individuals, patient-reported quality of life estimates, and U.S. EQ-5D preference weights.

As indicated in Table 3.9, "with condition" estimates range from 0.62 to 0.83 for baseline COPD disease. Estimates for individuals with more severe disease are typically lower than estimates for individuals with milder disease. The symptoms of COPD vary over time and are more pronounced during disease exacerbations. When the HRQL of COPD exacerbations was explicitly assessed, HRQL estimates were also lower, ranging between 0.49 and 0.59.

49

AR-04227

**Table 3.9 HRQL Studies, COPD**

| Study | Location | HRQL Scale | Population | Average Age | Health State | HRQL Score |
|-------|----------|-----------|-----------|-------------|--------------|------------|
| Solem et al. 2013 | U.S., national | EQ-5D, U.S. weights | 190 patients | 67.4 | COPD, severe | 0.707 |
| Solem et al. 2013 | U.S., national | EQ-5D, U.S. weights | 124 patients | 68.8 | COPD, very severe | 0.623 |
| Solem et al. 2013 | U.S., national | EQ-5D, U.S. weights | 190 patients | 67.4 | COPD, severe, most recent exacerbation | 0.590 |
| Solem et al. 2013 | U.S., national | EQ-5D, U.S. weights | 124 patients | 68.8 | COPD, very severe, most recent exacerbation | 0.494 |
| Lin et al. 2014 | U.S., clinical centers | EQ-5D, U.S. weights[a] | 102 patients | 72.1 | COPD, GOLD stage I[b] | 0.81 |
| Lin et al. 2014 | U.S., clinical centers | EQ-5D, U.S. weights[a] | 353 patients | 68.3 | COPD, GOLD stage II | 0.81 |
| Lin et al. 2014 | U.S., clinical centers | EQ-5D, U.S. weights[a] | 165 patients | 67.7 | COPD, GOLD stage III | 0.76 |
| Lin et al. 2014 | U.S., clinical centers | EQ-5D, U.S. weights[a] | 50 patients | 65.1 | COPD, GOLD stage IV | 0.74 |
| Rutten-van Mölken et al. 2006 | 14 countries[c] | EQ-5D, U.S. weights | 622 patients | 64.0 | COPD, GOLD stage II | 0.832 |
| Rutten-van Mölken et al. 2006 | 14 countries[c] | EQ-5D, U.S. weights | 513 patients | 65.6 | COPD, GOLD stage III | 0.803 |
| Rutten-van Mölken et al. 2006 | 14 countries[c] | EQ-5D, U.S. weights | 91 patients | 61.6 | COPD, GOLD stage IV | 0.731 |
| Pickard et al. 2011 | U.S., one Veterans Affairs hospital | EQ-5D, U.S. weights | 23 patients | 72.3 | COPD, GOLD stage I | 0.80 |
| Pickard et al. 2011 | U.S., one Veterans Affairs hospital | EQ-5D, U.S. weights | 53 patients | 71.7 | COPD, GOLD stage II | 0.70 |
| Pickard et al. 2011 | U.S., one Veterans Affairs hospital | EQ-5D, U.S. weights | 27 patients | 70.4 | COPD, GOLD stage III | 0.72 |
| Pickard et al. 2011 | U.S., one Veterans Affairs hospital | EQ-5D, U.S. weights | 17 patients | 73.3 | COPD, GOLD stage IV | 0.72 |
| | | | | | **Range of estimates, primary selection criteria[d]** | **0.494 to 0.832** |

a. The authors do not explicitly report the country weights used but refer to HRQL scores for the U.S. population.

b. "GOLD" refers to the Global Initiative for Chronic Obstructive Lung Disease grading system. More information is available at https://goldcopd.org/.

c. Countries include U.S., Czech Republic, Spain, Denmark, Germany, Poland, the Netherlands, Italy, France, Hungary, Russia, Belgium, and Australia. Of the total sample, 34.5% were U.S. patients. While the U.S. results are not reported separately, the authors estimate that U.S. patients had HRQL scores that were between 0.04 and 0.15 higher than the scores of Italian, Czech, Polish, and French patients but 0.06 lower than Danish patients.

d. Due to the large number of studies that meet our primary selection criteria, we do not report the results of supplemental COPD studies.

AR-04228

Given that individuals with mild COVID-19 appear unlikely to experience very severe post-acute symptoms, we assume that moderate COPD (Global Initiative for Chronic Obstructive Lung Disease (GOLD) stage II) is the best proxy. We are not able to more precisely match post-acute COVID-19 symptoms to specific COPD severity levels given the limited COVID-19 data available. Estimates corresponding to moderate COPD ranged from 0.70 to 0.832. We use a working assumption of 0.77, the approximate midpoint of this range, in our illustrative calculations to correspond to HRQL of post-acute mild COVID-19 disease.

Information on post-acute severe COVID-19 symptoms is also limited, and we are again not able to precisely match the symptoms to a particular COPD category. We assume that severe COPD (GOLD stage III) corresponds most closely to post-acute severe COVID-19. Estimates for severe COPD HRQL ranged from 0.707 to 0.81. We use a working assumption of 0.76, the approximate midpoint of this range, for the HRQL associated with post-acute severe COVID-19.

### 3.3.2.3 Acute sepsis, respiratory failure, and prolonged mechanical ventilation

We next review the literature on acute sepsis, conditions involving acute respiratory failure, and conditions involving prolonged mechanical ventilation, which we use as proxies for acute critical COVID-19. Obtaining primary evidence on health status among critically ill patients is difficult and infrequently attempted (Heyland et al. 1998).

Consistent with these concerns, we did not find any studies that met our preferred criteria for inclusion. Expanding our criteria to include all countries regardless of income level, small sample sizes, and primary data collection from experts and the general public, we identified the two studies reported in Table 3.10. These studies report "with condition" HRQL estimates of -0.295 and 0.23.[34]

**Table 3.10 HRQL Studies, Acute Sepsis and Mechanical Ventilation**

| Study | Location | HRQL Scale | Population[a] | Average Age | Health State | HRQL Score |
|-------|----------|-----------|--------------|-------------|--------------|-----------|
| Galante et al. 2011 | Argentina, convenience sample | EQ-5D, U.K. weights | 73 members of the general public | 31 | Sepsis from pneumococcal disease | -0.295 |
| Hung et al. 2010 | Taiwan, five medical institutions | EQ-5D, Taiwanese weights | 55 patients | 70.9 | Conditions requiring prolonged mechanical ventilation | 0.23 |
| | | | | | Range of estimates, supplemental studies[a] | -0.295 to 0.23 |

a. No studies were identified that meet our primary selection criteria.

Given the limited data available, it is difficult to estimate HRQL for these conditions. Several studies have recommended using a HRQL estimates of 0.1 for sepsis and other conditions treated in the ICU (Wu et

---

[34] In addition to the limitations noted in the text, another concern in this case is the extent to which patients in particularly critical condition can be surveyed, which may bias available HRQL estimates upwards.

AR-04229

al. 2018; Macario et al. 2006). Thus we use an estimate of 0.1 as a proxy to value acute critical cases of COVID-19.

### *3.3.2.4 Post-acute sepsis, respiratory failure, and prolonged mechanical ventilation*

Finally, we review the literature on long-term outcomes of sepsis, conditions involving acute respiratory failure, and conditions involving prolonged mechanical ventilation as proxies for post-acute critical COVID-19. We again did not find any studies that met our preferred selection criteria. We then relaxed our criteria to consider evidence from other high-income countries and indices other than the EQ-5D. We identified four studies and seven estimates that met these criteria. When we further relaxed our criteria to allow for studies that collected data from fewer than 100 patients and evidence based upon expert assessment, we identified one additional study providing four HRQL estimates.

Table 3.11 reports the results, which include "with condition" HRQL scores ranging from 0.5 to 0.75 over a period of up to one year. These studies suggest that quality of life may improve somewhat for survivors of these conditions over the first three months following acute disease, but then plateaus. Estimates corresponding to six months or one year after the acute episode range between 0.64 and 0.75.

52

**Table 3.11 HRQL Studies, Post-Acute Sepsis, ARDS, and Acute Respiratory Failure**

| Study | Health State | HRQL Scale | Population[a] | Average Age | Health State | HRQL Score |
|---|---|---|---|---|---|---|
| Higgins et al. 2019 | Australia, New Zealand, Finland, Hong Kong, Ireland, 51 hospitals | EQ-5D, U.K. weights | 496 patients | 63.1[a] | Septic shock, usual care, survivors at 6 months | 0.64 |
| Higgins et al. 2019 | Australia, New Zealand, Finland, Hong Kong, Ireland, 51 hospitals | EQ-5D, U.K. weights | 458 patients | 63.1[a] | Septic shock, usual care, survivors at 12 months | 0.64 |
| Linko et al. 2010 | Finland, 25 ICUs | EQ-5D, Finnish weights | 288 patients | 64 | Acute respiratory failure, ICU survivors at 1 year | 0.70 |
| Hofhuis et al. 2008; Kip et al. 2018 | Netherlands, one surgical-medical ICU | SF-36 converted to EQ-5D, U.K. weights[b] | 121 patients | 66[c] | Severe sepsis, at ICU discharge | 0.50 |
| Hofhuis et al. 2008; Kip et al. 2018 | Netherlands, one surgical-medical ICU | SF-36 converted to EQ-5D, U.K. weights[b] | 101 patients | 66[c] | Severe sepsis, at hospital discharge | 0.64 |
| Hofhuis et al. 2008; Kip et al. 2018 | Netherlands, one surgical-medical ICU | SF-36 converted to EQ-5D, U.K. weights[b] | 96 patients | 66[c] | Severe sepsis, 3 months after ICU discharge | 0.73 |
| Hofhuis et al. 2008; Kip et al. 2018 | Netherlands, one surgical-medical ICU | SF-36 converted to EQ-5D, U.K. weights[b] | 95 patients | 66 | Severe sepsis, 6 months after ICU discharge | 0.75 |
| | | | | | **Range of estimates, primary selection criteria** | **0.50 to 0.75** |
| Supplementary estimates based on small samples and/or expert assessments | | | | | | |
| Drabinski et al. 2001 | U.S., 53 hospitals | EQ-5D, weights not described (assumed U.S.) | 93 patients | 60 | Severe sepsis, 30 days after initial hospitalization (some still hospitalized) | 0.56 |
| Drabinski et al. 2001 | U.S., 53 hospitals | EQ-5D, weights not described (assumed U.S.) | 93 patients | 60 | Severe sepsis, 60 days after initial hospitalization | 0.62 |
| Drabinski et al. 2001 | U.S., 53 hospitals | EQ-5D, weights not described (assumed U.S.) | 93 patients | 60 | Severe sepsis, 90 days after initial hospitalization | 0.68 |
| Drabinski et al. 2001 | U.S., 53 hospitals | EQ-5D, weights not described (assumed U.S.) | 93 patients | 60 | Severe sepsis, 180 days after initial hospitalization | 0.69 |
| | | | | | **Range of estimates, primary and supplementary studies** | **0.50 to 0.75** |

a. Corresponds to average age of usual care population in the overall study (n=798), not all of whom had HRQL measured.
b. Authors do not report the source of the weights but refer to an algorithm based on U.K. weights.
c. Corresponds to survivors at 6 months. The larger population of patients mentioned in the trial includes 170 severe sepsis patients, not all of whom had HRQL measured, and this population had a mean age of 70.

AR-04231

Our working assumption for our illustrative calculations is that individuals with critical COVID-19 disease will experience chronic symptoms for the remainder of their lives, consistent with prior research that has modeled the long-term effects of critical disease on patients (Khazeni et al. 2009). While longer-term HRQL scores were not available, some research suggests that HRQL remains depressed at five years among ICU survivors of acute respiratory distress syndrome (Herridge et al. 2011), as well as for other conditions treated in ICUs (Cuthbertson et al. 2010).[35] Based on the HRQL estimates we reviewed, we use a working assumption of 0.70, the midpoint of the range of estimates at 6 months or longer from the acute episode of critical disease, to correspond to the HRQL of post-acute critical COVID-19 disease. This estimate is particularly uncertain given the current limited knowledge of COVID-19 long-term effects and the limited data on long-term HRQL estimates for other critical diseases.

### 3.3.2.5 Summary of HRQL estimates

In Table 3.12, we summarize the results of our HRQL literature review, focusing on the studies that best meet our selection criteria. As is evident from the table, these estimates cover relatively wide ranges that come close to overlapping in most cases despite differences in the severity of the conditions. These ranges reflect variation in the populations, indices, weights, conditions, and other characteristics of the methodology across studies, not simply differences in the diseases themselves.

**Table 3.12 Summary of "With Condition" HRQL Estimates**

| COVID-19 Phase | Similar Proxy Disease | "With Condition" HRQL Estimates for Proxy Disease[a] | Typical Age Group for Estimates[b] |
|---|---|---|---|
| **Mild case** | | | |
| Mild acute phase | Influenza | 0.60 (0.50 − 0.70) | 40 − 49 |
| Mild post-acute phase | Chronic obstructive pulmonary disease | 0.77 (0.70 − 0.83) | 60 − 69 |
| **Severe case** | | | |
| Mild acute phase | Influenza | 0.60 (0.50 − 0.70) | 40 − 49 |
| Severe acute phase | Influenza with respiratory complications | 0.43 (0.23 − 0.62) | 40 − 49 |
| Severe post-acute phase | Chronic obstructive pulmonary disease | 0.76 (0.71 − 0.81) | 60 − 69 |
| **Critical case** | | | |
| Mild acute phase | Influenza | 0.60 (0.50 − 0.70) | 40 − 49 |
| Critical acute phase | Sepsis, conditions requiring prolonged mechanical ventilation | 0.10 (-0.30 − 0.23) | 40 − 49 |
| Critical post-acute phase | Chronic health states associated with sepsis, conditions involving acute respiratory failure, conditions requiring prolonged mechanical ventilation | 0.70 (0.64 − 0.75) | 60 − 69 |

a. Reported numbers include the midpoint of HRQL estimates from the literature reviewed above as well as the range of estimates.

b. Typical 10-year age bands that correspond most closely to the average ages of individuals considered in the studies.

---

[35] The risk of mortality is elevated for years after treatment for critical disease but is not captured by these HRQL estimates (Wiersinga et al. 2020; Cuthbertson et al. 2010). We discuss the valuation of COVID-19 mortality risks in Chapter 2.

AR-04232

To estimate the effect of reducing the risk of COVID-19 infections, we need to calculate HRQL both with and without the condition. As discussed in more detail below, population-average HRQL generally decreases as age increases. Most of the studies we reviewed on average address middle-aged or elderly adults, as summarized in Table 3.12. It is unclear whether these "with condition" HRQL estimates would vary significantly if a younger or older population was considered. Uncertainties in the COVID-19 disease descriptions, in the identification of these proxy conditions, and in the methods, populations, and risks addressed in the literature summarized above, mean that the application of these estimates will lead to highly uncertain values. We illustrate the use of these estimates and discuss the implications in the following section.

### 3.3.3 Values per Nonfatal Statistical Case

In the regulatory analysis context, the estimates in the prior section reflect HRQL in the absence of the policy; i.e., with COVID-19. Estimating and valuing the gain attributable to a regulation or other policy that averts the condition requires three additional steps: (1) comparison to HRQL without the condition, (2) multiplication of the HRQL increment by duration to estimate the QALY gain, and (3) multiplication of the QALY gain by the values per QALY reported in Chapter 1.

In this section, we provide illustrative estimates. As noted earlier, analysts will need to review more recent data and consider the effects of the specific regulation or other policy to determine the age groups most likely affected and the characteristics of the cases averted.

To estimate HRQL in the absence of COVID-19, we rely on Hanmer et al. (2006) estimates of population-average HRQL, focusing on EQ-5D estimates with U.S. weights, consistent with the approach HHS uses to estimate the value per QALY. That study addresses individuals age 20 through 89 in 10-year age groups. We report the results in Table 3.13.

**Table 3.13 Population-Average U.S. HRQL by Age Group[a]**

| Age Group | Population-Average HRQL Score[b] |
|---|---|
| $20-29$ | 0.921 |
| $30-39$ | 0.906 |
| $40-49$ | 0.875 |
| $50-59$ | 0.849 |
| $60-69$ | 0.826 |
| $70-79$ | 0.787 |
| $80-89$ | 0.753 |

a. Hanmer et al. (2006), Table 3.
b. Estimates are midpoint values for males and females. In some cases, the population- average HRQL scores are higher than the "with condition" HRQL scores summarized in Table 3.12. We describe an adjustment that may used in this case as part of our recommendations below.

Applying the estimates in Table 3.13 raises several challenges. First, given the prevalence of health impairments in those affected by severe COVID-19, in the absence of the disease their HRQL may be lower than the population-average for their age group. Second, the estimates of HRQL with the

AR-04233

conditions in the previous sections reflect different age groups as well as different populations (with possibly different comorbidities than the population averages represented in Table 3.13), indices, and preference weights. Third, for the long-term post-acute effects of critical cases, we have little information on the extent to which HRQL changes over time. Finally, it is unclear how to generalize the estimates provided in Table 3.12 to alternative ages. Thus, the resulting estimates should be considered illustrative of possible magnitude rather than definitive.

To calculate the effect of illness on individuals with different baseline health, we assume that the illness decreases baseline health by a constant fraction, and that this proportional decrease is constant across age groups. To operationalize this calculation, we divide the "with condition" HRQL from Table 3.12 by the population-average HRQL from Table 3.13 for an individual in the corresponding typical age group. For example, we divide the HRQL for mild acute phase (influenza) by the HRQL for ages 40-49 and the HRQL for mild post-acute phase (COPD) by the HRQL for ages 60-69. We then multiply this intermediate estimate by the population-average HRQL corresponding to each age category to yield estimates of the "with condition" HRQL for each age range.

Individuals under age 20 were not included in the Hanmer et al. (2006) study we use to estimate "without condition" HRQL. Individuals under age 20 also were not well represented in the "with condition" estimates of HRQL obtained from literature review. Given the limited evidence, we suggest that analysts use HRQL estimates corresponding to the 20 to 29 age group to approximate HRQL among individuals under age 20. Similarly, given that estimates for individuals age 90 and older are not included in the Hanmer et al. (2006) study, we recommend that analysts use HRQL estimates corresponding to the 80 to 89 age group to approximate "without condition" HRQL among individuals 90 and older.

We use the resulting proportional changes in HRQL to estimate "with condition" HRQL for each severity category, phase, and for three illustrative ages (20, 40, and 70). These results are reported in Table 3.14. These estimates are generally in the range of estimates provided in Table 3.7, which summarizes the available evidence for patients with COVID-19. Thus, our estimates appear consistent with the limited COVID-19 HRQL data available.

**Table 3.14 Estimated "With-Condition" HRQL for Proxy Conditions, Illustrative Estimates by Age**

| COVID-19 Phase | HRQL, Age 20 | HRQL, Age 40 | HRQL, Age 70 |
|---|---|---|---|
| **Mild Case** | | | |
| • Mild acute phase | 0.632 | 0.600 | 0.540 |
| • Mild post-acute phase | 0.858 | 0.816 | 0.373 |
| **Severe Case** | | | |
| • Mild acute phase | 0.632 | 0.600 | 0.540 |
| • Severe acute phase | 0.245 | 0.430 | 0.639 |
| • Severe post-acute phase | 0.847 | 0.805 | 0.724 |
| **Critical Case** | | | |
| • Mild acute phase | 0.632 | 0.600 | 0.540 |
| • Critical acute phase | 0.105 | 0.100 | 0.090 |
| • Critical post-acute phase | 0.078 | 0.174 | 0.667 |

AR-04234

Next, we use the HRQL estimates reported in Table 3.13 and Table 3.14 to calculate the change in QALYs per symptomatic case. First, we calculate the absolute change in HRQL score for each category, phase, and age group, by comparing the values from the two tables. For example, the change in HRQL for the mild acute phase for a 40-year-old would be (0.875) — (0.600) = 0.275. We then multiply by the duration of each condition from section 3.1 to estimate the change in QALYs. As part of this calculation, we convert from days to years assuming 365 days per year. For example, the change in QALYs for the mild acute phase for a 40-year-old would be (0.275) * (10 / 365) = 0.008. The results for all disease phases and age groups are reported in Table 3.15.

**Table 3.15 Estimated Change in QALYs per Nonfatal Symptomatic Case, based on Proxy Conditions**

| COVID-19 Phase | QALY change, age 20 | QALY change, age 40 | QALY change, age 70 |
|---|---|---|---|
| **Mild Case** | | | |
| • Mild acute phase | 0.008 | 0.008 | 0.007 |
| • Mild post-acute phase | 0.003 | 0.002 | 0.002 |
| **Severe Case** | | | |
| • Mild acute phase | 0.006 | 0.005 | 0.005 |
| • Severe acute phase | 0.008 | 0.007 | 0.007 |
| • Severe post-acute phase | 0.010 | 0.010 | 0.009 |
| **Critical Case** | | | |
| • Mild acute phase | 0.006 | 0.005 | 0.005 |
| • Critical acute phase | 0.027 | 0.025 | 0.023 |
| • Critical post-acute phase, 3% discount rate [a,b] | 3.907 | 3.120 | 1.502 |
| • Critical post-acute phase, 7% discount rate [a,b] | 2.067 | 1.841 | 1.132 |

a. In these calculations, we assume the post-acute effects are a constant decrement throughout the individual's lifetime for critical cases, given uncertainty about the duration of these impacts and the extent to which they change over time. Remaining life expectancy is calculated from conditional survival rates by year of age reported in Arias and Xu (2020). Because we focus here on nonfatal cases, these calculations do not include any change in life expectancy for those with the condition. See Chapter 2 for discussion of mortality risk reductions.

b. Discounting to reflect time preferences is necessary in this case because duration is greater than one year (see *Guidelines* Chapter 5).

Because analysts may wish to conduct sensitivity analyses regarding the QALY losses associated with nonfatal critical cases over time, Table 3.16 provides a detailed accounting of the present value of QALY changes for this highest severity group, adding the QALY changes experienced in each phase of critical disease together. The table provides estimates over a period of one year from the start of the individual's symptoms, over 10 years from the start of symptoms, and over the individual's remaining expected lifetime.

AR-04235

**Table 3.16 Estimated Change in QALYs per Nonfatal Critical Case Over Different Time Horizons[a]**

| Discount Rate | QALY change, age 20 | QALY change, age 40 | QALY change, age 70 |
|---|---|---|---|
| One year time horizon | | | |
| 3% | 0.166 | 0.158 | 0.142 |
| 7% | 0.166 | 0.158 | 0.142 |
| Ten year time horizon | | | |
| 3% | 1.258 | 1.189 | 0.980 |
| 7% | 1.080 | 1.021 | 0.848 |
| Lifetime time horizon | | | |
| 3% | 3.940 | 3.151 | 1.530 |
| 7% | 2.100 | 1.872 | 1.160 |

a. See text and preceding tables for discussion of assumptions underlying these estimates.

We then multiply the change in QALYs by the central estimates of the value per QALY from Chapter 1; $580,000 at a 3 percent discount rate and $970,000 at a 7 percent discount rate. We report the results in Table 3.17.

**Table 3.17 Value per Nonfatal Statistical Case, Illustrative Estimates by Age[a]**

| Discount Rate | Value per case, age 20 | Value per case, age 40 | Value per case, age 70 |
|---|---|---|---|
| Mild Case | | | |
| 3% | $6,100 | $5,800 | $5,200 |
| 7% | $10,000 | $9,700 | $8,700 |
| Severe Case | | | |
| 3% | $14,000 | $13,000 | $12,000 |
| 7% | $23,000 | $22,000 | $19,000 |
| Critical Case | | | |
| 3% | $2,300,000 | $1,800,000 | $890,000 |
| 7% | $2,000,000 | $1,800,000 | $1,100,000 |

a. See text and preceding tables for discussion of assumptions underlying these estimates. Estimates are presented to two significant figures.

While reflecting several simplifying assumptions, these illustrative calculations show that the value per averted nonfatal case may vary substantially depending on the severity of the disease, ranging over orders of magnitude. Focusing on the mid-point between the two discount rates, these estimates suggest that the value of averting a case of COVID-19 for an individual at age 40 may be about $8,000 for mild cases, $18,000 for severe cases, and $1.8 million for critical cases. These estimates are substantially larger than the Prosser et al. WTP estimates for influenza discussed in Section 3.2, and the Hammitt and Haninger WTP estimates for one month of respiratory illness are between the values for severe and critical cases. The values in Table 3.17 are derived from a larger evidence base than the WTP estimates discussed in the previous section, providing more insight into the extent to which the values vary by the severity and duration of the conditions.

This approach involves many layers of uncertainty. First, the symptoms of COVID-19 may differ from the effects of the diseases we use as proxies in ways that affect HRQL. Second, for several of the proxy conditions, the HRQL literature is sparse. Third, HRQL with and without the condition may vary by age or underlying health impairments, influencing these estimates. Fourth, the duration of the symptoms may

AR-04236

differ from our illustrative estimates. Finally, the long-term effects of COVID-19 are particularly uncertain at this time. These concerns suggest that these estimates should be used only in illustrative calculations with sensitivity analysis, accompanied by qualitative discussion and quantitative analysis of other uncertainties.

## 3.4 Summary and Conclusions

This chapter suggests that the value of reducing nonfatal COVID-19 risks is uncertain, but indicates the possible magnitude for cases of differing severity. We first review the WTP literature for nonfatal illnesses with symptoms similar to those of COVID-19, focusing on influenza, COPD, sepsis, conditions involving acute respiratory failure, and conditions requiring prolonged mechanical ventilation. We find that very few WTP studies address these conditions, providing only limited insight into the value of reducing these risks. We next review the QALY literature for the same conditions, focusing on HRQL estimates for nonfatal cases. While the HRQL literature is also limited, it is substantially more extensive than the WTP literature and provides more insight into these values.

We develop illustrative population-average per case estimates by age group, based on HRQL and duration estimates from the literature and HHS's estimates of the value per QALY. We find that the value of averting a case of COVID-19 for an individual of average age may be about $8,000 for mild cases, $18,000 for severe cases, and $1.8 million for critical cases. These estimates indicate the likely magnitude of the values, but rest on several simplifying assumptions. They also exclude medical and other costs borne by third parties and the productivity losses associated with caregiving by family and friends.

Given these uncertainties, these estimates should be used only to illustrate the potential magnitude of the benefits associated with averting nonfatal cases. They should be accompanied by both qualitative discussion and quantitative analysis of uncertainty based on the information provided in this chapter and other sources, following the general approaches for assessing uncertainty discussed in Chapter 6 of the HHS *Guidelines*. The quantitative assessment should include investigation of uncertainty in both the HRQL and the duration estimates. In addition, these values should be updated as needed to reflect additional information on the characteristics of nonfatal COVID-19 cases and tailored to the effects of the specific regulation or other policy under consideration.

AR-04237

## REFERENCES

Adamowicz, W., Dupont, D., Krupnick, A., & Zhang, J. 2009. Valuation of cancer and microbial disease risk reductions in municipal drinking water: An analysis of risk context using multiple valuation methods. Unpublished manuscript.

Alberini, A., Cropper, M., Krupnick, A., & Simon, N. 2004. Does the value of a statistical life vary with age and health status? Evidence from the U.S. and Canada. *Journal of Environmental Economics and Management* 48(1): 769–792

Aldy, J. E. 2019. Birds of a feather: Estimating the value of statistical life from dual-earner families. *Journal of Risk and Uncertainty* 58(2–3): 187–205.

Aldy, J. E., & Viscusi, W. K. 2007. Age differences in the value of statistical life: Revealed preference evidence. *Review of Environmental Economics and Policy* 1(2): 241–260.

Aldy, J. E., & Viscusi, W. K. 2008. Adjusting the value of a statistical life for age and cohort effects. *Review of Economics and Statistics* 90(3): 573–581.

Arias, E. & Xu, J. 2020. United States Life Tables, 2018. *National Vital Statistics Reports* 69(12): 1–44.

Arnold, D. T., Hamilton, F. W., Milne, A., Morley, A. J., Viner, J., Attwood, M., et al. 2020. Patient outcomes after hospitalisation with COVID-19 and implications for follow-up: results from a prospective UK cohort. *Thorax*. doi: 10.1136/thoraxjnl-2020-216086.

Azar, K. M., Shen, Z., Romanelli, R. J., Lockhart, S. H., Smits, K., Robinson, S., et al. 2020. Disparities In outcomes among COVID-19 patients in a large health care system in California. *Health Affairs* 39(7): 1253–1262.

Benitez, J. A., Courtemanche, C. J., & Yelowitz, A. 2020. Racial and ethnic disparities in COVID-19: evidence from six large cities. NBER Working Paper 27592.

Bergstrom, T.C. 2006. Benefit–cost in a benevolent society. *American Economic Review* 96(1): 339–351.

Berlin, D. A., Gulick, R. M., & Martinez, F. J. 2020. Severe Covid-19. *New England Journal of Medicine*. 383(25): 2451–2460.

Bhatraju, P. K., Ghassemieh, B. J., Nichols, M., Kim, R., Jerome, K. R., Nalla, A. K., et al. 2020. Covid-19 in critically ill patients in the Seattle region—case series. *New England Journal of Medicine* 382(21): 2012–2022.

Bilcke, J., Coenen, S., & Beutels, P. 2014. Influenza-like-illness and clinically diagnosed flu: Disease burden, costs and quality of life for patients seeking ambulatory care or no professional care at all. *PLOS ONE* 9(7): e102634.

Blair, P. W., Brown, D. M., Jang, M., Antar, A. A., Keruly, J. C., Bachu, V. S., et al. 2021. The clinical course of COVID-19 in the outpatient setting: a prospective cohort study. *Open Forum Infectious Diseases* 8(2): ofab007.

Bleichrodt, H., Courbage, C. & Rey, B. 2019. The value of a statistical life under changes in ambiguity. *Journal of Risk and Uncertainty* 58: 1–15.

AR-04238

Brady, B., McAuley, L., & Shukla, V. 2001. Economic evaluation of zanamivir for the treatment of influenza. Ottawa: Canadian Coordinating Office for Health Technology Assessment.

Briggs, A. H., Goldstein, D. A., Kirwin, E., Meacock, R., Pandya, A., Vanness, D. J., & Wisløff, T. 2021. Estimating (quality-adjusted) life-year losses associated with deaths: With application to COVID-19. *Health Economics* 30(3): 699–707.

Cameron, T. A. 2014. Valuing morbidity in environmental benefit-cost analysis. *Annual Review of Resource Economics.* 6(1): 249–272.

Cameron, T.A., Deshazo, J.R., & Stiffler, P. 2010. Demand for health risk reductions: a cross-national comparison between the U.S. and Canada. *Journal of Risk and Uncertainty* 41: 245–273.

Carfì, A., Bernabei, R., Landi, F., for the Gemelli Against COVID-19 Post-Acute Care Study Group. 2020. Persistent symptoms in patients after acute COVID-19. *JAMA* 324(6):603–605.

Carlsson, F., O. Johansson-Stenman, & P. Martinsson. 2004. Is transport safety more valuable in the air? *Journal of Risk and Uncertainty* 28(2): 147–163.

Centers for Disease Control and Prevention. 2020a. Interim clinical guidance for management of patients with confirmed Coronavirus Disease (COVID-19). https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html. Accessed July 9 2020.

Centers for Disease Control and Prevention. 2020b. Similarities and differences between flu and COVID-19. https://www.cdc.gov/flu/symptoms/flu-vs-covid19.htm. Accessed July 9 2020.

Centers for Disease Control and Prevention. 2021a. United States COVID-19 cases and deaths by state. https://www.cdc.gov/covid-data-tracker/#cases. Accessed January 21 2021.

Centers for Disease Control and Prevention. 2021b. COVID-19 pandemic planning scenarios. https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html. Accessed March 15 2021.

Centers for Disease Control and Prevention. 2021c. United States COVID-19 cases and deaths by state over time. https://data.cdc.gov/Case-Surveillance/United-States-COVID-19-Cases-and-Deaths-by-State-o/9mfq-cb36. Accessed April 7 2021.

Chen, K. Y., Li, T., Gong, F., Zhang, J. S., & Li, X. K. 2020. Predictors of health-related quality of life and influencing factors for COVID-19 patients, a follow-up at one month. *Frontiers in Psychiatry 11*(668).

Chestnut, L.G., Rowe, R.D. & Breffle, W.S. 2012. Economic valuation of mortality-risk reduction: Stated preference estimates from the United States and Canada. *Contemporary Economic Policy* 30(3): 399–416.

Chestnut, L.G., Thayer, M.A., Lazo, J.K. & Van Den Eeden, S.K., 2006. The economic value of preventing respiratory and cardiovascular hospitalizations. *Contemporary Economic Policy* 24(1): 127–143.

AR-04239

Chilton, S., J. Covey, L. Hopkins, M. Jones-Lee, G. Loomes, N. Pidgeon, & A. Spencer. 2002. Public perceptions of risk and preference-based values of safety. *Journal of Risk and Uncertainty* 25(3): 211–232.

Chilton, S., M. Jones-Lee, F. Kiraly, H. Metcalf, & W. Pang. 2006. Dread risks. *Journal of Risk and Uncertainty* 33(3): 165–182.

Clinton, W.J. 1993. Executive Order 12866: Regulatory Planning and Review. Federal Register. 58(190): 51735- 51744. http://www.whitehouse.gov/omb/inforeg_regmatters

Corso, P.S., Hammitt, J.K., & Graham, J.D. 2001. Valuing mortality-risk reduction: using visual aids to improve the validity of contingent valuation. *Journal of Risk and Uncertainty* 23(2): 165–184.

Cuthbertson, B. H., Roughton, S., Jenkinson, D., MacLennan, G., & Vale, L. 2010. Quality of life in the five years after intensive care: a cohort study. *Critical Care* 14(1): R6.

Davidson, T. A., Caldwell, E. S., Curtis, J. R., Hudson, L. D., & Steinberg, K. P. 1999. Reduced quality of life in survivors of acute respiratory distress syndrome compared with critically ill control patients. *JAMA* 281(4): 354–360.

DeShazo J. R., & Cameron T. A. 2005. The effect of health status on willingness to pay for morbidity and mortality risk reductions. California Center for Population Research, On-Line Working Paper Series. CCPR-050-05.

Dickie M., & Messman V. L. 2004. Parental altruism and the value of avoiding acute illness: Are kids worth more than parents? *Journal of Environmental Economics and Management.* 48(3): 1146–74

Dong, Y., Mo, X., Hu, Y., Qi, X., Jiang, F., Jiang, Z., et al. 2020. Epidemiological characteristics of 2143 pediatric patients with 2019 coronavirus disease in China. *Pediatrics*. doi:10.1542/peds.2020-0702

Drabinski, A., Williams, G., & Formica, C. 2001. Observational evaluation of health state utilities among a cohort of sepsis patients. *Value in Health* 4(2): 128–129.

Dufort, E. M., Koumans, E. H., Chow, E. J., Rosenthal, E. M., Muse, A., Rowlands, J., et al. 2020. Multisystem inflammatory syndrome in children in New York State. *New England Journal of Medicine* 383: 347–358.

Ellsberg, D. 1961. Risk, ambiguity, and the Savage axioms. *The Quarterly Journal of Economics* 75(4): 643–669.

Evans, M. F., & Smith, V. K. 2006. Do we really understand the age–VSL relationship? *Resource and Energy Economics* 28(3): 242–261.

Evans, M. F., & Smith, V. K. 2008. Complementarity and the measurement of individual risk tradeoffs: accounting for quantity and quality of life effects. *Environmental and Resource Economics* 41(3): 381-400.

AR-04240

Fryback, D.G., Dunham, N.C., Palta, M., Hanmer, J., Buechner, J., Cherepanov, D., Herrington, S., Hays, R.D., Kaplan, R.M., Ganiats, T.G. & Feeny, D. 2007. US norms for six generic health-related quality-of-life indexes from the National Health Measurement study. *Medical Care* 45(12): 1162–1170.

Feldstein, L. R., Rose, E. B., Horwitz, S. M., Collins, J. P., Newhams, M. M., Son, M. B. F., et al. 2020. Multisystem inflammatory syndrome in US children and adolescents. *New England Journal of Medicine* 383: 334–346.

Finkelstein A., Luttmer E.F.P., & Notowidigdo M.J. 2013. What good is wealth without health? The effect of health on the marginal utility of consumption. *Journal of the European Economic Association* 11(S1): 221–258.

Galante, J., Augustovski, F., Colantonio, L., Bardach, A., Caporale, J., Marti, S. G., et al. 2011. Estimation and comparison of EQ-5D health states' utility weights for pneumoccocal and human papillomavirus diseases in Argentina, Chile, and the United Kingdom. *Value in Health* 14(5): S60–S64.

Gandhi, R. T., Lynch, J. B., & del Rio, C. 2020. Mild or moderate COVID-19. *New England Journal of Medicine*. doi: 10.1056/NEJMcp2009249

Garratt, A. M., Ghanima, W., Einvik, G., & Stavem, K. 2021. Quality of life after COVID-19 without hospitalisation: good overall, but reduced in some dimensions. *The Journal of Infection*: S0163–4453.

Garrigues, E., Janvier, P., Kherabi, Y., Le Bot, A., Hamon, A., Gouze, H., et al. 2020. Post-discharge persistent symptoms and health-related quality of life after hospitalization for COVID-19. *Journal of Infection*, 81(6): e4–e6.

Gentry, E. P. & Viscusi, W. K., 2016. The fatality and morbidity components of the value of statistical life. *Journal of Health Economics* 46: 90–99.

Gerking, S., & Dickie, M. 2013. Valuing reductions in environmental risks to children's health. *Annual Review of Resource Economics* 5(1): 245–260.

Gold, J. A., Wong, K.K., Szablewski, C.M., Patel, P.R., Rossow, J., da Silva, J., et al. 2020. Characteristics and clinical outcomes of adult patients hospitalized with COVID-19—Georgia, March 2020. *Morbidity and Mortality Weekly Report* 69(18): 545–550.

Griffin, A. D., Perry, A. S., & Fleming, D. M. 2001. Cost-effectiveness analysis of inhaled zanamivir in the treatment of influenza A and B in high-risk patients. *Pharmacoeconomics* 19(3): 293–301.

Halpin, S. J., McIvor, C., Whyatt, G., Adams, A., Harvey, O., McLean, L., et al. 2021. Postdischarge symptoms and rehabilitation needs in survivors of COVID-19 infection: A cross-sectional evaluation. *Journal of Medical Virology*, *93*(2): 1013–1022.

Hammitt, J. K., 2020. Valuing mortality risk in the time of COVID-19. *Journal of Risk and Uncertainty* 61(2): 129–154.

AR-04241

Hammitt, J. K. & Haninger, K. 2010. Valuing fatal risks to children and adults: effects of disease, latency, and risk aversion. *Journal of Risk and Uncertainty* 40: 57–83.

Hammitt, J. K. & Haninger, K. 2017. Valuing nonfatal health risk as a function of illness severity and duration: benefit transfer using QALYs. *Journal of Environmental Economics and Management* 82: 17–38.

Hammitt, J. K. & Liu, J.-T. 2004. Effects of disease type and latency on the value of mortality risk. *Journal of Risk and Uncertainty* 28(1): 73–95.

Hammitt, J. K. & Treich, N. 2007. Statistical vs. identified lives in benefit-cost analysis. *Journal of Risk and Uncertainty* 35(1): 45–66.

Hanlon, P., Chadwick, F., Shah, A., Wood, R., Minton, J., McCartney, G., et al. 2021. COVID-19–exploring the implications of long-term condition type and extent of multimorbidity on years of life lost: a modelling study [version 3; peer review: 3 approved]. *Wellcome Open Res* 5:75. https://doi.org/10.12688/wellcomeopenres.15849.1.

Hanmer, J., Lawrence, W. F., Anderson, J. P., Kaplan, R. M. & Fryback, D. G., 2006. Report of nationally representative values for the noninstitutionalized US adult population for 7 health-related quality-of-life scores. *Medical Decision Making* 26(4): 391–400.

Helms, J., Kremer, S., Merdji, H., Clere-Jehl, R., Schenck, M., Kummerlen, C., et al. 2020. Neurologic features in severe SARS-CoV-2 infection. *New England Journal of Medicine* 382: 2268–2270.

Herridge, M. S., Cheung, A. M., Tansey, C. M., Matte-Martyn, A., Diaz-Granados, N., Al-Saidi, F., et al. 2003. One-year outcomes in survivors of the acute respiratory distress syndrome. *New England Journal of Medicine* 348(8): 683–693.

Herridge, M. S., Tansey, C. M., Matté, A., Tomlinson, G., Diaz-Granados, N., Cooper, A., et al. 2011. Functional disability 5 years after acute respiratory distress syndrome. *New England Journal of Medicine* 364(14): 1293–1304.

Hersch, J., Viscusi, W. K. 2010. Immigrant status and the value of statistical life. *Journal of Human Resources* 45: 749–771.

Heyland, D. K., Guyatt, G., Cook, D. J., Meade, M., Juniper, E., Cronin, L., et al. 1998. Frequency and methodologic rigor of quality-of-life assessments in the critical care literature. *Critical Care Medicine* 26(3): 591–598.

Higgins, A. M., Peake, S. L., Bellomo, R., Cooper, D. J., Delaney, A., Harris, A. H., et al. 2019. Quality of life and 1-year survival in patients with early septic shock: long-term follow-up of the Australasian resuscitation in sepsis evaluation trial. *Critical Care Medicine* 47(6): 765–773.

Hofhuis, J. G., Spronk, P. E., van Stel, H. F., Schrijvers, A. J., Rommes, J. H., & Bakker, J. 2008. The impact of severe sepsis on health-related quality of life: a long-term follow-up study. *Anesthesia & Analgesia* 107(6): 1957–1964.

Hollmann, M., Garin, O., Galante, M., Ferrer, M., Dominguez, A., & Alonso, J. 2013. Impact of influenza on health-related quality of life among confirmed (H1N1) 2009 patients. *PLOS ONE* 8(3): e60477.

AR-04242

Hung, M.-C., Yan, Y.-H., Fan, P.-S., Lin, M.-S., Chen, C.-R., Kuo, L.-C., et al. 2010. Measurement of quality of life using EQ-5D in patients on prolonged mechanical ventilation: comparison of patients, family caregivers, and nurses. *Quality of Life Research* 19(5): 721–727.

Hunt, A., Ferguson, J., Hurley, F., & Searl, A. 2016. Social costs of morbidity impacts of air pollution. OECD Environment Working Papers, No. 99. OECD Publishing, Paris. http://dx.doi.org/10.1787/5jm55j7cq0lv-en

Itaoka, K., A. Saito, A. Krupnick, W. Adamowicz, & T. Taniguchi. 2006. The effect of risk characteristics on the willingness to pay for mortality risk reductions from electric power generation. *Environmental and Resource Economics* 33, 371–398.

Johnson, J. A., Luo, N., Shaw, J. W., Kind, P., & Coons, S. J. 2005. Valuations of EQ-5D health states: are the United States and United Kingdom different? *Medical Care* 43(3): 221–228.

Johnston, S. S., Rousculp, M. D., Palmer, L. A., Chu, B. C., Mahadevia, P. J., & Nichol, K. L. 2010. Employees' willingness to pay to prevent influenza. *American Journal of Managed Care* 16: E205–E214.

Jones-Lee, M. W. 1991. Altruism and the value of other people's safety. *Journal of Risk and Uncertainty* 4(2): 213–219.

Jones-Lee, M. W. & G. Loomes. 1995. Scale and context effects in the valuation of transport safety. *Journal of Risk and Uncertainty* 11(3): 183–203.

Khazeni, N., Hutton, D. W., Garber, A. M., Hupert, N., & Owens, D. K. 2009. Effectiveness and cost-effectiveness of vaccination against pandemic influenza (H1N1) 2009. *Annals of Internal Medicine* 151(12): 829–839.

Kip, M. M., van Oers, J. A., Shajiei, A., Beishuizen, A., Berghuis, A. S., Girbes, A. R., et al. 2018. Cost-effectiveness of procalcitonin testing to guide antibiotic treatment duration in critically ill patients: results from a randomised controlled multicentre trial in the Netherlands. *Critical Care* 22(1): 1–10.

Kniesner, T. J., Viscusi, W. K. 2005. Value of a statistical life: relative position vs. relative age. *American Economic Review* 95 (2): 142–146.

Kniesner, T. J., Viscusi, W. K., & Ziliak, J. P. 2006. Life-cycle consumption and the age-adjusted value of life. *BE Journal of Economic Analysis and Policy* 5(1): 1–34.

Kniesner, T. J., Viscusi, W. K., & Ziliak, J. P. 2010. Policy relevant heterogeneity in the value of statistical life: New evidence from panel data quantile regressions. *Journal of Risk and Uncertainty* 40(1): 15–31.

Koh, H. K., Geller, A. C. and VanderWeele, T. J. 2021. Deaths from COVID-19. *JAMA*, *325*(2): 133–134.

Krupnick, A. 2007. Mortality-risk valuation and age: Stated preference evidence. *Review of Environmental Economics and Policy* 1(2): 261–282.

AR-04243

Lee, B. Y., Bartsch, S. M., Brown, S. T., Cooley, P., Wheaton, W. D., & Zimmerman, R. K. 2015. Quantifying the economic value and quality of life impact of earlier influenza vaccination. *Medical Care* 53(3): 218.

Lee, J. M., Taylor, L. O. 2013. Randomized safety inspections and risk exposure on the job: quasi-experimental estimates of the value of a statistical life. Center for Economic Studies, U.S. Census Bureau. Discussion Paper CES 14-05.

Lee, Y.-H., Hong, C. M., Kim, D. H., Lee, T. H., & Lee, J. 2020. Clinical course of asymptomatic and mildly symptomatic patients with coronavirus disease admitted to community treatment centers, South Korea. *Emerging Infectious Diseases* 26(10).

Lewnard, J. A., Liu, V. X., Jackson, M. L., Schmidt, M. A., Jewell, B. L., Flores, J. P., et al. 2020. Incidence, clinical outcomes, and transmission dynamics of severe coronavirus disease 2019 in California and Washington: prospective cohort study. *BMJ* 369: m1923.

Lin, F.-J., Pickard, A. S., Krishnan, J. A., Joo, M. J., Au, D. H., Carson, S. S., et al. 2014. Measuring health-related quality of life in chronic obstructive pulmonary disease: properties of the EQ-5D-5L and PROMIS-43 short form. *BMC Medical Research Methodology* 14(1): 78.

Lindhjem H., Navrud S., Braathen N.A. & Biausque, V. 2011. Valuing mortality risk reductions from environmental, transport, and health policies: a global meta-analysis of stated-preference studies. *Risk Analysis* 31(9): 1381–1407.

Linko, R., Suojaranta-Ylinen, R., Karlsson, S., Ruokonen, E., Varpula, T., Pettilä, V., et al. 2010. One-year mortality, quality of life and predicted life-time cost-utility in critically ill patients with acute respiratory failure. *Critical Care* 14(2): R60.

Liu, J. T., Hammitt, J. K., Wang, J. D. & Tsou, M. W. 2005. Valuation of the risk of SARS in Taiwan. Health Economics, 14(1): 83–91.

Longfonds. 2020. Peiling schetst schokkend beeld gezondheid thuiszittende coronapatiënten [Dutch]. https://www.longfonds.nl/Peiling-schokkend-beeld-gezondheid-thuiszittende-coronapatienten. Accessed July 12 2020.

Lu, X., Zhang, L., Du, H., Zhang, J., Li, Y. Y., Qu, J., et al. 2020. SARS-CoV-2 infection in children. *New England Journal of Medicine* 382(17): 1663–1665.

Macario, A., Chow, J. L., & Dexter, F. 2006. A Markov computer simulation model of the economics of neuromuscular blockade in patients with acute respiratory distress syndrome. *BMC Medical Informatics and Decision Making* 6(1), 15.

Magat, W. A., W. K. Viscusi, & J. Huber. 1996. A reference lottery metric for valuing health. *Management Science* 42(8): 1118–1130.

Marshall, M. 2020. The lasting misery of coronavirus long-haulers. *Nature* 585(7825): 339-341. doi: 10.1038/d41586-020-02598-6.

Masterman, C. J. & Viscusi, W. K. 2018. The income elasticity of global values of a statistical life: stated preference evidence. *Journal of Benefit-Cost Analysis* 9(3): 407–434.

AR-04244

Mauskopf, J. A., Cates, S. C., Griffin, A. D., Neighbors, D. M., Lamb, S. C., & Rutherford, C. 2000. Cost effectiveness of zanamivir for the treatment of influenza in a high risk population in Australia. *Pharmacoeconomics* 17(6): 611–620.

McLaren, J. 2020. Racial disparity in COVID-19 deaths: seeking economic roots with Census data. NBER Working Paper 27407.

Meys, R., Delbressine, J. M., Goërtz, Y. M., Vaes, A. W., Machado, F. V., Van Herck, M., et al. 2020. Generic and respiratory-specific quality of life in non-hospitalized patients with COVID-19. *Journal of Clinical Medicine 9*(12): 3993.

Moreno-Pérez, O., Merino, E., Leon-Ramirez, J. M., Andres, M., Ramos, J. M., Arenas-Jiménez, J., et al. 2021. Post-acute COVID-19 Syndrome. Incidence and risk factors: a Mediterranean cohort study. *Journal of Infection*. doi: 10.1016/j.jinf.2021.01.004

Muennig, P. A., & Khan, K. 2001. Cost-effectiveness of vaccination versus treatment of influenza in healthy adolescents and adults. *Clinical Infectious Diseases* 33(11): 1879–1885.

Murphy, K.M. & Topel, R.H. 2006. The value of health and longevity. *Journal of Political Economy*, 114(5): 871–904.

National Center for Health Statistics. 2021b. Excess deaths associated with COVID-19. https://www.cdc.gov/nchs/nvss/vsrr/covid19/excess_deaths.htm. Accessed January 21 2021.

Obama, B. 2011. Executive Order 13563: Improving Regulation and Regulatory Review. Federal Register. 76(14): 3821-3823. http://www.whitehouse.gov/omb/inforeg_regmatters

Office for National Statistics. 2020. Prevalence of long COVID symptoms and COVID-19 complications. https://www.ons.gov.uk/news/statementsandletters/theprevalenceoflongcovidsymptomsandcovid19complications. Accessed March 15 2021.

O'Brien, J. 2018. Age, autos, and the value of a statistical life. *Journal of Risk and Uncertainty* 57: 51–79.

Paterson, R. W., Brown, R. L., Benjamin, L., Nortley, R., Wiethoff, S., Bharucha, T., et al. 2020. The emerging spectrum of COVID-19 neurology: clinical, radiological and laboratory findings. *Brain* 143(10): 3104–3120.

Patient-Led Research for COVID-19. 2020. What does COVID-19 recovery actually look like? An analysis of the Prolonged COVID-19 Symptoms Survey by Patient-Led Research Team. https://patientresearchcovid19.com/research/report-1/. Accessed July 12 2020.

Pickard, A. S., Yang, Y., & Lee, T. A. 2011. Comparison of health-related quality of life measures in chronic obstructive pulmonary disease. *Health and Quality of Life Outcomes* 9(1): 26.

Pike, J., Shogren, J.F., Aadland, D., Viscusi, W.K., Finnoff, D., Skiba, A. and Daszak, P. 2020. Catastrophic Risk: Waking Up to the Reality of a Pandemic? *EcoHealth* 17(2): 217-221.

AR-04245

Praschan, N., Josephy-Hernandez, S., Kim, D. D., Kritzer, M. D., Mukerji, S., Newhouse, A., et al. 2021. Implications of COVID-19 sequelae for health-care personnel. *The Lancet Respiratory Medicine.* doi: 10.1016/S2213-2600(20)30575-0.

Price-Haywood, E. G., Burton, J., Fort, D., & Seoane, L. 2020. Hospitalization and mortality among black patients and white patients with Covid-19. *New England Journal of Medicine* 382:2534–2543.

Prosser, L.A., Payne, K., Rusinak, D., Shi, P., & Messonnier, M. 2013. Using a discrete choice experiment to elicit time trade-off and willingness-to-pay amounts for influenza health-related quality of life at different ages. *Pharmacoeconomics* 31: 305–315.

Puntmann, V. O., Carerj, M. L., Wieters, I., Fahim, M., Arendt, C., Hoffmann, J., et al. 2020. Outcomes of cardiovascular magnetic resonance imaging in patients recently recovered from coronavirus disease 2019 (COVID-19). *JAMA Cardiology*. doi:10.1001/jamacardio.2020.3557.

Raifman, M. A., & Raifman, J. R. 2020. Disparities in the population at risk of severe illness from COVID-19 by race/ethnicity and income. *American Journal of Preventive Medicine* 59(1): 137–139.

Rheinberger, C.M. & Treich, N. 2017. Attitudes toward catastrophe. *Environmental and Resource Economics* 67(3): 609–636.

Riddel, M. & W.D. Shaw. 2006. A theoretically-consistent empirical model of non-expected utility: An application to nuclear-waste transport. *Journal of Risk and Uncertainty* 32(2): 131–150.

Robinson, L. A. & Hammitt, J. K., 2011. Behavioral economics and the conduct of benefit-cost analysis: towards principles and standards. *Journal of Benefit-Cost Analysis* 2(2): 1–51.

Robinson, L. A., & Hammitt, J. K. 2016. Valuing reductions in fatal illness risks: Implications of recent research. *Health Economics* 25(8): 1039–1052.

Robinson, L. A., Hammitt, J. K., Aldy, J. E., Krupnick, A. & Baxter, J. 2010. Valuing the risk of death from terrorist attacks. *Journal of Homeland Security and Emergency Management* 7(1).

Robinson, L. A., Raich, W., Hammitt, J. K., & O'Keeffe, L. 2019. Valuing children's fatality risk reductions. *Journal of Benefit-Cost Analysis* 10(2): 156–177.

Robinson, L.A., Sullivan, R. & Shogren, J.F., 2021. Do the benefits of COVID-19 policies exceed the costs? Exploring uncertainties in the age–VSL relationship. *Risk Analysis*. 41(5): 761-770. doi:10.1111/risa.13561

Rubino, F., Amiel, S. A., Zimmet, P., Alberti, G., Bornstein, S., Eckel, R. H., et al. 2020. New-onset diabetes in Covid-19. *New England Journal of Medicine* 383: 789–790.

Rutten-van Mölken, M. P., Oostenbrink, J. B., Tashkin, D. P., Burkhart, D., & Monz, B. U. 2006. Does quality of life of COPD patients as measured by the generic EuroQol five-dimension questionnaire differentiate between COPD severity stages? *Chest* 130(4): 1117–1128.

Sakurai, A., Sasaki, T., Kato, S., Hayashi, M., Tsuzuki, S.-i., Ishihara, T., et al. 2020. Natural history of asymptomatic SARS-CoV-2 infection. *New England Journal of Medicine*. doi:10.1056/NEJMc2013020

AR-04246

Scotton, C.R. 2013. New risk rates, inter-industry differentials and the magnitude of VSL estimates. *Journal of Benefit-Cost Analysis*. 4(1): 39–80.

Shepard, D.S., & R.J. Zeckhauser. 1984. Survival versus consumption. *Management Science* 30(4): 423–439.

Shogren, J.F. 2005. Economics of diet and health: Research challenges. *Acta Agriculturae Scand Section C* 2(3-4): 117–127.

Sivan, M. & Taylor, S. 2020. NICE guideline on long covid. *BMJ* 371: m4938

Sloan, F. A., Viscusi, W. K., Chesson, H. W., Conover C. J., & Whetten-Goldstein, K. 1998. Alternative approaches to valuing intangible health losses: the evidence for multiple sclerosis. *Journal of Health Economics* 17: 475–497.

Slovic, P. 1987. Perception of risk. *Science* 236(4799): 280-285.

Solem, C. T., Sun, S. X., Sudharshan, L., Macahilig, C., Katyal, M., & Gao, X. 2013. Exacerbation-related impairment of quality of life and work productivity in severe and very severe chronic obstructive pulmonary disease. *International Journal of Chronic Obstructive Pulmonary Disease* 8: 641.

Stokes, E.K., Zambrano, L.D., Anderson, K.N., Marder, E.P., Raz, K.M., Felix, S.E.B., et al. 2020. Coronavirus Disease 2019 Case Surveillance—United States, January 22–May 30, 2020. *Morbidity and Mortality Weekly Report*, 69(24): 759.

Subramanian, U. & Cropper, M. 2000. Public choices between life saving programs: The tradeoff between qualitative factors and lives saved. *Journal of Risk and Uncertainty* 21(1): 117–149.

Svensson, M. & Johansson, M.V. 2010. Willingness to pay for private and public road safety in stated-preference studies: Why the difference? *Accident Analysis & Prevention* 42(4): 1205–1212.

Taboada, M., Moreno, E., Cariñena, A., Rey, T., Pita-Romero, R., Leal, S., et al. (2020). Quality of life, functional status, and persistent symptoms after intensive care of COVID-19 patients. *British Journal of Anaesthesia* 126(3): E110–E113.

Tenforde, M. W., Kim, S., Lindsell, C., Billig Rose, E., Shapiro, N., Files, C., et al. 2020. Symptom duration and risk factors for delayed return to usual health among outpatients with COVID-19 in a multistate health care systems network — United States, March–June 2020. *Morbidity and Mortality Weekly Report* 69(30): 993 –998.

Treich, N. 2010. The value of a statistical life under ambiguity aversion. *Journal of Environmental Economics and Management* 59(1): 15–26.

U.S. Department of Health and Human Services. 2016. Guidelines for Regulatrory Impact Analysis. https://aspe.hhs.gov/pdf-report/guidelines-regulatory-impact-analysis

U.S. Department of Health and Human Services. 2021. Guidelines for Regulatrory Impact Analysis, Appendix D: Updating Value per Statistical Life (VSL) Estimates for Inflation and Changes in Real Income. https://aspe.hhs.gov/pdf-report/updating-vsl-estimates

AR-04247

U.S. Environmental Protection Agency. 2016. Valuing mortality risk reductions for policy: A meta-analytic approach. Prepared by the U.S. Environmental Protection Agency's Office of Policy, National Center for Environmental Economics, for review by the EPA's Science Advisory Board, Environmental Economics Advisory Committee. https://yosemite.epa.gov/sab/sabproduct.nsf/0/0CA9E925C9A702F285257F380050C842/$File/VSL%20white%20paper_final_020516.pdf

U.S. Environmental Protection Agency. 2017. SAB review of EPA's proposed methodology for updating mortality risk valuation estimates for policy analysis. EPA-SAB-2017-005. https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=P100ROQR.TXT

U.S. Office of Management and Budget. 2003. Circular A-4: Regulatory Analysis. http://www.whitehouse.gov/omb/inforeg_regpol_agency_review/

van den Borst B., Peters J.B., Brink M., Schoon Y., Bleeker-Rovers C.P., Schers H., et al. Comprehensive health assessment three months after recovery from acute COVID-19. 2020. *Clinical Infectious Diseases.* doi: 10.1093/cid/ciaa1750.

van Hoek, A. J., Underwood, A., Jit, M., Miller, E., & Edmunds, W. J. 2011. The impact of pandemic influenza H1N1 on health-related quality of life: a prospective population-based study. *PLOS ONE* 6(3): e17030.

Van Houtven, G., Sullivan, M.B., & Dockins, C. 2008. Cancer premiums and latency effects: A risk tradeoff approach for valuing reductions in fatal cancer risks. *Journal of Risk and Uncertainty* 36: 179–199.

Van Houtven, G., Powers, J., Jessup, A., & Yang, J. C. 2006. Valuing avoided morbidity using meta-regression analysis: what can health status measures and QALYs tell us about WTP? *Health Economics* 15(8): 775–795.

Vincent, J.-L., & Taccone, F. S. 2020. Understanding pathways to death in patients with COVID-19. *The Lancet Respiratory Medicine* 8(5): 430–432.

Viner, R. M., & Whittaker, E. 2020. Kawasaki-like disease: emerging complication during the COVID-19 pandemic. *The Lancet* 395(10239):1741–1743.

Viscusi, W. K. 2004. The value of life: estimates with risks by occupation and industry. *Economic Inquiry* 42(1): 29–48.

Viscusi, W. K. 2009. Valuing risks of death from terrorism and natural disasters. *Journal of Risk and Uncertainty* 38(3): 191–213.

Viscusi, W. K. 2013. Using data from the census of fatal occupational injuries (CFOI) to estimate the 'value of a statistical life'. *Monthly Labor Review*. Bureau of Labor Statistics.

Viscusi, W. K. 2015. The role of publication selection bias in estimates of the value of a statistical life. *American Journal of Health Economics* 1(1): 27–52.

Viscusi, W. K., & Aldy, J. E. 2007. Labor market estimates of the senior discount for the value of statistical life. *Journal of Environmental Economics and Management* 53(3): 377–392.

AR-04248

Viscusi, W. K. & Evans, W. N. 1990. Utility functions that depend on health status: estimates and economic implications. *The American Economic Review* 80(3): 353–374.

Viscusi, W. K., Huber, J. & Bell, J. 2014. Assessing whether there is a cancer premium for the value of a statistical life. *Health Economics* 23(4): 384–396.

Viscusi, W. K., W. A. Magat, & J. Huber. 1991. Communication of ambiguous risk information. *Theory and Decision* 31(2-3): 159–173.

Viscusi, W. K. & Masterman, C. J., 2017. Income elasticities and global values of a statistical life. *Journal of Benefit-Cost Analysis* 8(2): 226–250.

Whittaker, E., Bamford, A., Kenny, J., Kaforou, M., Jones, C. E., Shah, P., et al. 2020. Clinical characteristics of 58 children with a pediatric inflammatory multisystem syndrome temporally associated with SARS-CoV-2. *JAMA* 324(3): 259–269.

Wiersinga, W. J., Rhodes, A., Cheng, A. C., Peacock, S. J., & Prescott, H. C. 2020. Pathophysiology, transmission, diagnosis, and treatment of Coronavirus Disease 2019 (COVID-19): a review. *JAMA*. doi:10.1001/jama.2020.12839.

Woolf, S. H., Chapman, D. A. & Lee, J. H. 2021. COVID-19 as the Leading Cause of Death in the United States. *JAMA 325*(2): 123–124.

World Health Organization. 2020. Report of the WHO-China joint mission on coronavirus disease 2019 (COVID-19). Geneva, Switzerland. https://www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf

Wu, D., Chaiyakunapruk, N., Pratoomsoot, C., Lee, K., Chong, H., Nelson, R., et al. 2018. Cost-utility analysis of antiviral use under pandemic influenza using a novel approach–linking pharmacology, epidemiology and heath economics. *Epidemiology & Infection* 146(4): 496–507.

Wu, Z., & McGoogan, J. M. 2020. Characteristics of and important lessons from the coronavirus disease 2019 (COVID-19) outbreak in China: summary of a report of 72 314 cases from the Chinese Center for Disease Control and Prevention. *JAMA* 323(13): 1239–1242.

AR-04249

HEALTH ECONOMICS
*Health Econ.* **25**: 1039–1052 (2016)
Published online 30 June 2015 in Wiley Online Library (wileyonlinelibrary.com). DOI: 10.1002/hec.3214

# VALUING REDUCTIONS IN FATAL ILLNESS RISKS: IMPLICATIONS OF RECENT RESEARCH

LISA A. ROBINSON[a,*] and JAMES K. HAMMITT[a,b,c]

[a]*Harvard University (Center for Risk Analysis), Boston, MA, USA*
[b]*Toulouse School of Economics (LERNA), Toulouse, France*
[c]*U.S. Department of Health and Human Services, Washington, D.C., USA*

## ABSTRACT

The value of mortality risk reductions, conventionally expressed as the value per statistical life, is an important determinant of the net benefits of many government policies. US regulators currently rely primarily on studies of fatal injuries, raising questions about whether different values might be appropriate for risks associated with fatal illnesses. Our review suggests that, despite the substantial expansion of the research base in recent years, few US studies of illness-related risks meet criteria for quality, and those that do yield similar values to studies of injury-related risks. Given this result, combining the findings of these few studies with the findings of the more robust literature on injury-related risks appears to provide a reasonable range of estimates for application in regulatory analysis. Our review yields estimates ranging from about $4.2 million to $13.7 million with a mid-point of $9.0 million (2013 dollars). Although the studies we identify differ from those that underlie the values currently used by Federal agencies, the resulting estimates are remarkably similar, suggesting that there is substantial consensus emerging on the values applicable to the general US population. Copyright © 2015 John Wiley & Sons, Ltd.

Received 2 January 2015; Revised 6 April 2015; Accepted 25 May 2015

KEY WORDS:    benefit–cost analysis; value per statistical life; regulation

## 1. INTRODUCTION

Under Executive Orders 12866 and 13563 (Clinton 1993, Obama 2011), US regulatory agencies are required to assess the costs, benefits, and other impacts of their significant regulations. The value of mortality risk reductions, conventionally expressed as the value per statistical life (VSL), is often a major determinant of the net benefits of these regulations. Thus, the appropriate VSL to be applied in these analyses has received substantial attention.

Guidance for conducting these analyses was issued by the U.S. Office of Management and Budget (OMB) in 2003. While indicating that the then-available research suggested that the VSL was between roughly $1 million and $10 million (2001 dollars), OMB allows regulatory agencies to exercise some discretion in selecting the VSL they apply in their analyses.

To date, only two US regulatory agencies have issued formal VSL guidance: the U.S. Environmental Protection Agency (EPA 2000, 2010a) and the U.S. Department of Transportation (DOT 2014). Although there is a 20-year gap between when each first developed its current guidance, the central estimates are remarkably similar. Whether this is coincidence or reflects a consensus in the literature is unclear. More specifically, if updated to 2013 dollars, the central values used by EPA and by DOT are $9.4 million and $9.2

---

*Correspondence to: Harvard University (Center for Risk Analysis), 718 Huntington Avenue, Boston, MA 02115, USA. E-mail: robinson@hsph.harvard.edu

Copyright © 2015 John Wiley & Sons, Ltd.

million, respectively.[1] Yet, the EPA value is based on a literature review published in the early 1990s (Viscusi 1992, Viscusi 1993), while the DOT value is based on a review conducted during 2012 and 2013.

Despite differences in the types of mortality risks they regulate, both agencies rely largely on studies that examine the changes in wages associated with changes in occupational risks.[2] DOT regulations typically address the risk of accidental death, similar to the occupational risks included in the wage-risk studies. In contrast, EPA regulations typically address illnesses. However, when EPA first developed its guidance in the early 1990s, few VSL studies of sufficient quality were available that focused on illnesses. The research base has since expanded substantially; EPA has initiated work on updating its values but has not yet announced the results (EPA 2010b, Kling et al. 2011). Thus, the question remains whether the research literature has evolved to the point where high-quality studies are available for mortality risks associated with illness rather than injury.

This question is of particular interest to agencies that primarily regulate illness-related risks, including the U.S. Department of Health and Human Services as well as EPA. We address this issue with a new review that has two goals: (1) to identify studies that meet evolving 'best practice' criteria and (2) to explore the use of such studies to better tailor VSL estimates to the types of risks that are regulated. Meeting the second goal requires greater reliance on stated-preference studies, which use surveys to estimate the VSL for different types of risks and population groups, rather than relying on studies of the preferences revealed by the wage differentials associated with riskier jobs.

Our results are surprising. First, although the number of studies that focus on illness-related risks has increased dramatically, few meet criteria for quality and for suitability for use in US regulatory analysis. Thus, agencies may need to continue to rely at least in part on studies that primarily address injury-related risks.

Second, previous reviews found that stated-preference methods tend to yield substantially smaller VSL estimates than do wage-risk studies (Kochi, Hubbell, and Kramer 2006, Cropper, Hammitt, and Robinson 2011). This contrasts to the findings for other goods, for which stated-preference studies are believed to yield larger values than revealed-preference studies, perhaps because survey respondents pay insufficient attention to their budget constraints and overstate their willingness to pay (WTP) when choices are hypothetical.[3] However, we find that the few stated-preference studies that meet more stringent selection criteria yield estimates close to the wage-risk estimates, suggesting that the differences previously found may result, at least in part, from issues related to study design.

While our results imply that the literature on illness-related risks is not yet robust enough to be used as the sole basis for the VSL estimates applied by regulatory agencies, they also suggest that the values for illness-related risks may be within the same range as the values for injury-related risks. Thus, population-average values in the same range as those currently used by EPA and DOT may continue to be appropriate for application across these and other agencies. In the sections that follow, we first introduce the conceptual framework for valuing mortality risk reductions, then discuss the conduct of our review, and finally summarize the results and implications.

## 2. CONCEPTUAL FRAMEWORK

The starting point for valuation is a risk estimate that quantifies the impact of each regulatory option on each health endpoint of concern, often expressed in terms of the average individual change in the probability of death within a particular time period. The calculation is straightforward: the average individual risk reduction (e.g., 2/10,000) is multiplied by the number of individuals affected (e.g., 200,000 annually) to estimate the number of statistical cases averted (40 given the previous values). For major regulations, these risk changes are usually

---

[1]Values from EPA (2010a, Appendix B) adjusted by the authors following EPA's approach, using the gross domestic product deflator and income adjustment factors from EPA (2015). Each agency also provides values to be used to assess uncertainty. EPA (2015, Appendix I) suggests applying a Weibull distribution (with scale = 5.32E–6 and shape = 1.509588), and DOT suggests a low of $5.2 million and a high of $13 million (2013 dollars and income levels).

[2]The EPA VSL is derived from 26 studies, 21 of which are wage-risk studies; the remaining five are surveys that address job-related or motor vehicle-related risks. The DOT VSL is derived from nine wage-risk studies.

[3]Whether stated-preference studies systematically lead to overestimates has been debated in the environmental economics literature; some commenters are skeptical about the validity and reliability of the responses more generally. See, for example, Carson (2012), Hausmann (2012), and Kling, Phaneuf, and Zhao (2012).

Copyright © 2015 John Wiley & Sons, Ltd.

Health Econ. 25: 1039–1052 (2016)
DOI: 10.1002/hec

small at the individual level but may account for a large number of cases once aggregated over the affected population. Generally, we cannot predict in advance who will survive for a longer period if the regulation is implemented. The risk reduction is a 'statistical' case—a sum of probabilities. Thus, 'saving' a statistical life is not the same as preventing an identifiable individual from dying within a particular time period.

Under conventional economic assumptions, individual WTP is the appropriate measure of the value of these risk reductions, given that they are improvements from the status quo. Thus, valuation requires estimating the maximum an individual would be willing to pay for the risk change he (or she) would experience, given his preferences and budget constraint (i.e., his compensating variation). These values reflect the rate of trade-off between money and mortality risk and are conventionally reported in units of dollars per statistical life saved within a defined period; e.g., $900 WTP ÷ 1/10,000 annual risk change = $9.0 million VSL.

An alternative, older measure of the value of reducing mortality risk is the cost of illness or human capital approach. This approach values a change in mortality risk by the expected change in productivity losses and may also include medical expenses. VSL is expected to be larger than expected productivity loss, because it includes the utility gains from living in addition to productivity and market consumption. In contrast, the cost of illness approach often includes medical costs paid by third parties, which are typically not included in VSL. The social value of reducing mortality risk should include both the private value (measured by VSL) and any net saving in medical or other costs incurred by third parties (see Robinson and Hammitt, 2013, for more discussion).[4]

Individual WTP for mortality risk reductions will vary between individuals and may depend on the characteristics of the risk. For example, WTP may depend on when the risk reduction occurs relative to the change in exposure (latency or cessation lag); on individual characteristics such as age, health status, and remaining life expectancy; and on risk characteristics such as whether it involves a fatal traumatic accident (e.g., a motor vehicle or airplane crash), an acute health event (e.g., heart attack or stroke), or a chronic degenerative disease (e.g., cancer or lung disease).

These values are often estimated using revealed-preference studies, which have the advantage of relying on behavior with real consequences. However, it is difficult to find market choices that can be used to estimate how the VSL varies depending on certain risk and population characteristics, including the risk of death from illness rather than injury. Stated-preference methods are necessary in these cases, typically employing survey techniques to ask respondents about their choices in a hypothetical setting. Researchers can tailor these surveys to directly value the outcome of concern. For example, the survey can describe a particular type of illness from a particular type of exposure. A weakness is that respondents do not face significant consequences from their choices and therefore may have limited incentives to consider the questions carefully. As a result, such surveys must be carefully designed and administered, and satisfy various tests for coherence, to be considered reliable for use in regulatory analysis.

Because of time and resource constraints, regulatory analysts generally rely on existing valuation studies rather than conducting new research that considers the risks addressed by a particular regulation (Robinson and Hammitt 2013). This approach, referred to as 'benefit transfer', requires reviewing the literature to identify high-quality studies that are suitable for use in the particular context. Quality can be evaluated by considering the likely accuracy and reliability of the data and methods used, referencing guidance on best practices. Suitability or applicability involves considering the similarity of the risks and the populations affected. Qualitative and, if possible, quantitative assessment of uncertainty is always needed to characterize the limitations of the available research and the implications for decision-making.

## 3. SELECTION CRITERIA

The VSL is relatively well studied, and substantial attention has been paid to developing criteria for evaluating study quality and applicability consistent with the benefit transfer framework. Well over 100 VSL studies have

---

[4]For mortality, the cost of illness tends to be dominated by productivity losses. Grosse et al. (2009) found that the present value of future lifetime production for a 40 to 44 year old is $1.2 million if both market and nonmarket production are included and $0.8 million if only market production is included (2007 dollars, 3% discount rate). These values are much smaller than the VSL estimates discussed later in this article.

Copyright © 2015 John Wiley & Sons, Ltd.                    *Health Econ.* **25**: 1039–1052 (2016)
DOI: 10.1002/hec

AR-04252

Table I. Selection criteria

General criteria
  1. Be publicly available.
  2. Be written in English.
  3. Provide estimates for the general US population.
Criteria for revealed-preference studies
  4. Use hedonic methods that address the trade-off between wages and job-related risks.
  5. Control for potentially confounding factors, such as nonfatal injury risk as well as both industry and occupation.
  6. Rely on high-quality risk data, equal or superior to the Census of Fatal and Occupational Injuries.
Criteria for stated-preference studies
  7. Elicit values for private risk reductions that accrue to the respondent.
  8. Express the risk change as a probability (not as a life extension).
  9. Estimate willingness to pay, not willingness to accept compensation.
  10. Provide evidence of validity, including sensitivity of willingness to pay to changes in risk magnitude.

been published in the peer-reviewed literature.[5] Until recently, this literature was dominated by revealed-preference studies that address occupational risks. This is no longer true, as the number of stated-preference studies has increased substantially, addressing environmental, traffic safety, and other risks.

This progress has been accompanied by an evolving understanding of best practices. Thus, the starting point for our review is recent work that focuses on establishing criteria for the values used in US regulatory analysis, particularly EPA's white paper on valuing mortality risk reductions (EPA 2010b), its Science Advisory Board's review of that paper (Kling et al. 2011), DOT's VSL guidance (DOT 2014), and a review article (Cropper, Hammitt, and Robinson 2011) that addresses methodological advances. We also consider the best practices discussed in OMB's 2003 guidance while recognizing that it does not reflect more recent developments. The resulting criteria are divided into three categories, as listed in Table I.

The general criteria relate to the overall context for applying these values. Regulatory analyses are intended to inform decision-makers and the public about the impacts of the policy options considered. Thus, it is important that those reviewing the analysis be able to access the data sources used, including the studies that underlie the VSL estimates. Because we are interested in studies for use by US regulatory agencies, we restrict our search to studies that reflect the preferences of the US population.

Although revealed-preference studies usually address risks associated with injuries rather than illnesses, we include them in our review for comparison to the stated-preference research. The criteria that apply to revealed-preference studies limit the scope to wage-risk studies. Some revealed-preference studies instead evaluate averting behaviors, i.e., defensive measures or consumer products used to protect against perceived health risks. These studies are applied infrequently in regulatory analysis because of concerns about their limitations, including the difficulty of estimating the size of the associated risk change and the need to separately estimate the value of key inputs such as the time spent in the activity.

We include only those wage-risk studies that control for potentially important confounding factors such as nonfatal injury risks and both occupation and industry. We also consider only those that rely on risk data at least as good as the Census of Fatal Occupational Injuries (CFOI). The CFOI was implemented in 1992 by the Bureau of Labor Statistics and is based on review of a comprehensive set of records supplemented by additional confirmation of the data.

The criteria that apply to stated-preference studies focus on those that provide estimates of individual WTP for reductions in the respondent's own risks, consistent with the concept of consumer sovereignty. Some studies instead address risk reductions to the community at-large; these do not appear to estimate individuals' tradeoffs between own wealth and risk. For example, some find (counterintuitively) that WTP for a private risk reduction is higher than WTP for a public program that also affects others (see, e.g., Svensson and Johansson 2010, Lindhjem et al. 2011). This result suggests that respondents may not fully accept the scenario presented in the survey; for instance, they may not believe that the public program will be effective. Another complication is

---

[5]For reviews, see Viscusi and Aldy (2003), EPA (2010b), Lindhjem et al. (2011), and Viscusi (2014).

Copyright © 2015 John Wiley & Sons, Ltd.

*Health Econ.* **25**: 1039–1052 (2016)
DOI: 10.1002/hec

AR-04253

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 209 of 275   PageID 4795

concern about the role of altruism in benefit–cost analysis, because a pure altruist would care about how those affected value the benefit as well as the costs imposed on them (Jones-Lee 1991, Bergstrom 2006).

We also limit our selection of stated-preference studies to those that express the risk change as a probability rather than as life extension. We are aware of only one US study (Morris and Hammitt 2001) that elicits values for life extension. While it suggests that the life extension approach is promising, more work is needed. For example, respondents may not understand that the risk reduction affects each year of life; it is not simply added to the end of one's lifespan when one's quality of life is likely to have declined.

To be selected, stated-preference studies must elicit WTP rather than willingness to accept compensation (WTA).[6] Because regulations typically involve expenditures for improvements from the status quo rather than compensation for damages, WTP is conceptually the more appropriate measure. WTP is also more frequently studied, and the estimates are considered more reliable; the large and variable differences between estimated WTP and WTA are poorly understood (Horowitz and McConnell 2002, Tuncel and Hammitt 2014).[7]

Finally, we require that stated-preference studies provide evidence of validity. A major concern is that respondents may not report their true WTP because the payment is hypothetical. In addition, research suggests that survey respondents often do not understand small probabilities. Thus, we focus in particular on scope tests that indicate whether estimated WTP is sensitive to the magnitude of the risk reduction.[8] Economic theory suggests that WTP should increase almost proportionately to the size of the risk change, as long as the change is small, which means that the VSL should be independent of the risk reduction that is valued (see Hammitt and Graham 1999, Corso, Hammitt, and Graham 2001).[9] For larger risk changes, WTP will be increasingly limited by income, reducing the VSL.

The selection criteria do not explicitly address the date when the studies were completed. However, they do so implicitly. The first wage-risk study that relied on CFOI data was published in 2003 (Viscusi 2013); thus, Criterion 6 (data at least equal in quality to the CFOI) effectively limits our selection of revealed-preference studies to those published in 2003 or later. The starting point is not as clearly defined for the stated-preference studies. However, we exclude studies published in 1993 or earlier for several reasons. First, they were conducted before the issuance of an expert panel report (National Oceanic and Atmospheric Administration 1993) that significantly influenced the conduct of stated-preference studies. Studies conducted after that time are more likely to meet Criterion 10, related to evidence of validity. Second, most of the older studies use small, specialized samples that are not representative of the overall US population. Third, preferences elicited over 20 years ago may not accurately reflect preferences at the present time.

To identify studies that meet the selection criteria, we started with those listed in recent reviews. To supplement and update these lists, we searched the EconLit bibliographic database for subsequently published articles. We also contacted VSL researchers to locate working papers and forthcoming articles, and used the citations in each paper to identify additional studies.

## 4. RESULTS

In this section, we describe the results of our review of the revealed-preference and stated-preference studies that provide population-average values, including studies that address deaths due to injury as well as illness for comparison. We discuss adjustments for health status and age in the following section.

---

[6]This criterion primarily affects the selection of stated-preference studies because revealed-preference studies typically address a market equilibrium rather than a change that can be characterized as WTP or WTA. However, recent work (Kniesner, Viscusi, and Ziliak 2014) suggests that there is not a significant divergence between revealed preference estimates of WTP and WTA for job-related risks.
[7]While standard economic theory suggests that WTP and WTA will be similar in many cases, prospect theory suggests that the endowment effect and loss aversion may lead to substantial differences.
[8]There are two types of tests for sensitivity to risk magnitude. External scope tests compare WTP between subsamples of respondents presented with different risk changes, while internal scope tests compare WTP for different risk changes from the same respondents. External tests are preferred because internal tests can be influenced by a respondent's effort to provide internally consistent responses.
[9]For this result, 'small' means that WTP is small relative to the individual's budget constraint.

Copyright © 2015 John Wiley & Sons, Ltd.                    *Health Econ.* **25**: 1039–1052 (2016)
DOI: 10.1002/hec

AR-04254

Table II. Selected US wage-risk studies (2013 dollars)

| Study | Highlighted VSL estimates[a] |
|---|---|
| Viscusi (2004) | $6.8 million[b] |
| Kniesner and Viscusi (2005) | $6.8 million[b] |
| Hersch and Viscusi (2010) | $8.6 million[b] |
| Lee and Taylor (2013) | $2.1 million to $4.1 million |
| Scotton (2013) | $9.2 million to $20.8 million |
| Viscusi (2013) | $8.6 million to $12.0 million |

*Note*: VSL, value per statistical life.
[a]Estimates are those highlighted by authors in article abstract or conclusions unless otherwise noted, inflated using the Consumer Price Index (http://www.bls.gov/data/inflation_calculator.htm). Not adjusted for real income growth.
[b]VSL estimates based on those reported in DOT (2014), Table I.

### 4.1. Revealed-preference studies

For the US hedonic wage studies, we first reviewed individual studies and then considered a subsequently completed meta-analysis that follows an approach that appears consistent with our selection criteria.[10] We started with the studies DOT identified in developing its VSL recommendations (DOT 2014) and supplemented that list with studies identified in a subsequent review by Viscusi (2013) as well as those identified through our literature search and contacts with researchers.

These sources yield a total of 16 US wage-risk studies published between 2003 and 2014, of which the six listed in Table II met our selection criteria.[11] The highlighted VSLs range from $2.1 million to $20.8 million, with most between $6.8 million and $12.0 million. The lowest values ($2.1 million to $4.1 million) are from a working paper that experiments with the use of Occupational Safety and Health Administration inspection data (Lee and Taylor 2013), while the highest ($9.2 million to $20.8 million) are from a paper where the author notes, '[t]he intent of this study is not to posit a particular value for the VSL; rather, it is to demonstrate how the construction of the fatal risk rate measure impacts the magnitude of the VSL estimate' (Scotton 2013, p. 65).

Of the studies we reviewed, two (Viscusi 2004 and Kniesner, Viscusi, Woock, and Ziliak 2012) focus explicitly on developing national estimates for application in US policy analysis, while others experiment with different approaches and explore sources of variation in the estimates.[12] When inflated to 2013 dollars, the estimates highlighted by the authors of these two studies are about $6.8 million and $5.3 million to $13.2 million, respectively, very similar to the range indicated in Table II, particularly if the relatively high and low values highlighted by Lee and Taylor and by Scotton are excluded.

Recently, Viscusi (2015) completed a meta-analysis that appears consistent with our selection criteria and that directly addresses the goals of this review. The analysis includes 17 studies that rely on CFOI data and controls for whether they address potentially confounding variables such as workers' compensation and nonfatal injury as well as other study characteristics.[13] Rather than selecting a single estimate from each study, Viscusi

---

[10]Previous meta-analyses of the wage-risk literature have been criticized in part for not applying carefully developed, explicit criteria for selecting studies for inclusion (EPA 2006, Cropper et al. 2007).
[11]The 10 excluded studies are Jennings and Kinderman (2003), Evans and Smith (2008), Viscusi and Hersch (2008), Evans and Schaur (2010), Kniesner, Viscusi, and Ziliak (2010), Scotton and Taylor (2011), Lavetti (2012), Kniesner, Viscusi, Woock, and Ziliak (2012), DeLeire, Khan, and Timmins (2013), and Kniesner, Viscusi, and Ziliak (2014). We generally exclude these studies because they address only a subset of workers and/or do not control for occupation as well as industry; one (DeLeire et al.) does not report a full sample VSL. Determining whether to exclude the three Kniesner et al. studies is difficult, however. They have the advantage of relying on panel rather than cross-sectional data, but exclude women. (The extent to which results are dissimilar for men and women varies across studies and in part reflects the changing roles of women in the workplace.) However, their results are generally within the same range as the included studies.
[12]As noted earlier, the Kniesner et al. study is not included in Table II because it addresses only men but has the advantage of relying on longitudinal data.
[13]The 17 studies include Aldy and Viscusi (2008), Evans and Schaur (2010), Hersch and Viscusi (2010), Kniesner and Viscusi (2005), Kniesner et al. (2012), Kniesner, Viscusi, and Ziliak (2006, 2010, 2014), Kochi and Taylor (2011), Scotton (2013), Scotton and Taylor (2011), Viscusi (2003, 2004, 2013), Viscusi and Aldy (2007), Viscusi and Hersch (2008), and Viscusi and Philip (2014). Some of these studies do not meet all of our selection criteria, but the controls that Viscusi (2015) included for study characteristics address many of the concerns that led to their exclusion.

Copyright © 2015 John Wiley & Sons, Ltd.

*Health Econ.* **25**: 1039–1052 (2016)
DOI: 10.1002/hec

AR-04255

includes all of the estimates each reports. In addition, he addresses the potential effects of reporting (publication) bias that may occur when a researcher reports only a subset of his or her findings, or when journals are unwilling to publish findings that depart significantly from previous results or appear inconsistent with theory. Depending on the model specification, his bias-corrected results range from $7.6 million to $13.7 million (2013 dollars), very similar to the range found in our initial review of individual studies.

Thus, our review results in three overlapping ranges of estimates for US workers. First, as indicated in Table II, our review of individual studies suggests that the VSL likely to be in the range of $6.8 million to $12.0 million. Second, if we consider only the two studies that are focused more explicitly on developing national estimates, the range becomes $5.3 million to $13.2 million. Third, the recent Viscusi meta-analysis provides a range from $7.6 million to $13.7 million. The mid-points of the three ranges are $9.4 million, $9.3 million, and $10.7 million, respectively, only slightly above the central values now used by EPA and DOT.

### 4.2. Stated-preference studies

The studies discussed earlier do not address illness-related risks; we also reviewed the stated-preference literature to develop a better understanding of how the values might vary. We focus on individual studies because the available meta-analyses of stated-preference research (e.g., Kochi et al. 2006, Dekker et al. 2011, Lindhjem et al. 2011) are not limited to studies that meet our selection criteria.

Our starting point is the US studies included in EPA's review (EPA 2010b; Table III) as supplemented by Kling et al. (2011).[14] We added studies from a comprehensive database developed by the Organisation for Economic Co-Operation and Development (OECD) as well as those identified through our literature search and contacts with researchers.[15] The result was more than 40 articles, although in some cases an individual survey was discussed in multiple articles. However, several of these studies were published prior to 1993, raising concerns about their quality and applicability as discussed earlier.

We first screened the studies to select those that satisfy our selection criteria, finding seven articles published subsequent to 1993 that are based on a national US sample and elicit WTP for the respondent's own risk reduction. We then reviewed the evidence of validity provided in these seven studies in more detail. Of these, three (listed in Table III) meet our selection criteria and demonstrate stronger evidence of validity, including sensitivity to risk magnitude. Corso, Hammitt, and Graham (2001) and Hammitt and Haninger (2010) found that WTP is close-to-proportional to changes in risk magnitude. Cameron and DeShazo (2013) relied on a complex valuation survey that includes illnesses of varying severities and durations, requiring specialized modeling techniques that make it difficult to determine whether WTP is proportional to the risk change. However, in a detailed handbook that supplements their journal articles (Cameron and DeShazo 2012), they provide evidence that respondents understand the scenarios and are sensitive to changes in risk magnitude.

In contrast, the remaining four studies, excluded from Table III, report results that are largely insensitive to the risk change (Hammitt and Graham 1999), are much less than proportionate (Alberini et al. 2004, Chestnut et al. 2012), or do not describe the degree of proportionality (Viscusi et al. 2014). In the first two cases, the size of the VSL that results is very sensitive to the size of the risk reduction presented in the survey, and the lack of proportionality suggests that respondents may not have fully understood what they were being asked to value. In the third case, it is unclear whether the study meets our criterion for validity.[16]

---

[14]The DOT (2014) guidance includes only wage-risk studies.

[15]The OECD database is available at www.oecd.org/env/policies/vsl. We thank David Metz of Industrial Economics, Incorporated for his assistance in identifying these studies.

[16]In 2013 dollars, the VSL estimate highlighted by Viscusi et al. (2014) is $11.1 million, at the high end of the range provided by the included studies. The results from the other excluded studies are as follows: Hammitt and Graham (1999), $1.2 million to $68.3 million; Alberini, Cropper, Krupnick, and Simon (2004) (with additional results reported in Alberini, Cropper, Krupnick, and Simon 2006), $1.0 million to $6.5 million; and Chestnut, Rowe, and Breffle (2012), $5.2 million to $6.5 million.

Copyright © 2015 John Wiley & Sons, Ltd.

*Health Econ.* **25**: 1039–1052 (2016)
DOI: 10.1002/hec

AR-04256

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 212 of 275   PageID 4798

Table III.  Selected US stated-preference studies (2013 dollars)

| Study | Highlighted VSL estimates[a] |
|---|---|
| Corso, Hammitt, and Graham (2001)[b] | $4.2 million to $5.9 million |
| Hammitt and Haninger (2010) | $6.7 million to $11.2 million |
| Cameron and DeShazo (2013) (sudden death scenario)[c] | $8.5 million |

*Note*: VSL, value per statistical life.
[a]Estimates highlighted by authors in abstract or conclusions or reported range if none highlighted. Inflated using the Consumer Price Index (http://www.bls.gov/data/inflation_calculator.htm); not adjusted for real income growth.
[b]Results for logarithmic scale and dot array visual aids.
[c]Study addresses a wide range of illness profiles.

Only two of the three studies with greater evidence of validity address illness-related risks. Hammitt and Haninger (2010) estimated VSL for various fatal illnesses (cancer and noncancer) from ingesting pesticide residues on food as well as for motor vehicle accidents, and Cameron and DeShazo (2013) considered several types of hazards and illness profiles. In contrast, Corso, Hammitt, and Graham (2001) considered only motor vehicle accidents.

In sum, although a large number of stated-preference studies have been completed in recent years, very few meet our selection criteria. This suggests that continued work is needed to improve the quality of these studies and to provide valid results, as well as to provide more information on the value of illness-related risks. However, those few studies that meet the criteria yield VSLs ranging from $4.2 million to $11.2 million, very similar to the range resulting from our review of the wage-risk studies.

## 5.  ADJUSTMENTS FOR HEALTH STATUS AND AGE

The review in the above sections focuses on VSL estimates for the general population. However, some regulations address illnesses that disproportionately affect those whose health is impaired or who are very young or very old. In this section, we briefly review the related literature, including studies that do not meet the selection criteria discussed earlier.

### 5.1.  Health status

The wage-risk studies discussed earlier include only those who are healthy enough to work by definition, while the stated-preference studies include a sample of the general population. In contrast, some regulations primarily affect the risk of illness among those who are in better or (more often) worse health than the typical US citizen. In addition, because health-related quality of life declines with age (e.g., Hanmer et al. 2006, Fryback 2007), regulations that primarily provide mortality risk reductions to older individuals will largely benefit those who tend to be in worse than average health.

Dockins, Maguire, and Simon (2006) reviewed the evidence on the effects of health status on the VSL and noted that theory is ambiguous. In simple terms, this ambiguity results from the trade-off between spending to increase the likelihood of survival and conserving wealth for expenditure on other goods or services. The effects are potentially counterbalancing: an individual may value risk reduction more if he or she is in good health, but good health may also provide more opportunities for other expenditures, increasing the marginal utility of spending.[17]

---

[17]See Hammitt (2000) and Hammitt (2002) for more detailed discussion of the theoretical issues and related empirical research. Viscusi and Evans (1990), Sloan et al. (1998), and Finkelstein et al. (2013) explored the effects of health status on the utility of income; their findings suggest that the marginal utility of income is smaller when health is impaired.

Copyright © 2015 John Wiley & Sons, Ltd.

AR-04257

The limited empirical research on the effect of health impairments on the VSL is inconclusive, with mixed results. The results vary depending on factors such as the nature and the severity of the health condition as well as the individual's age (e.g., Alberini et al. 2004, DeShazo and Cameron 2005, Evans and Smith 2008). Disentangling the effect of health status from the effects of these other characteristics is very difficult. Thus, whether and how to adjust a population-average VSL to reflect differences in health status is highly uncertain.

## 5.2. Age

The studies we discuss earlier provide values for adults; some also include older teens. All of the wage-risk studies exclude individuals above the typical retirement age (e.g., over age 62 or 65 years), while the stated-preference studies include older individuals. Thus, on average, the values we report are for those in middle age rather than for the much younger or much older individuals who are disproportionately affected by some illnesses targeted by regulation.

Because older individuals have fewer expected life years remaining than the average member of the population, intuition suggests that lower VSL estimates may be applicable. However, both theory (Hammitt 2007) and empirical work suggest that relationship is uncertain. Some argue that the relationship between VSL and age should follow the pattern of consumption over the lifecycle, which is typically an inverse-U distribution. Much of the empirical work that considers the trade-off between wages and risks across all workers supports this model (Aldy and Viscusi 2007, Viscusi and Aldy 2007, Aldy and Viscusi 2008), although the rate of increase and decrease and the age at which VSL peaks vary across studies. In contrast, a series of wage-risk studies focused on older workers (age 51 years and above and their spouses) finds that the VSL remains constant or increases with age (summarized in Evans and Smith 2006).

Stated-preference research is needed to address the relationships between age and VSL among individuals older or younger than working age. For older individuals, the stated-preference evidence is inconsistent. Some studies do not find statistically significant relationships with age, while others find that the VSL decreases among older individuals in varying patterns and amounts (Krupnick 2007). One more-recent study (Cameron, DeShazo, and Stiffler 2010) finds an inverse 'U' relationship, similar to many of the wage-risk studies. Thus, there is substantial uncertainty regarding the relationship between the population-average VSL and the VSL most appropriate for older individuals.

Because children generally lack the independent financial means as well as the cognitive ability needed to respond to WTP questions, related research generally elicits parental WTP (see Dockins et al. 2002, and EPA 2003, for more discussion). Several studies, conducted in the USA and elsewhere and using varying methods, suggest that WTP for reduced morbidity or mortality risks to children may be noticeably greater (perhaps by a factor of two) than adult WTP to reduce their own risks, although the magnitude of the difference varies across studies.[18] Thus, while it may be appropriate to apply a higher VSL to children than to adults, the amount of increase and the extent to which it varies for children of different ages are uncertain.

At times, a value per statistical life year (VSLY) estimate is used to adjust for age. In contrast to the VSL, which is the rate at which the individual substitutes money for reductions in current mortality risk (within the current year or other short time period), the VSLY is the rate at which he or she substitutes money for gains in life expectancy (or in discounted life expectancy; see Hammitt 2007, for more discussion). VSLY is often estimated by dividing VSL by the average (discounted) remaining life expectancy for the population studied. To determine the value per statistical case, the constant that results is then multiplied by the expected years of life extension for individuals affected by the policy. Under this approach,

---

[18]Examples include Liu et al. (2000), Dickie and Messman (2004), Dickie and Gerking (2007), Agee and Crocker (2007), Agee and Crocker (2008), Hammitt and Haninger (2010), and Blomquist, Dickie, and O'Conor (2011). One study (Alberini et al. 2010) finds more ambiguous results.

Copyright © 2015 John Wiley & Sons, Ltd.

*Health Econ.* **25**: 1039–1052 (2016)
DOI: 10.1002/hec

AR-04258

the per-case values are lower for older individuals than for younger individuals, because they have fewer years of expected life remaining.

This approach assumes that VSLY is constant and independent of the number of life years gained, implying that VSL is proportional to the individual's remaining (discounted) life expectancy. However, neither economic theory (Hammitt 2013) nor available empirical results support these assumptions, suggesting (as discussed earlier) that the relationship between the VSL and age is very uncertain.[19] Thus, while applying a population-average VSL appears reasonable when a regulation affects the general population, it is unclear how it should be adjusted in cases where the very young or the very old are disproportionately affected.

## 6. SUMMARY AND CONCLUSIONS

This review of the literature identifies several high-quality studies that meet our selection criteria. Most are wage-differential studies that address injury-related risks among adult workers and hence do not provide direct information about how to value mortality risk reductions associated with illness. The few studies that both meet our criteria and address illness-related risks provide similar values. More work is needed to explore the extent to which these values are likely to vary depending on the population affected and the characteristics of the health condition.

Our initial review of individual wage-risk studies suggests that the VSL ranges from roughly $5.3 million to $13.7 million (2013 dollars) with a mid-point of $9.5 million. The estimates from the three stated-preference studies that satisfy our criteria yield a slightly lower range, from $4.2 million to $11.2 million with a mid-point of $7.7 million. In combination, this results in a range from $4.2 million to $13.7 million with a mid-point of $9.0 million (2013 dollars). Thus, regardless of which subset of the selected studies we include, a central estimate of population-average VSL around $8 million or $9 million appears reasonable.

The available values for illness-related risks appear very similar to those for injuries. The range from the two stated-preference studies that include illness-related risks is $6.7 million to $11.2 million with a mid-point of $8.6 million, within the overall range that results from the larger group of studies

These estimates reflect adjustment of the values reported in the original studies only for inflation. The data in the oldest of these studies were collected in 1997, and real income has increased somewhat over the intervening years.[20] The sensitivity of the VSL to changes in real income is uncertain, but an income elasticity of 1.0 appears to provide a reasonable central estimate given the available evidence.[21] Because real income has been growing slowly, and declining in some recent years, applying this elasticity and adjusting for real income growth to 2013 leaves the range unchanged.[22]

---

[19]Because of this uncertainty, two expert panels (Cropper et al. 2007, National Academies 2008) recommend against the use of a constant VSLY, suggesting that more research is needed.

[20]Federal agencies generally do not use different VSL estimates for individuals with different incomes, because doing so raises concerns about the equitable treatment of richer and poorer segments of the population in policy analysis. However, they do adjust the VSL for population-average changes in real income over time, using the same income-adjusted VSL for all members of the population affected by the rulemaking. EPA (2010a) typically uses a distribution of income elasticity estimates with a mode of 0.40 and endpoints at 0.08 and 1.00; DOT (2014) applies an income elasticity of 1.0.

[21]In older research, contingent valuation studies and wage-risk meta-analyses tended to yield elasticities below 1.0, while longitudinal studies and cross-country comparisons yielded elasticities well in excess of 1.0 (Hammitt and Robinson 2011). Recent studies tend to support higher elasticities. For example, Kniesner, Viscusi and Ziliak (2010) found that elasticity generally declines as income rises in the USA, decreasing from 2.24 in the lowest quantile to 1.23 in the highest quantile, with a mean of 1.44. In the Viscusi (2015) meta-analysis of US wage-risk studies discussed earlier, income elasticity ranges from about 0.76 to 1.14 depending on the model specification. Elasticities greater than 1.0 mean that individuals' WTP for small mortality risk reductions becomes a smaller percentage of income as income falls, which appears consistent with the constraints faced by those with lower incomes. Thus, while elasticities above 1.0 appear sensible, the value is uncertain given the diverse results of the available studies.

[22]For this adjustment, we use Current Population Survey data on income growth that reflects annual averages for median usual weekly earnings of full-time wage and salary workers.

Copyright © 2015 John Wiley & Sons, Ltd.

AR-04259

These studies provide population-average values. Our review of the literature on the effects of health status and age on the VSL is inconclusive for several reasons. First, the available studies lead to inconsistent conclusions about the magnitude of the adjustment and its direction. Second, many of these studies do not meet our selection criteria. Finally, applying any adjustment to the values resulting from our review requires accounting for differences in the baseline used in the comparisons. For example, it is unclear how to apply an age adjustment that compares values for individuals over age 50 years to base values that result from studies that largely address 18 to 65 year olds. More work is needed to determine whether and how to adjust the range of estimates for variation in age and other characteristics.

In sum, given the current state of the valuation literature, it seems reasonable to apply a VSL estimate of $9.0 million in US regulatory analyses and to test the sensitivity of the results to values ranging from $4.2 million to $13.7 million. The available research is insufficient to estimate the extent to which the VSL is likely to vary depending on the characteristics of the risk and the affected population. However, the few high-quality studies of illness-related risks available suggest that these values may be similar to the values for injury-related risks.

The values applied to mortality risk reductions, and the results of the benefit–cost analysis more generally, are only a few of the many factors considered in regulatory decisions. Statutory requirements, implementation issues, and the distribution of the effects are also of interest to decision-makers and the general public. However, the analysis provides important insights into the extent to which those affected are likely to value the risk reductions they receive more or less than the costs imposed by the regulations.

## ACKNOWLEDGEMENTS

This article builds on the work conducted to support the development of regulatory impact analysis guidelines for US Department of Health and Human Services (HHS) under subcontract to Industrial Economics, Incorporated and Mathematica Policy Research. The views expressed are our own and do not reflect the views nor endorsement of HHS. We thank the members of the HHS analytics team, led by Amber Jessup, for their support and many helpful comments.

## REFERENCES

Agee MD, Crocker TD. 2007. Children's health benefits of reducing environmental tobacco smoke exposure: evidence from parents who smoke. *Empirical Economics* **32**(1): 217–237.

Agee MD, Crocker TD. 2008. Does parents' valuation of children's health mimic their valuation of own health? *Journal of Population Economics* **21**(1): 231–249.

Alberini A, Cropper M, Krupnick A, Simon N. 2004. Does the value of a statistical life vary with age and health status? Evidence from the U.S. and Canada. *Journal of Environmental Economics and Management* **48**(1): 769–792.

Alberini A, Cropper M, Krupnick A, Simon N. 2006. Willingness to pay for mortality risk reductions: does latency matter? *Journal of Risk and Uncertainty* **32**(3): 231–245.

Alberini A *et al.* 2010. Valuation of Environment-related Health Risks for Children, OECD Publishing: Paris, France.

Aldy JE, Viscusi WK. 2007. Age differences in the value of statistical life: revealed preference evidence. *Review of Environmental Economics and Policy* **1**(2): 241–260.

Aldy JE, Viscusi WK. 2008. Adjusting the value of a statistical life for age and cohort effects. *Review of Economics and Statistics* **90**(3): 573–581.

Bergstrom TC. 2006. Benefit–cost in a benevolent society. *American Economic Review* **96**(1): 339–351.

Blomquist GC, Dickie M, O'Conor RM. 2011. Willingness to pay for improving fatality risks and asthma symptoms: values for children and adults of all ages. *Resource and Energy Economics* **33**(2): 410–425.

Cameron TA, DeShazo JR. 2012. Handbook to accompany "Demand for health risk reductions" and related papers. Unpublished manuscript.

Cameron TA, DeShazo JR. 2013. Demand for health risk reductions. *Journal of Environmental Economics and Management* **65**: 87–109.

AR-04260

Cameron TA, Deshazo JR, Stiffler P. 2010. Demand for health risk reductions: a cross-national comparison between the U.S. and Canada. *Journal of Risk and Uncertainty* **41**: 245–273.

Carson RT. 2012. Contingent valuation: a practical alternative when prices aren't available. *Journal of Economic Perspectives* **26**(4): 27–42.

Chestnut LG, Rowe RD, Breffle WS. 2012. Economic valuation of mortality-risk reduction: stated-preference estimates from the United States and Canada. *Contemporary Economic Policy* **30**(3): 399–416.

Clinton WJ. 1993. Executive Order 12866: regulatory planning and review. *Federal Register* **58**(190): 51735–51744.

Corso PS, Hammitt JK, Graham JD. 2001. Valuing mortality-risk reduction: using visual aids to improve the validity of contingent valuation. *Journal of Risk and Uncertainty* **23**(2): 165–184.

Cropper M *et al.* 2007. SAB advisory on EPA's issues in valuing mortality risk reduction. Memorandum from the Chair, Science Advisory Board, and the Chair, Environmental Economics Advisory Committee, to EPA Administrator Stephen L. Johnson. EPA-SAB-08-001.

Cropper M, Hammitt JK, Robinson LA. 2011. Valuing mortality risk reductions: progress and challenges. *Annual Review of Resource Economics* **3**: 313–336.

Dekker T, Brouwer R, Hofkes M, Moeltner K. 2011. The effect of risk context on the value of a statistical life: a Bayesian meta-model. *Environmental and Resource Economics* **49**(4): 597–624.

Deleire T, Khan S, Timmins C. 2013. Roy model sorting and nonrandom selection in the valuation of a statistical life. *International Economic Review* **54**(1): 279–306.

DeShazo JR, Cameron TA. 2005. The effect of health status on willingness to pay for morbidity and mortality risk reductions. California Center for Population Research, On-Line Working Paper Series. CCPR-050-05.

Dickie M, Gerking S. 2007. Altruism and environmental risks to health of parents and their children. *Journal of Environmental Economics and Management* **53**(3): 323–341.

Dickie M, Messman VL. 2004. Parental altruism and the value of avoiding acute illness: are kids worth more than parents? *Journal of Environmental Economics and Management* **48**(3): 1146–1174.

Dockins C, Jenkins RR, Owens N, Simon NB, Wiggins LB. 2002. Valuation of childhood risk reduction: the importance of age, risk preferences and perspective. *Risk Analysis* **22**(2): 335–346.

Dockins C, Maguire K, Simon N. 2006. Willingness to pay for environmental health risk reductions. When there are varying degrees of life expectancy: a white paper. Prepared by the National Center for Environmental Economics, U.S. Environmental Protection Agency, for a consultation with the Environmental Economics Advisory Committee of the Science Advisory Board.

Evans MF, Schaur G. 2010. Quantile estimation approach to identify income and age variation it the value of a statistical life. *Journal of Environmental Economics and Management* **59**: 260–70.

Evans MF, Smith VK. 2006. Do we really understand the age–VSL relationship? *Resource and Energy Economics* **28**(3): 242–261.

Evans MF, Smith VK. 2008. Complementarity and the measurement of individual risk tradeoffs: accounting for quantity and quality of life effects. *Environmental and Resource Economics* **41**(3): 381–400.

Finkelstein A, Luttmer EFP, Notowidigdo MJ. 2013. What good is wealth without health? The effect of health on the marginal utility of consumption. *Journal of the European Economic Association* **11**(S1): 221–258.

Fryback DG *et al.* 2007. U.S. norms for six generic health-related quality-of-life indexes from the National Health Measurement study. *Medical Care* **45**(12): 1162–1170.

Grosse SD, Krueger KV, Mvundura M. 2009. Economic productivity by age and sex: 2007 estimates for the United States. *Medical Care* **47**(7): S94–S103.

Hammitt JK. 2000. Valuing mortality risk: theory and practice. *Environmental Science and Technology* **34**: 1396–1400.

Hammitt JK. 2002. QALYs versus WTP. *Risk Analysis* **22**(5): 985–1001.

Hammitt JK. 2007. Valuing changes in mortality risk: lives saved versus life years saved. *Review of Environmental Economics and Policy* **1**(2): 228–240.

Hammitt JK. 2013. Admissible utility functions for health, longevity, and wealth: integrating monetary and life-year measures. *Journal of Risk and Uncertainty* **47**: 311–325.

Hammitt JK, Graham JD. 1999. Willingness to pay for health protection: inadequate sensitivity to probability? *Journal of Risk and Uncertainty* **18**(1): 33–62.

Hammitt JK, Haninger K. 2010. Valuing fatal risks to children and adults: effects of disease, latency, and risk aversion. *Journal of Risk and Uncertainty* **40**: 57–83.

Hammitt JK, Robinson LA. 2011. The income elasticity of the value per statistical life: transferring estimates between high and low income populations. *Journal of Benefit-Cost Analysis* **2**: Art. 1.

Hanmer J et al. 2006. Report of nationally representative values for the noninstitutionalized U.S. adult population for 7 health-related quality-of-life scores. *Medical Decision Making* **26**(4): 391–400.

Hausman J. 2012. Contingent valuation: from dubious to hopeless. *Journal of Economic Perspectives* **26**(4): 43–56.

Copyright © 2015 John Wiley & Sons, Ltd.

AR-04261

Hersch J, Viscusi WK. 2010. Immigrant status and the value of statistical life. *Journal of Human Resources* **45**: 749–771.

Horowitz JK, McConnell KE. 2002. A review of WTA/WTP studies. *Journal of Environmental Economics and Management* **44**(3): 426–447.

Jennings WP, Kinderman A. 2003. The value of a life: new evidence of the relationship between changes in occupational fatalities and wages of hourly workers, 1992–1999. *Journal of Risk and Insurance.* **70**: 549–561.

Jones-Lee MW. 1991. Altruism and the value of other people's safety. *Journal of Risk and Uncertainty* **4**(2): 213–219.

Kling CL et al. 2011. Review of 'Valuing mortality risk reductions for environmental policy: a white paper' (December 10, 2010). Memorandum to Lisa P. Jackson, EPA Administrator, from the EPA Science Advisory Board and Environmental Economics Advisory Committee. EPA-SAB-11-011.

Kling CL, Phaneuf DJ, Zhao J. 2012. From Exxon to BP: has some number become better than no number? *Journal of Economic Perspectives* **26**(4): 3–26.

Kniesner TJ, Viscusi WK. 2005. Value of a statistical life: relative position vs. relative age. *American Economic Review* **95** (2): 142–146.

Kniesner TJ, Viscusi WK, Ziliak JP. 2006. Life-cycle consumption and the age-adjusted value of life. *Contributions to Economic Analysis and Policy.* **5**(1): 1–34.

Kniesner TJ, Viscusi WK, Ziliak JP. 2010. Policy relevant heterogeneity in the value of statistical life: new evidence from panel data quantile regressions. *Journal of Risk and Uncertainty* **40**: 15–31.

Kniesner TJ, Viscusi WK, Ziliak JP. 2014. Willingness to accept equals willingness to pay for labor market estimates of the value of statistical life. *Journal of Risk and Uncertainty* **48**(3): 187–205.

Kniesner TJ, Viscusi WK, Woock C, Ziliak JP. 2012. The value of statistical life: evidence from panel data. *Review of Economics and Statistics.* **94**: 19–44.

Kochi I, Hubbell B, Kramer R. 2006. An empirical Bayes approach to combining and comparing estimates of the value of a statistical life for environmental policy analysis. *Environmental and Resource Economics* **34**(3): 385–406.

Kochi I, Taylor LO. 2011. Risk heterogeneity and the value of reducing fatal risks: further market-based evidence. *Journal of Benefit-Cost Analysis.* **2**(3): 1–28.

Krupnick A. 2007. Mortality-risk valuation and age: stated-preference evidence. *Review of Environmental Economics and Policy* **1**(2): 261–282.

Lavetti K. 2012. The estimation of compensating differentials and preferences for occupational fatality risk. Working paper.

Lee JM, Taylor LO. 2013. Randomized safety inspections and risk exposure on the job: quasi-experimental estimates of the value of a statistical life. Center for Economic Studies, U.S. Census Bureau. Discussion Paper CES 14-05.

Lindhjem H, Navrud S, Braathen NA, Biausque V. 2011. Valuing mortality risk reductions from environmental, transport, and health policies: a global meta-analysis of stated-preference studies. *Risk Analysis* **31**(9): 1381–1407.

Liu JT, Hammitt JK, Wang JD, Liu JL. 2000. Mother's willingness to pay for her own and her child's health: a contingent valuation study in Taiwan. *Health Economics* **9**(4): 319–326.

Morris J, Hammitt JK. 2001. Using life expectancy to communicate benefits of health care programs in contingent valuation studies. *Medical Decision Making* **21**: 468–478.

National Academies. 2008. Estimating Mortality Risk Reduction and Economic Benefits from Controlling Ozone Air Pollution. Committee on Estimating Mortality Risk Reduction Benefits from Decreasing Tropospheric Ozone Exposure, National Academies Press: Washington D.C..

National Oceanic and Atmospheric Administration. 1993. Report of the NOAA panel on contingent valuation. (Arrow, K., R. Solow; P.R. Portney, E.E. Leamer, R. Radner, and H. Shuman). *Federal Register* **58**: 4601–4614.

Obama B. 2011. Executive Order 13563: improving regulation and regulatory review. *Federal Register* **76**(14): 3821–3823.

Robinson LA, Hammitt JK. 2013. Skills of the trade: valuing health risk reductions in benefit–cost analysis. *Journal of Benefit-Cost Analysis.* **4**(1): 107–130.

Scotton CR. 2013. New risk rates, inter-industry differentials and the magnitude of VSL estimates. *Journal of Benefit-Cost Analysis.* **4**(1): 39–80.

Scotton CR, Taylor LO. 2011. Valuing risk reductions: incorporating risk heterogeneity in a revealed preference framework. *Resource and Energy Economics* **33**: 381–397.

Sloan FA, Viscusi WK, Chesson HW, Conover CJ, Whetten-Goldstein K. 1998. Alternative approaches to valuing intangible health losses: the evidence for multiple sclerosis. *Journal of Health Economics* **17**: 475–497.

Svensson M, Johansson MV. 2010. Willingness to pay for private and public road safety in stated-preference studies: why the difference? *Accident; Analysis and Prevention* **42**: 1205–1212.

Tuncel T, Hammitt JK. 2014. A new meta-analysis on the WTP/WTA disparity. *Journal of Environmental Economics and Management* **68**(1): 175–187.

U.S. Department of Transportation 2014. Guidance on treatment of the economic value of a statistical life (VSL) in departmental analyses—2014 adjustment. Memorandum to Secretarial Officers and Modal Administrators from P. Rogoff, Acting Under Secretary for Policy, and K. Thomson, General Counsel.

Copyright © 2015 John Wiley & Sons, Ltd.

AR-04262

L. A. ROBINSON AND J. K. HAMMITT

U.S. Environmental Protection Agency. 2000. Guidelines for preparing economic analysis.
U.S. Environmental Protection Agency. 2003. Children's health valuation handbook. EPA 100-R-03-003.
U.S. Environmental Protection Agency. 2006. Report of the EPA work group on VSL meta-analyses.
U.S. Environmental Protection Agency. 2010a. Guidelines for preparing economic analysis. EPA 240-R-10-001.
U.S. Environmental Protection Agency. 2010b. Valuing mortality risk reductions for environmental policy: a white paper
    (review draft). Prepared by the National Center for Environmental Economics for consultation with the Science
    Advisory Board—Environmental Economics Advisory Committee.
U.S. Environmental Protection Agency. 2015. BenMAP: environmental benefits mapping and analysis program - community
    edition user's manual. Prepared by RTI International for the Office of Air Quality Planning and Standards.
U.S. Office of Management and Budget. 2003. Circular A-4: regulatory analysis.
Viscusi WK. 1992. Fatal Trade-offs: Public and Private Responsibilities for Risk, Oxford University Press: New York.
Viscusi WK. 1993. The value of risks to life and health. *Journal of Economic Literature* **31**: 1912–1946.
Viscusi WK. 2003. Racial differences in labor market values of a statistical life. *Journal of Risk and Uncertainty* **27**(3):
    239–256.
Viscusi WK. 2004. The value of life: estimates with risks by occupation and industry. *Economic Inquiry* **42**(1): 29–48.
Viscusi WK. 2013. Using data from the census of fatal occupational injuries (CFOI) to estimate the 'value of a statistical
    life'. *Monthly Labor Review*. Bureau of Labor Statistics.
Viscusi WK. 2015. The role of publication selection bias in estimates of the value of a statistical life. *American Journal of
    Health Economics.* **1**(1): 27–52.
Viscusi WK, Aldy JE. 2003. The value of a statistical life: a critical review of market estimates throughout the world. *Jour-
    nal of Risk and Uncertainty* **27**(1): 5–76.
Viscusi WK, Aldy JE. 2007. Labor market estimates of the senior discount for the value of statistical life. *Journal of Envi-
    ronmental Economics and Management* **53**: 377–392.
Viscusi WK, Evans WN. 1990. Utility functions that depend on health status: estimates and economic implications.
    *American Economic Review* **80**: 353–374.
Viscusi WK, Hersch J. 2008. The mortality cost to smokers. *Journal of Health Economics* **27**: 943–958.
Viscusi WK, Huber J, Bell J. 2014. Assessing whether there is a cancer premium for the value of a statistical life. *Health
    Economics* **23**(4): 384–396.
Viscusi WK, Philip E. 2014. The value of a statistical life for transportation regulations: a test of the benefits transfer
    methodology. SSRN Working Paper No. 2460837.

Copyright © 2015 John Wiley & Sons, Ltd.

AR-04263

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

# Viral sequencing reveals US healthcare personnel rarely become infected with SARS-CoV-2 through patient contact

Katarina M. Braun[1]*, Gage K. Moreno[2]*, Ashley Buys[3], Max Bobholz[2], Molly A. Accola[3], Laura Anderson[3], William M. Rehrauer[3], David A. Baker[2], Nasia Safdar[4], Alexander J. Lepak[4], David H. O'Connor[2,5#], Thomas C. Friedrich[1,5#]

[1]Department of Pathobiological Sciences, University of Wisconsin-Madison, Madison, WI, United States of America

[2]Department of Pathology and Laboratory Medicine, University of Wisconsin-Madison, Madison, WI, United States of America

[3]University of Wisconsin School of Medicine and Public Health, Madison, WI, United States of America and the William S. Middleton Memorial Veterans Hospital

[4]Department of Medicine, Division of Infectious Diseases, University of Wisconsin School of Medicine and Public Health, Madison, WI

[5]Wisconsin National Primate Research Center, University of Wisconsin-Madison, Madison, WI, United States of America

*These authors contributed equally

#These authors contributed equally

NOTE: This preprint reports new research that has not been certified by peer review and should not be used to guide clinical practice.

1

AR-04264

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

# Summary

## Background

Healthcare personnel (HCP) are at increased risk of infection with the severe acute respiratory

coronavirus 2019 virus (SARS-CoV-2). Between 12 March 2020 and 10 January 2021, >1,170

HCP tested positive for SARS-CoV-2 at a major academic medical institution in the Upper

Midwest of the United States. We aimed to understand the sources of infections in HCP and to

evaluate the efficacy of infection control procedures used at this institution to protect HCP from

healthcare-associated transmission.

## Methods

In this retrospective case series, we used viral genomics to investigate the likely source of

SARS-CoV-2 infection in 96 HCP where epidemiological data alone could not be used to rule

out healthcare-associated transmission. We obtained limited epidemiological data through

informal interviews and review of the electronic health record. We combined viral sequence data

and available epidemiological information to infer the most likely source of HCP infection.

## Findings

We investigated 32 SARS-CoV-2 infection clusters involving 96 HCP, 140 possible patient

contacts, and 1 household contact (total n = 237). Of these, 182 sequences met quality

standards and were used for downstream analysis. We found the majority of HCP infections

could not be linked to a patient or co-worker and therefore likely occurred in the outside

community (58/96; 60.4%). We found a smaller percentage could be traced to a coworker

AR-04265

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

42   (10/96; 10.4%) or were part of a patient-employee cluster (12/96; 12.5%). Strikingly, the

43   smallest proportion of HCP infections could be clearly traced to a patient source (4/96; 4.2%).

44

## Interpretation

46   Infection control procedures, consistently followed, offer significant protection to HCP caring for

47   COVID-19 patients in a representative American academic medical institution. Rapid SARS-

48   CoV-2 genome sequencing in healthcare settings can be used retrospectively to reconstruct the

49   likely source of HCP infection when epidemiological data are not available or are inconclusive.

50   Understanding the source of SARS-CoV-2 infection can then be used prospectively to adjust

51   and improve infection control practices and guidelines.

52

## Funding

54   This project was funded in part through a COVID-19 Response grant from the Wisconsin

55   Partnership Program at the University of Wisconsin School of Medicine and Public Health to

56   T.C.F. and D.H.O. Author N.S. is supported by the National Institute of Allergy and Infectious

57   Diseases Institute (NIAID) Grant 1DP2AI144244-01.

# Research in context

## Evidence before this study

60   On 16 January 2021 we searched for "SARS-CoV-2" AND "healthcare workers" AND "viral

61   sequencing" in Google Scholar. This search returned 57 results, and included a number of

62   preprint articles. We found two studies that used viral sequencing to investigate healthcare-

3

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

63    associated outbreaks in the Netherlands [1] and the United Kingdom [2]. To our knowledge, no

64    study has used viral sequencing to specifically investigate the source of SARS-CoV-2 infections

65    in healthcare workers in the United States. Although we and others have written about the

66    potential utility of sequencing as an infection control asset [3–6], few have demonstrated the

67    practical application of such efforts.

68

## Added value of this study

70    Our study suggests infection control measures in place at the institution evaluated in this case

71    series are largely protecting healthcare personnel (HCP) from healthcare-associated SARS-

72    CoV-2 infections. Even so, the majority of healthcare-associated infections we did identify

73    appeared to be linked to HCP-to-HCP spread so additional messaging and guidelines to reduce

74    HCP-to-HCP spread in and out of the workplace may be warranted. In addition, we

75    demonstrated how rapid viral sequencing can be combined with, even limited, epidemiological

76    information to reconstruct healthcare-associated SARS-CoV-2 outbreaks.

77

## Implications of all the available evidence

79    Healthcare-associated SARS-CoV-2 infections negatively affect HCP, patients, and

80    communities. Infections among HCP add further strain to the healthcare system and put

81    patients and other HCP at risk. We found the majority of HCP infections appeared to be

82    acquired through community exposure so measures to reduce community spread are critical.

83    This further emphasizes the importance of mask-wearing, physical distancing, robust testing

84    programs, and the rapid distribution of vaccines.

4

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

# Introduction

85

86  Despite the use of personal protective equipment (PPE) and other strategies to mitigate risk,

87  front-line healthcare workers are at increased risk for infection with severe acute respiratory

88  syndrome coronavirus 2 (SARS-CoV-2) compared to the general population [7]. Healthcare-

89  associated transmission of SARS-CoV-2 poses a serious risk to healthcare workers as well as

90  to other hospital staff and patients [8,9]. Here we use rapid viral sequencing and forensic

91  genomics to uncover the likely source of infection in 96 confirmed cases of coronavirus-disease

92  2019 (COVID-19) in healthcare personnel (HCP). We further describe how the results of these

93  investigations informed infection control recommendations within a large academic medical

94  system in the midwestern United States.

95

96  Healthcare-associated SARS-CoV-2 infections negatively affect HCP through direct health

97  impacts, lost wages, and secondary consequences for their close contacts [10]. Healthcare-

98  associated SARS-CoV-2 infections can also negatively impact patient care through staffing

99  shortages, environmental contamination, low morale and other mental health impacts on HCP;

100  each of these can secondarily impact the overall quality of care [2,11].

101

102  The US Centers for Disease Control and Prevention (CDC) have released guidelines for

103  infection prevention for HCP interacting directly with patients with suspected or confirmed

104  infection with SARS-COV-2 [12]. These guidelines include recommendations for the proper use of

105  PPE, hand hygiene, precautions to be taken during aerosol-generating procedures, collection of

106  diagnostic respiratory specimens, environmental infection control practices and many others.

107  These guidelines in addition to institution-specific infection control measures – described in

108  detail in Lepak et al [13] – were in place at the institution evaluated here. We posit that these

109  guidelines are generally successful in protecting HCP from SARS-CoV-2 infection in a

AR-04268

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

110    healthcare setting. In this report, we test this hypothesis using viral sequencing to investigate

111    the likely sources of infection in a series of HCP in the United States.

112

113    Sequencing has been used to explore the origin and the path of spread of various nosocomial

114    *bacterial* pathogens, such as vancomycin resistant-enterococcus (VRE), *Listeria*

115    *monocytogenes*, and *Klebsiella pneumoniae* [14–17]. With a few exceptions [18–20], viral sequencing

116    is not currently standard practice for investigating healthcare-associated SARS-CoV-2

117    infections, although we and others have highlighted the potential utility of this approach [3–6]. Data

118    suggest SARS-CoV-2 accumulates approximately one fixed mutation every other transmission

119    event [21,22]. Therefore, if SARS-CoV-2 is directly transmitted from one individual to another, this

120    "transmission pair" is expected to share identical, or nearly identical (≤1 consensus SNV

121    difference), viral sequences. The most parsimonious explanation for identical or near-identical

122    genomes generated from individuals with known contact is that they are transmission pairs [23]. In

123    contrast, two people who became infected at similar times, but from different sources, would be

124    expected to be infected with viruses that differ from each other by two or more nucleotides. This

125    is especially true at this stage of the pandemic in the United States, when transmission rates are

126    high and multiple viruses of distinct genetic lineages cocirculate in many areas [24]. By increasing

127    the resolution of inference, rapid viral sequencing can facilitate a targeted approach to examine

128    SARS-CoV-2 nosocomial outbreaks at the level of the individual and the institution, which others

129    have referred to collectively as "precision epidemiology" [25].

# Results

131    HCP began testing positive for SARS-CoV-2 at a major academic biomedical institution in the

132    American Upper Midwest in early March 2020. From 12 March, 2020 to 10 January, 2021

133    ~1,172 HCP tested positive for SARS-CoV-2 at this center. In collaboration with this institution's

6

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

134    infection control team, we began sequencing viral genomes from residual nasopharyngeal

135    specimens from the individuals involved in these infection clusters. We focused our analyses on

136    HCP infections and infection clusters that were highest risk for nosocomial transmission, as

137    when healthcare-associated transmission could not be ruled out using epidemiological data

138    alone. Each investigation included at least one HCP, all known direct and indirect SARS-CoV-2-

139    positive patient contacts where residual swab was available, and occasionally extended to

140    epidemiologically-linked household contacts. Relevant patient contacts were identified in the

141    Epic electronic medical record using a comprehensive caregiver trace. This function identifies all

142    patient records accessed by a HCP.

143

144    We consider three main potential sources of healthcare-associated infection with SARS-CoV-2:

145    "outside community," "patient source" (via HCP-patient interactions), and "employee source" (via

146    HCP-HCP interactions). A few HCP infections did not fit neatly into these categories so we have

147    included two additional categories. First, "combined patient and employee cluster", where a

148    patient-to-HCP transmission event likely initiated a cluster of infections, but we were unable to

149    pinpoint the first HCP to become infected. Second, "inconclusive", where a consensus

150    sequence was not available, there were no appropriate comparator samples, or epidemiological

151    information were insufficient to interpret the sequence data.

152

153    For us to conclude person A was a likely source of infection for person B, persons A and B must

154    have had known contact with each other, must have been tested within 0-14 days of each other,

155    and must have been infected with identical or near-identical (≤1 consensus intrahost single

156    nucleotide variant (iSNV) difference) viruses. In cases where we found the HCP virus diverged

157    from the patient- and employee-contact viruses, we concluded infection most likely occurred

158    outside of the healthcare setting, or in the "outside community".

159

AR-04270

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

160     In total, we investigated 32 SARS-CoV-2 infection clusters involving 96 HCP, 140 possible

161     patient contacts, and 1 household contact (total n = 237). This accounted for approximately

162     ~8.2% (96/1,172) of all documented infections in the HCP at this institution. In total, we

163     sequenced 237 samples collected between 15 March and 27 December, 2020. Of these, 182

164     met quality standards (as described in methods) and were used for downstream analysis. We

165     did not find a closely related virus among the epidemiologically linked contacts in 58 HCP

166     infections, so we concluded the most likely source of infection in these cases could be traced to

167     the outside community (58/96; 60.4%). We find a smaller percentage could be traced to a

168     coworker (10/96; 10.4%) or were part of a patient-employee cluster (12/96; 12.5%). Strikingly,

169     the smallest proportion of HCP infections could be clearly traced to a patient source (4/96;

170     4.2%). The remaining HCP infections could not be definitively traced to a single source and

171     were therefore inconclusive (12/96; 12.5%) (**Table 1**). Below, we describe one representative

172     example of three distinct transmission scenarios – outside community-to-HCP, HCP-to-HCP,

173     and patient-to-HCP. A brief overview of all cases included in this study can be found in

174     **Supplementary File 1**.

175

176     In case #20, we compared the viral sequence of a HCP (HCP 20-1), who tested positive in early

177     October, to a patient contact who tested positive eight days prior. A comprehensive caregiver

178     trace of HCP 20-1 revealed a single patient contact with diagnosed COVID-19 (patient 20-A)

179     within the 14 days prior HCP 20-1's symptom onset. HCP 20-1 provided direct care to patient

180     20-A while wearing appropriate PPE and with no reported lapses in PPE. Viral sequencing

181     revealed HCP 20-1 was infected with a virus clustering with the 20G clade whereas patient 20-A

182     was infected with a 20A-clade virus. The sequences of these viruses differed at >20 sites, so we

183     concluded these individuals were unlikely to represent a transmission pair and HCP 20-1 was

184     more likely infected in the outside community (**Figure 1**).

185

AR-04271

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

186    In case #16, we investigated infections in three HCP who worked in the same department and

187    tested positive in early September (HCP 16-2), mid-September (HCP 16-1), and late September

188    (HCP 16-3). Contact tracing revealed HCP 16-2 worked for two days prior to symptom onset

189    and may have had unmasked contact with HCP 16-1 during overlapping meal breaks. Contact

190    tracing additionally revealed HCP 16-3 had an exposure event lasting >15 minutes in the

191    outside community prior to testing positive. Viral sequencing in this cluster showed HCP 16-1

192    and 16-2 were infected with 20G-clade viruses that were identical at the consensus level, while

193    HCP 16-3 was infected with a genetically dissimilar 20A-clade virus. We therefore concluded

194    HCP 16-2 was a likely source of infection for HCP 16-1, while HCP 16-3 was likely infected

195    elsewhere (**Figure 2**).

196

197    Case #10 involved a HCP (HCP 10-1) who provided care for 15 patients diagnosed with

198    COVID-19 in the 14 days prior to HCP 10-1's symptom onset. HCP 10-1 provided direct care to

199    each of these patients while wearing appropriate PPE with no reported lapses in PPE. We

200    generated consensus sequences from HCP 10-1 and nine patient contacts. There was

201    insufficient viral RNA (vRNA) in the remaining six patient contacts to generate high-quality

202    consensus sequences for comparison. The virus isolated from patient 10-G was identical to the

203    virus from HCP 10-1. Given the known epidemiological association between these two

204    individuals (HCP 10-1 provided direct patient care to patient 10-G), the time separating sample

205    collections (late July & early August), and identical viral sequences, we concluded patient 10-G

206    is a likely source of infection for HCP 10-1 (**Figure 3**).

207

208    The center where we conducted this case series implemented a number of changes to their

209    institutional infection control guidelines based on these sequencing results [13]. The

210    recommendations for extended reuse of medical grade face masks were clarified and now

211    instruct HCP to consider barrier mask replacement after three days of wear, to inspect the

9

AR-04272

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

212    barrier mask prior to each use and to replace if soiled or damaged, and to always ask for PPE

213    when needed. N-95s or powered air-purifying respirators (PAPR) are now universally required

214    on inpatient units housing COVID-19-confirmed and suspected patients. In addition, medical-

215    grade face masks, instead of cloth masks, are now required for HCP in all clinical areas, and not

216    just direct patient care areas. This final recommendation was based on likely HCP-to-HCP

217    transmission involving a HCP who was not directly involved in patient care of COVID-19

218    patients (case #14 in **Supplementary File 1**).

219    # Discussion

220    HCP across the hospital are involved in caring for people with COVID-19, whether or not they

221    work on an actual COVID-19 ward. With shifting guidelines and PPE shortages that persist

222    today, it is critical to assess the risk that HCP treating people with known SARS-CoV-2 infection

223    will become infected themselves. Here we used viral genome sequencing to assess the risk that

224    HCP in a large academic medical system treating COVID-19 patients would acquire nosocomial

225    infections. Although others have written about the potential utility of sequencing as an infection

226    control asset within clinical settings, few have demonstrated the practical application of such

227    efforts [3–5]. Our results suggest that caring for COVID-19 patients accounted for a minority of

228    HCP infections (n=4), even while evaluating high-risk infections where epidemiological data

229    alone could not be used to rule out healthcare-associated transmission. In contrast, HCP at this

230    institution were much more likely to acquire SARS-CoV-2 from infected coworkers (n=10) or in

231    the outside community (n=58). This result suggests that infection control procedures,

232    consistently followed, offer significant protection to HCP caring for COVID-19 patients in the

233    United States. A similar conclusion was drawn by recent studies evaluating healthcare-

234    associated infections in the Netherlands and in the UK, suggesting this conclusion may hold

235    across healthcare systems [1,2].

AR-04273

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

236

237   Our results suggest that the infection control measures and PPE in place at the institution where

238   we conducted this case series [13] can protect against symptomatic SARS-CoV-2 infection, even

239   in settings where the density of individuals infected with SARS-CoV-2 is relatively high. This

240   provides some confidence that PPE and similar infection control measures, when used

241   consistently and correctly, will provide adequate protection in other congregate settings, like

242   schools. The impact of reopening primary schools remains unclear, yet the long-term

243   consequences of remote learning and physical distancing on children, particularly those from

244   disadvantaged backgrounds, are of increasing concern [26]. In addition to reducing rates of

245   community spread, it follows that schools should prioritize making PPE and training on its

246   appropriate use available to all staff [27]. Similar precautions are needed in other congregate

247   settings as well, such as correctional facilities and factories, to protect inmates and workers.

248

249   The effectiveness of hospital- and clinic-like PPE and infection control guidelines used in other

250   congregate settings should similarly be evaluated following implementation. As the cost of viral

251   sequencing continues to drop and sequencing technologies continue to improve, the integration

252   of rapid pathogen sequence information with traditional epidemiological investigation

253   approaches is possible at the level of individual hospitals, clinics, school systems, and

254   correctional facilities. Such systems would allow for the rapid reconstruction of transmission

255   networks. These systems would also inform feedback loops for schools and institutions to

256   continually assess and improve the efficacy of infection control and PPE procedures in

257   protecting HCP, teachers, children, workers, and individuals who are incarcerated. We should

258   work to build such systems now because we can be certain pathogenic viruses will continue to

259   emerge unpredictably.

260

AR-04274

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

261    Sampling and contact tracing of nosocomial outbreaks is often coordinated by local hospitals

262    and/or departments of health while expertise in viral sequencing, bioinformatics, and

263    phylogenetics can more often be found in academic laboratories. Successful application of

264    precision epidemiology requires the integration of these areas. This is possible now at academic

265    medical institutions like ours, but presents more of a challenge at smaller, rural, and private

266    patient care centers. Federal support should be provided to help establish and maintain these

267    collaborations in the current pandemic and in anticipation of future outbreaks.

268

269    Importantly, we were only able to evaluate samples for which residual swab was available and

270    for which we were able to generate high-quality consensus sequences. Given this limitation, we

271    were often able to exclude patient contacts and co-workers as likely sources of infection in HCP,

272    but we were rarely able to pinpoint the exact source of infection, especially when it occurred

273    outside of the healthcare setting. In addition, this study only examined SARS-CoV-2 infections

274    in HCP from a single academic medical center so our conclusions may not be broadly

275    generalizable. However, another recent study evaluated healthcare-associated infections in the

276    Netherlands and similarly found no evidence for widespread nosocomial transmission of SARS-

277    CoV-2, suggesting our conclusions may hold across institutions and healthcare systems [1].

278    Further, we were not able to differentiate between routes of infection (airborne, droplet, contact)

279    with the limited epidemiological data available to us in this study.

280    Here we demonstrated how rapid whole-genome sequencing of current SARS-CoV-2 outbreaks

281    in hospitals can be used retrospectively to reconstruct the likely source of HCP infection and

282    prospectively to adjust and improve infection control practices and guidelines. The approach we

283    describe here need not be limited to investigation of pandemic virus outbreaks. Key concepts

284    from genome sequencing and routine pathogen surveillance can be applied to any nosocomial

285    pathogen and inform changes to infection control practices. Overall, while we do find examples

12

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

286  of patient-to-HCP and HCP-to-HCP spread, the majority of HCP infections appeared to be

287  acquired through community exposure, emphasizing the importance of ongoing measures to

288  reduce community spread through mask-wearing, physical distancing, robust testing programs,

289  and rapid distribution of vaccines.

# Methods
290

## Sample approvals and sample selection criteria
291

292  From 12 March 2020 to 10 January 2021, ~1,172 HCP tested positive for SARS-CoV-2 at a

293  major academic medical institution in the Upper Midwest. In the case of infections where

294  epidemiological data alone could not rule out healthcare-associated infection, we sequenced

295  viral genomes from all available residual specimens from the individuals involved in these

296  outbreaks. These clusters included at least one HCP, SARS-CoV-2-positive patient contacts,

297  and occasionally extended to epidemiologically-linked hospital staff and household contacts.

298  Relevant patient contacts were identified in the Epic electronic medical record using a

299  comprehensive caregiver trace. This function identifies all patient records accessed by a HCP

300  being traced.

## Summary of infection control measures to prevent transmission of
301

## SARS-CoV-2 at our institution
302

303  Detailed descriptions of all infection control measures implemented to prevent transmission of

304  SARS-CoV-2 at the medical institution evaluated here can be found in a recent report by Lepak

305  et al [13]. Briefly, these guidelines include a universal testing policy for all patients admitted to the

306  hospital, negative air pressure in all locations where SARS-CoV-2 patients are treated, a limit of

AR-04276

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

307    one visitor or primary support person per patient per day (required to undergo screening prior to

308    entry), establishment of an employee testing site with required employee self-monitoring for

309    signs and symptoms of infection, maintenance of a log of persons entering the room of a

310    confirmed or suspected COVID-19 patient for contact tracing purposes, and establishment of a

311    designated respiratory care unit in the emergency department, among others. PPE guidelines

312    include universal masking and face-shield use with any patient care contact, enhanced PPE

313    requirements for HCP working in the intensive care unit or performing aerosol-generating

314    procedures, and formal donning and doffing protocols and required training for all HCP, among

315    others.

## vRNA isolation

317    All samples were isolated using a Maxwell isolation instrument and subsequently processed

318    using a modified ARTIC tiled amplicon approach [28,29]. Nasopharyngeal swabs received in

319    transport medium (VTM) were briefly centrifuged at 14,000 r.p.m. for 30 seconds at room

320    temperature to ensure all residual sample sediments at the bottom of the tube. Viral RNA

321    (vRNA) was extracted from 100 μl of VTM using the Viral Total Nucleic Acid Purification kit

322    (Promega, Madison, WI, USA) on a Maxwell RSC 48 instrument and was eluted in 50 μL of

323    nuclease-free $H_2O$.

## Complementary DNA (cDNA) generation

325    Complementary DNA (cDNA) was synthesized using a modified ARTIC Network approach [28,29].

326    Briefly, vRNA was reverse transcribed with SuperScript IV Reverse Transcriptase (Invitrogen,

327    Carlsbad, CA, USA) using random hexamers and dNTPs. Reaction conditions were as follows:

328    1μL of random hexamers and 1μL of dNTPs were added to 11 μL of sample RNA, heated to

329    65˚C for 5 minutes, then cooled to 4˚C for 1 minute. Then 7 μL of a master mix (4 μL 5x RT

14

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

330     buffer, 1 µL 0.1M DTT, 1µL RNaseOUT RNase Inhibitor, and 1 µL SSIV RT) was added and

331     incubated at 42˚C for 10 minutes, 70˚C for 10 minutes, and then 4˚C for 1 minute.

## Multiplex PCR to generate SARS-CoV-2 genomes

333     A SARS-CoV-2-specific multiplex PCR for Nanopore sequencing was performed, similar to

334     amplicon-based approaches as previously described [28,29]. In short, primers for 96 overlapping

335     amplicons spanning the entire genome with amplicon lengths of 500bp and overlapping by 75 to

336     100bp between the different amplicons were used to generate cDNA. cDNA (2.5 µL) was

337     amplified in two multiplexed PCR reactions using Q5 Hot-Start DNA High-fidelity Polymerase

338     (New England Biolabs, Ipswich, MA, USA) using the conditions previously described [28,29].

339     Samples were amplified through 25 cycles of PCR and each resulting multiplex sample was

340     pooled together before ONT library prep.

## Library preparation and sequencing

342     Amplified PCR product was purified using a 1:1 concentration of AMPure XP beads (Beckman

343     Coulter, Brea, CA, USA) and eluted in 30µL of water. PCR products were quantified using Qubit

344     dsDNA high-sensitivity kit (Invitrogen, USA) and were diluted to a final concentration of 1 ng/µl.

345     A total of 5ng for each sample was then made compatible for deep sequencing using the one-

346     pot native ligation protocol with Oxford Nanopore kit SQK-LSK109 and its Native Barcodes

347     (EXP-NBD104 and EXP-NBD114) [29]. Specifically, samples were end-repaired using the

348     NEBNext Ultra II End Repair/dA-Tailing Module (New England Biolabs, Ipswich, MA, USA).

349     Samples were then barcoded using 2.5µL of ONT Native Barcodes and the Ultra II End Repair

350     Module. After barcoding, samples were pooled directly into a 1:1 concentration of AMPure XP

351     beads (Beckman Coulter, Brea, CA, USA) and eluted in 30µL of water. Samples were then

352     tagged with ONT sequencing adaptors according to the modified one-pot ligation protocol [29]. Up

15

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

353   to 24 samples were pooled prior to being run on the appropriate flow cell (FLO-MIN106) using

354   the 72hr run script.

## Processing raw ONT data

356   Sequencing data was processed using the ARTIC bioinformatics pipeline

357   (https://github.com/artic-network/artic-ncov2019), with a few modifications. Briefly, we have

358   modified the ARTIC pipeline so that it demultiplexes raw fastq files using qcat as each fastq file

359   is generated by the GridION (https://github.com/nanoporetech/qcat). Once a barcode reaches

360   100k reads, it will trigger the rest of the ARTIC bioinformatics workflow which will map to the

361   Severe acute respiratory syndrome coronavirus 2 isolate Wuhan-Hu-1 reference (Genbank:

362   MN908947.3) using minimap2. This alignment will then be used to generate consensus

363   sequences and variant calls using medaka (https://github.com/nanoporetech/medaka). The

364   entire ONT analysis pipeline is available at https://github.com/gagekmoreno/SARS-CoV-2-in-

365   Southern-Wisconsin.

## Consensus sequence analysis – clade and lineage generation

367   Following the generation of consensus sequences via the above ARTIC pipeline, samples were

368   excluded from downstream analysis if gaps in the consensus sequence totaled ≥20% of the

369   genome. Each sample's consensus sequence within a report (or as many as possible), were

370   visually inspected in Geneious Prime (https://www.geneious.com) and/or in Nextstrain's

371   Nextclade online tool (https://clades.nextstrain.org/). When inspecting in Geneious, we aligned

372   all sequences to a standard reference sequence – an early Wuhan sequence (Genbank:

373   MN908947.3). Using these alignments as well as exported Nextclade CSV files, we were able to

374   quickly identify consensus intrahost single nucleotide variant (iSNV) differences. We additionally

AR-04279

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

375    used Nextstrain's Nextclade tool to assign clades. We used Pangolin's command-line tool to

376    assign sequences to Pangolin lineages (https://github.com/cov-lineages/pangolin).

377

378    As noted in the results, for us to conclude person A was a likely source of infection for person B,

379    persons A and B must have had known contact or epidemiological links, they must have been

380    tested within 0-14 days of each other, and they must be infected with identical or near-identical

381    (≤1 consensus iSNV difference) viruses.

# Consensus sequence analysis – Southeast Wisconsin

## Phylogenetic tree

384    Wisconsin-centric time-resolved and divergence phylogenetic trees (seen in **Supplementary**

385    **File 1**) were built using the standard Nextstrain tools and scripts [30].

# Report generation

387    For each sample set, we drafted these results into a PDF report to be shared with the hospital

388    infection control team. These reports were drafted in a standardized format. In each report, we

389    outlined the purpose for the report, the samples involved including any associated metadata, a

390    brief description of the methods used to generate the sequence data, a screen grab of a

391    Nextclade alignment, a table summarizing the iSNV differences, phylogenetic trees if applicable,

392    and finally any overall conclusions that could be drawn regarding the likely and unlikely sources

393    of infection. A summary of each of these reports can be found in **Supplementary File 1**.

AR-04280

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license.

## Data availability

Variant identities, alignments, phylogenetic trees, Nextclade CSVs, and Pangolin lineage reports can be found for each case on the GitHub accompanying this manuscript here. An interactive view of the Wisconsin Nextstrain phylogenetic tree can be found here. Figures 1A, 2A, and 3A were created with BioRender.com.

## Study approvals

The University of Wisconsin-Madison Institutional Review Board deemed this study quality improvement, rather than research, and considered it exempt from review. Data and metadata were collected as part of routine infection control policy in nosocomial outbreaks and all data were deidentified prior to analysis.

## Competing interests

The authors declare no competing interests.

## Acknowledgements

We gratefully acknowledge Anna Heffron for assisting with sample transport. We also thank all healthcare workers and infection control teams for their ongoing dedication to patient and community health and wellness. This project was funded in part through COVID-19 Response grants from the Wisconsin Partnership Program at the University of Wisconsin School of Medicine and Public Health to T.C.F. and D.H.O. N.S. is supported by the National Institute of Allergy and Infectious Diseases Institute (NIAID) Grant 1DP2AI144244-01.

AR-04281

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

# References

1. Sikkema RS, Pas SD, Nieuwenhuijse DF et al. COVID-19 in health-care workers in three hospitals in the south of the Netherlands: a cross-sectional study. *Lancet Infect Dis* 2020; **20**:1273-1280.

2. Meredith LW, Hamilton WL, Warne B et al. Rapid implementation of SARS-CoV-2 sequencing to investigate cases of health-care associated COVID-19: a prospective genomic surveillance study. *Lancet Infect Dis* 2020; **20**:1263-1272.

3. Deurenberg RH, Bathoorn E, Chlebowicz MA et al. Application of next generation sequencing in clinical microbiology and infection prevention. *J Biotechnol* 2017; **243**:16-24.

4. Tang P, Croxen MA, Hasan MR, Hsiao WW, Hoang LM. Infection control in the new age of genomic epidemiology. *Am J Infect Control* 2017; **45**:170-179.

5. Safdar N, Moreno GK, Braun KM, Friedrich TC, O'Connor DH. Using Virus Sequencing to Determine Source of SARS-CoV-2 Transmission for Healthcare Worker. *Emerg Infect Dis* 2020; **26**:2489-2491.

6. Sikkens JJ, Buis DTP, Peters EJG et al. Serologic Surveillance and Phylogenetic Analysis of SARS-CoV-2 Infection in Hospital Health Care Workers. *medRxiv* 2021; 2021.01.10.21249440.

7. Nguyen LH, Drew DA, Graham MS et al. Risk of COVID-19 among front-line health-care workers and the general community: a prospective cohort study. *Lancet Public Health* 2020; **5**:e475-e483.

8. Chou R, Dana T, Buckley DI, Selph S, Fu R, Totten AM. Epidemiology of and Risk Factors for Coronavirus Infection in Health Care Workers: A Living Rapid Review. *Ann Intern Med* 2020; **173**:120-136.

9. Lai J, Ma S, Wang Y et al. Factors Associated With Mental Health Outcomes Among Health Care Workers Exposed to Coronavirus Disease 2019. *JAMA Netw Open* 2020; **3**:e203976.

AR-04282

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

438    10. Cheng VC, Wong SC, Yuen KY. Estimating Coronavirus Disease 2019 Infection Risk in

439    Health Care Workers. *JAMA Netw Open* 2020; **3**:e209687.

440    11. Arpacioglu S, Gurler M, Cakiroglu S. Secondary Traumatization Outcomes and Associated

441    Factors Among the Health Care Workers Exposed to the COVID-19. *Int J Soc Psychiatry* 2020;

442    20764020940742.

443    12. CDC. Interim Infection Prevention and Control Recommendations for Healthcare Personnel

444    During the Coronavirus Disease 2019 (COVID-19) Pandemic. 2020;

445    13. Lepak AJ, Shirley DK, Buys A, Stevens L, Safdar N. Implementation of infection control

446    measures to prevent healthcare-associated transmission of severe acute respiratory

447    coronavirus virus 2 (SARS-CoV-2). *Infect Control Hosp Epidemiol* 2020; 1-4.

448    14. Quainoo S, Coolen JPM, van Hijum SAFT et al. Whole-Genome Sequencing of Bacterial

449    Pathogens: the Future of Nosocomial Outbreak Analysis. *Clin Microbiol Rev* 2017; **30**:1015-

450    1063.

451    15. Arnold C. Outbreak Breakthrough: Using Whole-Genome Sequencing to Control Hospital

452    Infection. *Environ Health Perspect* 2015; **123**:A281-6.

453    16. Kong LY, Eyre DW, Corbeil J et al. Clostridium difficile: Investigating Transmission Patterns

454    Between Infected and Colonized Patients Using Whole Genome Sequencing. *Clin Infect Dis*

455    2019; **68**:204-209.

456    17. Snitkin ES, Zelazny AM, Thomas PJ et al. Tracking a hospital outbreak of carbapenem-

457    resistant Klebsiella pneumoniae with whole-genome sequencing. *Sci Transl Med* 2012;

458    **4**:148ra116.

459    18. Houldcroft CJ, Roy S, Morfopoulou S et al. Use of Whole-Genome Sequencing of

460    Adenovirus in Immunocompromised Pediatric Patients to Identify Nosocomial Transmission and

461    Mixed-Genotype Infection. *J Infect Dis* 2018; **218**:1261-1271.

AR-04283

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

462   19. Greninger AL, Zerr DM, Qin X et al. Rapid Metagenomic Next-Generation Sequencing

463   during an Investigation of Hospital-Acquired Human Parainfluenza Virus 3 Infections. *J Clin*

464   *Microbiol* 2017; **55**:177-182.

465   20. Houlihan CF, Frampton D, Ferns RB et al. Use of Whole-Genome Sequencing in the

466   Investigation of a Nosocomial Influenza Virus Outbreak. *J Infect Dis* 2018; **218**:1485-1489.

467   21. Biek R, Pybus OG, Lloyd-Smith JO, Didelot X. Measurably evolving pathogens in the

468   genomic era. *Trends Ecol Evol* 2015; **30**:306-313.

469   22. Rai B, Shukla A, Dwivedi LK. Estimates of serial interval for COVID-19: A systematic review

470   and meta-analysis. *Clin Epidemiol Glob Health* 2021; **9**:157-161.

471   23. Bell SM, Hodcroft EB, Müller NF et al. Genomic analysis of COVID-19. Situation report

472   2020-05-15. 2020;

473   24. Nextstrain. Genomic epidemiology of novel coronavirus - North America-focused

474   subsampling.

475   25. Ladner JT, Grubaugh ND, Pybus OG, Andersen KG. Precision epidemiology for infectious

476   disease control. *Nat Med* 2019; **25**:206-211.

477   26. Viner RM, Russell SJ, Croker H et al. School closure and management practices during

478   coronavirus outbreaks including COVID-19: a rapid systematic review. *Lancet Child Adolesc*

479   *Health* 2020; **4**:397-404.

480   27. Levinson M, Cevik M, Lipsitch M. Reopening Primary Schools during the Pandemic. *N Engl*

481   *J Med* 2020; **383**:981-985.

482   28. Quick J, Grubaugh ND, Pullan ST et al. Multiplex PCR method for MinION and Illumina

483   sequencing of Zika and other virus genomes directly from clinical samples. *Nat Protoc* 2017;

484   **12**:1261-1276.

485   29. Quick J. nCoV-2019 sequencing protocol. *protocolsio* 2020;

486   30. Hadfield J, Megill C, Bell SM et al. Nextstrain: real-time tracking of pathogen evolution.

487   *Bioinformatics* 2018; **34**:4121-4123.

AR-04284

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

# Figures and tables





**Figure 1**. Graphical representation of case #20. A. Virus sequences are aligned against SARS-CoV-2 reference sequence Wuhan-Hu-1 (MN908947.3). Vertical markers denote the location of consensus nucleotide differences between patient viruses and the reference. B. A time-resolved phylogenetic tree built using Nextstrain tools with all Wisconsin sequences available as of 2021-01-15. Viruses involved in this case are denoted with thick branches and labeled tips. Color denotes clade.



**Figure 2**. Graphical representation of case #16. A. Virus sequences are aligned against SARS-CoV-2 reference sequence Wuhan-Hu-1 (MN908947.3). Vertical markers denote the location of consensus nucleotide differences between patient viruses and the reference. Purple vertical markers indicate identical virus sequences. B. A time-resolved phylogenetic tree built using Nextstrain tools with all Wisconsin sequences available as of 2021-01-15. Viruses involved in this case are denoted with thick branches and labeled tips. Color denotes clade.

AR-04285

medRxiv preprint doi: https://doi.org/10.1101/2021.01.28.21250421; this version posted February 1, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .



501   **Figure 3**. Graphical representation of case #10. A. Virus sequences are aligned against SARS-

502   CoV-2 reference sequence Wuhan-Hu-1 (MN908947.3). Vertical markers denote the location of

503   consensus nucleotide differences between patient viruses and the reference. Purple vertical

504   markers indicate identical virus sequences. B. A time-resolved phylogenetic tree built using

505   Nextstrain tools with all Wisconsin sequences available as of 2021-01-15. Viruses involved in

506   this case are denoted with thick branches and labeled tips. Color denotes clade.

507

508   **Table 1**. Summary of the likely source of infection in the HCP evaluated in this study.

| Likely source of infection in HCP | Number of cases |
|---|---|
| Outside community | 58 (60.4%) |
| Patient source (via employee-patient interactions) | 4 (4.2%) |
| Employee source (via employee-employee interactions) | 10 (10.4%) |
| Combined patient and employee cluster | 12 (12.5) |
| Inconclusive | 12 (12.5) |
| Total | 96 |

509

AR-04286









medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

1  **Virological characteristics of SARS-CoV-2 vaccine breakthrough infections in health**

2  **care workers**

3

4  Marc C. Shamier[1], Alma Tostmann[2], Susanne Bogers[1], Janet de Wilde[1], Jeroen IJpelaar[1], Willemijn A. van

5  der Kleij[3], Herbert de Jager[3], Bart L. Haagmans[1], Richard Molenkamp[1], Bas. B. Oude Munnink[1],  Carsten

6  van Rossum[2], Janette Rahamat-Langendoen[2],  Nannet van der Geest[5], Chantal P. Bleeker-Rovers[4],

7  Heiman Wertheim[2,] Marion P.G. Koopmans[1], Corine H. GeurtsvanKessel[1]

8

9  Affiliations

10  [1]Department of Viroscience, Erasmus Medical Center, Rotterdam, The Netherlands

11  [2]Department of Medical Microbiology, Radboud Centre for Infectious Diseases, Radboud university

12  medical center, Nijmegen, The Netherlands

13  [3]Department of Occupational Health Services, Erasmus Medical Center, Rotterdam, Netherlands.

14  [4]Department of Internal Medicine, Radboud Centre for Infectious Diseases, Radboud university medical

15  center, Nijmegen, The Netherlands

16  [5]Department of Occupational Health, Radboud university medical center, Nijmegen, The Netherlands

17

18  Corresponding authors:

19  *email* c.geurtsvankessel@erasmusmc.nl

20

NOTE: This preprint reports new research that has not been certified by peer review and should not be used to guide clinical practice.

AR-04290

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

**Abstract**

**Background:** SARS-CoV-2 vaccines are highly effective at preventing COVID-19-related morbidity and mortality. As no vaccine is 100% effective, breakthrough infections are expected to occur.

**Methods:** We analyzed the virological characteristics of 161 vaccine breakthrough infections in a population of 24,706 vaccinated healthcare workers (HCWs), using RT-PCR and virus culture.

**Results:** The delta variant (B.1.617.2) was identified in the majority of cases. Despite similar Ct-values, we demonstrate lower probability of infectious virus detection in respiratory samples of vaccinated HCWs with breakthrough infections compared to unvaccinated HCWs with primary SARS-CoV-2 infections. Nevertheless, infectious virus was found in 68.6% of breakthrough infections and Ct-values decreased throughout the first 3 days of illness.

**Conclusions:** We conclude that rare vaccine breakthrough infections occur, but infectious virus shedding is reduced in these cases.

AR-04291

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

35   **Introduction**

36   Once COVID-19 vaccines became available, health care workers (HCWs) were among the first groups to

37   be vaccinated and reach high vaccine coverage. Registered vaccines have been highly effective in

38   preventing clinically significant coronavirus disease 2019 (COVID-19), caused by severe acute respiratory

39   syndrome coronavirus 2 (SARS-CoV-2)[1], and have shown to reduce the incidence of

40   infections[2,3]. However, mild breakthrough infections in a small percentage of vaccine recipients have been

41   described[4-9] which is not surprising as none of the registered vaccines will provide sterile immunity against

42   infection[10-13]. In a setting of mass vaccination, the BNT162b2 vaccine was highly effective (92%) at

43   preventing infection from 7 days after the second dose[14], but a recent study from Israel described vaccine

44   breakthrough infections in 39 health care workers vaccinated with the BNT162b2 mRNA vaccine. The

45   alpha variant was identified as the main causative strain and a majority of cases presented low Ct-values

46   (<30), indicating probable infectivity[4]. For the single dose Ad26.COV2.S adenoviral vector vaccine, a phase

47   IV study reported a 76.1% effectiveness to prevent infection from 14 days after vaccination[15]. The

48   effectiveness against infection with the delta (B.1.617.2) variant was 88% for the BNT162B2 vaccine and

49   67% for the ChAdOx1 vaccine, moderately lower than against infection with the alpha (B.1.1.7) variant[16].

50   Up to present, little is known about the virological kinetics of SARS-CoV-2 breakthrough infections, and

51   the role of the vaccinated host in the transmission cycle. Better understanding of the dynamics of

52   breakthrough infections is essential to define infection prevention and (public) health policies during the

53   next phase of the pandemic. In this study, we report the virological findings of 161 vaccine breakthrough

54   infections occurring from April to July 2021 in the Netherlands. The infections occurred in HCWs working

55   in two tertiary care hospitals, who were immunized with various mRNA and viral vector vaccines.

56   Infections were caused predominantly by the SARS-CoV-2 delta variant and virus culture was performed

57   as a proxy for infectivity.

58

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

59   **Results**

60   A total of 161 fully vaccinated HCWs diagnosed with COVID-19 by PCR were included in this study. In

61   accordance with case definitions defined by the Centers for Disease Control and Prevention, infections

62   were classified as breakthrough infections if the date of the first positive SARS-CoV-2 RT-PCR was more

63   than 14 days after completion of all recommended vaccine doses[17]. Cases with symptom onset <14 days

64   after the last vaccine dose and cases with a previous positive test <45 days prior were not considered

65   breakthrough infections.  In parallel with a surge in cases in the general Dutch population[18], an increased

66   incidence of breakthrough infections in HCWs was observed in July 2021. In 126 samples a SARS-CoV-2

67   lineage could be identified, 90.5% of these showed presence of the delta variant. The mean age of the

68   HCWs with a breakthrough infection was 25.5 years and 91% were less than 50 years old (Table 1). All

69   infections were mild and did not require hospital admission. The individuals were vaccinated between

70   January and May 2021 with either an mRNA vaccine or a viral vector vaccine. Table 1 shows the

71   distribution of vaccines among all HCWs and among the HCWs with breakthrough infections.  Although

72   the data  may imply an overrepresentation of Ad26.COV2.S and BNT162b2 vaccine recipients among the

73   cases, this study was not designed to compare vaccine effectivity. The indication to receive a certain

74   vaccine was not random and data on risk factors for exposure were not recorded, therefore potential

75   confounders could not be adjusted for.

76   Table 1 shows the distribution of Ct-values of the breakthrough infections, as a proxy for the

77   nasopharyngeal viral load. Ct-values were significantly lower in symptomatic breakthrough infections ($\mu$

78   = 23.2) than in asymptomatic breakthrough infections ($\mu$ = 26.7), corresponding to higher viral loads (p =

79   0.022, t-test). In symptomatic vaccinated HCWs, the Ct-values decreased significantly throughout the first

80   days from symptom onset and were lowest on the third day of illness (Figure 1A). There were no

81   statistically significant differences in Ct-values between HCWs immunized with the 4 different vaccines.

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

82    Furthermore, the time since the administration of the last vaccine dose showed no clear relationship with

83    Ct-values ($R^2$ = 0.02, p = 0.13, linear regression).

84    Subsequently, RT-PCR positive swabs were tested for the presence of infectious virus using cell culture.

85    As a reference, we used the (first positive) samples from mild primary infections that occurred in the same

86    cohort of HCWs prior to the onset of vaccination, these infections were primarily caused by SARS-CoV-2

87    D614G. The mean Ct-value upon diagnosis was similar between these two groups: 24.6 (15.3 - 33.9) for

88    vaccinated HCWs and 24.2 (14.53 - 33.8) for unvaccinated HCWs (p = 0.53, t-test) (Figure 1B). The SARS-

89    CoV-2 culture of nasopharyngeal swabs was positive in 68.6% of vaccinated HCWs versus 84.9% of

90    unvaccinated HCWs with primary infections (p = 0.005, t-test). As the probability of culture positivity

91    depends on viral load[19], this was corrected for using a probit regression model with both viral load and

92    vaccination status as predictors. Figure 1C shows the probability of a positive culture for a given viral load

93    in vaccinated and unvaccinated HCWs. A positive vaccination status significantly decreased the probability

94    of culture positivity  (p = 0.002, Wald test).

**Discussion**

96    In this study we assessed the virological kinetics of mild COVID-19 breakthrough infections upon

97    immunization with several vaccines. Our data support that the SARS-CoV-2 infectious virus shedding is

98    lower in vaccinated individuals with breakthrough infections (caused by primarily the delta variant) than

99    in unvaccinated individuals with primary infections (caused by SARS-CoV-2 D614G). Nevertheless, virus

100   culture was positive in 68.6% of breakthrough infections and Ct-values decreased throughout the first

101   three days of illness. Despite the reduced viral viability, the infectivity of individuals with breakthrough

102   infections should not be neglected.

103   It remains a challenge to assess infectivity of an individual based on clinical sampling. Although RT-PCR is

104   a highly sensitive method to diagnose SARS-CoV-2 infection, it detects RNA produced in infected cells

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

105    rather than whole (infectious) virions and is therefore not an optimal indicator of infectivity [19]. Ct-values

106    are sometimes used to differentiate between phases of infection, but the definition of a cut-off value is

107    complicated, due to the large variety of assays and clinical samples. Considering these limitations of RT-

108    PCR, demonstrating viral viability through replication in cell culture is currently considered the best proxy

109    to demonstrate infectious virus in a clinical specimen[20,21].  We and others previously showed that the

110    viability of SARS-CoV-2 depends on several factors among which the severity of disease, timing of

111    sampling, the type of specimen and presence of antibodies[19,22]. To our knowledge this is the first study to

112    report on virus cultures in COVID-19 vaccine breakthrough infections. Although reduced immune

113    responses may likely account for breakthrough infections, further studies are needed to investigate

114    whether these are still able to reduce infectious virus shedding.

115    Obviously, the use of virus culture has its limitations as well: it is a laborious method only performed in

116    specialized BSL-3 laboratories and therefore not widely applicable. In addition, lack of standardization of

117    methods (e.g. the cell line used) still hampers interchangeability of results between laboratories.

118    Nevertheless, an experimental animal study on SARS-CoV-2 transmission recently confirmed a strong

119    correlation between transmission and virus culture [23].

120    To study the effect of vaccination on infectivity, it would be preferable to compare infections occurring in

121    vaccinated and unvaccinated individuals during the same time period, to minimize the impact of different

122    SARS-CoV-2 variants. Due to the high vaccine coverage in HCW, we diagnosed very few infections in

123    unvaccinated HCWs. For this reason, we used infections prior to the onset of vaccination as a reference.

124    Although the predominant SARS-CoV-2 variant differed between groups, the groups were similar with

125    respect to demographic characteristics, severity of disease, testing algorithms and Ct-values upon

126    diagnosis. The study participants comprise a population immunized with several vaccines, which reflects

127    the current situation in many countries. This study was not designed to detect differences in vaccine

128    effectiveness, as HCWs who received different vaccines also differed with respect to demographic

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

129   characteristics. The frequency of breakthrough infections in the different groups was likely influenced by

130   variables that were not controlled for.

131   Phase IV studies have confirmed that vaccination is highly effective at preventing COVID-19-related

132   morbidity and mortality[2,14,15] although vaccine effectiveness will never reach 100%. Our study supports

133   the excellent effectiveness of vaccination in preventing severe SARS CoV-2 related disease, but also

134   demonstrates that vaccinated individuals can still acquire infection and carry infectious virus. Although

135   symptomatic vaccinated individuals should be tested to further reduce the chance of virus transmission

136   to individuals at risk for severe disease, further studies are needed to assess whether the decreased

137   infectious virus shedding in breakthrough infections also lowers the chance of virus transmission.

138

AR-04296

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

**Methods**

**Study population**

Data were collected and analyzed anonymously from HCWs of two tertiary care centers in the Netherlands (Erasmus University Medical Center, Rotterdam and Radboud University Medical Center, Nijmegen), together employing over 25,000 HCWs. Since April 2020, approximately 1900 symptomatic HCWs presenting to the occupational health services department were enrolled into a prospective cohort study[24]. Symptomatic HCWs underwent questioning and SARS-CoV-2 RT-PCR testing, complemented by tracing and testing of contacts, resulting in detection of asymptomatic cases. Any infections diagnosed by external laboratories were reported by the department of the respective employee. In both centers, immunization of HCWs commenced in January 2021 with the BNT162b2 mRNA vaccine (Pfizer-BioNTech), prioritizing physicians and nurses working directly with COVID-19 cases. The majority of HCWs received either the mRNA-1273 (Moderna) or Ad26.COV2.S (Janssen) vaccines and a minority was vaccinated with ChAdOx1 (AstraZeneca Oxford) (Table 1). The indication of the different vaccines was based on availability and professional role. Throughout the study period, all HCWs with symptomatic breakthrough infections followed institutional infection prevention guidelines and resumed their professional activities only after full recovery. HCWs with asymptomatic breakthrough infections remained in home isolation for at least 3 days. We compared virological characteristics of first RT-PCR positive samples collected from HCWs with breakthrough infections to first RT-PCR positive samples from the same cohort of HCWs prior to the onset of vaccination. The breakthrough infections occurred between April and July 2021, the primary infections occurred between April and December 2020 and were primarily caused by SARS-CoV-2 D614G. The two groups did not differ with respect to demographic characteristics and testing algorithms remained unchanged.

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

162     **RT-PCR for the detection of SARS-CoV-2 RNA**

163     SARS-CoV-2 RT-PCR tests were performed on nasopharyngeal swabs, using the SARS-CoV-2 test on a

164     Cobas® 6800 system (Roche Diagnostics) in Erasmus MC and using the Aurora Flow (Roche Diagnostics) in

165     Radboud Medical Center.  Using a formula based on E-gene calibration curves, cycle threshold (Ct) values

166     were converted to viral load in $Log_{10}$ RNA copies/mL. This conversion method was previously validated[25].

167     **Typing of SARS-CoV-2 variants using RT-PCR or next generation sequencing**

168     All positive samples were analyzed for the presence of mutations indicative of variants of concern, either

169     by next generation sequencing or by the use of  variant-specific RT-PCR tests (VirSNiP assays 53-0799 and

170     53-0807, TIB Molbiol, Berlin, Germany) using a SYBR Green melting curve protocol.  These assays screen

171     for the presence of HV69/70 deletion, N501Y, E484K,  K417T/K417N and P681R mutations. The results

172     were interpreted based on the genomics of the SARS-CoV-2 lineages circulating at the time of this study.

173     The combination of the HV69/70 deletion and N501Y mutation was considered indicative for the Alpha

174     variant (B.1.1.7). A K417N/E484K/N501Y profile was considered indicative for the Beta variant (B.1.351),

175     K417T/E484K/N501Y for the Gamma variant (P.1) and P681R for the Delta variant (B.1.617.2).

176     **Virus culture**

177     Virus culture was performed on all samples collected in the Erasmus Medical Center, by inoculating Vero

178     cells (clone 118) as previously described[19]. All cultures were performed in twofold, with one replicate for

179     immunofluorescence analysis after acetone fixation at 48h of incubation. The second replicate was

180     microscopically examined for the presence of cytopathic effect daily for 2 weeks.  Viral culture was

181     considered negative if no cytopathic effect was observed after 14 days of incubation. To investigate how

182     the probability of the binary outcome (culture positivity) depends on viral load and vaccination, the

183     culture results were analyzed using probit regression.

AR-04298

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

184    **Statistical analysis**

185    All statistical analyses was performed using R Statistical Software version 4.1.1 (Foundation for Statistical

186    Computing, Austria) and STATA statistical software program version 13.1 (Statacorp, USA).

187    **Ethical approval**

188    This study was approved by Radboud university medical center Committee on Research Involving Human

189    Subjects and the Erasmus Medical Center Medical Ethics Committee. All samples were collected following

190    routine institutional COVID-19 testing guidelines, the participants were not subject to any procedures for

191    the purpose of this study and all data were anonymized prior to analysis.

192

193

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

194    **Table 1. Characteristics of health care workers with SARS-CoV-2 vaccine breakthrough infections**

| | | HCWs with breakthrough infection | | All HCWs | |
|---|---|---|---|---|---|
| | | N | % | N | % |
| **Vaccine** | BNT162b2 | 37 | 23.0 | 2537 | 11.4 |
| | mRNA-1273 | 38 | 23.6 | 11321 | 51.1 |
| | Ad26.COV2.S | 71 | 44.1 | 7379 | 33.3 |
| | ChAdOx1 | 15 | 9.3 | 932 | 4.2 |
| **Symptomatic** | Yes | 136 | 84,5 | | |
| | No | 21 | 13,0 | | |
| | Unknown | 4 | 2,5 | | |
| **Age** | <25 | 71 | 44,1 | | |
| | 25-35 | 56 | 34,8 | | |
| | 35-50 | 20 | 12,4 | | |
| | 50-60 | 10 | 6,2 | | |
| | >60 | 4 | 2,5 | | |
| **Variant** | Alpha | 10 | 6,2 | | |
| | Beta | 1 | 0,6 | | |
| | Gamma | 1 | 0,6 | | |
| | Delta | 114 | 70,8 | | |
| | Unknown[a] | 35 | 21,7 | | |
| **Ct-value** | <15 | 2 | 1,2 | | |
| | 15-20 | 34 | 21,1 | | |
| | 20-25 | 45 | 28,0 | | |
| | 25-30 | 29 | 18,0 | | |
| | 30-35 | 15 | 9,3 | | |
| | >35 | 3 | 1,9 | | |
| | Unknown[a] | 33 | 20,5 | | |

195

196    [a]Ct-values and variant analysis were not available for health care workers whose tests were performed by external laboratories

AR-04301



**Figure 1. SARS-CoV-2 culture positivity and Ct-values in nasopharyngeal samples of health care workers with SARS-CoV-2 breakthrough infections.** (A) Ct-values by day from symptom onset (B) Ct-values of HCWs with vaccine breakthrough infections (primarily Delta) compared to Ct-values of HCWs with primary infections (primarily D614G) (C) Probability of culture positivity by nasopharyngeal viral load (Probit Analysis), comparing HCWs with vaccine breakthrough infections (primarily Delta) to HCWs with primary infections (primarily D614G)

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

## References

1.      Zhou P, Yang XL, Wang XG, et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin. Nature 2020;579:270-3.

2.      Abu-Raddad LJ, Chemaitelly H, Butt AA, National Study Group for C-V. Effectiveness of the BNT162b2 Covid-19 Vaccine against the B.1.1.7 and B.1.351 Variants. N Engl J Med 2021;385:187-9.

3.      Lopez Bernal J, Andrews N, Gower C, et al. Effectiveness of the Pfizer-BioNTech and Oxford-AstraZeneca vaccines on covid-19 related symptoms, hospital admissions, and mortality in older adults in England: test negative case-control study. BMJ 2021;373:n1088.

4.      Bergwerk M, Gonen T, Lustig Y, et al. Covid-19 Breakthrough Infections in Vaccinated Health Care Workers. N Engl J Med 2021.

5.      Kroidl I, Mecklenburg I, Schneiderat P, et al. Vaccine breakthrough infection and onward transmission of SARS-CoV-2 Beta (B.1.351) variant, Bavaria, Germany, February to March 2021. Euro Surveill 2021;26.

6.      McEwen AE, Cohen S, Bryson-Cahn C, et al. Variants of concern are overrepresented among post-vaccination breakthrough infections of SARS-CoV-2 in Washington State. Clin Infect Dis 2021.

7.      Rana K, Mohindra R, Pinnaka L. Vaccine Breakthrough Infections with SARS-CoV-2 Variants. N Engl J Med 2021;385:e7.

8.      Tyagi K, Ghosh A, Nair D, et al. Breakthrough COVID19 infections after vaccinations in healthcare and other workers in a chronic care medical facility in New Delhi, India. Diabetes Metab Syndr 2021;15:1007-8.

9.      Vignier N, Berot V, Bonnave N, et al. Breakthrough Infections of SARS-CoV-2 Gamma Variant in Fully Vaccinated Gold Miners, French Guiana, 2021. Emerg Infect Dis 2021;27.

10.     Absalon J, Koury K, Gruber WC. Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine. Reply. N Engl J Med 2021;384:1578.

11.     Baden LR, El Sahly HM, Essink B, et al. Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine. N Engl J Med 2021;384:403-16.

12.     Polack FP, Thomas SJ, Kitchin N, et al. Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine. N Engl J Med 2020;383:2603-15.

13.     Voysey M, Clemens SAC, Madhi SA, et al. Safety and efficacy of the ChAdOx1 nCoV-19 vaccine (AZD1222) against SARS-CoV-2: an interim analysis of four randomised controlled trials in Brazil, South Africa, and the UK. Lancet 2021;397:99-111.

14.     Dagan N, Barda N, Kepten E, et al. BNT162b2 mRNA Covid-19 Vaccine in a Nationwide Mass Vaccination Setting. N Engl J Med 2021;384:1412-23.

15.     Corchado-Garcia J, Puyraimond-Zemmour D, Hughes T, et al. Real-world effectiveness of Ad26.COV2.S adenoviral vector vaccine for COVID-19. medRxiv 2021:2021.04.27.21256193.

16.     Lopez Bernal J, Andrews N, Gower C, et al. Effectiveness of Covid-19 Vaccines against the B.1.617.2 (Delta) Variant. N Engl J Med 2021;385:585-94.

17.     COVID-19 Vaccine Breakthrough Infections Reported to CDC — United States, January 1–April 30, 2021. MMWR Morb Mortal Wkly Rep 2021:792–3.

18.     RIVM. Epidemiologische situatie van SARS-CoV-2 in Nederland (27 juli 2021). National Institute for Public Health and the Environment 2021.

19.     van Kampen JJA, van de Vijver D, Fraaij PLA, et al. Duration and key determinants of infectious virus shedding in hospitalized patients with coronavirus disease-2019 (COVID-19). Nat Commun 2021;12:267.

20.     Folgueira MD, Luczkowiak J, Lasala F, Perez-Rivilla A, Delgado R. Prolonged SARS-CoV-2 cell culture replication in respiratory samples from patients with severe COVID-19. Clin Microbiol Infect 2021;27:886-91.

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint **(which was not certified by peer review)** is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

21.     Jefferson T, Spencer EA, Brassey J, Heneghan C. Viral cultures for COVID-19 infectious potential assessment - a systematic review. Clin Infect Dis 2020.

22.     Wolfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. Nature 2020;581:465-9.

23.     Sia SF, Yan LM, Chin AWH, et al. Pathogenesis and transmission of SARS-CoV-2 in golden hamsters. Nature 2020;583:834-8.

24.     Geers D, Shamier MC, Bogers S, et al. SARS-CoV-2 variants of concern partially escape humoral but not T-cell responses in COVID-19 convalescent donors and vaccinees. Sci Immunol 2021;6.

25.     Schuit E, Veldhuijzen IK, Venekamp RP, et al. Diagnostic accuracy of rapid antigen tests in asymptomatic and presymptomatic close contacts of individuals with confirmed SARS-CoV-2 infection: cross sectional study. BMJ 2021;374:n1676.

medRxiv preprint doi: https://doi.org/10.1101/2021.08.20.21262158; this version posted August 21, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-ND 4.0 International license .

**Acknowledgements**

David van de Vijver, Jolanda Kreeft-Voermans, Amber Weevers, Anoushka Comvalius, Djenolan van Mourik and Michael van der Voorden are gratefully acknowledged for their technical and analytical contributions.

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 260 of 275   PageID 4846



**CDC** Centers for Disease
Control and Prevention

# COVID-19

# V-safe After Vaccination Health Checker

Updated Oct. 26, 2021

**NOTICE:** CDC now recommends that children between the ages of 5 and 11 years receive the Pfizer-BioNTech pediatric COVID-19 Vaccine. Learn more about vaccines for children and teens.



## Get vaccinated. Get your smartphone. Get started with v-safe.

Use your smartphone to tell CDC about any side effects after getting the COVID-19 vaccine. You'll also get reminders if you need an additional dose.

# Table of Contents

| | |
|---|---|
| › After Vaccination Health Checker | v-safe Print Resources |
| Register for v-safe | Troubleshooting and v-safe Support |
| Enroll Your Dependent in v-safe | Frequently Asked Questions about v-safe |
| Complete a v-safe Check-In | |

# v-safe Overview

**V-safe** is a smartphone-based tool that uses text messaging and web surveys to give personalized health check-ins after you receive a COVID-19 vaccine. Through **v-safe**, you can quickly tell CDC if you have any side effects after getting the COVID-19 vaccine. This information helps CDC monitor the safety of COVID-19 vaccines in near real time. Depending on your answers to the **v-safe** questions, someone from CDC may call to check on you and get more information. **V-safe** will also remind you to get additional COVID-19 vaccine doses if you need one.

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 261 of 275   PageID 4847

get additional COVID-19 vaccine doses if you need one.



Parents and guardians can enroll adolescents (aged 12 and older) in **v-safe** and complete health check-ins on their behalf after they have been vaccinated for COVID-19. All adolescents in the family who are eligible to be vaccinated can be enrolled in **v-safe**. Parents and guardians should use their smartphone to complete a separate **v-safe** registration for each adolescent. All **v-safe** communications will be sent to the parent's or guardian's smartphone.

If you are enrolled in **v-safe** and report that you were pregnant at the time of vaccination or after vaccination, the CDC COVID-19 Pregnancy Registry staff* might contact you to learn more. If you choose to enroll in the registry, you will be contacted several times throughout your pregnancy for additional health check-ins.

*Abt Associates ⬚ has been contracted by the CDC to contact participants for CDC's **v-safe** COVID-19 Vaccine Pregnancy Registry.

- V-safe is used for health check-ins.
- V-safe is open to people aged 12 and older.
- V-safe is used to monitor vaccine safety.
- V-safe sends out vaccine reminders.
- V-safe does not give medical advice.
- V-safe **cannot** schedule COVID-19 vaccination appointments.
- V-safe is **not** an official record of being vaccinated against COVID-19.

To schedule, reschedule, or cancel a COVID-19 vaccination appointment, contact the organization that set up your appointment or a vaccination provider in your area.

**Find a COVID-19 vaccine:** Search vaccines.gov, text your ZIP code to 438829, or call 1-800-232-0233 to find locations near you.

You will receive a COVID-19 vaccination card at your vaccination appointment. Learn more about COVID-19 vaccination cards, including what to do if you lost or did not receive your card.

Case 2:21-cv-00229-Z   Document 30-7   Filed 11/28/21   Page 262 of 275   PageID 4848

If you have symptoms or health problems that concern you at any time following COVID-19 vaccination, please contact your healthcare provider. Also, if you have not been able to report your post-vaccination experience in **v-safe** (because of a missed or expired health check-in), you can report adverse events after vaccination to the Vaccine Adverse Event Reporting System ⧉ .

---

⊳ **Watch Video:** Share Your COVID-19 Vaccination Experience with v-safe [00:00:31]

---

## Related Pages

› Safety and Monitoring of COVID-19 Vaccines

› Frequently Asked Questions about COVID-19 Vaccination

› Vaccines for COVID-19

Last Updated Oct. 26, 2021

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

## ORIGINAL ARTICLE

# Waning Immune Humoral Response to BNT162b2 Covid-19 Vaccine over 6 Months

Einav G. Levin, M.D., Yaniv Lustig, Ph.D., Carmit Cohen, Ph.D.,
Ronen Fluss, M.Sc., Victoria Indenbaum, Ph.D., Sharon Amit, M.D.,
Ram Doolman, Ph.D., Keren Asraf, Ph.D., Ella Mendelson, Ph.D.,
Arnona Ziv, M.Sc., Carmit Rubin, M.Sc., Laurence Freedman, Ph.D.,
Yitshak Kreiss, M.D., and Gili Regev-Yochay, M.D.

---

### ABSTRACT

**BACKGROUND**

Despite high vaccine coverage and effectiveness, the incidence of symptomatic infection with severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) has been increasing in Israel. Whether the increasing incidence of infection is due to waning immunity after the receipt of two doses of the BNT162b2 vaccine is unclear.

**METHODS**

We conducted a 6-month longitudinal prospective study involving vaccinated health care workers who were tested monthly for the presence of anti-spike IgG and neutralizing antibodies. Linear mixed models were used to assess the dynamics of antibody levels and to determine predictors of antibody levels at 6 months.

**RESULTS**

The study included 4868 participants, with 3808 being included in the linear mixed-model analyses. The level of IgG antibodies decreased at a consistent rate, whereas the neutralizing antibody level decreased rapidly for the first 3 months with a relatively slow decrease thereafter. Although IgG antibody levels were highly correlated with neutralizing antibody titers (Spearman's rank correlation between 0.68 and 0.75), the regression relationship between the IgG and neutralizing antibody levels depended on the time since receipt of the second vaccine dose. Six months after receipt of the second dose, neutralizing antibody titers were substantially lower among men than among women (ratio of means, 0.64; 95% confidence interval [CI], 0.55 to 0.75), lower among persons 65 years of age or older than among those 18 to less than 45 years of age (ratio of means, 0.58; 95% CI, 0.48 to 0.70), and lower among participants with immunosuppression than among those without immunosuppression (ratio of means, 0.30; 95% CI, 0.20 to 0.46).

**CONCLUSIONS**

Six months after receipt of the second dose of the BNT162b2 vaccine, humoral response was substantially decreased, especially among men, among persons 65 years of age or older, and among persons with immunosuppression.

From the Infection Prevention and Control Unit (E.G.L., C.C., G.R.-Y.), the Biostatistics and Biomathematics Unit, Gertner Institute of Epidemiology and Health Policy Research (R.F., A.Z., C.R., L.F.), the Automated Mega-Laboratory, Laboratory Division (R.D., K.A.), the Department of Clinical Microbiology (S.A.), and the Sheba Medical Center Management (Y.K.), Sheba Medical Center Tel Hashomer, and the Central Virology Laboratory, Public Health Services, Ministry of Health (Y.L., V.I., E.M.), Ramat Gan, and the Sackler Faculty of Medicine, Tel Aviv University, Tel Aviv (E.G.L., Y.L., E.M., Y.K., G.R.-Y.) — all in Israel. Dr. Regev-Yochay can be contacted at gili.regev@sheba.health.gov.il or at the Infection Prevention and Control Unit, Sheba Medical Center Tel Hashomer, Ramat Gan, Israel.

Drs. Levin and Lustig contributed equally to this article.

This article was published on October 6, 2021, at NEJM.org.

DOI: 10.1056/NEJMoa2114583
*Copyright © 2021 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04308

*The* NEW ENGLAND JOURNAL *of* MEDICINE

A S THE ROLLOUT OF VACCINES AGAINST severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2)[1,2] is expanding worldwide, data on the durability of protection are limited. A randomized, controlled trial and real-world studies have shown vaccine efficacy of 94 to 95% with the BNT162b2 vaccine (Pfizer–BioNTech) and vaccine effectiveness in preventing symptomatic coronavirus disease 2019 (Covid-19) 7 days or more after receipt of the second dose of vaccine.[1,3-5] Real-world effectiveness and immunogenicity data describing the antibody kinetics over time after vaccination are beginning to appear, but a complete picture of the duration of immunity is not yet available. We recently reported that breakthrough infection in BNT162b2-vaccinated persons was correlated with neutralizing antibody titers.[6] However, a threshold titer that can predict breakthrough infection has not been defined.

The BNT162b2 vaccine elicits high IgG and neutralizing antibody responses 7 to 14 days after receipt of the second dose. Lower antibody levels have been shown to develop in older persons, men, and persons with an immunosuppressed condition, which suggests that antibody titers in these populations may decrease earlier than in other populations.[7,8] A decrease in anti-spike (S) antibody levels by a factor of two was observed from the peak (at 21 to 40 days) to 84 days after receipt of the second dose of the BNT162b2 vaccine among 197 vaccinated persons.[9] Here, we report the results of a large-scale, real-world, longitudinal study involving health care workers that was conducted to assess the kinetics of immune response among persons with different demographic characteristics and coexisting conditions throughout the 6-month period after receipt of the second dose of the BNT162b2 vaccine.

## METHODS

### STUDY DESIGN AND POPULATION

We conducted this prospective longitudinal cohort study involving health care workers at Sheba Medical Center, a large tertiary medical center in Israel that includes 1600 beds and 14,739 health care workers, including employees, students, volunteers, and retired personnel. The distribution of the health care workers at Sheba Medical Center is as follows: 18% are physicians, 27% are nurses or nurse aids, 21% are paramedical personnel, and 34% are administrative or logistic employees. The study protocol was approved by the institutional review board at Sheba Medical Center.

All the participants were health care workers who had been invited to participate in the study and provide peripheral-blood samples for serologic assays before receipt of the first vaccine dose and then monthly (every 28 days, within a window of ±14 days) for 6 months after receipt of the second vaccine dose. Written informed consent was obtained from all study participants.

Eligibility criteria included an age of 18 years or older, no SARS-CoV-2 infection before receipt of the first vaccine dose (determined on the basis of either a negative anti–SARS-CoV-2 IgG test or the absence of a positive polymerase-chain-reaction [PCR] assay result for SARS-CoV-2, with no history of suspected clinical SARS-CoV-2 infection), and at least one serologic assay result after receipt of the second dose of vaccine. Data on PCR testing are provided in Supplementary Methods Section S1 in the Supplementary Appendix, available with the full text of this article at NEJM.org. The end of the study for any participant was defined as 175 days after receipt of the second vaccine dose, a positive SARS-CoV-2 PCR or antinucleocapsid (anti-N) antibody result, or loss to follow-up.

All the health care workers at Sheba Medical Center were required to report a daily health status on arrival at the hospital. If any Covid-19–associated symptom or exposure to a SARS-CoV-2–infected person at work, at home, or in the community was reported, a PCR test for SARS-CoV-2 was required.[6,10] In addition, monthly serologic follow-up was conducted during the study period. Participants with a substantial increase in IgG antibody levels or neutralizing antibody titers (≥4 times) between consecutive tests were tested for anti-N antibody to rule out a Covid-19 breakthrough infection and, if positive, were withdrawn from the study.

Participants were notified of their personal test results. Participants whose IgG and neutralizing antibody titers decreased to below the test cutoff level tended not to return for follow-up visits. These and other missing outcomes were accommodated through the linear mixed model that was used in the analysis (described below).

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04309

## STUDY DESIGN OF SEROLOGIC ASSAYS

Antibodies were tested during the baseline period (defined as days 4 through 17 after receipt of the second vaccine dose) and every 4 weeks thereafter: during days 18 through 42 (period 1), days 43 through 70 (period 2), days 71 through 98 (period 3), days 99 through 126 (period 4), days 127 through 154 (period 5), and days 155 through 175 (period 6). Because we could not perform neutralizing antibody assays in all study participants, we selected a subgroup that included higher proportions of persons with risk factors of interest, such as an age of 65 years or older and coexisting conditions. Criteria for the selection of participants for the neutralizing antibody subgroup are listed in Supplementary Methods Section S2. The peak period was defined as the interval of time with the highest titers after receipt of the second dose.

A correlation between neutralizing antibody titers and infectivity was recently reported[6] and suggested that although the specific threshold titer that can predict breakthrough infection is still undefined, neutralizing antibodies may be used as a correlate of protection. We therefore assessed the probability of having a titer below the cutoff for diagnostic positivity on the neutralizing antibody test (i.e., 16), as well as four titrations above it: 32, 64, 128, and 256. We assessed titers of IgG and neutralizing antibody at two primary time points: the peak period (as defined above) and the end of study (at 175 days).

Data on age and sex were available for all study participants. A computer-based questionnaire about demographic characteristics and coexisting conditions was sent electronically to all study participants. The questionnaire and definitions of the study variables are provided in Tables S2 and S3. Participants who did not respond to the questionnaire were not included in the mixed-model analysis.

## SEROLOGIC ASSAYS

Samples from vaccinated participants were tested for antibodies against SARS-CoV-2 receptor-binding domain with the Access SARS-CoV-2 IgG assay (Beckman Coulter).[11,12] Anti-N antibodies were tested with the Platelia SARS-CoV-2 Total Ab Assay (Bio-Rad) according to manufacturer instructions. The SARS-CoV-2 pseudovirus neutralization assay was performed as described previously[7] with the use of a green fluorescent protein reporter–based pseudotyped virus with a vesicular stomatitis virus backbone coated with SARS-CoV-2 S protein. The lower level of diagnostic detection for IgG is 0.62, and the lower level that is considered neutralizing is 16. Additional information about antibody testing is provided in Supplementary Methods Section S3.

## STATISTICAL ANALYSIS

We used linear mixed models to examine the IgG and neutralizing antibody kinetics over the 6-month period after receipt of the second vaccine dose and to associate these changes with the demographic characteristics and coexisting conditions of the participants. The dependent variable was either the IgG or neutralizing antibody level, which was log-transformed. Fixed-effect covariates included sex, age group (18 to 44 years, 45 to 64 years, or ≥65 years), and age-by-sex interaction. Time was modeled as a constant up to 30 days after receipt of the second dose and as a linear trend thereafter. For neutralizing antibody levels, the slope of the linear trend was allowed to change at day 70 after receipt of the second dose. Interactions of the initial time slope (from day 30 onward) with age group and sex were also included. In addition to this basic model, body-mass index (BMI; the weight in kilograms divided by the square of the height in meters) and coexisting conditions were added so that we could examine their relationships to antibody kinetics, and interactions of time with each of these covariates were retained in the model only if they were significant at the 5% level after Bonferroni adjustment for multiple comparisons. Individual participant level and time trend were included as random effects. Missing data regarding IgG or neutralizing antibody levels were accommodated within these models under the "missing at random" assumption. Participants with missing values for the covariates were excluded from the analysis. Additional details regarding the mixed-models analysis are provided in Supplementary Methods Sections S4 and S5.

The estimated effects of covariates are presented as ratios of means with 95% confidence intervals on the original scale of the IgG and neutralizing antibodies. A two-sided P value of less than 0.05 was considered to indicate statistical significance. On the basis of each fitted model, the estimated probability of having a titer

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04310

below the specified different neutralizing antibody titers at 6 months after receipt of the second dose (with the 95% confidence interval) was calculated for different participant profiles by means of computer simulation.

Scatter plots of log-transformed IgG and neutralizing antibody levels and the distributions of log-transformed IgG and neutralizing antibody levels according to time since the receipt of the second dose were created with the use of Graph-Pad Prism software, version 5.0 (GraphPad Software). Correlations between IgG and neutralizing antibody levels for each period were assessed by Spearman's rank correlation. Statistical analysis was performed with the use of SAS software, version 9.4 (SAS Institute), and the linear mixed-models analyses were performed with the use of R software, version 3.6.2 (R Foundation for Statistical Computing).

## RESULTS

### STUDY POPULATION AND SEROLOGIC ASSAYS

The study was conducted from December 19, 2020, to July 9, 2021. Of the 12,603 vaccinated health care workers who were eligible for the study, 4868 were recruited for study participation (Fig. 1). During the study period, 20 participants had a breakthrough SARS-CoV-2 infection (defined as a positive PCR result for SARS-CoV-2), and 5 had a positive anti-N result. A total of 14,736 IgG assays and 4521 neutralizing antibody assays were performed. The numbers of persons with repeated IgG tests and neutralizing antibody assays are shown in Figure 1. IgG levels were evaluated at least once for all study participants during the 6 months of follow-up and at least twice for 2631 participants (54.0%). The neutralizing antibody subgroup included 1269 participants (26.1%) who underwent at least one neutralizing antibody test; 955 of these participants (75.3%) were tested at least twice. Data on age and sex were available for all study participants. Overall, 3808 participants (78.2%) responded to the computer-based questionnaire and were included in the mixed-model analysis.

The demographic characteristics and data on coexisting conditions in the study participants are provided in Table S1, in both the overall population and the neutralizing antibody subgroup. The mean (±SD) age of the participants was 46.9±13.7 years in the overall population and 52.7±14.2 years in the neutralizing antibody

subgroup. The distributions of the demographic characteristics and coexisting conditions among the participants according to study period and IgG and neutralizing antibody assays are provided in Tables S4 and S5.

### SARS-COV-2 ANTIBODY KINETICS AFTER RECEIPT OF SECOND VACCINE DOSE

Antibody response and kinetics were assessed for 6 months after receipt of the second vaccine dose (Figs. 2A and 2B and S1 and Table S6). The highest titers after the receipt of the second vaccine dose (peak) were observed during days 4 through 30, so this was defined as the peak period. The expected geometric mean titer (GMT) for IgG for the peak period, expressed as a sample-to-cutoff ratio, was 29.3 (95% confidence interval [CI], 28.7 to 29.8). A substantial reduction in the IgG level each month, which culminated in a decrease by a factor of 18.3 after 6 months, was observed. Neutralizing antibody titers also decreased significantly, with a decrease by a factor of 3.9 from the peak to the end of study period 2, but the decrease from the start of period 3 onward was much slower, with an overall decrease by a factor of 1.2 during periods 3 through 6. The GMT of neutralizing antibody, expressed as a 50% neutralization titer, was 557.1 (95% CI, 510.8 to 607.7) in the peak period and decreased to 119.4 (95% CI, 112.0 to 127.3) in period 6.

### DIFFERENTIAL DECAY ACCORDING TO AGE AND SEX

IgG and neutralizing antibody kinetics showed differences in immunogenicity according to age group and sex (Fig. 2C through 2F). The rate of IgG decay in all subgroups defined according to age and sex was constant throughout the 6-month period, whereas neutralization was substantially reduced up to period 3, followed by a slower decrease thereafter. Participants 65 years of age or older had lower IgG and neutralizing antibody levels than persons 18 to less than 45 years of age during the peak period and also had a greater decrease, up to approximately 3 months (end of period 2), in the neutralizing antibody titer (Fig. 2C and 2D, and see Supplementary Results Sections S1 and S2).

### PREDICTORS OF PEAK AND END-OF-STUDY ANTIBODY TITERS

In the peak and end-of-study periods, significantly lower IgG titers were associated with older

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04311



**Figure 1. Recruitment of Participants, Testing, and Follow-up.**

This study involved a prospective cohort of health care workers who had received the BNT162b2 vaccine and underwent at least one se-rologic assay after receipt of the second dose of vaccine. During the study period (December 19, 2020, to July 9, 2021), participants were followed monthly for 6 months after receipt of the second dose. PCR denotes polymerase chain reaction, and SARS-CoV-2 severe acute respiratory syndrome coronavirus 2.

age, male sex, the presence of two or more co-existing conditions (i.e., hypertension, diabetes, dyslipidemia, or heart, lung, kidney, or liver disease), the presence of autoimmune disease, and the presence of immunosuppression. Sig-nificantly lower neutralizing antibody titers were associated with older age, male sex, and the pres-ence of immunosuppression in both periods, and significantly higher neutralizing antibody titers were associated with a BMI of 30 or higher (obe-sity) as compared with a BMI of less than 30 in both study periods. Our results show that al-though the IgG and neutralizing antibody titers were significantly lower in participants with two or more specific coexisting conditions than in those with no specific coexisting condition dur-ing the peak period, no significant differences in neutralizing antibody titers were observed at the end of study. In addition, participants with autoimmune disease had a significantly lower

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04312

Case 2:21-cv-00229-Z Document 30-7 Filed 11/28/21 Page 268 of 275 PageID 4854

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04313

**Figure 2 (facing page). Distribution of Antibodies 6 Months after Receipt of Second Dose of the BNT162b2 Vaccine.**

Panels A and B show the geometric mean titers (GMTs) of IgG and neutralizing antibody, respectively, in the entire study population, and Panels C through F show GMTs according to age group and sex. Antibodies were tested monthly throughout seven periods after receipt of the second dose of vaccine. Dots represent individual observed serum titers. The dashed line in each panel indicates the cutoff for diagnostic positivity. I bars indicate 95% confidence intervals. RBD denotes receptor-binding domain.

IgG titer but not neutralizing antibody titer during both the peak and end-of-study periods than did those without autoimmune disease. An age-by-sex interaction was found; the difference by which the titers in men 45 years of age or older were lower than the titers in men younger than 45 years of age was larger than the difference between the corresponding female groups.

At the end of study, the mixed-model analysis showed decreases in IgG and neutralizing antibody concentrations of 38% and 42%, respectively, among persons 65 years of age or older as compared with participants 18 to less than 45 years of age and of 37% and 46%, respectively, among men 65 years of age or older as compared with women in the same age group (Table 1). Participants with immunosuppression had decreases in the IgG and neutralizing antibody concentrations of 65% and 70%, respectively, as compared with participants without immunosuppression. Obese participants (those with a BMI of ≥30) had a 31% increase in neutralizing antibody concentrations as compared with nonobese participants (Table 1).

For IgG levels, the correlation between individual participants' peak levels and their slopes of the decrease was positive but weak (0.17; 95% CI, 0.11 to 0.24); the rates of decay were not strongly related to initial levels. However, for neutralizing antibody, the correlation was strongly negative (−0.63; 95% CI, −0.70 to −0.55). After adjustment for other factors, participants with a higher initial level tended to have a decrease that was faster up to approximately 70 days after receipt of the second dose. Beyond that time, rates of decay were modest and did not vary much among participants.

We used the mixed model to predict the probability in different subgroups of reaching a neutralizing antibody titer lower than the test cutoff for diagnostic positivity (i.e., <16) by 6 months after receipt of the second dose. We also used the model to predict the probability of a decrease to below different neutralizing antibody titers (<32, <64, <128, or <256) (Table 2). Among healthy women and men in the three age groups (18 to <45 years, 45 to <65 years, and ≥65 years of age), the probability of having a neutralizing antibody titer of less than 256 at 175 days after receipt of the second dose were as follows: 0.68, 0.79, and 0.81, respectively, among women and 0.75, 0.89, and 0.92, respectively, among men. The probability of having a neutralizing antibody titer of less than 16 in these three age groups (18 to <45 years, 45 to <65 years, and ≥65 years of age) were as follows: 0.02, 0.05, and 0.06, respectively, among women and 0.04, 0.11, and 0.15, respectively, among men. Overall (regardless of sex and age group), obese participants were at lower risk for having lower neutralizing antibody titers than nonobese participants. Participants with immunosuppression were more likely than healthy participants to have a below-average neutralizing antibody titer (Table 2).

## CORRELATION BETWEEN IGG AND NEUTRALIZING ANTIBODY LEVELS

We assessed the correlation between IgG and neutralizing antibody levels. Although a strong correlation between IgG and neutralizing antibody titers was maintained throughout the 6 months after receipt of the second dose of vaccine (Spearman's rank correlation between 0.68 and 0.75) (Fig. S2), the regression relationship between the IgG and neutralizing antibody levels depended on the time since the second dose of vaccine, a finding that was probably due to the different kinetics between IgG and neutralizing antibody levels (Fig. 2).

## DISCUSSION

In this prospective longitudinal study, we found a significant waning of humoral responses within 6 months after receipt of the second dose of BNT162b2 vaccine in a large cohort of 4868

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04314

The NEW ENGLAND JOURNAL of MEDICINE

**Table 1. Mixed-Model Analysis of Variables Associated with IgG and Neutralizing Antibody Titers after Receipt of the Second Vaccine Dose.***

| Variable | Peak Titer | | End-of-Study Titer | |
|---|---|---|---|---|
| | IgG (N = 3808) | Neutralizing Antibody (N = 1149) | IgG (N = 3808) | Neutralizing Antibody (N = 1149) |
| | *ratio of mean titer (95% CI)* | | | |
| Age group† | | | | |
| <45 yr | Reference | Reference | Reference | Reference |
| 45 to <65 yr | 0.80 (0.77–0.84) | 0.52 (0.43–0.64) | 0.81 (0.78–0.85) | 0.66 (0.57–0.76) |
| ≥65 yr | 0.61 (0.56–0.66) | 0.59 (0.47–0.75) | 0.62 (0.57–0.68) | 0.58 (0.48–0.70) |
| Sex† | | | | |
| Female | Reference | Reference | Reference | Reference |
| Male | 0.98 (0.98–0.98) | 0.64 (0.52–0.80) | 0.99 (0.97–1.00) | 0.64 (0.55–0.75) |
| Coexisting condition | | | | |
| Body-mass index ≥30 | | | | |
| No | Reference | Reference | Reference | Reference |
| Yes | 1.05 (0.99–1.11) | 1.31 (1.14–1.51) | 0.99 (0.93–1.05) | 1.31 (1.14–1.51) |
| No. of specific coexisting conditions‡ | | | | |
| 0 | Reference | Reference | Reference | Reference |
| 1 | 1.02 (0.96–1.08) | 0.88 (0.70–1.11) | 1.02 (0.96–1.08) | 0.96 (0.84–1.17) |
| ≥2 | 0.82 (0.75–0.89) | 0.59 (0.44–0.79) | 0.82 (0.75–0.89) | 0.88 (0.71–1.09) |
| Autoimmune disease§ | | | | |
| No | Reference | Reference | Reference | Reference |
| Yes | 0.88 (0.81–0.95) | 1.15 (0.94–1.39) | 0.88 (0.81–0.95) | 1.15 (0.94–1.39) |
| Immunosuppression§ | | | | |
| No | Reference | Reference | Reference | Reference |
| Yes | 0.35 (0.29–0.42) | 0.30 (0.20–0.46) | 0.35 (0.29–0.42) | 0.30 (0.20–0.46) |
| Interactions between age and sex | | | | |
| Age <45 yr | | | | |
| Female sex | Reference | Reference | Reference | Reference |
| Male sex | 0.89 (0.84–0.95) | 0.53 (0.36–0.79) | 0.96 (0.89–1.03) | 0.81 (0.60–1.08) |
| Age 45 to <65 yr | | | | |
| Female sex | Reference | Reference | Reference | Reference |
| Male sex | 0.88 (0.82–0.94) | 0.79 (0.54–1.15) | 0.87 (0.81–0.94) | 0.62 (0.50–0.77) |
| Age ≥65 yr | | | | |
| Female sex | Reference | Reference | Reference | Reference |
| Male sex | 0.70 (0.61–0.80) | 0.64 (0.45–0.89) | 0.63 (0.54–0.73) | 0.54 (0.41–0.73) |

* The peak period was defined as days 4 through 30 after receipt of the second dose of vaccine, and the end of study as day 175 after receipt of the second dose.
† Shown is the marginal effect from the mixed model without the age-by-sex interaction.
‡ Specific coexisting conditions included hypertension, diabetes, dyslipidemia, heart disease, lung disease, kidney disease, and liver disease.
§ Any participant with an autoimmune disease who also received an immunosuppressive drug was also considered to have immunosuppression.

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04315

**Table 2. Probability of Having a Titer below Different Neutralizing Antibody Titers at 175 Days after Receipt of the Second Vaccine Dose, According to Sex and Age.**

| Sex and Titer | Probability among Healthy Persons (95% CI)* | | | Probability among Persons with BMI ≥30 (95% CI) | | | Probability among Persons with Immunosuppression (95% CI)† | | |
|---|---|---|---|---|---|---|---|---|---|
| | 18 to <45 Yr | 45 to <65 Yr | ≥65 Yr | 18 to <45 Yr | 45 to <65 Yr | ≥65 Yr | 18 to <45 Yr | 45 to <65 Yr | ≥65 Yr |
| | | | | | *percent* | | | | |
| **Female sex** | | | | | | | | | |
| <16 | 0.02 (0.02–0.04) | 0.05 (0.04–0.07) | 0.06 (0.04–0.09) | 0.01 (0.01–0.02) | 0.03 (0.02–0.04) | 0.04 (0.02–0.06) | 0.18 (0.10–0.29) | 0.28 (0.17–0.41) | 0.30 (0.18–0.45) |
| <32 | 0.09 (0.07–0.11) | 0.15 (0.12–0.18) | 0.17 (0.13–0.22) | 0.06 (0.04–0.08) | 0.10 (0.08–0.13) | 0.12 (0.08–0.17) | 0.38 (0.25–0.52) | 0.51 (0.36–0.65) | 0.53 (0.38–0.68) |
| <64 | 0.23 (0.19–0.27) | 0.34 (0.29–0.39) | 0.36 (0.30–0.44) | 0.16 (0.12–0.21) | 0.26 (0.21–0.31) | 0.28 (0.21–0.36) | 0.62 (0.47–0.75) | 0.73 (0.60–0.84) | 0.75 (0.62–0.86) |
| <128 | 0.45 (0.40–0.50) | 0.58 (0.53–0.62) | 0.60 (0.53–0.68) | 0.36 (0.30–0.42) | 0.48 (0.42–0.54) | 0.51 (0.42–0.60) | 0.82 (0.70–0.90) | 0.89 (0.80–0.95) | 0.90 (0.82–0.96) |
| <256 | 0.68 (0.64–0.73) | 0.79 (0.75–0.83) | 0.81 (0.75–0.86) | 0.60 (0.53–0.66) | 0.72 (0.66–0.76) | 0.74 (0.66–0.80) | 0.93 (0.87–0.97) | 0.97 (0.93–0.99) | 0.97 (0.93–0.99) |
| **Male sex** | | | | | | | | | |
| <16 | 0.04 (0.02–0.06) | 0.11 (0.08–0.16) | 0.15 (0.10–0.21) | 0.02 (0.01–0.04) | 0.08 (0.05–0.11) | 0.10 (0.06–0.16) | 0.24 (0.12–0.38) | 0.44 (0.28–0.60) | 0.50 (0.34–0.67) |
| <32 | 0.12 (0.08–0.18) | 0.28 (0.21–0.34) | 0.34 (0.25–0.42) | 0.08 (0.05–0.13) | 0.20 (0.15–0.26) | 0.25 (0.18–0.34) | 0.45 (0.29–0.62) | 0.67 (0.52–0.81) | 0.73 (0.58–0.85) |
| <64 | 0.29 (0.21–0.38) | 0.50 (0.43–0.58) | 0.57 (0.48–0.66) | 0.22 (0.14–0.30) | 0.41 (0.32–0.49) | 0.48 (0.38–0.58) | 0.68 (0.53–0.82) | 0.85 (0.74–0.93) | 0.88 (0.79–0.95) |
| <128 | 0.52 (0.42–0.62) | 0.73 (0.67–0.79) | 0.78 (0.71–0.85) | 0.43 (0.33–0.53) | 0.65 (0.57–0.72) | 0.71 (0.62–0.79) | 0.86 (0.75–0.94) | 0.95 (0.90–0.98) | 0.96 (0.92–0.99) |
| <256 | 0.75 (0.66–0.82) | 0.89 (0.85–0.92) | 0.92 (0.88–0.95) | 0.66 (0.57–0.76) | 0.84 (0.78–0.89) | 0.88 (0.82–0.92) | 0.95 (0.90–0.997) | 0.99 (0.97–0.997) | 0.99 (0.98–0.998) |

* Healthy persons were defined as participants without hypertension, diabetes, dyslipidemia, heart disease, lung disease, liver disease, immunosuppression, or autoimmune disease and with a BMI of less than 30.

† Immunosuppression included organ transplantation, biologic therapy, chemotherapy, glucocorticoids, splenectomy, and human immunodeficiency virus infection.

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04316

participants. We observed a continuous decrease in anti-S IgG titers at a relative stable rate within 6 months. The decrease in neutralizing antibody titers was brisk initially, in the period of up to 70 to 80 days, but slowed thereafter. Antibody titers were associated with age, sex, and coexisting conditions. Particularly vulnerable populations with lower neutralizing titers were older men and participants with immunosuppression.

Published work about many vaccines, such as those against measles, mumps, and rubella, has shown a small decrease each year of 5 to 10% in the neutralizing antibody levels.[13,14] We found that a significant and rapid decrease in humoral response to the BNT162b2 vaccine was observed within months after vaccination.

Neutralizing antibodies have been shown to correlate with protection.[6,15] Yet, neutralizing assays are complex and time-consuming. Thus, the correlation between anti-S IgG and neutralizing antibody levels reported here are useful. Although we found a consistently strong correlation, the regression relationship between IgG and neutralizing antibody was dependent on time. Thus, relating IgG levels to neutralizing ability depends on time since the second dose.

Using a mixed model, we analyzed the association of age, sex, and coexisting conditions with immunogenicity, both at the peak and at 6 months after receipt of the second dose. We found that antibody levels in both periods were higher in women than in men and decreased with age, as has been previously shown for the first month after receipt of the second dose.[7,16] Similar to the findings in other reports,[17-19] a significantly lower antibody response was found consistently through the observation period among participants with immunosuppression, who had neutralizing antibody titers that were lower by a factor of 5 than those among participants without immunosuppression.

Obese persons (BMI, ≥30) had a significantly higher neutralizing antibody titer during long-term follow-up than nonobese participants. Obesity is associated with severe Covid-19,[20] and disease severity is associated with a higher Covid-19 humoral immune response. A recent study showed that SARS-CoV-2 neutralizing antibodies are positively associated with BMI.[21] Yet, it is still unclear whether vaccinated obese persons are at higher or lower risk for breakthrough infection and whether the relatively high humoral response to the vaccine is protective.

Several studies on the durability of humoral response in persons who have recovered from SARS-CoV-2 infection showed that both IgG and neutralizing antibody levels decrease only modestly at 8 to 10 months after the infection.[22,23] This striking difference in antibody kinetics between convalescent persons and vaccinated persons may be the reason for the substantially lower incidence of breakthrough infection among previously infected persons than among vaccinated persons.[24,25] Overall, the accumulating evidence from our study and others[22-25] shows that long-term humoral response and vaccine effectiveness in previously infected persons were superior to that in recipients of two doses of vaccine.

Our study was conducted in a cohort of health care workers, who were mostly healthy persons and therefore may not represent the general population. To overcome this limitation, although IgG tests were performed in the entire study population, neutralizing antibody tests were performed in a subgroup that included higher proportions of older persons or of persons with coexisting conditions in order to better represent the general population.

Our data provide important insights into the longitudinal dynamics of the immune response to BNT162b2 vaccination. As this pandemic continues to evolve, the importance of determining immune correlates of protection after vaccination becomes clearer. Strategies to prolong host immunity need to be evaluated in order to protect the population against SARS-CoV-2 and its variants.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

A data sharing statement provided by the authors is available with the full text of this article at NEJM.org.

We thank Dr. Gert Zimmer, of the Institute of Virology and Immunology, Mittelhäusern, Switzerland, for providing the green fluorescent protein reporter–based pseudotyped virus with a vesicular stomatitis virus backbone coated with severe acute respiratory syndrome coronavirus 2 spike protein; and Ms. Yael Becker-Ilany and Ms. Hanaa Jaber for technical assistance.

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04317

### REFERENCES

**1.** Polack FP, Thomas SJ, Kitchin N, et al. Safety and efficacy of the BNT162b2 mRNA Covid-19 vaccine. N Engl J Med 2020;383:2603-15.

**2.** Baden LR, El Sahly HM, Essink B, et al. Efficacy and safety of the mRNA-1273 SARS-CoV-2 vaccine. N Engl J Med 2021; 384:403-16.

**3.** Dagan N, Barda N, Kepten E, et al. BNT162b2 mRNA Covid-19 vaccine in a nationwide mass vaccination setting. N Engl J Med 2021;384:1412-23.

**4.** Haas EJ, Angulo FJ, McLaughlin JM, et al. Impact and effectiveness of mRNA BNT162b2 vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalisations, and deaths following a nationwide vaccination campaign in Israel: an observational study using national surveillance data. Lancet 2021;397:1819-29.

**5.** Chodick G, Tene L, Rotem RS, et al. The effectiveness of the two-dose BNT162b2 vaccine: analysis of real-world data. Clin Infect Dis 2021 May 17 (Epub ahead of print).

**6.** Bergwerk M, Gonen T, Lustig Y, et al. Covid-19 breakthrough infections in vaccinated health care workers. N Engl J Med. DOI: 10.1056/NEJMoa2109072.

**7.** Lustig Y, Sapir E, Regev-Yochay G, et al. BNT162b2 COVID-19 vaccine and correlates of humoral immune responses and dynamics: a prospective, single-centre, longitudinal cohort study in health-care workers. Lancet Respir Med 2021;9:999-1009.

**8.** Terpos E, Trougakos IP, Apostolakou F, et al. Age-dependent and gender-dependent antibody responses against SARS-CoV-2 in health workers and octogenarians after vaccination with the BNT162b2 mRNA vaccine. Am J Hematol 2021;96(7): E257-E259.

**9.** Shrotri M, Navaratnam AMD, Nguyen V, et al. Spike-antibody waning after second dose of BNT162b2 or ChAdOx1. Lancet 2021;398:385-7.

**10.** Regev-Yochay G, Amit S, Bergwerk M, et al. Decreased infectivity following BNT162b2 vaccination: a prospective cohort study in Israel. Lancet Reg Health Eur 2021;7:100150.

**11.** Oved K, Olmer L, Shemer-Avni Y, et al. Multi-center nationwide comparison of seven serology assays reveals a SARS-CoV-2 non-responding seronegative subpopulation. EClinicalMedicine 2020;29:100651.

**12.** Indenbaum V, Koren R, Katz-Likvornik S, et al. Testing IgG antibodies against the RBD of SARS-CoV-2 is sufficient and necessary for COVID-19 diagnosis. PLoS One 2020;15(11):e0241164.

**13.** Davidkin I, Jokinen S, Broman M, Leinikki P, Peltola H. Persistence of measles, mumps, and rubella antibodies in an MMR-vaccinated cohort: a 20-year follow-up. J Infect Dis 2008;197:950-6.

**14.** Seagle EE, Bednarczyk RA, Hill T, et al. Measles, mumps, and rubella antibody patterns of persistence and rate of decline following the second dose of the MMR vaccine. Vaccine 2018;36:818-26.

**15.** Khoury DS, Cromer D, Reynaldi A, et al. Neutralizing antibody levels are highly predictive of immune protection from symptomatic SARS-CoV-2 infection. Nat Med 2021;27:1205-11.

**16.** Bates TA, Leier HC, Lyski ZL, et al. Age-dependent neutralization of SARS-CoV-2 and P.1 variant by vaccine immune serum samples. JAMA 2021 July 21 (Epub ahead of print).

**17.** Boyarsky BJ, Werbel WA, Avery RK, et al. Antibody response to 2-dose SARS-CoV-2 mRNA vaccine series in solid organ transplant recipients. JAMA 2021;325: 2204-6.

**18.** Marion O, Del Bello A, Abravanel F, et al. Safety and immunogenicity of anti-SARS-CoV-2 messenger RNA vaccines in recipients of solid organ transplants. Ann Intern Med 2021;174:1336-8.

**19.** Goshen-Lago T, Waldhorn I, Holland R, et al. Serologic status and toxic effects of the SARS-CoV-2 BNT162b2 vaccine in patients undergoing treatment for cancer. JAMA Oncol 2021 July 8 (Epub ahead of print).

**20.** Huang Y, Lu Y, Huang Y-M, et al. Obesity in patients with COVID-19: a systematic review and meta-analysis. Metabolism 2020;113:154378.

**21.** Soffer S, Glicksberg BS, Zimlichman E, et al. The association between obesity and peak antibody titer response in COVID-19 infection. Obesity (Silver Spring) 2021;29: 1547-53.

**22.** Dan JM, Mateus J, Kato Y, et al. Immunological memory to SARS-CoV-2 assessed for up to 8 months after infection. Science 2021;371(6529):eabf4063.

**23.** Vanshylla K, Di Cristanziano V, Kleipass F, et al. Kinetics and correlates of the neutralizing antibody response to SARS-CoV-2 infection in humans. Cell Host Microbe 2021;29(6):917-929.e4.

**24.** Anderson M, Stec M, Rewane A, Landay A, Cloherty G, Moy J. SARS-CoV-2 antibody responses in infection-naïve or previously infected individuals after 1 and 2 doses of the BNT162b2 vaccine. JAMA Netw Open 2021;4(8):e2119741.

**25.** Hall VJ, Foulkes S, Charlett A, et al. SARS-CoV-2 infection rates of antibody-positive compared with antibody-negative health-care workers in England: a large, multicentre, prospective cohort study (SIREN). Lancet 2021;397:1459-69.

*Copyright © 2021 Massachusetts Medical Society.*

The New England Journal of Medicine
Downloaded from nejm.org at CMS on November 5, 2021. For personal use only. No other uses without permission.
Copyright © 2021 Massachusetts Medical Society. All rights reserved.

AR-04318

**CDC** Centers for Disease
Control and Prevention

# Weekly HCP COVID–19 Vaccination

Facilities can track weekly COVID-19 vaccination data for healthcare personnel (HCP) through NHSN.

FAQs on Reporting COVID-19
Vaccination Data

## Training

Reporting Weekly COVID-19 Vaccination Data – September 2021

- YouTube Link [Video – 51 min]

- Slideset  [PDF – 2 MB]

NHSN Quick Learn Demonstration: Reporting Weekly Cumulative COVID-19 Vaccination Data – May 2021

- YouTube Link [Video – 21 min]

- Slideset  [PDF – 1 MB]

## Data Collection Forms and Instructions

**All Data Collection Forms are Print-only**

Monthly Reporting Plan (57.203)  [PDF – 80 KB] – September 2021

- Table of Instructions  [PDF – 100 KB]

Weekly COVID-19 Vaccination Summary Data Form for Healthcare Personnel at non-LTCFs (57.219)  [PDF – 150 KB] –
September 2021

- Table of Instructions  [PDF – 200 KB]

## CSV Data Import

Uploading Group COVID-19 .CSV Data Files (10.0)  [PDF – 1 MB] – September 2021

Uploading Group COVID-19 .CSV Data Files (Pre 10.0)  [PDF – 1 MB] – August 2021

Healthcare Personnel COVID-19 Vaccination Data

- CSV File Template (10.0)  [CSV – 2 KB] – September 2021

- Example CSV File (10.0)  [CSV – 3 KB] – September 2021

- CSV File Template (Pre 10.0)  [CSV – 2 KB] – August 2021

- Example CSV File (Pre 10.0)  [CSV – 4 KB] – August 2021

# Data Tracking Worksheets

Data Tracking Worksheet for COVID-19 Vaccination among Healthcare Personnel   [XLS – 8 MB] – October 2021

# Resources

Weekly COVID-19 Vaccination Data Reporting Guidance – December 2020   [PDF – 200 KB]

Quick Reference Guide: Data Quality Alerts – July 2021   [PDF – 400 KB]

Line List of COVID-19 Vaccination Data – December 2020   [PDF – 600 KB]

Page last reviewed: October 20, 2021

AR-04320