IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-229-Z |
| XAVIER BECERRA in his official capacity as Secretary of the United States Department of Health And Human Services, *et al.*, | § § § § § § § | |
| Defendants. | § § | |

## ORDER

On December 3, 2021, the Court entered an Order Granting Defendant's Motion to Stay (ECF No. 43). By that Order, the Court stayed and administratively closed the case due to the Western District of Louisiana nationwide injunction of the CMS Vaccine Mandate. ECF No. 43.

On December 15, 2021, the Fifth Circuit narrowed the geographic scope of the injunction. *See Louisiana v. Becerra,* No. 21-30734 (5th Cir. Dec. 15, 2021). The narrowed injunction excluded Texas thus necessitating the Court to consider Plaintiff's Motion for Preliminary Injunction (ECF No. 6). Accordingly, the Clerk of Court is directed to lift the stay and re-open this case for further proceedings.

**SO ORDERED.**

December 28, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE