IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-229-Z |
| XAVIER BECERRA, in his official capacity, as Secretary of the United States Department of Health and Human Services, *et al.*, | § § § § § | |
| Defendants. | § § | |

**ORDER**

The Court has received Defendants' Notice of Appeal (ECF No. 59) and Motion for a Stay of Injunction Pending Appeal (ECF No. 60). The Court is aware of the correspondence between the parties. *See* ECF No. 60 at 6. The Court **ORDERS** Plaintiffs to respond to Defendants' Motion for Stay of Injunction **on or before Tuesday, January 18, 2022, by 5:00 p.m. (CST)**.

**SO ORDERED.**

January 14, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE