# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS; TEXAS HEALTH AND HUMAN SERVICES COMMISSION, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | § § § § § § § § § § § § § § § | Case No. 2:21-cv-00229-Z |

## PLAINTIFFS' MOTION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs, the State of Texas and the Texas Health and Human Services Commission, move this Court for an order dismissing the claims in the above matter without prejudice in light of the Supreme Court's ruling in *Biden v. Missouri*, --- S. Ct. ---, Nos. 21A240 and 21A241, 2022 WL 120950 (U.S. Jan. 13, 2022), with each party bearing its own fees and costs related to this litigation.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | /s/ Cynthia A. Morales<br>CYNTHIA A. MORALES<br>Assistant Attorney General |
| BRENT WEBSTER<br>First Assistant Attorney General | Texas Bar No. 14417420<br>cynthia.morales@oag.texas.gov |

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant
Attorney General

LESLEY FRENCH
Chief of Staff

PATRICK SWEETEN
Chief, Special Litigation Unit

Office of the Attorney General
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ Cynthia A. Morales
CYNTHIA A. MORALES
Assistant Attorney General
Texas Bar No. 14417420
cynthia.morales@oag.texas.gov

JEFFREY M. WHITE
Special Counsel for Special Litigation
Texas Bar No. 24064380
jeff.white@oag.texas.gov

LANDON A. WADE
Assistant Attorney General
Texas Bar No. 24098560
landon.wade@oag.texas.gov

JOHNATHAN STONE
Assistant Attorney General
Texas Bar No. 24071779
johnathan.stone@oag.texas.gov

CLAYTON WATKINS
Assistant Attorney General
Texas Bar No. 24103982
clayton.watkins@oag.texas.gov

AMY WILLS
Assistant Attorney General
Texas Bar No. 24093379
amy.wills@oag.texas.gov

BETH KLUSMANN
Assistant Solicitor General
Texas Bar No. 24036918
beth.klusmann@oag.texas.gov

*Counsel for Plaintiffs*

## Certificate of Service

I certify that the foregoing document was filed and served electronically (via CM/ECF) on all parties of record on January 18, 2022.

*/s/ Cynthia A. Morales*
Cynthia A. Morales
Assistant Attorney General
