# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS; TEXAS HEALTH AND HUMAN SERVICES COMMISSION, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ET AL.*, <br><br> Defendants. | § § § § § § § § § § § § § § § § | Case No. 2:21-cv-00229-Z |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR A STAY OF THE INJUNCTION PENDING APPEAL

Defendants ("CMS") have moved to stay this Court's December 15, 2021 Memorandum Opinion and Order (ECF No. 53) ("Order") granting Plaintiffs' motion for a preliminary injunction, pending their interlocutory appeal to the Fifth Circuit. (ECF No. 60). In light of *Biden v. Missouri*, --- S. Ct. ---, Nos. 21A240 and 21A241, 2022 WL 120950 (U.S. Jan. 13, 2022), Plaintiffs have filed a Motion for Dismissal of the claims in this case. (ECF No. 63). Accordingly, Defendants' Motion for a Stay of the Injunction Pending Appeal should be dismissed as moot.

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant
Attorney General

Lesley French
Chief of Staff

Patrick Sweeten
Chief, Special Litigation Unit

Office of the Attorney General
P.O. Box 12548 (MC-059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

/s/ *Cynthia A. Morales*
Cynthia A. Morales
Texas Bar No. 14417420
cynthia.morales@oag.texas.gov

Jeffrey M. White
Special Counsel for Special Litigation
Texas Bar No. 24064380
jeff.white@oag.texas.gov

Beth Klusmann
Texas Bar No. 24036918
beth.klusmann@oag.texas.gov
Assistant Solicitor General

Johnathan Stone
Texas Bar No. 24071779
jonathan.stone@oag.texas.gov

Landon A. Wade
Assistant Attorney General
Texas Bar No. 24098560
landon.wade@oag.texas.gov

Clayton Watkins
Texas Bar No. 24103982
clayton.watkins@oag.texas.gov

Amy Wills
Texas Bar No. 24093379
amy.wills@oag.texas.gov
Assistant Attorneys General

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that the foregoing document and all attachments were filed via CM/ECF, causing electronic service on all counsel of record on this 18th day of January, 2022.

/s/ *Cynthia A. Morales*
Cynthia A. Morales