IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-229-Z |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court are Defendants' Motion to Stay Further Proceedings (ECF No. 56), Defendants' Motion for a Stay of the Injunction Pending Appeal (ECF No. 60), and Plaintiffs' Motion to Dismiss (ECF No. 63).

Considering the U.S. Supreme Court's ruling in *Biden v. Missouri*, --- S.Ct. ---, Nos. 21A240 and 21A241, 2022 WL 120950 (U.S. Jan. 13, 2022), the Court finds that Plaintiffs' Motion to Dismiss should be and is hereby **GRANTED**. The Court dismisses the claims in this matter **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties shall bear their own fees and costs related to this litigation.

Accordingly, Defendants' Motion to Stay Further Proceedings and Motion for a Stay of the Injunction Pending Appeal are **DISMISSED** as moot.

**SO ORDERED.**

January 19, 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE