IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-229-Z |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, | § § § § § | |
| Defendants. | § § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge has entered an order **GRANTING** Plaintiffs' Motion to Dismiss **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2) (ECF No. 63) and **DISMISSING** as moot Defendants' Motion to Stay Further Proceedings (ECF No. 56) and Defendants' Motion for a Stay of the Injunction Pending Appeal (ECF No. 60).

Judgment is rendered accordingly.

January 19, 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE