Case 2:21-cv-00229-Z   Document 68   Filed 01/24/22   Page 1 of 3   PageID 5605

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 24 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

# United States Court of Appeals for the Fifth Circuit

No. 22-10049

State of Texas; Texas Health and Human Services Commission, *(HSSC)*,

*Plaintiffs—Appellees*,

*versus*

Xavier Becerra, *in his official capacity* as Secretary of the United States Department of Health and Human Services; United States Department of Health and Human Services; Chiquita Brooks-Lasure, *in her official capacity* as Administrator of the Centers for Medicare & Medicaid Services; Meena Seshamani, *in her official capacity* as Deputy Administrator and DIrector of Center for Medicare; Daniel Tsai, *in his official capacity* as Deputy Administrator and Director of Medicaid and CHIP Services; The Centers for Medicare and Medicaid Services; Joseph R. Biden, *in his official capacity* as President of the United States of America; United States of America,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-229

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of January 24, 2022, pursuant to appellants' motion.

A True Copy
Certified order issued Jan 24, 2022

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-10049

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

By: _____
      Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 24, 2022

Ms. Karen S. Mitchell  
Northern District of Texas, Amarillo  
United States District Court  
205 E. 5th Street  
Room F-13240  
Amarillo, TX 79101

    No. 22-10049   State of Texas v. Becerra  
                         USDC No. 2:21-CV-229

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Lisa E. Ferrara, Deputy Clerk  
                                      504-310-7675

cc w/encl:  
    Ms. Alisa Beth Klein  
    Mr. Joel McElvain  
    Mr. Jeffrey M. White